# SEALED MATTER

CASE NUMBER _____08-11887_____

DEFENDANT NO. _____

CASE TYPE _____ CR    _X_ CV _____ X

_____ MW    _____ PO _____MJ

DISTRICT JUDGE _____Paul V Gadola_____

SIGNED BY
JUDICIAL OFFICER _____Paul V Gadola_____

NEW CASE _____ YES _____ NO

## DOCUMENT PLACED IN VAULT
### TIME STAMP IN THIS BLANK AREA

FILED
2008 MAY -5 P 4: 48
U.S. DIST COURT CLERK
EAST DIST. MICH
FLINT