UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

GREGORY N. McKNIGHT, and       CIVIL ACTION No.  08-11887
LEGISI HOLDINGS, LLC,

                                          HON. PAUL V. GADOLA

      Defendants,

  and

LEGISI MARKETING, INC., LIDO
CONSULTING, LLC
HEALTHY BODY NUTRACEUTICALS,
LINDENWOOD ENTERPRISES, LLC,
DANIELLE BURTON, THERESA
BURTON, and JENNIFER MCKNIGHT,

      Relief Defendants.
_____/

**MOTION FOR ENTRY OF ORDERS OF PERMANENT INJUNCTION AGAINST DEFENDANTS GREGORY N. MCKNIGHT AND LEGISI HOLDINGS, LLC AND BRIEF IN SUPPORT**

      Plaintiff Securities and Exchange Commission ("Commission") respectfully requests that this Court enter orders of preliminary injunction and other relief against the Defendants Gregory N. McKnight ("McKnight") and Legisi Holdings, LLC ("Legisi Holdings") pursuant to their consent.

## Brief in Support

On May 5, 2008, the Commission filed in this matter a Complaint, Motion for Preliminary Injunction, Motion for Emergency Ex Parte Relief, and other documents. On the same day this Court entered certain orders, including an order setting a hearing on the Commission's Motion for a Preliminary Injunction for May 19, 2008 at 2:00 p.m. On May 15, 2008, McKnight and Legisi Holdings signed consents to the entry of orders of permanent injunction and other relief against them. The Defendants' signed consents will be filed simultaneously with this motion. Based on the Defendants' consents, the Commission respectfully requests that, pursuant to E.D. Mich. L.R. 58.1, this Court enter an Order of Preliminary Injunction against Gregory N. McKnight and Other Relief and an Order of Preliminary Injunction against Legisi Holdings, LLC and Other Relief.

Respectfully submitted,

DATED: May 15, 2008

s/ Steven L. Klawans
JOHN E. BIRKENHEIER
STEVEN L. KLAWANS
JAMES G. O'KEEFE
Attorneys for Plaintiff
U.S. SECURITIES AND
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 886-3947 (Birkenheier)
Telephone: (312) 886-1738 (Klawans)
Telephone: (312) 886-2239 (O'Keefe)
Facsimile:   (312) 353-7398
E-mail: BirkenheierJ@sec.gov
E-mail: KlawansS@sec.gov
E-mail: OkeefeJ@sec.gov

<u>LOCAL COUNSEL</u>

ELLEN CHRISTENSEN
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
Telephone: (313) 226-9112
Facsimile: (313) 226-2311

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

  v.

GREGORY N. McKNIGHT, and         CIVIL ACTION No.  08-11887
LEGISI HOLDINGS, LLC,

                                                   HON. PAUL V. GADOLA

       Defendants,

  and

LEGISI MARKETING, INC., LIDO
CONSULTING, LLC
HEALTHY BODY NUTRACEUTICALS,
LINDENWOOD ENTERPRISES, LLC,
DANIELLE BURTON, THERESA
BURTON, and JENNIFER MCKNIGHT,

       Relief Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2008, I sent via overnight delivery a copy of the foregoing document to the following:

    Gregory N. McKnight
    Legisi Holdings, LLC
    Legisi Marketing, Inc.
    Lido Consulting, LLC

Healthy Body Nutraceuticals
Lindenwood Enterprises, LLC
Danielle Burton
Theresa Burton
Jennifer McKnight
c/o Richard Roth, Esq.
545 5th Ave., #960
New York, NY 10017

DATED: May 15, 2008

s/ Steven L. Klawans
STEVEN L. KLAWANS
Attorney for Plaintiff
U.S. SECURITIES AND
EXCHANGE COMMISSION
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 886-1738
E-mail: KlawansS@sec.gov