UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

GREGORY N. McKNIGHT, and
LEGISI HOLDINGS, LLC,

    Defendants,

and

LEGISI MARKETING, INC., LIDO
CONSULTING, LLC
HEALTHY BODY NUTRACEUTICALS,
LINDENWOOD ENTERPRISES, LLC,
DANIELLE BURTON, THERESA
BURTON, and JENNIFER MCKNIGHT,

    Relief Defendants.
_____/

CIVIL ACTION No. 08-11887

HON. PAUL V. GADOLA

### CONSENT AND STIPULATION OF GREGORY N. McKNIGHT TO ORDER OF PRELIMINARY INJUNCTION

1.    Defendant Gregory N. McKnight ("McKnight"), acknowledges having been served with the Summons and Complaint filed by the United States Securities and Exchange Commission ("Commission") in this action, enters a general appearance, and admits the Court's jurisdiction over him and over the subject matter of this action.

2.    Without admitting or denying the allegations of the Complaint (except as to personal and subject matter jurisdiction, which McKnight admits), McKnight hereby consents to the entry of the attached Order of Preliminary Injunction Against Gregory N. McKnight and Other Relief ("Order of Preliminary Injunction") and incorporated by

reference herein, without further notice.

3. McKnight enters into this Consent voluntarily and represents that no threats, offers, promises, or inducements of any kind have been made by the Commission or any member, officer, employee, agent, representative of the Commission or anyone else to induce McKnight to enter into this Consent.

4. McKnight agrees that this Consent shall be incorporated into the Order of Preliminary Injunction with the same force and effect as if fully set forth therein.

5. McKnight will not oppose the enforcement of the Order of Preliminary Injunction on the ground, if any exists, that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and hereby waives any objection based thereon.

6. McKnight agrees that the Order of Preliminary Injunction may be presented to the Court by the Commission for consideration and entry without further notice, waives service of the Order of Preliminary Injunction and agrees that the entry of the Order of Preliminary Injunction by the Court and its filing by the Clerk of the Court will constitute notice of its terms and conditions.

7. McKnight understands that the terms of the Order of Preliminary Injunction are enforceable through contempt proceedings, and that, in any such proceedings, McKnight may not challenge the validity of this Consent or the Order of Preliminary Injunction.

8. McKnight waives the right, if any, to appeal from the entry of the Order of Preliminary Injunction.

9. McKnight agrees that the Commission may present the Order of Preliminary Injunction to the Court for signature and entry without further notice.

10. McKnight agrees that this Court shall retain jurisdiction over this matter for all purposes including enforcing the terms of the Order of Preliminary Injunction.

11. McKnight and the Commission waive entry of findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure.

12. McKnight and the Commission agree that this Consent shall be made a part of the attached Order of Preliminary Injunction.

Consent accepted by Gregory N. McKnight:

*[signature]*      Dated: 5/15/08

Subscribed and Sworn to Before me

this 15th day of May, 2008.

*[signature: Michelle A. Bohanon]*
Notary Public
My Commission expires: 10/15/2013
Genesee County, Michigan
Acting in Genesee County

Michelle A. Bohanon
Notary Public
Genesee County, MI
My Commission Expires: 10/15/2013
Acting In Genesee County

Consent approved as to form:

*[signature]*      Dated: 5/15/08

Richard A. Roth, Esq.
Attorney for Gregory N. McKnight
The Roth Law Firm, PLLC
545 5th Ave, Suite 960
New York, NY 10016
Telephone: (212) 542-8882

Consent accepted by Plaintiff U.S. Securities and Exchange Commission:

*[signature]*      Dated: 5-15-08

John Birkenheier, Esq.
Steven L. Klawans, Esq.
James G. O'Keefe, Esq.
Attorneys for Plaintiff U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390

3