UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v

GREGORY N. McKNIGHT and
LEGISI HOLDINGS, LLC,

    Defendants,

 -and-

LEGISI MARKETING, INC., LIDO
CONSULTING, LLC, HEALTHY
BODY NUTRACEUTICALS,
LINDENWOOD ENTERPRISES, LLC,
DANIELLE BURTON, THERESA
BURTON and JENNIFER McKNIGHT,

    Relief Defendants.

CASE NO.:  4:08-cv-11887

JUDGE PAUL V. GADOLA

MAG. JUDGE VIRGINIA M. MORGAN

## RELIEF DEFENDANT, JENNIFER McKNIGHT'S
## ANSWER TO COMPLAINT and AFFIRMATIVE DEFENSES

### ANSWER TO COMPLAINT

    NOW COMES Relief Defendant, Jennifer McKnight, by and through her attorneys, Spender & Robb, P.C., and answers Plaintiff's Complaint as follows:

### SUMMARY

    1 – 10.    Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 1 – 10 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

1

## DEFENDANTS

11 – 12.	Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 11 – 12 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

## RELIEF DEFENDANTS

13 – 18.	Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 13 – 18 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

19.	Relief Defendant, Jennifer McKnight, admits jurisdiction, that she is Gregory McKnight's daughter, and that Gregory McKnight transferred $38,000 for college expenses. The remaining allegations of paragraph 19 are neither admitted nor denied for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

## JURISDICTION

20 – 22.	Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 20 – 22 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

## FACTS

### DEFENDANTS' PUBLIC SOLICITATION OF INVESTORS

23 – 43.	Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 23 - 43 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

## DEFENDANTS' MISREPRESENTATIONS AND MISLEADING OMISSIONS

44 – 46.     Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 44 - 46 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### Use of Offering Proceeds

47 – 55.     Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 47 - 55 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### Profitability of Investments in Legisi

56 – 71.     Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 56 – 71 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### Sources of Money Paid out to Investors

72 – 83.     Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 72 - 83 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### The Legitimacy and Safety of Investments in Legisi

84 – 92.     Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 84 -92 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### McKNIGHT ACTED TO CONCEAL HIS OFFERING OF SECURITIES

93 – 98.    Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 93 - 98 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### McKNIGHT AND HIS COMPANIES CONTROL MILLIONS IN ASSETS ACQUIRED WITH OFFERING PROCEEDS

99 – 109.    Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 99 - 109 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### COUNT I

### Violations of Section 5(a) and (c) of the Securities Act
### [15 U.S.C. §77e(a) and (c)]

110 -113.    Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 110 - 113 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### COUNT II

### Violations of Section 17(a)(1) of the Securities Act
### [15 U.S.C. §77q(a)(1)]

114 – 117.    Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 114 - 117 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

### COUNT III

### Violations of Sections 17(a)(2) and 17(a)(3) of the Securities Act
### [15 U.S.C. §§77q(a)(2) and 77q(a)(3)]

118 – 120.     Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 118 -120 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

## COUNT IV

### Violations of Section 10(b) of the Exchange Act [15 U.S.C. §78j(b)] and Rule 10b-5 Thereunder [17 C.F.R. §240.10b-5]

121 – 124.     Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 121 - 124 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

## COUNT V

### Relief Defendants

125 – 136.     Defendant, Jennifer McKnight, neither admits nor denies the allegations of paragraphs 125 - 136 for lack of sufficient information upon which to form a belief and leaves Plaintiff to its proofs.

**WHEREFORE**, Relief Defendant, Jennifer McKnight prays the relief sought by Plaintiff be denied.

SPENDER & ROBB, P.C.

Dated: June 23, 2008                          /s/     M. ALLEN ROBB
                                              M. Allen Robb (P33219)
                                              1289 S. Linden Road, Suite B
                                              Flint, MI  48532
                                              (810) 230-1415
                                              arobb@srbpc.com

## AFFIRMATIVE DEFENSES

1.     Plaintiff fails to state a claim for which relief can be granted.

5

2. Plaintiff's claims are barred by the equitable doctrines of estoppel and laches.

3. Plaintiff's claims violate the statute of frauds.

4. Because the duties and obligations alleged by Plaintiff are those of other parties, Relief Defendant, Jennifer McKnight, is not liable to Plaintiff for any reason resulting from any alleged breach of said duties and obligations.

5. Plaintiff's claims against Relief Defendant, Jennifer McKnight, are barred, in whole or in part, because Plaintiff's alleged damages result from the acts or omissions of others over whom Relief Defendant, Jennifer McKnight, has not had control.

6. Plaintiff's claims may be barred by the doctrine of release, accord and satisfaction.

7. Plaintiff's alleged loss is caused in whole or in part by its failure to mitigate damages.

8. Plaintiff's claims may be barred by any applicable limitations period, statutory and/or contractual.

9. Relief Defendant, Jennifer McKnight, reserves the right to add further and additional affirmative defenses as they become know throughout discovery or otherwise.

SPENDER & ROBB, P.C.

Dated: June 23, 2008         /s/      M. ALLEN ROBB
                             M. Allen Robb (P33219)
                             1289 S. Linden Road, Suite B
                             Flint, MI  48532
                             (810) 230-1415
                             arobb@srbpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the

following:  Joel D. Applebaum, John E. Birkenheier, Ellen E. Christensen, Edward J. Hood, James G. O'Keefe, and David A. Salim, and I hereby certify the following were mailed by U.S. Mail to: Robert G. Gordon and Steven L. Klawans.

/s/  M. ALLEN ROBB
Spender & Robb, P.C.
1289 S. Linden Road, Suite B
Flint, MI  48532
(810) 230-1415
E-Mail:  arobb@srbpc.com
P33219

7