MIED (Rev. 5/05) Request for Clerk's Entry of Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SECURITIES AND EXCHANGE COMMISSION

|  |  |
|---|---|
| Plaintiff(s), | Case No. 08-11887 |
| v. | Judge Paul V. Gadola |
| GREGORY N. McKNIGHT and LEGISI HOLDINGS, LLC | Magistrate Judge Virginia M. Morgan |
| Defendant(s). / | |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

defendant Gregory N. McKnight for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on M. Allen Robb, attorney for Gregory McKnight, at 1289 S. Linden Road, Suite B, Flint, Michigan 48532 on May 9, 2008 by personal service.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: June 24, 2008

/s James G. O'Keefe

IL 6293490
U.S. Securities and Exchange Commission
175 W. Jackson Boulevard
Suite 900
Chicago, IL 60604
312-886-2239
Okeefej@sec.gov