UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

                                CASE NO.:  4:08-cv-11887

v

                                JUDGE PAUL V. GADOLA

GREGORY N. McKNIGHT and
LEGISI HOLDINGS, LLC,             MAG. JUDGE VIRGINIA M. MORGAN

     Defendants,

 -and-

LEGISI MARKETING, INC., LIDO
CONSULTING, LLC, HEALTHY
BODY NUTRACEUTICALS,
LINDENWOOD ENTERPRISES, LLC,
DANIELLE BURTON, THERESA
BURTON and JENNIFER McKNIGHT,

     Relief Defendants.

---

**RELIEF DEFENDANT, JENNIFER McKNIGHT'S
AMENDED AFFIRMATIVE DEFENSES**

**<u>AMENDED AFFIRMATIVE DEFENSES</u>**

1.     Plaintiff fails to state a claim for which relief can be granted.

2.     Relief Defendant, Jennifer McKnight, reserves the right to add further and additional affirmative defenses as they become know throughout discovery or otherwise.

                                SPENDER & ROBB, P.C.

Dated: July 2, 2008              /s/    M. ALLEN ROBB
                                M. Allen Robb (P33219)
                                1289 S. Linden Road, Suite B
                                Flint, MI  48532
                                (810) 230-1415
                                arobb@srbpc.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Joel D. Applebaum, John E. Birkenheier, Ellen E. Christensen, Edward J. Hood, James G. O'Keefe, and David A. Salim, and I hereby certify the following were mailed by U.S. Mail to: Robert G. Gordon and Steven L. Klawans.

/s/  M. ALLEN ROBB
Spender & Robb, P.C.
1289 S. Linden Road, Suite B
Flint, MI  48532
(810) 230-1415
E-Mail:  arobb@srbpc.com
P33219

2