# EXHIBIT A



# CLARK HILL
### PLC
**ATTORNEYS AT LAW**

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed. ID # 38-0425840

## INVOICE

McKnight / Legisi Receivership  
c/o Robert D. Gordon, Clark Hill PLC  
500 Woodward Ave., Suite 3500  
Detroit, MI 48226  

Invoice #    316694  
June 30, 2008  
Client:    30710  
Matter:    122569  

===================================================================

RE:    Receiver Services

FOR SERVICES RENDERED through May 31, 2008

|  |  |
|---|---|
| Total Services: | $39,185.00 |
| Less 10% Discount (per engagement agreement): | -$3,918.50 |
| Net Services : | $35,266.50 |

FOR EXPENSES INCURRED OR ADVANCED:

| | | |
|---|---|---|
| Recording Fee | $146.50 | |
| Locksmith | $223.67 | |
| Total Expenses: | | $370.17 |

STATEMENT TOTAL                                       $35,636.67

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page    2

DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 05/01/08 | RDG | 1.00 | Telephone conference with J. Birkenheier regarding case background; further analyze same, conference with C. Murphy regarding same. |
| 05/02/08 | RDG | 1.50 | Review 28 U.S.C. Sections 754, 959, and 1262 and identify issues. |
| 05/05/08 | RDG | 1.50 | Analyze threshold issues for May 6 meeting with SEC. |
| 05/06/08 | RDG | 8.00 | Review entered receivership order and related orders; research corporate defendants; prepare and participate in meeting with SEC regarding background, status of matters, and next steps; attention to obtaining control of Legisi office, changing of locks, installing security; analyze removal of records and maintenance of chain of custody, telephone conference with R. Rytman regarding same; telephone conference with A. Robb, counsel to G. McKnight. |
| 05/07/08 | RDG | 3.50 | Analyze and identify near-term tasks and issues; conference with D. Goodrum, J. Birkenheier, and J. Applebaum to review documents obtained from Legisi office; telephone conference with R. Rytman, et al., regarding securing and examining records and related issues; telephone conference with B. Tanase, et al., regarding taking custody of records, obtaining nephew's laptop, potential forfeiture action, re-directing postal service, and other issues; email conference with SEC personnel; attention to motion to unseal pleadings. |
| 05/07/08 | RDG | 3.30 | Telephone conference with R. Roth, A. Robb, et al.; further analyze issues with J. Birkenheier; telephone conference with same, S. Klawans, and J. O'Keefe; telephone calls to G. Nitzkin and B. Cowden; email conference with R. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page    3

    Rytman; conference with J. Birkenheier and E. Hood regarding Genesee County hearing and related issues; email conference with J. O'Keefe, et al., regarding Royal Palm real estate; email conference with S. Klawans regarding OTC stock and B. Rosetto; further analyze stock disposition, next steps as to R. Roth and related matters; attention to matters.

05/08/08 RDG    11.00    Telephone conference with B. Stone regarding OTC stock and Futures; telephone conference with R. Rytman and D. Goodrum regarding removal of documents and security issues; telephone conference with G. Nitzkin, et al., regarding Genesee County action; telephone conference with R. Roth, et al., regarding open issues and releasing of funds, and extensive analysis of strategy regarding same; several telephone conferences with D. Goodrum regarding items and testimony obtained from R. Burton and related issues; email conference with B. Tanase regarding various matters; further email and telephone conferences with B. Stone, A. Bass, and S. Mehler regarding Comtrust funds and related issues, and receipt and review of list of Futures' positions; further analysis and email conferences with SEC regarding real property, web site portal, obtaining vehicles, etc.; email conference with R. Reitman, Agent Zloto, et al., regarding hand gun located at Miller Road property; analyze employment of Veritas and Telemus under Receivership Order.

