# EXHIBIT A



VERITAS
INFORMATION AND RISK CONSULTANTS

July 7, 2008
Invoice No. 2274

**PRIVILEDGED AND CONFIDENTIAL**
Mr. Bob Gordon
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Re: **Legisi / McKnight**
 **Case Nr. 08-5811-RR**

## INTERIM INVOICE

| Description | Amount |
|---|---|
| Professional services for the period **June 1 to 30, 2008** <br><br> **TOTAL INVESTIGATIVE SERVICES:** | $ 11,043.21 |
| Payment upon receipt <br> Please make checks payable to **Veritas Global, LLC** | TOTAL DUE: $ 11,043.21 |

We very much appreciate the opportunity to be of service to you with this assignment.

Fees will be assessed to the Client as set forth in the Engagement Letter. Veritas shall invoice the Client monthly and payments are due upon receipt. Interest and penalties will accrue at the rate of 1.5% per month or the maximum amount permitted by law, whichever is greater, for invoices more than thirty days in arrears.

| Operative | Date | Time | Amount | Description of Activities |
|---|---|---|---|---|
| RR | 06/03/08 | 0.50 | $87.50 | Prep for meeting on 6/4/08 with Receiver and Defense Attorneys |
| RR | 06/03/08 | 0.50 | $87.50 | Phone calls with computer forensic examiner to discuss case and arrange for imaging of electronic evidence |
| RR | 06/09/08 | 0.50 | $87.50 | Communications w/client and Secret Service regarding Wednesday meeting |
| RR | 06/10/08 | 1.00 | $175.00 | Prep for meeting 6/11/08 with Receiver and Defense Attorneys and communications w/client. |
| RR | 06/11/08 | 1.00 | $175.00 | Oversee support for meeting between client and defense attorneys |
| RR | 06/12/08 | 0.50 | $87.50 | Meeting w/ computer forensic examiner regarding imaging of hard drives |
| RR | 06/13/08 | 1.00 | $175.00 | Overseeing progress of forensic imaging of hard drives and forwarding information to client |
| RR | 06/16/08 | 1.00 | $175.00 | Supervised forensic imaging and phone calls/e-mails with client to update |
| RR | 06/19/08 | 0.50 | $87.50 | Meeting w/ forensic examiner on status and correspondence w/ client |
| RR | 06/23/08 | 0.50 | $87.50 | Communications and discussion w/ PL re request by client to send out unredacted invoices to all parties. Communication w/ client on same |
| RR | 06/24/08 | 0.50 | $87.50 | Meeting w/ Atty Goodrum to confirm amount of funds located in a security box in evidence and transferred custody to Goodrum |
| RR | 06/24/08 | 0.20 | $35.00 | Meeting w/ BG regarding status of forensic work and communication to client |
| RR | 06/25/08 | 0.50 | $87.50 | Meeting w/ BG to review forensic work and take custody of copies of hard drives |
| Management Investigators: | | 8.20 | $1,435.00 | |

| Operative | Date | Time | Amount | Description of Activities |
|---|---|---|---|---|
| RG | 06/09/08 | 2.00 | $250.00 | Conv w/ RR on evidence CD's, copy all 9 and Flash Drive for client |
| RG | 06/11/08 | 0.50 | $62.50 | Conv w/ RR on evidence computers & laptops, locate HD size, etc |
| RG | 06/11/08 | 1.80 | $225.00 | Conv w/ RR on backup drives for evidence imaging, pick up same |
| RG | 06/12/08 | 0.50 | $62.50 | Conv w/ BG & RR on backup drives & evidence computers specs & info |
| RG | 06/16/08 | 0.30 | $37.50 | Conv w/ BG on evidence backup & access to evidenced computers & laptops for evidence backup |
| RG | 06/17/08 | 0.30 | $37.50 | Conv w/ BG on external backup drives for evidence and return to storage |
| | | 5.40 | $675.00 | |
| SLZ | 06/02/08 | 0.10 | $12.50 | Meeting w/ RR on case info and phone call to client |
| SLZ | 06/03/08 | 0.30 | $37.50 | Meeting w/ RR regarding computer imaging and auction status |
| | | 0.40 | $50.00 | |
| Senior Investigators: | | 5.80 | $725.00 | |
| DMW | 06/13/08 | 0.50 | $37.50 | Copy documents for client |
| KJ | 06/12/08 | 1.50 | $112.50 | Copy documents for client |
| RAD | 06/13/08 | 1.00 | $75.00 | Copied evidence for client |

Case Nr. 08-5811-RR,
Legisi/McKnight
Backup to Support Invoice #2274
Activity for the Period
June 1-30, 2008

| Operative | Date | Time | Amount | Description of Activities |
|---|---|---|---|---|
| Research Investigators: | | 3.00 | $225.00 | |
| BG | 06/26/08 | 32.00 | $8,000.00 | Computer Forensic research, utilizing EnCase Imaging software, performed imaging on 2 Laptops and 3 Desktop computers and exported evidence files for client review |
| Computer Forensics: | | 32.00 | $8,000.00 | |
| PL | 06/16/08 | 0.50 | $37.50 | Correspondence re billing/fee application |
| Administrative Support: | | 0.50 | $37.50 | |
| RG | 06/11/08 | | $19.00 | Mileage |
| DMW | 06/13/08 | | $13.50 | 90 copies |
| KJ | 06/12/08 | | $19.05 | 127 copies |
| RAD | 06/13/08 | | $18.00 | 120 copies |
| RG | 06/11/08 | | $551.16 | 4 external hard drives to back up evidence |
| Total Expenses: | | | $620.71 | |