# EXHIBIT A

Case Nr. 08-5811-RR,
Legisi/McKnight
Backup to Support Invoice #2274
Activity for the Period
June 1-30, 2008

| Operative | Date | Time | Amount | Description of Activities |
|---|---|---|---|---|
| RR | 06/03/08 | 0.50 | $87.50 | Prep for meeting on 6/4/08 with Receiver and Defense Attorneys |
| RR | 06/03/08 | 0.50 | $87.50 | Phone calls with computer forensic examiner to discuss case and arrange for imaging of electronic evidence |
| RR | 06/09/08 | 0.50 | $87.50 | Communications w/client and Secret Service regarding Wednesday meeting |
| RR | 06/10/08 | 1.00 | $175.00 | Prep for meeting 6/11/08 with Receiver and Defense Attorneys and communications w/client. |
| RR | 06/11/08 | 1.00 | $175.00 | Oversee support for meeting between client and defense attorneys |
| RR | 06/12/08 | 0.50 | $87.50 | Meeting w/ computer forensic examiner regarding imaging of hard drives |
| RR | 06/13/08 | 1.00 | $175.00 | Overseeing progress of forensic imaging of hard drives and forwarding information to client |
| RR | 06/16/08 | 1.00 | $175.00 | Supervised forensic imaging and phone calls/e-mails with client to update |
| RR | 06/19/08 | 0.50 | $87.50 | Meeting w/ forensic examiner on status and correspondence w/ client |
| RR | 06/23/08 | 0.50 | $87.50 | Communications and discussion w/ PL re request by client to send out unredacted invoices to all parties. Communication w/ client on same |
| RR | 06/24/08 | 0.50 | $87.50 | Meeting w/ Atty Goodrum to confirm amount of funds located in a security box in evidence and transferred custody to Goodrum |
| RR | 06/24/08 | 0.20 | $35.00 | Meeting w/ BG regarding status of forensic work and communication to client |
| RR | 06/25/08 | 0.50 | $87.50 | Meeting w/ BG to review forensic work and take custody of copies of hard drives |
| **Management Investigators:** | | 8.20 | $1,435.00 | |

| Operative | Date | Time | Amount | Description of Activities |
|---|---|---|---|---|
| RG | 06/09/08 | 2.00 | $250.00 | Conv w/ RR on evidence CD's, copy all 9 and Flash Drive for client |
| RG | 06/11/08 | 0.50 | $62.50 | Conv w/ RR on evidence computers & laptops, locate HD size, etc |
| RG | 06/11/08 | 1.80 | $225.00 | Conv w/ RR on backup drives for evidence imaging, pick up same |
| RG | 06/12/08 | 0.50 | $62.50 | Conv w/ BG & RR on backup drives & evidence computers specs & info |
| RG | 06/16/08 | 0.30 | $37.50 | Conv w/ BG on evidence backup & access to evidenced computers & laptops for evidence backup |
| RG | 06/17/08 | 0.30 | $37.50 | Conv w/ BG on external backup drives for evidence and return to storage |
| | | 5.40 | $675.00 | |
| SLZ | 06/02/08 | 0.10 | $12.50 | Meeting w/ RR on case info and phone call to client |
| SLZ | 06/03/08 | 0.30 | $37.50 | Meeting w/ RR regarding computer imaging and auction status |
| | | 0.40 | $50.00 | |
| **Senior Investigators:** | | 5.80 | $725.00 | |
| DMW | 06/13/08 | 0.50 | $37.50 | Copy documents for client |
| KJ | 06/12/08 | 1.50 | $112.50 | Copy documents for client |
| RAD | 06/13/08 | 1.00 | $75.00 | Copied evidence for client |

Case Nr. 08-5811-RR,
Legisi/McKnight
Backup to Support Invoice #2274
Activity for the Period
June 1-30, 2008

| Operative | Date | Time | Amount | Description of Activities |
|---|---|---|---|---|
| **Research Investigators:** | | 3.00 | $225.00 | |
| BG | 06/26/08 | 32.00 | $8,000.00 | Computer Forensic research, utilizing EnCase Imaging software, performed imaging on 2 Laptops and 3 Desktop computers and exported evidence files for client review |
| **Computer Forensics:** | | 32.00 | $8,000.00 | |
| RG | 06/11/08 | | $19.00 | Mileage |
| DMW | 06/13/08 | | $13.50 | 90 copies |
| KJ | 06/12/08 | | $19.05 | 127 copies |
| RAD | 06/13/08 | | $18.00 | 120 copies |
| RG | 06/11/08 | | $551.16 | 4 external hard drives to back up evidence |
| **Total Expenses:** | | | $620.71 | |
| **Total Labor:** | | | $10,385.00 | |
| **Expenses:** | | | $620.71 | |