

# CLARK HILL
*PLC*
ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed. ID # 38-0425840

**INVOICE**

| | |
|---|---|
| McKnight / Legisi Receivership | Invoice #  319069 |
| c/o Robert D. Gordon, Clark Hill PLC | July 29, 2008 |
| 500 Woodward Ave., Suite 3500 | Client:  30710 |
| Detroit, MI 48226 | Matter:  122569 |

=====================================================

RE:   Receiver Services

FOR SERVICES RENDERED through June 30, 2008

| | |
|---|---|
| Total Services: | $6,800.00 |
| Less 10% Discount (per engagement agreement): | -$680.00 |
| Net Services : | $6,120.00 |

FOR EXPENSES INCURRED OR ADVANCED:

| | | |
|---|---|---|
| Messenger Service | $20.20 | |
| Federal Express/UPS | $50.53 | |
| Total Expenses: | | $70.73 |

STATEMENT TOTAL                                                                                  $6,190.73



EXHIBIT A

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
July 29, 2008
INVOICE # 319069
Page    2

### DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 06/04/08 | RDG | .40 | Attention to numerous investor inquiries; analyze and draft email correspondence to team regarding all-hands meeting. |
| 06/05/08 | RDG | .20 | Telephone conference with T. Morr regarding interrogation of him by Secret Service. |
| 06/05/08 | RDG | .20 | Attention to investor inquiries. |
| 06/06/08 | RDG | 1.50 | Prepare and participate in all-hands conference call regarding pending matters, action items. |
| 06/06/08 | RDG | .30 | Begin review, revision of answers to FAQ's for website. |
| 06/07/08 | RDG | .20 | Attention to investor inquiries; email conference with L. Bell-Guzzo regarding same. |
| 06/10/08 | RDG | .60 | Further review and revise answers to FAQ's and conference with J. Statham regarding same. |
| 06/10/08 | RDG | .20 | Attention to numerous investor inquiries. |
| 06/10/08 | RDG | .20 | Email conference with E. Hood and J. Applebaum regarding June 11 meeting at Veritas and attendance of Secret Service. |
| 06/10/08 | RDG | .60 | Conference with J. Statham, review Section 345 of Bankruptcy Code, and telephone conferences with J. Green and M. Bakst regarding security for deposit accounts; follow-up conference with J. |

# CLARK HILL P.L.C.

|            |     |      |                                                                                                                                                                                                                                                                                                       |
|------------|-----|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     |      | Statham regarding same.                                                                                                                                                                                                                                                                               |
| 06/10/08   | RDG | .10  | Receipt and review of commercial rent payment; attention to same.                                                                                                                                                                                                                                     |
| 06/11/08   | RDG | .30  | Email conferences with J. Statham and J. Applebaum regarding bond security for bank account.                                                                                                                                                                                                          |
| 06/11/08   | RDG | .20  | Work on form email response to certain investor inquiries.                                                                                                                                                                                                                                            |
| 06/12/08   | RDG | .70  | Further review, revise and draft answers to FAQ's for web site.                                                                                                                                                                                                                                       |
| 06/17/08   | RDG | .80  | Conference with J. Statham regarding flooded house, next steps (.2); receipt and review of email correspondence from A. Robb regarding attorney fees and mortgage payments, and conference with J. Statham regarding same (.3); review motion and order regarding investment of funds, and conference with J. Statham regarding same (.3). |
| 06/20/08   | RDG | .30  | Conference with J. Statham regarding status of cash management order, status conference, and Chesterfield property; attention to transfer of funds to MBank.                                                                                                                                          |
| 06/20/08   | RDG | .10  | Attention to investor inquiries.                                                                                                                                                                                                                                                                      |
| 06/21/08   | RDG | .30  | Email conference with G. Suhajda regarding case status and preparation of fee statement (.2); attention to investor inquiries (.1).                                                                                                                                                                   |
| 06/23/08   | RDG | .30  | Conferences (x2) with J. Applebaum regarding pending matters.                                                                                                                                                                                                                                         |
| 06/23/08   | RDG | .20  | Attention to numerous email inquiries from investors.                                                                                                                                                                                                                                                 |
| 06/23/08   | RDG | .20  | Receipt and review of email correspondence from J. Statham, D. Goodrum, and J. Applebaum regarding Blue Cross payment obligation; analyze same.                                                                                                                                                       |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
July 29, 2008
INVOICE # 319069
Page 4

