# EXHIBIT A

# Case Nr. 08118877
# Legisi/McKnight
# Backup to Support Activity for the Period
# July 1-31, 2008

| Operative | Date | Time | Amount | Description of Activities |
|---|---|---|---|---|
| RR | 07/01/08 | 0.50 | $87.50 | Correspondence w/ client and BG re making an additional working copy of the evidence. Located additional blank hard drive and forwarded to client. |
| RR | 07/16/08 | 0.50 | $87.50 | Communications and phone conf. w/ JS re different levels of background searches. Prepared and forwarded redacted motion.re advance funds request. |
| | | 1.00 | $175.00 | |
| GS | 07/16/08 | 1.00 | $175.00 | Research |
| **Management Investigators:** | | 2.00 | $350.00 | |
| MC | 07/14/08 | 0.50 | $62.50 | Contact JS re asset investigation; discuss info with MH; review RR info and email |
| SLZ | 07/01/08 | 0.50 | $62.50 | Research asset sale procedures |
| SLZ | 07/02/08 | 2.00 | $250.00 | Research asset sale procedures |
| SLZ | 07/03/08 | 2.00 | $250.00 | Research asset sale procedures; draft letter |
| SLZ | 07/09/08 | 0.50 | $62.50 | Coordinate ATV/trailer auction |
| SLZ | 07/10/08 | 1.50 | $187.50 | Draft auction letter and obtain re-key estimate for ATV's |
| | | 6.50 | $812.50 | |
| **Senior Investigators:** | | 7.00 | $875.00 | |
| | 07/10/08 | | $8.91 | Express Mail |
| **Total Expenses:** | | | $8.91 | |
| **Total Labor:** | | | $1,225.00 | |
| **Expenses:** | | | $8.91 | |
| **Invoice Total** | | | $1,233.91 | |

Veritas Global, LLC