# EXHIBIT A



XRoads
SOLUTIONS GROUP

1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705
main: 949-567-1600
fax:   949-567-1655

www.xroadsllc.com

August 13, 2008

Invoice #    16005

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:  Professional Fees and Business Related Expenses unbilled through 7/31/08.

---

| | |
|---|---|
| Professional Fees: | $ 7,650.30 |
| Expenses: | $ 2,435.25 |
| Total New Charges Due Upon Receipt | $10,085.55 |

WIRE INSTRUCTIONS:
For the Benefit of XRoads Solutions Group, LLC
Bank Name:        Bank of America
Bank Address:     2340 West Joppa Road
                  MD4-647-01-01
                  Lutherville, MD  21093
Account Name      Rockland Credit Finance LLC
ABA Routing - wire #:     026009593

ABA Routing - ACH/EFT#:  052001633
Account #:               3932910113

MAIL CHECKS TO:

XRoads Solutions Group, LLC
c/o Rockland Credit Finance LLC
Department 595
P.O. Box 17553
Baltimore, MD  21203-7553

Professional services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/19/2008 | FJT | Organize and file general case documents to maintain integrity of original document tracking system | 0.30 | 33.00 |
| | CIL | Review pleadings input into IT Group CaseView | 0.50 | 55.00 |
| | CIL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.90 | 99.00 |
| 5/20/2008 | JCW | Review pleadings input into IT Group CaseView | 0.10 | 18.40 |
| | JCW | Review pleadings input into IT Group CaseView | 0.60 | 110.40 |
| | MEL | Attention to IT Group web docket including but not limited to checking scanned documents for web access | 2.10 | 231.00 |
| 5/22/2008 | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.50 | 55.00 |
| | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 1.10 | 121.00 |
| 5/23/2008 | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 1.10 | 121.00 |
| | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.30 | 33.00 |
| 5/27/2008 | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.30 | 33.00 |
| 6/9/2008 | TTW | Process and scan pleadings from Pacer website into IT Group CaseView | 0.10 | 13.00 |
| 6/12/2008 | AML | Upload FAQ to public access website | 0.30 | 52.50 |
| | MLS | Review pleadings input into IT Group CaseView | 0.20 | 22.00 |
| 6/13/2008 | CIL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.10 | 11.00 |
| 6/20/2008 | TTW | Review pleadings input into IT Group CaseView | 0.20 | 26.00 |
| | MEL | Coordinate and input received pleadings into IT Group CaseView | 0.70 | 77.00 |

|            |     |                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------|-------|--------|
| 6/20/2008  | MEL | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.50  | 55.00  |
| 6/23/2008  | CIL | Review pleadings input into IT Group CaseView                        | 0.20  | 22.00  |
|            | MEL | Coordinate and input received pleadings into IT Group CaseView       | 0.80  | 88.00  |
|            | MEL | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.60  | 66.00  |
| 6/25/2008  | MEL | Coordinate and input received pleadings into IT Group CaseView       | 0.70  | 77.00  |
|            | MEL | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.90  | 99.00  |
|            | TTW | Review pleadings input into IT Group CaseView                        | 0.20  | 26.00  |
| 6/27/2008  | TTW | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.20  | 26.00  |
|            | GAB | Coordinate and input pleadings into IT Group CaseView                | 0.30  | 39.00  |
| 7/2/2008   | MEL | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.20  | 22.00  |
|            | CIL | Coordinate and input received pleadings into IT Group CaseView       | 0.50  | 55.00  |
| 7/3/2008   | MEL | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.20  | 22.00  |
|            | MEL | Coordinate and input received pleadings into IT Group CaseView       | 0.10  | 11.00  |
|            | CIL | Review pleadings input into IT Group CaseView                        | 0.20  | 22.00  |
| 7/8/2008   | MEL | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.10  | 11.00  |
| 7/9/2008   | JDJ | Review pleadings input into IT Group CaseView                        | 0.10  | 11.00  |
|            | MEL | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.10  | 11.00  |
| 7/11/2008  | LES | Process and scan pleadings from Pacer website into IT Group CaseView  | 0.40  | 44.00  |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/11/2008 | CIL | Review pleadings input into IT Group CaseView | 0.20 | 22.00 |
| | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.10 | 11.00 |
| | LES | Coordinate and input received pleadings into IT Group CaseView | 0.40 | 44.00 |
| 7/14/2008 | DDR | Combined 3 Excel files, all with different columns into a single merged file for the Creditor Matrix. | 1.20 | 210.00 |
| | MCP | Compiled and merged Legisi Investor files for creation of Investor mailing matrix. | 2.20 | 407.00 |
| 7/15/2008 | DDR | Wrote queries & coded routines to split a 'full name' column into two columns (first & last name) for the Creditor Matrix. | 1.60 | 280.00 |
| | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.70 | 77.00 |
| | MEL | Coordinate and input received pleadings into IT Group CaseView | 0.50 | 55.00 |
| 7/16/2008 | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.20 | 22.00 |
| | MEL | Coordinate and input received pleadings into IT Group CaseView | 0.20 | 22.00 |
| 7/17/2008 | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.20 | 22.00 |
| | MEL | Coordinate and input received pleadings into IT Group CaseView | 0.20 | 22.00 |
| 7/18/2008 | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.10 | 11.00 |
| | MCP | Formatted investor list to create mailing matrix template, including removal of duplicate entries. | 2.70 | 499.50 |
| | MCP | Discussed with counsel, reviewed and uploaded to website Interim Notice to Investors. | 0.40 | 74.00 |
| | AML | Upload First Interim Update letter on website | 0.30 | 52.50 |

