UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff,<br><br>vs.<br><br>GREGORY N. MCKNIGHT, and<br>LEGISI HOLDINGS, LLC,<br><br>      Defendants,<br><br>and<br><br>LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,<br><br>      Relief Defendants. | Case No. 0811887<br>Judge: HON. PAUL V. GADOLA |

## FIRST INTERIM REPORT AND ACCOUNTING OF RECEIVER

Robert D. Gordon (the "Receiver"), by his counsel, Clark Hill PLC, submits this First Interim Report and Accounting, reporting on the status of the case through July 31, 2008. The Receiver intends to file additional interim reports, generally on a quarterly basis, in order to update the Court and interested parties regarding the status of these proceedings.

## *I. Background*

On May 5, 2008, the United States Securities and Exchange Commission (the "SEC") filed a Complaint commencing this case against Defendants Gregory N. McKnight ("McKnight") and Legisi Holdings, LLC ("Legisi"), and Relief Defendants, Jennifer McKnight, Theresa Burton, Danielle Burton, Legisi Marketing, Inc, Lindenwood Enterprises, LLC, Healthy Body Nutraceuticals, and Lido Consulting, LLC, alleging, among other things, violations of various federal securities laws. In its Complaint, the SEC alleges that Defendant McKnight, through his control of Defendant Legisi, raised approximately $72 million from investors in violation of federal securities laws. It is further alleged that McKnight and Legisi invested approximately $33 million of such funds in various investments such as foreign currencies, commodity futures, shares and warrants in thinly traded over the counter ("OTC") stocks, in one privately held company, and in one real estate investment partnership. Concurrently, the SEC also filed a Motion for Preliminary Injunction and an Ex Parte Motion for the Appointment of a Receiver.

On May 5, 2008, the Court entered its Order Appointing Receiver (the "Receiver Order"), appointing Robert D. Gordon as Receiver for the estate of Gregory N. McKnight and the estates of every corporation, partnership, trust and/or other entity which is directly or indirectly owned by or under the direct or indirect control of McKnight (the "Receiver Estates"). Pursuant to the Receiver Order, the Receiver has a number of powers and duties in administering the Receivership Estates including, among other things, (i) taking custody, control, and possession of all funds, property, premises, leases, and other assets of or in the possession or under the control of the Receiver Estates, (ii) managing, controlling, and operating the Receiver

Estates, and (iii) making payments and disbursements from the funds taken into his custody, control, and possession.

## *II. Summary of Actions Taken to Date*

### A. Securing the Legisi Office Suite and Miscellaneous Items

Immediately upon his appointment, the Receiver, in conjunction with Veritas Global, LLC ("Veritas"), a company experienced in securing and recovering assets, secured the premises of the Legisi corporate office, created a detailed inventory of the contents of the offices, and removed computer hard drives and paper records to Veritas' Southfield, Michigan location where they are currently being stored in a secure location.

In addition to the documents, computers, office equipment, and other items which were recovered from the Legisi office, the Receiver has also taken possession of three all-terrain vehicles ("ATV's"), a 2008 S550 Mercedes Benz, and a 2002 Chevrolet Silverado. A complete list of the items in Veritas' possession is attached to this report as Exhibit "A".

### B. Liquidation of Certain Commodities Futures

Legisi held various investments involving commodities futures. The Receiver was advised that these investments were extremely volatile and involved a high degree of risk of a substantial or complete loss. Accordingly, the Receiver was advised and determined that it was prudent to liquidate these investments. As a result of this liquidation, the Receiver recovered net proceeds of $1,426,214.70.

### C. Retention of Professionals

Pursuant to the authority granted in the Receiver Order, the Receiver has sought and obtained Court approval to employ certain professionals to aid him in the proper and efficient administration of the Receiver Estates.

The Receiver has retained Veritas, an information and risk consulting firm specializing in forensic accounting, internal and external investigations, computer forensics, and intelligence gathering. As noted above, Veritas has possession of computer records, hard drives, and other documents and assets and has successfully imaged the computer hard drives recovered from the Legisi offices. As needed, Veritas will provide other investigative, forensic accounting, and related services to identify and secure additional assets.

The Receiver has also retained XRoads Case Management Services, LLC ("XRoads") as his Notice and Claims Agent to process and handle the approximately 5,000 investor claims in this case, to serve notices and other papers, and to maintain the website created by the Receiver to provide information to investors and other parties in interest. The Receiver website contains all Court pleadings and other valuable information. In conjunction with the Receiver's counsel, Clark Hill PLC, XRoads is also in the process of compiling a master list of Legisi investors. Once this list is completed, XRoads will mail formal notice of the receivership to all listed individuals.

Finally, the Receiver has retained Telemus Capital Partners, LLC ("Telemus") to act as his Brokerage Consultant and advise on the liquidation of the commodities futures discussed above, and to develop a plan for liquidation of the Receiver Estates' substantial holdings in various stocks. The liquidation of these stock holdings is discussed in greater detail below.

**D. Administrative Tasks**

In addition to securing the premises and taking control of the assets located at the Legisi corporate office, the Receiver has secured all Legisi mail, by having such mail forwarded to his offices, and has also established several checking and money market accounts at mBank. Before these accounts were opened and funds were deposited, the Receiver required mBank to obtain a

5637700.1 30711/122570

bond fully protecting any funds on deposit beyond the limited protection offered by FDIC insurance. As of July 31, 2008 an aggregate total of $1,641,799.28 is held in the Receiver's bank accounts.

