# EXHIBIT A

# VERITAS GLOBAL LLC

2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-07

| Description: | **Items Seized from Greg McKnight & Ryan Burton's Office** |
|---|---|
| | **Legisi Marketing, Inc.-** |
| | 5154 Miller Road, Flint, MI, Suite F |
| **Case Name:** | Legisi |
| **Case #:** | 08-5811-RR |

| No | Description of Item | Location Found | Date Received |
|---|---|---|---|
| 1 | Large black three ring binder containing COMTrust account statements for Legisi. Binder is labeled COMTrust – Legisi. | Greg McKnight's Office - Bookshelf | 5/6/08 |
| 2 | Large black three ring binder, unlabeled. Binder contains a Reconciliation Summary for a Lasalle Checking Account # 5405544668, period ending 5/13/2007. Several sheets regarding a Legisi account with National Securities is located in the front pocket sleeve. | Greg McKnight's Office - Bookshelf | 5/6/08 |
| 3 | More COMTrust and National Securities account documents. | Greg McKnight's Office – Top Drawer of Front Desk | 5/6/08 |
| 4 | Miscellaneous legal documents | Greg McKnight's Office – Top of Desk | 5/6/08 |
| 5 | Miscellaneous documents, including an "Asset Listing" for Legisi Marketing. | Greg McKnight's Office – Top of Desk | 5/6/08 |
| 6 | Various sealed envelopes addressed to Legisi Marketing from COMTrust. | Greg McKnight's Office – top of credenza | 5/10/08 |

VERITAS takes every precaution to store and transport materials in a safe and secure manner. VERITAS is not responsible for any damages in due course of working with the material list on the this form

## Chain of Custody

| Date/Time | Released By | Received By | Reason |
|---|---|---|---|
| **Date:** 5/6/08 | **Name/Agency:** | **Name/Agency:** Danon Goodrum | Transfer of Custody |

Copyright© 2007 - Veritas Global LLC - All rights reserved.

# VERITAS GLOBAL LLC

2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-01

**Description:**   **2002 Chevrolet Pickup**
VIN: 1GCGK13U92F136351
Mileage: 67,447

**Case Name:**   Legisi
**Case #:**   5811

| No | Description of Item | Date Received |
|----|---------------------|---------------|
| 1 | Keys to 2002 Chevrolet Pickup | 5/12/08 |
| 2 | (2) Copies of Gander Mountain ATV Service Order # 503 | 5/12/08 |
| 3 | Gander Mountain ATV Service Order # 505 | 5/12/08 |
| 4 | Gander Mountain ATV Service Order #506 | 5/12/08 |
| 5 | Michigan Registration for 2002 Chevrolet Pickup | 5/12/08 |
| 6 | Patsy Lou Service Invoice for Service Order # 537554 | 5/12/08 |
| 7 | Certificate of Insurance for 2002 Chevrolet Silverado 1500 | 5/12/08 |
| 8 | Wal-Mart service order dated 1/26/08 | 5/12/08 |

VERITAS takes every precaution to store and transport materials in a safe and secure manner. VERITAS is not responsible for any damages in due course of working with the material list on the this form

## Chain of Custody

| Date/Time | Released By | Received By | Reason |
|-----------|-------------|-------------|--------|
| **Date:** May 12, 2008 | **Name/Agency:** Grand Blanc Police Dept | **Name/Agency:** Greg Suhajda Danon Goodrum | Transfer of Custody |
| **Time:** 5:27 PM | **Signature:** | **Signature:** | |

*Confidential and Proprietary*

Copyright© 2007 - Veritas Global LLC - All rights reserved.

# VERITAS GLOBAL LLC
2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-02

**Description:**   **Inventory from 2008 Mercedes S550 Series**
VIN: WDDNG71X68A152060
Mileage: 11,115

**Case Name:**   Legisi
**Case #:**   08-5811-RR

| No | Description of Item | Date Received |
|----|---------------------|---------------|
| 1 | Two (2) sets of keys to Mercedes | 5/14/08 |
| 2 | Purchase Order No. 0870559835 for Mercedes | 5/14/08 |
| 3 | Odometer Disclosure Statement Mercedes | 5/14/08 |
| 4 | Grand Blanc Motorcars, LTD Order Statement | 5/14/08 |
| 5 | Application for Michigan Title Statement of Vehicle Sale - Dated 7/6/07 | 5/14/08 |
| 6 | "We Owe" you statement from dealer | 5/14/08 |

VERITAS takes every precaution to store and transport materials in a safe and secure manner. VERITAS is not responsible for any damages in due course of working with the material list on the this form

## Chain of Custody

| Date/Time | Released By | Received By | Reason |
|-----------|-------------|-------------|--------|
| **Date:** May 14, 2008 | **Name/Agency:** Steven Spender - Attorney | **Name/Agency:** Greg Suhajda Danon Goodrum | Transfer of Custody |
| **Time:** 3:52 PM | **Signature:** | **Signature:** | |

Copyright© 2007 - Veritas Global LLC - All rights reserved.

