LAW OFFICES
**SPENDER & ROBB, P.C.**
A PROFESSIONAL CORPORATION
The Cornerstone Buildings
1289 S. Linden Road, Suite B
Flint, MI 48532

TAXPAYER ID NUMBER
38-2814183

TELEPHONE: (810) 230-1415
FAX: (810) 732-0144

May 27, 2008

Invoice # 35307

Mr. Greg McKnight
5154 Miller Road
Suite F
Flint MI 48507

**Professional Services**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/27/2008 - | MAR | Preparation for hearing on three Motions - Motion to Appoint Receiver, Consolidation and Entry of Default. | 4.50 |
| 4/28/2008 - | MER | Receipt and review of motion for court to issue letters rogatory for witnesses; conduct research regarding letters rogatory. | 2.00 |
| - | MAR | Various emails with Richard Roth; telephone conference with Richard Roth; telephone conference with Greg McKnight regarding status of hearing; telephone conference with Judge Yuille's Court regarding adjournment of hearings to April 29, 2008. | 0.80 |
| 4/29/2008 - | MER | Finalized research and dictated Answer and Brief to Motion for Letters Rogatory | 2.50 |
| - | MAR | Appeared in Genesee County Circuit Court before Judge Yuille for hearings on Motions regarding Entry of Default, Appointment of Receiver and Consolidation; Work on injunctive issues following hearing wherein Court entered temporary injunction; telephone conference with Greg McKnight and Richard Roth regarding all issues associated therewith. | 5.00 |

14.8

MAR 10.3

4.5 MER

| | | | Hours |
|---|---|---|---|
| 4/30/2008 - | DMW | Brief meeting with Attorney Robb and client regarding FDCPA issues. Brief research regarding same. | 0.50 |
| - | MER | Conduct research regarding MCR 2.309 and 2.304 and on Court's authority to extend time to extend discovery; dictate answer to Motion to Compel; and draft brief in opposition of Plaintiff's Motion to Compel Answers. | 3.00 |
| - | MAR | Telephone conference with Richard Roth; email to and from Richard Roth meeting with Greg regarding asset list and work on same. | 3.00 |
| 5/1/2008 - | SFS | Review Court Order. | 0.20 |
| - | DMW | Reviewed and revised Response to Motion for Letters Rogatory and Brief in Support. Finalized for filing with Court. | 2.50 |
| - | MAB | Work on Motions for Letters Rogatory; continued working responsive pleadings on complaints for civil lawsuits. | 4.50 |
| 5/2/2008 - | DMW | Telephone conference with Attorney Jonna Grossbardt regarding FDCPA research. | 0.20 |
| - | MER | Conduct research regarding MCR 2.306 regarding court's authority to adjourn depositions; dictate motion, brief, notice of hearing and order to adjourn deposition of Greg McKnight. | 2.00 |
| - | MAB | Preparation of Appearances for Plaintiffs Zielinsky, Bradley, Bonnice, Davis, Kusak, Slivka, Raeche, Dixon, Stoneman, Wood, Casey, Ward and Scutt; input pleadings for responses. | 4.00 |
| 5/5/2008 - | MAB | Work on Deborah Villages and Timothy Schoen Complaints; enter appearances and work on Answers to Complaints and Affirmative Defenses; telephone conference with Melissa at Michael Winterfield's office regarding same. | 4.50 |
| - | MAR | Conference with Gary Nitzkin; memorandum to Richard Roth; receipt and review of proposed affidavit; conference with client. MAB | 2.75 |

