## The Roth Law Firm, PLLC
545 Fifth Avenue
Suite 960
New York, NY 10017

*Invoice submitted to:*
Robert Gordon, Esq., as Receiver
c/o Joel Applebaum, Esq.
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435

June 09, 2008

*In Reference To:* General

Invoice #6507

Professional Services

| Date | Atty | Matter / Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2008 | JG | General<br>Met with RAR to discuss federal debt collection law | 0.25<br>400.00/hr | 100.00 |
| | JG | General<br>Researched and analyzed federal debt collection law | 2.75<br>400.00/hr | 1,100.00 |
| | JK | General<br>telephone call with co-counsel's office re service of new complaints; meeting with RAR | 0.25<br>400.00/hr | 100.00 |
| 5/2/2008 | RAR | General<br>Tel call with Robb's office; meet with BS re: strategy; meet with JG re: FDCPA; review law | 1.25<br>400.00/hr | 500.00 |
| 5/5/2008 | JG | General<br>Research; researched and analyzed the statute and case law; began drafting memo on findings | 6.00<br>400.00/hr | 2,400.00 |
| | RAR | General<br>Tel call with Michelle; tell call with Greg; tel call with broker re: examination; meet wtih JG re: memo | 1.50<br>400.00/hr | 600.00 |
| 5/6/2008 | JG | General<br>Draft Memo; met with RAR about the memo | 5.00<br>400.00/hr | 2,000.00 |
| | RAR | General<br>Pleadings; Review motion paper; meet with JK and BS; Review Complaint; Asset Freeze Order; Motion for Preliminary Injunction; Order Appointing Receiver; Order Sealing Record; Emergency Ex parte motion and all exhibits; tel calls with SEC; tel calls with local counsel; tel calls with client; meet with JK and BS re: action; tel calls with local counsel | 8.00<br>400.00/hr | 3,200.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2008 | JK | General<br>Review Complaint; Asset Freeze Order; Motion for Preliminary Injunction; Order Appointing Receiver; Order Sealing Record; Emergency Ex parte motion and all exhibits; tel calls with SEC; tel calls with local counsel; tel calls with client; meet with RAR and BS re: action | 6.00<br>400.00/hr | 2,400.00 |
| | BS | General<br>meet with RAR and JK re: motions and status | 0.75<br>400.00/hr | 300.00 |
| | BS | General<br>Research re: bankruptcy law for Greg only and telephonic conference with bankruptcy experts, review file re: nitzkin correspondence and meet with rar re: same | 4.00<br>400.00/hr | 1,600.00 |
| 5/7/2008 | BS | General<br>tel call with a robb re: sec complaint, meet w rar re: potential for bankruptcy and sec complaint and analysis | 1.75<br>400.00/hr | 700.00 |
| | JG | General<br>Review Complaint, motion papers and pleadings; tel calls with SEC; tel calls with client; meet with JK and RAR re: action | 5.50<br>400.00/hr | 2,200.00 |
| | RAR | General<br>tel calls with client re: location of assets, explaining each document, exhibits; tel calls with client re: process, tel calls re: payments to investors and any additional payments or withdrawals; research re: receivers; tel calls with accountants | 3.50<br>400.00/hr | 1,400.00 |
| | JK | General<br>Review docts in our posession re: all accounts | 3.25<br>400.00/hr | 1,300.00 |
| 5/8/2008 | RAR | General<br>Tel calls with SEC and co-counsel; tel calls with co-counsel's office; tel calls with Greg; review Orders and motion papers; review email from SEC re: requests for money information; tel calls with Receiver and his counsel; tel calls with SEC, Receiver and local counsel; tel call with bankruptcy counsel; tel calls with criminal counsel | 6.75<br>400.00/hr | 2,700.00 |
| | JK | General<br>Research re: sections 17(a), 5(a) and (c), 10(b)(5); injunction issues; security | 6.75<br>400.00/hr | 2,700.00 |
| | BS | General<br>analysis of Complaint, Orders freezing assets, appointing receiver, sealing records, Motion for prelim injunction and emergency ex parte motion, exhibits, attendance at multiple tel calls with SEC and client and co-counsel, perform research re: recent case law in prep for telephone conference, meet with rar re: strategy | 8.50<br>400.00/hr | 3,400.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                              | Hrs/Rate          | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 5/9/2008   | JK  | General<br>Research re: receivorship, injunction, local rules, 5th amendment privilege                                                                                                                                                                                                                                                        | 6.75<br>400.00/hr | 2,700.00 |
|            | BS  | General<br>research recent case law re: receivership, analysis of exhibits and documents, analysis of documents produced to SEC, prepare and organize exhibits to send to co-counsel, prepare memo to file, research recent case law re: procedural issues                                                                                    | 7.25<br>400.00/hr | 2,900.00 |
