EXHIBIT A

# CLARK HILL

*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice #  329421

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

November 24, 2008
Client:  30711
Matter: 122570

==================================================================
RE:  McKnight/ Legisi


FOR SERVICES RENDERED through October 31, 2008

    Total Services:                                    $27,337.50

FOR EXPENSES INCURRED OR ADVANCED:

        Records Acquisition          $20.00
        Federal Express/UPS          $28.08
                                   _____

    Total Expenses:                                     ____$48.08


STATEMENT TOTAL                                        $27,385.58

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| **B110** | **Case Administration** | | |
| 10/01/08 | VP | .20 | Review email from W. Dunn regarding the Bistrickys; file update. |
| 10/01/08 | JAS | .70 | Telephone conferences with investors. |
| 10/02/08 | JAS | .30 | Telephone conferences with A. Robb regarding cooperation of McKnight, mail for P. McKnight, and offshore accounts.[x2]; follow up with B. Muller regarding same. |
| 10/02/08 | JAS | .30 | Voicemails from investors; follow up voicemail to investor. |
| 10/02/08 | JAS | .40 | Conference with L. Bell-Guzzo regarding investor inquiries. Conference with S. Washington regarding set up of war room. Attention to set up of war room. |
| 10/02/08 | JAS | .10 | Email to J. Applebaum regarding meeting with E. Hood and C. Murphy. |
| 10/02/08 | JAS | .30 | Telephone conference with assistant to R. Rytman; Email to and from M. Hendrick regarding recovery of quickbook and payroll records. |
| 10/02/08 | JAS | .10 | Follow up with V. Petrusha regarding quarterly tax payment notice. |
| 10/02/08 | JAS | 1.20 | Respond to investor inquiries by telephone. |
| 10/02/08 | LBG | .70 | Respond to numerous investor inquiries; forward additional investor contact information to XRoads for entry into database. |

| | | | |
|---|---|---|---|
| 10/03/08 | JAS | .20 | Conference with the Receiver regarding pending issues. |
| 10/03/08 | JAS | .10 | Conference with L. Bell-Guzzo regarding investor inquiries. |
| 10/03/08 | JAS | .20 | Voicemail to and from J. O'Keefe. |
| 10/03/08 | JAS | .20 | Telephone conference with and email from D. Salim. |
| 10/03/08 | JAS | .20 | Email correspondence to and from S. Lee regarding Consumers Energy bill; email to V. Petrusha regarding same. |
| 10/03/08 | JAS | .30 | Email to and from D. Crimmins, J. Applebaum, and R. Gordon regarding surety bond coverage for bank accounts. |
| 10/03/08 | JAS | .20 | Correspondence to and from V. Petrusha regarding Consumers energy bill and banking information. |
| 10/03/08 | JAS | .20 | Conference with V. Petrusha regarding Legisi bank records, tax matters, and mail. |
| 10/03/08 | LBG | .30 | Telephone conference with W. Pulcher regarding status of case. |
| 10/04/08 | JAS | .20 | Review correspondence received from Legisi Investor; correspondence to and from R. Gordon regarding same. |
| 10/06/08 | JAS | .30 | Review procedures for retention of professionals for provisions regarding fee applications of employed professionals; correspondence to J. Applebaum and R. Gordon regarding same. |
| 10/06/08 | JAS | .20 | Telephone conference with investor. |
| 10/06/08 | JAS | .20 | Email to and from P. Lucas. Review Veritas monthly fee statement. |

