EXHIBIT A

EXHIBIT A



# CLARK HILL
*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   329420

```
McKnight/ Legisi Receivership            November 24, 2008
c/o Robert D. Gordon, Cl Hill            Client:   30710
500 Woodward Ave.                        Matter:  122569
Suite 3500
Detroit, MI 48226
```

===============================================================
RE:   Receiver Services


FOR SERVICES RENDERED through October 31, 2008

    Total Services:                                $2,907.00


STATEMENT TOTAL                                         $2,907.00

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
November 24, 2008
INVOICE # 329420
Page    2

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 10/04/08 | RDG | .10 | Attention to investor email inquiry. |
| 10/07/08 | RDG | .20 | Further attention to investor email inquiry and email conference with J. Applebaum regarding same. |
| 10/10/08 | RDG | .50 | Conference with J. Applebaum and J. Statham regarding status of discovery, transfer of funds from DOJ, quarterly report, fee application, mBank accounts and other pending matters; prepare notes to file. |
| 10/11/08 | RDG | .20 | Receipt and review of monthly fee statement of Veritas for September services. |
| 10/11/08 | RDG | 1.00 | Attention to preparation of detailed billing statement for August services of Clark Hill, organized by project category. |
| 10/13/08 | RDG | .30 | Further attention to August billing statements. |
| 10/16/08 | RDG | .20 | Review, finalize fee statements for August for Receiver and counsel. |
| 10/16/08 | RDG | .50 | Email conference with team and analyze and prepare agenda for October 20 meeting. |
| 10/20/08 | RDG | 2.00 | Prepare for and participate in team meeting regarding numerous pending matters, strategy, and next steps, including disposition of stock and real estate, conducting discovery, preparation of quarterly report and web site update, status of bank accounts, |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
November 24, 2008
INVOICE # 329420
Page    3

|  |  |  |  |
|---|---|---|---|
|  |  |  | disposition of personal property, employment of accountant, claims reconciliation procedures motion, etc.; prepare notes to file. |
| 10/21/08 | RDG | .20 | Receipt and review of expense checks for appraisals and security services; telephone conference with V. Petrusha and B. Muller regarding same; execute same. |
| 10/28/08 | RDG | .10 | Attention to email inquiries from investors. |
| 10/29/08 | RDG | 1.20 | Review and attention to preparation of detailed billing statement for services rendered for September. |

| B130 | Asset Disposition | | |
|---|---|---|---|
| 10/20/08 | RDG | .10 | Review, execute documents regarding extending closing for Barrett property. |
| 10/29/08 | RDG | .20 | Conference with B. Muller regarding Kovacs and Barret properties. |
| 10/30/08 | RDG | .20 | Review, execute documents regarding Barret property. |
| 10/30/08 | RDG | .20 | Email conference with B. Muller and conference with J. Statham regarding making counter-offer on Kovacs property. |
| 10/30/08 | RDG | .10 | Email conference with J. Statham regarding liquidation of personal property. |
| 10/31/08 | RDG | .10 | Email conference with B. Muller regarding closing of sale of Barret property. |

| B180 | Asset Analysis and Recovery | | |
|---|---|---|---|
| 10/03/08 | RDG | .20 | Conference with J. Statham regarding Brekford and regarding document review and related matters. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
November 24, 2008  
INVOICE # 329420  
Page   4

$2,907.00

## TIMEKEEPER SUMMARY

Client Name         McKnight/ Legisi Receivership

Matter Description  Receiver Services

Service Period      10/03/08 thru 10/31/08

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration<br>Robert D. Gordon | $383 | 6.50 | $2,486.25 |
|      | TOTAL |  | 6.50 | $2,486.25 |
| B130 | Asset Disposition<br>Robert D. Gordon | $383 | .90 | $344.25 |
|      | TOTAL |  | .90 | $344.25 |
| B180 | Asset Analysis and Recovery<br>Robert D. Gordon | $383 | .20 | $76.50 |
|      | TOTAL |  | .20 | $76.50 |
| ACTIVITY TOTAL |  |  | 7.60 | $2,907.00 |