# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice #  331983

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

December 12, 2008
Client:  30711
Matter: 122570

========================================================================

RE:  McKnight/ Legisi

FOR SERVICES RENDERED through November 30, 2008

    Total Services:                                  $57,090.15

FOR EXPENSES INCURRED OR ADVANCED:

    Messenger Service                    $25.74
                                    _____

    Total Expenses:                                  $25.74

STATEMENT TOTAL                                      $57,115.89

# CLARK HILL P.L.C.

### DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|------|------|-----------|
| B110 | Case Administration | | |
| 11/02/08 | JAS | 1.00 | Draft second report and account. |
| 11/02/08 | JAS | .10 | Read and reply to email from investor. |
| 11/03/08 | JAS | 2.10 | Continue to draft second report and account. |
| 11/03/08 | JAS | .60 | Attention to voicemail from investors; telephone conference with investor; attention to payment of estate invoices; conference with V. Petrusha regarding same. |
| 11/03/08 | VP | 1.10 | Review docket status; review notices of monthly fee statements; attend to payment of two due statements: Veritas and Xroads; communication with J. Statham regarding execution of checks by R. Gordon; update checking ledger; update invoice/payment backup binder; review mail. |
| 11/04/08 | VP | .90 | Communications with B. Muller regarding receipt of check for sale of Barret Drive property; arrange for deposit of funds with Bank; review docket status; update checking ledger; update invoice/payment backup binder; review mail. |
| 11/04/08 | JAS | .10 | Review Veritas monthly fee statement. |
| 11/05/08 | JAS | .40 | Conference with the Receiver regarding pending issues; attention to scheduling of strategy session; attention to preparation of Veritas monthly fee statement. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page   3

| 11/05/08 | JAS | 2.00 | Review and revise Second Report and Account; conferences with B. Muller and J. Applebaum regarding same. |
| 11/05/08 | JAS | 2.00 | Draft and revise Second Interim Update. |
| 11/06/08 | JAS | .10 | Voicemail to B. Tanase regarding McKnight criminal charges.. |
| 11/06/08 | JAS | .10 | Conference with B. Muller regarding Second Report and Account. |
| 11/06/08 | JAS | .10 | Voicemail  to D. Crimmins regarding Surety bond.. |
| 11/06/08 | JAS | .30 | Conference with B. Tanase regarding McKnight criminal case; conference with J. Applebaum regarding same. |
| 11/06/08 | JAS | .60 | Telephone conferences with and voicemails to investors. |
| 11/06/08 | JAS | .10 | Voicemail to J. O'Keefe regarding meeting with McKnight. |
| 11/06/08 | JAS | 1.40 | Conference with the Receiver regarding pending matters; telephone conference with E. Wishnow regarding McKnight meeting; email to Receiver's attorneys regarding same; review communications with Receiver's professionals for update to Receiver. |
| 11/06/08 | JAS | .10 | Attention to scheduling of meeting with McKnight. |
| 11/06/08 | JAS | .50 | Revise Second Report and Account. |
| 11/07/08 | JAS | .10 | Email conference with M. Pascoe regarding updated database. |
| 11/07/08 | JAS | .80 | Revise Second Report and Account. |
| 11/10/08 | JAS | .20 | Review Legisi mail. |
| 11/10/08 | JAS | .70 | Prepare for and attend conference call with R. Gordon, J. Applebaum, E. Hood, J. Birkenheier, and J. Okeefe. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page   4

| 11/10/08 | JAS | .20 | Attention to correspondence from T. Flynn; voicemail to T. Flynn regarding same. |
| 11/10/08 | JAS | .30 | Voicemail messages from D. Crimmins and investors. |
| 11/11/08 | JAS | .20 | Correspondence to and from E. Wishnow regarding meeting with McKnight. |
| 11/11/08 | JAS | .20 | Attention to scheduling of McKnight meeting. |
| 11/11/08 | JAS | .10 | Voicemail to T. Flynn regarding J. Cobb bankruptcy (investor bankruptcy). |
| 11/12/08 | JAS | .10 | Voicemail from T. Flynn regarding investor bankruptcy. |
| 11/12/08 | JAS | .20 | Telephone conference with D. Crimmins of mBank. |
| 11/12/08 | JAS | .60 | Return investor phone calls. |
| 11/12/08 | JAS | .20 | Voicemail from and to investor Netherly. |
| 11/12/08 | JAS | .30 | Telephone conference with investor Netherly; voicemail from investor Netherly; email conference with M. Pascoe regarding same. |
| 11/12/08 | JAS | .20 | Email conference with investor D. Hawthorne regarding Legisi investment and case update. |
| 11/12/08 | VP | .10 | Review mail from First National and attention to filing same. |
| 11/13/08 | JAS | .20 | Conference with the Receiver regarding pending issues. |
| 11/13/08 | JAS | .20 | Attention to emails from the Receiver regarding case status. |
| 11/13/08 | JAS | .20 | Conference with the Receiver regarding pending matters. |

