# CLARK HILL
*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   331656

McKnight/ Legisi Receivership  
c/o Robert D. Gordon, Cl Hill  
500 Woodward Ave.  
Suite 3500  
Detroit, MI 48226

December 9, 2008  
Client:   30710  
Matter:  122569

===================================================================
RE:   Receiver Services

FOR SERVICES RENDERED through November 30, 2008

    Total Services:                                             $5,775.75

STATEMENT TOTAL                                                    $5,775.75

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 11/03/08 | RDG | .40 | Conference with J. Statham regarding status of various pending matters; prepare notes to file. |
| 11/04/08 | RDG | .20 | Email conference with E. Hood, et al., regarding Team meeting. |
| 11/05/08 | RDG | .10 | Review Veritas fee statement. |
| 11/05/08 | RDG | .30 | Further attention to team meeting on November 7. |
| 11/05/08 | RDG | .20 | Email conference with J. Birkenheier regarding conference call with SEC on November 10; email conference with J. Applebaum, et al., regarding same. |
| 11/06/08 | RDG | .20 | Further email conference with J. Birkenheier and team regarding November 10 conference call. |
| 11/06/08 | RDG | .10 | Attention to status conference with Judge Steeh. |
| 11/07/08 | RDG | .20 | Receipt and review of correspondence from Chapter 7 trustee for investor James Cobb; conference with J. Statham regarding same. |
| 11/07/08 | RDG | .50 | Telephone conference with J. Birkenheier regarding November 10 telephone conference with SEC, and email correspondence to team regarding same. |
| 11/10/08 | RDG | .50 | Participate in conference call with J. Birkenheier, et al., regarding pending matters. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/11/08 | RDG | .20 | Review and execute forms for discontinuance of payroll. |
| 11/17/08 | RDG | .50 | Review and revise update report for website (.3); further review and revise same (.2). |
| 11/18/08 | RDG | 1.70 | Prepare and appear at court for status conference with Judge Steeh, et al. |
| 11/21/08 | RDG | .20 | Review file and email conference with J. Statham regarding year-end termination of surety bond at MBank. |

**B130      Asset Disposition**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/07/08 | RDG | .40 | Review report from NFS regarding status of stocks, and conference with J. Statham regarding same. |
| 11/09/08 | RDG | .20 | Receipt and review of email correspondence from T. Sofikitis regarding liquidation of personal property; email conference with J. Statham, et al., regarding same. |
| 11/13/08 | RDG | .10 | Review and execute agreements to extend listing agreements. |
| 11/24/08 | RDG | .10 | Conference with J. Statham regarding sale of Mercedes, issues. |

**B180      Asset Analysis and Recovery**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/03/08 | RDG | .20 | Conference and email conference with J. Statham regarding status of McKnight negotiations with DOJ. |
| 11/03/08 | RDG | .30 | Receipt and review of email correspondence from Turks and Caicos law firm regarding bank accounts; draft email correspondence to J. Applebaum regarding same. |
| 11/06/08 | RDG | .10 | Email conference with J. Statham regarding meeting with G. McKnight. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 11/06/08 | RDG | .20 | Further email conference with J. Applebaum, et al., regarding exploration of Turks bank accounts. |
| 11/07/08 | RDG | 1.20 | Prepare and participate in team meeting regarding pending matters, discovery and litigation strategy and initiatives. |
| 11/13/08 | RDG | .20 | Draft email correspondence to C. Murphy regarding preparation of subpoenas and memorandum regarding impediments to disposition of stock. |
| 11/13/08 | RDG | .10 | Email conference with E. Hood regarding status of complaint against All-American. |
| 11/13/08 | RDG | .20 | Email conference with E. Hood regarding communications with R. DiStefano. |
| 11/16/08 | RDG | .20 | Email conference with C. Murphy regarding subpoenas and court reporter for November 25 meeting. |
| 11/17/08 | RDG | .20 | Conference with B. Muller regarding condition of mortgaged properties and whether to proceed with foreclosure. |
| 11/18/08 | RDG | .30 | Conference with J. Statham regarding Turks accounts and strategy regarding same, and regarding McKnight interview. |
| 11/18/08 | RDG | .10 | Email conference with E. Hood regarding attorney lien asserted by G. Nitzkin. |
| 11/21/08 | RDG | .70 | Prepare for and participate in conference call with team regarding November 25 interview, complaint against All-American, and related issues. |
| 11/23/08 | RDG | .10 | Email conference with J. Applebaum regarding status of recovery of money from DOJ. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
December 9, 2008
INVOICE # 331656
Page  5

| Date | Initials | Hours | Description |
|---|---|---|---|
| 11/24/08 | RDG | .20 | Email conference with J. Statham, et al., regarding attendance of Secret Service at November 25 interview and related matters. |
| 11/25/08 | RDG | 4.50 | Begin review of C. Murphy memorandum regarding stock transactions, prepare and participate in interview of G. McKnight; follow-up conference with C. Murphy, et al. |
| 11/26/08 | RDG | .20 | Email conference with B. Cowden and receipt and review of forfeiture order in DOJ proceeding. |

$5,775.75

## TIMEKEEPER SUMMARY

Client Name          McKnight/ Legisi Receivership

Matter Description   Receiver Services

Service Period       11/03/08 thru 11/30/08

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration<br>Robert D. Gordon | $383 | 5.30 | $2,027.25 |
|  | TOTAL |  | 5.30 | $2,027.25 |
| B130 | Asset Disposition<br>Robert D. Gordon | $383 | .80 | $306.00 |
|  | TOTAL |  | .80 | $306.00 |
| B180 | Asset Analysis and Recovery<br>Robert D. Gordon | $383 | 9.00 | $3,442.50 |
|  | TOTAL |  | 9.00 | $3,442.50 |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
December 9, 2008
INVOICE # 331656
Page    6

|  |  |  |
|---|---|---|
| ACTIVITY TOTAL | 15.10 | $5,775.75 |