


**XRoads**
SOLUTIONS GROUP

1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705
main: 949-567-1600
fax: 949-567-1655
www.xroadsllc.com

December 24, 2008

Invoice #  16156

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:   Professional Fees and Business Related Expenses unbilled through 11/30/08.

---

Professional Fees:                                              $7,370.00

Expenses:                                                       $1,075.75

Total New Charges Due Upon Receipt                              $8,445.75

**WIRE INSTRUCTIONS:**
For the Benefit of XRoads Solutions Group, LLC

Bank Name:         Bank of America
Bank Address:      2340 West Joppa Road
                   MD4-647-01-01
                   Lutherville, MD 21093
Account Name       Rockland Credit Finance LLC
ABA Routing - wire #:    026009593

ABA Routing - ACH/EFT#: 052001633

Account #:              3932910113

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Rockland Credit Finance LLC
Department 595
P.O. Box 17553
Baltimore, MD 21203-7553

Professional services:

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/3/2008 | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix. | 2.20 | 407.00 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| 11/4/2008 | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix. | 1.70 | 314.50 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.30 | 33.00 |
| 11/5/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | DVS | File general case documents to maintain integrity of original document tracking system | 0.80 | 52.00 |
| 11/6/2008 | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix. | 0.40 | 74.00 |
| 11/7/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 22.00 |
| 11/10/2008 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.10 | 388.50 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | MCP | Continued update of Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.70 | 314.50 |
| 11/11/2008 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.90 | 351.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 22.00 |
| | MCP | Continued update of Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.40 | 444.00 |
| 11/12/2008 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.20 | 407.00 |
| | MCP | Continued update of Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.10 | 388.50 |
| | MCP | Communication with J. Statham to verify investor contact information and update master mailing matrix. | 0.20 | 37.00 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 1.10 | 121.00 |
| 11/13/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | MCP | Continued update of Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.30 | 425.50 |
| | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.60 | 296.00 |
| 11/14/2008 | MCP | Continued update of Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.80 | 333.00 |
| | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.60 | 481.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2008 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.10 | 388.50 |
| | AML | Update public access website and upload Second Interim Update | 0.30 | 52.50 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | MCP | Communication with J. Statham to verify investor contact information and update master mailing matrix. | 0.30 | 55.50 |
| 11/18/2008 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.70 | 314.50 |
| | MCP | Prepared list for email distribution, loaded contact information and communication to send notice from receiver to Investor groups. | 2.30 | 425.50 |
| | MCP | Posted 2nd interim update from Legisi Receiver to Website. | 0.40 | 74.00 |
| | MCP | Communication with J. Statham to verify investor contact information and update master mailing matrix. | 0.30 | 55.50 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| 11/19/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 22.00 |
| | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.80 | 333.00 |
| | DDR | Uploaded Excel worksheets and wrote queries to verify that all contacts on matrix are verified; wrote queries to find duplicates based on name, email, and address; wrote queries to find records that are missing email, address, or city. | 3.20 | 560.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/20/2008 | MCP | Communication with J. Statham to verify investor contact information and update master mailing matrix. | 0.40 | 74.00 |
| 11/21/2008 | MCP | Communication with J. Statham to verify investor contact information and update master mailing matrix. | 0.20 | 37.00 |
| | | For professional services rendered | 41.60 | $7,370.00 |
| | | Out of pocket expenses: | | |
| 11/30/2008 | ITG | CMS-Electronic Imaging<br>Electronic imaging | | 70.35 |
| | ITG | CMS Wepage access<br>Case-Specific Web Page Available to the Public | | 1,000.00 |
| | ITG | CMS Photocopies<br>Photocopies | | 5.40 |
| | | Total costs | | $1,075.75 |
| | | Total amount of this bill | | $8,445.75 |