# EXHIBIT A

Legisl-McKnight, Case Nr. 0811887
Detailed List of Expenses for the Period
December 1 to December 31, 2008

| Ticket Date | Name | Item ID | Time | Qty. | Ticket Description for Invoicing | Billing Amount |
|---|---|---|---|---|---|---|
| | | | | | **Time** | |
| 12/8/08 | RG | Case Manager | 0.50 | | Conv w/ MH, locate ATV items stored as evidence & prepare for transfer | 62.50 |
| 12/16/08 | RG | Case Manager | 0.50 | | Conv w/ MH & JD on truck evidence locate details for client | 62.50 |
| 12/31/09 | RG | Case Manager | 0.50 | | Conv w/ JD on Silverado evidence & status | 62.50 |
| | | | | | Labor Profit | 187.50 |
| | | | | | **Expenses** | |
| | | | | | **Expenses Invoiced At Cost** | |
| 12/1/08 | MH | Admin-Postage/Expres | | | 1.00 DHL Charge to overnight titles to vehicles | 5.53 |
| 12/16/08 | PL | Postage/Express Mail | | | 1.00 DHL 11/26 (not previously entered) | 5.53 |
| | | | | | Expenses Profit | 11.06 |
| | | | | | **Invoice Total:** | **198.56** |