# EXHIBIT A



1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705
main: 949-567-1600
fax: 949-567-1655
www.xroadsllc.com

December 4, 2008

Invoice # 16130

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:    Professional Fees and Business Related Expenses unbilled through 10/31/08.

| | |
|---|---|
| Professional Fees: | $6,975.00 |
| Expenses: | $1,283.55 |
| Total New Charges Due Upon Receipt | $8,258.55 |

**WIRE INSTRUCTIONS:**
For the Benefit of XRoads Solutions Group, LLC

Bank Name:        Bank of America
Bank Address:     2340 West Joppa Road
                  MD4-647-01-01
                  Lutherville, MD  21093
Account Name      Rockland Credit Finance LLC
ABA Routing - wire #:      026009593

ABA Routing - ACH/EFT#:  052001633

Account #:              3932910113

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Rockland Credit Finance LLC
Department 595
P.O. Box 17553
Baltimore, MD  21203-7553

Professional services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/1/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| 10/2/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| 10/6/2008 | MCP | Continued data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 1.90 | 351.50 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | MCP | Data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 1.70 | 314.50 |
| | RQK | Correspondence wtih M Pascoe re updates to case website | 0.10 | 18.50 |
| 10/7/2008 | AML | Attn to emails re update of public access website | 0.20 | 35.00 |
| | MCP | Data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 2.10 | 388.50 |
| | MCP | Continued data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 1.60 | 296.00 |
| 10/8/2008 | MCP | Continued data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 2.30 | 425.50 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 22.00 |
| | MCP | Data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 1.80 | 333.00 |
| 10/9/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/9/2008 | MCP | Continued data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 1.40 | 259.00 |
| | MCP | Data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 2.20 | 407.00 |
| 10/10/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| 10/13/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | MCP | Data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 1.80 | 333.00 |
| 10/14/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix. | 2.30 | 425.50 |
| | MCP | Data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 2.10 | 388.50 |
| 10/15/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix. | 1.60 | 296.00 |
| | MCP | Data entry of investor contact information from emails sent directly to Clark-Hill PLC. | 1.70 | 314.50 |
| 10/16/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix. | 1.90 | 351.50 |
| 10/17/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.30 | 33.00 |

|            |     |                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|--------|
| 10/20/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10  | 11.00  |
|            | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix.       | 1.60  | 296.00 |
| 10/21/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10  | 11.00  |
|            | AST | File general case documents to maintain integrity of original document tracking system                | 0.20  | 13.00  |
| 10/22/2008 | FJT | Organize and file general case documents to maintain integrity of original document tracking system    | 0.50  | 55.00  |
|            | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10  | 11.00  |
| 10/23/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10  | 11.00  |
|            | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix.       | 1.80  | 333.00 |
| 10/24/2008 | MCP | Sorted Investor groups to identify and removed duplicates, manually, from master mailing matrix.       | 1.40  | 259.00 |
| 10/27/2008 | MCP | Made adjustment to mailing matrix and commuted confirmation of change with J. Statham.                 | 0.20  | 37.00  |
| 10/28/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10  | 11.00  |
| 10/29/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10  | 11.00  |
| 10/30/2008 | FJT | Organize and file general case documents to maintain integrity of original document tracking system    | 0.40  | 44.00  |
|            | MCP | Sorted Investor groups to identify and remove duplicates, manually, from master mailing matrix.        | 2.20  | 407.00 |