UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Case No. 0811887 |
| GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC, | ) ) ) | Judge:  HON. GEORGE CARAM STEEH |
| Defendants, | ) ) ) | |
| and | ) ) | |
| LEGISI MARKETING, INC., LIDO CONSULTING , LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC , DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT, | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) ) | |

**NOTICE OF MONTHLY FEE STATEMENT OF
CLARK HILL PLC FOR THE MONTH OF DECEMBER 2008**

Clark Hill PLC, attorneys for Robert D. Gordon, Court-appointed Receiver (the

"Receiver") in the above-captioned case, respectfully states as follows:

1.     Pursuant to the *Order Appointing Receiver* entered May 5, 2008, the Receiver was

authorized to "engage and employ the law firm of Clark Hill, PLC" as his attorneys.

2.     Pursuant to the Court's *Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals* ("Interim Compensation Order") entered

May 23, 2008, Clark Hill PLC hereby requests compensation in the amount of $64,017.90 and

5628528.7 30711/122570

reimbursement of expenses in the amount of $452.90, for a total amount due of $64,470.80, in connection with services rendered during the month of December 2008[1].

3.      Attached hereto is a detailed summary of the fees and expenses requested herein and records that itemize the services rendered and expenses incurred by Clark Hill PLC.

4.      If no objection to this Statement is filed in accordance with Paragraph (a) and (b) of the Interim Compensation Order within fifteen (15) days after service of the Statement, Clark Hill PLC shall be entitled to payment in full of the fees and expenses requested.

CLARK HILL PLC

By:____/s/ Joel D. Applebaum
        Joel D. Applebaum (P36774)
        500 Woodward Avenue, Suite 3500
        Detroit, Michigan 48226-3435
        Telephone: (313) 965-8300
        Facsimile: (313) 965-8252
        japplebaum@clarkhill.com

Dated:  February 6, 2009

Counsel for the Receiver

---

[1] The billing rate for all professionals has been reduced by 10% pursuant to Clark Hill's agreement with the U.S. Securities and Exchange Commission.

5628528.7 30711/122570

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009, my assistant, Secret S. Washington, electronically filed the *Notice of Monthly Fee Statement of Clark Hill PLC for the Month of December 2008* with the Clerk of the Court using the ECF System which will send notification of such filing upon: John E. Birkenheier, Esq, Ellen E. Christensen, M. Allen Robb and David A. Salim.  This document was also served by first class mail upon: Steven L. Klawans and James O'Keefe of the U.S. Securities and Exchange Commission, 175 W. Jackson Blvd, Suite 900, Chicago, IL 60604.

Respectfully submitted,

CLARK HILL PLC

By:   /s/ Joel D. Applebaum
Joel D. Applebaum
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300
japplebaum@clarkhill.com
P36774

*Attorneys for Robert D. Gordon, Receiver of the Estates of Gregory N. McKnight, et al.*

Date: February 6, 2009

5628528.7 30711/122570