# EXHIBIT A

# CLARK HILL

*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice #   334604

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

January 31, 2009
Client:   30711
Matter:  122570

===============================================================

RE:  McKnight/ Legisi

FOR SERVICES RENDERED through December 31, 2008

    Total Services:                                    $64,017.90

FOR EXPENSES INCURRED OR ADVANCED:

| | |
|---|---|
| Messenger Service | $18.72 |
| Service of Process | $55.00 |
| Adjournment Fee | $256.00 |
| Federal Express/UPS | $123.18 |

    Total Expenses:                                      $452.90

STATEMENT TOTAL                                      $64,470.80

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| B110 | Case Administration | | |
| 12/01/08 | JAS | .20 | Email conference with J. O'Keefe and C. Murphy regarding Sierra and Goddard subpoenas. |
| 12/01/08 | JAS | .20 | Telephone conference with A. Knudson regarding deposition exhibits. |
| 12/01/08 | JAS | .10 | Follow up with E. Hood and C. Murphy regarding Second Report and Account. |
| 12/01/08 | JAS | .10 | Voicemail from investor. |
| 12/01/08 | JAS | .10 | Voicemail to D. Crimmins regarding Legisi banking. |
| 12/01/08 | EJH | .50 | Review and revision of second report. |
| 12/01/08 | JAS | .20 | Review revisions to Second Report and Accounting. |
| 12/01/08 | VP | .30 | Review email from R. McInnes (Siegel Realty) confirming receipt of check for future property management payments; update invoice payment binder. |
| 12/02/08 | JAS | .50 | Further review of motion to pay McKnight legal fees. |
| 12/02/08 | JDA | .60 | Telephone conference with J. Birkenheier and J. O'Keefe regarding McKnight counsel fee issues and related matters. |
| 12/02/08 | JAS | .20 | Email conference with B. Muller regarding Legisi insurance. |
| 12/02/08 | JAS | .10 | Email with J. O'Keefe regarding transcript of McKnight meeting. |

| | | | |
|---|---|---|---|
| 12/02/08 | JAS | .20 | Conference with J. Applebaum regarding pending matters. |
| 12/02/08 | JAS | .50 | Review correspondence from D. Crimmins regarding banking matters; correspondence to J. Applebaum, R. Gordon, V. Petrusha regarding same; review of Order authorizing banking procedures. |
| 12/02/08 | JAS | .30 | Conference with the Receiver regarding pending matters. |
| 12/02/08 | JAS | .10 | Review email from E. Hood regarding McKnight proffer session. |
| 12/02/08 | JAS | .50 | Email conference with Receiver and attorneys regarding payment of McKnight legal bills; telephone conference with S. Spender regarding same; email and telephone messages to S. Spender regarding same. |
| 12/02/08 | JAS | .50 | Prepare and revise stipulated order regarding extension to respond to Spender & Robb motion; email to M. Bohanan, S. Spender, and E. Hood regarding same. |
| 12/02/08 | JAS | .30 | Attention to scheduling of payment to Veritas and Xroads. |
| 12/02/08 | JAS | .40 | Telephone conference with J. Applebaum, R. Gordon, J. Birkenheier, and J. O'Keefe regarding pending matters. |
| 12/02/08 | JAS | .20 | Review correspondence from investor. |
| 12/02/08 | VP | .40 | Review audit report received from MBank and statements for all four accounts; confirm balance with our records. |
| 12/03/08 | JAS | .20 | Email conference with S. Spender regarding motion to pay McKnight legal bills; attention to submission of stipulated order. |
| 12/03/08 | JAS | .10 | Attention to Legisi mail. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page   4

| 12/03/08 | JAS | .10 | Conference with V. Petrusha regarding bill payment. |
| 12/03/08 | JAS | .10 | Email conference with E. Hood and C. Murphy regarding transcript from McKnight depositon. |
| 12/03/08 | VP | 2.00 | Review case docket and fee applications; attend to payment of XRoads fee application for case management services; review email from B. Muller with attached invoices from Gateway Centre for preparation of eight title commitments for Bistricky properties, attend to payment of same; update check ledger; review nine winter tax statements received for the Springdale, Linden Hill and Miller road properties, conference with B. Muller regarding same; attend to forwarding winter tax statements to B. Muller to be forwarded to property management company; email with B. Muller regarding need to supplement property management company with extra funds to pay winter taxes; conference with J. Statham regarding original titles for autos and all terrain vehicles as well as the notice from the Secretary of State to renew license plate on the Chevrolet; review employer's quarterly tax report and statement of unemployment benefits, attention to same. |
| 12/03/08 | JAS | .10 | Email conference with M. Pascoe regarding update to database. |
| 12/03/08 | JAS | .10 | Review stipulation between SEC and Spender & Robb. |
| 12/03/08 | JAS | .10 | Attention to docket. |
| 12/03/08 | JAS | .10 | Attention to recovery of information to be sent to the Secret Service. |
| 12/03/08 | JAS | .20 | Retrieve case law cited in the SEC's response to Spender & Robb's motion for fees. |

| 12/03/08 | JAS | .30 | Review November Veritas fee statement; Correspondence with M. Hendrick and P. Lucas regarding same. |
|---|---|---|---|
| 12/03/08 | JAS | .10 | Telephone conference with investor McCabe. |
| 12/04/08 | JAS | .20 | Conferences with V. Petrusha regarding pending matters. |
| 12/04/08 | JAS | .20 | Conference with the Receiver regarding pending matters. |
| 12/04/08 | JAS | .20 | Review Legisi mail. |
| 12/04/08 | JAS | .10 | Telephone conference with investor. |
| 12/04/08 | LBG | .40 | Respond to investor inquiries. |
| 12/05/08 | JDA | .80 | Conference with A. Robb and conference with R. Roth regarding fee reductions. |
| 12/05/08 | JDA | .70 | Review of SEC objection and Petitioners' response to objection regarding payment of fees to A. Robb and R. Roth firms. |
| 12/05/08 | JAS | .10 | Telephone conference with A. Robb regarding fees. |
| 12/05/08 | JAS | 2.00 | Review motion to pay Robb and Roth and related exhibits; conference with J. Applebaum regarding same; negotiations with Robb and Roth regarding reduction in fees. |
| 12/05/08 | JAS | .10 | Telephone conference with M. Bohanan regarding objection to Robb & Roth fee motion deadline. |
| 12/05/08 | JAS | .10 | Attention to Legisi docket. |
| 12/07/08 | JAS | .10 | Email to R. Rytman regarding set up of meeting. |
| 12/08/08 | JAS | .30 | Review petitioners reply memorandum and affidavits. |

