**EXHIBIT A**



**XRoads**
SOLUTIONS GROUP

1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705
main: 949-567-1600
fax: 949-567-1655
www.xroadsllc.com

January 22, 2009

Invoice #   16190

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:   Professional Fees and Business Related Expenses unbilled through 12/31/08.

Professional Fees:                                                    $730.50

Expenses:                                                            $1,078.70

Total New Charges Due Upon Receipt                                    $1,809.20

**WIRE INSTRUCTIONS:**

For the Benefit of XRoads Solutions Group, LLC
Bank Name:        Bank of America
Bank Address:     2340 West Joppa Road
                  MD4-647-01-01
                  Lutherville, MD 21093
Account Name      Rockland Credit Finance LLC

ABA Routing - wire #:      026009593

ABA Routing - ACH/EFT#: 052001633

Account #:                3932910113

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Rockland Credit Finance LLC
Department 595
P.O. Box 17553
Baltimore, MD 21203-7553

Professional services:

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 12/2/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.60 | 66.00 |
| 12/3/2008 | MCP | Communication with J. Statham to verify investor contact information and update master mailing matrix. | 0.20 | 37.00 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 11.00 |
| 12/4/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.50 | 55.00 |
| 12/8/2008 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.40 | 259.00 |
| 12/9/2008 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.10 | 203.50 |
| 12/10/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 22.00 |
| 12/11/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 22.00 |
| 12/31/2008 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.50 | 55.00 |
| | | For professional services rendered | 4.80 | $730.50 |

Out of pocket expenses:

| Date | Init | Description | Amount |
|---|---|---|---|
| 12/31/2008 | ITG | CMS-Electronic Imaging<br>Electronic imaging | 61.60 |
| | ITG | CMS Wepage access<br>Case-Specific Web Page Available to the Public | 1,000.00 |

|  |  |  | Amount |
|---|---|---|---:|
| 12/31/2008 | ITG | CMS Photocopies<br>Photocopies | 17.10 |

|  |  |
|---|---:|
| Total costs | $1,078.70 |
| Total amount of this bill | $1,809.20 |