MAY



# CLARK HILL
### PLC
### ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed. ID # 38-0425840

## INVOICE

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226

Invoice #    316695
June 30, 2008
Client:      30711
Matter:      122570

===============================================================

RE:    McKnight / Legisi

FOR SERVICES RENDERED through May 31, 2008

| | |
|---|---|
| Total Services: | $76,996.50 |
| Less 10% Discount (per engagement agreement): | -$7,699.65 |
| Net Services : | $69,296.85 |

FOR EXPENSES INCURRED OR ADVANCED:

| | | |
|---|---|---|
| Messenger Service | $70.70 | |
| Filing Fees | $117.00 | |
| Records Acquisition | $24.00 | |
| Mileage / Parking | $1.50 | |
| Total Expenses: | | $213.20 |

STATEMENT TOTAL                                    $69,510.05

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------|------|-----------|
| **B110** | **Case Administration** | | |
| 05/06/08 | JDA | 4.30 | Office conference with SEC counsel et al regarding action items. |
| 05/06/08 | EJH | 7.80 | Preparation for and attendance at meetings with R. Gordon, J. Applebaum and SEC personnel; conferences with R. Gordon and D. Goodrum regarding securing of facility and quarantining personal property. |
| 05/07/08 | JDA | 1.60 | Meeting with R. Gordon, J. Birkenheier et al regarding Securing of premises, next steps, computer issues, correspondence from E. Hood to G. Nitzkin regarding same. |
| 05/07/08 | EJH | 2.50 | Meet with J. Birkenheier regarding planning issues; conference with R. Gordon, J. Applebaum and J. Birkenheier regarding status of matter and course of action; follow up with attorney for plaintiffs in Genesee County action; review court dockets in Genesee County cases. |
| 05/07/08 | DDG | 3.50 | Conference to review records retrieved from Legisi Holdings' office suite; secured records to maintain custody; arrangements to remove computer and files; email communications to R. Rytman regarding removal of computers and files from Legisi facility. |
| 05/09/08 | JDA | 2.10 | Research regarding receivership issues; jurdisdiction and authority. |

| 05/10/08 | DDG | .80 | Picked up mail from mailbox at Legisi office suite and confirmed building site still secure. |
| 05/11/08 | JDA | .30 | Correspondence with R. Gordon regarding Lis Pendens issues and claims noticing agent. |
| 05/13/08 | DDG | .70 | Review and response to emails regarding inventory of documents, taxpayer identification number for Legisi, filing receivership order in districts where real property is located, copying cds, securing GMC truck, Mercedes, and ATVs. |
| 05/14/08 | JAS | .10 | Telephone call to R. Scott regarding Legisi Holdings Investment. |
| 05/14/08 | JAS | .10 | Revisions of letter to IRS. |
| 05/14/08 | JAS | .30 | Conference call with L. Bell-Guzzo regarding receivership administration. |
| 05/14/08 | JDA | .50 | Telephone conference with R. Roth regarding budget issues, document production and related issues. |
| 05/15/08 | JAS | 1.80 | Respond to multiple investor emails regarding process. |
| 05/15/08 | DDG | 1.70 | Attention to delivery of cash to accounting for deposit; conference with accounting clerk regarding same; email to R. Gordon to advise that deposit completed; conference with ADT representative regarding alarm system and arranged for follow-up appointment; conference with G. Suhajda regarding storage of Mercedes and arrangements for pickup of ATVs. |
| 05/16/08 | DDG | 1.20 | Attended project summary and strategy meeting; review activity list. |
| 05/16/08 | JAS | .30 | Telephone conference with investors regarding receivership process. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page   4

| 05/16/08 | JAS | .10 | Respond to emails from Investors regarding receivership process. |
| 05/16/08 | JAS | .30 | Conference with the Receiver regarding the receivership process and website. |
| 05/16/08 | JAS | 1.50 | Telephone conference with M. Pascoe of Xroads regarding website; review draft website; email to and from M. Pascoe regarding website. |
| 05/16/08 | JAS | 1.50 | Meeting with Receiver, J. Applebaum, E. Hood and D. Goodrum. |
| 05/16/08 | JAS | .50 | Emails regarding review and implement changes to website. |
| 05/16/08 | LCF | 4.60 | Preparation of the Schedule of Interested Persons; conference with Michelle from IT regarding setup, mail-merge and email. |
| 05/16/08 | JDA | 1.50 | Office conference with litigation team et al and receiver regarding action items. |
| 05/17/08 | LCF | 1.00 | Preparation of excel schedule of interested persons. |
| 05/19/08 | LCF | 1.90 | Entry of interested persons on the excel program. |
| 05/19/08 | JAS | 1.00 | Read and reply to emails from Receiver and investors. |
| 05/19/08 | JAS | 4.30 | Respond to numerous Investor inquires. |
| 05/19/08 | DDG | 5.50 | Meeting with ADT, mail pickup and ATV pickup; emails to updated R. Gordon regarding same; conference with V. Petrusha regarding document inventory; transferred securities certificate to firm vault and advised R. Gordon regarding same; conference with G. Suhajda regarding arrangements for document review and transfer of documents from my office. |

