# JUNE



# CLARK HILL
*PLC*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed. ID # 38-0425840

## INVOICE

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226

| | |
|---|---|
| Invoice # | 319070 |
| July 29, 2008 | |
| Client: | 30711 |
| Matter: | 122570 |

==================================================

RE:    McKnight / Legisi

FOR SERVICES RENDERED through June 30, 2008

| | |
|---|---:|
| Total Services: | $71,218.00 |
| Less 10% Discount (per engagement agreement): | -$7,121.80 |
| Net Services : | $64,096.20 |

FOR EXPENSES INCURRED OR ADVANCED:

| | | |
|---|---:|---:|
| Messenger Service | $21.21 | |
| Federal Express/UPS | $104.34 | |
| Total Expenses: | | $125.55 |

STATEMENT TOTAL                                    $64,221.75

PAYABLE UPON RECEIPT IN U.S. DOLLARS



# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page   2

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| B110 | | | Case Administration |
| 06/02/08 | JAS | 1.50 | Respond to investor inquiries; review list of documents received from V. Petrusha. |
| 06/02/08 | VP | .10 | Review email from J. Statham regarding Turks & Caicos account. |
| 06/02/08 | VP | 3.00 | Review investor emails groups 8 & 9; preparation of spread sheets regarding same. |
| 06/03/08 | VP | 2.70 | Review investor emails groups 10 & 11; preparation of spread sheets regarding same. |
| 06/03/08 | JAS | .20 | Telephone conference with K. Bistricky regarding Real Estate. |
| 06/03/08 | JAS | .30 | Research Lido Consulting LLC; draft email to J. O'Keefe regarding same. |
| 06/03/08 | JAS | .20 | Telephone conference with J. O'Keefe Lido, LLC. |
| 06/03/08 | JAS | .20 | Telephone conference with K. Bistricky. |
| 06/03/08 | JAS | .10 | Receipt and review correspondence from J. O'Keefe. |
| 06/03/08 | JAS | .50 | Review Real Estate information received from K. Bistricky; conference call with client regarding administration; conference with D. Goodrum and L. Bell-Guzzo regarding case administration; revision and draft motion to compel. |

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page   3

| 06/03/08 | JAS | 2.50 | Conference call with client; telephone conference with Veritas regarding imaging; telephone conference regarding J. O'Keefe of SEC; additional telephone conference with Veritas  and Secret Service; draft letter to B. Rosetto; research regarding Royal Palm. |
|---|---|---|---|
| 06/03/08 | JAS | .20 | Respond to investor inquiries. |
| 06/03/08 | JAS | .30 | Revise language of frequently asked questions for website. |
| 06/03/08 | VP | 3.40 | Update spreadsheet with new investor information. |
| 06/04/08 | JAS | .20 | Telephone conference with K. Bistricky regarding insurance on mortgaged properties. |
| 06/04/08 | JAS | 5.00 | Respond to numerous investors inquiries via telephone and email; telephone conference with R. Rytman of Veritas and A. Knudson of Secret Service regarding imaging; Review of Documents received from SEC; email to and from J. OÆKeefe regarding documents and investor inquiries; Email to J. DeVree regarding IRS Notification; Telephone conference with D. Crimmins regarding bank accounts; voicemail and email to D. Crimmins regarding same; telephone conference with Receiver. |
| 06/05/08 | JAD | .80 | Prepare IRS Form 56 notice of fiduciary relationship; email to J. Statham with instructions regarding completion and filing of same. |
| 06/05/08 | VP | 3.30 | Review investor emails groups 12, 13, & 14; preparation of spread sheets regarding same; review email regarding team meeting and preparation for same. |
| 06/05/08 | JAS | 3.00 | Respond to investor inquiries; email to and from the SEC; review documents received from SEC. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page   4

| | | | |
|---|---|---|---|
| 06/05/08 | JAS | 3.70 | Attention to formation of Telemus accounts; review documents received from Telemus; Email to and from R. Stone; telephone conference with R. Stone; email to Receiver regarding same; attention to completion of IRS notification; review file for information necessary to complete notification; review articles of incorporation for Legisi meeting; Telephone conference with A. Robb regarding information needed from G. McKnight and offer on 9211 Chesterfield; review insurance information on all properties which Legisi is the Mortgagee of ; email to and from XRoads regarding website; respond to investor inquiries; begin to draft motion to approve banking practices. |
| 06/05/08 | DDG | 1.20 | Mail pickup from mailbox at Legisi office suite; review mail and prepared email summary of same for R. Gordon; responded to R. Gordon's email scheduling meeting; review corporate records for Legisi available online to determine corporate status in response to J. Statham's inquiry; |
| 06/06/08 | VP | 4.30 | Meeting with Receiver, J. Applebaum, E. Hood, D. Goodrum and J. Statham to review and discuss status, various property issues and action items; meeting with D. Goodrum and J, Statham regarding action items; preparation of draft action item memo, submit to counsel for comment; review emails from investors and work on updating investor charts; review email from D. Goodrum and the attached keyword memo in connection with further review of documents held at Veritas. |
| 06/06/08 | JAS | .20 | Telephone conference with A. Robb regarding stocks. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page   5

