# JULY

# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice #  321369

```
Robert D. Gordon, Receiver        August 22, 2008
c/o Clark Hill PLC                 Client:  30711
500 Woodward Ave.                  Matter: 122570
Suite 3500
Detroit, MI 48226
```

===============================================================
RE:  McKnight/ Legisi


FOR SERVICES RENDERED through July 31, 2008

    Total Services:                          $55,309.05

FOR EXPENSES INCURRED OR ADVANCED:

        Messenger Service          $23.40
        Records Acquisition        $72.00
        Federal Express/UPS        $38.72
                                  _____

    Total Expenses:                            $134.12

STATEMENT TOTAL                              $55,443.17

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| B110 | Case Administration | | |
| 07/01/08 | VP | 4.70 | Review various groups of emails from investors; preparation of chart incorporating information provided. |
| 07/01/08 | JAS | 5.50 | Attention to Telemus paperwork and banking; telephone conference with A. Robb regarding health insurance and whole life insurance; emails to and from D. Goodrum, W. Dunn, E. Hood, R. Gordon, and A. Robb regarding case administration; prepare Xroads monthly fee statement; strategize steps which need to be taken in case regarding priority, noticing and claim review. |
| 07/02/08 | VP | 4.30 | Continue review of various groups of emails from investors; preparation of chart incorporating information provided. |
| 07/02/08 | JAS | 1.50 | Respond to investor inquiries; attention to emails regarding real estate assets. |
| 07/02/08 | JDA | .70 | Review A. Robb invoices and telephone conference with A. Robb regarding same. |
| 07/08/08 | JAS | 5.50 | Respond to investor inquiries; emails to and from D. Goodrum, B. Muller, V. Petrusha regarding real estate assets; attention to Legisi bank deposits; review investor database; communicate with SEC and DOJ offices regarding sources of information on database; research regarding E. Buillion and EGold; begin to draft receivers first report and account; conference with receiver regarding first report and account; review receiver order |

# CLARK HILL P.L.C.

|  |  |  |  |
|---|---|---|---|
|  |  |  | regarding requirements ; correspondence with J. Applebaum regarding compilation of receivers database. |
| 07/09/08 | JAS | 3.00 | Research regarding receivership and suits on behalf of investors; telephone conference with T. Allen; attention to emails. |
| 07/10/08 | JAS | 2.00 | Attention to Estate administration; review and coordinate additional paperwork received from Telemus; attention to emails from D. Goodrum et al; respond to investor inquiries. |
| 07/11/08 | VP | 5.30 | Review emails from J. Applebaum and J. Statham regarding investor database; continue review of additional emails from investors and incorporate information into database. |
| 07/11/08 | JAS | .70 | Conference with receiver regarding case administration; attention to investor inquiries; follow up with V. Petrusha regarding database; attention to case administration; review A. Robb legal bill. |
| 07/12/08 | VP | 2.30 | Review and tentatively finalize investor database (18 spreadsheets, 1 for each email group) consisting of emails from investors through June 26, 2008; email forwarding spreadsheets to counsel. |
| 07/13/08 | VP | 2.70 | Combine all investor database spreadsheets, delete duplicate entries, run in alpha order; email to counsel; provide binder of compiled emails and spreadsheets to J. Applebaum. |
| 07/14/08 | JAS | .50 | Telephone conference with M. McColm. |
| 07/14/08 | JAS | .30 | Attention to Estate administration. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page   4

