# AUGUST



## CLARK HILL
PLC
ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed. ID # 38-0425840

### INVOICE

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226

Invoice #     325670
September 30, 2008
Client:       30711
Matter:       122570

===================================================================

RE:    McKnight / Legisi

FOR SERVICES RENDERED through August 31, 2008

| | |
|---|---|
| Total Services: | $69,578.50 |
| Less 10% Discount (per engagement agreement): | -$6,957.85 |
| Net Services : | $62,620.65 |

FOR EXPENSES INCURRED OR ADVANCED:

| | | |
|---|---|---|
| Federal Express/UPS | $47.78 | |
| Locksmith | $21.73 | |
| Total Expenses: | | $69.51 |

STATEMENT TOTAL                                 $62,690.16

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| **B110** | **Case Administration** | | |
| 07/07/08 | JAS | 2.20 | Meeting with E. Hood; review investor list; emails to and from V. Petrusha and D. Goodrum; conference with J. Applebaum regarding claims; research w-9 forms who and under what circumstances w9's must be filed. |
| 07/15/08 | JDA | .30 | Office conference with J. Statham regarding claims issues; correspondence to J. O'Keefe regarding revised Veritas and XRoads invoices. |
| 08/01/08 | VP | .80 | Review email from mBank and the attached July transaction and compare with our records; email to R. Gordon forwarding Legisi account information from mBank; review email from J. Statham and attention to providing account information to J. Applebaum; review email from R. Gordon requesting additional accounting information; review email from R. Gordon to J. Kerchoff authorizing V. Petrusha and J. Statham to have access to statements from mBank; further work with accounting in connection with finalizing cell spreadsheet for the two Legisi accounts and the two McKnight accounts; conferences(x2) with mBank regarding status of forwarding the requested statements to R. Gordon. |
| 08/01/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page 3

| Date | Init. | Hours | Description |
|---|---|---|---|
| 08/01/08 | JAS | 4.20 | Draft and revise first report and account. Attention to recovery of relevant banking documents necessary for first report and account. Multiple emails to and from V. Petrusha and R. Gordon regarding same. |
| 08/01/08 | JAS | .30 | Telephone conference with J. Rubiner of E-Bullion regarding subpoena. |
| 08/04/08 | JAS | .50 | Multiple emails to and from XRoads regarding database; conference with L. Bell Guzzo regarding same; emails to and from receiver regarding case status. |
| 08/04/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/05/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/05/08 | JAS | .50 | Research regarding stock. |
| 08/05/08 | JAS | .50 | Revise first report and account. |
| 08/05/08 | JAS | .20 | Email and voicemail to J. O'Keefe. |
| 08/05/08 | JAS | .20 | Emails to and from Veritas. |
| 08/05/08 | LBG | .30 | Email correspondence to various investor inquiries. |
| 08/06/08 | LBG | 2.00 | Numerous emails to investors regarding status of case. |
| 08/06/08 | JDA | .50 | Office conference with J. Statham regarding First Interim Report, computer server and offshore asset retrieval issues. |
| 08/06/08 | JAS | .60 | Telephone conference with M. Pascoe and follow up conference L. Bell-Guzzo regarding review of investor inquiries and method for handling input of investor information into database and response to emails. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page   4

| 08/06/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/07/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/07/08 | JAS | 1.70 | Conference call with J. Applebaum, R. Gordon, J. Birkenheier, and J. O'Keefe regarding case status and next steps to be taken. |
| 08/07/08 | JAS | 3.40 | Conference call with J. O'Keefe regarding documents received from Sierra, review of same documents. |
| 08/07/08 | JAS | .50 | Email conference with M. Pascoe regarding notice to be sent to all Legisi investors we have complete contact information for. Review draft message to be sent. |
| 08/07/08 | LBG | .50 | Attention to responding to investors email inquiries. |
| 08/07/08 | VP | 3.30 | Review incoming mail directed to Legisi and/or McKnight; organize invoices to be paid; conference with property management company regarding invoices, payment books, no penalty payments, etc.; additional file organization; conference with lawn service in connection with ascertaining number of properties attended to. |
| 08/08/08 | VP | 5.50 | Review and organization of invoices; attention to payment of various invoices; conferences with B. Muller regarding properties and 2008 summer property taxes; conference with J. Statham regarding medical insurance invoice; conference with L. Bell-Guzzo regarding additional investor responses; meet with R. Gordon to execute checks in payment of invoices; update file material; preparation of accounting binder. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page   5

