SEPTEMBER



# CLARK HILL
*PLC*

A T T O R N E Y S   A T   L A W

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed. ID # 38-0425840

## INVOICE

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226

| | |
|---|---|
| Invoice # | 326889 |
| October 29, 2008 | |
| Client: | 30711 |
| Matter: | 122570 |

=================================================

RE:   McKnight / Legisi

FOR SERVICES RENDERED through September 30, 2008

| | |
|---|---|
| Total Services: | $44,753.50 |
| Less 10% Discount (per engagement agreement): | -$4,475.35 |
| Net Services : | $40,278.15 |
| STATEMENT TOTAL | $40,278.15 |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page   2

DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 09/02/08 | JAS | .30 | Read and respond to email from V. Petrusha regarding banking. Telephone conference with V. Petrusha regarding same. |
| 09/02/08 | JAS | 1.20 | Review and organize case notes regarding pending issues; develop tasks list regarding same. Email to and from fellow Brekford investor. Voicemail from investor. Telephone conference with investor (Joyce Crichton) voicemail to investor Lloyd Crichton. |
| 09/02/08 | LBG | .40 | Telephone call with Mr. Hartung (investor) regarding status. |
| 09/02/08 | LBG | 1.10 | Respond to investor inquiries; forward investor contact information to XRoads for entry into database; attention to voicemails left for Receiver. |
| 09/02/08 | VP | .20 | Review and attend to miscellaneous mail directed to Legisi, Mc Night, etc. |
| 09/03/08 | VP | .20 | Review and attend to miscellaneous mail directed to Legisi, McKnight, etc. |
| 09/03/08 | JAS | .10 | Voicemail to J. O'Keefe. |
| 09/03/08 | JAS | .70 | Conference with L. Bell-Guzzo regarding investor inquiries. Voicemail from J. O'Keefe. Email to and from M. Alosi regarding FINRA subpoena. Email to V. Petrusha regarding consumers bill. Attention to email from E. Hood and C. Murphy. |
| 09/03/08 | CEM | 1.50 | Review pleadings on XRoads site. |

| 09/04/08 | JAS | .20 | Conference call with V. Petrusha regarding Consumers. |
| 09/04/08 | JAS | .30 | Telephone conference with J. O'Keefe. |
| 09/04/08 | JAS | .30 | Assemble information for C. Murphy. |
| 09/04/08 | JAS | .10 | Voicemail from investor. |
| 09/04/08 | JAS | .50 | Review mail; review information received from e-Bullion; conference with L. Bell-Guzzo regarding same. |
| 09/04/08 | JAS | .20 | Telephone conference with J. O'Keefe regarding subpoenas; conference with J. Applebaum regarding same. |
| 09/04/08 | JAS | .20 | Voicemail to clerk for Judge Gadola. |
| 09/04/08 | JAS | .20 | Attention to recent docket entries. |
| 09/04/08 | JAS | .10 | Email to M. Pascoe regarding update to website. |
| 09/04/08 | JAS | .20 | Telephone conference with investor D. Boychuck. |
| 09/04/08 | JAS | .10 | Voicemail to investor S. Kofeskey. |
| 09/04/08 | VP | .20 | Review and attend to miscellaneous mail directed to Legisi, McKnight, etc. |
| 09/05/08 | VP | .10 | Review and attend to miscellaneous mail directed to Legisi, McKnight, etc. |
| 09/05/08 | JAS | .30 | Voicemail to investor D. Alfaro. Telephone conference with D. Alfaro. Follow up email to J. Applebaum regarding letter sent out by DOJ. |
| 09/05/08 | JAS | .60 | Voicemail from and to D. Plas at Telemus. Voicemail from Christine from law office of Mike Mataloni regarding investor P. Weisman. Additional voicemail to [2] and from Christine at Mike Mataloni's office. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 09/05/08 | JAS | .30 | Review Legisi mail. Telephone conference with Clerk to Judge Gadolla regarding docket entries.  Conference with E. Hood regarding same. |
| 09/05/08 | JAS | .20 | Telephone conference with Clerk to Judge Gadola regarding docket. Follow up email to E. Hood regarding same. |
| 09/05/08 | JAS | .10 | Conference with the Receiver regarding pending issues. |
| 09/05/08 | VP | .40' | Review invoices from Consumers Energy; attend to payment; update ledger. |
| 09/08/08 | JAS | .20 | Email to and conference with R. Lucaj regarding copying of panamanian server. |
| 09/08/08 | JAS | .10 | Message to Secretary for A. Robb. |
| 09/08/08 | JAS | .10 | Conference with representative of Law Offices of Attorney Mike Mataloni. |
| 09/08/08 | JAS | .10 | Voicemail to J. O'Keefe. |
| 09/09/08 | JAS | .10 | Voicemail from A. Robb. |
| 09/10/08 | JAS | .40 | Conference with the Receiver. Voicemail to C. Murphy. Telephone conference with Veritas. Communication with V. Petrusha and S. Washington regarding payment of monthly fee statements. |
| 09/10/08 | VP | .10 | Review mail directed to McKnight and/or Legisi; attention to same. |
| 09/11/08 | VP | 1.30 | Review invoices from XRoads, Clark Hill (2), additional Consumers Energy (5), Green Planet (lawn service), and Cummings Property, attention to payment of same; obtain Receiver's signatures; update ledger. |
| 09/11/08 | JAS | .20 | Attention to email from J. Applebaum. Conference with L. Bell-Guzzo regarding issuance of Legisi checks. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page   5

