# OCTOBER

# CLARK HILL

P.L.C.

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice #   329421

```
Robert D. Gordon, Receiver          November 24, 2008
c/o Clark Hill PLC                   Client:  30711
500 Woodward Ave.                    Matter:  122570
Suite 3500
Detroit, MI 48226
```

==================================================================

RE:  McKnight/ Legisi


FOR SERVICES RENDERED through October 31, 2008

    Total Services:                          $27,337.50

FOR EXPENSES INCURRED OR ADVANCED:

| | | |
|---|---:|---:|
| Records Acquisition | $20.00 | |
| Federal Express/UPS | $28.08 | |
| Total Expenses: | | $48.08 |

STATEMENT TOTAL                              $27,385.58

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page    2

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|

**B110      Case Administration**

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| 10/01/08 | VP | .20 | Review email from W. Dunn regarding the Bistrickys; file update. |
| 10/01/08 | JAS | .70 | Telephone conferences with investors. |
| 10/02/08 | JAS | .30 | Telephone conferences with A. Robb regarding cooperation of McKnight, mail for P. McKnight, and offshore accounts.[x2]; follow up with B. Muller regarding same. |
| 10/02/08 | JAS | .30 | Voicemails from investors; follow up voicemail to investor. |
| 10/02/08 | JAS | .40 | Conference with L. Bell-Guzzo regarding investor inquiries. Conference with S. Washington regarding set up of war room. Attention to set up of war room. |
| 10/02/08 | JAS | .10 | Email to J. Applebaum regarding meeting with E. Hood and C. Murphy. |
| 10/02/08 | JAS | .30 | Telephone conference with assistant to R. Rytman; Email to and from M. Hendrick regarding recovery of quickbook and payroll records. |
| 10/02/08 | JAS | .10 | Follow up with V. Petrusha regarding quarterly tax payment notice. |
| 10/02/08 | JAS | 1.20 | Respond to investor inquiries by telephone. |
| 10/02/08 | LBG | .70 | Respond to numerous investor inquiries; forward additional investor contact information to XRoads for entry into database. |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page   3

| 10/03/08 | JAS | .20 | Conference with the Receiver regarding pending issues. |
|----------|-----|-----|--------|
| 10/03/08 | JAS | .10 | Conference with L. Bell-Guzzo regarding investor inquiries. |
| 10/03/08 | JAS | .20 | Voicemail to and from J. O'Keefe. |
| 10/03/08 | JAS | .20 | Telephone conference with and email from D. Salim. |
| 10/03/08 | JAS | .20 | Email correspondence to and from S. Lee regarding Consumers Energy bill; email to V. Petrusha regarding same. |
| 10/03/08 | JAS | .30 | Email to and from D. Crimmins, J. Applebaum, and R. Gordon regarding surety bond coverage for bank accounts. |
| 10/03/08 | JAS | .20 | Correspondence to and from V. Petrusha regarding Consumers energy bill and banking information. |
| 10/03/08 | JAS | .20 | Conference with V. Petrusha regarding Legisi bank records, tax matters, and mail. |
| 10/03/08 | LBG | .30 | Telephone conference with W. Pulcher regarding status of case. |
| 10/04/08 | JAS | .20 | Review correspondence received from Legisi Investor; correspondence to and from R. Gordon regarding same. |
| 10/06/08 | JAS | .30 | Review procedures for retention of professionals for provisions regarding fee applications of employed professionals; correspondence to J. Applebaum and R. Gordon regarding same. |
| 10/06/08 | JAS | .20 | Telephone conference with investor. |
| 10/06/08 | JAS | .20 | Email to and from P. Lucas. Review Veritas monthly fee statement. |

