# EXHIBIT A

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   337068

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

February 26, 2009
Client:   30711
Matter: 122570

==================================================================
RE:  McKnight/ Legisi

FOR SERVICES RENDERED through January 31, 2009

    Total Services:                                    $43,383.15

FOR EXPENSES INCURRED OR ADVANCED:

| | | |
|---|---|---|
| Business Meals | $93.65 | |
| Travel and Related Expenses | $1,101.99 | |
| Mileage/Parking | $173.50 | |
| Adjournment Fee | $128.00 | |
| Federal Express/UPS | $66.27 | |

    Total Expenses:                                    $1,563.41

STATEMENT TOTAL                                        $44,946.56

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

### DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| B110 | Case Administration | | |
| 01/02/09 | JAS | .20 | Review recent investor inquiries. |
| 01/03/09 | JAS | .10 | Review email from Receiver regarding investor inquiry. |
| 01/05/09 | JAS | .30 | Telephone conference with investor Cominsky regarding his investment. |
| 01/05/09 | JAS | .20 | Attention to Legisi docket; email to J. Applebaum regarding same. |
| 01/05/09 | JAS | .20 | Draft brief memorandum to R. Gordon and J. Applebaum regarding investor communication. |
| 01/06/09 | JAS | .10 | Voicemail from investor. |
| 01/09/09 | LBG | .70 | Review and respond to investor inquiries; telephone conference with R. Carver (investor) regarding update on Receiver's progress. |
| 01/11/09 | JDA | .50 | Review Petitioners' Reply Memorandum Regarding Payment of Roth/Robb Fees. |
| 01/12/09 | JAS | .10 | Conference with the Receiver regarding case status. |
| 01/12/09 | JAS | .20 | Email conference with M. Pascoe regarding addition to database and fee application. |
| 01/12/09 | JAS | .40 | Review correspondence received from Trustee for investor; draft email response to Trustee. |
| 01/12/09 | JAS | .20 | Voicemail from investor; review recent emails and messages from investors. |

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page   3

| 01/12/09 | JAS | .20 | Attention to case action items. |
|---|---|---|---|
| 01/14/09 | JAS | .50 | Review and respond to investor inquiries. |
| 01/14/09 | JAS | 3.60 | Respond to numerous investor inquiries via email and telephone conference. |
| 01/14/09 | LBG | .90 | Review and respond to investor inquiries; forward investor information to XRoads for entry into database. |
| 01/15/09 | JAS | .30 | Telephone conference with investor Hurtung; email from investor Baney. |
| 01/15/09 | JAS | .10 | Conference with B. Muller regarding case status. |
| 01/15/09 | JAS | .20 | Attention to coordination of team meeting. |
| 01/16/09 | JAS | .10 | Attention to Docket. |
| 01/19/09 | JAS | .10 | Conference with R. Gordon regarding retention of an accountant. |
| 01/19/09 | JAS | .10 | Voicemail to investor B. Reeve. |
| 01/19/09 | JAS | .70 | Review case notes for filing; create tasks list. |
| 01/19/09 | JAS | .20 | Attention to Legisi docket; email conference with B. Dunn and B. Muller regarding correspondence to the Bistrickys; conference with S. Washington regarding service of the Motion. |
| 01/19/09 | JAS | .30 | Prepare for team meeting. |
| 01/19/09 | JAS | .20 | Attention to investor inquiries. |
| 01/20/09 | JAS | .10 | Follow up with E. Hood regarding Ebuillion records. |
| 01/20/09 | JAS | .10 | Voicemail from investor. |
| 01/20/09 | JAS | .20 | Telephone conference with B. Reeve. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page   4

