# EXHIBIT B

# CLARK HILL
*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

Invoice # 337069
February 26, 2009
Client: 30711
Matter: 125952

================================================================

RE: All American Home Products, Inc.

FOR SERVICES RENDERED through January 31, 2009

    Total Services:                                          $341.10

FOR EXPENSES INCURRED OR ADVANCED:

    Filing Fees                             $350.00

    Total Expenses:                                      $350.00

STATEMENT TOTAL                                  $691.10

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
All American Home Products, Inc.
February 26, 2009
INVOICE # 337069
Page    2


## DETAILED DESCRIPTION OF SERVICES

01/06/09  VP         1.80   Review executed affidavit of personal service
                            received from the process server; review
                            local Florida rules in connection with
                            service; attend to efiling affidavit of
                            service with the court; conference with E.
                            Hood; prepare affidavit of mailing and attend
                            to efiling same.

01/20/09  EJH         .20   Conference with attorney for All American
                            Home Products.

                                                                $341.10
## TIMEKEEPER SUMMARY

EJH     Edward J. Hood          0.20 hours at  $328.50 =         $65.70
VP      Valentina Petrusha      1.80 hours at  $153.00 =        $275.40