# EXHIBIT A

# CLARK HILL
*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   337067

McKnight/ Legisi Receivership   February 26, 2009
c/o Robert D. Gordon, Cl Hill    Client:  30710
500 Woodward Ave.                Matter:  122569
Suite 3500
Detroit, MI 48226

===============================================================
RE:   Receiver Services


FOR SERVICES RENDERED through January 31, 2009

    Total Services:                                   $3,255.30


STATEMENT TOTAL                                        $3,255.30

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
February 26, 2009
INVOICE # 337067
Page    2

DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 01/01/09 | RDG | .10 | Draft email correspondence to J. Statham regarding investigation of life insurance policies. |
| 01/03/09 | RDG | .20 | Email conference with investor J. Murray. |
| 01/05/09 | RDG | .40 | Email conference with J. Statham and J. Applebaum regarding responding to investor inquiry regarding distribution. |
| 01/06/09 | RDG | .30 | Conference with J. Applebaum and J. Statham regarding pending matters and case administration; attention to team meeting regarding same. |
| 01/08/09 | RDG | .20 | Receipt and review of investor inquiry; email conference with J. Statham and L. Bell-Guzzo regarding same. |
| 01/19/09 | RDG | 1.20 | Prepare and participate in team meeting regarding status of real estate, corporate stock, and related matters. |
| 01/20/09 | RDG | .50 | Conference with S. Lee and telephone conference with same and J. DeVree regarding IRS form 1099-int issue (.3); further email conference with S. Lee and J. Statham regarding same (.2). |
| 01/20/09 | RDG | .20 | Attention to investor inquiry; draft email correspondence to J. Applebaum and J. Statham regarding same. |
| 01/21/09 | RDG | .20 | Further attention to IRS form 1099-int matters; email conference with S. Lee, et al., regarding same. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 01/21/09 | RDG | .10 | Receipt and review of email correspondence from J. Statham and XRoads regarding amending website format. |
| 01/24/09 | RDG | .20 | Review file and draft email correspondence to team regarding communication with investors. |
| 01/29/09 | RDG | .20 | Conference with J. Statham regarding pending matters. |

**B130     Asset Disposition**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 01/05/09 | RDG | .30 | Email conferences with J. Statham and L. Bell-Guzzo regarding closing of sale of Silverado; attention to execution of documents. |
| 01/21/09 | RDG | .20 | Email conference with J. Statham, et al., regarding sale of office furniture. |
| 01/21/09 | RDG | .20 | Receipt and review of telephone message from J. Liviakis regarding Asia Pacific stock; email conference with E. Hood and C. Murphy regarding same. |

**B180     Asset Analysis and Recovery**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 01/03/09 | RDG | .30 | Further email conference with E. Hood regarding Royal Palm subpoena. |
| 01/06/09 | RDG | .10 | Receipt and review of email correspondence from E. Hood regarding offer to purchase Brekford stock. |
| 01/19/09 | RDG | 1.20 | Review memorandum from E. Hood regarding Royal Palm investment, facts discovered (.8); begin review of C. Murphy memorandum regarding stock (.4). |
| 01/20/09 | RDG | .60 | Email conference with J. Statham, E. Hood, et al., regarding life insurance policy, money held by DOJ, sale of stocks, and pursuit of causes of action. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
February 26, 2009
INVOICE # 337067
Page   4

| | | | |
|---|---|---|---|
| 01/20/09 | RDG | .20 | Email conference with J. Statham regarding distributions made to M. Richards. |
| 01/21/09 | RDG | .20 | Email conference with J. Statham regarding causes of action. |
| 01/22/09 | RDG | .40 | Receipt and review of email correspondence from E. Hood and documents regarding All-American financials and alleged note conversion. |

<u>B191         Litigation</u>

| | | | |
|---|---|---|---|
| 01/31/09 | RDG | .20 | Analyze and draft email correspondence to C. Murphy, et al., regarding commencement of causes of action. |

$3,255.30

## TIMEKEEPER SUMMARY

Client Name            <u>McKnight/ Legisi Receivership</u>

Matter Description     <u>Receiver Services</u>

Service Period         <u>01/01/09 thru 01/31/09</u>

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Robert D. Gordon | $423.00 | 3.60 | $1,522.80 |
| | Robert D. Gordon | $414.00 | .20 | $82.80 |
| | TOTAL | | 3.80 | $1,605.60 |
| B130 | Asset Disposition | | | |
| | Robert D. Gordon | $423.00 | .70 | $296.10 |
| | TOTAL | | .70 | $296.10 |
| B180 | Asset Analysis and Recovery | | | |
| | Robert D. Gordon | $423.00 | 3.00 | $1,269.00 |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
February 26, 2009  
INVOICE # 337067  
Page    5

|  |  |  | 3.00 | $1,269.00 |
|---|---|---|---|---|
|  | TOTAL |  |  |  |
| B191 | Litigation | | | |
|  | Robert D. Gordon | $423.00 | .20 | $84.60 |
|  | TOTAL |  | .20 | $84.60 |
| ACTIVITY TOTAL |  |  | 7.70 | $3,255.30 |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
February 26, 2009  
INVOICE # 337067  
Page    5