# EXHIBIT A



**XRoads**
SOLUTIONS GROUP

1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705

main: 949-567-1600
fax: 949-567-1655
www.xroadsllc.com

February 23, 2009

Invoice #    16226

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:    Professional Fees and Business Related Expenses unbilled through 1/31/09.

___

Professional Fees:                                                $4,068.50

Expenses:                                                         $1,000.00

Total New Charges Due Upon Receipt                                $5,068.50

**WIRE INSTRUCTIONS:**

For the Benefit of XRoads Solutions Group, LLC
Bank Name:        Bank of America
Bank Address:     2340 West Joppa Road
                  MD4-647-01-01
                  Lutherville, MD 21093
Account Name      Rockland Credit Finance LLC

ABA Routing - wire #:    026009593

ABA Routing - ACH/EFT#: 052001633

Account #:               3932910113

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Rockland Credit Finance LLC
Department 595
P.O. Box 17553
Baltimore, MD 21203-7553

Professional services:

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 1/5/2009 | MEL | | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| | MCP | | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.60 | 312.00 |
| 1/6/2009 | MCP | | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.30 | 253.50 |
| | MEL | | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| 1/7/2009 | MEL | | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| 1/8/2009 | MEL | | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| 1/9/2009 | MCP | | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.40 | 273.00 |
| | MEL | | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 1.20 | 150.00 |
| 1/12/2009 | MEL | | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| | MCP | | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 0.50 | 97.50 |
| 1/15/2009 | MEL | | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| 1/19/2009 | MEL | | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 25.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/19/2009 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.20 | 234.00 |
| 1/20/2009 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 25.00 |
| | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.70 | 331.50 |
| 1/21/2009 | MCP | Updated Investor website. | 0.60 | 117.00 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 25.00 |
| 1/22/2009 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 1.80 | 351.00 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 25.00 |
| 1/23/2009 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| 1/26/2009 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.20 | 429.00 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.30 | 37.50 |
| 1/27/2009 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 2.10 | 409.50 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 1/28/2009 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | | 0.20 | 25.00 |
|  | JCH | Electronically process, generate barcodes, scan and index pleadings into web site | | 0.10 | 11.00 |
| 1/29/2009 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | | 1.80 | 351.00 |
|  | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | | 0.20 | 25.00 |
| 1/30/2009 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | | 2.30 | 448.50 |
|  | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | | 0.10 | 12.50 |

For professional services rendered        22.20   $4,068.50
Out of pocket expenses:

| 1/31/2009 | ITG | CMS Wepage access | 1,000.00 |
|---|---|---|---|
|  |  | Case-Specific Web Page Available to the Public |  |

Total costs               $1,000.00

Total amount of this bill         $5,068.50