UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

**MAR 12 2009**

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
    Plaintiff, )
 )
 ) Case No. 08-11887
vs. ) HON. GEORGE CARAM STEEH
 )
GREGORY N. MCKNIGHT, and )
LEGISI HOLDINGS, LLC, )
 )
    Defendants, )
 )
and )
 )
LEGISI MARKETING, INC., LIDO )
CONSULTING, LLC, HEALTHY BODY )
NUTRACEUTICALS, LINDENWOOD )
ENTERPRISES, LLC, DANIELLE )
BURTON, THERESA BURTON, and )
JENNIFER MCKNIGHT, )
 )
    Relief Defendants. )
_____)

**ORDER APPROVING THE RECEIVER'S MOTION FOR AN ORDER APPROVING
THE SALE OF REAL PROPERTY LOCATED AT 6147 SPRINGDALE BOULEVARD,
GRAND BLANC, MICHIGAN AND DISCHARGING THE NOTICE OF <u>LIS PENDENS</u>
RECORDED WITH RESPECT TO THIS PROPERTY**

    THIS MATTER having come before the Court upon the Motion Of The Receiver For An Order Approving the Sale of Real Property Located at 6147 Springdale Boulevard, Grand Blanc, Michigan (the "Motion"); and the Court being fully advised;

    IT IS HEREBY ORDERED that the Receiver may sell the real property located

at 6147 Springdale Boulevard, Grand Blanc, Michigan upon the terms and conditions described in the Motion and Purchase Agreement.

**IT IS FURTHER ORDERED** that upon the Closing of the sale as described in the Motion, the filing **AND** recording of this Order shall discharge and release the Notice of Lis Pendens filed by the Receiver against the property located in the City of Grand Blanc, County of Genesee, State of Michigan, commonly known as 6147 Springdale Boulevard, 48439, Parcel I.D. No. 12-08-530-061, legally described as: Lot 179 of NATIONAL ESTATES NO. 3, as recorded in Liber 28 of Plats, Page 69, Genesee County Records.

DATED: **MAR 12 2009**

Honorable George Caram Steeh
U.S. District Judge