# EXHIBIT A

# CLARK HILL
*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   340158

McKnight/ Legisi Receivership   March 31, 2009
c/o Robert D. Gordon, Cl Hill   Client:   30710
500 Woodward Ave.   Matter: 122569
Suite 3500
Detroit, MI 48226

==================================================================
RE:   Receiver Services


FOR SERVICES RENDERED through February 28, 2009

    Total Services:                                          $3,722.40


STATEMENT TOTAL                                                  $3,722.40

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
March 31, 2009
INVOICE # 340158
Page    2

DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 02/06/09 | RDG | .20 | Attention to need for accountant; telephone conference with T. Weed regarding same. |
| 02/09/09 | RDG | .10 | Conference with J. Statham regarding pending matters. |
| 02/10/09 | RDG | .60 | Telephone conference with T. Weed regarding preparation of tax returns, issues; conference with J. Statham regarding same and providing needed information to T. Weed; further email conference with T. Weed, J. DeVree, et al., regarding scheduling conference call. |
| 02/11/09 | RDG | .20 | Receipt and review of bond termination document from bank; conference with J. Statham regarding same, related issues. |
| 02/12/09 | RDG | 1.20 | Participate in conference call with Plante & Moran, J. DeVree, and J. Statham regarding qualified settlement fund issues, and other tax issues; further email conferences and analysis. |
| 02/20/09 | RDG | .30 | Receipt and review of petitioner's (Spender & Robb) objection to Magistrate Morgan's denial of fees, supporting affidavit, and proposed order; email conference with J. Applebaum and J. Statham regarding same. |
| B130 | Asset Disposition | | |
| 02/10/09 | RDG | .30 | Telephone conference with C. Brechien regarding Brekford stock; draft email correspondence to C. Murphy, E. Hood, |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
March 31, 2009  
INVOICE # 340158  
Page    3

|            |     |      | et al., regarding same. |
|------------|-----|------|-------------------------|
| 02/18/09   | RDG | .10  | Review and execute documents in connection with sale of Kovacs property. |

| B180 | Asset Analysis and Recovery | | |
|------|-----|------|-----|
| 02/08/09 | RDG | .10 | Receipt and review of email correspondence from J. Statham regarding monies held by DOJ. |
| 02/09/09 | RDG | .10 | Conference with J. Statham regarding DOJ process for releasing funds. |
| 02/09/09 | RDG | .10 | Receipt and review of email correspondence from E. Hood regarding Royal Palm, possible joint prosecution with U.S. Attorney. |
| 02/09/09 | RDG | .20 | Receipt and review of email correspondence regarding McKnight interview on February 19; attention to calendar regarding same. |
| 02/11/09 | RDG | .40 | Email and telephone conferences with C. Murphy, E. Hood, et al., regarding Brekford and Pacific Asia matters. |
| 02/12/09 | RDG | .20 | Email conference with E. Hood, et al., regarding causes of action and statutes of limitation. |
| 02/19/09 | RDG | 1.00 | Prepare and participate in meeting with G. McKnight, et al. |
| 02/19/09 | RDG | .90 | Receipt and review of memorandum from C. Murphy regarding Edgetech transaction, potential causes of action; conference call with C. Murphy, J. Applebaum and J. Statham regarding same. |
| 02/19/09 | RDG | .50 | Conference with J. Applebaum and J. Statham regarding McKnight interview. |
| 02/25/09 | RDG | .30 | Email and telephone conference with E. Hood regarding taking depositions in Florida and hiring local counsel. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
March 31, 2009
INVOICE # 340158
Page   4

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/25/09 | RDG | .20 | Receipt and review of various email correspondence regarding DOJ monies; review file and draft response regarding same. |

**B191    Litigation**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/05/09 | RDG | .20 | Email conference with E. Hood regarding All-American matter and settlement agreement for entry of default judgment. |
| 02/08/09 | RDG | .20 | Review file, email conference with C. Murphy, et al., regarding filing of complaints and statutes of limitation. |
| 02/08/09 | RDG | .30 | Review All-American financials and email correspondence from E. Hood; draft response. |
| 02/09/09 | RDG | .20 | Email conference with E. Hood, et al, regarding All-American's settlement position and response thereto. |
| 02/09/09 | RDG | .30 | Conference with J. Statham regarding pursuit of recoveries from individual investors; draft email correspondence to E. Hood regarding same. |
| 02/25/09 | RDG | .20 | Receipt and review of motion for entry of default in All-American matter. |
| 02/26/09 | RDG | .20 | Email conference with C. Murphy regarding commencing causes of action. |

**B310    Claims Administration - General**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/09/09 | RDG | .20 | Conference with J. Statham regarding establishing claim bar date and publication notice of same. |

$3,722.40

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
March 31, 2009
INVOICE # 340158
Page 5

## TIMEKEEPER SUMMARY

Client Name          McKnight/ Legisi Receivership

Matter Description   Receiver Services

Service Period       02/05/09 thru 02/28/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
|  | Robert D. Gordon | $423.00 | 2.60 | $1,099.80 |
|  | TOTAL | | 2.60 | $1,099.80 |
| B130 | Asset Disposition | | | |
|  | Robert D. Gordon | $423.00 | .40 | $169.20 |
|  | TOTAL | | .40 | $169.20 |
| B180 | Asset Analysis and Recovery | | | |
|  | Robert D. Gordon | $423.00 | 4.00 | $1,692.00 |
|  | TOTAL | | 4.00 | $1,692.00 |
| B191 | Litigation | | | |
|  | Robert D. Gordon | $423.00 | 1.60 | $676.80 |
|  | TOTAL | | 1.60 | $676.80 |
| B310 | Claims Administration - General | | | |
|  | Robert D. Gordon | $423.00 | .20 | $84.60 |
|  | TOTAL | | .20 | $84.60 |
| ACTIVITY TOTAL | | | 8.80 | $3,722.40 |