# CLARK HILL
P.L.C.

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice # 340159

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

March 31, 2009
Client: 30711
Matter: 122570

================================================================

RE: McKnight/ Legisi

FOR SERVICES RENDERED through February 28, 2009

    Total Services:                                             $47,219.85

FOR EXPENSES INCURRED OR ADVANCED:

        Federal Express/UPS                       $9.58

    Total Expenses:                                              $9.58

STATEMENT TOTAL                                       $47,229.43

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page    2

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 02/02/09 | JAS | .50 | Conference with the Receiver regarding pending matters. |
| 02/02/09 | JAS | .30 | Receipt and review of messages from investors. |
| 02/02/09 | JAS | .60 | Telephone conferences with three investors and creditors. |
| 02/02/09 | JAS | .20 | Voicemails to and from investor. |
| 02/02/09 | JAS | .10 | Voicemail from investor. |
| 02/03/09 | JAS | .10 | Voicemail from investor. |
| 02/03/09 | JAS | .30 | Voicemails to, and telephone conferences with, multiple investors. |
| 02/04/09 | JAS | .10 | Voicemail from investor. |
| 02/04/09 | JAS | .10 | Email conference with investor. |
| 02/05/09 | JAS | .80 | Prepare for and attend hearing regarding payment of Robb & Roth fees. |
| 02/05/09 | JAS | .30 | Attention to voicemails from investors and creditors. |
| 02/05/09 | JAS | .20 | Telephone conference with investor. |
| 02/05/09 | JAS | .50 | Meeting with the SEC regarding pending matters. |
| 02/05/09 | JAS | .20 | Attention to Legisi mail. |
| 02/05/09 | JAS | .20 | Draft email to R. Gordon and J. Applebaum regarding Legisi tax matters. |

# CLARK HILL P.L.C.

| Date | Initials | Hours | Description |
|---|---|---|---|
| 02/05/09 | JAS | 1.10 | Research regarding Legisi tax matters. |
| 02/05/09 | JAS | .30 | Telephone conference with creditor NCO Financial (J. Lane), |
| 02/05/09 | JAS | .20 | Review docket. |
| 02/05/09 | JAS | .10 | Email conference with R. Gordon regarding pending matters. |
| 02/06/09 | JAS | .20 | Review Xroads December fee application. |
| 02/06/09 | JAS | .80 | Telephone conferences with multiple investors. |
| 02/06/09 | JAS | .20 | Review of Telemus statements, route to V. Petrusha. |
| 02/06/09 | JAS | .30 | Telephone conference with investor [warner]. |
| 02/07/09 | JDA | .50 | Conference call with A. Robb and conference call with R. Roth regarding objections to order regarding payments. |
| 02/08/09 | JAS | .20 | Attention to emails from R. Gordon regarding case status. |
| 02/08/09 | JAS | .10 | Attention to voicemail from creditor, email conference with E. Hood regarding same. |
| 02/09/09 | JAS | .30 | Email conference with M. Pascoe regarding status of database. |
| 02/10/09 | VP | .30 | Review email from S. Washington regarding monthly fee statement filed on behalf of XRoads, review court docket regarding same. |
| 02/10/09 | JAS | .20 | Conference with the Receiver regarding the retention of Plante Moran, emails to T. Weed regarding same. |
| 02/10/09 | JAS | .20 | Email conference with M. Pascoe regarding status of investor database. |
| 02/11/09 | JAS | .30 | Attention to surrender of bond. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/11/09 | JAS | .10 | Conference with the Receiver regarding surety bond. |
| 02/11/09 | JAS | .20 | Voicemail from J. Deering at mbank. |
| 02/11/09 | JAS | .30 | Telephone conference with J. Deering of mbank regarding surety bond and status of accounts; follow up with V. Petrusha regarding same. |
| 02/12/09 | JAS | 1.30 | Prepare for and attend call with Plante Moran regarding tax returns and related issues. |
| 02/12/09 | JAS | .10 | Receipt and review of email from A. Robb regarding fees, email to J. Applebaum regarding same. |
| 02/12/09 | JAD | 1.50 | Analyze McKnight receivership as a qualified settlement fund; telephone conference with accountants regarding same and related tax compliance issues. |
| 02/13/09 | JAS | 1.20 | Telephone conferences with multiple investors. |
| 02/15/09 | JAS | .20 | Review email correspondence between R. Roth and J. Applebaum, conference with J. Applebaum regarding same. |
| 02/15/09 | JDA | 1.10 | Revisions to draft affidavit regarding objection to Magistrate's findings and recommendations; multiple correspondence with R. Roth regarding same. |
| 02/16/09 | SW | .10 | Draft proposed order for first and second fee applications. |
| 02/16/09 | JAS | .10 | Voicemail from J. Deering of mBank. |
| 02/18/09 | JAS | .30 | Telephone conferences with investor P. Blair [x2], emails to M. Pascoe and P. Blair regarding adding information to database. |
| 02/18/09 | JAS | .20 | Conference with the Receiver regarding pending matters. |

