EXHIBIT A



**XRoads**
SOLUTIONS GROUP

1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705

main: 949-567-1600
fax: 949-567-1655
www.xroadsllc.com

March 18, 2009

Invoice # 16252

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:   Professional Fees and Business Related Expenses unbilled through 2/28/09.

Professional Fees: $698.50

Expenses: $1,147.60

Total New Charges Due Upon Receipt $1,846.10

**WIRE INSTRUCTIONS:**

For the Benefit of XRoads Solutions Group, LLC
Bank Name:       Bank of America
Bank Address:    2340 West Joppa Road
                 MD4-647-01-01
                 Lutherville, MD  21093
Account Name     Rockland Credit Finance LLC

ABA Routing - wire #:   026009593

ABA Routing - ACH/EFT#: 052001633

Account #:              3932910113

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Rockland Credit Finance LLC
Department 595
P.O. Box 17553
Baltimore, MD  21203-7553

Professional services:

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 2/2/2009 | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 0.70 | 136.50 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| 2/5/2009 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 25.00 |
| | MCP | Updated Investor groups from emails sent via website; manually entered data, removed duplicates and sorted list for confirmation email. | 0.20 | 39.00 |
| 2/9/2009 | MCP | Communication with J. Statham re: investor database and website, as well as confirmation of investor data entries. | 0.90 | 175.50 |
| | MEL | Check Pacer website for recent docket activity | 0.30 | 37.50 |
| 2/10/2009 | MEL | Check Pacer website for recent docket activity | 0.10 | 12.50 |
| 2/13/2009 | MCP | Communication with J. Statham re: investor database and website, as well as confirmation of investor data entries. | 0.30 | 58.50 |
| | MEL | Check Pacer website for recent docket activity | 0.10 | 12.50 |
| 2/17/2009 | MEL | Check Pacer website for recent docket activity | 0.40 | 50.00 |
| 2/18/2009 | MCP | Communication with J. Statham re: investor database and website, as well as confirmation of investor data entries. | 0.20 | 39.00 |
| | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |
| 2/19/2009 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.10 | 12.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/23/2009 | MEL | Check Pacer website for recent docket activity | 0.10 | 12.50 |
| 2/24/2009 | MEL | Check Pacer website for recent docket activity | 0.10 | 12.50 |
| 2/25/2009 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.30 | 37.50 |
| 2/26/2009 | MEL | Check Pacer website for recent docket activity | 0.10 | 12.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 4.30 | $698.50 |

Out of pocket expenses:

| 2/28/2009 | ITG | CMS Photocopies<br>Photocopies | 9.00 |
|---|---|---|---|
|  | ITG | CMS-Electronic Imaging<br>Electronic imaging | 138.60 |
|  | ITG | CMS Wepage access<br>Case-Specific Web Page Available to the Public | 1,000.00 |

| Total costs | $1,147.60 |
|---|---|

| Total amount of this bill | $1,846.10 |
|---|---|