# EXHIBIT A

| Date | Item ID | Time | Qty. | Ticket Description for Invoicing | Billing Amount |
|---|---|---|---|---|---|
| | | | | **Time** | |
| 3/31/09 | Principal | 0.50 | | Tel call to SS regarding computers | 125.00 |
| 2/16/09 | Managing Director | 0.50 | | Research to identify location of thumb drive requested by USSS and whether it had be examined | 87.50 |
| 3/27/09 | Managing Director | 3.50 | | Transported evidence to off-site for computer forensic analysis and copies to CD. | 612.50 |
| 3/30/09 | Managing Director | 0.50 | | Compiled list of investigative options and forwarded to client | 87.50 |
| | | **4.50** | | | **787.50** |
| 3/30/09 | Case Manager | 1.25 | | Phone with investigators re: Turk and Caicos; prepare info for RR and email info | 156.25 |
| 3/31/09 | Case Manager | 0.50 | | Discuss pending client requests with RR; phone with investigators | 62.50 |
| | | **1.75** | | | **218.75** |
| 3/27/09 | Senior Rsch Analyst | 0.50 | | Reviewed wire transfer info, per client request | 42.50 |
| 3/24/09 | Research Analyst | 5.00 | | Locate & copy documents | 375.00 |
| 3/24/09 | Research Analyst | 5.50 | | Locate & copy documents | 412.50 |
| 3/25/09 | Research Analyst | 1.00 | | Locate & copy documents | 75.00 |
| 3/25/09 | Research Analyst | 3.00 | | Locate & copy documents | 225.00 |
| 3/26/09 | Research Analyst | 2.00 | | Locate & copy documents | 150.00 |
| 3/26/09 | Research Analyst | 2.50 | | Locate & copy documents | 187.50 |
| 3/31/09 | Research Analyst | 0.25 | | Prepared letter to client with wire transfer documents | 18.75 |
| | | **19.25** | | | **1,443.75** |
| 3/31/09 | Case - Admin Support | 0.25 | | Prepare express mail shipment | 13.75 |
| | **Labor - Time** | **26.75** | | **Labor** | **2,631.25** |
| | | | | **Expenses** | |
| 3/31/09 | Postage/Express Mail | | 1 | US Postage | 9.85 |
| 3/26/09 | Copies/Black & White | | 150 | Copies | 22.50 |
| | | | | **Expenses** | **32.35** |
| | | | | **Invoice Analysis** | |
| | | | | **Invoice** | **2,663.60** |