# EXHIBIT A



2400 EAST COMMERCIAL BLVD, SUITE 1100 FORT LAUDERDALE, FLORIDA 33308-4044
*www.sdma.com* 954.958.2500 *phone* 954.958.2513 *fax*

Edward J. Hood, Esq.
Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226

April 7, 2009
Invoice No. 902482

For Professional Services Through April 7, 2009:

Re: Client: Gordon, Robert E., Esq.
Our File No.: 10030-000001/KWW
Securities and Exchange Commission v McKnight, Gregory N., et al.

**Fees:**

| | | | |
|---|---|---|---|
| 03/04/09 | K. Waterway | 0.30 | Review subpoenas received for service; arrange process server |
| 03/06/09 | K. Waterway | 0.20 | Update status regarding service of subpoenas for March 20 depositions |
| 03/09/09 | K. Waterway | 0.20 | Review and finalize employ affidavit |

Total Hours 0.70
**Total Fee Amount $266.00**

**Fee Summary:**

| Timekeeper | Hours Worked | Billing Rate | Fee Amount |
|---|---|---|---|
| K. Waterway | 0.70 | 380.00 | $266.00 |
| Total | **0.70** | | **$266.00** |

135 Main St. ■ 14th Floor ■ San Francisco, California 94105
Telephone 415.537.3000 ■ Facsimile 415.781.2635 ■ Federal Tax ID 94-1033310 ■ AR@SDMA.COM ■ WWW.SDMA.COM


2400 EAST COMMERCIAL BLVD., SUITE 1100 FORT LAUDERDALE, FLORIDA 33308-4044
www.sdma.com 954.958.2500 phone 954.958.2513 fax




Clark Hill PLC
Securities and Exchange Commission v McKnight, Gregory N., et al.
10030-000001

April 7, 2009
Invoice No. 902482


**Disbursements:**

| | |
|---|---|
| Meals | 24.69 |
| Photocopy (18 @ $0.15) | 2.70 |
| Service of Process | 285.00 |
| **Total Disbursements** | **$312.39** |
| **Total Due** | **$578.39** |

135 Main St. ■ 14th Floor ■ San Francisco, California 94105
Telephone 415.537.3000 ■ Facsimile 415.781.2635 ■ Federal Tax ID 94-1033310 ■ AR@SDMA.COM ■ WWW.SDMA.COM



2400 EAST COMMERCIAL BLVD, SUITE 1100 FORT LAUDERDALE, FLORIDA 33308-4044
www.sdma.com 954.958.2500 phone 954.958.2513 fax

Sedgwick
DETERT, MORAN & ARNOLD LLP

Clark Hill PLC
Securities and Exchange Commission v McKnight, Gregory N., et al.
10030-000001

April 7, 2009
Invoice No. 902482
Page 3

Balance Due and Payable Within Thirty Days of Receipt

| Remittance Address | Wire Transfer/ACH Payments | |
|---|---|---|
| Sedgwick, Detert, Moran & Arnold LLP | Bank: | Citibank, NA |
| Attention: Accounting Department | | One Sansome St., 24th Floor |
| 135 Main St. | | San Francisco, CA 94104 |
| 14th Floor | ABA/Routing Number: | 321 171 184 |
| San Francisco, CA 94105 | Account Number: | 200112936 |
| Reference: File Number & Invoice Number | Account Name: | Sedgwick, Detert, Moran and Arnold LLP |
| | SWIFT Code: | CITIUS33 |
| E-mail: ar@sdma.com | Reference: | File Number & Invoice Number |

135 Main St. ■ 14th Floor ■ San Francisco, California 94105
Telephone 415.537.3000 ■ Facsimile 415.781.2635 ■ Federal Tax ID 94-1033310 ■ AR@SDMA.COM ■ WWW.SDMA.COM

*Celebrating 75 Years of Service 1933-2008*