# EXHIBIT A

# CLARK HILL
*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   341642

```
McKnight/ Legisi Receivership          April 15, 2009
c/o Robert D. Gordon, Cl Hill          Client:   30710
500 Woodward Ave.                      Matter: 122569
Suite 3500
Detroit, MI 48226
```

================================================================
RE:   Receiver Services


FOR SERVICES RENDERED through March 31, 2009

    Total Services:                                  $4,187.70


STATEMENT TOTAL                                          $4,187.70

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
April 15, 2009
INVOICE # 341642
Page   2

DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 03/04/09 | RDG | .20 | Email conferences with T. Weed and J. Statham regarding Plante engagement letter. |
| 03/05/09 | RDG | .50 | Further conference with J. Statham regarding lis pendens on McKnight residence; receipt and review of retention letter from Florida local counsel, draft email correspondence to E. Hood and conference with J. Statham regarding same. |
| 03/09/09 | RDG | .10 | Review finalized local counsel engagement letter and execute same. |
| 03/09/09 | RDG | .10 | Attention to status of Plante employment application; conference with J. Statham regarding same. |
| 03/09/09 | RDG | .20 | Conference with J. Statham regarding status of claims reconciliation procedures, DOJ funds, and additional litigation. |
| 03/13/09 | RDG | .20 | Conference and email conference with J. Statham regarding pending matters and team meeting. |
| 03/18/09 | RDG | .30 | Conference with J. Statham regarding responding to investor's request for information regarding prospects for distribution. |
| 03/19/09 | RDG | .10 | Receipt and review of notice of expiration of surety bond for bank account. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
April 15, 2009
INVOICE # 341642
Page    3

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/23/09 | RDG | .20 | Email conference with J. Statham regarding posting update to website and status of other matters. |
| 03/27/09 | RDG | .20 | Conference with J. Applebaum and J. Statham regarding pending matters. |
| 03/30/09 | RDG | .20 | Attention to investor inquiries; email conferences with J. Statham and J. Applebaum regarding same. |

**B130      Asset Disposition**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/27/09 | RDG | .30 | Email conference with B. Muller regarding real estate purchase offer; conference with J. Statham regarding same. |
| 03/30/09 | RDG | .10 | Review and sign acceptance of purchase offer on office suites. |

**B180      Asset Analysis and Recovery**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/04/09 | RDG | .30 | Email conferences with J. Statham, J. Kopietz, et al., regarding assertion of lis pendens against Mr. McKnight's residence; further analyze issues. |
| 03/11/09 | RDG | .20 | Receipt and review of update from E. Hood regarding discovery matters, prospective litigation. |
| 03/11/09 | RDG | .20 | Email conference with C. Murphy, et al., regarding statutes of limitation, upcoming litigation. |
| 03/13/09 | RDG | .20 | Receipt and review of email correspondence from E. Hood regarding draft of complaint against Sierra, et al. |
| 03/17/09 | RDG | 3.00 | Meeting with E. Hood, et al., regarding status of complaint versus Sierra, et al., upcoming depositions, and other causes of action; further analyze potential causes of action and conference with J. Statham regarding same. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
April 15, 2009  
INVOICE # 341642  
Page   4

| Date | TK | Hours | Description |
|---|---|---|---|
| 03/18/09 | RDG | .40 | Further conference with J. Statham regarding causes of action, theories of liability. |
| 03/20/09 | RDG | .20 | Email conference with E. Hood, C. Murphy, et al., regarding communications with CB Brechien, et al. |
| 03/28/09 | RDG | .20 | Email conference with J. Statham and telephone conference with J. Applebaum regarding investigation issues. |

<u>B191</u>     <u>Litigation</u>

| Date | TK | Hours | Description |
|---|---|---|---|
| 03/01/09 | RDG | .70 | Receipt and review of proposed Complaint against Elite, et al., and draft email correspondence to C. Murphy, et al., regarding same. |
| 03/02/09 | RDG | .10 | Email conference with E. Hood, et al., regarding filing of Complaint against Elite, et al. |
| 03/19/09 | RDG | .20 | Conference with J. Statham regarding counts of complaint; email conference with P. Smith regarding same. |
| 03/23/09 | RDG | 1.50 | Participate in conference call with E. Hood, C. Murphy, J. Applebaum, and J. Statham regarding arbitration statement against Sierra, et al., and causes of action against issuers; follow-up conferences with J. Statham and J. Applebaum regarding same. |

$4,187.70

## TIMEKEEPER SUMMARY

Client Name              <u>McKnight/ Legisi Receivership</u>

Matter Description   <u>Receiver Services</u>

Service Period         <u>03/01/09 thru 03/31/09</u>

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
April 15, 2009  
INVOICE # 341642  
Page    5

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration<br>Robert D. Gordon | $423.00 | 2.30 | $972.90 |
|  | TOTAL |  | 2.30 | $972.90 |
| B130 | Asset Disposition<br>Robert D. Gordon | $423.00 | .40 | $169.20 |
|  | TOTAL |  | .40 | $169.20 |
| B180 | Asset Analysis and Recovery<br>Robert D. Gordon | $423.00 | 4.70 | $1,988.10 |
|  | TOTAL |  | 4.70 | $1,988.10 |
| B191 | Litigation<br>Robert D. Gordon | $423.00 | 2.50 | $1,057.50 |
|  | TOTAL |  | 2.50 | $1,057.50 |
| ACTIVITY TOTAL |  |  | 9.90 | $4,187.70 |