# EXHIBIT A

Legisi-McKnight, Case Nr. 0811887
Detailed List of Expenses for the Period
April 1 to April 30, 2009

| Date | Item ID | Time Qty. | Ticket Description for Invoicing | Billing Amount |
|---|---|---|---|---|
| | | | **Time** | |
| 4/15/09 | Research Analyst | 0.25 | Investigative activities | 18.75 |
| 4/17/09 | Principal - Local | 0.50 | Investigative activities | 125.00 |
| 4/22/09 | Principal - Local | 0.50 | Investigative activities | 125.00 |
| 4/19/09 | Subcontractor-Labor | 3.50 | Investigative activities | 262.50 |
| 4/20/09 | Subcontractor-Labor | 9.00 | Investigative activities | 675.00 |
| 4/16/09 | Case Manager | 1.30 | Investigative activities | 162.50 |
| 4/16/09 | Case Manager | 0.20 | Investigative activities | 25.00 |
| 4/19/09 | Case Manager | 0.50 | Investigative activities | 62.50 |
| 4/20/09 | Case Manager | 0.70 | Investigative activities | 87.50 |
| 4/20/09 | Case Manager | 0.50 | Investigative activities | 62.50 |
| 4/16/09 | Senior Rsch Analyst | 1.00 | Investigative activities | 85.00 |
| 4/15/09 | Managing Director | 0.50 | Investigative activities | 87.50 |
| 4/17/09 | Managing Director | 3.00 | Investigative activities | 525.00 |
| | | | Labor | 2,303.75 |
| | | | **Expenses** | |
| 4/21/09 | Credit Card Personal | | Investigative fees | 248.25 |
| 4/17/09 | Credit Card Personal | | Investigative fee | 107.54 |
| 4/15/09 | Credit Card Main | | Investigative fee | 1.00 |
| | | | Expenses | 356.79 |

Invoice Analysis

Invoice Total: 2,660.54