05/09/08 RDG    7.50    Attention to analyzing and liquidating Comtrust accounts, including email and telephone conferences with R. Stone, S. Mehler, et al., and review of equity list; review and attention to OTC stock and warrants, email conference with R. Stone regarding same; telephone conference with investor C. Dawson; email conference with SEC regarding press release, receipt and review of same, attention to creating informational portal at firm web site; attention to securing vehicles; attention to meetings with G. Nitzkin and Veritas; receipt and review of correspondence from E-Bullion and Manhattan Transfer, acknowledging asset freeze; telephone conference with G. Suhajda regarding

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page    4

|  |  |  |  |
|---|---|---|---|
|  |  |  | storage of documents and vehicles and related issues; attention to pending matters. |
| 05/11/08 | RDG | .10 | Email conference with J. Kopietz regarding filing of lis pendens against jointly held property. |
| 05/11/08 | RDG | .20 | Analyze and email conference with J. Applebaum regarding employment of noticing agent and web site provider. |
| 05/12/08 | RDG | 7.00 | Attention to creating informational web site, review of sample provided by SEC, and telephone and email conference with J. Vander Hoven at XRoads regarding same; analysis and telephone conferences with R. Roth, et al, and S. Klawans, et al., regarding litigation issues and payment of attorney fees; attention to engagement letters for Veritas and Telemus and motions to employ, and conference with J. Statham regarding same; telephone conference with S. Klawans regarding list of assets, locate and forward same, and email conference regarding mortgages; attention to filing complaint and order in district courts, email conference with E. Hood regarding same; attention to lis pendens filings, email conference with J. Kopietz; telephone conference with investor J. Larraldi and attention to numerous investor email inquiries; attention to creating a separate email and voicemail box for investor inquiries. |
| 05/13/08 | RDG | 8.30 | Review, analyze information from J. Vander Hooven regarding XRoads services, web site; research providing services internally; telephone conference with J. Vander Hooven and email conference with J. Birkenheier, et al., regarding same; review and revise motion, order and affidavit to employ Veritas and review engagement letter; conference with J. Applebaum, analysis and telephone conference with R. Roth regarding payment of legal fees, obtaining information on assets, and related issues; attention to responding to emails and telephone calls from investors; telephone conference with B. Stone and C. Robinson regarding status of restrictions on OTC stock |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page    5

|  |  |  |  |
|---|---|---|---|
|  |  |  | and related issues; telephone conference with S. Mehler regarding liquidation of futures positions; review form for requesting SEC records and forward same to J. Applebaum; preliminary review of documents from Telemus to open account and address restricted stock issues; conference with J. Applebaum regarding turnover of Mercedes and cash on hand. |
| 05/13/08 | RDG | .20 | Review Teachout invoice; draft email correspondence to D. Goodrum regarding same. |
| 05/14/08 | RDG | 4.70 | Attention to numerous email inquiries from investors; review, draft comments to XRoads sample web site, and draft email correspondence to J. Vander Hooven and J. Statham regarding same and content; email conference with S. Lee regarding Comtrust funds wire; email conference with D. Goodrum and G. Suhajda regarding status of vehicles; draft email correspondence to J. Statham and L. Bell-Guzzo regarding recording and responding to investor inquiries; draft email correspondence to SEC regarding status of matters; draft email correspondence to J. Statham regarding Veritas motion; draft email correspondence to J. O'Keefe regarding E-Gold and E-Bullion accounts; review, draft amendments to Telemus engagement letter and indemnification agreement, and draft email correspondence to R. Stone, J. Statham, et al., regarding same. |
| 05/15/08 | RDG | 3.00 | Attention to numerous investor inquiries; email conference with R. Stone regarding Telemus engagement letter; email conference with SEC regarding money and vehicles recovered; attention to Comtrust wires and email and telephone conference with S. Mehler regarding same; review motion, order, and affidavit for employment of Telemus, and draft amendments; telephone conference with B. Cowden regarding status of matters and funds held by DOJ. |