| Date | Atty | Hours | Description |
|---|---|---|---|
| 06/24/08 | RDG | .10 | Attention to investor inquiries. |
| 06/25/08 | RDG | .70 | Attention to bank account forms and payment of expenses; conferences (x2) with J. Statham regarding payment of Blue Cross bill and related issues; conference with J. Applebaum regarding payment of expenses and regarding A. Robb. |
| 06/27/08 | RDG | 1.00 | Attention to preparation of detailed fee statement for May services, organized by project categories; conference with J. Statham regarding same. |
| 06/27/08 | RDG | .20 | Attention to numerous investor inquiries. |
| 06/30/08 | RDG | 2.00 | Prepare and participate in team meeting regarding pending matters, issues, and strategy; follow-up conference with J. Statham. |

<u>B130        Asset Disposition</u>

| Date | Atty | Hours | Description |
|---|---|---|---|
| 06/04/08 | RDG | .20 | Telephone conference with J. Statham regarding offer received for purchase of real property. |
| 06/05/08 | RDG | .30 | Review file, and conference with J. Statham regarding communicating real estate purchase offer to A. Robb, status of IRS notice and imaging of hard drives; prepare notes to file. |
| 06/10/08 | RDG | .50 | Conferences with B. Dunn and J. Statham regarding offer received to purchase house listed by McKnight, acceptance of rent payments, and related issues. |
| 06/18/08 | RDG | .10 | Conference with J. Statham regarding status of Chesterfield property. |

<u>B180        Asset Analysis and Recovery</u>

| Date | Atty | Hours | Description |
|---|---|---|---|
| 06/03/08 | RDG | 2.50 | Conference with J. Statham regarding pending matters and payment of insurance coming due; conference with |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
July 29, 2008
INVOICE # 319069
Page    5

|          |     |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|----------|-----|-----|--|
|          |     |     | D. Goodrum regarding rental payments from R. Burton and related issues; telephone conference with D. Crimmins at MBank and attention to checking account issues; telephone conference with J. O'Keefe and J. Statham regarding Royal Palm and related matters; telephone conference with R. Rytman regarding imaging of hard drives and further conference with J. Statham regarding same; conference with J. Applebaum regarding Royal Palm, and review and production of documents by R. Roth and G. McKnight; review, revise correspondence to B. Rosetto. |
| 06/24/08 | RDG | .20 | Analyze monetization of any life insurance existing; draft email correspondence to J. Statham regarding same. |

| B191     | Litigation |     |                                                                                          |
|----------|------------|-----|------------------------------------------------------------------------------------------|
| 06/27/08 | RDG        | .10 | Receipt and review of SEC's request for entry of default against G. McKnight.            |

| B310     | Claims Administration - General |     |                                                                                                               |
|----------|---------------------------------|-----|--------------------------------------------------------------------------------------------------------------|
| 06/10/08 | RDG                             | .20 | Conference with J. Statham regarding motion to set claims bar date, publication notice, and related issues.  |

                                                                 $6,120.00

## TIMEKEEPER SUMMARY

Client Name            McKnight/ Legisi Receivership

Matter Description     Receiver Services

Service Period         06/03/08 thru 06/30/08

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
July 29, 2008  
INVOICE # 319069  
Page    6

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Robert D. Gordon | $383 | 11.9 | $4,552 |
| | TOTAL | | 11.9 | $4,552 |
| B130 | Asset Disposition | | | |
| | Robert D. Gordon | $383 | 1.1 | $421 |
| | TOTAL | | 1.1 | $421 |
| B180 | Asset Analysis and Recovery | | | |
| | Robert D. Gordon | $383 | 2.7 | $1,033 |
| | TOTAL | | 2.7 | $1,033 |
| B191 | Litigation | | | |
| | Robert D. Gordon | $383 | .1 | $38 |
| | TOTAL | | .1 | $38 |
| B310 | Claims Administration - General | | | |
| | Robert D. Gordon | $383 | .2 | $77 |
| | TOTAL | | .2 | $77 |
| ACTIVITY TOTAL | | | 16.0 | $6,120 |