|            |     |                                                                                                       | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------|-------|--------|
| 7/21/2008  | AML | Update website with revised First Interim Update letter                                                | 0.40  | 70.00  |
|            | MEL | Process and scan pleadings from Pacer website into IT Group CaseView                                   | 0.20  | 22.00  |
|            | MCP | Format investor list to create mailing matrix template, including removal of duplicate entries.        | 1.80  | 333.00 |
|            | MCP | Reviewed and uploaded to website update to Interim Notice to Investors.                                | 0.20  | 37.00  |
| 7/23/2008  | MEL | Process and scan pleadings from Pacer website into IT Group CaseView                                   | 0.10  | 11.00  |
|            | MEL | Coordinate and input received pleadings into IT Group CaseView                                         | 0.20  | 22.00  |
| 7/24/2008  | MEL | Process and scan pleadings from Pacer website into IT Group CaseView                                   | 0.10  | 11.00  |
| 7/25/2008  | MEL | Process and scan pleadings from Pacer website into IT Group CaseView                                   | 0.10  | 11.00  |
| 7/28/2008  | DDR | Manually opened & copied 130 of 267 McKnight & Legisi undelivered emails into a Word document.         | 3.10  | 542.50 |
|            | MCP | Sorting webserver to identify, separate and forward Legisi web mail.                                   | 1.20  | 222.00 |
|            | MCP | Telephone and email conference with Clark Hill PLC regarding location and forwarding of investor emails from website. | 0.60  | 111.00 |
|            | AML | Attn to email address for creditor inquiry; research location of undelivered emails                    | 0.50  | 87.50  |
|            | MEL | Process and scan pleadings from Pacer website into IT Group CaseView                                   | 0.10  | 11.00  |
|            | MCP | Meetings with IT to retrieve investor emails from website and compile for forwarding to Clark Hill PLC. | 0.70  | 129.50 |
| 7/29/2008  | MCP | Communicated with Clark Hill and compiled lists of investors for IT to separate data for entry into creditor matrix | 1.30  | 240.50 |
|            | MCP | Compiled and reviewed investor inquiries to send to J. Statham (Clark Hill PLC).                       | 0.80  | 148.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/29/2008 | DDR | Manually opened & copied the final 137 of 267 McKnight & Legisi undelivered emails into a Word document. | 3.30 | 577.50 |
| | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.10 | 11.00 |
| 7/30/2008 | MEL | Process and scan pleadings from Pacer website into IT Group CaseView | 0.10 | 11.00 |
| | MCP | Communicated with Clark Hill and compiled lists of investors for IT to separate data for entry into creditor matrix | 0.40 | 74.00 |
| 7/31/2008 | DDR | Exported mailing matrix data from 3 emails into Excel, then uploaded to Access for processing. | 1.10 | 192.50 |
| | DDR | Exported the mailing matrix data from Access back into Excel.  Formatted the Excel file. | 0.40 | 70.00 |
| | MCP | Prepared email marketing database with content for first notice from Legisi Receiver | 0.60 | 111.00 |
| | DDR | Wrote queries in Access to split the Full Name column in the mailing matrix data into First, Middle, and Last Names for 9000+ records. | 3.30 | 577.50 |
| | DDR | Used Access to combine mailing matrix data from 3 files uploaded from Excel into a single table which included columns from all 3 files. | 2.10 | 367.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | For professional services rendered | 49.70 | $7,650.30 |
| | | Out of pocket expenses: | | |
| 5/31/2008 | ITG C-Elec | CMS-Electronic Imaging Electronic imaging | | 330.05 |
| 6/30/2008 | ITG C-Phot | CMS Photocopies Photocopies | | 14.55 |
| | ITG C-Elec | CMS-Electronic Imaging Electronic imaging | | 38.50 |
| | ITG C-Web | CMS Wepage access Case-Specific Web Page Available to the Public | | 1,000.00 |

| | | | Amount |
|---|---|---|---:|
| 7/31/08 | ITG | CMS-Electronic Imaging | 52.15 |
| | C-Elec | Electronic imaging | |
| | ITG | CMS Webpage access | 1,000.00 |
| | C-Web | Case-Specific Web Page Available to the Public | |
| | | Total costs | $2,435.25 |
| | | Total Amount of the Bill | $10,085.55 |