The Receiver is permitted to pay expenses to maintain and preserve estate assets. While certain expenses are being paid, such as necessary utilities, water bills, and property management fees for various properties, other non-essential services, such as cable television, have been cancelled.

### E. Administration of Real Estate Assets

Legisi is the owner of a number of properties located in Genesee County, all of which are owned free and clear of any liens. In addition, Legisi holds mortgages against a number of other properties also located in Genesee County. With respect to the owned properties, the Receiver is currently finalizing agreements with: (i) Siegel Realty & Management, Inc., a property management company, to assist him in maintaining these properties, and (ii) Piper Realty Company, a commercial and residential realty company, to list and market the properties for sale.

#### 1. Properties Listed for Sale

Properties commonly known as 5162 Miller Road, 8027 Kovacs, 9211 Chesterfield, and 5154 Miller Road, Office Suites G and H, were previously listed for sale with American Associates, Inc. Realtors (David and Kimberly Bistricky, listing agents). Since his appointment, the Receiver has sold the 9211 Chesterfield property pursuant to Court Order, netting $145,862.17 for the estate. The other properties discussed above will be listed for sale with Piper Realty Company.

### 2. Tenanted Properties not Listed for Sale

Legisi owns additional properties which were not listed for sale. The property commonly known as 8465 Hill Road is currently being farmed. The Receiver is in the process of contacting the person currently farming the property to discuss rent payments and long term disposition of the property. Family members of McKnight are currently inhabiting three additional homes in Genesee County. After inspecting the properties, the Receiver was advised and determined that they could be marketed more effectively in a vacant state. Accordingly, a Notice to Quit was served on each of these family members, and all are required to vacate the premises by August 31, 2008. Another property, commonly known as 331 Andrea Road, is being rented on a month-to-month basis to a paying tenant for $1,100 per month. This tenant has notified the Receiver that he is interested in purchasing the property, and the Receiver has invited the tenant to make a purchase offer. These properties, along with the Legisi office suite located at 5154 Miller Road, Suite F, will all be listed for sale with Piper Realty Company.

### 3. Properties Legisi Holds Mortgages Against

Legisi holds mortgages against eight properties owned by Mr. and Mrs. David Bistricky. The Receiver is in discussions with Mr. and Mrs. Bistricky regarding the amounts due and owing pursuant to those mortgages.

### F. Proposed Sale of Additional Assets

In addition, as mentioned above, the Receiver is in possession of a 2008 Mercedes Benz S550, a 2002 Chevrolet Silverado, and three all-terrain vehicles. The value of the vehicles is being explored so that they might be properly liquidated. Court approval will be sought in connection with any disposition.

### G. Disposition of Stock Holdings

The Receiver Estates own shares and warrants with respect to various over the counter ("OTC") stocks. Some of the stocks are of shell companies or companies whose stocks are thinly traded. As discussed above, the Receiver has engaged Telemus to aid him in formulating a strategy to maximize value through the orderly liquidation of these stock holdings. Telemus is a financial services and consulting firm which provides comprehensive investment advisory and asset management solutions, including the development of investment liquidation strategies.

Trading accounts have been opened with Telemus, and Telemus is in the process of obtaining the necessary governmental approval to begin to sell these assets, as and where appropriate; however, regulations may require substantial waiting periods before some or all of these stocks may be sold. Due to the size and nature of these stock holdings, the Receiver is unable to presently determine their realizable value.

### H. Investigation of Additional Assets and Causes of Action

The Receiver has also taken steps to recover on various other Legisi investments. Legisi invested approximately $10 million in a Florida real estate partnership ("Royal Palm") which invested in commercial real estate located in the State of Florida. Royal Palm currently owns three commercial properties. The Receiver is in discussions with Royal Palm to acertain the most effective method of liquidating its interest in Royal Palm. In addition, the Receiver has taken steps to recover approximately $4 million that Legisi invested in All American Home Products, LLC ("All American"), a Florida company that distributes window screens and shutters.

5637700.1 30711/122570

- 8 -

The Receiver is also in the process of reviewing the computer records and other documents recovered from the Legisi offices. Review of these documents may lead to the discovery of additional assets or claims.

### *III. Conclusion*

The Receiver intends to move forward with the orderly liquidation of assets, the investigation and pursuit of additional assets and causes of action, and the creation of procedures for the proper distribution of recovered assets to parties in interest.

        Respectfully submitted,

        CLARK HILL PLC

By:   /s/ Joel D. Applebaum
       Joel D. Applebaum (P36774)
       Jami A. Statham (P69747)
       500 Woodward Avenue, Suite 3500
       Detroit, Michigan 48226-3435
       (313) 965-8300
       japplebaum@clarkhill.com
       jstatham@clarkhill.com

Date: August 21, 2008       *Attorneys for Robert D. Gordon, Receiver of the Estates of Gregory N. McKnight, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, my assistant, Secret S. Washington, electronically filed the *First Interim Report and Accounting of Receiver* with the Clerk of the Court using the ECF System which will send notification of such filing upon: John E. Birkenheier, Esq, Ellen E. Christensen, David A. Salim, and M. Allen Robb. Also served by first class mail upon: Steven L. Klawans and James O'Keefe of the U.S. Securities and Exchange Commission, 175 W. Jackson Blvd, Suite 900, Chicago, IL 60604.

Respectfully Submitted,

CLARK HILL PLC

By: /s/ Joel D. Applebaum
Joel D. Applebaum
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300
japplebaum@clarkhill.com
P36774

*Attorneys for Robert D. Gordon Receiver of the Estates of Gregory N. McKnight, et al.*

Date: August 21, 2008

5623113.5 30711/122570