# VERITAS GLOBAL LLC
## 2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-03

| Description: | **Three (3) ATV's & Trailer** |
|---|---|
| **Case Name:** | Legisi |
| **Case #:** | 08-5811-RR |

| No | Description of Item | Date Received |
|---|---|---|
| 1 | Three (3) ATV's:<br><br>**VIN 1**: 09019209810*<br>**VIN 2**: 3234535*<br>**VIN 3**: 021545478* | 5/19/08 |
| 2 | Trailer<br>Plate No.  MI B788079 | 5/19/08 |
| 3 | Two (2) Keys to the Trailer | 5/19/08 |

**\*VIN Numbers to be confirmed**

VERITAS takes every precaution to store and transport materials in a safe and secure manner.  VERITAS is not responsible for any damages in due course of working with the material list on the this form

## Chain of Custody

| Date/Time | Released By | Received By | Reason |
|---|---|---|---|
| **Date:**<br>5/19/08 | **Name/Agency:**<br>Danon Goodrum | **Name/Agency:**<br>Greg Suhajda<br>Rick Rytman | Transfer of Custody |
| **Time:**<br>9:52 AM | **Signature:** | **Signature:** | |

Copyright© 2007 - Veritas Global LLC  - All rights reserved.

# VERITAS GLOBAL LLC
2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-04

| | |
|---|---|
| **Description:** | **Computer** |
| | **Legisi Marketing, Inc.** |
| | 5154 Miller Road, Flint, MI |
| **Case Name:** | Legisi |
| **Case #:** | 08-5811-RR |

| No | Description of Item | Date Received |
|---|---|---|
| 1 | Five (5) Compact Disks labeled:<br><br>1) E - Bullion account history, #b75831, May 2007 - Present<br>2) E - Bullion account history, #B96566, May 2007 - Present<br>3) Member Transaction Logs, May 2007 – Present<br>4) Referral Fees, May 2007 – Present<br>5) Greg McKnight Personal Banking Info, May 2007 – Present | 5/14/08 |
| 2 | Gateway laptop computer (black)<br>Model:    NX860X<br>Model #:  PA6<br>Serial #:   0038957260.<br>The computer was issued to, and personally returned by, Ryan Burton. | 5/14/08 |

VERITAS takes every precaution to store and transport materials in a safe and secure manner. VERITAS is not responsible for any damages in due course of working with the material list on the this form

## Chain of Custody

| Date/Time | Released By | Received By | Reason |
|---|---|---|---|
| **Date:** 5/14/08 | **Name/Agency:** Danon Goodrum | **Name/Agency:** Greg Suhajda | Transfer of Custody |
| **Time:** | **Signature:** | **Signature:** | |

Copyright© 2007 - Veritas Global LLC - All rights reserved.

# VERITAS GLOBAL LLC

2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-05

| Description: | **Shed** |
| | **Located at 465 Hill Road, Gaines Township, MI** |

| Case Name: | Legisi |
| Case #: | 08-5811-RR |

| No | Description of Item | Date Received |
|----|---------------------|---------------|
| 1 | Three (3) black plastic storage cases for back of ATVs | 5/19/08 |
| 2 | Five (5) Helmets (Silver with Red Flames) | 5/19/08 |
| 3 | 1200 watt Heavy Duty Halogen Work light w/ stand | 5/19/08 |
| 4 | Two (2) yellow Dorcy flashlights with batteries (in case) | 5/19/08 |
| 5 | Six (6) Energizer D Cell batteries in open case | 5/19/08 |
| 6 | Six (6) Scott Protective Goggles<br>(2) Blue<br>(1) Red<br>(1) Green<br>(2) Clear | 5/1908 |
| 7 | Owners Manual for Subaru Generator (EX 13D/30D) | 5/19/08 |
| 8 | Folding Chair  (Orange with Red canvas bag) | 5/19/08 |
| 9 | Union Tools Shovel (Yellow) | 5/19/08 |
| 10 | Post Hole Digger (Black and Orange) | 5/19/08 |
| 11 | Black Craftsman Toolbox with various sockets, etc. | 5/19/08 |