MAB → B

MAR 5.75 DMW 3.2 MER 5.00 SFS .2 ~~18~~ 75

| | | | Hours |
|---|---|---|---|
| 5/6/2008 - | MAB | Telephone conference with Fran at Genesee County Circuit Court Clerks office regarding James Wood Appearance, case caption, case numbers to refer to the consolidated cases; work on complaints of Bonnice and Bradley; mail Motion for Adjournment of Deposition of Gregory McKnight to Nitzkin. | 4.60 |
| - | MAR | Several telephone conferences with Richard Roth; Robert Gordon and John Birkenheimer; review of pleadings forwarded by John Birkenheimer; research pertaining to Court's authority to issue asset freezes on exparte motions; office conference with client regarding review of list of assets to be submitted to Judge Yuille. | 6.00 |
| 5/7/2008 - | MAR | Review of Michigan Federal Case Law regarding Ponzi Schemes and Asset Seizures; several telephone conferences with Richard Roth. | 1.50 |
| - | MAR | Work on SEC Documents including orders, complaint, motions and exhibits; scanning documents and emailing to Richard Roth | 5.00 |
| 5/9/2008 - | MAR | Telephone conference with Michael Winterfield regarding documents filed by the Securities Exchange Commission; telephone conference with client; telephone conference with Dennis Haley regarding representationand possible bankruptcy; several telephone conferences with Richard Roth; several emails to and from Robert Gordon. | ~~4.50~~ 4.0 |
| 5/12/2008 - | MAR | Several emails to and from Richard Roth; telephone conference with Robert Gordon; review; several telephone conferences with Richard Roth; conference with client. | 3.00 |
| 5/14/2008 - | SFS | Conference with Greg McKnight. Telephone conference with Attorney Roth. Conference with Danon Goodrum from Clark Hill. Draft receipt. | 1.00 |
| - | MER | Conduct research regarding regarding Eastern District of Michigan's policy of Pro Hac Vice for Attorney Richard Roth. | 0.60 |

13 = MAB = 45
9 1/2 MER = 195
3.2 DMW = 195
.2 SFS x 275
16.1 MAR 275

MAB 585.00
MER 1852.50
DMW 624.00
SFS 55.00
MAR - 4,027.50
~~8564.85~~
7,144.00

45
13

| Date | Initials | Description | Hours |
|---|---|---|---|
| 5/14/2008 - | MAR | Several emails to and from Joel Applebaum regarding issues associated with unemployment checks; telephone conference with Danielle Burton; work on monthly budget for client; telephone conference with client regarding same. | 2.50 |
| 5/15/2008 - | SFS | Review documents including Consent to Preliminary Injunctive Order and Injunctive Order for both Legisi and Gregory McKnight. | 0.70 |
| - | MAR | Conference with client regarding frozen assets; telephone conference with Joel Applebaum; emails to and from Joel Applebaum and Richard Roth. | 3.25 |
| 5/16/2008 - | MAR | Telephone conference with Richard Roth and client; several telephone conferences with Barbara Tanase of the United States Attorneys Office; conference with Barbara Tanase at US Attorney's Office, Flint, Michigan. | 3.00 |
| 5/19/2008 - | MAR | Several telephone conferences with Barbara Tanase; telephone conference with Linda McKnight regarding Secret Service search of home and arrest of Greg McKnight; dictated letter to Barbara Tanase regarding conduct of search and telephone availability. | 5.50 |
| 5/20/2008 - | MAR | Conference with Greg and Linda McKnight; telephone conference with Gary Nitzkin; telephone conference with Michael Winterfield; telephone conference with Richard Roth; several emails to Richard Roth. | 5.00 |
| 5/21/2008 - | MAR | Several telephone conferences with Edward Wishnow, Gregory McKnight and Richard Roth. | 1.50 |
| 5/22/2008 - | MAR | Telephone conference with Richard Roth; email to and from Kathleen Weiman of the Attorney Generals office in Illinois. | 0.80 |
| 5/23/2008 - | MAR | Conference with client reviewing criminal material. | 0.50 |