| 5/10/2008  | RAR | General<br>Continue to review all exhibits and affidavits annexed to motion re: withdrawals; review accountings and analyze numbers                                                                                                                                                                                                           | 6.00<br>400.00/hr | 2,400.00 |
| 5/12/2008  | RAR | General<br>Tel calls with SEC, receiver's counsel, McKnight, local counsel; review Order re: deadlines; emails to Recveiver re: proposal; emails to/from local counsel; review affidavit of Barrett; speak with Greg re: analysis of monies                                                                                                   | 6.00<br>400.00/hr | 2,400.00 |
| 5/13/2008  | RAR | General<br>Tel calls with SEC, receiver, local counsel, McKnight, negotiate injunction order; review 25 questions with Greg; research re: fifth amendment: tel calls re: return of cash, car; negotiations with Receiver's counsel re: cash; tel calls with SEC re: deposition notices; Review consents; negotiations with SEC; Review proposed order; tel calls re: Kastigar letter | 8.00<br>400.00/hr | 3,200.00 |
|            | BS  | General<br>attendance at telephonic conference with SEC, receiver, co-counsel, client, research recent case law re: receivership and SEC powers, meet with rar re: strategy and fifth amendment issues                                                                                                                                        | 4.00<br>400.00/hr | 1,600.00 |
| 5/14/2008  | RAR | General<br>Tel calls with SEC; tel calls with client; tel call with bankruptcy counsel; tel call with Receiver; negotiate order and consent re: injunction; revise order and consent; speak with client re: questions by SEC and assets; review client's budget; emails to/from SEC, counsel and McKnight                                      | 8.50<br>400.00/hr | 3,400.00 |
| 5/15/2008  | RAR | General<br>Tel calls with SEC; tel call with bankruptcy counsel; tel call with Receiver; negotiate order and consent re: injunction; revise order and consent; tel calls with client re: outstanding issues                                                                                                                                   | 3.25<br>400.00/hr | 1,300.00 |
| 5/16/2008  | RAR | General<br>Tel call with Allen Rob; tel call with AUSA; review documents received today re: injunction; tel call with SEC                                                                                                                                                                                                                     | 1.75<br>400.00/hr | 700.00   |
| 5/19/2008  | RAR | General<br>Tel calls with local counsel re: arrest and warrent; tel calls with criminal counsel re: status                                                                                                                                                                                                                                    | 1.00<br>400.00/hr | 400.00   |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/20/2008 | RAR | General | Tel calls with local counsel, wife, Greg, Receiver and criminal counsel re: status, arrest, search warrant, Miranda issues, etc. | 1.75 400.00/hr | 700.00 |
| | JK | General | Research re: criminal issues | 2.00 400.00/hr | 800.00 |
| | RAR | General | Tel calls with local counsel; tel call with Greg | 0.50 400.00/hr | 200.00 |
| | BS | General | receipt and review of corres from mcgrath re: contact from us attorney cowden and status | 0.25 400.00/hr | 100.00 |
| 5/21/2008 | RAR | General | Tel call with criminal counsel; tel call with Greg re: passport; tel call with local counsel re: status and criminal complaint | 2.00 400.00/hr | 800.00 |
| | BS | General | receipt and analysis of transcript from co-counsel, meet with rar re: same | 2.75 400.00/hr | 1,100.00 |
| 5/22/2008 | RAR | General | tel calls with local counsel; Review injunction docts | 1.00 400.00/hr | 400.00 |
| 5/23/2008 | RAR | General | email to D.C. counsel; tel calls with Greg McKnight | 0.50 400.00/hr | 200.00 |
| 5/28/2008 | RAR | General | tel calls with local counsel | 0.25 400.00/hr | 100.00 |
| 5/29/2008 | RAR | General | tel calls with criminal counsel re: meeting with Receiver, SEC, AUSA, etc. and other issues; tel call with counsel for receiver re: outstanding issues, meeting with Receiver, etc; Review emails from counsel for Receiver for additional information and documents; tel call with local counsel; tel call with Greg | 2.00 400.00/hr | 800.00 |
| | BS | General | receipt and analysis of appointment of fed defender, criminal complaint, arrest warrant, order setting conditions of release, appearance and compliance of bond, meet with rar re: status, prepare voluminous package and corres to criminal counsel | 5.75 400.00/hr | 2,300.00 |
| 5/30/2008 | RAR | General | conf. call with counsel re: 5th amendment privilege, production of documents, responding to Receiver requests, meeting with Receiver, consent judgment of contacting SEC; organize Forum docts for criminal counsel; tel calls with Greg; tel call with SEC | 3.50 400.00/hr | 1,400.00 |