| Date | | | | |
|---|---|---|---|---|
| 10/06/08 | JAS | 1.70 | Telephone conferences with Michigan Unemployment Insurance Agency regarding Legisi tax matters; recover Notice of Discontinuance form, recover information required to complete form, complete form, deliver to Receiver for signature and review; draft letter to Unemployment Insurance Agency regarding credit due; revise same. |
| 10/06/08 | JAS | .20 | Conference with S. Washington regarding payment of professionals. |
| 10/07/08 | JAS | .20 | Conference with R. Lucaj regarding recovery of Quick Books records. |
| 10/08/08 | JAS | .20 | Review correspondence from mBank and Telemus. Route to V. Petrusha; Email to V. Petrusha regarding same. |
| 10/08/08 | JAS | .10 | Telephone conference with Investor. |
| 10/08/08 | LBG | .20 | Receipt and review of email from R. Ritcheski (investor) regarding status; email to R. Ritcheski regarding updated information. |
| 10/09/08 | JAS | .20 | Telephone conferences with and voicemail from M. Bohanan. |
| 10/09/08 | JAS | .20 | Telephone conference with A. Robb regarding case status. |
| 10/09/08 | JAS | .10 | Voicemail to B. Tanase regarding pending matters. |
| 10/09/08 | JAS | .10 | Voicemail to J. O'Keefe regarding case status. |
| 10/10/08 | JAS | .50 | Conferences with R. Gordon and J. Applebaum regarding pending matters; telephone conference with McKnight creditor. |
| 10/10/08 | JAS | .20 | Review Legisi mail; attention to email from accounting and V. Petrusha regarding payment of DTE liability. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 10/10/08 | JAS | .10 | Voicemail from V. Petrusha regarding pending matters. |
| 10/10/08 | VP | 2.10 | Review of invoices and attend to processing same for payment; review balance sheets from Bank; update check ledger; balance all four accounts and provide report to counsel; conferences with J. Statham and J. Applebaum. |
| 10/13/08 | JAS | .20 | Review email from Investor; conference with L. Bell-Guzzo regarding investor inquiries. |
| 10/13/08 | LBG | .70 | Email correspondence to Dr. Mantzla (investor) in response to email inquiry; email to K. Smith-Ford regarding same; forward additional investor information for entry into database. |
| 10/14/08 | LBG | .40 | Telephone conference with Mr. Bates regarding updated information and plan going forward. |
| 10/14/08 | JAS | .40 | Telephone conference with investor M. McColm. |
| 10/14/08 | JAS | .80 | Telephone conference with and voicemails from investors; follow up conference with L. Bell-Guzzo regarding case status. |
| 10/14/08 | JAS | .50 | Telephone conference with M. Aloisi of FINRA; voicemail to B. Brook of FINRA; voicemail from M. Aloisi of FINRA; review emails exchanged with M. Aloisi. |
| 10/14/08 | JAS | .20 | Review interim compensation procedures and docket. |
| 10/14/08 | JAS | .20 | Update Legisi tasks list. |
| 10/14/08 | JAS | .10 | Conference with L. Bell-Guzzo regarding case administration. |
| 10/14/08 | JAS | .10 | Email to and from J. O'Keefe regarding case status. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page   6

| 10/15/08 | JAS | .30 | Conferences with L. Bell-Guzzo regarding status of case and conferences she has had with investors. |
| 10/16/08 | JAS | .30 | Email conference with A. Robb regarding meeting with McKnight; email to and from E. Hood and J. Applebaum regarding same. |
| 10/16/08 | JAS | .10 | Telephone conference with M. Bohanan regarding address for P. McKnight. |
| 10/16/08 | JAS | .20 | Review proposal received regarding moving and storage of personal property. |
| 10/16/08 | JAS | .50 | Review Legisi mail; review notes regarding Legisi tax matters; draft email to R. Gordon and J. Applebaum advising of need to address tax matters and hire receivership accountant. |
| 10/16/08 | JAS | .10 | Conference with R. Lucaj regarding recovery of Legisi quick books records. |
| 10/17/08 | JAS | .20 | Attention to compilation of Legisi financial records for accountant. |
| 10/17/08 | JAS | .20 | Voicemail from M. Bohanan; telephone conference with M. Bohanan regarding pending matters. |
| 10/17/08 | VP | .10 | Communication with counsel regarding team meeting. |
| 10/20/08 | JAS | .50 | Review Legisi notes received from R. Gordon; draft and circulate agenda for group meeting. |
| 10/20/08 | JAS | .20 | Attention to voicemail from Investor and voicemail from potential purchaser of stock. |
| 10/20/08 | JAS | .20 | Email to and from M. Bohanan. |
| 10/20/08 | JAS | .10 | Conference with the Receiver regarding items for discussion at today's meeting. |
| 10/20/08 | JAS | .30 | Review email sent from M. Bohanan. |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page   7