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page   5

| | | | |
|---|---|---|---|
| 11/14/08 | JAS | .30 | Telephone conference with G. Suhajda regarding pending matters; email to G. Suhajda regarding same. |
| 11/14/08 | JAS | 1.30 | Revise second interim update. |
| 11/14/08 | JAS | .10 | Conference with the Receiver regarding pending matters. |
| 11/14/08 | JDA | .60 | Review and revise second interim report to investors and creditors. |
| 11/14/08 | JAS | .20 | Telephone conference with investor. |
| 11/14/08 | JAS | .10 | Conference with L. Bell Guzzo regarding investor inquiries. |
| 11/17/08 | JAS | .20 | Telephone conference with A. Nemechek regarding bankruptcy of investor J. Cobb. |
| 11/17/08 | JAS | .10 | Email to M. Pascoe regarding addition to database. |
| 11/17/08 | JAS | .10 | Voicemail to E. Wishnow regarding meeting. |
| 11/17/08 | JAS | .30 | Conference with the Receiver regarding pending matters including update to interested parties. |
| 11/17/08 | JAS | .20 | Email conference with M. Pascoe regarding additions to database and confirmation emails and posting to website. |
| 11/17/08 | JAS | .50 | Further revise second interim update; conference with J. Applebaum and R. Gordon regarding same. |
| 11/17/08 | JAS | .10 | Telephone conference with E. Wishnow. |
| 11/18/08 | JAS | .30 | Conference with the Receiver regarding pending matters. |
| 11/18/08 | JAS | 1.80 | Prepare for and attend status conference. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page   6

| | | | |
|---|---|---|---|
| 11/18/08 | JAS | .30 | Revise second report and account. |
| 11/18/08 | JAS | .20 | Conference with the Receiver regarding case status. |
| 11/19/08 | JAS | .20 | Telephone conference with C. Murphy regarding pending matters, email to Receiver attorneys regarding team meeting. |
| 11/19/08 | JAS | .20 | Revise second report and accounting; email same to C. Murphy and E. Hood and request additional information to be included. |
| 11/19/08 | JAS | .10 | Voicemail to C. Murphy regarding Thursday meeting. |
| 11/19/08 | JAS | .10 | Email conference with V. Petrusha and S. Washington regarding payment of Veritas invoice. |
| 11/20/08 | JAS | 1.50 | Attention to case administration, multiple conferences with V. Petrusha and S. Washington regarding payment of invoices; multiple email conferences with P. Lucas regarding same; review of docket and full review of all fee statements filed within last six weeks; conference with S. Washington regarding revision of docket entry; telephone conference with investor; voicemail from J. Okeefe regarding investor, email to M. Pascoe regarding same; email correspondence from M. Bohanan and S. Spender. |
| 11/20/08 | VP | 2.10 | Review docket status; review notices of monthly fee statements; conferences (x3) with J. Statham regarding execution of checks by R. Gordon, fee statements filed on behalf of Veritas and docketing issues; update checking ledger - added additional detail; update invoice/payment backup binder; review mail. |