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page   6

| 12/08/08 | JAS | .10 | Email conference with R. Rytman regarding SEC meeting. |
|---|---|---|---|
| 12/08/08 | VP | .80 | Review docket; review fee statements filed by Veritas; attend to payment of fees statements; email to J. Statham confirming payment of Veritas fee application; update checking account spreadsheet; update invoice/payment binder; review communication from J. Statham and B. Muller regarding property managers handling of property insurance. |
| 12/08/08 | JAS | .40 | Conference with the Receiver regarding pending matters surety bond and disposition of property. |
| 12/08/08 | JAS | .30 | Conference with secretary to V. Petrusha and email conference with V. Petrusha regarding payment of Legisi bills; email conference with V. Petrusha and B. Muller regarding payment of Legisi property insurance. |
| 12/08/08 | JAS | .10 | Attention to emails regarding SEC meeting; conference with J. Applebaum regarding same. |
| 12/09/08 | JAS | .20 | Conference with the Receiver regarding pending matters. |
| 12/09/08 | JAS | .20 | Conference with J. Applebaum regarding pending matters. |
| 12/09/08 | JAS | .10 | Review correspondence sent from J. Applebaum to investor. |
| 12/09/08 | JAS | .10 | Attention to Legisi banking. |
| 12/09/08 | JAS | 2.30 | Revise second report and accounting; conferences with J. Applebaum and R. Gordon regarding same; conferences with R. Gordon regarding pending matters; telephone conference with C. Murphy regarding pending matters; attention to coordination of meeting with the delegation; email conference with C. Murphy and E. Hood regarding deposition |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page   7

summary.

| | | | |
|---|---|---|---|
| 12/09/08 | JAS | 1.30 | Further review and revision of second report and account. |
| 12/11/08 | JAS | .10 | Voicemail to investor. |
| 12/11/08 | JAS | .10 | Email from the Receiver regarding message from investor. |
| 12/11/08 | JAS | .20 | Voicemail to and from J. O'Keefe regarding McKnight transcript; email to E. Hood and C. Murphy regarding same. |
| 12/11/08 | JAS | .20 | Review correspondence from investor. |
| 12/12/08 | JAS | .30 | Conference with E. Hood regarding documents in possession of Receiver. |
| 12/15/08 | JAS | .30 | Conference with S. Washington regarding Legisi bills; conference with L. Bell Guzzo regarding investor inquiry. |
| 12/15/08 | JAS | .20 | Review coorespondence from R. Fernandez; draft response to same. |
| 12/15/08 | JAS | .20 | Attention to pending matters. |
| 12/15/08 | LBG | 1.30 | Review and respond to investor inquiries; forward updates via regular mail to investors without internet access. |
| 12/16/08 | JAS | .40 | Email conference with V. Petrusha and R. Gordon regarding Legisi banking; telephone conference with V. Petrusha regarding same; email conference with D. Crimmins of mBank regarding same. |
| 12/17/08 | JAS | .30 | Conference with the Receiver regarding pending matters. |
| 12/17/08 | JAS | .80 | Review and revise first fee application; conference with S. Washington and L. Bell Guzzo regarding fee applications. [TO BE WRITTEN OFF BY R. GORDON- NON BILLABLE] |

# CLARK HILL P.L.C.

| Date | Staff | Hours | Description |
|---|---|---|---|
| 12/18/08 | JAS | .20 | Conference with the Receiver regarding pending matters. |
| 12/18/08 | TFS | .30 | Conference with C. Murphy. |
| 12/19/08 | VP | .90 | Review docket; review fee statement filed by Veritas; write check to Veritas; communication with R. Gordon regarding Veritas check; complete checkbook form; update balance sheet; call to D. Crimmins at MBank regarding regarding transfer of funds to get fiduciary coverage.; update invoice binder. |
| 12/22/08 | JAS | .10 | Email to V. Petrusha regarding banking. |
| 12/22/08 | JAS | 1.00 | Revise and prepare Second Report and Account for filing. |
| 12/22/08 | JAS | .50 | Attention to payment of Legisi bills. |
| 12/22/08 | JDA | .40 | Review and revise Second Interim Report. |
| 12/23/08 | JAS | .30 | Email conference with D. Crimmins regarding movement of money; follow up with V. Petrusha regarding same. |
| 12/23/08 | JAS | .20 | Telephone conference with V. Petrusha regarding banking. |
| 12/23/08 | JAS | .20 | Attention to docket. |
| 12/29/08 | JAS | .10 | Email to J. Applebaum regarding pending matters. |
| 12/29/08 | JAS | .20 | Review Xroads November fee statement. |
| 12/29/08 | JAS | .30 | Emails regarding investor inquiries, conference with L. Bell Guzzo regarding same. |
| 12/29/08 | JAS | .30 | Conference with the Receiver and L. Bell Guzzo regarding pending matters. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page   9