# CLARK HILL P.L.C.

| 05/19/08 | VP | .90 | Review email from L. Bell-Guzzo; review and attend to attached emails from various investors; organization of same. |
| 05/19/08 | JAS | 1.00 | Attention to creation of website; email to and from M. Pascoe of Xroads regarding same; conference with Receiver regarding same. |
| 05/19/08 | JAS | .30 | Conference with Receiver regarding case administration and tax treatment. |
| 05/20/08 | JAS | 2.70 | Read and respond to Investor inquiries; conference with client regarding case administration. |
| 05/20/08 | DDG | 1.50 | Mail pickup at Legisi office suite, checked voicemail, and obtained information on realtors handling land sale; email to R. Gordon to provide update; conference with G. Suhajda regarding arrangements for document inventory by paralegal and transfer of documents from my office; conference with V. Petrusha to confirm arrangements; conference with E. Hood regarding opening mail and confirm strategy for document inventory; review emails from R. Gordon regarding status of federal government's case against G. McKnight. |
| 05/20/08 | JAS | .20 | Telephone conference with Investor. |
| 05/20/08 | JAS | .50 | Draft Language to be used in responses to investors. |
| 05/20/08 | JAS | .80 | Email to and from Xroads regarding changes to website; review changes made to website. |
| 05/20/08 | JAS | .30 | Conference with Receiver and L. Bell-Guzzo regarding case administration and filing of motions. |
| 05/20/08 | JAS | 2.40 | Read and respond to Investor inquiries. |

| 05/20/08 | VP | 3.20 | Review emails regarding preparation of email responses to investors; attention to email requests from investors; review investor spreadsheets; preparation of investor binder; conference/meeting with J. Statham, L. Bell-Guzzo and R. Gordon; review emails from D. Goodrum regarding document review; confirm document review with Veritas. |
|----------|-----|------|---|
| 05/21/08 | JAS | 1.00 | Read and respond to emails from Investors and Receiver; attention to administrative emails to and from investors; conference with L. Bell-Guzzo. |
| 05/21/08 | JAS | .20 | Telephone conference with J. Murray and client. |
| 05/21/08 | JAS | 1.50 | Research deposit accounts for Received; telephone conferences with several banks. |
| 05/21/08 | JAS | .20 | Telephone call with Investor D. Wolfe. |
| 05/21/08 | VP | 8.30 | Attend to review and indexing of material seized from property; meeting with Veritas representatives in connection with review; conferences with D. Goodrum; email to counsel regarding invoice for possible storage facility. |
| 05/21/08 | DDG | 2.40 | Meeting with G. Suhadja at Veritas to deliver documents from office and storage of documents; conference with V. Petrusha regarding strategy for document review and strategy for handling mail; review email from J. Applebaum, R. Gordon, and E. Hood regarding offsite storage unit; conference with M. Richards and C. Hamilton regarding lease agreement at Andrea property. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page   7

| 05/22/08 | VP | 7.70 | Further review and indexing of material seized from property; meeting with Veritas representatives in connection with review; conference and email to R. Gordon regarding looking into debit card information and status of document review; conference regarding continuing to update investor chart. |
| 05/22/08 | JAS | .30 | Read and respond to email from investors. |
| 05/22/08 | JAS | .50 | Reveiw Receivership document retention practices. |
| 05/22/08 | JAS | .30 | Telephone conference with Sandy of Fidelity Bank regarding investment of receivership assets. |
| 05/22/08 | JAS | 1.30 | Return investor calls. |
| 05/22/08 | JAS | .20 | Telephone conference with Judge Gadola&s clerk regarding Judge's motion practice requirements. |
| 05/22/08 | JAS | .20 | Telephone conference with Investor. |
| 05/22/08 | JAS | .10 | Telephone conference with Huntington Bank regarding investment of Receivership funds. |
| 05/22/08 | JAS | .30 | Telephone conference (x2) with Rich at Fidelity. |
| 05/22/08 | JAS | 3.00 | Draft proposed FAQs for website (.7); Review Legisi asset list (.2); conference with Receiver regarding case administration (.4); review receivership materials and analyze open issues (1.5); Review Legisi investor list for SEC (.2). |
| 05/23/08 | JAS | 1.00 | Respond to investor inquiries. |
| 05/23/08 | JAS | .30 | Conference with and emails to L. Bell-Guzzo. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page   8