| 06/06/08 | JAS | .10 | Receipt and review voicemail from A. Robb. |
|---|---|---|---|
| 06/06/08 | EJH | 1.00 | Preparation for and participate in conference call with receiver and counsel. |
| 06/06/08 | JAS | 1.80 | Meeting with Receiver, J. Applebaum, D. Goodrum, V. Petrusha and E. Hood regarding pending matters. |
| 06/06/08 | JAS | .10 | Voicemail to A. Robb. |
| 06/06/08 | VP | 2.50 | Continue to update spreadsheet with additional new investor information. |
| 06/08/08 | JAS | 1.10 | Return calls to investors. |
| 06/09/08 | JAS | .10 | Review Legisi action items. |
| 06/09/08 | JAS | .10 | Attention to correspondence from SEC. |
| 06/09/08 | JAS | .20 | Telephone conference with J. O'Keefe. |
| 06/09/08 | JAS | .20 | Follow up with D. Crimmins regarding bank accounts. |
| 06/09/08 | JAS | .20 | Telephone conference with investor. |
| 06/09/08 | DJB | .40 | Review of status of employment relationships and unemployment and brought issues. |
| 06/09/08 | DDG | 4.70 | Meeting with D. Bretz to consider employment issues regarding R. Burton, D. Burton, and G. McKnight; review of legal issue on COBRA to determine applicability to Legisi; detailed email to R. Gordon to give recommendation on employment issues; prepared for meeting B. Dunn regarding real property matters; meeting with B. Dunn regarding real property issues; provided follow-up information to B. Dunn as requested; review and response to B. Dunn's emails to R. Gordon; conference with R. Rytman regarding meeting with defense at Veritas and Agent A. Knudson's request to attend; conference |

with E. Hood regarding same; conference with Agent E. Knudson regarding same; follow-up with E. Hood to share concerns of Agent E. Knudson; conferences with V. Petrusha regarding status of document review; conferences with J. Bell to provide background for document review, partial inventory, key words; conference with V. Petrusha and J. Bell to coordinate schedules for continued document review and provide completion date.

| | | | |
|---|---|---|---|
| 06/09/08 | JAS | .20 | Telephone conference with clerk to Judge Gadola regarding whether to schedule status conference. |
| 06/09/08 | JAS | .20 | Telephone conference E. Wishnow and J. Applebaum regarding Wednesday meeting. |
| 06/09/08 | JAS | .10 | Email to E. Hood and D. Goodrum regarding Wednesday meeting. |
| 06/10/08 | VP | 7.30 | Further conferences with D. Goodrum and J. Bell regarding status of review of records at Veritas; continue review and indexing of material seized from property; communications with D. Goodrum and E. Hood providing draft index of files reviewed. |
| 06/10/08 | DDG | 3.60 | Conference with Agent A. Knudson regarding meeting with defense; follow-up conference with E. Hood regarding same; participated in conference call with Agent A. Knudson and E. Hood to discuss specifics and rationale for meeting with defense counsel and agreement regarding approach to same; review of preliminary inventory list prepared by V. Petrusha to prepare for document review; conference call with R. Rytman and E. Hood to discuss approach for meeting with defense, document review and time parameter; review mail and organized for subsequent attention for payment of invoices. |