| 07/14/08 | JAS | 1.50 | Draft update for website; review bill received from Spender & Robb; analyze procedures to be used to pay invoice and priority of paying invoice. |
| 07/15/08 | JAS | 4.20 | Draft and revise update from receiver for Website; draft revised fee statements of Veritas & XRoads; review same; correspondence regarding same; attention to receipt of additional checks and banking; review database created by XRoads. |
| 07/15/08 | JDA | .60 | Revisions to investor website report; office conference with J. Statham regarding same; and McKnight attorney fees. |
| 07/16/08 | JDA | .60 | Revisions to first interim report. |
| 07/16/08 | JAS | .80 | Revise update to website; attention to revised fee statements. |
| 07/18/08 | JDA | .60 | Revisions to draft first interim report to creditors and investors. |
| 07/21/08 | JAS | 3.00 | Telephone conference with SEC and E. Hood; emails to and from SEC regarding conference call and potential objections to Robb and Roth fees; emails to and from A. Robb and R. Roth regarding SEC objection; conference with E. Hood regarding objection and case status. |
| 07/21/08 | JAS | 1.00 | Conference with V. Petrusha regarding banking and status of payments received from rental property; telephone conference with E. Dritasa of mBank regarding stop payment on checks. |
| 07/23/08 | JAS | 3.70 | Conference with the Receiver regarding pending issues; correspondence to E. Hood regarding pending issues; revise memo to E. Hood; review All American Subscription Agreement; follow up with V. Petrusha regarding Rental payments; telephone conference with J. Applebaum, S. Klawans and J. O'Keefe regarding |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page   5

|          |     |      | attorney fees; multiple voicemail's to and from J. O'Keefe; telephone conference with J. O'Keefe regarding estate assets; response to investor inquiries; review estate asset list and create litigation target list. |
|----------|-----|------|---|
| 07/23/08 | JDA | .40  | Telephone conference with J. OÆKeefe and S. Klawans regarding Roth and Robb fee applications. |
| 07/24/08 | JAS | 2.00 | Attention to emails regarding real estate assets; multiple telephone conference with V. Petrusha regarding same; conference with receiver regarding report and update to website; telephone conference with Carol of Telemus Capital and J. Applebaum; attention to obtaining a certified copy of order. |
| 07/25/08 | JAS | .30  | Attention to bill payments. |
| 07/25/08 | JAS | .30  | Telephone conference with Telemus employees regarding sale of stocks. |
| 07/25/08 | JAS | .20  | Create task list for Receiver. |
| 07/25/08 | JAS | .20  | Attention to documents to be sent to telemus. |
| 07/28/08 | VP  | 3.80 | Review additional investor emails through group 19; attention to updating investor spreadsheet; conference with investor G. Howell; communications with J. Statham regarding investor list, investor questions, Xroads, and form email to investors. |
| 07/28/08 | JAS | 3.90 | Conference with Receiver (x2); draft first report and account; revise claim bar date motion; telephone conference with J. O'Keefe; attention to database administration. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 07/29/08 | JAS | 6.00 | Draft first report and account. Review all e-mail received from xroads website, determine which messages need response from Receiver.  Attention to Consumers Energy bill, determine if bill has been paid. Multiple e-mail to and from M. Pascoe regarding e-mail received from website. |
| 07/30/08 | JAS | 2.30 | Conference with Receiver and attorney team regarding case status and strategy. Draft e-mail to be sent to list of Legisi investors as of 5.27.07 found on Legisi computer. |
| 07/30/08 | JDA | .40 | Conference call with J. O'Keefe, et al, regarding proposed motion to pay attorneys fees. |
| 07/30/08 | EJH | 2.30 | Preparation for and attendance at organizational meeting. |
| 07/30/08 | VP | 2.00 | Team meeting to review overall status of case. |
| 07/31/08 | JAS | 7.40 | Continue to draft first report and account. Conference with Receiver regarding case strategy and asset disposition. Revise e-mail to be sent to Legisi investor list recovered from Legisi computer. |