| 08/08/08 | LBG | 1.70 | Attention to responding to numerous investors email inquiries. |
|----------|-----|------|---|
| 08/08/08 | JAS | 3.20 | Draft case summary memo. |
| 08/08/08 | JAS | .70 | Revise First Report and Account. |
| 08/08/08 | JAS | .50 | Email and office conference with J. Applebaum regarding pending issues. |
| 08/08/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/10/08 | JDA | .60 | Review and revise First Interim Report and Accounting. |
| 08/11/08 | LBG | .90 | Review and forward numerous investors' contact information for insertion into the database; sent responsive emails to various questions presented therein. |
| 08/11/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/11/08 | JAS | .70 | Telephone conference with A. Robb regarding server and McKnight expenses; multiple emails to and from A. Robb regarding same. |
| 08/12/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/12/08 | LBG | .70 | Review and forward numerous investors' contact information for insertion into the database; email correspondence sent answering various investor inquiries. |
| 08/13/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/14/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 08/14/08 | LBG | 1.50 | Attend and participate in team meeting regarding status on various issues and action going forward. |
| 08/14/08 | JAS | 2.00 | Attend Legisi team meeting. Review Xroads invoice. Request S. Washington to submit follow up questions regarding same. |
| 08/15/08 | JAS | 4.00 | Revise First Report and Account. Conference with the Receiver regarding same. Review monthly fee statement received from Xroads. Email to and from M. Pascoe regarding same. Review prior monthly fee statement submitted by Xroads. Conference with V. Petrusha regarding payment of monthly fee statements of Veritas and Xroads. |
| 08/15/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/18/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/18/08 | JAS | 3.20 | Respond to investor inquiries via telephone conferences; conference with the Receiver regarding server information and bill payment ; email to and from M. Pascoe regarding database; Further review XRoads monthly fee statement. |
| 08/19/08 | JAS | .30 | Review and respond to email from P. Lucas regarding Veritas payment; email to S. Washington and V. Petrusha regarding same; conference with S. Washington regarding system for payment of professionals. |
| 08/19/08 | JAS | .50 | Conference with the Receiver regarding pending issues. |
| 08/19/08 | JAS | 1.50 | Respond to investor inquiries; telephone conferences with seven investors. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page   7

| 08/19/08 | JAS | .50 | Review Legisi bills. |
|----------|-----|------|----------------------|
| 08/19/08 | JAS | .20 | Revise first report and account; review email from V. Petrusha regarding sale of commodities futures. |
| 08/19/08 | VP | .10 | Review 2008 official summer tax receipt from Gaines Township for payment of taxes on property Hill Road (10-11-100-014); attention to filing same. |
| 08/19/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/20/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/20/08 | VP | 2.10 | Review invoices from Veritas and Clark Hill, attention to processing same for payment; update payment ledger; conference R. Gordon; conference with J. Statham; conference with lawn service requesting that they continue to cut grass for the two properties until further notice, conference with B. Muller regarding same and identifying other monthly contracts, email to B. Muller regarding same. |
| 08/20/08 | JAS | .50 | Telephone conference with investor M. Calderise. Email to M. Pascoe regarding investor's contact information. Conference with L. Bell Guzzo regarding same. |
| 08/20/08 | JAS | .50 | Conference with the Receiver regarding pending issues. Review procedure for issuing checks. Conference with V. Petrusha regarding same. |
| 08/20/08 | LBG | 1.00 | Review and forward numerous investors' contact information for insertion into the database; email correspondence to various investors responding to their questions. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 08/21/08 | JAS | .90 | Review correspondence received from Michigan Department of Treasury. Research regarding Receiver's obligation to pay tax liabilities. Email to and from A. Robb regarding status of McKnight personal taxes. Email to J. Applebaum regarding same. |
| 08/21/08 | JAS | 1.00 | Revise First Report and Account, recover and attach exhibit to First Report and Account. Review information regarding exact amount of funds received on account of sale of property. Telephone conference with mBank regarding account information. Email to and from J. Applebaum regarding filing of First Report and Account. |
| 08/21/08 | JAS | .30 | Telephone conference with investor R. Fernandez. Review R. Fernandez Legisi records. |
| 08/21/08 | JAS | .50 | Research regarding receivership issues. |
| 08/21/08 | VP | .30 | Meet with S. Lee to further discuss transaction spreadsheet. |
| 08/21/08 | VP | .20 | Review and attention to mail directed to G. McKnight, Legisi Marketing, D. Burton c/o Legisi Marketing, etc. |
| 08/21/08 | LBG | .50 | Respond to numerous investor inquiries; forward contact information to XRoads for entry into database. |
| 08/22/08 | LBG | 1.50 | Attention to responding to investor inquiries received by XRoads; telephone call with R. Carver (blind investor) regarding updates; conference with P. Blair (investor) regarding updates on case. |
| 08/22/08 | LBG | .70 | Forward information to XRoads for database; respond to numerous investor inquiries. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page   9

| 08/22/08 | JAS | 1.20 | Conferences with the Receiver regarding pending issues. Conference with L. Bell Guzzo regarding investor inquiries. Email to M. Pascoe regarding database administration. Respond to investor inquiry. Review mail received. Email to V. Petrusha regarding same. Review email summarizing database status from M. Pascoe. |
| 08/25/08 | JAS | .30 | Telephone conference with investor. Conference with B. Muller regarding contents of office suite. |
| 08/25/08 | JAS | .60 | Conference with J. Applebaum regarding unemployment and tax matters. Conference with L. Bell-Guzzo regarding investor. Telephone conference with C. Murphy. |
| 08/25/08 | JAS | .20 | Additional telephone conference with J. O'Keefe regarding production of documents. |
| 08/25/08 | JAS | .50 | Conference with the Receiver regarding case administration.  Review fax received from investor. Email to L. Bell Guzzo regarding same. Review notice from Blue Cross. Email to A. Robb regarding same. |
| 08/25/08 | JAS | .30 | Review emails received from Sierra. |
| 08/25/08 | JAS | .20 | Attention to investor inquiries received from L. Bell Guzzo. |
| 08/25/08 | LBG | .30 | Telephone call with J. Hanson (investor) regarding questions on receivership. |
| 08/25/08 | LBG | .20 | Telephone call with M. Gaffey (investor) regarding proof of investment for divorce lawyer. |
| 08/25/08 | LBG | 1.80 | Attention to forwarding numerous investors' contact information to XRoads for entry into database; respond to investor inquiries. |