| 09/11/08 | JAS | .10 | Email to and from R. Gordon regarding meeting with C. Murphy. |
|----------|-----|-----|----------|
| 09/12/08 | JAS | .10 | Voicemail to C. Murphy. |
| 09/12/08 | JAS | .20 | Telephone conference with C. Murphy. Email to Legisi team regarding strategy call on Monday. |
| 09/12/08 | JAS | .40 | Voicemail from and telephone conference with investor Lloyd Kreider. Email from and to D. Crimmins at mBank regarding bond. |
| 09/12/08 | JAS | .40 | Attention to check written by V. Petrusha. Review Veritas monthly fee statement. Conference with S. Washington regarding Teachout vendor bill. Conference with the Receiver regarding checks. |
| 09/12/08 | JAS | .30 | Attention to Legisi mail. |
| 09/12/08 | VP | 1.10 | Review mail; review invoices from Flint Township, Argentine Township, Teachout Security, and Cook Pray Hanson; obtain receiver's signatures; attend to payment of invoices; update ledger. |
| 09/14/08 | JAS | .10 | Attention to emails from J.Applebaum and R.Gordon regarding meeting. |
| 09/15/08 | JAS | .50 | Attention to estate administration. Voicemail to and from investor M. Calderese. Locate Legisi tax identification number. Coordinate meeting with Receiver. Email to V. Petrusha regarding creditor matrix. |
| 09/15/08 | JAS | .20 | Telephone conference with J. O'Keefe regarding case status, sale of personal and real property. |
| 09/15/08 | JAS | .20 | Conference with J. Applebaum regarding pending issues. |
| 09/16/08 | JAS | 5.00 | Review files located at Veritas. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page   6

| 09/16/08 | VP | .10 | Review mail directed to McKnight and/or Legisi; attention to same. |
|---|---|---|---|
| 09/17/08 | VP | .10 | Review mail directed to McKnight and/or Legisi; attention to same. |
| 09/17/08 | JAS | .20 | Telephone conference with A. Robb. |
| 09/17/08 | JAS | .10 | Draft email summary to J. Applebaum, E. Hood, C. Murphy. |
| 09/17/08 | AMVW | .40 | Confer with J. Statham regarding health benefits issues; review correspondence regarding same. |
| 09/17/08 | TPB | .50 | Review COBRA regulations regarding need to provide employee with COBRA notice; and telephone conference with R. Gordon. |
| 09/17/08 | JAS | .20 | Voicemail from J. O'Keefe regarding purchase agreement. Email to J. O'Keefe regarding same. Email to J. Applebaum and B. Muller regarding same. Conference with R. Lucaj regarding access to copied server. |
| 09/17/08 | JAS | 1.30 | Attention to estate administration. Review and analyze correspondence from attorney for D. Burton regarding health insurance. Conference with the Receiver regarding same. Conference with A. Welch regarding same. Voicemail from and to investor. Attention to copying and forwarding of discovery documents for C. Murphy. |
| 09/17/08 | JAS | .50 | Retrieve all correspondence sent to A. Robb regarding health coverage. Voicemail to T. Allen at BCBS regarding health coverage. |
| 09/18/08 | AMVW | .30 | Receipt and review of memorandum from J. Statham; initiate draft of letter regarding insurance cancellation. |
| 09/18/08 | JAS | .20 | Conference with L. Bell-Guzzo regarding pending issues and investor inquiries. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page   7