| 10/06/08 | JAS | 1.70 | Telephone conferences with Michigan Unemployment Insurance Agency regarding Legisi tax matters; recover Notice of Discontinuance form, recover information required to complete form, complete form, deliver to Receiver for signature and review; draft letter to Unemployment Insurance Agency regarding credit due; revise same. |
| 10/06/08 | JAS | .20 | Conference with S. Washington regarding payment of professionals. |
| 10/07/08 | JAS | .20 | Conference with R. Lucaj regarding recovery of Quick Books records. |
| 10/08/08 | JAS | .20 | Review correspondence from mBank and Telemus. Route to V. Petrusha; Email to V. Petrusha regarding same. |
| 10/08/08 | JAS | .10 | Telephone conference with Investor. |
| 10/08/08 | LBG | .20 | Receipt and review of email from R. Ritcheski (investor) regarding status; email to R. Ritcheski regarding updated information. |
| 10/09/08 | JAS | .20 | Telephone conferences with and voicemail from M. Bohanan. |
| 10/09/08 | JAS | .20 | Telephone conference with A. Robb regarding case status. |
| 10/09/08 | JAS | .10 | Voicemail to B. Tanase regarding pending matters. |
| 10/09/08 | JAS | .10 | Voicemail to J. O'Keefe regarding case status. |
| 10/10/08 | JAS | .50 | Conferences with R. Gordon and J. Applebaum regarding pending matters; telephone conference with McKnight creditor. |
| 10/10/08 | JAS | .20 | Review Legisi mail; attention to email from accounting and V. Petrusha regarding payment of DTE liability. |

| 10/10/08 | JAS | .10 | Voicemail from V. Petrusha regarding pending matters. |
| 10/10/08 | VP | 2.10 | Review of invoices and attend to processing same for payment; review balance sheets from Bank; update check ledger; balance all four accounts and provide report to counsel; conferences with J. Statham and J. Applebaum. |
| 10/13/08 | JAS | .20 | Review email from Investor; conference with L. Bell-Guzzo regarding investor inquiries. |
| 10/13/08 | LBG | .70 | Email correspondence to Dr. Mantzla (investor) in response to email inquiry; email to K. Smith-Ford regarding same; forward additional investor information for entry into database. |
| 10/14/08 | LBG | .40 | Telephone conference with Mr. Bates regarding updated information and plan going forward. |
| 10/14/08 | JAS | .40 | Telephone conference with investor M. McColm. |
| 10/14/08 | JAS | .80 | Telephone conference with and voicemails from investors; follow up conference with L. Bell-Guzzo regarding case status. |
| 10/14/08 | JAS | .50 | Telephone conference with M. Aloisi of FINRA; voicemail to B. Brook of FINRA; voicemail from M. Aloisi of FINRA; review emails exchanged with M. Aloisi. |
| 10/14/08 | JAS | .20 | Review interim compensation procedures and docket. |
| 10/14/08 | JAS | .20 | Update Legisi tasks list. |
| 10/14/08 | JAS | .10 | Conference with L. Bell-Guzzo regarding case administration. |
| 10/14/08 | JAS | .10 | Email to and from J. O'Keefe regarding case status. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 10/15/08 | JAS | .30 | Conferences with L. Bell-Guzzo regarding status of case and conferences she has had with investors. |
| 10/16/08 | JAS | .30 | Email conference with A. Robb regarding meeting with McKnight; email to and from E. Hood and J. Applebaum regarding same. |
| 10/16/08 | JAS | .10 | Telephone conference with M. Bohanan regarding address for P. McKnight. |
| 10/16/08 | JAS | .20 | Review proposal received regarding moving and storage of personal property. |
| 10/16/08 | JAS | .50 | Review Legisi mail; review notes regarding Legisi tax matters; draft email to R. Gordon and J. Applebaum advising of need to address tax matters and hire receivership accountant. |
| 10/16/08 | JAS | .10 | Conference with R. Lucaj regarding recovery of Legisi quick books records. |
| 10/17/08 | JAS | .20 | Attention to compilation of Legisi financial records for accountant. |
| 10/17/08 | JAS | .20 | Voicemail from M. Bohanan; telephone conference with M. Bohanan regarding pending matters. |
| 10/17/08 | VP | .10 | Communication with counsel regarding team meeting. |
| 10/20/08 | JAS | .50 | Review Legisi notes received from R. Gordon; draft and circulate agenda for group meeting. |
| 10/20/08 | JAS | .20 | Attention to voicemail from Investor and voicemail from potential purchaser of stock. |
| 10/20/08 | JAS | .20 | Email to and from M. Bohanan. |
| 10/20/08 | JAS | .10 | Conference with the Receiver regarding items for discussion at today's meeting. |
| 10/20/08 | JAS | .30 | Review email sent from M. Bohanan. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page    7