| 01/20/09 | JAS | .50 | Retrieve information required for tax purposes; conference with S. Lee and the Receiver regarding same. |
|---|---|---|---|
| 01/20/09 | JAD | .30 | Office conference with R. Gordon regarding Form 1099 reporting requirements. |
| 01/20/09 | JAS | .20 | Conference with the Receiver regarding case status. |
| 01/20/09 | VP | 1.20 | Review court docket; review notice of monthly fee statement of XRoads for December invoice covering November time, attend to payment of invoice; review email from Siegel Realty regarding additional funds need to pay utility bills, taxes, etc., attend to forwarding needed funds to cover same; updated ledger; updated invoice/payment binder. |
| 01/21/09 | VP | .60 | Review email from J. Statham and email from XRoads; review court docket and XRoads docket regarding payment status for October and November invoices; response email to J. Statham regarding payment status. |
| 01/21/09 | JAS | .10 | Additional review of Legisi website. |
| 01/21/09 | JAS | .10 | Conference with the Receiver regarding status update to web site. |
| 01/21/09 | JAS | .40 | Status meeting with J. Applebaum to discuss progress of case as a whole and next steps. |
| 01/21/09 | JDA | .60 | Review/revise various court pleadings and applications. |
| 01/21/09 | JAS | .20 | Review of Legisi website, email to M. Pascoe regarding display of Second Report and Account. |
| 01/21/09 | JAS | .20 | Attention to Notice of Hearing on Robb and Roth motion; calendar and email to parties in interest regarding same. |

| 01/21/09 | JAS | .10 | Receipt of investor inquiries. |
|----------|-----|-----|-------------------------------|
| 01/21/09 | JAS | .20 | Telephone conference with investor Angel. |
| 01/21/09 | JAS | .20 | Attention to payment of xroads invoices; email conference with S. Washington and V. Petrusha regarding same. |
| 01/21/09 | JAS | .20 | Conference with the Receiver regarding case status. |
| 01/22/09 | JAS | .10 | Follow up with M. Pascoe regarding payment of November invoice. |
| 01/22/09 | VP | .20 | Email to J. Statham regarding status of XRoads payment of December invoice for November time. |
| 01/24/09 | JAS | .10 | Conference with the Receiver regarding setting up meeting with the delegation. |
| 01/25/09 | JAS | .10 | Correspondence with E. Hood and J. Applebaum regarding fee hearing. |
| 01/26/09 | JAS | .10 | Attention to scheduling of conference with delegation. |
| 01/26/09 | JAS | 2.20 | Respond to investor inquiries via email and telephone. |
| 01/26/09 | LBG | .40 | Review and respond to investor emails and voicemails. |
| 01/27/09 | LBG | .30 | Review and respond to investor emails and voicemails. |
| 01/27/09 | JAS | .10 | Conference with L. Bell Guzzo regarding investor inquiry. |
| 01/27/09 | JAS | .10 | Voicemail from investor R. Cowen. |
| 01/27/09 | JAS | .20 | Telephone conference with  investor R. Cowen. |
| 01/27/09 | JAS | .20 | Attention to docket, email to R. Rytman regarding case status. |

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page    6

| 01/29/09 | JAS | .10 | Conference with the Receiver regarding pending matters. |
| 01/29/09 | JAS | .20 | Attention to Docket. |
| 01/30/09 | JAS | .30 | Receipt and review of letter received from ECE, telephone call to ECE regarding letter, email to E. Hood regarding same. |

B130    Asset Disposition

| 01/02/09 | BJM | 1.20 | Confer with J. Statham regarding disposition of personal property from Legisi office suite; correspond with potential buyers regarding same; confer with K. Fanning regarding amended order regarding Bistricky mortgaged properties; revise same. |
| 01/02/09 | JAS | .20 | Telephone conference with T. Arnold regarding closing of Silverado purchase. |
| 01/02/09 | JAS | .20 | Email to B. Muller and R. Rytman regarding disposition of personal property. |
| 01/05/09 | JAS | .70 | Attention to sale of Silverado; prepare paperwork for sale, meet with T. Arnold; email to the Receiver, attention to coordination of runner to Receiver. |
| 01/05/09 | JAS | .20 | Email from, and conference with, B. Muller regarding personal property disposition. |
| 01/05/09 | JAS | .20 | Review of signed title and bill of sale, attention to shipping to TRA Inc., and organization of documents for file. |
| 01/05/09 | JAS | .20 | Telephone conferences with T. Arnold regarding Silverado sale. |
| 01/05/09 | JAS | .10 | Telephone conference with the Receiver regarding signing of Silverado title. |