# CLARK HILL P.L.C.

| Date | Initials | Hours | Description |
|---|---|---|---|
| 02/19/09 | VP | 1.80 | Review miscellaneous correspondence directed to Legisi Marketing; review current court docket; review invoices; attention to payment of invoices from XRoads, Oakland County Legal News, Veritas, and Siegel Property Management; review checks received for sale of car and computers/furniture, attention to depositing said checks; update accounting records |
| 02/20/09 | JAS | .10 | Voicemail to and from J. Deering of mBank regarding surety bond. |
| 02/20/09 | JAS | .40 | Review docket, review J. Applebaum affidavit, email conference with J. Applebaum and the Receiver regarding same. |
| 02/20/09 | JAS | 1.50 | Respond to investor inquiries via email and telephone, email conference with J. Applebaum and C. Murphy regarding same. |
| 02/23/09 | JAS | .10 | Voicemail from J. Deering of mBank. |
| 02/23/09 | JAS | .20 | Email conference with investor [L. Binner]. |
| 02/24/09 | JAS | .30 | Telephone conference with J. Deering of mBank, email conference with J. Deering of mBank, and voicemail to and from J. Deering of mBank, all regarding surety bond. |
| 02/24/09 | JAS | .20 | Additional telephone conference with J. Deering of mBank. |
| 02/24/09 | JAS | .20 | Attention to payment of Xroads invoice issue. |
| 02/24/09 | VP | .30 | Review email from S. Washington; review file; email to S. Washington regarding status of payment of XRoads October monthly fee statement. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page   6

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/24/09 | VP | .80 | Review court docket; review invoices from XRoads, Clark Hill, and Robert Gordon Receiver; attention to payment of said invoices; updated accounting records. |
| 02/25/09 | LBG | .50 | Attention to investor emails and voicemails. |
| 02/25/09 | JAS | .10 | Conference with L. Bell Guzzo regarding case status. |
| 02/25/09 | JAS | .10 | Attention to docket. |
| 02/25/09 | JAS | .30 | Review Xroads monthly fee application for the month of January. |
| 02/26/09 | JAS | .30 | Review of Receiver Order regarding employment of professionals, emails to E. Hood and R. Gordon regarding same. |
| 02/26/09 | JAS | .60 | Review Plante Moran engagement letter. |
| 02/28/09 | JAD | 2.70 | Legal research and analysis regarding tax classification of receivership as a qualified settlement fund; draft memorandum to J. Statham regarding same and related issues. |

B130      Asset Disposition

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/02/09 | BJM | 1.50 | Draft and prepare 10-day notices of sale for publication in Flint Legal News related to sale of Springdale and Kovacs properties; correspond with Flint Legal News regarding same; correspond with K. Bessert regarding offer on vacant Hill Road property; correspond with appraiser regarding third appraisal of Springdale and Kovacs properties. |
| 02/02/09 | JAS | .20 | Email conference with M. Hendrick regarding removal of personal property. |
| 02/03/09 | JAS | .20 | Conference with M. Hendrick regarding personal property. |