# CLARK HILL P.L.C.
McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page    6

| | | | |
|---|---|---|---|
| 05/16/08 | RDG | 2.50 | Attention to numerous investor inquiries; email conference with V. Petrusha regarding filings in district courts; attention to status of various pending matters and meeting with J. Applebaum, E. Hood, et al., regarding same and coordination of activities; review documents regarding restricted stock, opening of accounts at Telemus; attention to meeting with Delegation. |
| 05/17/08 | RDG | 3.20 | Attention to numerous investor inquiries; email conference with J. Applebaum regarding status of employment motions; draft email correspondence to G. Suhajda and R. Rytman regarding employment motion, meeting with R. Roth, and related issues; draft email correspondence to SEC regarding meeting with Delegation; review activity schedule and draft email correspondence to E. Hood regarding same, additional items; email conference with J. Applebaum and J. Statham regarding Veritas terms and conditions; email conference with S. Klawans regarding miscellaneous actions commenced under Section 754; receipt and review of reports from G. Suhajda and D. Goodrum regarding vehicle recovery and related matters; draft email correspondence to J. Statham and L. Bell-Guzzo regarding new email address for investor inquiries; email conference with J. O'Keefe and R. Stone; draft email correspondence to E. Hood regarding notifying G. Nitzkin, et al., of cancellation of May 19 hearing; email conference with R. Rytman regarding storage and inventory of documents. |
| 05/18/08 | RDG | .70 | Attention to numerous investor inquiries; receipt and review of email correspondence G. Nitzkin; analyze and draft email correspondence to B. Cowden regarding funds held by DOJ. |
| 05/19/08 | RDG | 2.80 | Conference with J. Statham regarding preparation of Telemus forms for restricted stock brokerage accounts and regarding XRoads engagement letter, related issues; conference with J. Applebaum regarding, and receipt and |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page    7

|  |  |  |  |
|---|---|---|---|
|  |  |  | review of, email correspondence from B. Cowden; review Veritas terms and conditions, edit same, and conference with J. Statham regarding same and motions to employ Telemus and XRoads; attention to numerous investor inquiries and conferences with J. Statham and L. Bell-Guzzo regarding handling of same; review web site; conference with J. Statham regarding preparation of claims bar date motion and regarding tax issues, related matters. |
| 05/19/08 | RDG | .50 | Participate in conference call with J. Birkenheier, J. Applebaum, et al.; prepare notes to file. |
| 05/19/08 | RDG | 2.40 | Review Delegation report and participate in conference call with Delegation (1.9); follow-up email conferences with SEC and J. Applebaum (.2); receipt and review of email correspondence from D. Goodrum regarding voice message obtained and securing of vehicles, and email conference with J. Birkenheier regarding same (.2); draft email correspondence to J. Statham regarding web site (.1). |
| 05/19/08 | RDG | .30 | Email conference with R. Stone (.1); email conference with R. Rytman (.2). |
| 05/20/08 | RDG | 3.00 | Attention to numerous investor inquiries and conference with J. Statham and V. Petrusha regarding management of same; email conference with J. Kopietz regarding status of Lis Pendens recordings; email conference with M. Hedrick at Veritas regarding seizure report, document review, related issues; telephone conference with R. Roth; conference with J. Statham regarding listing of property by Bistrickys; review, revise email response to investors; email conference with G. Rosen, email conference with L. Bell-Guzzo regarding maintaining contact list of Delegation members; email conference regarding May 27 meeting with B. Tanase, et al.; attention to new bank account, draft email correspondence to J. Statham regarding same; review updated activity list; attention to various matters; email conferences with G. Suhajda regarding inventory and review of documents and status of ATVs. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page    8

| | | | |
|---|---|---|---|
| 05/21/08 RDG | | 3.20 | Conference with J. Statham regarding completion of Telemus forms; review compensation procedures motion, draft amendments; review XRoads employment motion; attention to numerous investor inquiries; email conference with J. Applebaum regarding SEC approval of access to information, obtaining investor list; email conference with B. Tanase, et al., regarding May 27 meeting; telephone conference and email correspondence to S. Mehler; email conference with V. Petrusha, et al., regarding self storage unit; conferences (x2) with J. Statham regarding research of banks, opening of bank account, and telephone conference with J. Murray regarding same and investment of funds; draft email correspondence to J. DeVree regarding tax issue; draft email correspondence to B. Cowden regarding funds held by DOJ. |
| 05/22/08 RDG | | .10 | Attention to May 27 all-hands meeting. |
| 05/22/08 RDG | | .10 | Email conference with J. Statham regarding status of entry of submitted orders and related matters. |
| 05/22/08 RDG | | .20 | Receipt and review of email correspondence from Mehler and preliminary review of attached information regarding liquidation of ComTrust Futures positions. |
| 05/22/08 RDG | | .50 | Receipt and review of mail correspondence from V. Petrusha regarding debit card; email conference with J. Birkenheier, et al., regarding same. |
| 05/22/08 RDG | | .60 | Receipt and review of investor lists forwarded by SEC; analyze how to proceed; draft email correspondence to J. Statham, et al., regarding same. |
| 05/22/08 RDG | | .20 | Attention to numerous investor inquiries. |
| 05/23/08 RDG | | .20 | Attention to numerous investor inquiries. |
| 05/23/08 RDG | | .20 | Receipt and review of message from B. Stone regarding Telemus account information; email conference with J. Statham regarding same. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page   9