**VERITAS takes every precaution to store and transport materials in a safe and secure manner.  VERITAS is not responsible for any damages in due course of working with the material list on the this form**

## Chain of Custody

| Date/Time | Released By | Received By | Reason |
|-----------|-------------|-------------|--------|
| **Date:**<br>5/19/08 | **Name/Agency:**<br>Danon Goodrum | **Name/Agency:**<br>Greg Suhajda<br>Rick Rytman | Transfer of Custody |
| **Time:**<br>9:52 AM | **Signature:** | **Signature:** | |

Copyright© 2007 - Veritas Global LLC - All rights reserved.

# VERITAS GLOBAL LLC

2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-06 - A

**Description:**     **Office 1 – Ryan Burton, Executive Assistant**
**Legisi Marketing, Inc.-**
5154 Miller Road, Flint, MI, Suite F

**Case Name:**     Legisi
**Case #:**     08-5811-RR

| No | Description of Item | Location | Storage | Date Received |
|----|---------------------|----------|---------|---------------|
| 1 | UPS envelope addressed to "Ryan Burton" from "John Baccay" containing items related to "Self Storage". | Bookshelf | Box 1 | 5/8/08 |
| 2 | Miscellaneous Documents | Bookshelf | Box 1 | 5/8/08 |
| 3 | Michigan Association of Realtors Disclosure Regarding Real Estate Agency Relationship Forms. | D1 | Box 1 | 5/8/08 |
| 4 | Various business cards, envelopes from "Comtrust", "Edge" brand PDA | D3 | Box 1 | 5/8/08 |
| 5 | Miscellaneous documents, employee pay stubs, business cards. | D5 | Box 1 | 5/8/08 |
| 6 | Notary Journal, Notary Stamp/Seal, one (1) 3 ¼ inch computer disk and 3 ¼ computer drive. | D6 | Box 1 | 5/8/08 |
| 7 | Fax from "Allied Interstate" to Ryan Burton from "Scott Edwards", post-it note with various numbers handwritten on it. | Desk Top | Box 1 | 5/8/08 |

VERITAS takes every precaution to store and transport materials in a safe and secure manner. VERITAS is not responsible for any damages in due course of working with the material list on the this form

Copyright© 2007 - Veritas Global LLC - All rights reserved.

# VERITAS GLOBAL LLC
2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

## INVENTORY LIST
## 5811-06 - B

| Description: | **Office 2 – Greg McKnight, President** |
| | **Legisi Marketing, Inc.-** |
| | 5154 Miller Road, Flint, MI, Suite F |

| Case Name: | Legisi |
| Case #: | 08-5811-RR |

| No | Description of Item | Location | Storage | Date Received |
|---|---|---|---|---|
| 1 | Box containing misc. documents | Closet Floor | Box 2 | 5/8/08 |
| 2 | Misc. documents, handwritten notes, thumb drive and an I-Pod. | Desk Top | Box 2 | 5/8/08 |
| 3 | Large tube containing what appears to be architectural plans. Also located in closet but was too large to be placed in an evidence box and therefore is stored     by itself. | Closet | Evidence Closet | 5/8/08 |
| 4 | Misc. documents, various Legisi business records/documents, CD labeled "E-Buillion Account History". | Book Case | Box 3 | 5/8/08 |
| 5 | Misc. documents, handwritten notes, 2007 personal calendar. | D1 | Box 4 | 5/8/08 |
| 6 | Misc. documents, handwritten notes and notepad, CDs of business accounts and transaction logs involving "E-Buillion". | D2 | Box 4 | 5/8/08 |
| 7 | Misc. documents | D4 | Box 4 | 5/8/08 |
| 8 | Misc. documents | D5 | Box 4 | 5/8/08 |
| 9 | Misc. documents, business cards, airline receipt, handwritten notes, credit cards. | D6 | Box 4 | 5/8/08 |
| 10 | Misc. files/documents in cardboard box | Floor | Box 5 | |

*Confidential and Proprietary*

Copyright© 2007 - Veritas Global LLC  - All rights reserved.