SUBTOTAL: ~~[ 90.90 19,752.50]~~

| | | Hours | Amount |
|---|---|---|---|
| | For Professional Services Rendered | ~~90.90~~ | ~~$19,752.50~~ |
| | **Additional Charges:** | | |
| 4/29/2008 - | Genesee County Circuit Court | | 25.00 |
| 5/5/2008 - | Genesee County Circuit Court - motion fee | | 20.00 |
| 5/8/2008 - | UPS Overnight Mailing | | 32.16 |
| 5/17/2008 - | USPS Overnight Mailing | | 16.50 |
| 5/20/2008 - | West Law Computerized Research (April charges) | | 470.19 |
| | SUBTOTAL: | | [ 563.85] |
| | Total costs | | $563.85 |
| | Total Amount of this Bill | | ~~$20,316.35~~ |
| 5/27/2008 | Payment from Client Account | | ($501.35) |
| | Total payments | | ($501.35) |
| | **BALANCE DUE** | Total Balance post 5/5/08 | ~~$19,815.00~~ 13,027.35 |

**Client funds transactions**

| | | Amount |
|---|---|---|
| | Previous balance of Client funds | $501.35 |
| 5/27/2008 | Payment from Client Account | ($501.35) |
| | New balance of Client funds | $0.00 |

LAW OFFICES
**SPENDER & ROBB, P.C.**
A PROFESSIONAL CORPORATION
The Cornerstone Buildings
1289 S. Linden Road, Suite B
Flint, MI 48532

TAXPAYER ID NUMBER
38-2814183

TELEPHONE: (810) 230-1415
FAX: (810) 732-0144

June 24, 2008

Invoice # 35432

Mr. Greg McKnight
5360 Winshall Drive
Swartz Creek MI 48473

**Professional Services**

| | | | Hours |
|---|---|---|---|
| 5/27/2008 - | MAR | Conference with Greg McKnight regarding Jennifer McKnight's passport; review of budget for living expenses to submit to receiver; review of all issues to date pertaining to "asset freeze" | 2.50 |
| 5/28/2008 - | MAR | Telephone conference with Greg McKnight regarding Jennifer McKnight's passport; telephone conference with Freed-Hardeman Dean of Students Office regarding Jennifer McKnight for costs to submit to receiver; dictated correspondence to Dean of Students regarding Jennifer McKnight; telephone conference with Richard Roth regarding status of responsive pleadings. | 1.20 |
| 5/30/2008 - | MAR | Conference call with Edward Wishnow and Richard Roth regarding all issues associated with pending litigation; email to receiver Robert Gordon regarding billing and payment of fees for Greg McKnight's car insurance; follow-up telephone conferences with Richard Roth and Greg McKnight regarding funding issues as a result of asset freeze; several emails to Richard Roth and Edward Wishnow regarding status of litigation. | 2.20 |
| 6/3/2008 - | MAR | Receipt and review of email from Greg McKnight regarding receivers web page. | 0.10 |

| | | | Hours |
|---|---|---|---|
| 6/4/2008 - | MAR | Telephone conference with David Salim regarding possible representation of Theresa Burton and Daniel Burton; telephone conference with Richard Roth regarding same. | 0.40 |
| 6/5/2008 - | MAR | Various emails and telephone conferences to and from Jami Statham and Richard Roth regarding Telemus and Legisi document production. | 0.70 |
| 6/6/2008 - | MAR | Various emails with Attorney Jami Statham and Richard Roth regarding issues associated with Telemus as well as production of document issues. | 0.60 |
| 6/9/2008 - | MAR | Telephone conference with Greg McKnight regarding closing on 9211 Chesterfield; receipt and review of email from Gary Nitzkin regarding status of files in Judge Yuille's Court; email Edward Hood regarding production of documents; email to Richard Roth regarding production of documents. | 1.00 |
| 6/11/2008 - | MAR | Conference with Richard Roth; conference at Veritas with Edward Hood, Robert Gordon; Edward Wishnow; Danielle Burton, Gregory McKnight, Danon Goodrum reviewing 16 boxes of materials; Conference with Edward Wishnow, Richard Roth, Gregory McKnight and Danielle Burton. | 11.00 |
| 6/13/2008 - | MAR | Email to Richard Roth and Edward Hood. | 0.10 |
| 6/16/2008 - | MAR | Several emails to and from Jami Statham; several emails to and from Richard Roth; email to James O'Keefe; receipt and review of correspondence from Jami Statham to Danielle Burton. | 0.80 |
| 6/17/2008 - | MAR | Email to Richard Roth, Joel Applebaum, Robert Gordon, Jami Statham and Edward Hood regarding status of receivership issues and attorney fees. | 0.30 |
| 6/19/2008 - | MAR | Several telephone conferences from Jami Statham regarding sale of Chesterfield home in Swartz Creek, telephone conference with Greg McKnight; receipt and review of Consent of Sale; receipt and review of Motion filed by receiver for Consent to Sell Property. | 1.25 |