**For professional services rendered**     **146.50**    **$58,600.00**

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 5/30/2008 RAR Disbursements | | 1<br>577.00 | 577.00 |
| | **Total costs** | | **$577.00** |
| | **Total amount of this bill** | | **$59,177.00** |
| | **Previous balance** | | **$22,679.21** |
| 5/19/2008 Payment - Thank You. Check No. 2738 | | | ($20,000.00) |
| | Total payments and adjustments | | ($20,000.00) |
| | Balance due | | $61,856.21 |

# The Roth Law Firm, PLLC

545 Fifth Avenue
Suite 960
New York, NY 10017

*Invoice submitted to:*
Robert Gordon, Esq., as Receiver
c/o Joel Applebaum, Esq.
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435

July 08, 2008

*In Reference To:* General

*Invoice #6598*

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2008 | RAR | General<br>Telephone calls with local counsel; email to criminal / local counsel Re: assets and 5th amendment; telephone call with receiver | 1.00<br>400.00/hr | 400.00 |
| 6/3/2008 | RAR | General<br>Telephone calls with Greg re: next week; telephone calls with SEC; review and revise stipulation of settlement; telephone calls with criminal counsel re: stipulation; Review and revise consents; telephone calls re: Panama services and other areas of inquiry | 2.25<br>400.00/hr | 900.00 |
| | BS | General<br>meet w rar re: docs submitted to SEC and settlement discussions, review file in prep | 1.25<br>400.00/hr | 500.00 |
| 6/4/2008 | RAR | General<br>Telephone calls with Greg re: stipulation; telephone call with counsel for Danielle | 0.50<br>400.00/hr | 200.00 |
| 6/5/2008 | RAR | General<br>Telephone calls with Receiver re: questions answered; email to Receiver; telephone calls with SEC re: negotation of stipulation of settlement and consent order | 2.00<br>400.00/hr | 800.00 |
| 6/6/2008 | RAR | General<br>Telephone Call with local counsel; telephone call with criminal counsel re: scheduling meeting with Receiver | 0.50<br>400.00/hr | 200.00 |
| 6/9/2008 | RAR | General<br>Emails to/from counsel for receiver re: production of documents; tel calls with counsel; tel calls with greg; review correspondence and injunction papers re: review; review and discuss with criminal counsel possible resolutoin of matter and stipulation | 2.25<br>400.00/hr | 900.00 |