| 10/20/08 | JAS | .60 | Beginning review of documents received from FINRA. |
|---|---|---|---|
| 10/20/08 | JAS | .10 | Voicemail to and from J. O'Keefe. |
| 10/20/08 | JAS | .20 | Voicemail from M. Bohanan. Telephone conference with M. Bohanan. |
| 10/20/08 | JAS | .30 | Telephone conference with J. O'Keefe regarding case administration and status. |
| 10/20/08 | JAS | .10 | Conference with V. Petrusha regarding pending matters. |
| 10/20/08 | JAS | .10 | Draft email to D. Salim in response to his request for information contained in Legisi office. |
| 10/20/08 | JAS | .10 | Attention to information to be sent to C. Murphy and E. Hood. |
| 10/20/08 | VP | 3.20 | Review and attend to email from B. Muller regarding attending to two appraisal invoices; review agenda for afternoon counsel meeting; prepare accounting reports for all three accounts; conferences (x2) with mBank regarding insurance on accounts and status of accounts; review new FDIC insurance coverage limits; preparation for and attendance at team meeting. |
| 10/21/08 | JAS | .30 | Conferences with L. Bell-Guzzo regarding status of investor inquires and update to investor database. |
| 10/21/08 | JAS | .10 | Voicemail from investor. |
| 10/21/08 | JAS | .20 | Attention to email from D. Salim; follow up with V. Petrusha regarding information requested by D. Salim. |
| 10/21/08 | VP | 2.00 | Review invoices from Parsell Appraisal Company and John "Biff" Snyder And Associates for appraisal work done for 5045 Barret, attend to payment of same; conference with B. Muller regarding appraisals; conference with Teachout |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page   8

|  |  |  | Security Services, review invoice from Teachout Security Services, attend to payment of same; review emails from D. Salim and J. Statham regarding Burton matter, research matter and respond to same; balance check book and update status of Legisi check payment chart; update invoice binder. |
|---|---|---|---|
| 10/21/08 | JAS | .30 | Voicemail from V. Petrusha regarding petty cash box contents; email to and from V. Petrusha regarding same; email to D. Salim regarding same. |
| 10/23/08 | JAS | .20 | Attention to estate administration. |
| 10/27/08 | JAS | .30 | Telephone conference with investor; email to E. Wishnow regarding meeting. |
| 10/27/08 | JAS | .20 | Telephone conference with J. O'Keefe regarding pending issues; email to and from J. Applebaum regarding SEC inquiry. |
| 10/27/08 | JAS | .30 | Read and reply to investor inquiry; review email from investor; Email to M. Pascoe regarding update to investor database. |
| 10/29/08 | LBG | 1.40 | Receipt and review of emails from investors requesting status; attention to responses; forward new investor information to XRoads for entry into database; attention to voicemail messages regarding various issues. |
| 10/29/08 | JAS | .30 | Conference with the Receiver regarding pending matters. |
| 10/29/08 | JAS | 1.00 | Review docket for recent activity; telephone conference with Clerk to Judge Steeh regarding case status and pending motion; review interim update to investors and first report and account. |
| 10/29/08 | JAS | .50 | Begin to draft second interim update. |
| 10/30/08 | JAS | .20 | Telephone conference with investor. |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page   9

| | | | |
|---|---|---|---|
| 10/30/08 | JAS | .20 | Review of correspondence with D. Crimmins of mBank; voicemail to D. Crimmins. |
| 10/30/08 | JAS | 1.10 | Telephone conferences with investors. |
| 10/30/08 | JAS | 1.00 | Draft second report and account. |
| 10/30/08 | JAS | .10 | Email conference with J. O'Keefe regarding investor. |
| 10/31/08 | JAS | .20 | Telephone conference with Investor. |
| 10/31/08 | JAS | 1.00 | Review email from P. Lucas regarding Veritas invoices; multiple email and telephone conferences with S. Washington and V. Petrusha regarding invoices paid to date; follow up email to P. Lucas; draft memorandum of procedures for payment of all invoices. |
| 10/31/08 | VP | 1.10 | Review status of Legisi checking account; review status of payment of Veritas invoices; conferences and email with J. Statham regarding same; communication with S. Washington; update invoice binder; review payment history of Veritas, XRoads, etc., communication with J. Statham regarding same. |

| B130 | Asset Disposition | | |
|---|---|---|---|
| 10/02/08 | JAS | .20 | Conference with B. Muller regarding closing on Barret property sale and future property sales. |
| 10/03/08 | JAS | .30 | Correspondence to and from J. Applebaum, E. Hood, and Receiver regarding disposition of stock. |
| 10/03/08 | JAS | .30 | Email to and from E. Hood; conference with E. Hood regarding stock holdings; voicemail to R. Destephano regarding same. |
| 10/03/08 | JAS | .20 | Email to and from G. Yatooma regarding sale of ATV's and additional assets. |