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page   7

| | | | |
|---|---|---|---|
| 11/20/08 | SLD | .40 | Conference with J. Statham regarding fee statement issues and correction of filed pleadings; attention to correction of fee statements. |
| 11/21/08 | VP | .20 | Review miscellaneous mail from Deluxe For Business; file update. |
| 11/21/08 | JAS | .40 | Review document production to recover relevant information for E. Hood. |
| 11/23/08 | JAS | .30 | Review of Motion for fees filed by Spender & Robb. |
| 11/24/08 | VP | 2.30 | Review docket status; review notices of monthly fee statements; attend to payment of two due statements; conference with R. Gordon; update checking ledger; update invoice/payment backup binder; conference with E. Hood regarding information on McKnight computer; review file material regarding titles to auto and ATV's, conferences with accounting and J. Statham regarding same; review mail from Genesse Valley Center and Cummings Property Management, file update. |
| 11/24/08 | VP | .80 | Conference with B. Muller regarding deposit payment to Siegel Realty; review email from B. Muller to Siegel Realty regarding application of funds; attend to writing check and submitting to R. Gordon for signature; update check ledger. |
| 11/24/08 | JAS | .20 | Telephone conference with G. Suhajda regarding asset disposition. |
| 11/24/08 | JAS | .70 | Research regarding value and potential sale options for sale of Silverado. |
| 11/24/08 | JAS | .20 | Conference with Receiver regarding pending matters. |
| 11/24/08 | JAS | .30 | Revise motion to sell ATVs. |

| | | | |
|---|---|---|---|
| 11/25/08 | VP | .30 | Review overdue notice from City of Linden for water/sewer/solid waste service, forward to B. Muller; review monthly statement of account from the Michigan Department of Treasury and Tax Bill, forward to J. Statham. |
| 11/26/08 | JAS | .70 | Return investor phone calls. |
| 11/26/08 | JAS | .20 | Attention to Legisi mail. |
| 11/26/08 | JAS | .10 | Email to  R. Lucaj  regarding server. |
| 11/26/08 | JAS | .50 | Voicemail to D. Dodd; email conference with D. Dodd; conference with the receiver regarding same; email conference with E. Hood and J. Applebaum regarding same; review prior communications with HighSecured. |
| 11/30/08 | VP | .10 | Review magazine renewal directed to G. McKnight and attention to filing same. |

B130      Asset Disposition

| | | | |
|---|---|---|---|
| 11/03/08 | BJM | .30 | Confer with V. Petrusha regarding deposit of seller's proceeds from sale of 5045 Barret. |
| 11/03/08 | JAS | .30 | Email to B. Muller regarding Legisi real estate assets; conference with B. Muller regarding closing of sale of Barret property. |
| 11/03/08 | JAS | 3.00 | Research regarding sale of restricted stocks; conference with Receiver regarding same; email conference with E. Hood and C. Murphy regarding same. |
| 11/06/08 | JAS | 1.00 | Research potential avenues for sale of ATVs; telephone conferences with multiple area ATV dealers; research regarding ATVs. |
| 11/06/08 | JAS | .30 | Review spreadsheet of Legisi personal property. Email to A. Robb regarding same. |

# CLARK HILL P.L.C.

| 11/07/08 | JAS | .30 | Email conference with M. Hendrick regarding sale of ATVs. |
|----------|-----|-----|------------------------------------------------------------|
| 11/07/08 | JAS | .80 | Review material sent by D. Plas of Telemus; conference with the receiver regarding same; conference with J. Applebaum regarding same; email to E. Hood and C. Murphy regarding same. |
| 11/07/08 | JAS | .10 | Voicemail to D. Plas. |
| 11/07/08 | JAS | .70 | Review and analysis of memorandum prepared by C. Murphy; conference with the receiver regarding same. |
| 11/09/08 | JAS | .10 | Email conference with T. Safokitis and R. Gordon regarding disposition of office furnishings and additional personal property. |
| 11/10/08 | JAS | .20 | Conference with the Receiver regarding disposition of ATVs; correspondence to M. Hendrick of Veritas regarding same. |
| 11/12/08 | JAS | .20 | Additional telephone conference with T. Arnold regarding purchase of ATVs. |
| 11/12/08 | JAS | .20 | Voicemail to G. Suhajda. Voicemail to K. Bessert. |
| 11/12/08 | JAS | .20 | Attention to set up of tour of Legisi office space for interested party. |
| 11/12/08 | JAS | .50 | Telephone conference with R. Rytman; Telephone conference with T. Arnold regarding ATVs and personal property; review information on Legisi personal property; email conference with R. Rytman regarding ATVs and personal property. |
| 11/12/08 | JAS | .20 | Telephone conference with R. Rytman regarding disposition of personal property and ATVs. |
| 11/12/08 | VP | .30 | Review eight foreclosure notices from the Detroit Legal News; communication with B. Muller regarding same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 11/13/08 | VP | .10 | Further communication with B. Muller regarding foreclosure notices. |
| 11/13/08 | JAS | 5.00 | Research regarding value of ATVs; telephone conference with T.Arnold regarding sale; review of Secretary of State website for information regarding title of ATVs; email conferences with M. Hendrick regarding ATVs; Draft Motion to Sell ATVs, Brief in Support, and proposed Order. |
| 11/13/08 | JAS | .50 | Begin to Draft Motion to Sell Personal property. |
| 11/14/08 | JAS | .20 | Revise Motion to Sell ATVs. |
| 11/14/08 | JAS | .20 | Review correspondence from R. Distefano regarding stockholdings; conference with the Receiver regarding same. |
| 11/14/08 | JAS | .30 | Telephone conference with T. Arnold regarding ATVs; email from T. Arnold regarding same; email from M. Hendrick regarding same. |
| 11/17/08 | JAS | .10 | Attention to email from G. Suhajda regarding purchase of property; email to J. Applebaum and B. Muller regarding same. |
| 11/19/08 | JAS | .10 | Email to M. Bohanan regarding Mercedes title. |
| 11/19/08 | JAS | .60 | Additional research regarding ATV value; Revise motion to sell ATVs. |
| 11/19/08 | JAS | .20 | Review correspondence with C. Knoll of Mercedes Benz of St. Clair Shores, call to Mercedes Benz of St. Clair Shores. |
| 11/19/08 | JAS | .10 | Review Order to Sell Mercedes. |
| 11/19/08 | JAS | .10 | Telephone conference with Tod Arnold regarding sale of ATVs; conference with J. Applebaum regarding same. |

## CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page 11

| 11/19/08 | JAS | .20 | Conference with J. Applebaum regarding changes to motion to sell ATV; begin to revise motion to sell ATVs. |
| 11/19/08 | JAS | .10 | Email to A. Robb and M. Bohanan regarding location of ATV titles. |
| 11/20/08 | JAS | .10 | Voicemail to C. Knoll. |
| 11/21/08 | JAS | .20 | Email conference with D. Plas and C. Murphy regarding stock holdings. |
| 11/23/08 | JAS | .50 | Further revision of motion to sell ATVs. |
| 11/24/08 | JDA | .40 | Review and revise motion for authority to sell All Terrain Vehicles and procedures regarding same. |
| 11/24/08 | JAS | .20 | Voicemail and email from Veritas regarding purchase of vehicle; conference with R. Gordon regarding same. |
| 11/26/08 | JAS | .30 | Attention to filing of Motion to Sell ATVs; Attention to posting of ATVs on Craigslist. |
| 11/26/08 | JAS | .10 | Telephone conference with T. Arnold regarding sale of ATVs. |
| 11/28/08 | JAS | .30 | Attention to inquiries regarding ATVs. |
| 11/30/08 | JAS | .40 | Review of email inquires regarding ATVs. |
| 11/30/08 | JAS | .10 | Review proposal to purchase personal property received from C. Richards. |

B180     Asset Analysis and Recovery

| 11/03/08 | JDA | .40 | Correspondence with P. Dempsey regarding Turks and Caicos investigation and account information. |
| 11/03/08 | JAS | .50 | Email conferences with R. Rytman and J. Okeefe regarding investigation of potential assets. |

| 11/03/08 | BJM | 1.10 | Review and revise foreclosure notices for Bistricky mortgaged properties; coordinate publication of same with the Legal News. |
|---|---|---|---|
| 11/04/08 | BJM | .70 | Correspond with appraisers regarding appraisals of Kovacs and Springdale properties; review appraisal for Springdale property. |
| 11/05/08 | JDA | .30 | Review/revise correspondence to foreign banks regarding turnover of records. |
| 11/05/08 | JAS | 3.80 | Review information received and recovered regarding potential offshore assets; research regarding treaties applicable to request for information; draft letters to two entities regarding request for more information; revise letters; conferences with J. Applebaum regarding same. |
| 11/06/08 | JAS | .20 | Review fax received from off shore entity; conference with S. Washington regarding same. |
| 11/06/08 | BJM | 2.30 | Correspond with property manager regarding (a) status of proposals for sale of personal property from Legisi office suite, (b) required amendment to property management agreement to incorporate Bistricky mortgaged properties, (c) tenant-related concerns related to Bistricky mortgaged properties, (d) insurance of Bistricky mortgaged properties and (e) payment of property appraisal invoices; draft and prepare correspondence to property manager regarding same; review and revise Second Report and Account; correspond with J. Statham regarding same. |
| 11/06/08 | CEM | 2.00 | Review R. 144 issues regarding Brekford and begin drafting memo. |