| 12/29/08 | LBG | .80 | Review and respond to investor inquiries; forward investor information to XRoads for entry into investor database. |
| 12/29/08 | JAS | .20 | Telephone conference with R. Gordon regarding pending matters. |
| 12/29/08 | JAS | .20 | Email to V. Petrusha regarding banking; conference with V. Petrusha regarding same. |
| 12/29/08 | JAS | .20 | Email conference with R. Gordon regarding tax matters; telephone conference regarding same. |
| 12/30/08 | JAS | .30 | Conference with V. Petrusha regarding banking; conference with R. Gordon regarding bill payment. |
| 12/30/08 | JAS | .20 | Email conference with V. Petrusha, D. Crimmins, J. Applebaum and R. Gordon regarding movement of funds. |
| 12/30/08 | JAS | .20 | Telephone conference with J. O'Keefe regarding pending matters. |
| 12/30/08 | VP | 1.70 | Conferences with D. Crimmins at MBank regarding transfer of funds to protect deposits; deposit check funds; balance books; communication with J. Statham and R. Gordon; review docket, write check to cover Robert Gordon, Receiver and Clark Hill fee statements. |
| 12/31/08 | JAS | .20 | Attention to email from investors and the Receiver. |
| 12/31/08 | JAS | .10 | Voicemail to investor W. Cumiskey. |
| 12/31/08 | JAS | .10 | Review inquiry from investor. |
| 12/31/08 | JAS | .10 | Voicemail from investor [From]. |

| B130 | Asset Disposition | | |
| 12/01/08 | JAS | .50 | Draft letter to Mercedes Benz of St. Clair Shores regarding purchase of Mercedes. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 10

| 12/01/08 | JAS | 2.20 | Attention to disposition of personal property and ATVs including telephone conferences with Kevin of ATV Truck Sales and Jeff of Ray C's Cycle regarding ATVs; research regarding flint area auction and estate sales, numerous telephone conferences with and voicemails from vendors. |
|----------|-----|------|---|
| 12/01/08 | JAS | .50 | Respond to inquiries received on ATVs; conference with  S. Washington regarding same and revision to posting on Craig's list. |
| 12/01/08 | JAS | .20 | Conference with J. Applebaum and B. Muller regarding personal property. |
| 12/01/08 | JAS | .30 | Voicemail to R. Giunta regarding personal property; telephone conference with R. Giunta regarding personal property. |
| 12/02/08 | JAS | .40 | Review and respond to inquiries regarding atvs; conference with S. Washington regarding same. |
| 12/02/08 | JAS | .20 | Conference with potential purchaser of Mercedes. |
| 12/02/08 | JAS | .50 | Review ebay auto listings; sign up for ebay; email to J. Applebaum regarding Mercedes. |
| 12/02/08 | JAS | .50 | Voicemail from and voicemail to Joe of Golden Gavel Auctions regarding personal property; Telephone conference with same; conference with B. Muller regarding same. |
| 12/02/08 | JAS | .80 | Email conference with J. Applebaum regarding sale of Mercedes; revise letter to C. Knoll regarding Mercedes; Telephone conference with S. Alkhafaji regarding purchase of Mercedes; email to C. Knoll regarding purchase of Mercedes; conference with Receiver regarding same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page  11

| | | | |
|---|---|---|---|
| 12/03/08 | JAS | .30 | Email conference with potential purchaser of ATVs and M. Hendrick. |
| 12/03/08 | JAS | .20 | Email conference with potential purchaser of ATVs. |
| 12/03/08 | JAS | .20 | Telephone conference with Ray Jr., potential ATV purchaser; review of offer from Ray Jr. |
| 12/03/08 | JAS | 1.00 | Draft Asset Purchase Agreement regarding purchase of Mercedes. |
| 12/03/08 | JAS | .20 | Email conference with potential purchaser of ATVs. |
| 12/03/08 | JAS | .10 | Telephone conference with M. Hendrick regarding information on ATVs. |
| 12/03/08 | JAS | .30 | Telephone conference with M. Wegner regarding auction of personal property; voicemail from M. Wegner regarding auction. |
| 12/03/08 | JAS | .10 | Telephone conference with M.Hendrick regarding showing of ATVs. |
| 12/03/08 | JAS | .20 | Voicemail from and telephone conference with S. Alkhafaji regarding mercedes. |
| 12/03/08 | JAS | .10 | Voicemail from Ray Jr. regarding purchase of ATVs. |
| 12/03/08 | JAS | .20 | Telephone conference with T. Arnold regarding status of bidding on ATVs. |
| 12/04/08 | JAS | .30 | Email conferences with potential purchaser of ATVs. |
| 12/04/08 | JAS | .20 | Additional telephone message to potential purchaser of ATV; email conference regarding offer and acceptance. |
| 12/04/08 | JAS | .50 | Draft bill of sale for ATVs and Mercedes. |

**CLARK HILL** P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page  12

| | | | |
|---|---|---|---|
| 12/04/08 | JAS | .30 | Additional telephone conference and email conference with potential purchaser of ATVs. |
| 12/04/08 | JAS | .50 | Additional email and telephone conferences with potential purchaser of ATVs. |
| 12/04/08 | JAS | .10 | Update to J. Applebaum regarding sale of ATVs and Mercedes. |
| 12/04/08 | JAS | 1.90 | Draft Motion to Sell Mercedes to Shakir Alkhafaji. |
| 12/04/08 | JAS | .30 | Voicemail from and email conference with T. Demarco regarding purchase of ATVs; telephone conference with T. Demarco. |
| 12/04/08 | JAS | .20 | Review and revise asset purchase agreement. |
| 12/04/08 | JAS | .50 | Revise Mercedes asset purchase agreement, telephone conference with S. Mitchell regarding asset purchase agreement, correspondence to S. Mitchell regarding same. |
| 12/04/08 | JAS | .10 | Email conference with T. Arnold regarding ATVs. |
| 12/04/08 | JAS | .10 | Email conference with S. Mitchell regarding Mercedes asset purchase agreement. |
| 12/04/08 | JAS | .30 | Review and revise the motion to sell the Mercedes. |
| 12/04/08 | JDA | .50 | Review/revise Asset Purchase Agreement and bill of sale drafts for Mercedes and ATV sales. |
| 12/04/08 | JAS | .20 | Review markup of asset purchase agreement received from S. Alkhafaji. |