| 05/23/08 | JAS | .20 | Telephone conference with clerk to Judge Gadola. |
| 05/23/08 | JAS | .10 | Voicemail message to Mr. Sundar, investor. |
| 05/23/08 | JAS | .20 | Read email to from Investors. |
| 05/23/08 | JAS | .30 | Revise claim form. |
| 05/23/08 | JAS | .50 | Revise letter to tenant; letter/email to M. Richards regarding payment; review Telemus paperwork and discuss with Receiver. |
| 05/23/08 | JAS | .20 | Conference with D. Goodrum regarding Legisi assets. |
| 05/23/08 | JAS | .10 | Attention to docket. |
| 05/23/08 | JAS | .10 | Email to Receiver regarding letter to Tenant. |
| 05/26/08 | JAS | .50 | Read and Response to emails from Investors and from client. |
| 05/27/08 | JAS | .20 | Conference with L. Bell-Guzzo regarding investor inquiries. |
| 05/27/08 | JAS | .20 | Telephone conference with Investor J. Hartung. |
| 05/27/08 | JAS | .10 | Attention to administration of Real Estate assets. |
| 05/27/08 | JAS | .20 | Voicemails from investor. |
| 05/27/08 | JAS | .40 | Read and respond to investor inquiries. |
| 05/27/08 | JAS | 1.50 | Telephone calls and voicemails to Investors. |
| 05/27/08 | JAS | .20 | Conference call with Receiver. |
| 05/27/08 | JAS | 4.00 | Conference call with SEC attorneys, and Receiver. |
| 05/27/08 | JAS | .30 | Voicemail from Investors. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page   9

| 05/27/08 | JAS | .30 | Telephone conference with Investors. |
|----------|-----|-----|--------------------------------------|
| 05/27/08 | VP | 3.70 | Work on creating investor spreadsheet information charts. |
| 05/28/08 | DDG | .50 | Email exchanges with J. Stratham regarding Legisi assets, insurance and mail inventory; follow-up call from R. Burton regarding Consumers Energy bill and other issues; review insurance declaration on real property owned by Legisi. |
| 05/28/08 | JAS | .30 | Telephone conference with Investor; follow up voicemail from investor Mario. |
| 05/28/08 | JAS | .20 | Conference with Receiver regarding case administration. |
| 05/28/08 | JAS | .10 | Draft email to be sent to all investors. |
| 05/28/08 | JAS | .80 | Respond to investor emails. |
| 05/28/08 | JAS | .50 | Attention to changing address of record. |
| 05/28/08 | JAS | .30 | Voicemail messages to and from investors. |
| 05/28/08 | JAS | .20 | Telephone conference with Investor. |
| 05/28/08 | JAS | .30 | Conference call with client regarding case administration. |
| 05/28/08 | JAS | .20 | Telephone conference with investor. |
| 05/29/08 | JAD | .40 | Office conference with R Gordon regarding tax issues. |
| 05/29/08 | JAS | .10 | Conference with V. Petrusha regarding creation of database. |
| 05/29/08 | JAS | .70 | Conference with client regarding case administration, tax treatment of receivership and receivership assets; conference call with client and J. Devree regarding tax treatment of receivership and IRS notification conference with J. DeVree regarding same. |

# CLARK HILL P.L.C.

| 05/29/08 | DDG | 1.50 | Responded to emails regarding Legisi assets; changed Legisi mailing address with post office in Flint; mail pickup at Legisi office suite and inventory of remaining assets at office suite; responded to R. Burton's telephone call about Consumers Energy bill and unemployment claim. |
|---|---|---|---|
| 05/30/08 | DDG | 3.50 | Prepared inventory of mail pickup; email to R. Gordon to forward inventory for review; review of Stratham's preliminary inventory of Legisi assets; review and response to emails from J. Stratham regarding assets, insurance, and liquidation of vehicles; conference with Association property manager regarding outstanding invoices and billing and email to forward receivership order; conference with G. Suhadja regarding liquidation of vehicles and insurance; call to Auto-Owners regarding same; conference with J. Stratham to review and update asset list; conference with V. Petrusha regarding status of inventory of Legisi documents and circulation of inventory list. |
| 05/30/08 | VP | 7.30 | Continued review and indexing of seized records at Veritas; conference with D. Goodrum regarding title to Mercedes and other information; conference regarding preparation of email to investors. |
| 05/30/08 | JAS | .10 | Voicemail from Christine Hamilton. |
| 05/30/08 | JAS | .20 | Telephone conference with Investor. |
| 05/30/08 | JAS | 1.30 | Preparation for and attend meeting with D. Goodrum regarding Legisi assets. |
| 05/30/08 | JAS | .30 | Draft letter to R. McKnight. |
| 05/30/08 | JAS | .70 | Telephone conference with Investors. |
| 05/30/08 | JAS | .70 | Telephone conference with SEC. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 11

| 05/30/08 | JAS | .30 | Correspondence to R. Gordon. |
| 05/30/08 | JAS | .70 | Update asset compilation spread sheet with information received from SEC. |
| 05/30/08 | EJH | .40 | Conference with SEC attorney regarding document availability; review email from D. Goodrum regarding property issues. |
| 05/30/08 | JAS | 2.00 | Respond to Investor inquiries. |