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page   7

| | | | |
|---|---|---|---|
| 06/10/08 | JAS | 3.80 | Email to and from E. Priteas of mBank regarding account set up; email to and from A. Robb regarding information requested from G. McKnight; emails to and from B. Rosetto regarding same; voicemail to B. Rosetto; review information received from SEC; review emails regarding document review meeting to take place tomorrow at Veritas; telephone conference with B. Rosetto; draft update for receiver; respond to investor inquiry; conference with the Receiver; telephone conference with D. Crimmins. |
| 06/10/08 | JAS | 2.00 | Conference with the receiver regarding real estate and claims bar deadline, form and notice; revise answers to FAQs; review answers to FAQs with receiver. |
| 06/11/08 | JAS | .30 | Respond to investor inquiries; conference with receiver regarding FAQ's. |
| 06/11/08 | JAS | .40 | Telephone conference with D. Crimmins; email to and from receiver and D. Crimmins regarding surety bond. |
| 06/11/08 | DDG | 5.50 | Meeting with R. Rytman and E. Hood at Veritas to prepare for meeting with G. McKnight's attorneys; attended document review with G. McKnight's attorneys; post-review meeting with R. Rytman and E. Hood to discuss logistics for copying documents; follow-up with J. Statham regarding information regarding stock certificates. |
| 06/11/08 | VP | 3.50 | Further updates to spreadsheet with new investor information. |
| 06/12/08 | JAS | 1.50 | Respond to investor inquiries; revise motion to approve banking practices; telephone conference with D. Crimmins at mBank; attention to creation of mBank accounts. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 06/13/08 | DDG | 3.50 | Conference call with Comcast representative regarding cable services to Legisi properties, billing information, review of contract, and cancellation of services; review of emails from Comcast representative forwarding billing and contracts information; conference with AT&T regarding telephone services billed to Legisi; follow-up with Condominium association management company regarding billing matters; conference and email exchanges with R. Rytman of Veritas regarding document copies and pickup of same; prepared summary folder of bills for payment; review and response to J. Statham's email regarding offer to purchase; email to B. Dunn regarding same; follow-up with J. Statham regarding scheduling meeting to discuss real property matters and other outstanding issue. |
| 06/13/08 | JAS | 1.80 | Respond to investor inquiries via telephone and email; review emails related to recovery of data on Legisi computers. |
| 06/14/08 | JAS | .20 | Respond to investor inquiries; revise motion and order to approve banking procedures. |
| 06/16/08 | DDG | .50 | Checked mailbox at Legisi office suite for mail; review and response to email from Comcast forwarding contract; review contract to confirm 24 month term; conference with V. Petrusha regarding receipt of Legisi mail; review email from R. Rytman regarding status of images of hard drives. |
| 06/16/08 | JAS | 2.00 | Respond to investor inquiries; revise motion and order to approve banking practices. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page 9

| Date | Init | Hours | Description |
|------|------|-------|-------------|
| 06/16/08 | VP | .70 | Communication with various departments of the Wall Street Journal to ascertain correct placement of a legal notice both within the USA, Canada, Europe and Asia. |
| 06/16/08 | JAS | 2.00 | Draft monthly fee statement for Veritas Global; telephone conference with P. Lucas regarding same; review emails and descriptions of data recovered from servers. |
| 06/17/08 | VP | 1.00 | Further communication with E. Ostenson of the Wall Street Journal, regarding lead time, cost, and placement of legal notice; memo to counsel summarizing same. |
| 06/17/08 | DDG | 6.50 | Review documents tagged by McKnight's defense team for copying and arranged for multiple copies to be made; review emails from G. McKnight's counsel regarding communication on issues, budget, fee payment, and basement flood at 9211 Chesterfield; review email communications from K. Bistricky regarding clean-up at Chesterfield; calls to Stanley Steemer to arrange for clean-up; conference with call with SEC's counsel and J. Statham regarding status of imaging hard drives and meeting with McKnight's counsel; conference with J. Statham regarding clean-up at Chesterfield and outstanding bills. |
| 06/17/08 | JAS | 7.00 | Negotiate SEC consent to motion to approve banking practices; revise motion; conference with D. Goodrum regarding estate administration and sale motion; numerous emails and telephone calls with K. Bistricky regarding 9211 Chesterfield; emails from A. Robb and R. Roth regarding securities and questions and living expenses for McKnight; conference with V. Petrusha regarding emails to investors and notice; respond to investor inquiries. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page  10

| 06/18/08 | VP | 2.30 | Review and update spreadsheet with new investor information. |
|---|---|---|---|
| 06/18/08 | JAS | 6.00 | Multiple conferences with D. Goodrum and Consumers Energy regarding obtaining power of service of 9211 Chesterfield; conference call with Receiver regarding same; follow up with D. Crimmins at mBank regarding bank accounts; review bills received, compile list of bills to be paid; attention to status of database of investors; conference with V. Petrusha regarding same; review information received regarding wall street journal advertising; correspondence to M. Pascoe regarding database; review Veritas bill; correspondence to and from P. Lucas regarding same. |
| 06/18/08 | JAS | 2.00 | Attention to motion to sell compilation of exhibits; revise motion; negotiate and discuss language within the motion with the SEC; telephone conference and correspondence to and from A. Robb regarding consent to motion. |
| 06/19/08 | JAS | 5.10 | Attention to banking issues; attention to Telemus accounts; telephone conference with clerk regarding banking and status conference; review of documents received from SEC; attention to Bistricky mortgage information; read and respond to investor inquires. |
| 06/20/08 | JAS | 3.50 | Attention to banking, bill payment; meeting with D. Goodrum; emails to and from K. Bistricky; attention to Telemus accounts. |
| 06/22/08 | JDA | .80 | Review Roth invoice and telephone conference with R. Roth regarding same. |
| 06/23/08 | JAS | 2.70 | Respond to investor inquiries; research regarding forums to post notice  on, research regarding Australia newspapers to notice; review all bills received prepare updated memo regarding bills |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page 11

which should be paid by receiver.