### B130      Asset Disposition

| | | | |
|---|---|---|---|
| 07/01/08 | JAS | 1.00 | Review requirements for receivership sales. |
| 07/01/08 | BJM | 2.00 | Confer with W. Dunn regarding action items related to real estate disposition; correspond with title company regarding 9211 Chesterfield closing; confer with D. Goodrum regarding Flint-area realtors/appraisers; confer with W. Dunn regarding Property Management Agreement. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 07/02/08 | BJM | 2.40 | Confer with W. Dunn and D. Goodrum regarding real estate matters; contact appraisers and correspond with same regarding nature and scope of appraisals to be completed. |
| 07/07/08 | BJM | 2.00 | Coordinate residential and commercial property appraisals; correspond with M. Cook regarding same; correspond with K. Bistricky and K. Parks regarding sale of 9211 Chesterfield property. |
| 07/08/08 | BJM | 3.20 | Coordinate residential and commercial property appraisals; correspond with M. Cook regarding same; correspond with K. Bistricky and K. Parks regarding sale of 9211 Chesterfield property. |
| 07/09/08 | BJM | 1.80 | Coordinate residential and commercial property appraisals; correspond with M. Cook regarding same; correspond with K. Bistricky and K. Parks regarding sale of 9211 Chesterfield property. |
| 07/09/08 | WBD | 2.60 | Review closing matters on 9211 Chesterfield, issue regarding tax proration, advise client, propose solution of splitting with brokers(1.1); coordinate appraisal with occupants(.3); continue work on management agreement(1.2). |
| 07/10/08 | WBD | .40 | Review closing plans for 9211 Chesterfield with B Muller, revise deed. |
| 07/10/08 | BJM | 6.10 | Coordinate residential and commercial property appraisals; correspond with M. Cook regarding same; correspond with K. Bistricky and K. Parks regarding sale of 9211 Chesterfield property; review and revise closing documents prepared by K. Parks; draft and prepare covenant deed; meet with R. Gordon for execution of closing documents; coordinate and copy same; meeting at Sargent Title to deliver executed closing documents and confer regarding related matters. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page 8

| 07/15/08 | JAS | 3.00 | Explore valuation of Mercedes 5550; review requirements for receivership sale; telephone conference with SEC regarding fee statement and search for possible additional assets; telephone conference with Veritas regarding same. |
| 07/25/08 | BJM | .50 | Review purchase agreement received from D. Ward related to 5045 Barrett property; correspond regarding same. |
| 07/28/08 | BJM | .90 | Correspond with realtor for D. Ward regarding purchase agreement; confer with J. Applebaum regarding same. |

**B171    Employment/Fee Applications of Debtor**

| 07/14/08 | JAS | .50 | Telephone conference with Veritas regarding revised fee application; telephone conference with XRoads regarding same. |

**B180    Asset Analysis and Recovery**

| 07/01/08 | JAS | .50 | Multiple telephone conferences with Cummings property management. |
| 07/01/08 | WBD | 3.90 | Review and revise proposed management agreement.(2.9) Arrange for access to and showing of office premises.(.4) Supervise preparation of notices to occupants of 3 properties.(.6) |
| 07/01/08 | DDG | 4.30 | Communications with R. Lucaj regarding evaluation of external hard drive for search of documents; communications with Agent A. Knudson regarding delivery of duplicate document set requested by defense team and external hard documents, update regarding status of asset recovery efforts, and communication regarding availability of excel spreadsheet of investors; communications with Genesee County appraisers and realtors and prepared list for use by B. Muller; communications with K. Bistricky regarding showing of Legisi office suites to potential buyers; |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page   9