# CLARK HILL P.L.C.

| Date | Initials | Hours | Description |
|---|---|---|---|
| 08/26/08 | LBG | .10 | Telephone call with M. Gaffey (investor) regarding divorce attorney's contact with Receiver's attorney. |
| 08/26/08 | JAS | .30 | Review and respond to email regarding bookkeeping.  Attention to issuance of checks for receiver. |
| 08/26/08 | JAS | .50 | Respond to investor inquiries. |
| 08/26/08 | JAS | .40 | Emails to and from R. Roth regarding payment of fees and related motion. Conference with J. Applebaum regarding same. |
| 08/26/08 | JAS | .30 | Review and email background information to C. Murphy. |
| 08/27/08 | JAS | .50 | Attention to review of Receiver's subpoena power. |
| 08/27/08 | JAS | .50 | Review correspondence related to Legisi tax, workers compensation, and unemployment issues. Conference with J. Applebaum regarding same. Correspondence to D. Cessante and D. Bretz regarding same. |
| 08/27/08 | JAS | .70 | Telephone conferences with investors. |
| 08/27/08 | JAS | .10 | Email to and from R. Lucaj regarding copying of server. |
| 08/28/08 | JAS | 1.00 | Telephone conferences with investors. Email to M. Pascoe regarding database. |
| 08/28/08 | JAS | .30 | Read and respond to email from T. Brady regarding unemployment and workers compensation matters. Further review of letter received from workers compensation agency. |
| 08/28/08 | JAS | .60 | Draft and Revise letter to Workers Compensation Agency regarding Legisi Receivership. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page  11

| 08/28/08 | LBG | .40 | Attention to responding to misdirected investor emails from M. Pascoe of XRoads. |
|---|---|---|---|
| 08/28/08 | LBG | .20 | Telephone call with A. Pollock (investor) regarding status and procedures going forward. |
| 08/28/08 | JAS | .30 | Review memo received from Telemus Capital Partners.  Email to J. Applebaum and R. Gordon regarding same. |
| 08/28/08 | JAS | .30 | Voicemail from and telephone conference with investor A. Pollack. |

| B130 | Asset Disposition | | |
|---|---|---|---|
| 08/01/08 | DKC | .40 | Conference with R. Gordon; advice regarding application of Rule 144 to penny stocks in which receiver owns greater than 10% interest in the registrant. |
| 08/01/08 | JAS | 1.20 | Attention to valuation of Mercedes. Multiple conferences with A. Kremer regarding obtaining offers from various Mercedes dealerships. Telephone conference with Mercedes of St. Clair shores regarding offer and inspection. |
| 08/04/08 | DKC | 3.50 | Prepare for meeting with R. Stone; reviewed J. Statham memorandum, researched compliance with filing requirements and affiliate status for Rule 144 purposes; consideration of causes of action under securities laws. |
| 08/05/08 | DKC | 4.00 | Prepare for and attend meeting in Southfield with Telemus Capital persons R. Stone, D. Plas, Nardusi, R. Gordon, J. Applebaum and J. Statham; planned strategy for obtaining Rule 144 legal opinions, selling securities and other causes of action; prepare for and attend conference call with B. Rosetto. |
| 08/05/08 | JDA | 2.00 | Meeting at Telemus with R. Stone et al regarding stock holdings. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page 12

| 08/05/08 | JAS | .30 | Email to and from R. Stone. |
| 08/05/08 | JAS | .20 | Telephone conference with Mercedes of SCS. |
| 08/06/08 | JAS | 1.40 | Attention to research regarding local listing prices for Mercedes S550. Attention to creation of Autotrader account and listing. Conference with B. Muller regarding real estate assets. |
| 08/06/08 | JAS | .50 | Office conference with J. Applebaum regarding First Report, account and pending issues. |
| 08/08/08 | JAS | .20 | Conference with B. Muller regarding sale of property. |
| 08/08/08 | JDA | .30 | Conference with B. Muller regarding Barrett property sale. |
| 08/14/08 | JAS | 1.00 | Emails to and from J. Birkenheier and J. O'Keefe regarding sale of property. Emails to and from B. Muller regarding purchase agreement. Conference with J. Applebaum regarding language to be included within purchase agreement. Draft same. |
| 08/19/08 | JAS | .20 | Email to J. Jayakar a regarding Mercedes; voicemail to C. Knoll regarding same. |
| 08/19/08 | BJM | .60 | Correspond with buyer's realtor regarding purchase agreement for 5045 Barrett. |
| 08/20/08 | JAS | .20 | Voicemails from National Enterprise regarding Mercedes listing. Two calls to National Enterprise regarding same. |
| 08/22/08 | JAS | 1.20 | Review update regarding real estate assets received from B. Muller. Multiple telephone conferences with C. Knoll regarding Mercedes. Review offer to purchase received from C. Knoll and related CarFax report. Draft email to Receiver and J. Applebaum regarding terms of sale and status of marketing |