| 09/18/08 | JAS | .30 | Telephone conference with T. Allen of BCBS regarding notice of cancellation [x2]. Email to A. Welch regarding same. |
| 09/18/08 | JAS | .20 | Review documents and notes which need to be added to file. |
| 09/21/08 | JAS | .20 | Attention to setting up meeting with C. Murphy, Receiver, E. Hood, and J. Applebaum. Attention to emails from E. Hood and B. Rosetto. |
| 09/22/08 | JAS | .20 | Review T. Burton's response to Motion to Strike Affirmative Defenses. Conference with L. Bell-Guzzo regarding same. |
| 09/22/08 | JAS | .80 | Conference with J. Devree regarding tax obligations. Telephone conference with A. Robb regarding quick books and payroll information. |
| 09/22/08 | JAS | .80 | Multiple telephone conferences with investor M. Gaffey. Review Legisi timeline. Tel phone conference with Attorney J. McLaughlin. |
| 09/22/08 | JAS | .80 | Research regarding case administration and tax issues. |
| 09/22/08 | VP | .10 | Review mail directed to McKnight and/or Legisi; attention to same. |
| 09/22/08 | AMVW | .40 | Draft letter to D. Salim regarding COBRA application. |
| 09/22/08 | JAD | .40 | Office conference with J. Statham regarding tax compliance issues. |
| 09/23/08 | JAS | .30 | Telephone conference with J. O'Keefe regarding case administration. |
| 09/23/08 | JAS | .30 | Attention to files copied from Veritas. Review correspondence from FINRA. |
| 09/23/08 | JAS | .20 | Conference with the Receiver regarding pending issues. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page   8

| 09/24/08 | JAS | 1.40 | Attention to case administration. Telephone conference with clerk to Judge Murphy, conferences with J. Applebaum, B. Muller, and J. O'Keefe regarding same.  Create updated Legisi tasks list.  Attention to docket. Email to and from M. Pascoe regarding same. |
| 09/24/08 | JAS | .40 | Conference with L. Bell-Guzzo. Return investor phone call.  Review investor email. |
| 09/24/08 | LBG | .90 | Respond to numerous investor emails and voicemails; forward investor contact information for entry into database. |
| 09/24/08 | VP | .10 | Review mail directed to McKnight and/or Legisi; attention to same. |
| 09/25/08 | VP | .50 | Review email from B. Muller requesting payment of invoice to Siegel Realty & Management; conference with A. Broughton at Siegel Realty; attention to writing check; correspondence to Siegel Realty forwarding check to draw on as necessary; update check ledger. |
| 09/25/08 | JAS | .30 | Conference with the Receiver regarding pending issues. Email to J. O'Keefe. |
| 09/25/08 | JAS | .30 | Attention to estate administration. |
| 09/25/08 | RDG | .20 | Further conference with J. Applebaum and J. Statham regarding status of matter. |
| 09/26/08 | JAS | .10 | Telephone conference with A. Robb. |
| 09/26/08 | JAS | .20 | Conference with investor. |
| 09/26/08 | VP | .30 | Review mail directed to Legisi Marketing and attention to same; direct mail regarding employer's quarterly tax report from the State of Michigan to J. Statham. |
| 09/26/08 | JAS | .10 | Email to and from A. Welch regarding D. Burton's health insurance. |

| | | | |
|---|---|---|---|
| 09/26/08 | JAS | .40 | Further conference with Clerk to Judge Murphy. Voicemail to A. Robb. Voicemail to J.Okeefe. |
| 09/26/08 | JAS | 1.00 | Conference with Clerk to Judge Murphy[2]. Voicemail to E. Wishnow regarding Monday morning call. Telephone conference with J. O'Keefe regarding same. Telephone conference with A. Robb regarding same. Attention to scheduling of call. Voicemail to D. Salim regarding call. |
| 09/26/08 | JAS | .30 | Telephone conference with M. Bohanan [x2]. Telephone conference with A. Robb. |
| 09/26/08 | JAS | .40 | Telephone conference with J. O'Keefe. Multiple emails to and from M. Bohanan, R. Roth, J. Applebaum. |
| 09/26/08 | JAS | .30 | Telephone conference A. Robb regarding stipulation. Email to J. O'Keefe and J. Applebaum regarding same. |
| 09/27/08 | JAS | .40 | Telephone conference with E. Wishnow regarding Monday morning call. Telephone conference with the Receiver regarding same. |
| 09/28/08 | JAS | .40 | Email to and from the Receiver regarding case status. Email to and from B. Muller regarding telephone conference with Judge Murphy. Read and respond to investor inquiry. |
| 09/28/08 | JAS | .30 | Review XRoads monthly fee statement. Email to S. Washington regarding same. |
| 09/29/08 | JAS | .90 | Prepare for and attend telephone conference with Judge Murphy, E. Wishnow, J. O'Keefe, J. Birkenheier, A. Robb, R. Gordon, J. Applebaum. Follow up conference with J. O'Keefe, J. Birkenheier, R. Gordon, and J. Applebaum. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 09/29/08 | JAS | 1.10 | Attention to signatures regarding stipulation to remit recusal. Multiple telephone conferences with Clerk to Judge Murphy, emails to all parties, conferences with J. O'Keefe and A. Robb. Multiple voicemails and emails to E. Wishnow. |
| 09/29/08 | JAS | .20 | Email to and from C. Murphy and E. Hood regarding strategy session. |
| 09/29/08 | JAS | .30 | Attention to email from investor. Review notice from unemployment agency. |
| 09/30/08 | JAS | .50 | Conference with L. Bell-Guzzo regarding investor inquiries. Review email from investor. Attention to scheduling of meeting with C. Murphy and E. Hood. Review correspondence from the Receiver. |
| 09/30/08 | VP | .10 | Review mail directed to McKnight and/or Legisi; attention to same. |