| | | | |
|---|---|---|---|
| 10/20/08 | JAS | .60 | Beginning review of documents received from FINRA. |
| 10/20/08 | JAS | .10 | Voicemail to and from J. O'Keefe. |
| 10/20/08 | JAS | .20 | Voicemail from M. Bohanan. Telephone conference with M. Bohanan. |
| 10/20/08 | JAS | .30 | Telephone conference with J. O'Keefe regarding case administration and status. |
| 10/20/08 | JAS | .10 | Conference with V. Petrusha regarding pending matters. |
| 10/20/08 | JAS | .10 | Draft email to D. Salim in response to his request for information contained in Legisi office. |
| 10/20/08 | JAS | .10 | Attention to information to be sent to C. Murphy and E. Hood. |
| 10/20/08 | VP | 3.20 | Review and attend to email from B. Muller regarding attending to two appraisal invoices; review agenda for afternoon counsel meeting; prepare accounting reports for all three accounts; conferences (x2) with mBank regarding insurance on accounts and status of accounts; review new FDIC insurance coverage limits; preparation for and attendance at team meeting. |
| 10/21/08 | JAS | .30 | Conferences with L. Bell-Guzzo regarding status of investor inquires and update to investor database. |
| 10/21/08 | JAS | .10 | Voicemail from investor. |
| 10/21/08 | JAS | .20 | Attention to email from D. Salim; follow up with V. Petrusha regarding information requested by D. Salim. |
| 10/21/08 | VP | 2.00 | Review invoices from Parsell Appraisal Company and John "Biff" Snyder And Associates for appraisal work done for 5045 Barret, attend to payment of same; conference with B. Muller regarding appraisals; conference with Teachout |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page   8

| | | | |
|---|---|---|---|
| | | | Security Services, review invoice from Teachout Security Services, attend to payment of same; review emails from D. Salim and J. Statham regarding Burton matter, research matter and respond to same; balance check book and update status of Legisi check payment chart; update invoice binder. |
| 10/21/08 | JAS | .30 | Voicemail from V. Petrusha regarding petty cash box contents; email to and from V. Petrusha regarding same; email to D. Salim regarding same. |
| 10/23/08 | JAS | .20 | Attention to estate administration. |
| 10/27/08 | JAS | .30 | Telephone conference with investor; email to E. Wishnow regarding meeting. |
| 10/27/08 | JAS | .20 | Telephone conference with J. O'Keefe regarding pending issues; email to and from J. Applebaum regarding SEC inquiry. |
| 10/27/08 | JAS | .30 | Read and reply to investor inquiry; review email from investor; Email to M. Pascoe regarding update to investor database. |
| 10/29/08 | LBG | 1.40 | Receipt and review of emails from investors requesting status; attention to responses; forward new investor information to XRoads for entry into database; attention to voicemail messages regarding various issues. |
| 10/29/08 | JAS | .30 | Conference with the Receiver regarding pending matters. |
| 10/29/08 | JAS | 1.00 | Review docket for recent activity; telephone conference with Clerk to Judge Steeh regarding case status and pending motion; review interim update to investors and first report and account. |
| 10/29/08 | JAS | .50 | Begin to draft second interim update. |
| 10/30/08 | JAS | .20 | Telephone conference with investor. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page   9

| 10/30/08 | JAS | .20 | Review of correspondence with D. Crimmins of mBank; voicemail to D. Crimmins. |
| 10/30/08 | JAS | 1.10 | Telephone conferences with investors. |
| 10/30/08 | JAS | 1.00 | Draft second report and account. |
| 10/30/08 | JAS | .10 | Email conference with J. O'Keefe regarding investor. |
| 10/31/08 | JAS | .20 | Telephone conference with Investor. |
| 10/31/08 | JAS | 1.00 | Review email from P. Lucas regarding Veritas invoices; multiple email and telephone conferences with S. Washington and V. Petrusha regarding invoices paid to date; follow up email to P. Lucas; draft memorandum of procedures for payment of all invoices. |
| 10/31/08 | VP | 1.10 | Review status of Legisi checking account; review status of payment of Veritas invoices; conferences and email with J. Statham regarding same; communication with S. Washington; update invoice binder; review payment history of Veritas, XRoads, etc., communication with J. Statham regarding same. |