| 01/12/09 | JAS | .10 | Email conference with R. Rytman and B. Muller regarding personal property assets. |
| 01/12/09 | JAS | .10 | Email conference with Greg from Dean's Auction regarding personal property. |
| 01/12/09 | JAS | .10 | Conference with B. Muller regarding Bistricky properties and personal property. |
| 01/12/09 | BJM | 2.50 | Correspond with realtor regarding status of listed Legisi properties; review preliminary terms of offer on 6147 Springdale property; confer with realtor regarding same; correspond with M. Richards regarding offer on personal property in Legisi office suite; confer with J. Statham regarding same; confer with J. Statham regarding revisions to draft motion for amended order; revise and finalize motion. |
| 01/13/09 | BJM | .60 | Correspond with realtor regarding potential offers on 331 Andrea property and Legisi office suite property; correspond with M. Richards regarding offer on personal property in Legisi office suite. |
| 01/13/09 | JAS | .20 | Conference with B. Muller regarding C. Richards offer to purchase personal property. |
| 01/13/09 | JAS | .10 | Review summary of C. Richards proposal to purchase real and personal property. |
| 01/14/09 | JAS | .10 | Conference with B. Muller regarding disposition of personal property. |
| 01/15/09 | JAS | .10 | Voicemail to R. Rytman regarding disposition of personal property. |
| 01/15/09 | JAS | .10 | Conference with J. Applebaum regarding sale of personal property. |
| 01/16/09 | JAS | .10 | Email from and conference with  R. Gordon regarding stock holdings. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page   8

| | | | |
|---|---|---|---|
| 01/16/09 | JAS | .10 | Follow up with B. Muller regarding personal property. |
| 01/16/09 | JAS | 2.00 | Draft Motion to Sell Personal Property. |
| 01/16/09 | BJM | .30 | Correspond with M. Richards regarding offer on Legisi personal property; correspond with realtor regarding Springdale offer and advice related to contemplated counter-offer. |
| 01/19/09 | JDA | .70 | Conference with R. Gordon and Clark Hill attorneys regarding status of real estate disposition issues and stock holdings and litigation claims analysis. |
| 01/19/09 | JAS | .10 | Conference with B. Muller regarding offer to purchase Legisi real property. |
| 01/20/09 | JAS | .10 | Receipt and review of offer to purchase personal property received from Veritas, conference with J. Applebaum and B.Muller regarding same. |
| 01/20/09 | JAS | .20 | Email conference with M. Hendrick regarding personal property status of bidding. |
| 01/20/09 | JAS | .10 | Conference with B. Muller and review of offer for personal property received from M. Richards. |
| 01/20/09 | JAS | .10 | Conference with B. Muller regarding M. Richards Legisi involvement. |
| 01/20/09 | BJM | .90 | Correspond with M. Richards regarding offer on Legisi personal property; correspond with K. Bessert regarding offers on Kovacs and Springdale properties. |
| 01/21/09 | BJM | 3.60 | Correspond with M. Richards regarding offer on Legisi personal property; confer with J. Statham regarding same; correspond with C. Richards regarding alleged payment by Legisi to M. Richards; review offers on Springdale and Kovacs properties; revise same to add required court approval contingency |

language and reallocate buyer expenses;
correspond with appraiser to authorize
required third property appraisal.

| 01/21/09 | JAS | .80 | Review and negotiate multiple offers to purchase Legisi personal property submitted by M. Richards and R. Rytman; emails to the Receiver, J. Applebaum, and B. Muller regarding same. |

01/21/09   JAS    .80    Review and negotiate multiple offers to
                         purchase Legisi personal property
                         submitted by M. Richards and R. Rytman;
                         emails to the Receiver, J. Applebaum,
                         and B. Muller regarding same.