# CLARK HILL P.L.C.
Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page   7

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/03/09 | JAS | .30 | Attention to disposition of personal property, confer with B. Muller and M. Hendrick regarding same. |
| 02/03/09 | BJM | .90 | Correspond with K. Bessert regarding access to Legisi office suite by Veritas and regarding title commitment for Kovacs property; review title commitment and correspond with K. Bessert regarding discharge of lis pendens; confer with J. Statham regarding access to Legisi office suite. |
| 02/04/09 | JAS | .50 | Email correspondence with M. Hendrick regarding sale of personal property and items included; conference with J. Applebaum and R. Gordon regarding same. |
| 02/05/09 | JAS | .20 | Email conference with M. Hendrick regarding removal of personal property. |
| 02/05/09 | JAS | .10 | Conference with B. Muller regarding removal of personal property from Legisi office suite. |
| 02/06/09 | JAS | .80 | Prepare bill of sale of personal property, attention to filing of all communications regarding sale. |
| 02/09/09 | JAS | 1.30 | Read and revise motion to sell Kovacs property. |
| 02/09/09 | BJM | 2.90 | Finalize motion, brief and proposed order related to the sale of 8027 Kovacs; confer with J. Statham regarding same; correspond with realtor regarding status of closing timeline with respect to Kovacs and Springdale properties; correspond with property manager regarding termination of property management agreement with respect to Kovacs and Springdale properties and required action items in connection with same. |
| 02/10/09 | JAS | .20 | Conference with J. Applebaum regarding the Receiver's motion to sell the Kovacs property. |

# CLARK HILL P.L.C.

| Date | Initials | Hours | Description |
|---|---|---|---|
| 02/10/09 | JAS | .20 | Voicemail from B. Muller, telephone conference with B. Muller, and email from B. Muller, all regarding Motion to Sell Kovacs. |
| 02/10/09 | JDA | .50 | Review and revisions to draft motion to sell residential real estate and review of proposed order and exhibits to same. |
| 02/11/09 | JAS | .20 | Receipt and review of emails regarding potential sale of stock holdings. |
| 02/11/09 | JAS | .10 | Email conference with J. O'Keefe regarding motion to sell Kovacs. |
| 02/11/09 | BJM | .30 | Confer with J. Statham regarding draft pleadings related to the sale of 8027 Kovacs. |
| 02/11/09 | JAS | .10 | Email conference with the Receiver regarding stock disposition. |
| 02/12/09 | JAS | .30 | Email conference with M. Hendrick regarding purchased personal property, conference with B. Muller regarding fixtures. |
| 02/12/09 | JAS | .30 | Conference with B. Muller regarding exhibits to Motion to sell Kovacs and revisions to purchase agreement, email to J. O'Keefe regarding same. |
| 02/13/09 | BJM | .70 | Correspond with realtor regarding Kovacs purchaser's request for additional Seller's concessions; review addendum to purchase agreement related to same; correspond with appraiser regarding third required appraisals of Kovacs and Springdale properties. |
| 02/15/09 | JAS | .20 | Review memorandum from C. Murphy regarding status of talks regarding disposition of stock holdings, email to J. Applebaum and R. Gordon regarding same. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/16/09 | JAS | .50 | Attention to organization and assembly of exhibits to Kovacs and Springdale sale motions, conference with B. Muller and J. Applebaum regarding filing of sale motions. |
| 02/16/09 | BJM | 3.20 | Revise pleadings related to Kovacs sale pursuant to revised purchase price and Seller's concessions reflected in purchase agreement amendment; revise and finalize pleadings related to Springdale sale; prepare exhibits related to same; correspond with J. Statham regarding filing of pleadings; correspond with K. Bessert regarding (a) listing agreement extensions on commercial and vacant land listings and (b) revised FHA addendum to reflect new purchase price. |
| 02/17/09 | BJM | 1.30 | Coordinate closing items related to sale of Springdale and Kovacs properties. |
| 02/18/09 | BJM | 1.90 | Finalize Springdale and Kovacs pleadings pursuant to comments from J. Applebaum; confer with R. Gordon regarding FHA addendum to Kovacs Purchase Agreement; correspond with K. Bessert regarding listing agreement extensions, amendment to Springdale purchase agreement, offer on South Linden property and suggested repairs to 8475 Miller Road property; correspond with property manager regarding transfer of Springdale and Kovacs properties. |
| 02/18/09 | JDA | 1.10 | Review and revise multiple motions for authority to sell real property and exhibits and orders regarding same; conference with J. Statham regarding same. |