| | | | |
|---|---|---|---|
| 05/23/08 | RDG | .20 | Receipt and review of entered orders employing Veritas, Telemus, XRoads and approving compensation procedures; conference with J. Statham regarding dissemination of same. |
| 05/25/08 | RDG | .20 | Email conference with G. Suhajda, J. Applebaum, et al., regarding May 27 meeting and participation of Veritas. |
| 05/25/08 | RDG | .20 | Attention to numerous investor inquiries. |
| 05/26/08 | RDG | .40 | Email conferences with B. Tanase, G. Suhajda, J. Birkenheier, et al., regarding May 27 meeting. |
| 05/26/08 | RDG | .20 | Receipt and review of mortgages; email conference with D. Goodrum and J. Statham regarding same. |
| 05/26/08 | RDG | .10 | Draft email correspondence to R. Stone at Telemus. |
| 05/26/08 | RDG | .20 | Attention to numerous investor inquiries. |
| 05/26/08 | RDG | .20 | Email conference with J. Statham regarding obtaining listing agreements from Bistrickys and related issues. |
| 05/27/08 | RDG | .10 | Attention to Telemus account forms. |
| 05/27/08 | RDG | .20 | Review recorded notices of lis pendens. |
| 05/27/08 | RDG | .20 | Review and update list of pending matters/tasks. |
| 05/27/08 | RDG | .30 | Further research regarding bank accounts, email conference with D. Crimmins regarding same. |
| 05/27/08 | RDG | 4.20 | Prepare and participate in meeting with representatives of SEC, U.S. Attorney's office, et al., regarding pending matters, issues, course of action; meeting with same and E. Wishnow. |
| 05/27/08 | RDG | .20 | Attention to numerous investor inquiries. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 30, 2008
INVOICE # 316694
Page 10

| Date | TK | Hours | Description |
|---|---|---|---|
| 05/28/08 | RDG | .30 | Conferences with J. Statham and L. Bell-Guzzo regarding dissemination of email correspondence to investors, preparation and posting of FAQ's in advance. |
| 05/28/08 | RDG | .20 | Conference with J. Applebaum regarding off-shore activities. |
| 05/28/08 | RDG | .20 | Email conference with Telemus regarding account and tax identification number; conference with J. Statham regarding same. |
| 05/28/08 | RDG | .50 | Review, revise correspondence to All American, mortgagors, and tenants regarding directing payments to receiver; conference with J. Statham regarding same. |
| 05/28/08 | RDG | .20 | Draft email correspondence to B. Cowden regarding providing information regarding forfeiture action, related issues. |
| 05/29/08 | RDG | 1.50 | Telephone conference with J. DeVree and J. Statham regarding tax issues and notice to IRS; strategy conference with J. Statham regarding inventorying assets and insurance issues; further conference with J. Statham regarding disposition of assets and handling of day-to-day issues; receipt and review of asset list; attention to numerous investor inquiries. |
| 05/29/08 | RDG | .50 | Telephone conference with B. Stone regarding disposition of OTC stock; further attention to same. |
| 05/30/08 | RDG | .20 | Attention to numerous investor inquiries. |
| 05/31/08 | RDG | .20 | Attention to numerous investor inquiries. |

$35,266.50

**TIMEKEEPER SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| RDG | Robert D. Gordon | 82.98 hours at | $425.00 = | $35,266.50 |