# VERITAS GLOBAL LLC
2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-06 - C

**Description:** **Reception Area File Cabinets**
**Legisi Marketing, Inc.**
5154 Miller Road, Flint, MI, Suite F

**Case Name:** Legisi
**Case #:** 08-5811-RR

| No | Description of Item | Location | Stored | Date Received |
|----|---------------------|----------|--------|---------------|
| 1 | Miscellaneous Docs | RD1 | Box 6 | 5/8/08 |
| 2 | Miscellaneous Docs | RD2 | Box 6 | 5/8/08 |
| 3 | Two (2) boxes containing large amount of documents/files. Boxes were taken as whole and labeled Box 6 and Box 7 for the inventory list. | RD3 | Box 6 | 5/8/08 |
| 4 | Two (2) boxes containing a large amount of documents/files. Boxes were taken as whole and labeled Box 6 and Box 7 for the inventory list. | RD3 | Box 7 | 5/8/08 |
| 5 | Miscellaneous Documents | RD5 | Box 8 | 5/8/08 |
| 6 | Miscellaneous Documents | RD 6&7 | Box 9 | 5/8/08 |
| 7 | W-9s | RD8 | Box 10 | 5/8/08 |
| 8 | Various documents and handwritten notes taken from the top of the desk and the two desk drawers. | Small Desk | Box 10 | 5/8/08 |

Copyright© 2007 - Veritas Global LLC - All rights reserved.

# VERITAS GLOBAL LLC
2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
# 5811-06 - D

| | |
|---|---|
| Description: | **Reception Desk** |
| | **Legisi Marketing, Inc.** |
| | 5154 Miller Road, Flint, MI, Suite F |
| Case Name: | Legisi |
| Case #: | 08-5811-RR |

| No | Description of Item | Location | Stored | Date Received |
|---|---|---|---|---|
| 1 | Miscellaneous Files | REC 4 | Box 11 | 5/8/08 |
| 2 | Miscellaneous Files | REC 5 | Box 12 | 5/8/08 |
| 3 | Misc. documents – including a purchaser copy of a cashier's check made payable to "Legisi Marketing" in the amount of $1,906,642.16 and a note with "FedEx to Sierra Equity". A 1GB xD-picture card, S/N K77J42730, Lasalle Bank canvas bag with copies of misc. | REC 1 | Box 13 | 5/8/08 |
| 4 | Miscellaneous Documents | REC 2 | Box 13 | 5/8/08 |
| 5 | Miscellaneous Files | REC 3 | Box 13 | 5/8/08 |
| 6 | Telephone message pad, misc. documents and handwritten notes, contents of the "Inbox", and various corporate documents. | Desk Top | Box 13 | 5/8/08 |
| 7 | Miscellaneous Documents | Garbage Can | Box 13 | 5/8/08 |

*Confidential and Proprietary*

Copyright© 2007 - Veritas Global LLC - All rights reserved.

# VERITAS GLOBAL LLC
2000 Town Center, Suite 2100, Southfield, MI 48075 - 248-352-5600

# INVENTORY LIST
## 5811-06-E

| Description: | **Computers** |
| :--- | :--- |
| | **Legisi Marketing, Inc.** |
| | 5154 Miller Road, Flint, MI |

| Case Name: | Legisi |
| :--- | :--- |
| Case #: | 08-5811-RR |

| No | Description of Item | Location | Date Received |
| :---: | :--- | :--- | :--- |
| 1 | Gateway Computer<br>Model:  DX430X<br>S/N:     0038990794 | McKnight's Office | 5/8/08 |
| 2 | Gateway<br>Model:  GM5420<br>S/N:     CSG6C 110 02695 | Reception Area<br>Small Desk | 5/8/08 |
| 3 | Gateway<br>Model:  GM5420<br>S/N:     CSG71 110 04525 | Underneath<br>Reception Desk | 5/8/08 |
| 4 | Gateway (Laptop)<br>Model:  MP87808<br>S/N:     T236A41002035 | Top of Reception<br>Desk | 5/8/08 |

VERITAS takes every precaution to store and transport materials in a safe and secure manner.  VERITAS is not responsible for any damages in due course of working with the material list on the this form

## Chain of Custody

| Date/Time | Released By | Received By | Reason |
| :--- | :--- | :--- | :--- |
| **Date:**<br>5/8/08 | **Name/Agency:**<br>Danon Goodrum | **Name/Agency:**<br>Robert Pertuso<br>Rick Rytman | Transfer of Custody |
| **Time:**<br>7:45 AM | **Signature:** | **Signature:** | |

Copyright© 2007 - Veritas Global LLC  - All rights reserved.