| | | | Hours |
|---|---|---|---|
| 6/23/2008 - | MAR | Various telephone conferences with Richard Roth and Greg McKnight; review of Complaint filed by the SEC; dictated Answer, Affirmative Defenses and Appearance on behalf of Jennifer McKnight with service to all parties. | 3.75 |

| | | |
|---|---|---|
| SUBTOTAL: | [ 25.90 | 7,122.50] |
| | | **Amount** |
| For Professional Services Rendered | 25.90 | $7,122.50 |

**Additional Charges:**

| | | |
|---|---|---|
| 5/30/2008 - | UPS Overnight Mailing | 18.15 |
| 6/12/2008 - | West Law Computerized Research (May charges) | 166.52 |
| | SUBTOTAL: | [ 184.67] |
| | Total costs | $184.67 |
| | Total Amount of this Bill | $7,307.17 |
| | Previous balance | ~~$19,815.00~~ 13,027.35 (May balance post 5/5/08) |
| | **BALANCE DUE** | ~~$27,122.17~~ |

Total Balance due - 20,334.52

LAW OFFICES

**SPENDER & ROBB, P.C.**

A PROFESSIONAL CORPORATION

The Cornerstone Buildings
1289 S. Linden Road, Suite B
Flint, MI 48532

TAXPAYER ID NUMBER
38-2814183

TELEPHONE: (810) 230-1415
FAX: (810) 732-0144

July 30, 2008

Invoice # 35481

Mr. Greg McKnight
5360 Winshall Drive
Swartz Creek MI 48473

**Professional Services**

| Date | | Description | Hours |
|---|---|---|---|
| 6/25/2008 - | MAR | Several telephone conferences with James O'Keefe of the Securities and Exchange Commission regarding Default of Greg McKnight; receipt and review of application for clerk's entry of Default; office conference with Greg McKnight regarding entry of Default in SEC litigation as well as issues pertaining to default of Jennifer McKnight. | 2.50 |
| 7/1/2008 - | MAR | Telephone conference with Greg McKnight regarding issues pertaining to health insurance. | 0.30 |
| 7/2/2008 - | MAR | Work on Affirmative Defense issues for Jennifer McKnight; telephone conference with James O'Keefe regarding Jennifer McKnight's pleadings; work on Jennifer McKnight's Statement of Financial Affairs for the SEC. | 2.50 |
| 7/3/2008 - | MAR | Conference with Greg McKnight regarding file server in Panama; telephone conference with Greg McKnight and Richard Roth regarding production of file server material located in Panama. | 1.75 |
| 7/7/2008 - | MAR | Telephone conference with Edward Wishnow regarding server located in Panama. | 0.30 |

| | | | Hours |
|---|---|---|---|
| 7/8/2008 - | MAR | Telephone conference with Edward Wishnow regarding waiving Fifth Amendment rights. | 0.50 |
| 7/11/2008 - | MAR | Email to Richard Roth regarding server in Panama and material contained thereon; review of emails from Joel Applebaum regarding legal fees and responded thereto; review of correspondence from James O'Keefe from the Securities & Exchange Commission regarding Affirmative Defenses; review of Affirmative Defenses for Jennifer McKnight in response to James O'Keefe's inquiries; follow-up telephone conference with James O'Keefe regarding striking Affirmative Defenses; receipt and review materials from Attorney John Birkenheimer of SEC regarding Striking Affirmative Defenses of Daniel Burton and Theresa Burton; office conference with Greg McKnight and Edward Wishnow regarding voluntary production of file server located in Panama. | 6.00 |
| 7/14/2008 - | MAR | Telephone conference with Edward Wishnow regarding follow up of issues addressed on Friday, July 11, 2008 regarding Panama server issues and conversations with Barbara Tanase of the US Attorney's Office. | 0.30 |