212-542 8882

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2008 | BS | General<br>meet w rar and review documents received from sec in prep for rar's meetings in detroit re: potential resolution/settlement | 1.75<br>400.00/hr | 700.00 |
| 6/10/2008 | RAR | General<br>Travel to Flint; emails to/from receiver; tel calls with counsel; tel calls with criminal counsel | 8.00<br>400.00/hr | 3,200.00 |
| 6/11/2008 | RAR | General<br>Meet with Receivor and counsel; meet with criminal counsel and local counsel; meet with Greg and Danielle; tel calls with SEC; review Order and stipulation; negotiate with SEC; meetings re: defaulting Greg; meetings with Allen re: strategy | 9.00<br>400.00/hr | 3,600.00 |
| 6/12/2008 | RAR | General<br>travel; email to Receiver; tel calls with local counsel | 4.50<br>400.00/hr | 1,800.00 |
| 6/13/2008 | RAR | General<br>tel calls with SEC; tel calls with counsel | 0.50<br>400.00/hr | 200.00 |
| 6/16/2008 | RAR | General<br>Meet with BS re: SEC | 0.50<br>400.00/hr | 200.00 |
|  | BS | General<br>meet w rar re: status and discussion w sec | 0.50<br>400.00/hr | 200.00 |
| 6/17/2008 | RAR | General<br>tel calls with SEC and local counsel re: Jennifer, status, etc. | 0.50<br>400.00/hr | 200.00 |
| 6/20/2008 | RAR | General<br>tel calls with local counsel re: status; office conference with BS Re: e-gold dismissal; tel call with local counsel in Washington, D.C. re: transferring e-gold money to Receiver | 1.25<br>400.00/hr | 500.00 |
|  | BS | General<br>receipt of corres from attorney bill mcgrath and proof of service; meet with RAR re: dismissing e-gold case and money transfer. | 0.75<br>400.00/hr | 300.00 |
| 6/21/2008 | RAR | General<br>Review complaint; tel calls re: representation of Jennifer; tel calls with local counsel re: Greg and Jennifer's assets; Tel calls with local counsel; review answer on behalf of jennifer | 1.00<br>400.00/hr | 400.00 |
| 6/22/2008 | RAR | General<br>Tel call with Receiver's counsel; email to SEC; email to counsel; email to receivor | 0.50<br>400.00/hr | 200.00 |
| 6/23/2008 | RAR | General<br>Tel calls with local counsel re: answer to Complaint on behalf of Jennifer; tel calls with Greg re: answer and defaulting; tel calls re: amount of money in accuont | 1.00<br>400.00/hr | 400.00 |

Robert Gordon, Esq., as Receiver                                                         Page    3

|            |     |         |                                                                                                                   | Hrs/Rate        | Amount      |
|------------|-----|---------|-------------------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 6/24/2008  | RAR | General | Tel call with local counsel and Greg re: Jennifer's default, payment for Greg's insurance; Panama server          | 0.50 400.00/hr  | 200.00      |
| 6/25/2008  | RAR | General | Tel calls with local counsel                                                                                      | 0.25 400.00/hr  | 100.00      |
| 6/26/2008  | RAR | General | Tel calls with local counsel                                                                                      | 0.25 400.00/hr  | 100.00      |
| 6/27/2008  | RAR | General | Tel calls with local counsel; emails to/from receiver; tel call to SEC                                            | 0.50 400.00/hr  | 200.00      |
| 6/30/2008  | RAR | General | tel call with counsel                                                                                             | 0.25 400.00/hr  | 100.00      |

**For professional services rendered**                        41.25        **$16,500.00**

Additional Charges :

|           |     |        | Qty/Price      |          |
|-----------|-----|--------|----------------|----------|
| 6/30/2008 | RAR | Travel | 1 1,968.97     | 1,968.97 |

**Total costs**                                                            **$1,968.97**

**Total amount of this bill**                                              **$18,468.97**

**Previous balance**                                                       **$61,856.21**

Balance due                                                                $80,325.18

# The Roth Law Firm, PLLC
545 Fifth Avenue
Suite 960
New York, NY 10017

*Invoice submitted to:*
Robert Gordon, Esq., as Receiver
c/o Joel Applebaum, Esq.
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435