# CLARK HILL P.L.C.

| | | | | |
|---|---|---|---|---|
| 10/03/08 | JAS | .20 | Email conference with B. Muller regarding closing on sale of Barret property. |
| 10/06/08 | JAS | .10 | Correspondence to G. Yatooma regarding ATVs. |
| 10/06/08 | JAS | .10 | Conference with E. Hood regarding communication with R. Destephano. |
| 10/06/08 | JAS | .30 | Correspondence to and from E. Hood and J. Applebaum regarding estate interest in Brekford International. Review correspondence from R. Destephano regarding same. |
| 10/06/08 | JAS | .20 | Review historic trading report of Brekford International. |
| 10/06/08 | JAS | .10 | Correspondence to and from B. Muller regarding closing on sale of Barret property. |
| 10/08/08 | JAS | .10 | Follow up with B. Muller regarding status of closing on Barret property. |
| 10/09/08 | JAS | .10 | Follow up with B. Muller regarding potential closing on Barret property. |
| 10/10/08 | JAS | .20 | Email conference with B. Muller regarding affidavits and status of closing on Barret property. |
| 10/13/08 | JAS | .10 | Email conference with D. Plas regarding stock holdings and necessary steps to lift restriction. |
| 10/14/08 | JAS | .20 | Voicemail and email from B. Shafley; Email to Receiver, E. Hood, J. Applebaum regarding same. |
| 10/14/08 | JAS | 1.90 | Telephone conference with potential purchaser of stock holdings; conference with E. Hood regarding same; telephone conference with J. O'Keefe regarding same; email to E. Hood, R. Gordon, and J. Applebaum regarding potential sale; research regarding company. |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 11

| | | | |
|---|---|---|---|
| 10/16/08 | JAS | .30 | Conference with B. Muller regarding sale of real property and procedure to be followed. |
| 10/16/08 | JAS | .30 | Voicemail from B. Muller regarding sale of Barret property; conference with B. Muller and J. Applebaum regarding same. |
| 10/17/08 | JAS | .60 | Review correspondence from Telemus; review memorandum regarding stock holdings prepared by Telemus; draft email to D. Plas regarding status; conference with the Receiver regarding same. |
| 10/17/08 | JAS | .60 | Conference with B. Muller regarding disposition of Barret property; review Order permitting disposition of real property; conference with J. Applebaum regarding same; review email from B. Muller regarding terms of sale. |
| 10/20/08 | JAS | .20 | Review email from E. Hood and R. Gordon regarding sale of stocks. |
| 10/20/08 | JAS | .30 | Email conference with D. Plas regarding restricted stock and progress; email to Receiver's legal team regarding same. |
| 10/20/08 | JAS | .10 | Conference with the Receiver regarding disposition of personal property. |
| 10/21/08 | JAS | .20 | Conference with E. Hood regarding status of negotiations regarding sale of stock and lifting of restrictions. |
| 10/21/08 | BJM | .60 | Correspond with buyer's realtor regarding sale of 5045 Barret; correspond with buyer's lender regarding same. |
| 10/23/08 | BJM | .50 | Correspond with buyer's realtor regarding sale of 5045 Barret; correspond with buyer's lender regarding same. |
| 10/27/08 | BJM | .40 | Correspond with buyers' realtor regarding status of closing. |

| 10/28/08 | BJM | .80 | Correspond with buyers' realtor regarding status of closing; correspond with buyers' lender regarding same. |
| 10/29/08 | BJM | 2.40 | Correspond with title company regarding status of completion of closing documents; review closing documents; revise same and correspond with title company regarding changes; draft and prepare covenant deed. |
| 10/29/08 | JAS | .50 | Conference with B. Muller regarding status of real estate assets; conference with B. Muller and Receiver regarding same. |
| 10/29/08 | JAS | .80 | Research regarding disposition of personal property; voicemail to T. Safokitis regarding same; email conference R. Levy regarding the same; create spreadsheet of Legisi saleable assets. |
| 10/30/08 | JAS | .60 | Email conference with R. Levy regarding disposition of personal property. |
| 10/30/08 | JAS | .30 | Telephone conference with T. Safokitis of Maynards regarding disposition of personal property; email to T. Safokitis regarding same. |
| 10/30/08 | JAS | .20 | Review of Order to Sell Barret property; conference with B. Muller regarding same. |
| 10/30/08 | JAS | 1.30 | Multiple conferences with R. Gordon and B. Muller regarding disposition of Kovacs and Barret Property; review of Barret property closing documents. |
| 10/30/08 | BJM | 4.10 | Correspond with title company regarding closing documents related to sale of 5045 Barret; review HUD-1 Statement; coordinate execution by R. Gordon of closing documents related to sale of 5045 Barret; correspond with buyers' realtor regarding closing; attend closing of sale of 5045 Barret. |