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page 13

| | | | |
|---|---|---|---|
| 11/07/08 | CEM | 3.00 | Draft R 144 memo; research R 144(i) and related rules; research Brekford filings. |
| 11/07/08 | CEM | 1.00 | Conference call with R. Gordon, J. Applebaum, E. Hood and J. Statham. |
| 11/07/08 | JDA | 1.10 | Meeting of litigation and securities issues group. |
| 11/07/08 | BJM | 2.10 | Correspond with title company regarding completion of title commitments for Bistricky mortgaged properties; review title commitments; correspond with K. Bessert regarding extension of listing agreements for residential properties and status of offer on Kovacs and Springdale properties. |
| 11/07/08 | JAS | .20 | Telephone conference with offshore entity. |
| 11/07/08 | JAS | .10 | Voicemail to C. Murphy regarding status conference and meeting with McKnight. |
| 11/07/08 | EJH | 1.50 | Preparation for and attendance at meeting with receiver to discuss status of matter. |
| 11/07/08 | JAS | 1.50 | Prepare for and attend meeting with C. Murphy, J. Applebaum, E. Hood, and R. Gordon regarding case strategy. |
| 11/08/08 | EJH | 1.00 | Review background materials for suit against All American. |
| 11/08/08 | CEM | 1.00 | Begin formulating interrogatories and document requests. |
| 11/09/08 | JAS | .30 | Correspondence to and from E. Hood regarding location of documents; correspondence to E. Wishnow regarding meeting with McKnight. |
| 11/10/08 | JAS | .50 | Voicemail from and telephone conference with offshore entity; follow up email from entity and email to R. Rytman regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page  14

| 11/10/08 | JAS | .20 | Follow up regarding letter sent to offshore entity. |
| 11/10/08 | JAS | .20 | Attention to compilation of documents for E. Hood. |
| 11/10/08 | EJH | .70 | Preparation for and conference with SEC attorneys regarding status of matter. |
| 11/10/08 | JDA | .80 | Preparation for and conference call with J. Bierkenheier and Receiver. |
| 11/11/08 | EJH | 1.80 | Review background documents for complaint against Legisi debtors; preparation for meeting with attorney for various Legisi investors. |
| 11/12/08 | EJH | 1.90 | Conference with attorney for Brekford International regarding potential stock redemption; preparation of complaint against Legisi debtors. |
| 11/12/08 | JAS | .20 | Telephone conference with R. Rytman. |
| 11/12/08 | JAS | .20 | Email conference with R. Rytman regarding potential offshore assets. |
| 11/12/08 | JAS | .30 | Conference with B. Muller regarding foreclosure of Bistricky properties and sale of same; email to J. Applebaum and R. Gordon regarding same. |
| 11/12/08 | JAS | .70 | Further review of information sent by R. Rytman and representative from off shore entity; telephone conference with R. Rytman regarding follow up strategy with off shore entity; email to R. Rytman regarding same; review off shore entity website for additional information. |
| 11/13/08 | JAS | .30 | Conference with B. Muller regarding status of the Bistricky Properties. |
| 11/13/08 | BJM | 4.60 | Review title commitments related to Bistricky mortgaged properties; review mortgages on Bistricky mortgaged properties; correspond with property manager regarding insurance of |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page 15

Bistricky mortgaged properties, tenant repair items, scope of property management agreement as it pertains to Bistricky mortgaged properties, and liquidation of personal property from Legisi office suite; correspond with K. Bessert regarding listing agreement extensions; compile information on Bistricky mortgaged properties in summary spreadsheet.