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 13

| | | | |
|---|---|---|---|
| 12/05/08 | JAS | .40 | Additional review of asset purchase agreement for Mercedes; conference with J. Applebaum regarding same; telephone conference with S. Toll regarding same. |
| 12/05/08 | JAS | .20 | Further revise asset purchase agreement for Mercedes. |
| 12/05/08 | JAS | .20 | Revise Motion to Sell Mercedes. |
| 12/05/08 | JAS | .10 | Email conference with potential purchaser of ATVs. |
| 12/05/08 | JAS | .20 | Additional review and negotiation of asset purchase agreement for Mercedes. |
| 12/05/08 | JAS | .10 | Email to S. Mitchell regarding Mercedes asset purchase agreement; conference with J. Applebaum regarding motion. |
| 12/06/08 | JAS | .20 | Email and telephone conference with potential purchaser of ATVs. |
| 12/06/08 | JAS | .10 | Review offer to purchase ATVs. |
| 12/07/08 | JAS | .30 | Email conference with potential purchasers of ATVs and J. Applebaum and R. Gordon. |
| 12/08/08 | JAS | .20 | Telephone and email conference with Ray Jr. regarding offer to purchase ATVs. |
| 12/08/08 | JAS | .60 | Revise Mercedes asset purchase agreement; revise motion to sell mercedes; email to S. Mitchell regarding same; email to J. O'Keefe regarding same; conference with J. Applebaum regarding same and Mercedes dealership offer. |
| 12/08/08 | JAS | .50 | Review information received from M. Hendrick regarding ATV trailer; telephone conference with SLM Trailers regarding serial number and records of purchase; email to M. Hendrick regarding additional information and plate removal. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 12/08/08 | JAS | .10 | Voicemail to T. Arnold regarding ATVs. |
| 12/08/08 | JAS | 1.90 | Further revise asset purchase agreement for mercedes; email conference with S. Toll regarding changes; conference with the Receiver regarding changes. |
| 12/08/08 | JAS | 1.00 | Multiple telephone conferences with T. Arnold regarding closing of sale of ATVs and trailer; email to M. Hendrick regarding description of trailer; prepare bill of sale; conference with the Receiver; review spreadsheet of assets and veritas reports for description of trailer to be included in bill of sale. |
| 12/08/08 | JAS | .10 | Telephone conference with S. Alkhafaji regarding sale of Mercedes. |
| 12/08/08 | JAS | .10 | Voicemail from Greg of Deans Auction Service regarding personal property. |
| 12/08/08 | JAS | .10 | Voicemail to Greg of Deans Auction Service regarding personal property. |
| 12/09/08 | JAS | 1.30 | Revise bill of sale for ATVs; prepare additional documents for purchaser of ATVs; conference with the Receiver regarding same; attend closing of ATV sale; email conference and voicemail from M. Hendrick regarding trailer title and obtaining same; attention to coordination of pick up of title. |
| 12/09/08 | JAS | .30 | Review fully executed asset purchase agreement; revise motion to sell Mercedes; email to J. O'Keefe and J. Birkenheier regarding Mercedes motion; prepare for filing. |
| 12/09/08 | JAS | .20 | Voicemail to and telephone conference with T. Arnold regarding ATV trailer registration. |
| 12/09/08 | JAS | .20 | Telephone conference with Greg of Deans Auction regarding auction of Legisi personal property. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page  15

| 12/09/08 | JAS | .10 | Voicemail to J. Birkenheier regarding concurrence in motion to sell mercedes. |
| 12/10/08 | JAS | .30 | Telephone conference with S. Mitchell; Telephone conference and email from J. O'Keefe; Email conference with S. Mitchell, all regarding filing of Motion to Sell Mercedes. |
| 12/10/08 | JAS | .20 | Prepare motion to sell mercedes for filing. |
| 12/10/08 | JAS | .20 | Review proposal to auction personal property submitted by M. Wegner. |
| 12/10/08 | JAS | .20 | Review proposal to auction personal property submitted by Dean's Auction Service. |
| 12/10/08 | JAS | .20 | Email conference with B. Muller regarding additional proposal to purchase personal property. |
| 12/10/08 | JAS | .10 | Email conference with T. Arnold regarding stalking horse bid on Silverado. |
| 12/10/08 | JAS | .20 | Attention to posting of Mercedes on craigslist. |
| 12/10/08 | JAS | .10 | Conference with J. Applebaum regarding disposition of personal property and proposals. |
| 12/10/08 | BJM | .50 | Conferrnce with J. Statham regarding offer to purchase personal property; correspond with prospective purchasers regarding same; correspond with property manager regarding removal of personal property at 331 Andrea. |
| 12/11/08 | BJM | .40 | Correspond with prospective purchaser regarding offer on personal property in Legisi office suite; confer with J. Statham regarding same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 16

| | | | |
|---|---|---|---|
| 12/11/08 | JAS | .20 | Conference with B. Muller regarding personal property and offer to purchase submitted by C. Richards. |
| 12/12/08 | JAS | .20 | Email conference with potential purchaser of Mercedes. |
| 12/12/08 | JAS | .30 | Conference with B. Muller regarding disposition of real and personal property. |
| 12/13/08 | JAS | .10 | Attention to emails regarding purchase of Mercedes. |
| 12/15/08 | JAS | .20 | Email to two potential purchasers of Mercedes. |
| 12/15/08 | JAS | .20 | Telephone conference with R. Rytman regarding personal property purchase. |
| 12/15/08 | JAS | .20 | Email conference with R. Rytman regarding purchase of personal property. |
| 12/15/08 | JAS | .50 | Conference with B. Muller regarding disposition of personal property; email conference with B. Muller, R. Rytman, and J. Applebaum regarding same. |
| 12/15/08 | JAS | .10 | Voicemail to Greg of Dean's Estate Services regarding disposition of personal property. |
| 12/15/08 | JAS | .20 | Review list of items contained in Legisi office; review Veritas report regarding computer equipment. |
| 12/15/08 | JAS | .60 | Attention to disposition of Silverado; confirm value on Kelley Blue Book, review offer, draft correspondence to Receiver and attorneys regarding same, obtain approval from J. Applebaum; email to TRA Inc. regarding same. |
| 12/16/08 | JAS | .30 | Email conference with S. Mitchell regarding Mercedes and Silverado. |