| B130 | Asset Disposition | | |
| 05/19/08 | JAS | 1.00 | Review and begin preparation of Telemus brokerage account paperwork. |
| 05/21/08 | JAS | .30 | Telephone conference with U.S. Trustee office regarding banking practices. |
| 05/21/08 | JAS | 1.00 | Attention to Telemus paperwork. |
| 05/21/08 | JAS | .20 | Telephone conference with U.S. Trustee's office regarding banking. |
| 05/21/08 | JAS | .10 | Voicemail message to G. Lichko regarding list of banks approved by the U.S. Trustee's office. |
| 05/21/08 | JAS | .20 | Telephone conference with S. Dewitt at CJT & A regarding list of banks approved by the U.S. Trustee's office. |
| 05/21/08 | JAS | .30 | Telephone conference with C. Robinson of Telemus regarding setting up accounts. |
| 05/22/08 | JAS | .30 | Email to and from C. Robinson of Telemus. |
| 05/22/08 | JAS | .80 | Review documents regarding stocks, and warrants; revise Telemus paperwork and email to Telemus. |
| 05/22/08 | JAS | .30 | Telephone conference with Telemus and voicemail message from Telemus. |
| 05/23/08 | JAS | .10 | Email to Telemus. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 12

| 05/23/08 | JAS | .20 | Telephone conference with R. Stone of Telemus regarding paperwork. |
|----------|-----|-----|---------------------------------------------------------------------|
| 05/23/08 | JAS | .10 | Voicemail message from B. Stone at Telemus. |
| 05/27/08 | JAS | .20 | Attention to completion of Telemus paperwork. |
| 05/28/08 | JAS | .10 | Email to and from C. Robinson at Telemus Capital. |
| 05/28/08 | JAS | .70 | Telephone conference with K. Bistricky (x2). |
| 05/28/08 | JAS | .40 | Review asset list; emails to and from D. Goodrum regarding Legisi Assets. |
| 05/28/08 | JAS | .10 | Voicemail from K. Bistricky. |
| 05/28/08 | JAS | .20 | Telephone conference with C. Robinson of Telemus. |
| 05/28/08 | JAS | .50 | Review information regarding real estate received from K. Bistricky. |

| B170 | Employment/Fee Applications of Committee | | |
|----------|-----|-----|---------------------------------------------------------------------|
| 05/12/08 | JAS | 2.90 | Draft application to employ Veritas. |
| 05/13/08 | JAS | 3.00 | Revisions to application to employ Veritas; review same with R. Gordon; draft affidavit and proposed order; email to G. Suhajda of Veritas regarding affidavit. |
| 05/14/08 | JAS | 1.50 | Revise application to employ Veritas; discuss with J. Applebaum and R. Gordon regarding additional applications to employ Telemus and Xroads; draft letter to SEC; email to and from G. Suhajda and SEC attorneys. |
| 05/14/08 | JAS | 1.20 | Draft application to employ Telemus; affidavit in support and proposed order. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 13

| 05/14/08 | JAS | 2.20 | Draft motion for an Order establishing procedures for interim compensation and reimbursement of expenses of professionals. |
| 05/14/08 | JAS | 1.20 | Draft application to employ Xroads. |
| 05/15/08 | JAS | 3.00 | Revisions to application to employ Telemus, revisions to Xroads application; review emails from receiver; Email to and from Xroads; interoffice meeting with L. Bell-Guzzo to discuss administration; review voicemail from receiver; email to and from Xroads; revise. |
| 05/15/08 | JAS | 2.50 | Revisions to motions regarding employment of Telemus, Veritas and Xroads. |
| 05/15/08 | JDA | 2.50 | Telephone conference with R. Gordon regarding claim and retention issues; review and revise retention application and fee procedures motion; office conference with J. Statham regarding same. |
| 05/16/08 | JAS | .40 | Revise all motions to employ. |
| 05/16/08 | JAS | 1.00 | Draft briefs in support of compensation Telemus, Xroad and Motion to establish procedures. |
| 05/16/08 | JAS | .30 | Draft Telemus affidavit. |
| 05/16/08 | JAS | .20 | Email to and from R. Stone of Telemus and S. Greenwald of Veritas |
| 05/16/08 | JAS | .20 | Conference with E. Hood regarding motion to employ Veritas. |
| 05/18/08 | JDA | .40 | Correspondence with R. Gordon regarding retention applications; meetings with Roth et al; copy with D. Goodrum regarding asset list. |
| 05/19/08 | JAS | 1.00 | Revise motion to Employ Xroads. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 14