| | | | |
|---|---|---|---|
| 06/24/08 | JAS | 4.00 | Attention to Estate Administration; conference J. Applebaum regarding medical insurance; conference with V. Petrusha regarding banking; conference with D. Goodrum regarding banking; telephone conference with BCBS regarding Insurance authorization to communicate to non-Legisi employee; attention to Veritas monthly fee statement; attention to LaSalle Bank accounts; telephone conference with LaSalle regarding movement of money, required steps. |
| 06/25/08 | JAS | 7.00 | Conference with J. Applebaum and R. Gordon regarding case administration; prepare checks for R. Gordon; emails to and from A. Robb regarding Estate assets; review and update task list; attention to compilation of database; attention to services rendered by noticing agent; attention to continuation of Legisi BCBS coverage; attention to movement of money located at LaSalle bank to mBank; draft letter to R. Burton regarding cable service; attention to cancellation of cable service. |
| 06/25/08 | VP | 2.80 | Communication with J. Statham regarding Legisi database; review various additional emails from investors and attend to adding to database spreadsheets. |
| 06/26/08 | JAS | 3.00 | Respond to investor inquiries; attention to banking; attention to mail received; attention to movement of funds from LaSalle to mBank. |
| 06/27/08 | JAS | .50 | Telephone conference with L. Bell-Guzzo regarding investor information. |
| 06/27/08 | JAS | .50 | Telephone conference with S. Washington regarding pick up of checks from issuing bank. |

# CLARK HILL P.L.C.

| 06/27/08 | JDA | .40 | Multiple correspondence with R. Roth regarding affiliate representations. |
|---|---|---|---|
| 06/30/08 | JAS | 7.00 | Meeting with Receiver and E. Hood, J. Applebaum, W. Dunn, V. Petrusha, and D. Goodrum regarding case strategy and action items; respond to investor inquiries; attention to banking matters; review mail; retrieve real estate documents; conference with V. Petrusha; review claims review process and procedures of bankruptcy case for possible use in Legisi matter. |
| 06/30/08 | JDA | .30 | Scheduling and meeting agenda. |
| 06/30/08 | JDA | 2.00 | Office conference with E. Hood; W. Dunn, R. Gordon et al regarding strategic open issues and directions. |
| 06/30/08 | VP | 3.40 | Update Legisi action item memo; team meeting regarding status and further action(s) needed; meet with J. Statham to discuss banking issues; review email from D. Goodrum regarding list of investors prepared by Commodities division. |
| 07/07/08 | JAS | 1.00 | Emails from attorneys regarding real estate; review received mail; voicemail to  T. Allen of BCBS; Reach and respond to investor inquiries. |

| B130 | Asset Disposition | | |
|---|---|---|---|
| 06/04/08 | JAS | .20 | Email to and from D. Goodrum regarding rental property. |
| 06/04/08 | JAS | .30 | Review offer received on 9211 Chesterfield; correspond with client regarding same; correspond with  K. Bistricky regarding same. |
| 06/09/08 | JAS | 3.00 | Draft motion to approve banking practices (2.0); review recommendation regarding termination of Legisi employees (.4); telephone conference with Elaine of mBank (.6). |

# CLARK HILL P.L.C.

| 06/09/08 | JAS | .50 | Discuss offer to purchase 9211 Chesterfield with attorney Dunn. |
|---|---|---|---|
| 06/09/08 | JAS | .10 | Conference with D. Goodrum regarding offer to purchase real estate property. |
| 06/09/08 | JAS | .20 | Telephone conference with K. Bistricky regarding offer to purchase real property. |
| 06/09/08 | WBD | 4.60 | Review real estate file with D. Goodrum, list of questions for analysis and recommendation. Review offer on 9211 Chesterfield, provide comments and questions for decision.  Review Order appointing Receiver regarding powers. Review listing agreements for transaction terms, fairness.  Review and prepare draft recommendation regarding rentals. |
| 06/10/08 | WBD | 1.00 | Complete memo to receiver regarding disposition of properties, documentation of rental arrangements, valuation for rental purposes. |
| 06/12/08 | JAS | 4.00 | Review real estate information; telephone conference with K. Bistricky regarding sale and mortgages; conference with receiver regarding sale and Bistricky mortgages; email to D. Goodrum and to K. Bistricky regarding same; Draft motion to sell real property; revise FAQ's; email to and from Xroads regarding same; Email to and from D. Crimmins regarding titles of accounts; conference with receiver regarding same. |
| 06/13/08 | JAS | 4.50 | Draft and revise Motion to sell real property; email and voicemail to K. Bistricky regarding same; telephone conference with office of A. Robb regarding sale; revise consent of G. McKnight to sale of real property; conference with the receiver. |