| | | | |
|---|---|---|---|
| | | | communications with Veritas regarding proposal for liquidation of vehicles; review and response to correspondence regarding cancellation of worker's compensation insurance; communication with U.S. Assistant Attorney N. Abraham regarding Legisi investor database and e-mail update to J. Applebaum regarding same; communications regarding Legisi tenants and confirmation of address for residential homes owned by Legisi. |
| 07/02/08 | DDG | .80 | Review and response to e-mails regarding residential property appraisal, status of rent payments, and tenant arrangements; follow-up regarding outstanding bills; attention to employment matters. |
| 07/02/08 | WBD | 2.80 | Confer with tenant regarding purchase of property, advise how to proceed.(.3) Letter to tenant to confirm hold over tenancy, direct payment of rent.(.3) Review status of tenant security deposit and of insurance of properties. (.3) Review appraisal choices, terms and selection with B Muller.(.4) Coordinate maintenance continuation with D Goodrum.(.2) Continue work on management agreement.(1.3) |
| 07/03/08 | WBD | .40 | Communications regarding occupancy by D Burton. |
| 07/03/08 | DDG | .70 | Follow-up with Veritas regarding proposal for vehicle liquidation; communications with J. Statham regarding retrieval of stock certificates from vault; forward to J. Applebaum Legisi investor database provided by U.S. Assistant Attorney. |
| 07/03/08 | JDA | .70 | Office conference with J. Statham regarding open issues; correspondence with W. Dunn regarding real estate issues. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page 10

| 07/03/08 | JAS | 1.50 | Respond to investor inquiry; telephone conference with D Burton regarding eviction notice; draft email to W. Dunn regarding eviction; discuss of open issues with J. Applebaum and R. Gordon; telephone conference with Telemus Capital regarding stock certificates and paper work; email to and from S. Narduzei regarding same; retrieve and prepare stock certificates for Telemus capital; voicemail to Brian at Cummings property management; emails to and from D. Goodrum regarding same. |
|---|---|---|---|
| 07/07/08 | WBD | 2.20 | Confer with occupants of properties regarding rent payments, occupancy terms, and response to notice to terminate (1.2). Prepare notes of discussion and present matter of choice to Receiver for consideration (.6). Discuss plans of appraiser to evaluate properties, schedule, and review contract (.4). |
| 07/07/08 | JDA | .30 | Correspondence with W. Cowden regarding turnover of E-gold funds. |
| 07/07/08 | JDA | .50 | Office conference with W. Dunn regarding open real estate and lease issues. |
| 07/07/08 | JDA | .50 | Memorandum from W. Dunn regarding open real estate issues. |
| 07/07/08 | EJH | .40 | Conference with J. Statham regarding potential claims against third parties and findings to date. |
| 07/07/08 | DDG | 2.50 | Retrieved materials from Chesterfield and returned to Legisi office suite; retrieved Comcast modem and check Legisi office suites; returned modem to Comcast; e-mail to J. Statham to forward receipt for return of modem; review and response to e-mails from B. Dunn regarding appraisals and walk-through; conference with V. Petrusha regarding investor database records; review and response to J. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page  11