|          |     |       |                                                                                                                                                                                      |
|----------|-----|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |       | efforts. Review D. Burton purchase agreement language regarding source of proceeds used to purchase real property.                                                                    |
| 08/22/08 | BJM | 1.80  | Correspond with J. Statham regarding proceeds from sale of Chesterfield property; draft and prepare signature pages to purchase agreement and addenda; confer with R. Gordon regarding execution of purchase agreement and addenda. |
| 08/25/08 | JAS | .40   | Telephone conference with C. Knoll. Email to R. Gordon and J. Applebaum regarding same. Conference with J. Applebaum regarding counteroffer.                                          |
| 08/25/08 | JAS | .20   | Email to and from the Receiver regarding disposition of Mercedes and current status of offer.                                                                                        |
| 08/26/08 | JAS | .10   | Voicemail to C. Knoll.                                                                                                                                                                |
| 08/26/08 | JAS | .20   | Voicemail from Specialty Network. Return call to Specialty Network.                                                                                                                  |
| 08/27/08 | JAS | .80   | Email to and from G. Yatooma regarding disposition of Mercedes. Email to J. Applebaum and R. Gordon regarding same. Telephone conference with G. Yatooma regarding market for luxury vehicles. Follow up conference with the receiver. |
| 08/28/08 | JAS | 1.60  | Conference with J. Applebaum and Conference with B. Muller regarding sale of 5045 Barrett property. Draft Motion to Sell 5045 Barrett property.                                      |
| 08/28/08 | JAS | .20   | Read and respond to email from G. Yatooma regarding interest in Mercedes.                                                                                                            |
| 08/28/08 | JAS | .20   | Email to and from G. Yatooma regarding inspection of Mercedes.                                                                                                                       |
| 08/28/08 | BJM | 1.10  | Confer with J. Statham regarding Motion to Sell 5045 Barrett; review and revise Motion to Sell.                                                                                      |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 08/29/08 | JAS | .20 | Email from J. Applebaum regarding Mercedes. Email from J. Applebaum regarding stockholdings. |
| 08/31/08 | JAS | .40 | Emails to and from B. Muller regarding motion to sell property. Review motion to sell. Email to J. Applebaum regarding the same. |

**B180      Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 07/23/08 | JDA | 1.20 | Review motion regarding powers over Genesee County real property; office conference with K. Fanning regarding same. |
| 08/01/08 | WBD | .30 | Call to occupant of Andrea property to move boat to avoid citation of owner. |
| 08/01/08 | EJH | 1.20 | Review and analysis of background documents. |
| 08/01/08 | JDA | .80 | Review and revise First Interim Report of Receiver. |
| 08/01/08 | JDA | .40 | Correspondence from V. Petrusha and review of bank account reports. |
| 08/02/08 | EJH | 3.10 | Continued review and analysis of background documents. |
| 08/03/08 | EJH | .40 | Review and analysis of All-American documents. |
| 08/04/08 | JDA | .50 | Review and revise Report of Stock Holdings. |
| 08/04/08 | JDA | 1.10 | Review of memorandum and exhibits regarding Sierra related investments and preparation for Telemus meeting. |
| 08/04/08 | EJH | 4.70 | Preparation for and meeting with J. Statham regarding All-American and Royal Palm; review memoranda regarding same; email correspondence with B. Rosetto regarding All-American and Royal Palm investments; review background documents; email to SEC regarding background documents; review |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page  15

|           |     |      | memorandum from J. Statham regarding Legisi stock holdings. |
|-----------|-----|------|-------------------------------------------------------------|
| 08/04/08  | BJM | 2.00 | Review and revise documents related to offer to purchase property at 3045 Barret, property management services and real estate broker listings; correspond regarding same; correspond regarding commercial appraisals. |
| 08/04/08  | JAS | 4.00 | Meeting with E. Hood regarding All American; multiple voicemails to and from E. Hood and B. Rosetto regarding conference call 8/5/08; review All American notes; subscription agreement and waiver in preparation for tomorrows call. |
| 08/04/08  | JAS | 1.50 | Prepare summary of stock holdings for R. Gordon, K. Crenshaw, J. Applebaum; review sources and uses chart; and Sierra accounts statements to confirm stock holdings and sales of former holdings. |
| 08/04/08  | JAS | .20  | Telephone conference with J. O'Keefe regarding All American. |
| 08/04/08  | JAS | 2.00 | Conference and research along with K. Crenshaw regarding ability to sell stocks. |
| 08/05/08  | JAS | 4.50 | Meeting with Telemus; conference call with B. Rosetto; conference with J. Applebaum and E. Hood prior to; follow up discussion to conference call. |
| 08/05/08  | JAS | .50  | Review additional information received from B. Rosetto regarding PC Universe. |
| 08/05/08  | EJH | 4.90 | Preparation for and conference with B. Rosetto regarding Royal Palm investments; review documents forwarded by B. Rosetto; review computer disc information. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page 16