| B130 | Asset Disposition | | |
|---|---|---|---|
| 09/01/08 | BJM | .80 | Confer with J. Statham regarding Motion to Sell; review same. |
| 09/02/08 | BJM | .40 | Correspond with J. Statham regarding sale of 5045 Barret property; review documents related to same. |
| 09/02/08 | JAS | .50 | Telephone and email conference with J. Applebaum regarding appraisal of Barret property. |
| 09/02/08 | KASF | .50 | Analysis of Order; attention to service of Order on interested parties. |
| 09/02/08 | JAS | .70 | Email conference with B. Muller regarding purchase agreement. Additional review of purchase agreement. Revise Motion to Sell. Review revised Motion to Sell. |
| 09/02/08 | JAS | 1.00 | Review Purchase Agreement. Revise Motion to Sell. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 09/02/08 | JAS | .90 | Email to and from G. Yatooma regarding sale of Mercedes and appointment with potential purchaser. Telephone conference regarding same. Telephone conference with Becky of Veritas regarding set up of appointment. Email information on Mercedes to V. Pavlick. |
| 09/03/08 | KASF | .50 | Communication with W. Dunn and J. Applebaum regarding entry of Order. |
| 09/03/08 | JAS | 1.30 | Email to and from B. Muller regarding appraisal of Barret property. Review appraisal. Revise Motion to Sell. Email to B. Muller and J. Applebaum regarding same. Telephone conference with B. Muller and conference with J. Applebaum regarding same. |
| 09/03/08 | JAS | .20 | Conference with S. Washington regarding service of Order confirming powers of the Receiver. |
| 09/03/08 | JAS | .60 | Telephone conference with G. Yatooma regarding potential purchaser.[x2] Conference with Becky of Veritas regarding setting up appointment. Conference with J. Applebaum regarding same. |
| 09/03/08 | BJM | 2.30 | Confer with V. Petrusha regarding Consumers Energy bills for 5045 Barret; correspond with buyer's realtor regarding same; correspond with K. Bessert regarding MLS listings; review listing materials received from K. Bessert; confer with J. Statham regarding Motion to Sell. |
| 09/04/08 | JAS | .30 | Voicemail from A. Milne regarding Brekford holdings; telephone conference with A. Milne regarding same. |
| 09/04/08 | JAS | .10 | Follow up with B. Muller regarding appraiser. |

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page 12

| | | | |
|---|---|---|---|
| 09/04/08 | JAS | .20 | Telephone conference with Yatooma regarding interested purchaser of Mercedes. |
| 09/04/08 | JAS | .10 | Telephone conference with J. O'Keefe regarding sale. |
| 09/04/08 | JAS | .10 | Email to J. Applebaum regarding sale of Mercedes. |
| 09/04/08 | JAS | .10 | Email to J. O'Keefe regarding mercedes. |
| 09/04/08 | JAS | .10 | Voicemail to A. Robb. |
| 09/04/08 | JAS | .10 | Telephone conference with Veritas (Becky) regarding vehicles and ATV's. |
| 09/05/08 | JAS | .50 | Conference with B. Muller regarding sale of Barret property and utility bills. Conferences with J. Applebaum regarding same. |
| 09/05/08 | JAS | .30 | Telephone conference with C. Knoll regarding Mercedes. Email to C. Knoll regarding same. |
| 09/05/08 | JAS | .10 | Email from V. Pavlick regarding mercedes. |
| 09/05/08 | JAS | .20 | Telephone conference with M. Bohanan of Spender & Robb regarding sale of Barrett property and sale of Mercedes. |
| 09/05/08 | JAS | .30 | Email from B. Muller regarding appraisal. Review comparables added to appraisal. Conference with J. Applebaum regarding same. |
| 09/05/08 | JAS | .60 | Telephone conference with D. Plas of Telemus regarding status of stock holdings and obtaining legal opinions. Review additional information received from D. Plas. Email to and from J. O'Keefe regarding same. |
| 09/05/08 | JAS | .50 | Conference with B. Muller regarding Legisi personal property. Revise Motion to Sell Barrett property. |