B130      Asset Disposition

| 10/02/08 | JAS | .20 | Conference with B. Muller regarding closing on Barret property sale and future property sales. |
| 10/03/08 | JAS | .30 | Correspondence to and from J. Applebaum, E. Hood, and Receiver regarding disposition of stock. |
| 10/03/08 | JAS | .30 | Email to and from E. Hood; conference with E. Hood regarding stock holdings; voicemail to R. Destephano regarding same. |
| 10/03/08 | JAS | .20 | Email to and from G. Yatooma regarding sale of ATV's and additional assets. |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page  10

| 10/03/08 | JAS | .20 | Email conference with B. Muller regarding closing on sale of Barret property. |
| 10/06/08 | JAS | .10 | Correspondence to G. Yatooma regarding ATVs. |
| 10/06/08 | JAS | .10 | Conference with E. Hood regarding communication with R. Destephano. |
| 10/06/08 | JAS | .30 | Correspondence to and from E. Hood and J. Applebaum regarding estate interest in Brekford International. Review correspondence from R. Destephano regarding same. |
| 10/06/08 | JAS | .20 | Review historic trading report of Brekford International. |
| 10/06/08 | JAS | .10 | Correspondence to and from B. Muller regarding closing on sale of Barret property. |
| 10/08/08 | JAS | .10 | Follow up with B. Muller regarding status of closing on Barret property. |
| 10/09/08 | JAS | .10 | Follow up with B. Muller regarding potential closing on Barret property. |
| 10/10/08 | JAS | .20 | Email conference with B. Muller regarding affidavits and status of closing on Barret property. |
| 10/13/08 | JAS | .10 | Email conference with D. Plas regarding stock holdings and necessary steps to lift restriction. |
| 10/14/08 | JAS | .20 | Voicemail and email from B. Shafley; Email to Receiver, E. Hood, J. Applebaum regarding same. |
| 10/14/08 | JAS | 1.90 | Telephone conference with potential purchaser of stock holdings; conference with E. Hood regarding same; telephone conference with J. O'Keefe regarding same; email to E. Hood, R. Gordon, and J. Applebaum regarding potential sale; research regarding company. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 11

| 10/16/08 | JAS | .30 | Conference with B. Muller regarding sale of real property and procedure to be followed. |
| 10/16/08 | JAS | .30 | Voicemail from B. Muller regarding sale of Barret property; conference with B. Muller and J. Applebaum regarding same. |
| 10/17/08 | JAS | .60 | Review correspondence from Telemus; review memorandum regarding stock holdings prepared by Telemus; draft email to D. Plas regarding status; conference with the Receiver regarding same. |
| 10/17/08 | JAS | .60 | Conference with B. Muller regarding disposition of Barret property; review Order permitting disposition of real property; conference with J. Applebaum regarding same; review email from B. Muller regarding terms of sale. |
| 10/20/08 | JAS | .20 | Review email from E. Hood and R. Gordon regarding sale of stocks. |
| 10/20/08 | JAS | .30 | Email conference with D. Plas regarding restricted stock and progress; email to Receiver's legal team regarding same. |
| 10/20/08 | JAS | .10 | Conference with the Receiver regarding disposition of personal property. |
| 10/21/08 | JAS | .20 | Conference with E. Hood regarding status of negotiations regarding sale of stock and lifting of restrictions. |
| 10/21/08 | BJM | .60 | Correspond with buyer's realtor regarding sale of 5045 Barret; correspond with buyer's lender regarding same. |
| 10/23/08 | BJM | .50 | Correspond with buyer's realtor regarding sale of 5045 Barret; correspond with buyer's lender regarding same. |
| 10/27/08 | BJM | .40 | Correspond with buyers' realtor regarding status of closing. |