01/21/09   JAS    .20    Telephone conference with M. Richards
                         regarding transfer of funds from
                         McKnight.

01/21/09   JAS    .10    Conference with R. Rytman regarding
                         closing of sale of personal property.

01/21/09   JAS    .10    Draft email to M. Richards regarding
                         Legisi transfer.

01/21/09   JAS    .10    Email to J. Applebaum and B. Muller
                         regarding telephone conference with J.
                         Okeefe and Richards transfer.

01/22/09   JAS    .10    Conference with B. Muller regarding
                         offers to purchase real property.

01/23/09   JAS   1.50    Continue to draft motion to sell
                         personal property and brief in support;
                         review and revise same.

01/26/09   JAS   2.00    Revise Motion to Sell Personal
                         Property; Prepare and cooridinate
                         exhibits for same; email conference
                         with R. Rytman regarding sale; email to
                         J. Okeefe and J. Birkenheier regarding
                         same.

01/26/09   JAS    .10    Email conference with J. Okeefe
                         regarding motion to sell personal
                         property.

01/27/09   JAS    .10    Telephone conference with M. Wenger
                         regarding personal property.

01/27/09   JAS    .40    Additional revision to motion to sell
                         personal property, attention to filing
                         of same.

| 01/27/09 | JAS | .10 | Voicemail from M. Wegner regarding personal property. |
| 01/29/09 | JAS | .10 | Email to R. Rytman regarding closing on sale of personal property. |
| 01/30/09 | JAS | .10 | Voicemail from M. Hendrick. |
| 01/30/09 | JAS | .10 | Email conference with M. Hendrick regarding personal property. |
| 01/30/09 | JAS | .10 | Conference with B. Muller regarding status of sale of real property. |
| 01/30/09 | BJM | 3.60 | Draft and prepare motions to sell Kovacs and Springdale properties. |
| 01/31/09 | JAS | .10 | Email to M. Hendrick regarding sale of personal property. |

**B180      Asset Analysis and Recovery**

| 01/01/09 | EJH | 1.50 | Continued preparation of memorandum regarding Royal Palm; review and revise subpoena; preparation of email to receiver regarding same. |
| 01/02/09 | EJH | 2.00 | Continued preparation of memorandum regarding Royal Palm. |
| 01/02/09 | JAS | .20 | Conference with B. Muller regarding Bistricky properties and Legisi personal property. |
| 01/02/09 | JAS | .10 | Voicemail from T. McLaughlin of US DOJ. |
| 01/02/09 | JAS | .10 | Voicemail to T. McLaughlin of US DOJ. |
| 01/02/09 | JAS | .30 | Telephone conference with T. McLaughlin; assemble and send additional documents to her. |
| 01/02/09 | JAS | .20 | Review Royal Palm subpoena. |
| 01/02/09 | CEM | .50 | Draft memo regarding Brekford Shareholder meeting. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page 11

| 01/02/09 | KASF | 2.00 | Attention to new pleadings for abandonment of properties. |
| 01/04/09 | JAS | 1.00 | Beginning review of McKnight deposition transcript. |
| 01/05/09 | JAS | .20 | Attention to status of Bistricky properties; email conference with B. Muller and B. Dunn regarding same. |
| 01/05/09 | CEM | .10 | Revise Brekford meeting memo. |
| 01/05/09 | JAS | .10 | Review email from E. Hood regarding shareholder meeting. |
| 01/05/09 | JAS | .30 | Review materials sent by C. Murphy regarding shareholder meeting. |
| 01/05/09 | WBD | .60 | Confer occupant of Swayze property regarding eviction notice from D Bistricky (.3); confer with B Muller regarding motion by receiver.(.3). |
| 01/05/09 | BJM | 6.20 | Confer with W. Dunn regarding Bistricky mortgaged properties; draft and prepare motion, brief and amended order to confirm rights of Receiver regarding Bistricky mortgaged properties; correspond with C. Richards regarding personal property in Legisi office suite; confer with J. Statham regarding same. |
| 01/06/09 | BJM | 2.40 | Confer with W. Dunn regarding draft pleadings; revise same pursuant to comments from W. Dunn; correspond with property manager regarding property management expenses. |
| 01/06/09 | JDA | .70 | Review of memorandum regarding annual shareholders' meeting and stock disposition issues and review of correspondence from E. Hood regarding same. |