B155      Court Hearings

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/04/09 | JAS | .80 | Prepare materials regarding tomorrow's hearing for J. Applebaum; conference with J. Applebaum regarding same. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/04/09 | JDA | .70 | Telephone conference with J. Birkenheier regarding hearing on Roth/Robb fee petition; review of pleadings and exhibits in preparation for hearing. |
| 02/05/09 | JDA | 1.40 | Attendance at hearing on Robb/Roth application; telephone conference with R. Roth regarding same. |
| 02/05/09 | EJH | .80 | Conference with SEC attorneys regarding status; follow up with Assistant United States Attorney. |

| B180 | Asset Analysis and Recovery | | |
|---|---|---|---|
| 02/02/09 | JAS | .50 | Email conference with J. O'Keefe regarding Royal Palm, review of additional Royal Palm information. |
| 02/05/09 | BJM | 3.70 | Correspond with K. Bessert regarding access to Legisi office suite by Veritas; confer with J. Statham regarding same; correspond with title company, K. Bessert, appraiser and property manager regarding miscellaneous issues related to sale of Kovacs and Springdale properties; correspond with K. Bistricky regarding settlement of mortgage debt; draft and prepare creditor's examination for K. Bistricky and D. Bistricky; confer with J. Statham and W. Dunn regarding same. |
| 02/05/09 | JAS | .30 | Conference with J. Applebaum regarding potential depositions to be taken. |
| 02/06/09 | JAS | .20 | Telephone conference with J. Baker regarding Legisi property. |
| 02/06/09 | JAS | .10 | Email to T. McLaughlin regarding recovery of funds from the Department of Justice. |
| 02/06/09 | BJM | 4.30 | Draft and prepare creditor's examination for K. Bistricky and D. Bistricky. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page 11