SUBTOTAL: [ 14.15 3,891.25]

| | | Amount |
|---|---|---|
| For Professional Services Rendered | 14.15 | $3,891.25 |

**Additional Charges:**

| | | |
|---|---|---|
| 7/16/2008 - | West Law Computerized Research (June charges) | 73.05 |
| - | 1-800-Conference(r) | 69.15 |

SUBTOTAL: [ 142.20]

| | Amount |
|---|---|
| Total costs | $142.20 |
| Total Amount of this Bill | $4,033.45 |
| Previous balance | ~~$27,122.17~~ 20,334.52 |
| **BALANCE DUE** | ~~$31,155.62~~ |
| total — | $24,367.97 |

LAW OFFICES

**SPENDER & ROBB, P.C.**

A PROFESSIONAL CORPORATION

The Cornerstone Buildings
1289 S. Linden Road, Suite B
Flint, MI 48532

TAXPAYER ID NUMBER
38-2814183

TELEPHONE: (810) 230-1415
FAX: (810) 732-0144

August 28, 2008

Invoice # 35604

Mr. Greg McKnight
5360 Winshall Drive
Swartz Creek MI 48473

**Professional Services**

| | | | Hours |
|---|---|---|---|
| 7/30/2008 - | MAR | Email to Richard Roth regarding submission of Motion by Clark Hill for payment; telephone to Richard Roth regarding same. | 0.10 |
| 7/31/2008 - | MAR | Preparation for telephone conference with SEC; telephone conference with Richard Roth regarding same. | 0.50 |
| 8/5/2008 - | MAR | Office conference with Ed Wishnow and Greg McKnight regarding Panama server matters. | 3.00 |
| 8/6/2008 - | MAR | Telephone conference with Ed Wishnow and Richard Roth regarding release of Panama server materials to the Receiver and review of all criminal issues pertaining to same. | 0.50 |
| 8/7/2008 - | MAR | Various telephone conferences with Richard Roth and Jami Stratham regarding Panama server materials. | 0.75 |
| 8/11/2008 - | MAR | Telephone conference with Linda McKnight regarding Greg McKnights new employment; telephone conference with Jami Stratham regarding Greg McKnight's employment. | 0.30 |
| 8/18/2008 - | MAR | Conference with client; various telephone conferences with Jami Stratham regarding submission of materials contained in database of Panama server. | 2.25 |

| | | | Hours |
|---|---|---|---|
| 8/19/2008 - | MAR | Telephone conference with Ed Wishnow regarding Panama server. | 0.30 |
| 8/20/2008 - | MAR | Email to and from Jami Stratham regarding providing Panama server access to receiver; several telephone conferences with all parties involved including conference call with Ed Hood; Jami Stratham and Clark Hills IT person, various telephone conference with Danielle Burton and Greg McKnight trying to clear up questions regarding obtaining information for Panama server. | 1.50 |
| 8/21/2008 - | MAR | Several telephone conferences with Jami Stratham regarding Panama Server and trying to get information in a form to facilitate copying of data from server. | 0.40 |
| 8/25/2008 - | MAR | Telephone conference with Greg McKnight regarding technical information for receiver to allow them to access information in Panama and use it beyond one screen at a time; several telephone conferences with Jami Stratham. | 1.00 |

| | | |
|---|---|---|
| SUBTOTAL: | [ 10.60 | 2,915.00] |

| | | Amount |
|---|---|---|
| For Professional Services Rendered | 10.60 | $2,915.00 |