August 07, 2008

*In Reference To:* General

*Invoice #6628*

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2008 | BS | General<br>Tel calls with Greg re: assets/Danielle | 0.50<br>400.00/hr | 200.00 |
| 7/2/2008 | RAR | General<br>Receipt and review of letter from Receivor; review of documents produced by receivor; tel call with local counsel; meet with BS | 2.25<br>400.00/hr | 900.00 |
| | BS | General<br>Review letter from Receivor, meet with RAR | 0.75<br>400.00/hr | 300.00 |
| 7/3/2008 | RAR | General<br>Tel calls with local counsel; tel calls with Greg re; Panama server; emails to/from Joel Applebaum; tel call with criminal counsel re: disclosing assets | 2.00<br>400.00/hr | 800.00 |
| | BS | General<br>Meet with RAR re: panama server; tel calls with Greg and local counsel | 1.25<br>400.00/hr | 500.00 |
| 7/7/2008 | RAR | General<br>Tel call with local counsel re: identification of Panama server; tel call with Joel re: status of Panama | 0.50<br>400.00/hr | 200.00 |
| 7/8/2008 | RAR | General<br>Tel call with Receiver's counsel; emails to/from same; tel call with local counsel; tel call with GM | 0.75<br>400.00/hr | 300.00 |
| 7/11/2008 | RAR | General<br>Telephone calls with receiver and Allen re: server issues, legal fees, etc.; emails to/from counsel; telephone calls with Greg | 2.50<br>400.00/hr | 1,000.00 |
| 7/17/2008 | RAR | General<br>Tel call with local counsel; emails to receiver | 0.50<br>400.00/hr | 200.00 |

Robert Gordon, Esq., as Receiver                                                    Page    2

|            |     |         |                                                                                                                    | Hrs/Rate        | Amount     |
|------------|-----|---------|--------------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 7/29/2008  | RAR | General | Tel calls with local counsel; Review documents to locate Panama server ID information                              | 1.25 400.00/hr  | 500.00     |
| 7/30/2008  | RAR | General | Tel call with local counsel                                                                                         | 0.25 400.00/hr  | 100.00     |
| 7/31/2008  | RAR | General | Telephone call with receiver; Telephone call with Ed Wishnow; telephone call with Allan Robb; Review bills          | 1.50 400.00/hr  | 600.00     |

|                                    | Hrs   | Amount      |
|------------------------------------|-------|-------------|
| For professional services rendered | 14.00 | $5,600.00   |

Additional Charges :

|           |     |               | Qty/Price   | Amount   |
|-----------|-----|---------------|-------------|----------|
| 7/31/2008 | RAR | Disbursements | 1 714.33    | 714.33   |

| Total costs | $714.33 |
|---|---|

| **Total amount of this bill** | $6,314.33 |
|---|---|
| **Previous balance** | $80,325.18 |

| Balance due | $86,639.51 |
|---|---|

# The Roth Law Firm, PLLC
545 Fifth Avenue
Suite 960
New York, NY 10017

*Invoice submitted to:*
Robert Gordon, Esq., as Receiver

c/o Joel Applebaum, Esq.
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435

September 03, 2008

In Reference To: General

Invoice #6705

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2008 RAR | General<br>Tel call with Allen; tel call with Allen and Ed re: server, suit against investors, fifth amendment, cooperation with receiver | | 2.00<br>400.00/hr | 800.00 |
| 8/15/2008 RAR | General<br>Tel calls with client and local counsel | | 0.50<br>400.00/hr | 200.00 |
| RAR | General<br>Tel call with Greg re: password for server and IP address lock | | 0.50<br>400.00/hr | 200.00 |
| 8/26/2008 RAR | General<br>tel call with Allen; emails to/from receiver | | 0.50<br>400.00/hr | 200.00 |
| | **For professional services rendered** | | **3.50** | **$1,400.00** |
| | **Previous balance** | | | **$86,639.51** |
| | Balance due | | | $88,039.51 |

# The Roth Law Firm, PLLC
545 Fifth Avenue
Suite 960
New York, NY 10017

*Invoice submitted to:*
Robert Gordon, Esq., as Receiver
c/o Joel Applebaum, Esq.
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435

October 03, 2008

*In Reference To:* General

*Invoice #6751*

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2008 | RAR | General tel call with local counsel re: motions | 0.25<br>400.00/hr | 100.00 |
| | **For professional services rendered** | | **0.25** | **$100.00** |
| | **Previous balance** | | | **$88,039.51** |
| | Balance due | | | $88,139.51 |

# The Roth Law Firm, PLLC

545 Fifth Avenue
Suite 960
New York, NY 10017

*Invoice submitted to:*
Robert Gordon, Esq., as Receiver

c/o Joel Applebaum, Esq.
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435