**CLARK HILL** P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 13

| 10/31/08 | JAS | .20 | Email conference with B. Muller and R. Gordon regarding sale of Barret property; email to J. O'Keefe regarding same. |

| B180 | | Asset Analysis and Recovery | |
|---|---|---|---|
| 10/01/08 | CEM | 4.00 | Review volume I of SEC documents (750 pages). |
| 10/02/08 | CEM | 1.30 | Conference with E. Hood & J. Statham. |
| 10/02/08 | BJM | 1.80 | Correspond with appraisers regarding cost and timing related to appraisals of estate properties; review qualification sheets received from appraisers; confer with J. Statham regarding entry of order; correspond with buyer's broker regarding same; correspond with title company regarding receipt and review of closing documents and anticipated closing date. |
| 10/02/08 | WBD | .40 | Confer with tenant of Bistricky mortgage property regarding rent payment, arrangements, utilities.(.3) Notes to file.(.1) |
| 10/02/08 | EJH | 1.40 | Conference with J. Statham and C. Murphy regarding various securities issues. |
| 10/02/08 | JAS | .20 | Follow up regarding FINRA subpoena; telephone conference with FINRA representative; voicemail to B. Brook; voicemail to M. Aloisi. |
| 10/02/08 | JAS | 1.50 | Prepare for and attend conference call with C. Murphy and E. Hood; Follow up conference with E. Hood. |
| 10/03/08 | JAS | 1.00 | Draft supplement to subpoena to Royal Palm. |
| 10/03/08 | JAS | 1.50 | Review McKnight and D. Burton Email. |
| 10/03/08 | EJH | .30 | Review and follow up on email from attorney for issuer. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 14

| 10/03/08 | WBD | 3.00 | Confer with tenant regarding occupancy issues, rent (.6); confer (x2) with Bistricky regarding settlement, foreclosure, liability, release, discount of notes as regards mortgage liability, review information about values (1.5); confer property manager and B Muller regarding take over of properties (.4); prepare schedule of properties with comments for manager, transmit with instructions (.5). |
|----------|-----|------|----------|
| 10/03/08 | JAS | .20 | Correspondence to and from J. O'Keefe, E. Hood, and J. Applebaum regarding location of potential additional assets. |
| 10/03/08 | BJM | 3.80 | Confer with W. Dunn regarding revised scope of property management services to include Bistricky mortgaged properties; correspond with A. Broughton regarding same; correspond with appraisers regarding new property appraisals; correspond with title company and buyer's broker regarding status of closing and receipt of documents. |
| 10/06/08 | WBD | .60 | Review additional market information provided by Bistricky regarding mortgaged properties. |
| 10/06/08 | JAS | .20 | Telephone conference with M. Aloisi of FINRA. |
| 10/07/08 | WBD | .70 | Develop strategy for discounting Bistricky mortgage portfolio. |
| 10/08/08 | JAS | .30 | Review email regarding proposed treatment of stockholdings from E. Hood; email conference with D. Plas regarding status of lifting of restrictions; review prior correspondence regarding same. |
| 10/08/08 | BJM | 2.50 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |

| 10/09/08 | BJM | .50 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |
| 10/09/08 | JAS | .30 | Research regarding possible assets. |
| 10/09/08 | JAS | .30 | Telephone conference with R. Rytman. |
| 10/09/08 | JAS | 6.90 | Review hard copies of documents produced and recovered from Legisi office; Email conference with E. Hood, S. Washington and L. Bell-Guzzo regarding pleadings and file administration. |
| 10/10/08 | EKS | 2.00 | Review pleadings and other documents. |
| 10/13/08 | BJM | 2.30 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |
| 10/14/08 | BJM | 1.50 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |
| 10/14/08 | EJH | .30 | Conference with J. Statham regarding status of information gathering. |
| 10/14/08 | JAS | .30 | Telephone conference with B. White of FINRA regarding subpoena; voicemail from B. White regarding same. |
| 10/15/08 | EJH | .20 | Review email from J. Statham regarding securities issue; conference with E. Shih regarding research issue. |
| 10/15/08 | JDA | .80 | Telephone conference with B. Cowden regarding forfeiture action and turnover of proceeds; revisions to proposed Notice of Withdrawal of Claim and correspondence to R. Roth regarding same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 10/15/08 | JAS | .30 | Review Notice of Withdrawal of claim prepared by W. Cowden; multiple emails between J. Applebaum and W. Cowden. |
| 10/16/08 | JAS | .20 | Telephone conference with M. Aloisi of FINRA; follow up email to E. Hood and S. Washington regarding same. |
| 10/16/08 | JDA | .60 | Review of forfeiture notice and motion regarding turnover; correspondence with W. Cowden and correspondence with R. Roth regarding same. |
| 10/17/08 | JDA | .30 | Telephone conference with R. Roth regarding e-gold account issues. |
| 10/17/08 | CEM | .50 | Review file to prepare for meeting. |
| 10/17/08 | CEM | 1.20 | Conference with R. Gordon, J. Applebaum, E. Hood and J. Statham regarding securities law issues and investigation. |
| 10/17/08 | BJM | 3.20 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |
| 10/17/08 | JAS | .20 | Attention to FINRA subpoena; telephone conference with M. Aloisi. |
| 10/17/08 | JAS | .20 | Attention to e-gold subpoena; email and voicemail from A. Touchton regarding same. |
| 10/17/08 | WBD | .30 | Review status of Bistricky mortgage property with B Muller, need to engage manager full time, begin foreclosure. |
| 10/18/08 | RDG | .20 | Receipt and review of telephone message from J. Liviakis; return call; draft email correspondence to team regarding same. |

| | | | |
|---|---|---|---|
| 10/19/08 | JDA | .50 | Correspondence and telephone conference regarding Legisi stock holdings and liquidation of same; review memorandum from J. Statham regarding status of open issues. |
| 10/20/08 | JDA | 2.00 | Receivership meeting regarding status of investigation, litigation and related issues. |
| 10/20/08 | JDA | .70 | Review of fee motion; conference call with R. Roth and A. Robb regarding same. |
| 10/20/08 | JDA | .50 | Correspondence from J. Statham regarding stock restriction issues; correspondence from E. Hood regarding offer to purchase stock. |
| 10/20/08 | EJH | 3.20 | Review case law on fraudulent transfers; conference with criminal attorney for McKnight; preparation for and meeting with receiver to discuss organizational issues. |
| 10/20/08 | JAS | 1.80 | Attend conference and strategy session with the Receiver and his attorneys. |
| 10/20/08 | JAS | .20 | Follow up regarding subpoenaed information from FINRA. |
| 10/20/08 | JAS | .30 | Email conference with R. Rytman regarding recovery and analysis of potential off shore accounts. |
| 10/20/08 | JAS | .40 | Voicemail to E. Wishnow; voicemail from E. Wishnow; telephone conference with E. Wishnow regarding meeting with McKnight. |
| 10/20/08 | RDG | .20 | Receipt and review of email correspondence from E. Hood and R. Distefano regarding offer to re-purchase Brekford stock. |
| 10/20/08 | BJM | 1.20 | Correspond with property manager regarding moving and storage proposal; attend status meeting. |

| 10/21/08 | CEM | 1.20 | Review Brekford Stock Purchase Documents; review SEC R.144; conference with E. Hood; telephone conference with R. DiStefano regarding sale of stock and opinion letter lifting restrictions. |
| 10/21/08 | EJH | .40 | Conference with attorney for Brekford regarding offer to purchase stock; conference with J. Statham regarding same. |
| 10/21/08 | JAS | .70 | Review information received from FINRA. |
| 10/22/08 | JAS | .20 | Conference with B. Muller regarding mortgaged properties. |
| 10/22/08 | EKS | 2.00 | Search public records for financial statements and other information regarding Brekford International (d/b/a "Tactical Solutions"); review same. |
| 10/22/08 | BJM | 2.00 | Correspond with property manager regarding addition of Bistricky mortgaged properties into scope of property management agreement; correspond with realtor regarding broker's opinions of value and original purchase prices of Bistricky mortgaged properties; conduct internet research on Genesee County Register of Deeds website. |
| 10/24/08 | BJM | .70 | Conduct internet research on Genesee County Register of Deeds website to obtain background and conveyance information related to the Bistricky mortgaged properties. |
| 10/25/08 | WBD | .30 | Confer B Muller regarding foreclosure of Bistricky mortgages, title matters. |
| 10/26/08 | EJH | .70 | Review materials subpoenaed from FINRA. |
| 10/27/08 | BJM | .70 | Correspond with K. Bessert regarding receipt of offer to purchase real property at 8027 Kovacs; confer with J. Statham regarding same; correspond with K. Bessert regarding cost estimate for in-house title company to complete |