| 11/13/08 | JDA | .30 | Review memo from R. Gordon to C. Murphy regarding securities issues; correspondence with E. Hood regarding litigation issues. |
| 11/13/08 | JDA | .20 | Correspondence from J. Statham regarding ATV sale issues. |
| 11/14/08 | BJM | 3.20 | Review title commitments related to Bistricky mortgaged properties; review mortgages on Bistricky mortgaged properties; revise and finalize summary spreadsheet on Bistricky mortgaged properties; confer with J. Statham regarding same. |
| 11/14/08 | CEM | 3.50 | Draft 5 subpoenas; review documents to determine documents needed. |
| 11/14/08 | JAS | .20 | Conference with J. Applebaum regarding off shore investigation. |
| 11/14/08 | JAS | .30 | Conference with B. Muller regarding Bistricky properties; review spreadsheet prepared by B. Muller regarding same. |
| 11/15/08 | CEM | 5.50 | Draft and revise subpoenas to Brekford, Pacific Asia, Edgetech, PC Universe and Sierra Equity; review 3 documents for these entities; email to R. Gordon; email to J. Statham. |
| 11/15/08 | JDA | .60 | Review and revise draft second interim report and accounting of Receiver. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 11/16/08 | JAS | .20 | Email conference with C. Murphy regarding pending matters. |
| 11/16/08 | CEM | 6.00 | Research and draft memo regarding lifting restrictions. |
| 11/17/08 | BJM | 1.80 | Correspond with property manager regarding property maintenance and repair issues related to Bistricky mortgaged properties; correspond with affected tenants regarding same; draft and prepare correspondence to property manager regarding status of property management account. |
| 11/17/08 | JAS | .60 | Review information retrieved from Legisi office suite regarding purchase of certain stock holdings; voicemail to C. Murphy regarding same. |
| 11/17/08 | JAS | .10 | Conference with the Receiver and B. Muller regarding Bistricky properties. |
| 11/17/08 | JAS | .20 | Conference with J. Applebaum regarding off shore accounts. |
| 11/17/08 | EJH | 7.50 | Research regarding jurisdiction and venue; finalize complaint; preparation for meeting with witness. |
| 11/18/08 | EJH | 3.50 | Review and analysis of background documents; preparation for witness interview; preparation for and attendance at status conference. |
| 11/18/08 | JAS | .20 | Conference with B. Muller regarding Bistricky properties. |
| 11/18/08 | JAS | .20 | Review document sent by E. Hood. |
| 11/19/08 | JAS | .10 | Email conference with R. Rytman and conference with the Receiver regarding information regarding potential off shore assets. |
| 11/19/08 | CEM | .20 | Conference with J. Statham regarding report to court; McKnight interview; R. 144 restrictions. |

| 11/20/08 | CEM | .50 | Review file regarding restricted stock. |
| 11/20/08 | CEM | 2.00 | Review documents for memo and for interview. |
| 11/20/08 | CEM | 3.30 | Draft memo; review documents; prepare for interview. |
| 11/20/08 | BJM | 2.60 | Correspond with realtor regarding contemplated adjustments in listing prices; correspond with appraisers regarding same; review listing materials forwarded by realtor. |
| 11/21/08 | CEM | 6.50 | Review and analyze documents regarding issuers; draft memo; review R. 144 application to four transactions; conference with R. Gordon and team; prepare for interview. |
| 11/21/08 | JDA | .50 | Meeting with litigation and securities teams. |
| 11/21/08 | EJH | 1.50 | Preparation for and attendance at meeting with receiver and counsel; review and analysis of background documents. |
| 11/21/08 | JAS | 1.00 | Prepare for and attend team meeting in preparation for McKnight meeting. |
| 11/22/08 | EJH | 5.50 | Continued review and analysis of background documents; preparation for interview of witness. |
| 11/22/08 | CEM | 2.50 | Review documents and prepare for interview with McKnight. |
| 11/23/08 | CEM | 1.50 | Review documents and prepare for interview with McKnight. |
| 11/23/08 | EJH | 3.20 | Continued review and analysis of background documents; preparation for interview. |

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page 18

| | | | |
|---|---|---|---|
| 11/24/08 | JAS | 1.30 | Conference with the Receiver regarding tomorrow's meeting; conference with R. Lucaj regarding material necessary for tomorrow's meeting; preparation for meeting. |
| 11/24/08 | CEM | 7.00 | Review documents to prepare for interview; draft questions for interview of McKnight. |
| 11/24/08 | WBD | .20 | Review options regarding Bistricky mortgages with B Muller. |
| 11/24/08 | BJM | 1.50 | Correspond with realtor regarding removal of personal property of prior tenant of 331 Andrea; correspond with realtor regarding expected offers on personal property located in Legisi office suite and shed on vacant Linden property; correspond with property manager regarding bid strategy at foreclosure sale of Bistricky mortgaged property. |
| 11/24/08 | EJH | 7.30 | Preparation for examination of witness. |
| 11/24/08 | JAS | .30 | Conference with B. Muller regarding real estate assets. |
| 11/24/08 | JAS | 1.00 | Review documents in preparation for McKnight meeting. |
| 11/24/08 | JAS | 1.00 | Prepare questions for McKnight meeting. |
| 11/24/08 | JAS | .50 | Conference with R. Lucaj regarding access to panamanian server. |
| 11/25/08 | CEM | 8.00 | Attend interview of Greg McKnight. |
| 11/25/08 | BJM | 3.00 | Participate in conference call with property manager regarding detailed accounting of property management issues and status of miscellaneous property issues; correspond with party making offer on personal property; receive and review offer; correspond with realtor regarding status of listings; draft and prepare correspondence to W. Dunn, V. Petrusha |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
December 12, 2008
INVOICE # 331983
Page  19