| 12/16/08 | JAS | .20 | Email conference with auctioneer regarding disposition of personal property; conference with B. Muller regarding same. |
| 12/17/08 | JAS | .10 | Email conference with the Receiver regarding sale of Mercedes. |
| 12/17/08 | JAS | .30 | Conferences with E. Hood, C. Murphy, and J. Applebaum regarding disposition of stock holdings. |
| 12/18/08 | JAS | .10 | Email to S. Mitchell regarding closing on sale of Mercedes. |
| 12/18/08 | JAS | 1.30 | Draft and revise motion to sell Silverado; email to J. O'Keefe and J. Birkenheier regarding same; voicemail to T. Arnold regarding same. |
| 12/18/08 | JAS | .20 | Conference with B. Muller regarding disposition of personal property, additional offer, and administration of real estate. |
| 12/22/08 | JAS | .60 | Read and respond to emails from potential purchasers of Silverado. |
| 12/22/08 | JAS | .30 | Email and telephone conference with S. Mitchell regarding closing on Mercedes sale. |
| 12/22/08 | JAS | 1.00 | Revise and prepare to file motion to sell Silverado; attention to listing of Silverado on craigslist. |
| 12/22/08 | JAS | .50 | Review and revise Mercedes bill of sale. |
| 12/22/08 | JDA | .40 | Review and revise motion to sell Silverado truck. |
| 12/23/08 | JAS | .20 | Email and telephone conference with potential purchaser of Silverado. |
| 12/23/08 | JAS | .40 | Email conference with S. Mitchell regarding closing on Mercedes sale. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 18

| 12/23/08 | JAS | .20 | Telephone conference with C. Hamilton Richards regarding Silverado and personal property. |
| 12/23/08 | JAS | 1.50 | Prepare for and attend closing on sale of Mercedes at Birmingham office. |
| 12/25/08 | JAS | .10 | Email conference with potential purchaser of Silverado. |
| 12/28/08 | JAS | .20 | Email conference with potential purchaser of Silverado. |
| 12/29/08 | JAS | .20 | Email conference with potential purchaser of Silverado. |
| 12/29/08 | JAS | .10 | Voicemail from T. Arnold regarding Silverado. |
| 12/29/08 | JAS | .10 | Review entered Order regarding sale of Silverado. |
| 12/29/08 | JAS | .10 | Email to B. Muller regarding sale of Bistricky properties. |
| 12/29/08 | JAS | .10 | Email from potential purchaser of Silverado. |
| 12/29/08 | JAS | .10 | Voicemail to T. Arnold regarding sale of Silverado. |
| 12/30/08 | JAS | .10 | Email conference with potential purchaser of silverado. |
| 12/31/08 | JAS | .10 | Read and respond to email from potential purchaser of Silverado. |

B171      Employment/Fee Applications of Debtor

| 12/30/08 | JAS | .10 | Attention to filing of Xroads fee application. |

B180      Asset Analysis and Recovery

| 12/01/08 | BJM | 1.80 | Correspond with realtor regarding appraisals of personal property in Legisi office suite; correspond with |

| | | | property manager and confer with J. Statham regarding same; draft and prepare correspondence to prospective buyer of personal property in Legisi office suite; correspond with real property appraisers regarding status of requests for appraisals of Legisi properties; correspond with realtor regarding status of current listings. |
| --- | --- | --- | --- |
| 12/01/08 | JAS | 1.00 | Attention to Server matters, multiple conferences with R. Lucaj and D. Dodd; conference with J. Applebaum, and R. Gordon. |
| 12/02/08 | JAS | .20 | Email conference with J. O'Keefe regarding potential offshore accounts. |
| 12/02/08 | BJM | .50 | Coordinate payment of invoice for title commitments on Bistricky mortgaged properties; correspond with title company regarding same; correspond with property manager regarding condition summary of Bistricky mortgaged properties; correspond with realtor regarding appraisals of personal property in Legisi office suite. |
| 12/02/08 | CEM | .10 | Review emails regarding pending matters. |
| 12/02/08 | EJH | 1.50 | Conference with J. Birkenheier regarding status of matter; follow up with receiver and counsel; email with receiver regarding motion practice; continued research regarding potential claims. |
| 12/03/08 | EJH | 1.40 | Continued analysis of potential claims; email correspondence with receiver and co-counsel regarding same. |
| 12/03/08 | JAS | .20 | Conference with B. Muller regarding real property; attention to scheduling of meeting regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 20

| Date | Staff | Hours | Description |
|------|-------|-------|-------------|
| 12/03/08 | BJM | .40 | Confer with V. Petrusha regarding receipt and payment of winter property taxes for Legisi properties; correspond with property manager regarding same and regarding preparation of report on status and condition of Bistricky mortgaged properties; confer with J. Statham regarding strategy concerning upcoming sheriff's sale of Bistricky mortgaged properties. |
| 12/03/08 | JAS | .30 | Review paperwork received regarding forfeiture; conference with S. Washington regarding same. |
| 12/03/08 | JAS | .70 | Review CFRs submitted by US DOJ regarding remission of civil forfeitures. |
| 12/04/08 | JAS | .10 | Conference with B. Muller regarding properties and meeting. |
| 12/04/08 | JAS | .20 | Email conference with D. Dodd regarding server. |
| 12/04/08 | BJM | 2.70 | Review summary of Bistricky mortgaged properties prepared by property manager; correspond with property manager regarding same; correspond with realtor regarding condition and summary of Bistricky mortgaged properties; review broker's opinions of value related to Bistricky mortgaged properties; summarize information on properties for distribution to W. Dunn, J. Statham and J. Applebaum. |
| 12/04/08 | JAS | .40 | Review memorandum regarding Bistricky properties; email conference with B. Muller regarding same. |
| 12/05/08 | JDA | 1.00 | Conference with B. Muller, J. Statham, R. Gordon and W. Dunn regarding analysis of options regarding disposition of Bistricky mortgaged properties. |