| 05/19/08 | JAS | 1.20 | Telephone conference with M. Hedrick of Veritas regarding terms and condition; revise motion to employ Veritas. |
| 05/19/08 | JAS | .20 | Revise Motion to Employ Telemus Capital Partners. |
| 05/19/08 | JDA | .60 | Revise compensation procedures motion; office conference with J. Statham regarding same. |
| 05/20/08 | JDA | .60 | Review X-Roads T & C's. |
| 05/20/08 | JAS | .50 | Revise compensation procedures motion. |
| 05/20/08 | JAS | .10 | Review for filing Motion to Employ Veritas. |
| 05/20/08 | JAS | .10 | Review for filing motion to employ Telemus. |
| 05/21/08 | JAS | .20 | Conference with L. Bell-Guzzo regarding filing of Xroads and procedures motions; mailing of letter to Bistrichys. |
| 05/21/08 | JAS | .30 | Attention to revised Xroads engagement letter; preparation of motion. |
| 05/21/08 | JAS | 2.00 | Discuss and revise procedures motion. |
| 05/22/08 | JAS | .40 | Revise compensation procedures motion; revise Xroads motion; email to SEC for approval. |
| 05/23/08 | JDA | .50 | Review orders and correspondence to parties in interest regarding retention. |

| B180 | | Asset Analysis and Recovery | |
| 05/06/08 | DDG | 5.50 | Conference regarding strategy to take possession of Legisi Holdings' business facility; arranged meeting with Agent Knudson; conference with Flint Township police officers and secret service agents regarding securing premises; participated in secure of facilities and reviewed offices for important papers and keys; attention to change of |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 15

|          |     |      |                                                                                                                                                                                                                                                                                  |
| -------- | --- | ---- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|          |     |      | locks on office suites; arranged for security; various conferences with R. Gordon to update on activities and instructions on securing records and office suites.                                                                                                                 |
| 05/08/08 | JDA | 2.20 | Conference calls with McKnight attorneys; conference calls with G. Nitzkin regarding Genesee county actions; office conference with R. Gordon and J. Birkenheier regarding open issues.                                                                                            |
| 05/08/08 | JDA | .80  | Office conference with R. Gordon and conference call with Broker regarding short contracts; commodity trading issues; telephone conference with R. Roth regarding legisi issues.                                                                                                   |
| 05/08/08 | DDG | 7.50 | Oversight of document and computer retrieval at Legisi facility; conferences with Agent A. Knudson regarding interview of R. Burton and follow-up with R. Gordon regarding same; assisted in interview of R. Burton and retrieval of company vehicle and laptop; conference with T. Jones of Teachout Security regarding security arrangements. |
| 05/09/08 | JDA | .20  | Correspondence from R. Gordon regarding Royal Palm ordinary course expenses.                                                                                                                                                                                                      |
| 05/09/08 | JDA | .70  | Review receivership pleadings; office conference R. Gordon regarding procedures and related issues; correspondence with E. Hood regarding same.                                                                                                                                    |
| 05/09/08 | JDA | .40  | Office conference with R. Gordon regarding application for compensation; discussion of trading issues and open items.                                                                                                                                                             |
| 05/09/08 | DDG | 3.70 | Conference with R. Gordon regarding termination of 24 hour security, mail pickup, securing vehicle and ATVs; conference with Teachout Security regarding onsite hardware for ADT alarm                                                                                             |

# CLARK HILL P.L.C.

|            |     |      | system and termination of security detail; conference with V. Petrusha and ADT personnel to arrange for alarm hookup; conference with Agent A. Knudson regarding securing ATVs and vehicle located on Grand Blanc Township police department; follow-up with Grand Blanc Township police department to advise of revised timing for pickup; conference with R. Rytman regarding arrangement to secure vehicle and ATVs; organized documents retrieved from Legisi office into folders with labels for inventory. |
|------------|-----|------|-----|
| 05/09/08 | JSK | .80 | Confer with R. Gordon regarding matter; research, review and analysis of property information and communication with R. Gordon regarding same. |
| 05/12/08 | JSK | 1.10 | Further research and review of information related to real property assets of Defendants and consideration of issues regarding same. |
| 05/12/08 | JDA | .60 | Office conference with R. Gordon regarding R. Roth and G. McKnight issues. |
| 05/12/08 | DDG | 6.30 | Initial inspection of 8465 Hill Road property for ATVs; conference with G. Suhajda regarding retrieving GMC truck from Grand Blanc Township police and further inspection of 8465 Hill Road property for ATVs; review and response to email communication regarding inventory, asset list, and review of CDs retrieved from G. McKnight's office; travel with G. Suhajda to retrieve GMC Truck and to inspect and re-secure shed at 8465 Hill Road. |
| 05/12/08 | GLS | 1.00 | Review of Dade County and Broward County, Florida county records for recorded documents and information regarding properties; downloaded same; conference with J. Kopietz. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 17