# CLARK HILL P.L.C.

| 06/16/08 | JAS | 2.00 | Review motion to sell; email to and from K. Bistricky regarding sales; email to and from A. Robb regarding consent to sale and information regarding acquisitions required for Telemus; email to and from R. Stone regarding same; telephone conference with R. Stone regarding same; review website for updates. |
| 06/18/08 | JDA | .50 | Correspondence with J. Statham (x2) regarding property sale and commission review. |
| 06/18/08 | WBD | .60 | Advise about sale process, need for decision on commissions. |
| 06/19/08 | WBD | .90 | Review communications regarding sale of Swartz Creek Property, (.3) Review and comment on order for sale of property. (.3) Review property management information with D Goodrum and make recommendations. (.3) |
| 06/19/08 | DDG | .80 | Review motion to approve sale and proposed order; redlined comments to J. Statham regarding same; forwarded same to B. Dunn for review and comment; email with title company confirming legal description; review email from realtor regarding sales commission; proposed modification of motion and order to address concerns regarding payment of commission and to allow use of order to discharge lis pendens. |
| 06/19/08 | JAS | 2.40 | Revise motion to sell; compile exhibits; communicate with SEC regarding same; multiple telephone conferences with K. Bistricky regarding sale; emails to and from A. Robb&s office. |
| 06/20/08 | WBD | 2.00 | Review status of sale, updated information regarding motion to sell, broker commission, and mortgage due diligence with D Goodrum. Review real estate issues with J. Applebaum. Revise checklist. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page  15

| | | | |
|---|---|---|---|
| 06/25/08 | BJM | .50 | Review file documents and correspondence. |
| 06/26/08 | BJM | .80 | Review file documents and correspondence; confer with W. Dunn. |
| 06/26/08 | BJM | .90 | Review file documents and correspondence; correspond with title company and realtor regarding sale of 9211 Chesterfield. |
| 06/26/08 | WBD | .80 | Assemble forms of management agreements for compilation of document.  Confer with broker regarding closing, advance closing preparation. |
| 06/30/08 | BJM | 6.80 | Review Property Management Agreement; revise and redraft same; confer with W. Dunn regarding revisions and regarding project action items; review file. |

B180      Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| 06/03/08 | JDA | .40 | Correspondence from J. O'Keefe and correspondence to J. O'Keefe and J. Birkenheier regarding off shore and foreign account issues. |
| 06/03/08 | JAS | .10 | Voicemail from K. Bistricky regarding Legisi real estate. |
| 06/04/08 | JAS | .60 | Update asset spreadsheet to reflect Legisi personal property. |
| 06/04/08 | EJH | 1.50 | Review documents at SEC office in Chicago. |
| 06/04/08 | DDG | 2.80 | Conference with R. Burton regarding employment and tenant issues; email to R. Gordon regarding same; review emails regarding purchase offer and corporate status; conference with R. Gordon to arrange status meeting; conference with Auto-Owners insurance agent regarding insurance coverage, policy terms, and premium amounts; conference with condominium management company regarding billing statements, bylaws |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page 16

|          |     |       | and amount due; review mail and inventory same. |
|----------|-----|-------|--------------------------------------------------|
| 06/05/08 | JDA | .50   | Correspondence with E. Hood regarding document review with McKnight counsel. |
| 06/06/08 | JDA | 1.10  | Office conference with receiver and recovery team regarding property issues. |
| 06/06/08 | DDG | 6.20  | Attended status meeting; assisted in preparation of action item list and review to finalize for committee input; preliminary conference with D. Bretz regarding employment issues; preliminary conference with B. Dunn regarding real property issues; communication with J. Statham regarding real property issues related to Bistricky's mortgages, listing agreement, offer to purchase the Chesterfield property; review and edited key term list; conference with V. Petrusha regarding same; review requirements for unemployment compensation and general termination issues; review inventory list and asset list to assist in developing key words for global document review; conference with Auto-Owner's insurance representative regarding cost of workers's compensation and policy term. |
| 06/06/08 | JAS | 4.00  | Telephone conference with Michelle from A. Robb's office; research regarding Sierra Equity Group; review listing agreements and additional real estate information and refer to D. Goodrum; revise letter to All American; Respond to investor inquiries; attention to filing of IRS form 56 notification; review and discuss offer to purchase real property at 9211 Chesterfield with D Goodrum and J. Applebaum; revise letters to R. McKnight; D.Burton; and R. Burton. |
| 06/06/08 | JAS | .20   | Telephone conference with All American Home Products. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page 17