|          |     |      | Statham's e-mail regarding investor database received from U.S. Attorney's office. |
|----------|-----|------|---|
| 07/07/08 | JAS | .40  | Conference with E. Hood regarding potential causes of action. |
| 07/08/08 | DDG | 3.30 | Conference with V. Petrusha regarding release of funds from vault for deposit; follow-up conference with S. Lee regarding same; review file memo regarding status of tenants' position on notice to quit; review and response to e-mail regarding schedule for appraisals; review and response to e-mails regarding location of property purchase by Lindenwood; review and response to e-mails regarding master deed for Legisi office suites and association covenant; walk-through for 331 Andrea for quality of care assessment; e-mail to update B. Dunn and B. Muller regarding same; follow-up with R. Lucaj regarding status of evaluation of external hard drive; review correspondence regarding Teahout security invoice and forward same to J. Statham for payment; review and response to J. Statham's follow-up e-mail regarding ongoing security services. |
| 07/08/08 | JDA | .90  | Telephone conference with W. Cowden regarding E. Gold funds; review of real estate and lease issues memo. |
| 07/08/08 | WBD | 3.30 | Confer with Andrea resident about appraisal - two calls(.6); contact tenants regarding appraisal schedule(.9); discuss occupancy and rental decisions with J Applebaum(.7); prepare decision tree on occupancy(.3); confer with prospective realtor(.3), coordinate realtor information with B Muller(.5). |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 07/08/08 | JDA | .60 | Office conference with W. Dunn regarding resident real estate issues; correspondence from B. Muller regarding same. |
| 07/09/08 | DDG | 1.30 | Conference with R. Rytman to reserve time to review Legisi documents; review of Legisi records at Veritas regarding vacant land purchased by Veritas and master deed applicable to Legisi office suites; review report prepared by Veritas for proposed sale of Legisi vehicles; follow-up conference with R. Rytman regarding proposed sale to request inclusion of ATVs; e-mail to J. Applebaum and J. Statham for forward Veritas report and advise that ATVs will be included. |
| 07/10/08 | JDA | .90 | Correspondence with investors; review of real estate issues; office conference with W. Dunn regarding same. |
| 07/10/08 | DDG | 4.80 | Review and response to e-mail from B. Muller and B. Dunn regarding schedule for remaining appraisal of residential properties; conference with appraisers regarding same; walk through of Miller Road, Barret, and Spingdale properties; e-mail to B. Muller and B. Dunn to provide condition assessment of same; review revised Veritas report regarding revised sale of Legisi vehicles; e-mail to forward same to J. Applebaum and J. Statham; review e-mails regarding Bistricky mortgage payments, master deed for Legisi office suites, site plan for vacant land purchased by Lindewood, and status of availability of external hard drive for search of documents. |
| 07/10/08 | WBD | 3.60 | Prepare tenancy letter to occupants of 331 Andrea.(1.0) Complete corrections of management agreement and circulate for comment. (.8) Review available mortgage information, consider available remedies and prepare proposal to K. Bistricky regarding mortgage |

# CLARK HILL P.L.C.

holdings.(1.8)

| Date | Init. | Hours | Description |
|---|---|---|---|
| 07/11/08 | WBD | 1.80 | Review report on inspections of rental units (.4); direct contact with appraiser (.1); communicate with client regarding obtaining possession (.4). Prepare letters to rental occupants regarding vacation of properties.(.7) Review Management Agreement with B Muller.(.2) |
| 07/11/08 | JDA | .80 | Review memos and correspondence regarding open real estate issues; office conference with W. Dunn regarding same. |
| 07/11/08 | JDA | .50 | Correspondence from J. Birkenheier and review of motion to strike. |
| 07/11/08 | JDA | .20 | Correspondence to J. Hunter regarding timing and status issues. |
| 07/11/08 | JAS | .50 | Conference with IT Professionals regarding copying of hard drives. |
| 07/14/08 | JAS | 5.70 | Retrieve and review Egold list; correspondence to and from XRoads regarding compilation of master service list; telephone conferences with Veritas regarding asset search; review information regarding pricing and methods for asset search; attention to receipt of Sargents title check; review information received from Veritas regarding vehicle sale; review law regarding method to be used to sell personal property; review motion to appoint receiver filed by SEC for additional case background; correspondence to and from Telemus regarding liquidation of OTC stocks. |
| 07/14/08 | BJM | 1.00 | Coordinate receipt of appraisals; review same; coordinate finalization of property management agreement; correspond regarding same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 07/14/08 | DDG | .80 | Responded to e-mails from B. Muller regarding contact at Innovative for property management agreement; review and responded to e-mails from J. Statham regarding investors and asset search by Veritas; forwarded Legisi keys to J. Statham and e-mail to team regarding same; sent FedEx package to Agent A. Knudson; e-mail to J. Statham regarding personnel files for Legisi employees; review and responded to e-mail from R. Rytman regarding new keys for ATVs and forwarded same to J. Statham for attention. |
| 07/14/08 | WBD | .20 | Review management company alternatives with B Muller. |
| 07/14/08 | JDA | .40 | Telephone conference with J. OÆKeefe regarding fee invoices and Pacific Asia trading; correspondence to Telemus regarding same. |
| 07/15/08 | JDA | .70 | Office conference with J. Statham regarding international investigations; notice and service list and related issues; correspondence to J. O'Keefe regarding same. |
| 07/15/08 | WBD | 1.10 | Advise client regarding mortgage remedies, how to pursue receivership(.3); confer with K Fanning about preparation of motion and requirements of state law on receiverships(.3); prepare memo to counsel group on elements of motion, proposed order(.5). |
| 07/15/08 | KASF | 2.10 | Communication regarding various receivership and related issues with W. Dunn; analysis of order, mortgages, and related documents. |
| 07/15/08 | BJM | 1.60 | Coordinate receipt of appraisals; review same; coordinate finalization of property management agreement; correspond regarding same. |