| | | | |
|---|---|---|---|
| 08/05/08 | KASF | .50 | Finalize issues with J. Applebaum regarding motion regarding receiver of residential real estate. |
| 08/05/08 | JDA | .60 | Office conference with E. Hood and conference with call with B. Rosetto regarding Florida/Sierra investments. |
| 08/05/08 | JDA | .40 | Correspondence with D. Plas regarding stock restrictions and correspondence with J. Statham regarding First Interim Report. |
| 08/06/08 | JDA | .30 | Telephone conference with A. Robb and R. Roth regarding Panamanian computer server retrieval. |
| 08/06/08 | WBD | .20 | Review management company choices, Barrett offer and progress with listings with B. Muller. |
| 08/06/08 | EJH | 5.70 | Legal research regarding third party claims; preparation of memorandum regarding same. |
| 08/06/08 | BJM | 1.60 | Review and revise documents related to offer to purchase property at 3045 Barret, property management services and real estate broker listings; correspond regarding same; correspond regarding commercial appraisals. |
| 08/06/08 | JAS | 4.50 | Telephone conference with B. Rosetto regarding Royal Palm investment, All American, and additional stocks. Telephone conference with J. O'Keefe regarding documents received from Sierra and All American. Arrange for conference call with the SEC. Review and assemble offering documents received regarding Legisi investment in Tactical Solutions. Emails to and from A. Robb and R. Roth. |
| 08/07/08 | JAS | .40 | Conference call with A. Robb [2] regarding access to Panamanian server. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 08/07/08 | JAS | .40 | Conference with E. Hood regarding All American loan and actions to be taken. |
| 08/07/08 | JAS | 1.00 | Research regarding availability of remote access to Panamanian Server. Multiple emails and conferences with R. Gordon and J. Applebaum regarding case status and actions to be taken. |
| 08/07/08 | EJH | .40 | Conference with J. Statham regarding additional information provided by attorneys. |
| 08/07/08 | JDA | 1.70 | Office conference with R. Gordon and J. Statham and conference call with same and J. Birkenheier. |
| 08/07/08 | KASF | 1.10 | Review and finalize motion and brief for filing with the court. |
| 08/07/08 | DKC | .40 | Conference with R. Gordon and J. Applebaum to consider causes of action to recover excessive Royal Palm fees and other matters. |
| 08/08/08 | DKC | 1.50 | Conferences with C. Moore, R. DiStefano regarding Rule 144 legal opinions for Brekford and Pacific Asia; conferences with J. Statham regarding various securities issues; consideration of possible causes of action against various parties. |
| 08/08/08 | JDA | .30 | Correspondence with D. Tucker regarding Securities fraud and related claims; office conference with J. Statham regarding property sale consideration. |
| 08/08/08 | JDA | .30 | Office conference with J. Statham regarding overseas computer access issues. |
| 08/08/08 | JDA | .40 | Multiple correspondence with B. Tanese regarding status of Wishnow discussions. |
| 08/08/08 | JDA | .20 | Correspondence from J. Statham regarding server and invoice issues. |

# CLARK HILL P.L.C.

| 08/08/08 | EJH | 3.20 | Review and analysis of documents regarding third parties. |
| 08/08/08 | BJM | 2.40 | Review and revise documents related to offer to purchase property at 3045 Barret, property management services and real estate broker listings; correspond regarding same; correspond regarding commercial appraisals; review and revise First Account; confer with J. Statham regarding same; correspond with V. Petrusha regarding payment of real estate-related invoices. |
| 08/08/08 | JAS | 1.50 | Review information on OTC stocks with K. Crenshaw. Telephone conferences with representatives of Brekford and Pacific Asia. |
| 08/09/08 | EJH | 3.20 | Continued review and analysis of background documents regarding potential third party claims. |
| 08/10/08 | JDA | .30 | Correspondence from E. Hood and correspondence from G. Nitzkin regarding Notice of Receivership. |
| 08/11/08 | JDA | .80 | Office conference with J. Statham regarding Veritas investigations; sale of real property issues; subpoenas to Florida investment companies. telephone conference with Telemus regarding report on SEC document request issues. |
| 08/11/08 | EJH | 6.70 | Review and analysis of documents forwarded by B. Rosetto regarding Royal Palm investment; research regarding same; conference with J. Statham and R. Lucaj regarding computerized documents; preparation of memorandum regarding Royal Palm. |
| 08/11/08 | KASF | .90 | Finalize e-filing of motion and brief; interface with J. Applebaum regarding same; letter to Bistrickys. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page  19

| 08/11/08 | JAS | 3.00 | Review balance sheets and appraisals received from B. Rosetto regarding Royal Palm investment; conference with J. Applebaum regarding Veritas investigation. |
|---|---|---|---|
| 08/11/08 | JAS | 1.00 | Review Royal Palm documents. |
| 08/11/08 | JAS | .70 | Conference with E. Hood and R. Lucaj regarding review of information contained on Legisi Hard drives. |
| 08/11/08 | JAS | .30 | Telephone conference with J. O'Keefe regarding case status, money transferred to Ikon, disposition of real estate assets, and information received regarding Royal Palm investment. |
| 08/11/08 | JAS | 1.00 | Examine documents referencing Ikon transfer. |
| 08/11/08 | JAS | 1.30 | Conference with J. Applebaum regarding Legisi action items. Telephone conference with D. Plas (Telemus) regarding information requested from NFS. |
| 08/11/08 | DFT | .80 | Review law memorandum regarding factual background of case. |
| 08/12/08 | JAS | 6.00 | Review  and analyze All American notes and related documents; correspondence to and from E. Hood and J. Applebaum regarding same; draft letters to B. Rosetto regarding interest due under the notes; revise letter to B. Rosetto regarding defaults. |
| 08/12/08 | JAS | .50 | Follow up with V. Petrusha regarding banking; email to and from D. Tucker regarding claims of the estate; attention to the rescheduling of conference call with D. Tucker. |
| 08/12/08 | JDA | .30 | Office conference with J. Statham regarding SEC investigation issues. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page 20