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page 13

| 09/05/08 | JAS | .90 | Further revise Motion to Sell. Conference with J. Applebaum regarding sale of Legisi personal property and Motion to Sell Mercedes. Draft emails to J. O'Keefe, J. Birkenheier, B. Muller, J. Applebaum, and R. Gordon regarding Motion. Draft emails to A. Robb regarding motion. |
|---|---|---|---|
| 09/05/08 | BJM | 6.70 | Revise Property Management Agreement; correspond with Siegel Realty & Management regarding same; confer with V. Petrusha regarding estate invoices and expenditures; compile information and forward to Siegel Realty & Management; correspond regarding same; confer with J. Statham regarding Motion to Sell; correspond with Cook, Pray, Rexroth & Associates regarding revised appraisal for 5045 Barret; review revised appraisal with additional comps for distressed sales. |
| 09/08/08 | BJM | 4.10 | Coordinate property management transitional issues; correspond with Seigel Realty & Management and confer with V. Petrusha regarding same; coordinate issues related to sale of 5045 Barret; correspond with buyer's realtor and confer with J. Statham regarding same. |
| 09/08/08 | WBD | .40 | Review potential sale of residential properties with B Muller. |
| 09/08/08 | JAS | .30 | Begin to draft Motion to Sell Legisi personal property. |
| 09/08/08 | JAS | .20 | Voicemail from and email to J. O'Keefe. |
| 09/08/08 | JAS | .10 | Voicemail to C. Knoll. |
| 09/08/08 | JAS | 2.50 | Assemble and review records regarding Mercedes Benz marketing efforts. Draft Motion to Sell Mercedes, proposed Order, and brief in support. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page 14

| 09/08/08 | JAS | .70 | Research regarding procedure for disposition of assets. Correspondence to J. Applebaum and B. Muller regarding same. |
| 09/08/08 | JAS | .20 | Telephone conference with and email to C. Knoll. |
| 09/08/08 | JAS | .80 | Draft Affidavit of Danielle (Burton) Ward. Email conference with B. Muller regarding Barret property. Revise Motion to Sell. |
| 09/08/08 | JAS | .20 | Conference with B. Muller regarding personal property. Email to J. Applebaum regarding same. |
| 09/09/08 | JAS | .20 | Voicemail to A. Robb. [x2] |
| 09/09/08 | JAS | .10 | Conference with J. Applebaum. |
| 09/09/08 | JAS | 2.20 | Research regarding sale of real property and 28 USC 2001. Conference with J. Applebaum regarding same. |
| 09/09/08 | BJM | 5.00 | Coordinate property management transitional issues; correspond with Seigel Realty & Management and confer with V. Petrusha regarding same; coordinate issues related to sale of 5045 Barret; correspond with buyer's realtor and confer with J. Statham regarding same; correspond with listing agent regarding remainder of estate properties. |
| 09/10/08 | JAS | 1.70 | Research regarding power to waive requirements of 28 USC 2001 (b). Email to J. Applebaum and B. Muller regarding same. Conference with B. Muller regarding same. |
| 09/11/08 | JAS | .40 | Conference with J. Applebaum regarding disposition of personal and real property. Emails to B. Muller regarding same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 09/11/08 | JAS | .30 | Telephone conference with D. Plas regarding Legisi Stock Holdings. Email to and from D. Plas regarding same. |
| 09/12/08 | JAS | 1.00 | Conference with B. Muller regarding disposition of real and personal property. Voicemail to J. O'Keefe. Voicemail to C. Knoll regarding Mercedes. Telephone conference with C. Knoll regarding Mercedes. Additional conference with B. Muller and J. Applebaum regarding disposition of real estate. |
| 09/13/08 | JDA | .40 | Review/revise motion for Order authorizing sale of Mercedes 550. |
| 09/14/08 | JAS | 2.50 | Research regarding appraisal requirement under 28 USC 2001(b). |
| 09/15/08 | JAS | .30 | Telephone conference with C. Knoll. |
| 09/15/08 | JAS | 1.00 | Voicemail from J. O'Keefe. Telephone conference with J. O'Keefe and B. Muller. Further review of Receiver Order and case law regarding disposition of real property. Conference with J. Applebaum regarding course of action. |
| 09/15/08 | JAS | .30 | Conference with B. Muller. Email to and from B. Muller regarding sale of property. |
| 09/15/08 | JDA | .20 | Office conference with J. Statham regarding sale issues. |
| 09/16/08 | JAS | .80 | Telephone conferences with B. Muller and J. O'Keefe regarding asset disposition. Emails to and from B. Muller, J. O'Keefe, and J. Applebaum regarding same. |
| 09/17/08 | JAS | .50 | Review correspondence from B. Muller regarding purchase agreement. Conference with B. Muller regarding notice of private sale. Review statute regarding notice. Email to J. O'Keefe, J. Birkenheier, and J. Applebaum |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page  16