# CLARK HILL P.L.C.

| 10/28/08 | BJM | .80 | Correspond with buyers' realtor regarding status of closing; correspond with buyers' lender regarding same. |
| 10/29/08 | BJM | 2.40 | Correspond with title company regarding status of completion of closing documents; review closing documents; revise same and correspond with title company regarding changes; draft and prepare covenant deed. |
| 10/29/08 | JAS | .50 | Conference with B. Muller regarding status of real estate assets; conference with B. Muller and Receiver regarding same. |
| 10/29/08 | JAS | .80 | Research regarding disposition of personal property; voicemail to T. Safokitis regarding same; email conference R. Levy regarding the same; create spreadsheet of Legisi saleable assets. |
| 10/30/08 | JAS | .60 | Email conference with R. Levy regarding disposition of personal property. |
| 10/30/08 | JAS | .30 | Telephone conference with T. Safokitis of Maynards regarding disposition of personal property; email to T. Safokitis regarding same. |
| 10/30/08 | JAS | .20 | Review of Order to Sell Barret property; conference with B. Muller regarding same. |
| 10/30/08 | JAS | 1.30 | Multiple conferences with R. Gordon and B. Muller regarding disposition of Kovacs and Barret Property; review of Barret property closing documents. |
| 10/30/08 | BJM | 4.10 | Correspond with title company regarding closing documents related to sale of 5045 Barret; review HUD-1 Statement; coordinate execution by R. Gordon of closing documents related to sale of 5045 Barret; correspond with buyers' realtor regarding closing; attend closing of sale of 5045 Barret. |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 13

| 10/31/08 | JAS | .20 | Email conference with B. Muller and R. Gordon regarding sale of Barret property; email to J. O'Keefe regarding same. |

| B180 | Asset Analysis and Recovery | | |
| --- | --- | --- | --- |
| 10/01/08 | CEM | 4.00 | Review volume I of SEC documents (750 pages). |
| 10/02/08 | CEM | 1.30 | Conference with E. Hood & J. Statham. |
| 10/02/08 | BJM | 1.80 | Correspond with appraisers regarding cost and timing related to appraisals of estate properties; review qualification sheets received from appraisers; confer with J. Statham regarding entry of order; correspond with buyer's broker regarding same; correspond with title company regarding receipt and review of closing documents and anticipated closing date. |
| 10/02/08 | WBD | .40 | Confer with tenant of Bistricky mortgage property regarding rent payment, arrangements, utilities.(.3) Notes to file.(.1) |
| 10/02/08 | EJH | 1.40 | Conference with J. Statham and C. Murphy regarding various securities issues. |
| 10/02/08 | JAS | .20 | Follow up regarding FINRA subpoena; telephone conference with FINRA representative; voicemail to B. Brook; voicemail to M. Aloisi. |
| 10/02/08 | JAS | 1.50 | Prepare for and attend conference call with C. Murphy and E. Hood; Follow up conference with E. Hood. |
| 10/03/08 | JAS | 1.00 | Draft supplement to subpoena to Royal Palm. |
| 10/03/08 | JAS | 1.50 | Review McKnight and D. Burton Email. |
| 10/03/08 | EJH | .30 | Review and follow up on email from attorney for issuer. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 14

| 10/03/08 | WBD | 3.00 | Confer with tenant regarding occupancy issues, rent (.6); confer (x2) with Bistricky regarding settlement, foreclosure, liability, release, discount of notes as regards mortgage liability, review information about values (1.5); confer property manager and B Muller regarding take over of properties (.4); prepare schedule of properties with comments for manager, transmit with instructions (.5). |
|---|---|---|---|
| 10/03/08 | JAS | .20 | Correspondence to and from J. O'Keefe, E. Hood, and J. Applebaum regarding location of potential additional assets. |
| 10/03/08 | BJM | 3.80 | Confer with W. Dunn regarding revised scope of property management services to include Bistricky mortgaged properties; correspond with A. Broughton regarding same; correspond with appraisers regarding new property appraisals; correspond with title company and buyer's broker regarding status of closing and receipt of documents. |
| 10/06/08 | WBD | .60 | Review additional market information provided by Bistricky regarding mortgaged properties. |
| 10/06/08 | JAS | .20 | Telephone conference with M. Aloisi of FINRA. |
| 10/07/08 | WBD | .70 | Develop strategy for discounting Bistricky mortgage portfolio. |
| 10/08/08 | JAS | .30 | Review email regarding proposed treatment of stockholdings from E. Hood; email conference with D. Plas regarding status of lifting of restrictions; review prior correspondence regarding same. |
| 10/08/08 | BJM | 2.50 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 15