# CLARK HILL P.L.C.

| 01/07/09 | WBD | .80 | Review and markup draft pleadings to permit settlement of debt (.6); confer B Muller regarding goals of pleadings, plan for settlement.(.2) |
| 01/07/09 | CEM | .10 | Email from E. Hood; diary meeting. |
| 01/07/09 | EJH | 6.80 | Preparation of correspondence to All American counsel regarding notes and lawsuit; compile documents for meeting with SEC. |
| 01/08/09 | EJH | 5.50 | Continued preparation for and attendance at meeting with SEC. |
| 01/08/09 | JDA | .70 | Review of correspondence from All American Products regarding forbearance request and related issues; conference with E. Hood and R. Gordon regarding same. |
| 01/09/09 | WBD | .30 | Exchange communications with Bistricky regarding sales of properties(.2) and direct B Muller regarding advice about title to properties.(.1) |
| 01/09/09 | EJH | 3.50 | Preparation of status report to receiver; continued review of Sierra documents. |
| 01/10/09 | WBD | .60 | Communications with Bistricky regarding means of finding funds for payoff of settled price, lack of effort on their part. |
| 01/11/09 | JDA | .90 | Review and revise Motion for Amended Order to Confirm Power of Receiver regarding Residential Properties, Brief in Support, proposed Order regarding same. |
| 01/11/09 | JDA | .50 | Review of compliance with Court procedures and orders. |
| 01/12/09 | JAS | .50 | Review Motion for Amended Order To Confirm Powers of Receiver regarding Residential Properties in Genesee County, brief in support, and proposed amended order; conference with B. |

|            |     |      |                                                                                                                                                                                                                                                                                                                                             |
|------------|-----|------|---------|
|            |     |      | Muller regarding same. |
| 01/12/09   | JAS | .10  | Review emails from K. Bistricky regarding mortgaged properties. |
| 01/12/09   | JAS | .10  | Review information received from E. Hood regarding Ebuillion records. |
| 01/12/09   | JAS | .30  | Attention to recreation of Panamanian server; email to J. Applebaum, E. Hood, and D. Dodd regarding same. |
| 01/12/09   | JAS | 1.50 | Begin to draft summary of transcript of McKnight proffer session. |
| 01/13/09   | JAS | 6.80 | Continue to summarize McKnight transcript. |
| 01/13/09   | EJH | .50  | Review and reply to email regarding meeting with SEC; review additional Royal Palm documents. |
| 01/14/09   | BJM | 1.60 | Correspond with realtor regarding preliminary terms of potential offers on Legisi properties; correspond with property manager regarding current status of properties and required fees and expenses to be paid out of Legisi account; review request from property manager for fees and expenses; confer with V. Petrusha regarding same. |
| 01/14/09   | CEM | 1.00 | Review deposition summary of McKnight. |
| 01/14/09   | CEM | .10  | Conference with J. Applebaum. |
| 01/14/09   | EJH | 5.50 | Complete memorandum regarding meeting with SEC; continued preparation of memorandum regarding Royal Palm. |
| 01/14/09   | JAS | .70  | Review and revise Motion for amended Order confirming rights of the Receiver. |
| 01/14/09   | JAS | .20  | Review memorandum received from E. Hood, attention to rescheduling of status meeting. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page  14