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/09/09 | CEM | .20 | Telephone conference with C. Moncher; emails from and to Moncher regarding PFAP. |
| 02/09/09 | JAS | .10 | Conference with R. Gordon regarding recovery of seized funds. |
| 02/09/09 | EJH | 1.80 | Review e-bullion records; preparation of email to SEC attorneys; review email from attorney for All American; email to receiver regarding same. |
| 02/10/09 | JDA | .20 | Correspondence with Receiver and E. Hood regarding recovery of payments from investors. |
| 02/10/09 | EJH | 1.00 | Update memorandum; emails to J. Birkenheier and P. Ross regarding same. |
| 02/11/09 | CEM | .50 | Telephone conference with F. Inguselli of PFAP. |
| 02/11/09 | CEM | .20 | Telephone conference with L. Cagan, F. Inguselli and M. Bayes; email from and to Bayes; telephone conference with E. Hood. |
| 02/12/09 | JAS | .10 | Conference with R. Gordon regarding Legisi causes of action. |
| 02/12/09 | JAS | .20 | Telephone conference with J. Baker regarding LAFCU document request. |
| 02/12/09 | JAS | .20 | Correspondence to J. Baker regarding LAFCU funds; email conference with J. Applebaum regarding same. |
| 02/13/09 | EJH | 1.80 | Conference with C. Murphy regarding potential claims; research regarding same. |
| 02/13/09 | JAS | .10 | Receipt and review of email from J. Birkenheier regarding seized funds. |
| 02/13/09 | CEM | .40 | Conference with E. Hood. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/13/09 | JDA | .20 | Review correspondence from J. Birkenheier to W. Cowden regarding turnover of seized funds. |
| 02/13/09 | CEM | .20 | Emails from and to J. Applebaum, E. Hood and J. Statham. |
| 02/14/09 | CEM | .20 | Revise Moncher/Ingrasilli memo. |
| 02/14/09 | EJH | .40 | Review memorandum from C. Murphy regarding claims issues. |
| 02/15/09 | JAS | .30 | Email conference with C. Murphy regarding deposition summary, review draft of same with C. Murphy notes. |
| 02/15/09 | CEM | .20 | Emails to R. Gordon, J. Applebaum, E. Hood and J. Statham. |
| 02/15/09 | EJH | 3.40 | Work on securities claims against third parties; review All American case status; review deposition schedule. |
| 02/16/09 | JAS | 4.50 | Revise McKnight deposition summary. |
| 02/17/09 | JAS | .30 | Telephone conference with E. Wishnow regarding review of materials, email conference with E. Hood and J. Applebaum regarding same. |
| 02/17/09 | JAS | .20 | Voicemail to J. O'Keefe regarding subpoenaed materials, voicemail to J. Birkenheier regarding same. |
| 02/17/09 | JAS | .30 | Email to J. O'Keefe and J. Birkenheier regarding Thursday proffer session, email to A. Knudson regarding same, telephone conference with J. O'Keefe and J. Birkenheier regarding same. |
| 02/17/09 | JAS | 4.00 | Continue to revise McKnight deposition summary. |
| 02/17/09 | JAS | .20 | Review emails from A. Knudson and J. Birkenheier regarding McKnight proffer session. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/17/09 | JDA | .50 | Telephone conference with E. Hood regarding McKnight meeting and review of E. Wishnow document review request. |
| 02/17/09 | EJH | 5.00 | Preparation for meeting with witness. |
| 02/18/09 | CEM | 1.50 | Review potential claims against Elite Consulting, Karen Redman and Edgetech regarding same of security by unlicensed person(s); research entities and Florida law regarding unlicensed persons. |
| 02/18/09 | JAS | 6.00 | Continue to expand and revise deposition summary. |
| 02/18/09 | JAS | .40 | Telephone conference with A. Knudson regarding Royal Palm properties, review documents to locate legal description. |
| 02/18/09 | JAS | .20 | Voicemail to E. Wishnow regarding examination of documents, telephone conference with A. Knudson regarding same. |
| 02/18/09 | JAS | .20 | Attention to compilation of documents for the SEC. |
| 02/18/09 | JAS | .10 | Telephone conference with E. Wishnow regarding tomorrow's proffer and examination of documents in advance of proffer. |
| 02/18/09 | EJH | 3.20 | Continued preparation for witness interview. |
| 02/19/09 | EJH | 8.00 | Continued preparation for and attendance at meeting with witness; conference with U.S. Attorney regarding potential claim. |
| 02/19/09 | CEM | 6.00 | Review claims regarding Elite/Edgetech; investigate both including performance versus representations; email report to R. Gordon; conference with R. Gordon and J. Applebaum; emails to and from J. Statham. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page  14