**Additional Charges:**

| | |
|---|---|
| 8/6/2008 - PACER Service Center | 4.24 |
| SUBTOTAL: | [ 4.24] |
| Total costs | $4.24 |
| Total Amount of this Bill | $2,919.24 |

| | **Amount** |
|---|---|
| Previous balance | ~~$31,155.62~~ 24,367.97<br>+ 2,919.24 |
| **BALANCE DUE** | ~~$34,074.86~~<br>$27,287.21 |

LAW OFFICES

**SPENDER & ROBB, P.C.**

A PROFESSIONAL CORPORATION

TAXPAYER ID NUMBER
38-2814183

The Cornerstone Buildings
1289 S. Linden Road, Suite B
Flint, MI 48532

TELEPHONE: (810) 230-1415
FAX: (810) 732-0144

October 02, 2008

Invoice # 35690

Mr. Greg McKnight
5360 Winshall Drive
Swartz Creek MI 48473

**Professional Services**

| | | | | Hours |
|---|---|---|---|---|
| 9/23/2008 - | MAR | Telephone confernce with SEC regarding 11 accounts in Turks & Caico's. | | 0.30 |
| | SUBTOTAL: | [ | 0.30 | 82.50] |

| | Hours | Amount |
|---|---|---|
| For Professional Services Rendered | 0.30 | $82.50 |

**Additional Charges:**

| | | |
|---|---|---|
| 9/11/2008 - | 1-800-Conference(s) | 44.91 |
| | SUBTOTAL: | [ 44.91] |
| | Total costs | $44.91 |
| | Total Amount of this Bill | $127.41 |

| | Amount |
|---|---|
| Previous balance | ~~$34,074.86~~ 27,287.21 |
| | + 127.41 |
| **BALANCE DUE** | ~~$34,202.27~~ 27,414.62 |

LAW OFFICES

**SPENDER & ROBB, P.C.**
A PROFESSIONAL CORPORATION

TAXPAYER ID NUMBER
38-2814183

The Cornerstone Buildings
1289 S. Linden Road, Suite B
Flint, MI 48532

TELEPHONE: (810) 230-1415
FAX: (810) 732-0144

October 20, 2008

Invoice # 35732

Mr. Greg McKnight
5360 Winshall Drive
Swartz Creek MI 48473

**Professional Services**

| Date | | | | Hours |
|---|---|---|---|---|
| 9/25/2008 | - | MAR | Telephone conference with Jami Statham regarding 11 accounts. | 0.30 |
| | - | MAR | Receipt and review of Proposed Motion to sell Barrett Property. | 0.80 |
| | - | MAR | Telephone conference with Greg McKnight regarding 11 accounts brought to our attention by Jami Statham. | 0.50 |
| 9/26/2008 | - | MAR | Telephone conference with Jami Statham regarding sale of real estate; telephone conference with Greg McKnight regarding same. | 0.30 |
| 9/27/2008 | - | MAR | Telephone conference with Jami Statham and Edward Wishnow regarding accounts. | 0.50 |
| 10/15/2008 | - | MAR | Preparation of Motion, Brief and Order to Pay Spender & Robb, P.C and the Roth Law Firms Fees and Expenses incurred; review of file, invoices and materials to attach to Motion as Exhibits; made several revisions to Motion and Brief. | 10.00 |
| 10/16/2008 | - | MAR | Receipt and review of pleadings for forfeiture of approximately 1.8 Million Dollars; telephone conference with Richard Roth; email to Joel Applebaum regarding same. | 1.00 |

| | | | Hours |
|---|---|---|---|
| 10/16/2008 - | MAR | Conference with Edward Wishnow and Greg McKnight regarding advising Greg to meet with Receiver to review Sirus Matters. | 2.50 |
| 10/17/2008 - | SFS | Office work on Motion and Brief for payment of fees. Review and revise numerous drafts. | 1.00 |

| | | Amount |
|---|---|---|
| For Professional Services Rendered | 16.90 | $4,647.50 |
| Previous balance | | ~~$34,202.27~~ 27,414.42 |
| | | + ~~4,647.50~~ |
| **BALANCE DUE** | | ~~$38,849.77~~ |
| | | $ 32,062.12 |