November 07, 2008

*In Reference To:* General

Invoice #6776


Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2008 | RAR | General<br>Telephone calls with AUSA; meet with JK re: research on effectuating release of funds to receiver; telephone call with D.C. local counsel | 1.75<br>400.00/hr | 700.00 |
| | JK | General<br>Research re: release of funds, default issues and significance | 4.25<br>400.00/hr | 1,700.00 |
| 10/3/2008 | RAR | General<br>Office conference with JK re: proceeding forward with withdrawal of claim | 0.75<br>400.00/hr | 300.00 |
| | JK | General<br>Meet with RAR re: strategy | 0.75<br>400.00/hr | 300.00 |
| 10/6/2008 | RAR | General<br>tel call with Greg | 0.25<br>400.00/hr | 100.00 |
| 10/7/2008 | RAR | General<br>Telephone calls with Allen Robb's office; telephone calls with counsel in D.C.; research re: all correspondence with counsel for Receiver; revise and edit motion relating to counsel's fees | 2.50<br>400.00/hr | 1,000.00 |
| 10/8/2008 | RAR | General<br>Revise motion to court explaining attorneys' roles; emails and telephone calls re: preparation of motion papers; telephone calls with Allen Robb's office; telephone calls with counsel in D.C.; revise papers | 3.00<br>400.00/hr | 1,200.00 |
| 10/10/2008 | RAR | General<br>Telephone calls and emails with local counsel in D.C.; research update on status of funds being held in escrow; tel calls with Greg; review documents in file in preparation for making application; tel calls with AUSA | 1.75<br>400.00/hr | 700.00 |

212-542 8882

Robert Gordon, Esq., as Receiver                                                                                                        Page      2

|  |  | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2008 | RAR | General<br>Telephone calls and emails with local counsel; additional research re: forfeiture proceeding and entering default and its effect on criminal proceeding | | 1.75<br>400.00/hr | 700.00 |
| 10/14/2008 | RAR | General<br>Telephone calls to AUSA re: release of money from escrow; telephone call with local counsel | | 0.50<br>400.00/hr | 200.00 |
|  | RAR | General<br>Discussions re: implementing process to get money to receiver; draft and revise consent to forfeiture; telephone calls with local counsel in D.C.; discussions re: agreement having default being entered against Legisi; tel calls with Greg; emails to Receiver; tel calls with local counsel; review application | | 3.00<br>400.00/hr | 1,200.00 |
| 10/15/2008 | RAR | General<br>Tel calls with AUSA in D.C. re: effectuating transfer of close to $2.0 million; tel calls re: amount in account; telephone calls with local counsel in D.C.; emails to/from AUSA re: mails to receiver re: same; tel calls with AUSA re: procedures and insuring process is moving ahead; revise consent to forfeiture; forward all to Receivor and keep him abreast of developments | | 3.50<br>400.00/hr | 1,400.00 |
| 10/16/2008 | RAR | General<br>Emails to/from local counsel re: amending motion; telephone calls with local counsel in D.C.; emails to/from local counsel re: application for default, motion for default; emails to receiver re: same; tel calls with AUSA re: procedures and insuring process is moving ahead | | 2.25<br>400.00/hr | 900.00 |
| 10/17/2008 | RAR | General<br>Telephone calls with attorney for receiver; telephone calls with AUSA; telephone call with local counsel | | 1.25<br>400.00/hr | 500.00 |
| 10/20/2008 | RAR | General<br>Tel calls with Joel Applebaum; tel calls with local counsel; revies paragraph in 21 in motion | | 1.50<br>400.00/hr | 600.00 |
| 10/23/2008 | RAR | General<br>Tel call with Receiver's counsel; tel calls/emails to local counsel | | 0.50<br>400.00/hr | 200.00 |
|  | RAR | General<br>tel calls/emails to local counsel | | 0.25<br>400.00/hr | 100.00 |
| 10/30/2008 | RAR | General<br>Tel call with counsel; review amended application | | 0.75<br>400.00/hr | 300.00 |
| 10/31/2008 | RAR | General<br>Tel call with counsel | | 0.25<br>400.00/hr | 100.00 |
| **For professional services rendered** | | | | **30.50** | **$12,200.00** |

Robert Gordon, Esq., as Receiver                                    Page    3

|                  | Amount |
|---|---:|
| **Previous balance** | $88,139.51 |
| Balance due | $100,339.51 |