**CLARK HILL** P.L.C.

|          |     |     | title commitments for Bistricky mortgaged properties. |
|----------|-----|-----|---|
| 10/27/08 | JAS | .10 | Review email from E. Wishnow; email to E. Hood, J. Applebaum, and R. Gordon regarding same. |
| 10/27/08 | JAS | .10 | Conference with E. Hood regarding documents received from FINRA. |
| 10/27/08 | JAS | .30 | Conference with B. Muller regarding Bistricky Properties and pending matters. |
| 10/28/08 | JAS | .20 | Telephone conference with assistant to R. Rytman; email to and from R. Rytman regarding off shore investigation. |
| 10/28/08 | BJM | .90 | Correspond with K. Bessert regarding offer to purchase real property at 8027 Kovacs; confer with J. Statham and R. Gordon regarding same; correspond with D. Hodge and L. Snyder regarding completion of appraisals of 5027 Kovacs and 6147 Springdale properties. |
| 10/29/08 | BJM | .50 | Correspond with K. Bessert regarding offer to purchase real property at 8027 Kovacs; confer with J. Statham and R. Gordon regarding same. |
| 10/29/08 | JDA | .60 | Telephone conference and correspondence with P. Dempsey regarding Turks and Caicos accounts and investments. |
| 10/29/08 | JAS | .70 | Conference with J. Applebaum regarding potential off shore assets; review information regarding same; telephone conference with J. Applebaum and representative of law offices of F. Dempsey. |
| 10/29/08 | JAS | .30 | Review of documents provided by Sierra. |
| 10/30/08 | JAS | .20 | Email conference with R. Rytman regarding procedure for recovery of potential assets. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page  20

| 10/30/08 | WBD | .40 | Confer B Muller regarding foreclosure notice, fraud of Bistricky on tenant (.2) regarding closing on sale of Barrett property. (.2) |

| 10/30/08 | BJM | 2.30 | Review Bistricky mortgages; review Genesee County records related to Bistricky mortgaged properties; draft and prepare form of foreclosure notice; confer with M. Bennett and W. Dunn regarding same; finalize counter offer related to 8027 Kovacs; correspond with K. Bessert regarding same. |

| 10/31/08 | JDA | .20 | Correspondence with P. Dempsey regarding Legisi incorporation issues. |

$27,337.50

## TIMEKEEPER SUMMARY

Client Name        Robert D. Gordon, Receiver

Matter Description McKnight/ Legisi

Service Period     10/01/08 thru 10/31/08

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Lauralyn Bell-Guzzo | $99 | 3.70 | $366.30 |
| | Valentina Petrusha | $149 | 8.70 | $1,291.95 |
| | Jami Ann Statham | $171 | 24.40 | $4,172.40 |
| | TOTAL | | 36.80 | $5,830.65 |
| B130 | Asset Disposition | | | |
| | Brandon J. Muller | $180 | 8.80 | $1,584.00 |
| | Jami Ann Statham | $171 | 11.10 | $1,898.10 |
| | TOTAL | | 19.90 | $3,482.10 |
| B180 | Asset Analysis and Recovery | | | |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page  21

| | | | |
|---|---|---|---|
| Joel D. Applebaum | $356 | 6.20 | $2,204.10 |
| William B. Dunn | $473 | 5.70 | $2,693.25 |
| Robert D. Gordon | $383 | .40 | $153.00 |
| Edward J. Hood | $315 | 6.50 | $2,047.50 |
| Brandon J. Muller | $180 | 23.90 | $4,302.00 |
| Charles E. Murphy | $324 | 8.20 | $2,656.80 |
| Eric K. Shih | $176 | 4.00 | $702.00 |
| Jami Ann Statham | $171 | 19.10 | $3,266.10 |
| TOTAL | | 74.00 | $18,024.75 |

| | | |
|---|---|---|
| ACTIVITY TOTAL | 130.70 | $27,337.50 |