|          |     |       | and J. Statham regarding strategy concerning Bistricky mortgaged properties. |
|----------|-----|-------|------|
| 11/25/08 | EJH | 10.20 | Continued preparation for and attendance at examination. |
| 11/25/08 | JDA | 3.50  | Deposition of G. McKnight. |
| 11/25/08 | JAS | 10.00 | Prepare for and attend meeting with McKnight. |
| 11/26/08 | JAS | .20   | Conference with the Receiver and W. Dunn regarding Bistricky properties. |
| 11/26/08 | WBD | .20   | Discuss receiver choices regarding Bistricky properties, obtaining of report of condition form manager, with R Gordon. |
| 11/26/08 | EJH | 3.70  | Review case law on third party liability; review response from SEC regarding attorney fee motion. |
| 11/26/08 | BJM | 1.20  | Correspond with realtor regarding sprinkler line break at 331 Andrea; correspond with property manager regarding same; correspond with realtor regarding offer on personal property from Legisi office suite. |
| 11/27/08 | EJH | 1.00  | Continued research regarding claims against third parties. |
| 11/28/08 | EJH | 5.10  | Continued research regarding claims against third parties. |
| 11/28/08 | JAS | .80   | Review case law and statutes regarding Receiver's power in foreign jurisdictions. |
| 11/28/08 | JAS | .30   | Telephone conference with assistant to D. Dodd; email conference with R. Lucaj regarding status of Legisi server. |
| 11/30/08 | EJH | 1.20  | Continued research regarding claims against third parties. |

# CLARK HILL P.L.C.

| B191 | Litigation | | |
|------|-----------|---|---|
| 11/13/08 | JDA | .30 | Review and revise AAHP complaint. |
| 11/25/08 | CEM | .50 | Prepare for interview. |

$57,090.15

## TIMEKEEPER SUMMARY

Client Name     <u>Robert D. Gordon, Receiver</u>

Matter Description <u>McKnight/ Legisi</u>

Service Period    <u>11/02/08 thru 11/30/08</u>

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $356 | .60 | $213.30 |
| | Shannon L. Deeby | $203 | .40 | $81.00 |
| | Valentina Petrusha | $149 | 7.90 | $1,173.15 |
| | Jami Ann Statham | $171 | 28.40 | $4,856.40 |
| | Jami Ann Statham | $ | .00 | $0.00 |
| | TOTAL | | 37.30 | $6,323.85 |
| B130 | Asset Disposition | | | |
| | Joel D. Applebaum | $356 | .40 | $142.20 |
| | Brandon J. Muller | $180 | .30 | $54.00 |
| | Valentina Petrusha | $149 | .40 | $59.40 |
| | Jami Ann Statham | $171 | 18.00 | $3,078.00 |
| | TOTAL | | 19.10 | $3,333.60 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $356 | 7.70 | $2,737.35 |
| | William B. Dunn | $473 | .40 | $189.00 |
| | Edward J. Hood | $315 | 56.60 | $17,829.00 |
| | Brandon J. Muller | $180 | 24.10 | $4,338.00 |
| | Charles E. Murphy | $324 | 53.50 | $17,334.00 |
| | Jami Ann Statham | $171 | 27.70 | $4,736.70 |
| | TOTAL | | 170.00 | $47,164.05 |

# CLARK HILL P.L.C.

| | | | | |
|------|-----------|------|------|---------|
| B191 | Litigation | | | |
| | Joel D. Applebaum | $356 | .30 | $106.65 |
| | Charles E. Murphy | $324 | .50 | $162.00 |
| | TOTAL | | .80 | $268.65 |

| | | | |
|----------------|--|--------|------------|
| ACTIVITY TOTAL | | 227.20 | $57,090.15 |