**CLARK HILL** P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page  21

| | | | |
|---|---|---|---|
| 12/05/08 | JDA | .20 | Conference with E. Hood regarding Royal Palm issues. |
| 12/05/08 | JAS | 1.40 | Prepare for and attend Legisi team meeting; conference with E. Hood regarding documents. |
| 12/05/08 | JDA | .30 | Review/revise Asset Purchase Agreement and second Mercedes motion. |
| 12/05/08 | BJM | 4.10 | Attend meeting with R. Gordon, J. Applebaum, W. Dunn and J. Statham regarding strategy concerning bids at sheriff's sale of Bistricky mortgaged properties; confer with L. Beck regarding adjournment of date of sheriff's sale; coordinate adjournment of same; correspond with realtor regarding price adjustment of Legisi properties; draft and prepare letter to Bistrickys to provide notification of termination of receivership. |
| 12/05/08 | EJH | 2.20 | Conferences with receiver and co-counsel regarding status and strategy; finalize complaint and preparation of related documents. |
| 12/05/08 | WBD | 1.00 | Meet with R Gordon and co-counsel regarding disposition of Bistricky mortgaged property. |
| 12/07/08 | JDA | .30 | Correspondence with N. Neumann regarding issues and status of liquidation of assets. |
| 12/08/08 | KASF | .80 | Attention to issues regarding residential real estate assets; conference with J. Applebaum; attention to reports regarding real estate assets. |
| 12/08/08 | JAS | .10 | Follow up with B. Muller regarding abandonment of Receivership assets. |
| 12/08/08 | JAS | 1.00 | Review of C. Murphy memorandum regarding stock holdings; email conference with J. Applebaum regarding same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 12/08/08 | JDA | .20 | Conference with K. Fanning regarding abandonment of Bistricky mortgages. |
| 12/08/08 | BJM | .70 | Conference with J. Statham and V. Petrusha regarding payment of property insurance premiums; correspond with property manager regarding same; confer with K. Fanning regarding preparation of amendatory order abandoning control over Bistricky mortgaged properties. |
| 12/09/08 | CEM | .50 | Telephone conference with J. Statham; conference with E. Hood; emails from and to J. Statham and E. Hood; message from R. Gordon. |
| 12/09/08 | CEM | 8.00 | Review Pacific Asia SEC filings; review problems with restricted securities in former shell companies under Revised R 144; draft memo. |
| 12/09/08 | JDA | .40 | Review and revise Second Interim Report and Accounting. |
| 12/09/08 | JAS | .20 | Follow up with B. Muller regarding postponement of Bistricky foreclosure sale and abandonment of properties. |
| 12/10/08 | JDA | .50 | Conference with J. Statham and conference call with J. Statham and C. Murphy regarding stock restriction and disposition analyses. |
| 12/10/08 | CEM | 1.50 | Review restricted stock issues and research. |
| 12/10/08 | CEM | .30 | Conference with J. Applebaum and J. Statham. |
| 12/10/08 | EJH | 4.20 | Review and analysis of McKnight examination transcript; preparation of subpoena for documents; conference with attorney for Brekford regarding proxy materials. |
| 12/10/08 | JAS | .10 | Receipt and attention to voicemail from potential purchaser of stock. |

| Date | Init. | Hours | Description |
|---|---|---|---|
| 12/10/08 | JAS | .50 | Prepare for and attend conference call with C. Murphy and J. Applebaum regarding Legisi stock holdings. |
| 12/11/08 | JAS | .30 | Review emails regarding Legisi assets. |
| 12/11/08 | EJH | 1.30 | Continued review and analysis of McKnight transcript. |
| 12/11/08 | CEM | 3.00 | Revise memo and continue review of Brekford SEC filings, Form 10-SBs and all amendments and comment letters; proxy statement for annual meeting; internal emails regarding shareholder meeting. |
| 12/12/08 | CEM | 3.00 | Review Pacific Asia SEC filings for restricted stock/shell company problems; draft memo; telephone calls to and from J. Liviakis regarding shares in PFAP and email to J. Liviakis. |
| 12/12/08 | BJM | 2.40 | Correspond with prospective purchaser regarding offer on personal property in Legisi office suite; draft and prepare correspondence to Bistrickys; confer with W. Dunn regarding same; revise and finalize correspondence to Bistrickys pursuant to comments from W. Dunn; correspond with K. Fanning regarding form and content of amended order; facilitate adjournment of foreclosure sale date. |
| 12/12/08 | EJH | 3.30 | Email to attorney for Royal Palm and Brekford; review electronic records; conference with attorney for Brekford and Royal Palm regarding potential redemption of interests. |
| 12/12/08 | WBD | .50 | Review and revise letter to Bistricky regarding mortgage settlement. |
| 12/12/08 | KASF | 1.10 | Analysis of issues and conference with B. Muller regarding revised order regarding Flint properties. |
| 12/13/08 | CEM | 1.00 | Review PC Universe SEC filings. |