| 05/13/08 | JDA | .20 | Telephone conference with J. Birkenheier. |
| 05/13/08 | JDA | .50 | Telephone conference with R. Roth regarding preliminary injunction issues. |
| 05/13/08 | JDA | .60 | Telephone conference with R. Gordon and R. Roth regarding same; correspondence to R. Roth regarding same. |
| 05/13/08 | JDA | .70 | Continued negotiations with R. Roth; corresondence with R. Roth regarding transition budget and preliminary injunction issues. |
| 05/13/08 | JDA | .20 | Correspondence with J. Birkenheier regarding Preliminary injunction and turnover issues. |
| 05/13/08 | JSK | .90 | Communications with R. Gordon and D. Goodrum regarding issues related to filing of Lis Pendens and related follow up. |
| 05/14/08 | JSK | 1.10 | Prepare draft Notices of Lis Pendens and attend to various issues regarding same. |
| 05/14/08 | JDA | 1.00 | Review and revise Veritas application and telephone conference with J. Birkenheier regarding preliminary injunction issues; correspondence with A. Robb regarding turnover issues. |
| 05/14/08 | JDA | .80 | Telephone conference with D. Goodrum regarding vehicle and cash recovery; telephone conference with S. Klawaus, B. Tanese regarding production issues; review conference agreement. |
| 05/14/08 | GLS | .70 | Preparation of certificates of service for notices of lis pendens; review of court electronic filing information for parties. |

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 18

| 05/14/08 | JDA | .50 | Telephone conference with B.Tanese and J. Birkenheier regarding receiver discovery and preliminary injunction issues; telephone conference with R. Roth regarding same. |
|----------|-----|-----|---|
| 05/14/08 | JDA | .50 | Telephone conference with R. Gordon regarding preliminary injunction resolution; property retrieval and related issues. |
| 05/14/08 | DDG | 7.30 | Picked up mail from Legisi office mailbox; retrieved voicemail messages from G. McKnight's office phone; conference with J. Applebaum and E. Hood regarding arrangements to pick up Mercedes and cash; conference with G. Suhajda to arrange for turnover to Veritas; review email messages from J. Applebaum regarding same; pickup of Mercedes and cash from Spender and Robb, P.C.; emails to R. Gordon and J. Applebaum to confirm pickup and transfer to Veritas. |
| 05/19/08 | EJH | 2.50 | Preparation for and conference with investor group. |
| 05/19/08 | JDA | .20 | Telephone conference with B. Tanese regarding forfeiture action and recovery issues; follow up with Receiver regarding same. |
| 05/19/08 | JAS | .80 | Review exhibits to SEC complaint; review client and delegate list. |
| 05/19/08 | JDA | .30 | Correspondence from G. Nitzkin regarding open issues; delegation meeting; receivership pleadings. |
| 05/19/08 | JDA | .80 | Telephone conference with SEC Counsel regarding delegation meeting and related issues. |
| 05/19/08 | JDA | 2.00 | Conference call with Delegation and SEC and preparation for same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 19

| 05/20/08 | JDA | 2.00 | Office conference with R. Gordon; correspondence with B. Tanase, US attorney, et al regarding SEC/US Attorney meeting; telephone conference with R. Roth regarding asset turnover issues; correspondence from B. Tanase regarding search warrant issues and turnover of seized property. |
| 05/20/08 | JDA | .20 | Review of correspondence to B. Bistricky regarding receivership order. |
| 05/20/08 | JAS | .20 | Draft email to Mr. & Mrs. Bistricky regarding listing agreement with American Associate. |
| 05/20/08 | JAS | .20 | Letter to Mr. & Mrs. Bistricky regarding listing agreement with American Associate. |
| 05/20/08 | GLS | .70 | Electronic filing of notices of lis pendens; preparation of amended certificates of service; electronic filing of same; service of notices of lis pendens on parties. |
| 05/21/08 | GLS | 1.00 | Telephone conferences with Dade and Broward Counties recorder's offices to confirm recording fees and indexing process; preparation of letters to Dade, Broward and Genesee Counties enclosing lis pendens for recording; arrangements for obtaining recording fees; conference with J. Kopietz regarding recording. |
| 05/21/08 | JDA | .60 | Correspondence to B. Tanase, et al regarding turnover of property issues. |
| 05/21/08 | JDA | .20 | Correspondence with B. Tanase regarding receiver/SEC meeting. |
| 05/21/08 | JSK | 1.70 | Finalize and file Notices of Lis Pendens; prepare and submit same for recording in Genesee, Broward and Dade Counties. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 20