| 06/07/08 | JDA | .30 | Review assignment and action items. |
|---|---|---|---|
| 06/09/08 | EJH | .70 | Conference with Veritas representative regarding document inventory and production; follow up with E. Wishnow and R. Roth regarding document review. |
| 06/09/08 | JDA | .60 | Correspondence to R. Gordon regarding FAQs; telephone conference with E. Wishnow and office conference with E. Hood regarding Veritas meeting. |
| 06/09/08 | JDA | .80 | Office conference with E. Hood; telephone conference with E. Wishnow; correspondence with R. Roth regarding document review issues. |
| 06/09/08 | JRB | 5.70 | Attend to review and indexing of material seized from property and held at Veritas; communications with D. Goodrum regarding same. |
| 06/09/08 | JAS | .30 | Telephone conference with A. Robb regarding information requested regarding stock; email to Telemus regarding same. |
| 06/09/08 | JAS | .20 | Telephone conference with A. Robb regarding information requested on stock. |
| 06/09/08 | VP | 6.30 | Conferences with D. Goodrum and J. Bell regarding status of review of records at Veritas; continue review and indexing of material seized from property. |
| 06/10/08 | EJH | .90 | Conference with D. Goodrum regarding status of matter; conference with R. Rytman of Veritas regarding meeting; follow up with defense counsel regarding meeting; preparation for meeting. |
| 06/10/08 | JRB | 7.40 | Attend to review and indexing of material seized from property and held at Veritas; communications with D. Goodrum regarding same |

| | | | |
|---|---|---|---|
| 06/10/08 | JDA | .70 | Office conference with E. Hood and J. Statham and correspondence with B. Tanese regarding Veritas meeting issues. |
| 06/11/08 | EJH | 6.50 | Preparation for, and attendance at, meeting with defense counsel at Veritas. |
| 06/11/08 | JAS | 4.20 | Coorespondence to and from D. Goodrum regarding meeting with McKnight and his attorneys and obtaining information relevant to sale of OTC stocks; emails to and from B. Rosetto regarding stock sale information; research regarding mBank and FDIC insurance; draft motion to approve receiver's banking procedures; revise motion to approve receiver's banking procedures. |
| 06/12/08 | DDG | 1.50 | Review and respond to J. Statham's email regarding real property; follow-up with B. Dunn regarding same; review of bank statements to confirm no activity. |
| 06/12/08 | JAS | 1.00 | Review information regarding All American Home products received from B. Rosetto including loan documents. |
| 06/16/08 | DDG | 3.50 | Communications with R. Rytman regarding imaging of hard drives; review directory listings for four hard drives as forwarded by R. Rytman; conference call with R. Rytman regarding strategy for imaging, software needed for searching documents and follow-up directory information to be provided; review directory listing for document files; conference call with R. Lucaj, R. Rytman, and computer forensic expert regarding search function and hard drive to be delivered to Clark Hill; conference with Comcast representative about cancellation of service at Legisi office suite and review email from Comcast regarding termination agreement; conference with AT&T to confirm cancellation of service at Legisi office suite. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page 19

06/18/08   DDG     9.30     Various communications with J. Statham regarding Consumers Energy bill payment for Chesterfield and water flooding of basement; calls to Consumers Energy to obtain information for reconnection and follow-up with J. Statham to provide information; attention to real property management issues at Miller office suites, Chesterfield, and Kovacs properties; follow-up meeting at Chesterfield with Stanley Steemer regarding water remediation in basement area; meeting with Consumers Energy for power turn-on at Chesterfield; calls and meeting with realtor K. Bistricky regarding clean-up and lawn care at Chesterfield and access code for Kovacs property; calls to lawn care services regarding Chesterfield, Kovacs, and Miller vacant land; calls to property management companies regarding services for commercial and residential properties; review status update emails from R. Rytman regarding imaging of hard drives; review update from R. Rytman regarding image of computer hard-drives.