# CLARK HILL P.L.C.

| Date | Initials | Hours | Description |
|---|---|---|---|
| 07/16/08 | JAS | 1.50 | Telephone conference with J. Applebaum and R. Stone regarding plan of liquidation of assets; telephone conference with Veritas regarding investigation (x2); review SEC Motion for asset freeze. |
| 07/16/08 | KASF | 3.10 | Analysis of pleadings, memoranda, and related information regarding assets and liquidation status; research and analysis of receivership issues and options concerning same; work on draft of pleadings. |
| 07/16/08 | JDA | .30 | Telephone conference with R. Stone regarding stock liquidations. |
| 07/17/08 | KASF | 2.90 | Finalize motion and brief in support regarding residential mortgages in Flint and receivership regarding same. |
| 07/17/08 | WBD | 1.10 | Confer with broker about purchase of 5045 Barrett, method of offer, file notes(.3). Review appraisals of 5 properties and process invoices(.8). |
| 07/18/08 | WBD | .20 | Review of proposed pleadings for receivership over mortgaged property. |
| 07/21/08 | WBD | 1.40 | Review and markup proposed pleadings for receivership of mortgaged properties(.9). Advise K Fanning and J Applebaum about suggested changes(.1). Confer with K. Bistricky regarding mortgage enforcement and regarding offer on Linden Road property.3), review closing data(.1) |
| 07/21/08 | JAS | 3.00 | Review documents received from SEC regarding Legisi investments, draft summary for E. Hood. |
| 07/21/08 | KASF | .90 | Attention to motion and brief regarding receiver and residential foreclosure issues; communications with W. Dunn and J. Applebaum. |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page 16

| 07/22/08 | KASF | 1.10 | Work on foreclosure matters; communication with J. Applebaum. |
|---|---|---|---|
| 07/22/08 | BJM | 1.30 | Coordinate appraisal inspections and property management issues; correspond regarding same. |
| 07/22/08 | EJH | .60 | Review and analysis of memorandum from J. Statham; comment regarding same |
| 07/22/08 | JDA | .30 | Correspondence with K. Fanning regarding Genesee county property issues. |
| 07/22/08 | JDA | .30 | Telephone conference and correspondence with J. Statham regarding defense costs. |
| 07/22/08 | WBD | .70 | Review memo regarding stop payment on rent of 331 Andrea, prepare 7-day notice. (.3) Reviews listing status with B Muller and determine how to facilitate showing of property. (.4). |
| 07/22/08 | JAS | 5.20 | Telephone conference with Baker Insurance Agency (x2); respond to investor inquiries; review and summarize All American investment documents received from SEC; review additional SEC documents related to potential asset search; telephone conference with SEC; email to J. Applebaum regarding same; attention to real estate matter; location of Keys and status of building contents; voicemail to Veritas; follow up with R. Stone regarding plan of liquidation; attention to copying of hard drive; emails to and from J. OÆKeefe regarding same. |
| 07/22/08 | JAS | 1.50 | Review SEC Exhibits to Complaint including sources and uses pages. |
| 07/23/08 | JDA | .80 | Telephone conference with R. Scott and telephone conference with T. Evangelista regarding refinancing and claim issues. |