| | | | |
|---|---|---|---|
| 08/12/08 | JDA | .40 | Office conference with W. Dunn regarding Bistrickys motion and office conference with J. Statham regarding All American loan note defaults. |
| 08/12/08 | EJH | 4.40 | Preparation of memorandum regarding Royal Palm; research regarding same; review and analysis of emails from co-counsel; preparation of interest calculations; review emails from counsel for Royal Palm regarding related party tenant. |
| 08/13/08 | JAS | 4.00 | Review Royal Palm documents; conference with E. Hood regarding same; prepare for meeting with the Receiver. |
| 08/13/08 | EJH | 1.10 | Preparation of memorandum regarding All-American notes. |
| 08/13/08 | DFT | .20 | Review and respond to email regarding strategic conference call. |
| 08/14/08 | DFT | 1.00 | Participate in strategic conference call regarding potential causes of action in matter. |
| 08/14/08 | JDA | 1.30 | Preparation for and telephone conference with D. Tucker, R. Gordon, E. Hood regarding investigation and prosecution of securities fraud claims and related issues. |
| 08/14/08 | JDA | 1.50 | Team meeting regarding status of real estate, accounts litigation and related issues. |
| 08/14/08 | JDA | .60 | Review memorandum from Telemus regarding status of stock issues and NFS information. |
| 08/14/08 | WBD | 1.00 | Review progress on real estate retention and disposition plan, management, foreclosure remedy. |
| 08/14/08 | DKC | .30 | Reviewed Form 144 Representation Letter; conference with J. Statham regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page 21

| 08/14/08 | JAS | 4.00 | Conference with Receiver, D. Tucker, E. Hood, and J. Applebaum regarding claims of the estate. Research regarding case background and claims of the estate. Conference with K. Crenshaw regarding information requested by Telemus. Review background information. Email to R. Rytman of Veritas regarding investigation. Review records relating to IKON financial account. |
| --- | --- | --- | --- |
| 08/14/08 | EJH | 1.30 | Preparation for and meeting with receiver and counsel to discuss potential claims against third parties. |
| 08/14/08 | BJM | 4.40 | Prepare for and attend status conference; correspond with property manager and real estate broker; review documents and draft and prepare documents regarding same; confer with V. Petrusha regarding miscellaneous invoices related to the estate properties. |
| 08/15/08 | JAS | 1.00 | Revise letter to B. Rosetto. Email to E. Hood regarding same. Review memo received from D. Plas. Telephone conference with D. Plas regarding same. Review email received from S. Narduzzi regarding stock holdings. Email to and from R. Rytman regarding investigation. |
| 08/15/08 | JDA | .70 | Multiple correspondence with J. Statham regarding follow up issues. |
| 08/16/08 | EJH | 1.80 | Review draft correspondence to All American regarding notes; review and analysis of background documents. |
| 08/18/08 | JAS | 3.00 | Voicemails to and from A. Robb regarding server access (x4); telephone conference with A. Robb regarding same; conference with R. Lucaj regarding remote access to server; telephone conference with J. O'Keefe regarding investigation; email to and from J. O'Keefe regarding same; review changes to letter to B. Rosetto; correspondence to and from E. Hood regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page  22

| 08/18/08 | BJM | 1.60 | Correspond with Piper Realty Company regarding listing agreements; review and revise same; correspond with property management company. |
| 08/19/08 | JAS | 2.70 | Review background investigation information received from SEC; email to and from J. O'Keefe regarding same. |
| 08/19/08 | JAS | .10 | Email from R. Rytman regarding investigation. |
| 08/19/08 | JAS | .20 | Draft email to E. Hood and J. Applebaum regarding potential asset; route documents regarding assets to J. Applebaum and E. Hood for review. |
| 08/19/08 | JAS | .40 | Telephone conference with J. O'Keefe regarding information received from SEC and wire transfers to and from Comtrust. |
| 08/19/08 | JAS | .40 | Research Regarding Royal Palm management team. |
| 08/19/08 | JAS | .20 | Voicemail to and from A. Robb; email to R. Lucaj and E. Hood regarding conference call with A. Robb. |
| 08/19/08 | JDA | .60 | Multiple correspondence with J. Statham and telephone conference with E. Hood regarding Royal Palm issues. |
| 08/19/08 | EJH | 2.90 | Continued review and analysis of SEC documents. |
| 08/20/08 | EJH | 1.30 | Review default letters; conference with J. Statham and R. Lucaj regarding computerized records; conference with A. Robb regarding same. |
| 08/20/08 | JAS | .50 | Locate McKnight personal information required for Veritas investigation. Email to and from A. Robb and R. Rytman regarding same. |