|  |  |  | regarding purchase agreement. |
|---|---|---|---|
| 09/17/08 | JAS | 1.30 | Revise Motion to Sell Barrett property. |
| 09/17/08 | BJM | 2.40 | Correspond with M. Pinkerman regarding sale of 5045 Barret; review and revise documents related to same. |
| 09/18/08 | JAS | .30 | Review recent email from D. Plas regarding Legisi stock holdings.  Draft email to D. Plas regarding same. |
| 09/18/08 | JAS | .40 | Read and reply to email from party interested in Legisi stock purchase. Conferences with the Receiver and J. Applebaum  regarding pending issues. |
| 09/18/08 | JAS | .40 | Draft affidavit for Theresa Burton. Email to B. Muller and J. O'Keefe regarding same. |
| 09/18/08 | JAS | 1.00 | Revise motion to sell mercedes. Conference with J. Applebaum regarding same. Email to J.Okeefe and A. Robb regarding same. |
| 09/19/08 | JAS | .60 | Telephone conferences with A. Robb regarding meeting, mercedes, and Barret property [.3]. Correspondence to and from B. Muller regarding affidavit of T. Ward [.1]. Correspondence to and from to and from J. Applebaum regarding revised Motion to Sell Barret property[.2]. |
| 09/22/08 | JAS | .20 | Email to and from R. Rytman regarding Mercedes. |
| 09/22/08 | JAS | .30 | Review additional appraisal received on Barret property. Review Notice published in Genesse legal news. |
| 09/22/08 | JAS | .20 | Attention to filing of Motion to Sell Mercedes and Motion to Sell Barret Property. |

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page 17

| 09/22/08 | JAS | .50 | Revise Motion to Sell Barret property. Email to B. Muller regarding same. Email to J. O'Keefe and A. Robb regarding same. |
|---|---|---|---|
| 09/24/08 | JAS | .20 | Conference with B. Muller regarding disposition of real and personal property. |
| 09/24/08 | JAS | .20 | Review appraisal received from B. Muller. |
| 09/24/08 | JAS | .80 | Attention to email to and from D. Plas. Review prior communications with D. Plas. Conference with K. Crenshaw regarding status of legal opinions. Email to and from S. Alhafaji regarding mercedes. |
| 09/24/08 | BJM | 4.20 | Coordinate items necessary for sale of property at 5045 Barret; correspond and review documents related to same; correspond with realtor for and manager of remaining estate properties. |
| 09/25/08 | BJM | 2.30 | Coordinate items necessary for sale of property at 5045 Barret; correspond and review documents related to same. |
| 09/25/08 | RDG | .20 | Conference with J. Statham regarding status of disposition of Barrett property and Mercedes. |
| 09/25/08 | JAS | .50 | Telephone conference with and email to and from A. Robb. Voicemail to and from B. Muller. |
| 09/26/08 | JAS | .50 | Review docket. Telephone conference with Clerk to Judge Murphy. Conference with B. Muller regarding closing. |
| 09/26/08 | BJM | 2.10 | Coordinate items necessary for sale of property at 5045 Barret; correspond and review documents related to same; correspond with realtor for and manager of remaining estate properties. |

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page 18

| | | | |
|---|---|---|---|
| 09/26/08 | JAS | .20 | Attention to Order Confirming Powers of the Receiver. Conference with B. Dunn and S. Washington regarding same. |
| 09/28/08 | JAS | .30 | Prepare for 9/29/08 conference call with Judge Murphy. |
| 09/29/08 | JAS | 2.50 | Attention to docket.  Additional research regarding receivership sales. Organize conference call with parties in interest and the Court.  Prepare for and attend conference call with interested parties and the Court. Follow up conference with J. Applebaum and B. Muller regarding procedure for selling property to be followed in the future. |
| 09/29/08 | JAS | 3.70 | Research regarding receivership sales. Draft memorandum of explanation for Motion to Sell Barret property. Revise same. Multiple conferences with B. Muller regarding structure of sale. Conference with J. Applebaum regarding memorandum. Attention to compilation of exhibits, finalize for filing. |
| 09/29/08 | BJM | 3.10 | Prepare for and participate in conference call with Court; coordinate closing items related to sale of 5045 Barret; prepare for and participate in telephone hearing. |
| 09/29/08 | JDA | .80 | Telephonic hearing on motion to approve sale of Barrett property; follow up conference with J. Statham regarding of status of additional real property. |
| 09/29/08 | JDA | .60 | Review supplemental brief regarding sale of property; review order of court regarding hearing on same. |
| 09/30/08 | JAS | .40 | Review Order Authorizing Sale of Barret Property. Email to and from B. Muller regarding same. |

| | | | |
|---|---|---|---|
| 09/30/08 | BJM | .50 | Confer with J. Statham regarding entered Order; correspond with buyer's realtor regarding same. |