| 10/09/08 | BJM | .50 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |
|---|---|---|---|
| 10/09/08 | JAS | .30 | Research regarding possible assets. |
| 10/09/08 | JAS | .30 | Telephone conference with R. Rytman. |
| 10/09/08 | JAS | 6.90 | Review hard copies of documents produced and recovered from Legisi office; Email conference with E. Hood, S. Washington and L. Bell-Guzzo regarding pleadings and file administration. |
| 10/10/08 | EKS | 2.00 | Review pleadings and other documents. |
| 10/13/08 | BJM | 2.30 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |
| 10/14/08 | BJM | 1.50 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |
| 10/14/08 | EJH | .30 | Conference with J. Statham regarding status of information gathering. |
| 10/14/08 | JAS | .30 | Telephone conference with B. White of FINRA regarding subpoena; voicemail from B. White regarding same. |
| 10/15/08 | EJH | .20 | Review email from J. Statham regarding securities issue; conference with E. Shih regarding research issue. |
| 10/15/08 | JDA | .80 | Telephone conference with B. Cowden regarding forfeiture action and turnover of proceeds; revisions to proposed Notice of Withdrawal of Claim and correspondence to R. Roth regarding same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 16

| | | | |
|---|---|---|---|
| 10/15/08 | JAS | .30 | Review Notice of Withdrawal of claim prepared by W. Cowden; multiple emails between J. Applebaum and W. Cowden. |
| 10/16/08 | JAS | .20 | Telephone conference with M. Aloisi of FINRA; follow up email to E. Hood and S. Washington regarding same. |
| 10/16/08 | JDA | .60 | Review of forfeiture notice and motion regarding turnover; correspondence with W. Cowden and correspondence with R. Roth regarding same. |
| 10/17/08 | JDA | .30 | Telephone conference with R. Roth regarding e-gold account issues. |
| 10/17/08 | CEM | .50 | Review file to prepare for meeting. |
| 10/17/08 | CEM | 1.20 | Conference with R. Gordon, J. Applebaum, E. Hood and J. Statham regarding securities law issues and investigation. |
| 10/17/08 | BJM | 3.20 | Coordinate sale of 5045 Barret, management, appraisal and marketing of estate properties, and issues related to mortgaged properties; correspond and confer regarding same. |
| 10/17/08 | JAS | .20 | Attention to FINRA subpoena; telephone conference with M. Aloisi. |
| 10/17/08 | JAS | .20 | Attention to e-gold subpoena; email and voicemail from A. Touchton regarding same. |
| 10/17/08 | WBD | .30 | Review status of Bistricky mortgage property with B Muller, need to engage manager full time, begin foreclosure. |
| 10/18/08 | RDG | .20 | Receipt and review of telephone message from J. Liviakis; return call; draft email correspondence to team regarding same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 10/19/08 | JDA | .50 | Correspondence and telephone conference regarding Legisi stock holdings and liquidation of same; review memorandum from J. Statham regarding status of open issues. |
| 10/20/08 | JDA | 2.00 | Receivership meeting regarding status of investigation, litigation and related issues. |
| 10/20/08 | JDA | .70 | Review of fee motion; conference call with R. Roth and A. Robb regarding same. |
| 10/20/08 | JDA | .50 | Correspondence from J. Statham regarding stock restriction issues; correspondence from E. Hood regarding offer to purchase stock. |
| 10/20/08 | EJH | 3.20 | Review case law on fraudulent transfers; conference with criminal attorney for McKnight; preparation for and meeting with receiver to discuss organizational issues. |
| 10/20/08 | JAS | 1.80 | Attend conference and strategy session with the Receiver and his attorneys. |
| 10/20/08 | JAS | .20 | Follow up regarding subpoenaed information from FINRA. |
| 10/20/08 | JAS | .30 | Email conference with R. Rytman regarding recovery and analysis of potential off shore accounts. |
| 10/20/08 | JAS | .40 | Voicemail to E. Wishnow; voicemail from E. Wishnow; telephone conference with E. Wishnow regarding meeting with McKnight. |
| 10/20/08 | RDG | .20 | Receipt and review of email correspondence from E. Hood and R. Distefano regarding offer to re-purchase Brekford stock. |
| 10/20/08 | BJM | 1.20 | Correspond with property manager regarding moving and storage proposal; attend status meeting. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 18