| 01/14/09 | JAS | .50 | Additional review and revision of Motion to Amend Order Confirming Powers of the Réceiver, email to B. Muller regarding same. |
|----------|-----|-----|---|
| 01/15/09 | JAS | .70 | Review of memorandum drafted by E. Hood. |
| 01/15/09 | JDA | 1.10 | Review memorandum regarding Royal Palm claims. |
| 01/15/09 | JAS | .10 | Email to D. Dodd regarding conference call. |
| 01/15/09 | EJH | 1.50 | Complete memorandum regarding Royal Palm; email correspondence with C. Murphy regarding same. |
| 01/15/09 | CEM | .80 | Review E. Hood memo on Royal Palm and memo on SEC meeting with McKnight. |
| 01/15/09 | BJM | .90 | Correspond with M. Richards regarding offer on Legisi personal property; correspond with realtor regarding offers on Legisi real property; review offer to purchase 6147 Springdale property correspond with property manager regarding payment of 2008 real property taxes; review tax statements related to same. |
| 01/16/09 | JAS | .10 | Email conference with R. Lucaj regarding panamanian server information. |
| 01/17/09 | EJH | .50 | Review additional records regarding Royal Palm. |
| 01/19/09 | WBD | .40 | Review message from Bistricky regarding pleadings of receiver.(.1)   Review proposed communication with tenants prepared by B Muller and advise.(.3) |
| 01/19/09 | JAS | .30 | Review Brain Matters Docket. |
| 01/19/09 | JAS | .10 | Retrieve information regarding stock assets for C. Murphy. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page  15

| 01/19/09 | JAS | 1.70 | Prepare for and attend meeting with the Receiver, C. Murphy, E. Hood, and J. Applebaum. |
| 01/19/09 | BJM | 2.50 | Prepare for and attend status conference; confer with W. Dunn regarding Bistricky settlement proposal; review correspondence from K. Bistricky regarding same; correspond with K. Bessert regarding offers on Kovacs and Springdale properties; review correspondence related to same. |
| 01/19/09 | CEM | 1.00 | Review memos; prepare for meeting; review market status on securities; review PCUV Form 8K regarding sale of assets. |
| 01/19/09 | CEM | 1.50 | Conference with R. Gordon, E. Hood, J. Applebaum and team regarding status and strategy for recovery. |
| 01/19/09 | EJH | 1.70 | Preparation for and attendance at meeting. |
| 01/20/09 | CEM | .10 | Review Rosetto email and Brekford letter regarding shares. |
| 01/20/09 | JAS | .90 | Meeting with R. Lucaj regarding server information; email to D. Dodd regarding same; conference with J. Applebaum regarding same. |
| 01/20/09 | JAS | .10 | Conference with E. Hood regarding Ebuillion records. |
| 01/20/09 | JAS | .10 | Conference with the Receiver regarding McKnight insurance. |
| 01/20/09 | JAS | .20 | Email conference with the Receiver and J. Applebaum regarding oil and gas industry. |
| 01/20/09 | JAS | .10 | Follow up with R. Lucaj regarding information copied from the Legisi Server. |

| 01/20/09 | JAS | .50 | Review of information regarding Ebuillion accounts received from E. Hood. |
|---|---|---|---|
| 01/20/09 | JAS | .30 | Review Ebuillion Subpoena and communications regarding same; Voicemail to Amanda Touchton regarding Ebuillion subpoena. |
| 01/20/09 | JAS | 3.20 | Review and analysis of information contained in SEC sources and uses chart, conferences with the Receiver and team regarding same, voicemail to J. Okeefe regarding same, telephone call to McKnight broker, retrieve McKnight personal information, conference with J. Applebaum regarding assets and individuals who received disbursements. |
| 01/21/09 | JAS | .10 | Voicemail from J. Okeefe regarding asset freeze letters. |
| 01/21/09 | JAS | .40 | Telephone conference with G. Robinson regarding McKnight accounts. |
| 01/21/09 | JAS | 1.00 | Conference with J. Okeefe regarding SEC sources and uses chart. |
| 01/21/09 | JAS | .10 | Conference with the Receiver regarding fraudulent transfer act. |
| 01/21/09 | JDA | .60 | Conference with J. Statham regarding review of asset recovery activities. |
| 01/21/09 | JAS | .10 | Conference with the Receiver regarding potential cause of action. |
| 01/21/09 | JAS | .60 | Retrieval and brief review of Michigan fraudulent transfer statute; email conference with J. Okeefe regarding Legisi's potentially fraudulent transfers; email conference with J. Applebaum regarding same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page 17