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/19/09 | JAS | 8.00 | Prepare for and attend McKnight proffer session, follow up conferences with J. Applebaum and the Receiver. |
| 02/19/09 | JAS | .80 | Voicemail from C. Murphy; review memorandum on Edgetech received from C. Murphy; telephone conference with C. Murphy, R. Gordon, J. Applebaum. |
| 02/19/09 | JAS | .10 | Email to C. Murphy regarding Edgetech. |
| 02/19/09 | JDA | 6.00 | Office conference with SEC representatives, G. McKnight, E. Wishnow and E. Hood regarding location of assets and issues related to Sierra and Royal Palm, et al. |
| 02/19/09 | JDA | 1.10 | Office conference with C. Murphy, J. Statham and Receiver regarding claims and causes of action. |
| 02/22/09 | EJH | 2.50 | Work on claim versus third parties. |
| 02/23/09 | EJH | 4.30 | Conference with counsel for Royal Palm regarding status; continued work on discovery issues. |
| 02/24/09 | EJH | 1.60 | Conference with SEC attorney regarding discovery issues; continued work on claims. |
| 02/24/09 | JAS | .70 | Review information received from Western & Southern Financial Group. |
| 02/24/09 | JAS | 1.50 | Research regarding registration requirements for investment advisors; multiple voicemails and telephone conferences with Michigan Office of Financial and Insurance Services. |
| 02/24/09 | JAS | .20 | Conference with the Receiver regarding recovery of insurance policy assets, voicemail to J. O'Keefe regarding same. |
| 02/24/09 | JAS | .30 | Telephone conference with T. Baker of Baker Insurance regarding property insurance, email from T. Baker and email to B. Muller regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page 15

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/25/09 | JAS | .20 | Conference with S. Washington regarding recovery life insurance cash value, email conference with J. O'Keefe regarding same. |
| 02/25/09 | JAS | 1.50 | Telephone conference with D. Brown with the Office of Financial Services, telephone conferences with employees of the Office, draft summary of findings for E. Hood, conference with E. Hood regarding same. |
| 02/25/09 | EJH | 1.00 | Conference with receiver regarding status; arrange for local counsel in Florida; conference with J. Statham regarding retaining counsel, broker issues; finalize and file motion for default judgment against All American Home Products. |
| 02/26/09 | CEM | 1.00 | Review Elite Consulting documents and Nevada securities statutes and administrative code. |
| 02/26/09 | CEM | 3.00 | Telephone conference with K. Redman; emails to and from Redman and Smith; draft complaint. |
| 02/26/09 | JAS | .10 | Voicemail to D. Brown of the Office of Financial and Insurance Services. |
| 02/26/09 | EJH | 1.20 | Continued work on Sierra and Royal Palm claims and discovery. |
| 02/27/09 | JAS | 1.00 | Prepare and send subpoenas regarding Elite Consulting. |
| 02/27/09 | JAS | .20 | Brief review of materials sent by T. Smith in response to subpoena. |

| B191 | Litigation | | |
|---|---|---|---|
| 02/04/09 | JAS | .20 | Email conference with E. Hood regarding status of All American suit. |
| 02/04/09 | EJH | .30 | Emails to attorney for All American regarding status; email to receiver regarding same. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 02/06/09 | EJH | .50 | Review financial statements of All American Home Products. |
| 02/08/09 | EJH | .30 | Preparation of email to attorney for All American Home products regarding proposal. |
| 02/09/09 | JAS | .20 | Review emails from E. Hood regarding All American settlement. |
| 02/10/09 | JDA | .50 | Correspondence with E. Hood and correspondence among E. Hood and Receiver regarding All-American Products claims and related issues. |
| 02/10/09 | JAS | .20 | Attention to emails from R. Gordon, J. Applebaum, and E. Hood regarding All American strategy. |
| 02/12/09 | CEM | 3.50 | Research federal and related state securities statues of limitation - Michigan, Massachusetts, Florida, California, Delaware and Nevada and apply to facts of 5 issues; draft memo regarding conclusions. |
| 02/13/09 | CEM | 3.50 | Research Florida statute of limitations statutes and cases; revise memo regarding claims and limitations periods. |
| 02/15/09 | JAS | .30 | Review memorandum regarding statute of limitations received from C. Murphy. |
| 02/21/09 | EJH | 2.70 | Review materials regarding potential defendant; preparation of request for entry of default, motion for default judgment, and proposed default judgment against All American Home Products. |
| 02/23/09 | JAS | .20 | Research regarding jurisdiction and statute of limitations issues, email to C. Murphy regarding same. |
| 02/23/09 | JAS | .20 | Attention to All American docket and emails from E Hood regarding depositions and litigation. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page 17