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page  24

| Date | Initials | Hours | Description |
|---|---|---|---|
| 12/15/08 | CEM | 4.00 | Review PC Universe and Edgetech SEC and Pink Sheets filings and draft memo; email to and from E. Hood. |
| 12/15/08 | JAS | .10 | Email to C. Murphy, E. Hood, R. Gordon, J. Applebaum regarding Brekford shareholder meeting. |
| 12/15/08 | BJM | 2.00 | Correspond with realtor regarding reduction of listing prices of Legisi properties; correspond with property manager regarding maintenance and repair issues related to Legisi properties; correspond with prospective purchasers of personal property in Legisi office suite; confer with K. Fanning regarding amended order terminating receivership with respect to Bistricky mortgaged properties; confer with J. Statham regarding same. |
| 12/15/08 | EJH | 8.30 | Finish subpoena to third party; continued review and analysis of Sierra documents. |
| 12/16/08 | EJH | 3.20 | Continued review and analysis of Sierra documents. |
| 12/16/08 | CEM | 4.00 | Review Pink Sheets markets, private transaction exemptions and draft and revise memo regarding restricted stock problems with former shell company issues held by receiver. |
| 12/16/08 | BJM | .80 | Correspond with realtor regarding reduction of listing prices of Legisi properties; confer with K. Fanning regarding amended order terminating receivership with respect to Bistricky mortgaged properties; confer with R. Gordon regarding extension of listing agreement periods; authorize price reductions on Legisi properties. |
| 12/16/08 | KASF | 2.70 | Conference with B. Muller regarding pleadings and related issues regarding Flint properties; work on motion, brief and order. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page  25

| 12/16/08 | WBD | .60 | Confer K Bistricky to outline proposal to discount debt and forgive balance secured by mortgage, need for personal financial information (.4); discuss potential action with B Muller (.2). |
| 12/17/08 | JAS | 1.20 | Review and analysis of memorandum regarding stock holdings received from C. Murphy. |
| 12/17/08 | JAS | .40 | Telephone conference with Brian of Issuer Direct regarding Brekford proxy; review of materials received from Issuer Direct; email to E. Hood and C. Murphy regarding same. |
| 12/17/08 | JAS | .20 | Email conference with B. Muller and K. Fanning regarding mortgaged property. |
| 12/17/08 | KASF | 2.00 | Revise and finalize draft pleadings to revise order regarding receivership for Flint properties. |
| 12/17/08 | BJM | .50 | Review and revise amended order; correspond with prospective purchasers of personal property in Legisi office suite; confer with J. Statham regarding same. |
| 12/17/08 | CEM | 1.50 | Conference with E. Hood regarding Brekford; conference with J. Applebaum regarding shareholder meeting; review Brekford proxy statement and bylaws regarding shareholder meeting; conference with E. Hood regarding distribution of restricted shares; telephone conference with J. Statham regarding Bistricky properties. |
| 12/17/08 | EJH | 6.80 | Review memorandum regarding various investments; email to C. Murphy regarding same; meet with C. Murphy regarding various issues; continued review and analysis of Sierra documents. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 26

| | | | |
|---|---|---|---|
| 12/18/08 | EJH | 6.50 | Email to receiver regarding Brekford; conference with C. Murphy regarding Brekford; continued review and analysis of Sierra documents. |
| 12/18/08 | CEM | 3.00 | Conference with R. Gordon regarding Brekford shareholder meeting; conference with E. Hood; draft proxy/power of attorney for shareholder meeting; make arrangements to attend Brekford meeting; compile Brekford materials for meeting. |
| 12/18/08 | CEM | 5.00 | Travel from Detroit to Baltimore for Brekford shareholder meeting; review Brekford financial statements, proxy and 10-K and 10-Q filings to prepare for meeting. |
| 12/18/08 | KASF | .30 | Conference with B. Muller regarding pleadings and revisions to order. |
| 12/18/08 | JAS | .30 | Voicemail from T. McLaughlin; telephone conference with T. McLaughlin. |
| 12/18/08 | JAS | .20 | Email conference with E. Hood and C. Murphy regarding Brekford annual meeting. |
| 12/18/08 | JAS | .80 | Review multiple versions of durable power of attorney; voicemail to and from C. Murphy regarding same; attention to execution of same. |
| 12/18/08 | JAS | .20 | Conference with J. Applebaum regarding petition to recover funds from the Department of Justice. |
| 12/18/08 | JAS | 2.00 | Continue to draft and revise petition to recover funds from the Department of Justice; review of docket regarding relevant pleadings and facts. |
| 12/19/08 | CEM | 3.50 | Prepare for shareholder meeting; several telephone calls to office and FedEx regarding delivery of proxy; attend Brekford shareholder meeting in Hanover, Maryland; meeting with CB Brechin, Scott Rutherford, Khin Tang |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 27

|            |      |      | and several directors.                                                                                                         |
|------------|------|------|--------------------------------------------------------------------------------------------------------------------------------|
| 12/19/08   | EJH  | 3.20 | Review email from counsel for Brekford; continued review and analysis of Sierra documents; email to co-counsel regarding Brekford. |
| 12/20/08   | EJH  | 6.70 | Continued review and analysis of Sierra documents.                                                                             |
| 12/21/08   | WBD  | .60  | Review draft pleadings regarding abandonment of mortgaged properties, settlement (.4); provide comments to K Fanning (.2).      |
| 12/21/08   | EJH  | 5.20 | Continued review and analysis of Sierra documents.                                                                             |
| 12/22/08   | EJH  | 5.70 | Continued review and analysis of Sierra documents; review documents from SEC.                                                  |
| 12/22/08   | JDA  | .30  | Correspondence and telephone conference with K. Fanning regarding Bistricky mortgage issues.                                    |
| 12/22/08   | JAS  | .20  | Conference with E. Hood regarding pending matters.                                                                             |
| 12/22/08   | KASF | .50  | Communications with W. Dunn and B. Muller regarding receivership pleadings and revisions thereto.                              |
| 12/23/08   | EJH  | 6.70 | Continued review and analysis of Sierra documents.                                                                             |
| 12/23/08   | JDA  | .50  | Attend glosing on sale of Mercedes                                                                                             |
| 12/26/08   | EJH  | 4.90 | Continued review and analysis of Sierra documents; preparation of memorandum regarding same.                                    |
| 12/26/08   | JAS  | .20  | Review correspondence to and from D. Dodd of High Secured; email to D. Dodd regarding Legisi server.                           |
| 12/26/08   | JAS  | .40  | Review information regarding potential recovery of unemployment tax credit.                                                    |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page  28