| 05/22/08 | JDA | .30 | Telephone conference with J. O'Keefe and correspondence with E. Hood et al regarding SEC information access. |
|---|---|---|---|
| 05/22/08 | JDA | .80 | Review criminal complaint and Agent affidavit; correspondence to R. Roth regarding document and income issues. |
| 05/23/08 | DDG | 3.70 | Review closing package on mortgages for residential properties; conference with R. Burton regarding farmer's use of land and confirm persons residing in Legisi's properties; conference with J. Stratham regarding letters to tenants and confirming leaseholder information provided by R. Burton and Lexis/Nexis search on properties; review mail and prepared inventory list. |
| 05/23/08 | JAS | 1.00 | Draft and revise letter to Tenants; draft and revise letter to Mortgagors and revise. |
| 05/23/08 | JAS | .40 | Research American Home products. |
| 05/23/08 | JAS | 1.00 | Meeting with D. Goodrum regarding contacting Tenants and mortgagors. |
| 05/26/08 | JDA | .60 | Correspondence with R. Gordon and correspondence with B. Tanase regarding Veritas issues. |
| 05/27/08 | JDA | 3.50 | Office conference with SEC, U.S. Attorney and Receiver. |
| 05/27/08 | DDG | 3.70 | Call from L. Gauthier regarding Legisi investment; attended meeting with SEC, Department of Justice, and Secret Service regarding status and to prepare for meeting with criminal defense attorney appointed to represent G. McKnight; conference call from R. Burton regarding Consumer's power bill and unemployment claim. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 21

| 05/27/08 | EJH | 4.10 | Preparation for and attendance at meeting with SEC, U.S. Attorney's Office, Secret Service, and others to discuss findings and resource materials. |
| 05/27/08 | JSK | .20 | Receipt and review of recorded Genesee County Lis Pendens. |
| 05/28/08 | JAS | .60 | Revise letters to Tenants, Mortgagors and All American Products. |
| 05/28/08 | JDA | .30 | Telephone conference with J. Birkenheier and J. O'Keefe regarding Veritas documents and off shore accounts. |
| 05/28/08 | JAS | .30 | Review Veritas inventory report. |
| 05/29/08 | JDA | 1.30 | Telephone conference and correspondence to R. Roth regarding asset location and information; review Matrix regarding same and office conference with J. Statham regarding same; correspondence with J. O'Keefe regarding AMEX account issues. |
| 05/29/08 | JAS | 1.70 | Attention to and analysis of receivership assets; review information and compile spreadsheet of assets for client; voicemail to and from K. Bistricky regarding real estate assets. |
| 05/29/08 | JAS | 5.60 | Respond to numerous investor inquiries via telephone and email; review IRS notice form; email to D. Dodd regarding obtaining server located in Panama; research regarding Panamanian banking law; research regarding emails to and from J. O'Keefe of SEC regarding Legisi assets; review documents regarding Legisi Assets received from SEC. |
| 05/30/08 | JAS | .50 | Update asset compilation spreadsheet email to SEC. |
| 05/30/08 | JAS | .60 | Revise letter to American Home Products; draft letters to Danielle and R. Burton. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page  22

| 05/30/08 | JAS | .20 | Review information received regarding insurance coverage of assets. |
|---|---|---|---|
| 05/30/08 | JAS | .30 | Telephone conference with C. Hamilton regarding rental of 331 Andrea property. |
| 05/30/08 | JDA | .40 | Telephone conference from R. Roth and correspondence regarding asset location information. |

| B191 | Litigation | | |
|---|---|---|---|
| 05/08/08 | EJH | 3.80 | Conference with attorney for other plaintiffs in Genesee County; forward pleadings in enforcement action; conference with office of A. Robb regarding status conference call with court; conference with court regarding status of matter and scheduling; follow up with J. Birkenheier regarding same; review background materials. |
| 05/09/08 | EJH | 4.70 | Continued review of background materials; preparation of activities list; research regarding receivership authority; conference with attorney for plaintiffs in Genesee County cases; follow up with R. Gordon and J. Applebaum regarding same. |
| 05/11/08 | EJH | 1.20 | Review McKnight and D. Burton deposition transcripts; review Barrett Declaration. |
| 05/12/08 | JDA | 1.80 | Meeting with A. Nitzkin regarding state court issues and discovery. |
| 05/12/08 | JDA | 2.20 | Multiple telephone conference with R. Roth; J. Birkenheier and R. Gordon regarding preliminary injunction and complaint issues; budget and related issues. |
| 05/12/08 | VP | .40 | Conference with E. Hood regarding filing of miscellaneous actions in Southern District of Florida and Western District of Michigan; review court rules and filing deadline; review emails from counsel adding the filing |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 30, 2008
INVOICE # 316695
Page 23

of a miscellaneous action in the
District of Columbia.