06/19/08   DDG     4.50     Follow-up with property management service regarding services and cost; review brochure and website and forwarded information to B. Dunn for consideration; review title work for sale of Chesterfield and forwarded same to B. Dunn; follow-up calls from lawn care providers regarding estimates for services; review Comcast contract executed by Legisi and by R. Burton for services at Springdale; organized outstanding bills in separate folder for consideration by J. Statham for payment; communication with R. Rytman at Veritas regarding status of imaging hard drives; review Legisi bank statements to confirm no activity; communications with J. Statham regarding transfer of monies for bill payments and court approval of proposed sale of Chesterfield; review

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page 20

communication from J. Statham to K. Bistricky regarding same; communication with Stanley Steemer for update on remediation of Chesterfield basement and follow-up with K. Bistricky regarding same; communication with B. Dunn regarding real property issues, sale of Chesterfield and Bistricky mortgage payments; initial review of legal issue regarding record keeping for commercial loan.

| 06/20/08 | DDG | 5.50 | Review and summarize outstanding real property issues; conference with B. Dunn regarding same and strategy for follow-up; communication with Green Planet regarding lawn care at Chesterfield and Miller Road vacant lot and follow-up to obtain approval for same; review Legisi mail and sorted for outstanding invoices; conference with J. Statham regarding expenses to be paid and expenses to hold pending further consideration by R. Gordon; review correspondence regarding unemployment claim filed by R. Burton and D. Burton; review communications from K. Bistricky regarding Legisi's record of storage payments' follow-up calls to property management company regarding services and costs; communication with Stanley Steemer regarding drying process for Chesterfield basement; review and copy of business records at Veritas regarding Bistricky mortgage payments, employee files, bank statements, and confirmed key for petty cash box. |

| 06/20/08 | JAS | 2.00 | Review documents from SEC. |

| 06/23/08 | JAS | .50 | Review numerous emails regarding real estate sale and administration from D. Goodrum. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page 21

| 06/23/08 | DDG | 5.30 | Communications with R. Cooley of Stanley Steemer regarding status of water remediation at 9211 Chesterfield; communications with K. Bistricky regarding closing, appraisal, and order to sale; updated B. Dunn regarding same; communications with Green Planet regarding lawn care billing and status of mowing at Kovacs property; follow-up communications from other lawn care companies providing quote for services; communication with Innovative regarding property management services; updated B. Dunn regarding same; review and proposed revisions to proposed management services agreement forwarded by Innovative; review Innovative's website; email to B. Dunn to forward edited property management services agreement and comments for additional revisions; communications with R. Rytman at Veritas regarding status of imaging and scheduling time to count Legisi petty cash. |
|---|---|---|---|
| 06/23/08 | WBD | 1.20 | Prepare recommendations regarding real estate holdings. (.9) Begin review of management agreement. (.2) Communicate with counsel. (.1) |
| 06/24/08 | DDG | 7.50 | Attention to Legisi office suites to confirm power and no repair issues; reviewed status of water remediation at 9211 Chesterfield and assisted in floor maintenance sanitizing; communications with Stanley Steemer regarding target date for removal of drying equipment; follow-up with K. Bistricky regarding same and timing for scheduling appraisal; communications with J. Statham regarding status of clean-up and outstanding utility bills; meeting with R. Rytman at Veritas to discuss status of imaging hard drives and to count petty cash for removal from cash box and for deposit into bank account; communications with J. Statham regarding strategy for depositing petty cash and bank statements available at |

CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page  22

    Veritas; delivered petty cash funds to accounting and confirmed amount with S. Lee; forwarded accounting confirmation sheet to J. Statham; follow-up calls to property management companies and review of company websites and literature; follow-up calls from lawn care providers providing quotes for mowing and bush trimming.

| 06/24/08 | WBD | .50 | Review markup of management agreement in considering several other models. |

| 06/25/08 | DDG | 1.80 | Review and update of task list; email communication with J. Applebaum, J. Statham and B. Dunn regarding 9211 Chesterfield water remediation and sale; communication with R. Rytman regarding estimated cost for international and national asset search and forwarded email communication to J. Applebaum for consideration; conference J. O'Keefe regarding issue of service of Summons and Complaint on McKnight and follow-up email to J. Applebaum to advise of same; forwarded disconnection Comcast notice and contract to J. Statham to include in bill folders and responded to J. Applebaum's follow-up communication regarding same. |

| 06/26/08 | DDG | 2.50 | Review and response to emails from J. Statham regarding Comcast disconnection; review and response to emails from B. Dunn regarding the sale of 9211 Chesterfield; communications with K. Bistricky regarding same; communications with Stanley Steemer regarding equipment removal and replacement of light bulb; communications with Green Planet regarding mowing at Kovacs and advised J. Applebaum; provided summary list of estimates for lawn care; communication with E. Hood regarding imaged hard drives; draft correspondence to defense team to forward documents; draft correspondence to Agent A. Knudson to forward external hard drive and a copy |

of documents requested by defense team;
review of personnel files of G.
McKnight, D. Burton, and R. Burton;
review quarterly tax payments made by
Legisi; conference with L. Del Pup
regarding business notices to
governmental entities when business
operations cease; follow-up email to J.
Statham regarding additional items to
include on task list; review and
response to email from J. Statham
regarding arrangements for return of
Comcast modem and disconnection of high
speed internet.