| | | | |
|---|---|---|---|
| 07/23/08 | WBD | .30 | Confirm with B Muller status of listing of Miller Road commercial property, response of management company to proposed contract. |
| 07/23/08 | BJM | 3.40 | Attend and facilitate inspection and appraisal of Flint office of Legisi; correspond regarding property management agreement. |
| 07/23/08 | KASF | 1.70 | Analysis of Federal common law issues and incorporate same into brief. |
| 07/23/08 | JAS | .30 | Conference with B. Muller regarding Legisi Real Estate and appraisals. |
| 07/23/08 | JAS | 1.00 | Further review Sierra accounting statements. |
| 07/24/08 | KASF | 1.70 | Analysis of SEC's brief in support of appointment of receiver for federal authority and related information for addition to brief in support of clarification of powers of receiver; interface with J. Applebaum regarding same; analysis of related federal law materials and update research. |
| 07/24/08 | BJM | .40 | Correspond with appraiser. |
| 07/24/08 | WBD | .40 | Review further options regarding management of properties(.2); review payment records regarding 331(.2). |
| 07/25/08 | JAS | .50 | Strategize possible causes of action on behalf of Estate. |
| 07/28/08 | KASF | 1.90 | Prepare final revisions to motion, brief, proposed order and related pleadings concerning receivership over residential properties in Genesse County; interface with staff regarding filing of same. |
| 07/28/08 | BJM | .90 | Correspond with property management companies. |

# CLARK HILL P.L.C.

| 07/28/08 | JAS | 3.80 | Attention to recovery and review of Legisi internal documents; prepare subpoenas for eBullion; research regarding eBullion and Goldfinger Coin & Bullion, Inc; voicemail to J. Rubiner. |
|---|---|---|---|
| 07/29/08 | BJM | .60 | Coordinate distribution of notices to quit; correspond with L. Bell-Guzzo regarding same. |
| 07/29/08 | KASF | .40 | Meeting with J. Applebaum regarding various final revisions and pleadings. |
| 07/29/08 | JAS | 1.00 | Attention to valuation of Mercedes Benz. Review information received from R. Stone regarding SEC Rule 144. E-mail to and from R. Stone regarding disposition of stocks and report regarding same. |
| 07/29/08 | JDA | .50 | Conference with J. Statham regarding computer records analyses. |
| 07/29/08 | JDA | .50 | Review and revise draft motion regarding Receiver's authority over foreclosed property; conference with K. Fanning regarding same. |
| 07/29/08 | JDA | .20 | Correspondence with W. Cowden, U.S. Attorney, regarding E-Gold account transfer. |
| 07/30/08 | WBD | 1.50 | Meet with counsel team regarding real estate matters status.(.7)  Confer occupant of 331 Andrea regarding purchase of property, appraised value.(.4) Confer B Muller about appraisals, management contacts.(.4) |
| 07/30/08 | BJM | 2.50 | Prepare for and attend status conference; draft and prepare memorandum summary of status of real estate items; correspond with property managers; correspond with appraiser. |

| 07/30/08 | JDA | 2.00 | Office conference with Receiver and counsel regarding status of case and liquidation of real and personal property. |
| 07/30/08 | JAS | 6.20 | Review imaged hard drives of Legisi computers; multiple telephone conferences with J. O'Keefe regarding same; conference with J. Applebaum regarding same; telephone conference with R. Stone regarding stock disposition. |
| 07/31/08 | JAS | .80 | Attention to valuation and potential sale of Mercedes. Multiple conferences with. A. Kremer regarding her discussions with various dealerships. |
| 07/31/08 | JDA | 1.20 | Review/revise draft motion to establish bar date, approve notice and claim form and related matters; office conference with J. Statham regarding same. |
| 07/31/08 | JDA | .40 | Telephone conference with A. Robb and R. Roth regarding motion to approve payment of fees for McKnight's counsel. |
| 07/31/08 | JDA | .40 | Review memorandum regarding Royal Palm and Sierra investments. |
| 07/31/08 | WBD | 1.00 | Confer occupant about notice to quit and prepare letter revoking notice(.5). Review notices with B Muller. (.2) Review appraisal information and direct retention of selling broker. (.3) |