# CLARK HILL P.L.C.

| 08/20/08 | JAS | 1.00 | Revise four letters to R. Rosetto regarding All American Home Products snd Shutter & Screen Supply, LLC. |
| 08/20/08 | JAS | 2.70 | Telephone conference with A. Robb, E. Hood and R. Lucaj regarding access to server. Attention to review of information contained on server. Conference with the Receiver regarding same. Conference with J. O'Keefe regarding same. |
| 08/20/08 | JAS | .70 | Further revise All American and Shutter & Screen Supply default letters. |
| 08/20/08 | JAS | .60 | Attention to Pacific Asia stock holdings; review information on trading and price; email to S. Narduzzi and D. Plas regarding status of stock holdings. |
| 08/20/08 | JAS | .40 | Email to and from A. Robb and R. Lucaj regarding conference call with McKnight to discuss access to server. |
| 08/20/08 | BJM | .90 | Confer with V. Petrusha regarding summary of monthly invoices for estate properties; correspond with property management company regarding same. |
| 08/21/08 | JAS | .90 | Telephone conferences with A. Robb, voicemail from and to A. Robb, regarding additional access to server. Telephone conference and voicemail from J.O'Keefe regarding E-Bullion status, information regarding stock holdings, and server access. |
| 08/21/08 | JAS | 1.00 | Email to and from R. Lucaj regarding Legisi server. Telephone conference with J. Kennedy regarding server access.  Conference with L. Lamarre regarding copying of information from Legisi server. Conference with R. Lucaj regarding granting L. Lamarre access to Legisi server. |

# CLARK HILL P.L.C.

| 08/21/08 | JAS | 1.00 | Telephone conference with J. Rubiner regarding E-Bullion subpoena. Telephone conference with secretary to J. Spertus regarding subpoena. Telephone conference with J. Spertus and A. Touchstone regarding E-Bullion case and ability to answer subpoena. Research regarding status of E-Bullion. |
|---|---|---|---|
| 08/21/08 | JAS | .70 | Follow up regarding status of copying of information contained on Legisi Server. Conference with E. Hood regarding pending matters. |
| 08/21/08 | JAS | .20 | Research regarding G. McKnight of Yamana Gold Inc. Email to and from J. O'Keefe regarding same. |
| 08/21/08 | EJH | 1.70 | Continued review and analysis of background documents; finalization of correspondence to All American regarding defaults under promissory notes; conference with J. Statham regarding status of computerized documents. |
| 08/21/08 | JAS | .20 | Final Review of All American default letters. Conference with S. Washington and assistant to E. Hood regarding same. |
| 08/22/08 | JAS | 1.70 | Review waiver agreement. Email to B. Rosetto regarding All American contact information and receipt of Default Letters. Conference with A. Theisen regarding same. Review CK Products website. Revise Mercedes Autotrader advertisement. Telephone conference with assistant to J. Jayakar of Mercedes of Ann Arbor. Voicemail to C. Knoll of Mercedes of St. Clair Shores. Email to Receiver regarding listing price. Email to C. Murphy regarding strategy meeting. Follow up with L.Lamarre regarding staus of copying of server records. |
| 08/22/08 | JAS | 1.60 | Review information received from Sierra Equity Group. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page 25

| Date | Initials | Hours | Description |
|---|---|---|---|
| 08/22/08 | WBD | .30 | Instruct B. Muller regarding service of notice to quit, preparation of eviction actions. |
| 08/22/08 | JAS | .40 | Telephone conference with C. Murphy regarding pending matters and case summary. Email to J. Applebaum and R. Gordon regarding same. |
| 08/22/08 | EJH | 2.30 | Continued review and analysis of SEC documents. |
| 08/25/08 | JAS | .30 | Telephone conference with A. Robb. Follow up email to E. Hood and J. Applebaum regarding call. |
| 08/25/08 | JAS | 1.00 | Attention to server access. Telephone conference with J. O'Keefe regarding same [x2]. Email to R. Lucaj regarding same. Telephone conference with A. Robb regarding same. Email to V. Petrusha regarding receipt of any invoice from High Secured. |
| 08/25/08 | JAS | 1.50 | Prepare for and attend telephone conference with C. Murphy, R. Gordon, J. Applebaum. Conference with J. Applebaum regarding pending issues. |
| 08/25/08 | JAS | .50 | Draft email to B. Rosetto. Read and respond to emails from B. Rosetto. Email to C. Murphy and E. Hood regarding conference call. |
| 08/25/08 | JAS | .60 | Review additional information regarding server access provided by A. Robb. Research regarding PLESK. |
| 08/25/08 | WBD | .20 | Confer B. Muller regarding eviction actions, turnover of leased property. |
| 08/25/08 | CEM | .50 | Review summary of issues regarding potential securities claims. |
| 08/25/08 | CEM | 1.20 | Conference with B. Gordon, J. Applebaum and J. Statham. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page 26

| 08/25/08 | JDA | 1.20 | Office conference with C. Murphy, R. Gordon and J. Statham regarding securities and fraud claim issues. |
|---|---|---|---|
| 08/25/08 | JDA | .40 | Review memorandum from J. Statham regarding Robb fee request issues and correspondence from E. Hood regarding same. |
| 08/25/08 | EJH | .30 | Email correspondence with co-counsel regarding fee motion by McKnight attorneys; attention to service of process issue. |
| 08/26/08 | EJH | 2.80 | Continued review and analysis of SEC documents. |
| 08/26/08 | JDA | .50 | Correspondence from R. Roth regarding fee issues and correspondence from J. Statham regarding litigation investigation. |
| 08/26/08 | BJM | .70 | Correspond with K. Bessert regarding listing agreements and keys to properties; facilitate creation of duplicate copies of keys to properties. |
| 08/26/08 | JAS | 1.00 | Multiple telephone conferences with A. Robb and M. Bohanan [3]. Voicemail from A. Robb. Attempt to access server. |
| 08/26/08 | JAS | .20 | Voicemail from and telephone conference with J. O'Keefe regarding Sierra emails. |
| 08/26/08 | JAS | .20 | Email from and to S. Narduzzi regarding stock holdings. |
| 08/26/08 | JAS | .50 | Telephone conference with C. Funkhouser of FINRA. Telephone conference with T. Reicher of FINRA. |
| 08/26/08 | JAS | 2.00 | Additional telephone conference with T. Reicher of FINRA; draft email to J. Applebaum and E. Hood regarding same; email from E. Hood regarding same; conference with R. Lucaj regarding server; review server with R. Lucaj; conference with R. Lucaj regarding review of documents copied from |

## CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page  27

|          |     |       |                                                                                                                                                                                                                                                                                                                                  |
|----------|-----|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |       | computer hard drive and procedure for accessing such information.                                                                                                                                                                                                                                                                |
| 08/26/08 | JAS | .10   | Email to and from R. Rytman regarding potential off shore accounts.                                                                                                                                                                                                                                                              |
| 08/26/08 | JAS | 1.00  | Review excel documents recovered from Legisi computer.                                                                                                                                                                                                                                                                           |
| 08/26/08 | WBD | .20   | Advise B. Muller regarding processing evictions and conclusion of management contract.                                                                                                                                                                                                                                           |
| 08/26/08 | JAS | 1.20  | Prepare chronology of events.                                                                                                                                                                                                                                                                                                    |
| 08/27/08 | JAS | 1.60  | Conference with B. Muller regarding affidavit of D. Burton. Read and reply to email from J. Applebaum and A. Robb regarding subpoena to FINRA.  Voicemail to FINRA.  Research regarding notice for subpoenas. Email to and from E. Hood regarding same. Email to P. Valiotis regarding requirements to subpoena documents in Washington, DC. |
| 08/27/08 | JDA | .30   | Office conference with J. Statham regarding subpoena of broker records.                                                                                                                                                                                                                                                          |
| 08/27/08 | BJM | 4.30  | Travel to Piper Realty Company to attend meeting with K. Bessert; coordinate completion and execution of signature pages to listing agreements; forward same to K. Bessert; correspond with buyer's realtor regarding title commitment for 5045 Barrett property; review title commitment.                                        |
| 08/28/08 | WBD | .50   | Commence work on draft agreement for workout of loans.                                                                                                                                                                                                                                                                           |
| 08/28/08 | JAS | .40   | Research regarding Legisi assets.                                                                                                                                                                                                                                                                                                |
| 08/28/08 | JAS | .20   | Telephone conference with M. Aloisi regarding FINRA subpoena. Email to  J. Applebaum regarding same.                                                                                                                                                                                                                              |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 30, 2008
INVOICE # 325670
Page 28

| Date | TK | Hours | Description |
|---|---|---|---|
| 08/28/08 | JDA | .60 | Review order regarding appointment of receiver regarding foreclosed real estate mortgages; office conference W. Dunn regarding same. |
| 08/28/08 | JDA | .30 | Review of memo from T. Brady regarding report to Workers' Compensation Bureau; review of letter Bureau regarding same. |
| 08/28/08 | JDA | .40 | Review status report from Telemus. |
| 08/29/08 | JDA | .20 | Correspondence to K. Crenshaw regarding stock restrictions. |
| 08/29/08 | KASF | .50 | Attention to entry of order by Judge Cox; communication with J. Applebaum. |
| 08/31/08 | JAS | .20 | Email to and from R. Gordon regarding meeting with C. Murphy. Email to C. Murphy regarding same. |
| 08/31/08 | JAS | 2.90 | Review documents received from SEC/Sierra. |

$62,620.65

## TIMEKEEPER SUMMARY

Client Name          Robert D. Gordon, Receiver

Matter Description   McKnight/ Legisi

Service Period       07/07/08 thru 08/31/08

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $356 | 1.4 | $498 |
| | Lauralyn Bell-Guzzo | $99 | 14.3 | $1,416 |
| | Valentina Petrusha | $149 | 15.1 | $2,242 |
| | Jami Ann Statham | $171 | 44.9 | $7,678 |
| | TOTAL | | 75.7 | $11,834 |

| | | | | |
|---|---|---|---|---|
| B130 | Asset Disposition | | | |
| | Joel D. Applebaum | $356 | 2.3 | $818 |
| | D. Kerry Crenshaw | $405 | 7.9 | $3,200 |
| | Brandon J. Muller | $180 | 3.5 | $630 |
| | Jami Ann Statham | $171 | 10.7 | $1,830 |
| | TOTAL | | 24.4 | $6,477 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $356 | 18.6 | $6,612 |
| | D. Kerry Crenshaw | $405 | 2.2 | $891 |
| | William B. Dunn | $473 | 2.7 | $1,276 |
| | Kevin A. S. Fanning | $234 | 3.0 | $702 |
| | Edward J. Hood | $315 | 53.4 | $16,821 |
| | Brandon J. Muller | $180 | 17.9 | $3,222 |
| | Charles E. Murphy | $324 | 1.7 | $551 |
| | Jami Ann Statham | $171 | 79.3 | $13,560 |
| | Donald F. Tucker | $338 | 2.0 | $675 |
| | TOTAL | | 180.8 | $44,310 |
| ACTIVITY TOTAL | | | 280.9 | $62,621 |