| B180 | Asset Analysis and Recovery | | |
|---|---|---|---|
| 09/02/08 | JAS | .50 | Email to and from R. Lucaj regarding copying of Panamanian server. Telephone conference with J. O'Keefe, conference with Receiver regarding same. |
| 09/02/08 | JAS | .10 | Voicemail to C. Murphy. |
| 09/02/08 | JAS | .30 | Review email from A. Valos regarding All American. Review waiver language referenced within email. |
| 09/02/08 | JDA | 1.50 | Review and revise motion for authority to sell property, brief in support, proposed Order, and Notice of Discharge of Lis Pendens. |
| 09/03/08 | JDA | .50 | Revisions to motion to sell residential real estate, review of appraisal and office conference with J. Statham regarding same. |
| 09/03/08 | JDA | .20 | Telephone conference with M. Wahl regarding status of claims and bar date issues. |
| 09/03/08 | JAS | .50 | Organize and retrieve relevant documents for C. Murphy. |
| 09/05/08 | EJH | .10 | Conference with J. Statham regarding subpoena issue. |
| 09/09/08 | CEM | 1.50 | Review pleadings and documents. |
| 09/10/08 | BJM | 3.80 | Coordinate property management transitional issues; correspond with Seigel Realty & Management and confer with V. Petrusha regarding same; coordinate issues related to sale of 5045 Barret; correspond with buyer's realtor and confer with J. Statham regarding same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 09/12/08 | BJM | 1.20 | Research case law related to requirements of 28 USC 2001 with specific attention to cases in which relief from or waiver of statutory provisions was granted by court. |
| 09/12/08 | CEM | 1.00 | Review pleadings and documents regarding potential securities claims. |
| 09/12/08 | CEM | 2.50 | Review documents; review background reports on stocks purchased and Sierra. |
| 09/13/08 | CEM | 1.50 | Review SEC filings regarding Brekford International and private placement memorandums. |
| 09/13/08 | BJM | .70 | Research case law related to requirements of 28 USC 2001 with specific attention to cases in which relief from or waiver of statutory provisions was granted by court. |
| 09/15/08 | CEM | 1.50 | Review SEC filings regarding Brekford International and private placement memorandums. |
| 09/15/08 | CEM | 4.20 | Review SEC filings; PC Universe and Pacifica Asia Petroleum; review Royal Palm documents; conference call with R. Gordon, J. Applebaum and E. Hood. |
| 09/15/08 | JAS | 1.90 | Prepare for and attend meeting with the Receiver, E. Hood, J. Applebaum, and C. Murphy. |
| 09/15/08 | WBD | 1.20 | Confer B Muller regarding appraisals and publication requirements for sale, determine course of action. (.3) Review precedents for documentation of mortgage receivership actions and begin drafting.(.9) |
| 09/15/08 | EJH | 1.70 | Preparation for and attendance at meeting with receiver and co-counsel. |

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page 21

| 09/15/08 | BJM | 5.70 | Address general property management and disposition concerns; correspond with A. Broughton and K. Bessert, confer with J. Statham, and draft and prepare correspondence and documents regarding same; coordinate property appraisals per requirements of 28 USC 2001; facilitate posting of 10-day notice pursuant to 28 USC 2001. |
| 09/15/08 | JDA | 1.00 | Conference call with C. Murphy et al, regarding securities litigation and analyses. |
| 09/16/08 | JDA | .30 | Office conference with R. Gordon regarding Roth and Robb invoices and status of securities claims. |
| 09/16/08 | JDA | .50 | Telephone conference with investor regarding claims and withdrawals. |
| 09/16/08 | BJM | 6.30 | Address general property management and disposition concerns; correspond with A. Broughton and K. Bessert, confer with J. Statham, and draft and prepare correspondence and documents regarding same; coordinate property appraisals per requirements of 28 USC 2001; facilitate posting of 10-day notice pursuant to 28 USC 2001. |
| 09/16/08 | WBD | 5.00 | Work on Bistricky settlement agreement. Direct work on exhibits. |
| 09/17/08 | WBD | 1.00 | Complete Bistricky settlement agreement, confer with J Applebaum regarding review. |
| 09/18/08 | JDA | .60 | Review and revised amended motion regarding sale of real property. |
| 09/19/08 | JAS | 6.90 | Review documents recovered from Legisi office suite at Veritas. |
| 09/20/08 | JDA | .70 | Review draft Bistricky settlement agreement. |