| 10/21/08 | CEM | 1.20 | Review Brekford Stock Purchase Documents; review SEC R.144; conference with E. Hood; telephone conference with R. DiStefano regarding sale of stock and opinion letter lifting restrictions. |
| 10/21/08 | EJH | .40 | Conference with attorney for Brekford regarding offer to purchase stock; conference with J. Statham regarding same. |
| 10/21/08 | JAS | .70 | Review information received from FINRA. |
| 10/22/08 | JAS | .20 | Conference with B. Muller regarding mortgaged properties. |
| 10/22/08 | EKS | 2.00 | Search public records for financial statements and other information regarding Brekford International (d/b/a "Tactical Solutions"); review same. |
| 10/22/08 | BJM | 2.00 | Correspond with property manager regarding addition of Bistricky mortgaged properties into scope of property management agreement; correspond with realtor regarding broker's opinions of value and original purchase prices of Bistricky mortgaged properties; conduct internet research on Genesee County Register of Deeds website. |
| 10/24/08 | BJM | .70 | Conduct internet research on Genesee County Register of Deeds website to obtain background and conveyance information related to the Bistricky mortgaged properties. |
| 10/25/08 | WBD | .30 | Confer B Muller regarding foreclosure of Bistricky mortgages, title matters. |
| 10/26/08 | EJH | .70 | Review materials subpoenaed from FINRA. |
| 10/27/08 | BJM | .70 | Correspond with K. Bessert regarding receipt of offer to purchase real property at 8027 Kovacs; confer with J. Statham regarding same; correspond with K. Bessert regarding cost estimate for in-house title company to complete |

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page  19

|  |  |  |  |
|---|---|---|---|
|  |  |  | title commitments for Bistricky mortgaged properties. |
| 10/27/08 | JAS | .10 | Review email from E. Wishnow; email to E. Hood, J. Applebaum, and R. Gordon regarding same. |
| 10/27/08 | JAS | .10 | Conference with E. Hood regarding documents received from FINRA. |
| 10/27/08 | JAS | .30 | Conference with B. Muller regarding Bistricky Properties and pending matters. |
| 10/28/08 | JAS | .20 | Telephone conference with assistant to R. Rytman; email to and from R. Rytman regarding off shore investigation. |
| 10/28/08 | BJM | .90 | Correspond with K. Bessert regarding offer to purchase real property at 8027 Kovacs; confer with J. Statham and R. Gordon regarding same; correspond with D. Hodge and L. Snyder regarding completion of appraisals of 5027 Kovacs and 6147 Springdale properties. |
| 10/29/08 | BJM | .50 | Correspond with K. Bessert regarding offer to purchase real property at 8027 Kovacs; confer with J. Statham and R. Gordon regarding same. |
| 10/29/08 | JDA | .60 | Telephone conference and correspondence with P. Dempsey regarding Turks and Caicos accounts and investments. |
| 10/29/08 | JAS | .70 | Conference with J. Applebaum regarding potential off shore assets; review information regarding same; telephone conference with J. Applebaum and representative of law offices of F. Dempsey. |
| 10/29/08 | JAS | .30 | Review of documents provided by Sierra. |
| 10/30/08 | JAS | .20 | Email conference with R. Rytman regarding procedure for recovery of potential assets. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
November 24, 2008
INVOICE # 329421
Page 20