| 01/21/09 | JDA | .40 | Correspondence with R. Gordon, E. Hood and C. Murphy regarding Pacific-Asia introduction and stock disposition issues. |
| 01/21/09 | JAS | .70 | Telephone conference with Lansing Autoworkers Federal Credit Union; email to B. Gill regarding same. |
| 01/21/09 | JAS | .10 | Conference with R. Lucaj regarding server. |
| 01/21/09 | JAS | .30 | Telephone conference with Western Southern Insurance company. |
| 01/21/09 | JAS | .10 | Additional email conference with B. Gill of LAFCU regarding accounts. |
| 01/21/09 | JAS | .30 | Conference with B. Muller regarding disbursements Legisi made to various title companies; conference with J. Applebaum regarding same. |
| 01/21/09 | JAS | .70 | Draft and revise letter to Western and Southern Life Insurance company regarding McKnight policy. |
| 01/21/09 | JDA | .60 | Conference with C. Murphy and telephone conference with C. Moncher regarding Pacific Asia valuation and stock disposition issues. |
| 01/21/09 | JAS | .20 | Create Legisi asset investigation tasks list. |
| 01/21/09 | CEM | .30 | Conference with J. Applebaum; telephone call to C. Moncher regarding oil/gas. |
| 01/21/09 | CEM | .30 | Telephone conference with J. Applebaum; telephone conference with C. Moncher, oil/gas expert; emails regarding Liviakis and message from Liviakis. |
| 01/21/09 | EJH | .20 | Conference with T. Liviakis regarding Pacific Asia stock. |
| 01/21/09 | JAS | .10 | Email to R. Lucaj regarding use of panamanian server information. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page 18

| 01/21/09 | JAS | .10 | Conference with B. Muller and J. Applebaum regarding recovery on mortgaged properties. |

| 01/22/09 | EJH | 2.80 | Meet with J. Statham regarding e-bullion accounts; conference with SEC attorney regarding same; review All American Home Products claim material; compile spreadsheet regarding e-bullion. |

| 01/22/09 | JAS | .30 | Conference with B. Muller regarding potential examination of Bistrickys; locate and review potential examination questions. |

| 01/22/09 | JAS | 1.50 | Prepare for and attend meeting with E. Hood and J.Okeefe regarding harvesting information regarding amounts of debits and credits by investor. |

| 01/22/09 | JAS | 2.50 | Additional review and analysis of sources and uses chart, research regarding various listed uses; additional review of SEC exhibits to complaint including Barret affidavit. |

| 01/22/09 | CEM | 1.00 | Telephone conference with C. Moncher; compile Pacific Asia documents and information for Moncher; email to Moncher. |

| 01/22/09 | BJM | 1.60 | Correspond with K. Bistricky regarding settlement offer and refinancing applications; review documentation related to same; correspond with property manager and realtor regarding maintenance/repair issues related to Springdale and Legisi office suite properties. |

| 01/22/09 | JAS | 1.00 | Prepare for and attend meeting with E. Hood regarding recovery of certain transfers. |

| 01/23/09 | BJM | 5.50 | Confer with J. Statham, J. Applebaum and W. Dunn regarding preparation of Bistricky creditor's exam; correspond with appraiser regarding scope/timing/pricing of new appraisals; |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page 19