| | | | |
|---|---|---|---|
| 02/27/09 | CEM | 1.50 | Draft complaint; emails from and to Smith and Redman. |
| 02/28/09 | CEM | 6.50 | Draft complaint; investigate Monsalve, Friedman and Premier Asset Management; research Florida and Michigan claims; email to R. Gordon et al. |

| B310 | Claims Administration - General | | |
|---|---|---|---|
| 02/09/09 | JAS | 5.00 | Review Claims Procedures used in other SEC Receivership Matters; Draft Motion for Claims Procedures. |
| 02/11/09 | JAS | .80 | Draft proposed notice of Bar Date. |
| 02/13/09 | JAS | 5.00 | Additional research regarding Receiver's claims administration procedures, continue to draft motion regarding same, notice of claims bar date, publication notice, and claim form. |
| 02/14/09 | JAS | .20 | Email conference with M. Pascoe and R. Gordon regarding claims reconciliation procedures. |
| 02/16/09 | JAS | 1.20 | Revise claims procedures motion, conferences with R. Gordon and J. Applebaum regarding same. |
| 02/24/09 | JAS | .20 | Telephone conference with and voicemail from M. Pascoe regarding claims reconciliation and analysis. |

$47,219.85

## TIMEKEEPER SUMMARY

Client Name            Robert D. Gordon, Receiver

Matter Description     McKnight/ Legisi

Service Period         02/02/09 thru 02/28/09

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page  18

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $382.50 | 1.60 | $612.00 |
| | Lauralyn Bell-Guzzo | $99.00 | .50 | $49.50 |
| | Jeffrey A. DeVree | $355.50 | 4.20 | $1,493.10 |
| | Valentina Petrusha | $153.00 | 3.20 | $489.60 |
| | Jami Ann Statham | $189.00 | 17.40 | $3,288.60 |
| | Secret Washington | $99.00 | .10 | $9.90 |
| | TOTAL | | 27.00 | $5,942.70 |
| B130 | Asset Disposition | | | |
| | Joel D. Applebaum | $382.50 | 1.60 | $612.00 |
| | Brandon J. Muller | $193.50 | 12.70 | $2,457.45 |
| | Jami Ann Statham | $189.00 | 5.70 | $1,077.30 |
| | TOTAL | | 20.00 | $4,146.75 |
| B155 | Court Hearings | | | |
| | Joel D. Applebaum | $382.50 | 2.10 | $803.25 |
| | Edward J. Hood | $328.50 | .80 | $262.80 |
| | Jami Ann Statham | $189.00 | .80 | $151.20 |
| | TOTAL | | 3.70 | $1,217.25 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $382.50 | 8.00 | $3,060.00 |
| | Edward J. Hood | $328.50 | 35.20 | $11,563.20 |
| | Brandon J. Muller | $193.50 | 8.00 | $1,548.00 |
| | Charles E. Murphy | $333.00 | 13.40 | $4,462.20 |
| | Jami Ann Statham | $189.00 | 33.10 | $6,255.90 |
| | TOTAL | | 97.70 | $26,889.30 |
| B191 | Litigation | | | |
| | Joel D. Applebaum | $382.50 | .50 | $191.25 |
| | Edward J. Hood | $328.50 | 3.80 | $1,248.30 |
| | Charles E. Murphy | $333.00 | 15.00 | $4,995.00 |
| | Jami Ann Statham | $189.00 | 1.30 | $245.70 |
| | TOTAL | | 20.60 | $6,680.25 |
| B310 | Claims Administration - General | | | |
| | Jami Ann Statham | $189.00 | 12.40 | $2,343.60 |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
March 31, 2009
INVOICE # 340159
Page  19

|  |  |  |
|---|---|---|
| TOTAL | 12.40 | $2,343.60 |
| ACTIVITY TOTAL | 181.40 | $47,219.85 |