| 12/27/08 | EJH | 1.00 | Preparation of memorandum regarding Royal Palm. |
|---|---|---|---|
| 12/28/08 | EJH | 3.90 | Continued preparation of memorandum regarding Royal Palm. |
| 12/29/08 | JAS | .10 | Email conference with B. Muller regarding foreclosure sale. |
| 12/29/08 | JAS | .10 | Review email from W. Dunn regarding foreclosed properties. |
| 12/29/08 | EJH | 1.80 | Continued preparation of memorandum regarding Royal Palm. |
| 12/29/08 | BJM | .20 | Confer with M. Bennett and J. Statham regarding rescheduling of sheriff's sale dates. |
| 12/30/08 | BJM | .30 | Confer with W. Dunn and K. Fanning regarding revisions to Amended Order regarding powers of Receiver with respect to Bistricky mortgaged properties. |
| 12/30/08 | EJH | 4.70 | Continued preparation of memorandum regarding Royal Palm. |
| 12/30/08 | KASF | .30 | Communications with B. Muller and J. Statham regarding Flint properties and action to be taken. |
| 12/30/08 | JAS | .20 | Follow up with team regarding Bistricky properties. |
| 12/31/08 | EJH | 1.90 | Continued preparation of memorandum regarding Royal Palm. |
| 12/31/08 | JAS | .30 | Review correspondence regarding control of mortgaged properties; conference with the Receiver regarding same. |

| B191 | Litigation | | |
|---|---|---|---|
| 12/09/08 | VP | .30 | Conference with E. Hood requesting service of summons and complaint upon All American Home Products, LLC; review summons and complaint. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 29

| 12/11/08 | VP | 2.70 | [All American Home Products, LLC] Review summons and complaint; research service location; locate process server in Florida; conference and correspondence to process server located near Pompano Beach, FL; obtain service fee; prepare summons and complaint for personal service and for service by certified mail upon five officers; correspondence to officers serving summons and complaint; conference with E. Hood. |
| 12/24/08 | VP | .50 | Review of file; follow up with process server in Florida regarding status of service upon All American Home Products; confirm service of process; request executed affidavit of service; email counsel regarding status of service. |
| 12/24/08 | JAS | .10 | Email conference with V. Petrusha regarding service of All American Complaint. |
| 12/28/08 | JAS | .20 | Review comments to Royal Palm Subpoena. |

**B195        Nonworking Travel**

| 12/19/08 | CEM | 5.00 | Travel from Baltimore to Detroit (Billed at half rate). |

**B310        Claims Administration - General**

| 12/17/08 | JAD | .40 | Analyze tax information return requirements; review and reply to e-mail from R. Gordon regarding same. |
| 12/17/08 | JAS | .20 | Attention to email conference between the Receiver and J. Devree regarding Legisi tax matters; email to the Receiver regarding same. |
| 12/20/08 | JAD | .30 | Review and reply to question from R. Gordon regarding tax return filing obligations. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page 30

$64,017.90

## TIMEKEEPER SUMMARY

Client Name          Robert D. Gordon, Receiver

Matter Description   McKnight/ Legisi

Service Period       12/01/08 thru 12/31/08

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $355.50 | 2.50 | $888.75 |
| | Lauralyn Bell-Guzzo | $99.00 | 2.50 | $247.50 |
| | Edward J. Hood | $315.00 | .50 | $157.50 |
| | Valentina Petrusha | $148.50 | 6.10 | $905.85 |
| | Jami Ann Statham | $171.00 | 23.00 | $3,933.00 |
| | Thomas F. Sweeney | $396.00 | .30 | $118.80 |
| | TOTAL | | 34.90 | $6,251.40 |
| B130 | Asset Disposition | | | |
| | Joel D. Applebaum | $355.50 | .90 | $319.95 |
| | Brandon J. Muller | $180.00 | .90 | $162.00 |
| | Jami Ann Statham | $171.00 | 35.70 | $6,104.70 |
| | TOTAL | | 37.50 | $6,586.65 |
| B171 | Employment/Fee Applications of Debtor | | | |
| | Jami Ann Statham | $171.00 | .10 | $17.10 |
| | TOTAL | | .10 | $17.10 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $355.50 | 3.70 | $1,315.35 |
| | William B. Dunn | $472.50 | 2.70 | $1,275.75 |
| | Kevin A. S. Fanning | $234.00 | 7.70 | $1,801.80 |
| | Edward J. Hood | $315.00 | 84.40 | $26,586.00 |
| | Brandon J. Muller | $180.00 | 16.40 | $2,952.00 |
| | Charles E. Murphy | $324.00 | 38.40 | $12,441.60 |
| | Jami Ann Statham | $171.00 | 13.60 | $2,325.60 |
| | TOTAL | | 166.90 | $48,698.10 |

Robert D. Gordon, Receiver
McKnight/ Legisi
January 31, 2009
INVOICE # 334604
Page  31

| | | | | | |
|---|---|---|---|---|---|
| B191 | Litigation | | | | |
| | Valentina Petrusha | $148.50 | 3.50 | | $519.75 |
| | Jami Ann Statham | $171.00 | .30 | | $51.30 |
| | TOTAL | | | 3.80 | $571.05 |
| B195 | Nonworking Travel | | | | |
| | Charles E. Murphy | $324.00 | 5.00 | | $1,620.00 |
| | TOTAL | | | 5.00 | $1,620.00 |
| B310 | Claims Administration - General | | | | |
| | Jeffrey A. DeVree | $342.00 | .70 | | $239.40 |
| | Jami Ann Statham | $171.00 | .20 | | $34.20 |
| | TOTAL | | | .90 | $273.60 |
| ACTIVITY TOTAL | | | | 249.10 | $64,017.90 |