| | | | |
|---|---|---|---|
| 05/12/08 | EJH | 5.80 | Review documentation to determine asset location; preparation for and meeting with G. Nitzkin; follow up with V. Petrusha regarding filings. |
| 05/13/08 | EJH | 3.80 | Continued review and analysis of materials provided by G. Nitzkin; preparation of activities memorandum; conference with V. Petrusha regarding filing requirements. |
| 05/13/08 | VP | 4.50 | Conferences with USDC clerks for the Western District of Michigan, Southern District of Florida and District of Columbia regarding the filing of miscellaneous actions; attention to obtaining filing fees; preparation of civil cover sheets for the Western District of Michigan and Southern District of Florida; obtain true copy of order appointing receiver; obtained filed copy of complaint; compilation of papers for filing with the three US District Courts; correspondence to the three courts; conferences with E. Hood regarding same and looking into various court admission policies; conference with J. Kopietz regarding complaint. |
| 05/14/08 | EJH | 1.70 | Continued review and analysis of Nitzkin materials; finalize filings pursuant to 28 USC 754. |
| 05/14/08 | VP | .70 | Conferences with USDC court clerks in Western District of Michigan, District of Columbia and Southern District of Florida confirming receipt of Federal Expressed packages containing for filing various papers within each court; communication with B. Ziff regarding same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 05/15/08 | EJH | 5.50 | Continued review and analysis of materials provided by attorneys for Genesee plaintiffs; continued preparation of planning memorandum. |
| 05/16/08 | EJH | 3.50 | Conference with M. Winterfield, counsel for Genesee plaintiffs, regarding status of matter; continued preparation of planning memorandum; attendance at meeting with receiver to discuss activities and assignments. |
| 05/18/08 | EJH | .20 | Review emails from receiver; preparation of email to attorney for Genesee plaintiffs. |
| 05/20/08 | EJH | 1.30 | Review various emails from receiver and co-counsel; preparation of updated activities schedule. |
| 05/20/08 | JAS | .30 | Review order for preliminary injunction and motion for preliminary. |
| 05/21/08 | EJH | .50 | Conference with attorney for Genesee plaintiffs; review various emails relating to status of matter and recovery of assets. |
| 05/21/08 | EJH | .20 | Conference with counsel for Genesee plaintiffs regarding conference with court. |
| 05/22/08 | KAG | 1.40 | Litigation search in federal and state courts regarding Greg McKnight, Legisi, Lido Consulting, Healthy Body, and Lindenwood. |
| 05/24/08 | EJH | 1.00 | Review and analysis of various court orders and notes regarding status of matter. |
| 05/29/08 | EJH | 1.80 | Review email from attorney for investors; supplemental research regarding court's power to stay litigants in state proceedings; preparation of email to attorney for investors regarding case law on district court's power to stay litigants in related proceedings. |

# CLARK HILL P.L.C.

$69,296.85

## TIMEKEEPER SUMMARY

Client Name            Robert D. Gordon, Receiver

Matter Description     McKnight/ Legisi

Service Period         05/06/08 thru 05/31/08

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $395 | 6.1 | $2,398 |
| | Jeffrey A. DeVree | $380 | .4 | $137 |
| | Laura C. Flynn | $170 | 6.8 | $1,148 |
| | Kathleen Gamache | $130 | -.1 | $ (18) |
| | Danon D. Goodrum | $250 | 16.8 | $4,188 |
| | Edward J. Hood | $335 | 5.5 | $1,832 |
| | Joseph S. Kopietz | $225 | -.6 | $ (131) |
| | Valentina Petrusha | $165 | 27.4 | $4,526 |
| | Gina Stankiewicz | $105 | -.3 | $ (36) |
| | Jami Ann Statham | $190 | 40.4 | $7,668 |
| | TOTAL | | 102.1 | $21,712 |
| B130 | Asset Disposition | | | |
| | Jami Ann Statham | $190 | 7.1 | $1,349 |
| | TOTAL | | 7.1 | $1,349 |
| B170 | Employment/Fee Applications of Committee | | | |
| | Joel D. Applebaum | $395 | 4.6 | $1,817 |
| | Jami Ann Statham | $190 | 25.6 | $4,864 |
| | Jami Ann Statham | $ | .0 | $0 |
| | TOTAL | | 30.2 | $6,681 |

| | B180 | Asset Analysis and Recovery | | | |
|---|---|---|---|---|---|
| | | Joel D. Applebaum | $395 | 23.4 | $9,243 |
| | | Danon D. Goodrum | $250 | 37.7 | $9,425 |
| | | Edward J. Hood | $335 | 6.6 | $2,211 |
| | | Joseph S. Kopietz | $225 | 5.8 | $1,305 |
| | | Gina Stankiewicz | $105 | 3.4 | $357 |
| | | Jami Ann Statham | $190 | 13.4 | $2,546 |
| | | TOTAL | | 90.3 | $25,087 |
| | B191 | Litigation | | | |
| | | Joel D. Applebaum | $395 | 4.0 | $1,580 |
| | | Kathleen Gamache | $130 | 1.4 | $182 |
| | | Edward J. Hood | $335 | 35.0 | $11,725 |
| | | Valentina Petrusha | $165 | 5.6 | $924 |
| | | Jami Ann Statham | $190 | .3 | $57 |
| | | TOTAL | | 46.3 | $14,468 |
| ACTIVITY TOTAL | | | | 276.0 | $69,297 |