06/26/08    EJH    .20    Conference with D. Goodrum regarding
                         document production issues.

06/28/08    EJH    .50    Review various documents and
                         communications regarding status of
                         matter.

06/30/08    WBD    3.70   Meet with R Gordon, J. Applebaum and
                         others on team to determine action plan
                         for real estate.(1.3) Review
                         mortgages.(.7) Review status of taxes
                         on mortgaged property.(.4) Call tenant
                         of 331 Andrea and correspond with
                         tenant regarding continues tenancy,
                         interest in acquiring property.(.7)
                         Assemble information to serve occupants
                         of properties with termination
                         notices.(2) Meet with B Muller to
                         review management agreement, coordinate
                         closing on sale and location of
                         evaluator of properties.(,4)

06/30/08    EJH    2.30   Preparation for and attendance at
                         organizational meeting; review
                         materials forwarded by D. Goodrum and
                         J. Statham.

06/30/08    JDA    .60    Correspondence with D. Goodrum
                         regarding data base issues;
                         correspondence with J. Statham
                         regarding Telemus issues;
                         correspondence with B. Dunn regarding
                         real estate activities.

| 06/30/08 | DDG | 4.50 | Response to B. Muller's request for a clean copy of Innovative's Management Services agreement; review updated task list to prepare for meeting; attended meeting to discuss status of action items and strategy for addressing action items; email to forward estimated cost for international and national asset investigation proposed by Veritas; email and telephone call to R. Rytman to request proposal for sale of vehicles and to determine status of copies of CDs in black binder; conference with Agent A. Knudson regarding delivery of external hard drives, documents, and investor database; email to J. Applebaum regarding same; follow-up with Agent A. Knudson to arrange time for delivery of hard drive; follow-up on issues regarding employment status of Legisi employees. |

**B310      Claims Administration - General**

| 06/26/08 | JAS | 4.00 | Draft motion to approve claim form and bar date. |
| 06/27/08 | JDA | .50 | Review initial claims procedure draft motion. |
| 06/30/08 | JDA | .20 | Office conference J. Statham regarding claims and procedures. |

$64,096.20

## TIMEKEEPER SUMMARY

Client Name              Robert D. Gordon, Receiver

Matter Description  McKnight/ Legisi

Service Period          06/02/08 thru 06/30/08

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 29, 2008
INVOICE # 319070
Page 25

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $356 | 3.5 | $1,244 |
| | Daniel J. Bretz | $329 | .4 | $131 |
| | Jeffrey A. DeVree | $342 | .8 | $274 |
| | Danon D. Goodrum | $225 | 25.5 | $5,738 |
| | Edward J. Hood | $302 | 1.0 | $302 |
| | Valentina Petrusha | $149 | 40.3 | $5,985 |
| | Jami Ann Statham | $190 | .0 | $0 |
| | Jami Ann Statham | $171 | 85.8 | $14,672 |
| | Jami Ann Statham | $ | .0 | $0 |
| | TOTAL | | 157.3 | $28,345 |
| B130 | Asset Disposition | | | |
| | Joel D. Applebaum | $356 | .5 | $178 |
| | William B. Dunn | $473 | 9.9 | $4,678 |
| | Danon D. Goodrum | $225 | .8 | $180 |
| | Brandon J. Muller | $158 | 9.0 | $1,418 |
| | Jami Ann Statham | $190 | .0 | $0 |
| | Jami Ann Statham | $171 | 17.2 | $2,941 |
| | TOTAL | | 37.4 | $9,394 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $356 | 5.0 | $1,778 |
| | Jeffrey R. Bell | $135 | 13.1 | $1,769 |
| | William B. Dunn | $473 | 5.4 | $2,552 |
| | Danon D. Goodrum | $225 | 54.9 | $12,353 |
| | Edward J. Hood | $302 | 12.6 | $3,799 |
| | Valentina Petrusha | $149 | 6.3 | $936 |
| | Jami Ann Statham | $171 | 13.1 | $2,240 |
| | TOTAL | | 110.4 | $25,425 |
| B310 | Claims Administration - General | | | |
| | Joel D. Applebaum | $356 | .7 | $249 |
| | Jami Ann Statham | $171 | 4.0 | $684 |
| | TOTAL | | 4.7 | $933 |
| ACTIVITY TOTAL | | | 309.8 | $64,096 |