| B191 | Litigation | | |
| --- | --- | --- | --- |
| 07/02/08 | JDA | .30 | Office conference with J. O'Keefe regarding open litigation issues. |
| 07/08/08 | JDA | .70 | Correspondence to J. O'Keefe regarding entity related defendants and service confirmation; telephone conference with J. Birkenheier regarding same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page  20

| 07/13/08 | EJH | .90 | Review various pleadings in connection with SEC enforcement action; review recent decision on fraudulent transfer issue. |
| 07/15/08 | EJH | .50 | Follow up with witness regarding potential claim; review computer directories. |
| 07/23/08 | JDA | .40 | Office conference with J. Statham regarding defense costs. |

B310     Claims Administration - General

| 07/08/08 | JDA | .80 | Office conference with J. Statham regarding claims and notice issues. |
| 07/08/08 | JAS | 1.00 | Revise claims bar motion. |
| 07/31/08 | JAS | .30 | Conference with J. Applebaum regarding claim reconciliation and filing procedure and motion regarding same. |

$55,309.05

## TIMEKEEPER SUMMARY

Client Name          Robert D. Gordon, Receiver

Matter Description   McKnight/ Legisi

Service Period       07/01/08 thru 07/31/08

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $356 | 3.3 | $1,173 |
| | Edward J. Hood | $302 | 2.3 | $693 |
| | Valentina Petrusha | $149 | 25.1 | $3,727 |
| | Jami Ann Statham | $171 | 55.8 | $9,542 |
| | TOTAL | | 86.5 | $15,136 |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 22, 2008
INVOICE # 321369
Page  21

| B130 | Asset Disposition | | | |
|------|-------------------|------|------|--------|
| | William B. Dunn | $473 | 3.0 | $1,418 |
| | Brandon J. Muller | $180 | 18.9 | $3,402 |
| | Jami Ann Statham | $171 | 4.0 | $684 |
| | TOTAL | | 25.9 | $5,504 |

| B171 | Employment/Fee Applications of Debtor | | | |
|------|---------------------------------------|------|-----|------|
| | Jami Ann Statham | $171 | .5 | $86 |
| | TOTAL | | .5 | $86 |

| B180 | Asset Analysis and Recovery | | | |
|------|------------------------------|------|------|---------|
| | Joel D. Applebaum | $356 | 13.9 | $4,941 |
| | William B. Dunn | $473 | 25.9 | $12,238 |
| | Kevin A. S. Fanning | $234 | 15.8 | $3,697 |
| | Danon D. Goodrum | $225 | 18.5 | $4,163 |
| | Edward J. Hood | $302 | 1.0 | $302 |
| | Brandon J. Muller | $180 | 11.7 | $2,106 |
| | Jami Ann Statham | $171 | 33.4 | $5,711 |
| | TOTAL | | 120.2 | $33,158 |

| B191 | Litigation | | | |
|------|------------|------|-----|------|
| | Joel D. Applebaum | $356 | 1.4 | $498 |
| | Edward J. Hood | $302 | 1.4 | $422 |
| | TOTAL | | 2.8 | $920 |

| B310 | Claims Administration - General | | | |
|------|----------------------------------|------|-----|------|
| | Joel D. Applebaum | $356 | .8 | $284 |
| | Jami Ann Statham | $171 | 1.3 | $222 |
| | TOTAL | | 2.1 | $507 |

| ACTIVITY TOTAL | | | 238.0 | $55,309 |
|----------------|--|--|-------|---------|