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page  22

| 09/20/08 | JDA | .30 | Correspondence with R. Roth and correspondence with A. Robb regarding fee and expense reimbursement issues. |
| 09/21/08 | JDA | .30 | Correspondence to W. Dunn regarding Bistricky settlement agreement draft and review of same. |
| 09/22/08 | JAS | 2.20 | Review documents produced by Sierra. |
| 09/22/08 | WBD | .20 | Advise J Applebaum regarding purpose of settlement document. |
| 09/22/08 | JAS | .50 | Locate information regarding extention for FINRA to comply with subpoena. Voicemail to FINRA regarding same. Conference with B. Muller regarding case administration. |
| 09/23/08 | JAS | .70 | Telephone conference with R. Rytman regarding asset recovery. Voicemail to A. Robb regarding same. Conference with J. Applebaum regarding same. Conference with R. Lucaj regarding same. |
| 09/23/08 | JAS | 3.80 | Conference with R. Lucaj. Review McKnight email. Telephone conference with A. Robb. |
| 09/23/08 | JAS | 1.00 | Conference and strategy session with E. Hood. Voicemail to C. Murphy regarding same. Email to Receiver regarding  same. |
| 09/23/08 | CEM | .50 | Review discs of SEC and receiver documents and arrange for copies in binders; telephone conference with J. Statham; telephone conference with B. Gordon. |
| 09/23/08 | JDA | .40 | Office conference with J. Statham regarding status of foreign accounts information, Royal Palm and Sierra issues and related matters |
| 09/23/08 | EJH | .80 | Conference with J. Statham regarding various documents and issues. |

Robert D. Gordon, Receiver
McKnight/ Legisi
October 29, 2008
INVOICE # 326889
Page  23

| | | | |
|---|---|---|---|
| 09/26/08 | EJH | .10 | Conference with J. Birkenheier and J. O'Keefe regarding Order to remit; review stipulation. |
| 09/26/08 | WBD | 1.00 | Correspond with Bistricky regarding receivership, transmit order and settlement agreement proposal; notify occupants of receivership. |
| 09/26/08 | CEM | .50 | Review and organize SEC documents. |
| 09/26/08 | CEM | .10 | Telephone conference with J. Statham. |
| 09/26/08 | JAS | .20 | Attention to service of Order confirming powers of the receiver. Conference with B. Muller regarding same. |
| 09/27/08 | JAS | .90 | Review of Royal Palm consolidated financials and individual building financials. Email from B. Rosetto and E. Hood. |
| 09/27/08 | EJH | .50 | Review compilation of Royal Palm subsidiaries; email to counsel for Royal Palm regarding same; review consolidated financial statements. |
| 09/29/08 | JDA | 1.10 | Conference call with Court and counsel, follow up conference call with SEC regarding recusal issues and property sale; review of stipulation regarding same. |
| 09/29/08 | WBD | .30 | Confer resident of 2108 Swayze regarding notice to pay receiver, handling of water charge. |
| 09/30/08 | WBD | .40 | Confer with K. Bistricky to discuss proposed settlement agreement on mortgages, terms and advantages of it over foreclosure, valuation estimates and information about tenants. |

$40,278.15

# CLARK HILL P.L.C.

## TIMEKEEPER SUMMARY

| Client Name | Robert D. Gordon, Receiver |
| --- | --- |
| Matter Description | McKnight/ Legisi |
| Service Period | 09/01/08 thru 09/30/08 |

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
| --- | --- | --- | --- | --- |
| B110 | Case Administration | | | |
| | Lauralyn Bell-Guzzo | $99 | 2.4 | $238 |
| | Thomas P. Brady | $315 | .5 | $158 |
| | Jeffrey A. DeVree | $342 | .4 | $137 |
| | Robert D. Gordon | $383 | .2 | $77 |
| | Charles E. Murphy | $324 | 1.5 | $486 |
| | Valentina Petrusha | $149 | 4.9 | $728 |
| | Jami Ann Statham | $171 | 30.8 | $5,267 |
| | Jami Ann Statham | $ | .0 | $0 |
| | Ann-Marie Vercruysse Welch | $167 | 1.1 | $183 |
| | **TOTAL** | | **41.8** | **$7,272** |
| B130 | Asset Disposition | | | |
| | Joel D. Applebaum | $356 | 2.0 | $711 |
| | William B. Dunn | $473 | .4 | $189 |
| | Kevin A. S. Fanning | $234 | 1.0 | $234 |
| | Robert D. Gordon | $383 | .2 | $77 |
| | Brandon J. Muller | $180 | 33.9 | $6,102 |
| | Jami Ann Statham | $171 | 40.5 | $6,926 |
| | **TOTAL** | | **78.0** | **$14,238** |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $356 | 7.4 | $2,631 |
| | William B. Dunn | $473 | 9.1 | $4,300 |
| | Edward J. Hood | $315 | 3.2 | $1,008 |
| | Brandon J. Muller | $180 | 17.7 | $3,186 |
| | Charles E. Murphy | $324 | 13.3 | $4,309 |
| | Jami Ann Statham | $171 | 19.5 | $3,335 |
| | **TOTAL** | | **70.2** | **$18,768** |
| **ACTIVITY TOTAL** | | | **190.0** | **$40,278** |