| 10/30/08 | WBD | .40 | Confer B Muller regarding foreclosure notice, fraud of Bistricky on tenant (.2) regarding closing on sale of Barrett property. (.2) |
|---|---|---|---|
| 10/30/08 | BJM | 2.30 | Review Bistricky mortgages; review Genesee County records related to Bistricky mortgaged properties; draft and prepare form of foreclosure notice; confer with M. Bennett and W. Dunn regarding same; finalize counter offer related to 8027 Kovacs; correspond with K. Bessert regarding same. |
| 10/31/08 | JDA | .20 | Correspondence with P. Dempsey regarding Legisi incorporation issues. |

$27,337.50

## TIMEKEEPER SUMMARY

Client Name        Robert D. Gordon, Receiver

Matter Description McKnight/ Legisi

Service Period     10/01/08 thru 10/31/08

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Lauralyn Bell-Guzzo | $99 | 3.70 | $366.30 |
| | Valentina Petrusha | $149 | 8.70 | $1,291.95 |
| | Jami Ann Statham | $171 | 24.40 | $4,172.40 |
| | TOTAL | | 36.80 | $5,830.65 |
| B130 | Asset Disposition | | | |
| | Brandon J. Muller | $180 | 8.80 | $1,584.00 |
| | Jami Ann Statham | $171 | 11.10 | $1,898.10 |
| | TOTAL | | 19.90 | $3,482.10 |
| B180 | Asset Analysis and Recovery | | | |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| Joel D. Applebaum | $356 | 6.20 | $2,204.10 |
| William B. Dunn | $473 | 5.70 | $2,693.25 |
| Robert D. Gordon | $383 | .40 | $153.00 |
| Edward J. Hood | $315 | 6.50 | $2,047.50 |
| Brandon J. Muller | $180 | 23.90 | $4,302.00 |
| Charles E. Murphy | $324 | 8.20 | $2,656.80 |
| Eric K. Shih | $176 | 4.00 | $702.00 |
| Jami Ann Statham | $171 | 19.10 | $3,266.10 |
| TOTAL | | 74.00 | $18,024.75 |

| | | |
|---|---|---|
| ACTIVITY TOTAL | 130.70 | $27,337.50 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE )
COMMISSION, )
      Plaintiff, )
)
vs. )
)
GREGORY N. MCKNIGHT, and )
LEGISI HOLDINGS, LLC, )
)
)
      Defendants, )
)
      and )
)
LEGISI MARKETING, INC., LIDO )
CONSULTING , LLC, HEALTHY BODY )
NUTRACEUTICALS, LINDENWOOD )
ENTERPRISES, LLC , DANIELLE )
BURTON, THERESA BURTON, and )
JENNIFER MCKNIGHT, )
)
      Relief Defendants. )

Case No. 08-11887
Judge: George C. Steeh

## [PROPOSED] ORDER GRANTING SECOND FEE APPLICATION OF CLARK HILL PLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO ROBERT D. GORDON, RECEIVER FOR THE PERIOD FROM AUGUST 1, 2008 THROUGH OCTOBER 31, 2008

THIS MATTER having come before the Court on the *Second Interim Application of Clark Hill PLC for Allowance and Payment of Fees and Reimbursement of Expenses incurred as counsel to Robert D. Gordon, Receiver, for the Period from August 1, 2008 through October 31, 2008* (the "Application"); the Court having reviewed the Application and, upon the entire record of the case, having found that the fees requested in the Application were actual, necessary, and reasonable; due notice and opportunity for hearing having been given to all parties in interest;

and the Court being otherwise fully advised in the premises and finding good cause for the relief granted in this Order;

NOW, THEREFORE,

IT IS HEREBY ORDERED the Application is granted and approved in accordance with this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*. Accordingly, by this Order, Clark Hill PLC is finally allowed fees, previously and provisionally paid, in the amount of $130,236.30 and reimbursement of out-of-pocket expenses, previously and provisionally paid, of $117.59, in connection with services rendered by Clark Hill PLC, as counsel to Robert D. Gordon, Receiver, during the time period of August 1, 2008 through October 31, 2008.

5771625v.1