|  |  |  |  |
|---|---|---|---|
|  |  |  | correspond with property manager regarding repairs to Legisi office suite; draft and prepare creditor's exam. |
| 01/25/09 | JAS | .50 | Continue transcript summary of McKnight proffer session. |
| 01/26/09 | JAS | .10 | Attention to Order confirming powers of the Receiver. |
| 01/26/09 | JDA | .30 | Review memorandum from E. Hood regarding status of claims prosecution and meeting with SEC and DOJ. |
| 01/26/09 | BJM | 1.60 | Correspond with realtor regarding potential offer on Hill Road vacant land and request from prospective purchaser for letter to City of Flint authorizing certain due diligence/planning discussions between prospective purchaser and City; correspond with realtor and property manager regarding un-winterization of Kovacs and Springdale properties and coordination of inspection of same. |
| 01/27/09 | JAS | 1.00 | Review notes and paperwork sent to unemployment insurance agency; telephone conference with unemployment insurance agency regarding recovery of tax credit; email to the Receiver and J. Applebaum regarding same. |
| 01/28/09 | BJM | .40 | Correspond with realtor regarding offer to purchase Legisi office suite and adjacent suites; review offer to purchase. |
| 01/28/09 | EJH | 2.30 | Preparation for meeting with government attorneys. |
| 01/28/09 | JAS | 6.80 | Continue to draft McKnight transcript summary. |

Robert D. Gordon, Receiver
McKnight/ Legisi
February 26, 2009
INVOICE # 337068
Page  20

| Date | | | |
|---|---|---|---|
| 01/29/09 | JAS | .50 | Conference with E. Hood regarding additional questioning of McKnight, review  notes regarding questions for McKnight. |
| 01/29/09 | EJH | 5.50 | Preparation for and attendance at meeting at U.S. Attorney's office. |
| 01/29/09 | CEM | .50 | Review file. |
| 01/29/09 | CEM | 5.50 | Conference with E. Hood; attend proffer interview at U.S. Attorneys office with SEC and Secret Service. |
| 01/29/09 | BJM | .40 | Correspond with property manager regarding status of managed properties and required monthly expenses for February; review expense summary from property manager. |
| 01/30/09 | JAS | 5.00 | Continue McKnight transcript summary. |
| 01/30/09 | JAS | .20 | Receipt and review of mail received regarding foreclosure of Swayze property, conference with B. Muller regarding same. |

$43,383.15

## TIMEKEEPER SUMMARY

Client Name          Robert D. Gordon, Receiver

Matter Description   McKnight/ Legisi

Service Period       01/01/09 thru 01/31/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration Joel D. Applebaum | $382.50 | 1.10 | $420.75 |

# CLARK HILL P.L.C.

| | | | | |
|---|---|---|---|---|
| | Lauralyn Bell-Guzzo | $99.00 | 2.30 | $227.70 |
| | Jeffrey A. DeVree | $355.50 | .30 | $106.65 |
| | Valentina Petrusha | $153.00 | 2.00 | $306.00 |
| | Jami Ann Statham | $189.00 | 15.20 | $2,872.80 |
| | TOTAL | | 20.90 | $3,933.90 |
| B130 | Asset Disposition | | | |
| | Joel D. Applebaum | $382.50 | .70 | $267.75 |
| | Brandon J. Muller | $193.50 | 12.70 | $2,457.45 |
| | Jami Ann Statham | $189.00 | 11.60 | $2,192.40 |
| | TOTAL | | 25.00 | $4,917.60 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $382.50 | 5.80 | $2,218.50 |
| | William B. Dunn | $495.00 | 2.70 | $1,336.50 |
| | Kevin A. S. Fanning | $247.50 | 2.00 | $495.00 |
| | Edward J. Hood | $328.50 | 39.80 | $13,074.30 |
| | Brandon J. Muller | $193.50 | 23.10 | $4,469.85 |
| | Charles E. Murphy | $333.00 | 12.80 | $4,262.40 |
| | Jami Ann Statham | $189.00 | 45.90 | $8,675.10 |
| | TOTAL | | 132.10 | $34,531.65 |
| | ACTIVITY TOTAL | | 178.00 | $43,383.15 |