# EXHIBIT A

# CLARK HILL

*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice # 346173

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

May 31, 2009
Client:  30711
Matter: 122570

==================================================================
RE:  McKnight/ Legisi

FOR SERVICES RENDERED through April 30, 2009

    Total Services:                                   $90,977.85

FOR EXPENSES INCURRED OR ADVANCED:

| | |
|---|---:|
| Certification Fees | $35.00 |
| Court Reporting/Transcript Fee | $3,389.25 |
| Publication | $299.20 |
| Mileage/Parking | $15.00 |
| Federal Express/UPS | $303.00 |

    Total Expenses:                                   $4,041.45

STATEMENT TOTAL                                       $95,019.30

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| B110 | Case Administration | | |
| 04/01/09 | JDA | .70 | Review and revisions to Third Interim Report and Accounting. |
| 04/01/09 | JAS | .60 | Review and revise third report and account. |
| 04/01/09 | JAS | .20 | Additional email conference with M. Pascoe regarding February fee statement. |
| 04/01/09 | JAS | .10 | Follow up email to V. Petrusha regarding Legisi banking. |
| 04/01/09 | JAS | .20 | Review Veritas monthly fee applications for February and March. |
| 04/02/09 | JAS | .20 | Telephone conference with Clerk to Judge Steeh. |
| 04/02/09 | JAS | .30 | Conference with J. Applebaum regarding pending matters. |
| 04/02/09 | JAS | .30 | Receipt and review of emails from a Legisi investor. |
| 04/02/09 | JAS | .10 | Conference with L. Bell Guzzo regarding investor inquiries. |
| 04/03/09 | JAS | .20 | Telephone conference with investor. |
| 04/03/09 | JAS | .90 | Conferences with the Receiver regarding pending matters and next steps. |
| 04/03/09 | JAS | .20 | Additional telephone conference with Legisi investor. |
| 04/03/09 | VP | .30 | Review and attention to mail directed to Dave Bistricky and Gary Bick. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page   3

| Date | Initials | Hours | Description |
|---|---|---|---|
| 04/04/09 | JAS | .20 | Email conference with investor regarding case status. |
| 04/06/09 | JAS | .10 | Review Xroads monthly fee statement, email to M. Pascoe regarding same. |
| 04/06/09 | JAS | .10 | Voicemail to V. Petrusha regarding posting notice of claims bar date in newspaper and Legisi banking. |
| 04/06/09 | JAS | .10 | Voicemail to investor. |
| 04/06/09 | JAS | .20 | Receipt and review of email to investor. |
| 04/06/09 | JAS | .20 | Telephone conference with investor. |
| 04/06/09 | JAS | .50 | Return investor phone calls. |
| 04/06/09 | JAS | .20 | Email conference with V. Petrusha regarding Legisi bank account balances and publication of notice of bar date in the Wall Street Journal. |
| 04/06/09 | JAS | .10 | Voicemail from investor. |
| 04/06/09 | JAS | .10 | Telephone conference with investor. |
| 04/06/09 | JAS | .20 | Attention to Legisi mail. |
| 04/06/09 | JDA | .80 | Preparation of correspondence to N. Neumann and review of SEC complaint and related documents regarding same. |
| 04/06/09 | JAS | .20 | Email conference with M. Pascoe, revise Xroads fee statement. |
| 04/06/09 | VP | .50 | Review email from J. Statham regarding accounts and CD's; conference with MBank and email to J. Statham regarding status of accounts as and CD's of today. |
| 04/06/09 | VP | .40 | Review of file and attend to providing J. Statham with Wall Street notice of legal posting information. |
| 04/07/09 | JAS | .20 | Confer with S. Washington regarding pending matters. |

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page   4

| 04/07/09 | JAS | .10 | Attention to docket. |
|---|---|---|---|
| 04/07/09 | JAS | .20 | Telephone and email conference with V. Ryder, secretary for Florida counsel regarding status of fee payment. |
| 04/07/09 | JAS | .30 | Telephone conference with investor, email to investor. |
| 04/07/09 | JAS | .60 | Telephone conferences with, and voicemails, to investors. |
| 04/07/09 | JAS | .20 | Conference with J. Applebaum regarding case status and tax identification number for Receiver. |
| 04/07/09 | JAS | .30 | Update Legisi tasks list. |
| 04/08/09 | JDA | .40 | Review of Orders approving fee applications of Receiver and professionals. |
| 04/08/09 | JAS | .10 | Voicemail to investor. |
| 04/08/09 | JAS | .10 | Receipt and review of email from investor. |
| 04/08/09 | JAS | .20 | Receipt and review of correspondence with investor. |
| 04/08/09 | JDA | .30 | Correspondence to N. Neumann regarding response to investor inquiries. |
| 04/08/09 | JAS | .20 | Conference with the Receiver regarding Xroads fee statement. |
| 04/09/09 | JAS | .40 | Attention to filing Xroads invoice, review Veritas invoice and confer with S. Washington regarding revisions to same, check docket. |
| 04/09/09 | JAS | .30 | Conference with the Receiver regarding pending matters. |
| 04/09/09 | JAS | .10 | Voicemail from investor. |
| 04/09/09 | JAS | .10 | Email to M. Pascoe regarding attention to docket. |

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 5

| 04/09/09 | JAS | .10 | Voicemail from investor. |
| 04/09/09 | JAS | .20 | Brief review of Legisi mail. |
| 04/09/09 | JAS | .20 | Correspondence from IRS, scan and email to T. Weed and J. Devree. |
| 04/09/09 | JAS | .40 | Review emails related to Legisi tax issues. |
| 04/09/09 | JAS | .10 | Receipt and review of email from J. Okeefe regarding 26f conference. |
| 04/09/09 | JAS | .10 | Conference with L. Bell Guzzo regarding pending matters. |
| 04/09/09 | VP | .30 | Review email from J. Statham regarding Bienenstock invoice; attend to processing invoice for payment. |
| 04/10/09 | VP | .40 | Review invoices received for various lawn services dating back to 2007; communications with J. Statham and B. Muller regarding same. |
| 04/10/09 | VP | .40 | Review emails from T. Weed and J. Statham requesting tax ID numbers; review of file and provide J. Statham with tax ID number for the Michigan Department of Treasury. |
| 04/10/09 | VP | .70 | Review emails from J. Statham and T. Weed regarding various records needed in response to Plante Moran's requests in order to file a Form 1120-QSF for 2008; communication with J. Statham regarding same. |
| 04/10/09 | JAS | .20 | Telephone conference with investor. |
| 04/10/09 | JAS | .40 | Email conference with T. Weed, et al, regarding Legisi tax matters. |
| 04/10/09 | JAS | .20 | Email conference with investor. |

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page    6

| | | | |
|---|---|---|---|
| 04/10/09 | JAS | .30 | Voicemail from V. Petrusha, review invoice from Tim's Lawn Care, email to V. Petrusha and B. Muller regarding same. |
| 04/10/09 | JAS | 1.00 | Attention to Legisi tax issues regarding qualified settlement fund documents required for accountants and obtaining EIN. |
| 04/10/09 | JAS | .20 | Telephone conference with investor. |
| 04/10/09 | JAS | .20 | Brief review of additional emails from Plante Moran regarding Legisi tax matters. |
| 04/10/09 | JAD | 1.60 | Review and analyze tax questions from J. Statham regarding surrender of life insurance; email to J. Statham with advice regarding same; review and reply to email from J. Statham and accountants regarding EIN for qualified settlement fund. |
| 04/11/09 | JAS | .60 | Attention to Legisi tax issues, emails to and from Plante Moran team and email to J. O'Keefe and A. Knudson regarding TINs. |
| 04/13/09 | JAS | .20 | Conference with the Receiver regarding tax matters. |
| 04/13/09 | JAS | .20 | Conference with J. Sullivan regarding Legisi tax matters. |
| 04/13/09 | JAS | 1.40 | Correspondence to and from Legisi tax matters team, conference with the Receiver regarding same. |
| 04/13/09 | JAS | 2.20 | Attention to Legisi tax matters, research regarding same, conference with the Receiver, draft and revise letter to McKnight regarding same. |
| 04/13/09 | JAS | .40 | Review email from T. Weed regarding documents required for Form 1120 QSF, conference with V. Petrusha regarding same, email to R. Gordon and V. Petrusha regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page   7

| 04/13/09 | JAS | .10 | Email conference with R. Rytman regarding Legisi QuickBooks records. |
| 04/13/09 | VP | .60 | Review email from S. Lee regarding federal tax identification number for Legisi; review additional file material in connection with obtaining requested information. |
| 04/13/09 | VP | .10 | Review email from J. Statham confirming time in which to collect and provide information needed for Plante Moran. |
| 04/14/09 | VP | .80 | Conference with J. Statham requesting wire transfer information to mBank; conference with A. Saini of mBank obtaining requested information as well as insurance information; email to J. Statham routing and account information. |
| 04/14/09 | JAS | 1.10 | Telephone and email conference with J. Devree regarding Legisi tax matters. |
| 04/14/09 | JAS | .30 | Review notice received from IRS, route to J. Devree, email to tax matters team regarding same. |
| 04/14/09 | JAS | .10 | Email to the Receiver and J. Applebaum regarding meeting. |
| 04/14/09 | JAS | .80 | Conference with J. Applebaum and the Receiver regarding pending matters. |
| 04/14/09 | JAS | .20 | Attention to scheduling of meetings with the Receiver and legal team. |
| 04/14/09 | JAS | .10 | Conference with the Receiver regarding pending matters. |
| 04/14/09 | JAS | .30 | Telephone conference with investor. |
| 04/14/09 | JAS | .20 | Voicemail from and telephone conference with R. Wong of the Attorney General's office regarding need to file second quarter unemployment tax forms. |
| 04/14/09 | JAS | .50 | Telephone conferences with investors. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page   8

| 04/14/09 | JDA | .80 | Conference with R. Gordon and J. Statham regarding open issues and discussion of same. |
|----------|-----|-----|------------------------------------------------------------------------------------------|
| 04/14/09 | JAS | 1.00 | Review Complaints received from Illinois Attorney General's office, email to E. Hood regarding same, email to J. Okeefe regarding same, voicemail to K. Weimar regarding same, research regarding entities mentioned in Complaints. |
| 04/14/09 | JAD | 1.50 | Review email regarding QSF and related tax issues; email to J. Statham with comments and advice regarding same; office conference with J. Statham regarding same. |
| 04/14/09 | JAS | .80 | Telephone conferences with, and voicemails to, investors. |
| 04/14/09 | LBG | .60 | Receipt and review of emails and voicemails for Receiver; forward action items to J. Statham for response; forward new investor information to XRoads for entry into database. |
| 04/15/09 | JAS | .60 | Return investor phone calls. |
| 04/15/09 | JAS | .20 | Brief review of McKnight's November deposition. |
| 04/15/09 | JAD | 2.70 | Review and analyze tax issues regarding qualified settlement fund; office conference with R. Gordon et al regarding same, including judicial clarification of receivership order; prepare Form SS-4 application for federal EIN. |
| 04/15/09 | JAS | 1.00 | Compose task list for Receiver and team, compile notes regarding transfers for Receiver and outline next steps. |
| 04/15/09 | JAS | .10 | Voicemail from investor. |
| 04/15/09 | JAS | .40 | Additional messages from investors. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page   9

| 04/15/09 | JAS | .30 | Telephone conference with J. Okeefe regarding pending matters. |
| 04/15/09 | JAS | 1.00 | Prepare for and attend meeting with the Receiver and J. Devree. |
| 04/16/09 | JAS | .30 | Telephone conference with L. Bradshaw of the Nova Scotia securities commission regarding Nova Scotia investors, email to M. Pascoe regarding same. |
| 04/16/09 | JAS | .10 | Follow up with V. Petrusha regarding tax information. |
| 04/16/09 | JAS | .10 | Voicemail from A. Knudson, email to A. Knudson regarding pending matters. |
| 04/16/09 | JAS | .10 | Voicemail to Nova Scotia securities commission. |
| 04/16/09 | JAS | .20 | Attention to Sedgwick fee application. |
| 04/16/09 | JAS | .10 | Conference with the Receiver regarding Nova Scotia securities commission. |
| 04/16/09 | JAS | .20 | Review letter from unemployment insurance agency, email to J. Devree regarding same. |
| 04/16/09 | JAS | .10 | Conference with L. Bell Guzzo regarding investor inquiries. |
| 04/16/09 | JAS | .10 | Voicemail to K. Weimar of the Illinois Attorney General's office. |
| 04/16/09 | JAS | .30 | Telephone calls with investors. |
| 04/16/09 | JAS | .10 | Conference with V. Petrusha regarding Legisi tax info. |
| 04/16/09 | JAS | .30 | Review email from T. Weed, email conference with V. Petrusha regarding same, review information send by V. Petrusha. |

| | | | |
|---|---|---|---|
| 04/16/09 | JAS | .30 | Review additional banking information sent by V. Petrusha, email conference regarding same. |
| 04/16/09 | VP | 5.70 | Review of financial file material in order to respond to Plante Morans&Æ requests; conference with J. Statham requesting backup for the LaSalle deposit, review of file and provided requested information to counsel; review and organize McKnight checking account statements û preparation of spreadsheet regarding same;  update Legisi checking account ledger, confirm supporting information; compare to mBank statements û preparation of spreadsheet regarding same; review Legisi CD statements and provide same to counsel; review of file and forward Legisi Money Market Audit to counsel; preparation of spreadsheets for Legisi and McKnight Money Market accounts, provide mBank statements supporting same; conferences and emails with J. Statham. |
| 04/17/09 | JAS | .40 | Telephone conference with Legisi investor. |
| 04/17/09 | JAS | .30 | Compile list of investors from Nova Scotia for Nova Scotia Securities Commission, email conferences with L. Bradshaw and M. Pascoe regarding same. |
| 04/17/09 | JAS | .50 | Telephone conference with investor. |
| 04/17/09 | JAS | .40 | Attention to voicemail from McKnight, voicemail to Wishnow regarding same, telephone conference with McKnight, conference with J. Applebaum regarding same and email to the Receiver and J. Applebaum regarding same. |
| 04/17/09 | JAS | .30 | Brief review of emails from V. Petrusha regarding Legisi finances. |

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page  11

| | | | |
|---|---|---|---|
| 04/17/09 | JAS | .30 | Telephone conference with and email conference with L. Bradshaw of Nova Scotia securities commission. |
| 04/18/09 | JAS | .50 | Begin to draft motion to amend the Receiver Order. |
| 04/20/09 | JAS | 1.00 | Review accounts information received from V. Petrusha, email to tax matters team regarding same, assemble for files. |
| 04/20/09 | JAS | .10 | Email conference with R. Rytman regarding Legisi Quick Books records. |
| 04/20/09 | JAS | .30 | Conference with V. Leroy regarding computer files. |
| 04/20/09 | JAS | .40 | Attention to obtaining software to open Legisi files. |
| 04/20/09 | JAS | .10 | Voicemail to K. Weimar of Consumer Protection Division of Illinois Attorney General. |
| 04/21/09 | JAS | .10 | Attention to docket. |
| 04/21/09 | JAS | .30 | Telephone conference with J. Sullivant of Plante Moran, compile information to send to her regarding Legisi taxes. |
| 04/21/09 | JAS | .20 | Review Sedgwick's March fee application, discuss with J. Applebaum. |
| 04/21/09 | JAD | .50 | Office conference with R. Gordon regarding federal EIN application for QSF; prepare and file EIN application. |
| 04/21/09 | VP | 3.40 | Evaluation and categorization of various pleadings, reports, correspondence, document productions, etc. |
| 04/22/09 | VP | 1.50 | Further evaluation and categorization of various pleadings, reports, correspondence, document productions, etc. |

| 04/22/09 | VP | .30 | Review emails and court docket regarding payment of counsel invoices. |
| 04/22/09 | JAS | .30 | Conference with the Receiver regarding pending matters. |
| 04/22/09 | JAS | .20 | Email conference with M. Pascoe regarding case status and investors. |
| 04/22/09 | JAS | .10 | Attention to email from V. Petrusha regarding payment of invoices. |
| 04/22/09 | JAS | .20 | Review email from J. Devree regarding Legisi tax matters, email to J. Devree regarding same. |
| 04/22/09 | JAD | 2.10 | Email to J. Statham with EIN documents and advice regarding tax issues for Legisi Marketing and the QSF. |
| 04/22/09 | JAS | .50 | Review info received from J. Devree regarding settlement fund, emails to J. Devree regarding settlement fund, obtain Receiver's signature on forms and route to J. Devree. |
| 04/23/09 | JAD | 1.40 | Analyze federal and state tax issues; email to J. Statham with comments and advice regarding same. |
| 04/23/09 | VP | .90 | Review court docket; review filed notices of fee statements; attention to payment of two Clark Hill invoices for legal and receiver services; update/balance ledger book; update receipt binder. |
| 04/23/09 | JAS | .70 | Email conferences with J. DeVree and J. Sullivant regarding Legisi tax matters, review memorandums regarding tax matters received from J. DeVree. |
| 04/23/09 | JAS | .20 | Telephone conference with G. Robinson regarding subpoena. |
| 04/23/09 | VP | .30 | Review and attention to mail directed to G. McKnight. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page  13

| 04/24/09 | JAS | .40 | Email conference with J. Devree and J. Sullivant regarding tax matters. |
| 04/24/09 | JAD | .90 | Review and reply to email from J. Statham regarding tax returns, extensions, and related issues. |
| 04/26/09 | JAS | .10 | Review Legisi website, email to the Receiver regarding posting of additional information. |
| 04/27/09 | JAS | .10 | Review Royal Palm K1s, email to J. Devree and J. Sullivant. |
| 04/27/09 | VP | 2.20 | Continued evaluation and categorization of various pleadings, reports, correspondence, document productions, etc. (2.2). |
| 04/27/09 | VP | .10 | Conference with E. Hood regarding review, categorization and organization of various case materials (.1). |
| 04/27/09 | JAS | .30 | Conference with the Receiver regarding pending issues. |
| 04/27/09 | JAS | .20 | Receipt and review of correspondence from the IRS, telephone call with J. Devree regarding same. |
| 04/27/09 | JAS | .30 | Review letter received from the Department of Justice, draft update to parties in interest regarding same. |
| 04/28/09 | VP | 2.40 | Continue evaluation and categorization of various pleadings, reports, correspondence, document productions, invoices, etc. |
| 04/28/09 | JAS | .10 | Email to M. Pascoe regarding Legisi investor. |
| 04/28/09 | VP | .30 | Conferences with E. Hood and A. Thiessen regarding evaluation and categorization of additional, newly received, file material/documents and request to incorporate with documents previously reviewed and organized. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 14

| 04/28/09 | JAD | .50 | Review Royal Palm K-1s; email to J. Statham with comments regarding same. |
| 04/28/09 | VP | .30 | Review and attention to mail directed to G. McKnight. |
| 04/29/09 | JAS | .20 | Conference with the Receiver regarding pending matters. |
| 04/29/09 | JAS | .10 | Telephone conference with investor. |
| 04/29/09 | JDA | .70 | Conference with J. Statham regarding Third Report and Accounting and notice of commercial real estate sales; review and revise notice of DOJ turnover of e-Gold funds. |
| 04/29/09 | JAS | .20 | Review of update to be posted to the xroads website, conference with J. Applebaum regarding same. |
| 04/29/09 | JAS | .10 | Conference with the Receiver and J. Applebaum regarding report and account. |
| 04/30/09 | JAS | .50 | Telephone conference with J. Devree regarding Legisi tax matters. |
| 04/30/09 | JAS | .10 | Receipt and review of emails from J. Devree and J. Sullivant regarding Legisi tax matters. |
| 04/30/09 | JAS | .90 | Telephone conferences with J. Sullivant and J. Devree, attention to obtaining check, review form, email conference with J. Devree regarding same, attention to execution of check and conference with the Receiver. |
| 04/30/09 | JAS | .10 | Telephone conference with E. Wishnow regarding password for quick books records. |
| 04/30/09 | VP | .70 | Communications with J. Statham regarding urgent request for check for payment of invoice directed to the State of Michigan; attend to same; update books. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 15

| 04/30/09 | JAD | 3.40 | Review and reply to email from J. Statham regarding Royal Palm tax return; analyze Michigan business tax extensions, unitary business group, estimated tax payments, and related issues; telephone conference with accountant J. Sullivant at Plante & Moran regarding same; prepare notes regarding same; prepare response to IRS notice regarding Form 941 for 2008Q3; email to J. Statham regarding same. |

| B130 | Asset Disposition | | |
|------|------|------|------|
| 04/01/09 | BJM | 1.40 | Correspond with listing agent regarding offers on Miller Road properties; draft and prepare documents related to same; correspond with property manager regarding property management account expenses; correspond with appraisers regarding completion of reports; correspond with listing agent regarding Springdale offer. |
| 04/02/09 | BJM | .90 | Draft and prepare documents related to Miller Road offers and Springdale closing; correspond regarding same. |
| 04/02/09 | JAS | .50 | Telephone conferences with B. Muller regarding asset disposition, creditors examination, and related issues; conference with B. Muller and J. Applebaum regarding offer to purchase real property. |
| 04/03/09 | BJM | 1.90 | Draft and prepare documents related to Miller Road offers and Springdale closing; correspond regarding same; review offer on 4200 Linden property and related correspondence; correspond with property manager, listing agent and appraisers regarding same. |
| 04/06/09 | BJM | 1.00 | Draft and prepare documents related to Miller Road offers and Springdale closing; correspond regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 16

| 04/08/09 | BJM | 2.20 | Draft and prepare documents related to Miller Road offers and Springdale closing; correspond regarding same. |
|----------|-----|------|------|
| 04/08/09 | JAS | .50 | Voicemail to and from C. Saenz regarding Western Southern Life Policies, further review paperwork, correspondence to J. DeVree and R. Gordon regarding Receivership tax matters in relation to liquidation of policies. |
| 04/09/09 | JAS | .30 | Additional email conference with Receivership team regarding stock sale. |
| 04/09/09 | JAS | .40 | Telephone conference with CB Brechen and email conference with Receivership team regarding same. |
| 04/09/09 | BJM | 2.50 | Facilitate closing of Springdale sale and court approval of Miller Road offers; draft and prepare correspondence related to same. |
| 04/13/09 | BJM | 2.90 | Coordinate closing of Springdale sale and court approval of Miller Road offer; correspond and draft and prepare documents related to same. |
| 04/14/09 | BJM | 4.20 | Coordinate closing of Springdale sale and court approval of Miller Road offer; correspond and draft and prepare documents related to same. |
| 04/15/09 | BJM | 2.00 | Coordinate closing of Springdale sale and court approval of Miller Road offer; correspond and draft and prepare documents related to same. |
| 04/16/09 | JAS | .10 | Email to B. Muller regarding real estate. |
| 04/17/09 | BJM | 2.50 | Coordinate closing of Springdale sale and court approval of Miller Road offer; correspond and draft and prepare documents related to same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 17

| 04/27/09 | BJM | 4.50 | Correspond with listing agent regarding sale of Miller Road properties and Springdale property; draft and prepare pleading documents related to Miller Road property sale; correspond with listing agent regarding Hill Road property; draft, prepare, review and revise documents related to Springdale sale. |
| --- | --- | --- | --- |
| 04/28/09 | BJM | 4.90 | Review and revise closing documents related to Springdale sale; correspond with listing agent and title company regarding same; correspond with property manager regarding transfer of ownership of Springdale property, cancellation of insurance, shut-off of utilities and amendment to property management agreement to remove property from scope. |
| 04/29/09 | BJM | 4.10 | Revise and finalize 10-day notice of sale related to Miller Road properties; correspond with Flint-Genesee County Legal News regarding same; review and revise closing documents related to Springdale sale. |
| 04/29/09 | JAS | .40 | Conference with B. Muller regarding notice of sale and closing documents for Springdale sale, conference with J. Applebaum regarding same, review of notice. |
| 04/29/09 | JAS | .30 | Review documents to be executed by Receiver for sale of Springdale property. |
| 04/30/09 | BJM | 6.20 | Prepare for and attend closing of sale of Springdale property. |

| B180 | Asset Analysis and Recovery | | |
| --- | --- | --- | --- |
| 04/01/09 | NMG | 3.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/01/09 | JAS | .50 | Review of records subpoenaed by the SEC. |

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 18

| 04/02/09 | JAS | 2.50 | Review documents received from Veritas, email to J. Okeefe regarding same. |
|---|---|---|---|
| 04/02/09 | JAS | .30 | Conference with C. Murphy regarding pending matters. |
| 04/02/09 | JDA | .60 | Conference with C. Murphy regarding litigation issues; conference with J. Statham regarding accounts and recovery of deposits and related matters. |
| 04/02/09 | JDA | .50 | Conference with J. Statham regarding bank account issues and telephone conference with J. Statham and B. Muller regarding sales and auction procedures for commercial properties. |
| 04/02/09 | JAS | .10 | Voicemail to J. Okeefe regarding LAFCU accounts. |
| 04/02/09 | EJH | .30 | Email correspondence with receiver and counsel regarding status of matter. |
| 04/02/09 | JAS | .40 | Review Western Southern policies and paperwork regarding obtaining cash value of policies. |
| 04/02/09 | NMG | 5.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/02/09 | CEM | 1.00 | Conference with J. Statham and J. Applebaum; telephone conference with CB Brekken of Brekford; telephone conference with C. Moncher regarding PFAP; review Brekford and PFAP materials; review emails from process server regarding Elite and Edgetech. |
| 04/03/09 | CEM | .30 | Telephone conference with C. Moncher regarding PFAP shares. |
| 04/03/09 | CEM | .80 | Telephone conference with CB Brechin. |
| 04/03/09 | CEM | 1.00 | Review affidavit of service on Friedman; arrange for fling and calendar due date of Friedman answer; call process server regarding service issues in Elite case; emails to and |

# CLARK HILL P.L.C.

|            |     |      | from J. O'Keefe, E. Hood; review letter from Friedman's attorney. |
|------------|-----|------|-------------------------------------------------------------------|
| 04/03/09   | JAS | .20  | Email conference with E. Hood regarding subpoenas. |
| 04/03/09   | JAS | .10  | Additional email conference with B. Gill regarding LAFCU documents. |
| 04/03/09   | NMG | 8.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/03/09   | JAS | 1.00 | Telephone conference with J. Okeefe, draft exhibits to subpoenas |
| 04/03/09   | JAS | .50  | Telephone conference with J. O'Keefe, draft email to B. Gill of LAFCU regarding additional document request, brief review of current records. |
| 04/04/09   | JAS | .10  | Email conference with E. Hood and J. Applebaum regarding pending matters. |
| 04/06/09   | JAS | .20  | Revise subpoenas. |
| 04/06/09   | JAS | .20  | Review Western Southern Life paperwork, voicemail to C. Saenz of Western Southern Life regarding same. |
| 04/06/09   | JAS | .40  | Draft letter to LAFCU, conference with J. Applebaum regarding same. |
| 04/06/09   | JAS | .20  | Review information received regarding solvency of All American Home Products. |
| 04/06/09   | JAS | .10  | Email conference with B. Gill of LAFCU. |
| 04/06/09   | JAS | 2.50 | Prepare exhibits to subpoenas, obtain information regarding where to send each subpoena. |
| 04/06/09   | JDA | .20  | Review correspondence regarding All American Home and note default issues. |
| 04/06/09   | NMG | 6.80 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page  20

| 04/07/09 | JAS | .20 | Prepare materials regarding document request for R. Gordon review. |
| 04/07/09 | JAS | .20 | Analyze options regarding continuing investigation of assets, voicemail to A. Knudson regarding same. |
| 04/07/09 | JAS | .10 | Finalize letter to LAFCU. |
| 04/07/09 | JAS | 1.60 | Attention to determining entities and addresses for multiple subpoenas. |
| 04/07/09 | NMG | 7.10 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/07/09 | JAS | .30 | Review additional documents received from LAFCU. |
| 04/07/09 | JAS | .40 | Brief review of subpoenas, conference with E. Hood regarding same, conference with S. Washington regarding same, research regarding entity name. |
| 04/07/09 | EJH | .20 | Conference with attorneys for All american regarding Receiver's options with All American investment. |
| 04/07/09 | EJH | .30 | Review and comment on subpoenas for documents. |
| 04/08/09 | JAS | .40 | Telephone conference with A. Knudson, emails to Receiver and team regarding same. |
| 04/08/09 | JAS | 1.60 | Review Rule 45 regarding subpoena requirements, email to team, conference with J. Applebaum and D. Breuch regarding same, telephone conference with Tracy of John Hancock regarding 529 plan, revise Exhibits to subpoenas per E. Hood revisions, conference with E. Hood regarding same, conference with S. Washington regarding same, final review of subpoenas. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page  21

| 04/09/09 | NMG | 2.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/09/09 | EJH | .90 | Review and reply to various  emails from counsel regarding potential offer for sale of Brekford stock; review correspondence from All American. |
| 04/09/09 | JAS | .20 | Email conference with  B. Rosetto regarding 2008 Royal Palm returns. |
| 04/09/09 | JAS | 1.20 | Review Duncanson production in connection with Duncanson deposition, voicemail to J. Okeefe, notes to file and email to E. Hood regarding same. |
| 04/09/09 | JDA | 1.60 | Conference with C. Murphy and correspondence with E. Hood regarding Brekford stock disposition and related issues; telephone conference with C. Murphy and C.B. Brechen regarding offer to purchase and cancel shares and related issues. |
| 04/09/09 | JDA | .70 | Review of SEC filings and financial statements regarding Brekford Co. |
| 04/09/09 | JAS | .10 | Email conference with J. Okeefe regarding investigation and pending matters. |
| 04/09/09 | JAS | 2.50 | Review deposition of J. Duncanson. |
| 04/09/09 | CEM | .50 | Conference with J. Applebaum regarding Brekford and Royal Palm; telephone conference with F. Seyferth regarding K. Redman. |
| 04/09/09 | CEM | .70 | Telephone conference with CB Brechin and J. Applebaum. |
| 04/09/09 | CEM | .10 | Telephone conference with C. Moniher. |
| 04/09/09 | CEM | .30 | Review Brekford 10K and emails to and from J. Applebaum. |

# CLARK HILL P.L.C.

| | | | | |
|---|---|---|---|---|
| 04/10/09 | BJM | 1.10 | Review lawn care invoices; correspond with current lawn care providers regarding contract start dates; correspond with property manager regarding same; confer with V. Petrusha and J. Statham. |
| 04/10/09 | JAS | .20 | Email conference with E. Hood regarding Duncanson deposition. |
| 04/10/09 | EJH | .70 | Review and reply to email from SEC; review email correspondence from J. Statham. |
| 04/10/09 | JAS | .20 | Review and execute subpoenas. |
| 04/10/09 | NMG | 5.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/13/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/13/09 | JAS | .40 | Telephone and email conference with J. Okeefe, email to E. Hood and A. Theisen regarding obtaining records, review emails from A. Robb. |
| 04/13/09 | CEM | .10 | Review emails and voice messages. |
| 04/14/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/14/09 | JDA | .20 | Correspondence from E. Hood and telephone from All American counsel regarding debt for equity swap. |
| 04/14/09 | JAS | .40 | Review materials regarding All American sent by E. Hood, voicemail from All American, conference with the Receivership team regarding same. |
| 04/14/09 | JAS | .10 | Voicemail from Tracy of John Hancock regarding subpoena. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page  23

| 04/14/09 | JAS | .40 | Receipt and review of emails from J. Birkenheier regarding seized funds, letter from the DOJ regarding seized funds, telephone conference with V. Petrusha regarding banking. |
| 04/14/09 | JAS | .20 | Review legisi records, email to J. Okeefe regarding same. |
| 04/14/09 | JAS | .10 | Telephone conference with R. Rytman regarding pending matters. |
| 04/14/09 | JAS | .20 | Voicemail to C. Coleman regarding seized funds, email conference with V. Petrusha regarding same. |
| 04/14/09 | JAS | .30 | Email conference with R. Rytman regarding pending matters, email to A. Knudson regarding same. |
| 04/14/09 | JAS | .10 | Voicemail and email from R. Rytman regarding pending matters. |
| 04/15/09 | JAS | .10 | Voicemail and email to R. Rytman regarding pending matters. |
| 04/15/09 | JAS | .50 | Research regarding pending matters. |
| 04/15/09 | JAS | .10 | Telephone conference with Secret Service [Doug]. |
| 04/15/09 | JAS | .10 | Email to Rytman regarding pending matters. |
| 04/15/09 | JAS | .20 | Additional emails to J. Okeefe and the Receivership team regarding pending matters. |
| 04/15/09 | JDA | 1.20 | Prepare for and attend conference with R. Gordon, J. Statham, E. Hood and C. Murphy regarding stock and notes disposition issues. |
| 04/15/09 | JAS | .20 | Telephone conference with R. Rytman regarding pending matters. |

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 24

| 04/15/09 | EJH | 2.50 | Conference with Receiver and counsel regarding various issues; review default judgment against All American Home Products; follow up with co-counsel regarding potential investigative issue; email to attorneys for All American Home Products. |
|---|---|---|---|
| 04/15/09 | JAS | 1.20 | Meeting with the Receiver, E. Hood, C. Murphy, and J. Applebaum regarding assets and pending matters. |
| 04/15/09 | JAS | 1.20 | Telephone conference with R. Rytman regarding pending matters, email conference with A. Knudson regarding pending matters, email summary of phone call with Rytman and email conference with A. Knudson and Receivership team. |
| 04/15/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/15/09 | NMG | .30 | Plan further strategy with case team regarding analysis of E-Bullion and E-Gold Account Information. |
| 04/15/09 | JDA | .20 | Review correspondence among J. Statham and Veritas and Secret Service regarding continuing investigation issues. |
| 04/15/09 | CEM | 1.20 | Prepare for and attend conference with R. Gordon, J. Applebaum, E. Hood and J. Statham regarding investigation matters. |
| 04/16/09 | JAS | .10 | Email conference with E. Hood regarding McKnight investments discussed in deposition and recovery of documents from Ebuillion. |
| 04/16/09 | JAS | .70 | Research regarding Sigma Financial Corporation, et al, prepare subpoena to same. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 04/16/09 | JAS | .20 | Conference with the Receiver regarding recovery of forfeited funds, telephone calls to US Department of Justice regarding same. |
| 04/16/09 | JAS | .10 | Review letter from US Department of Justice. |
| 04/16/09 | JAS | .10 | Voicemail from Attorney for Bank of America |
| 04/16/09 | JAS | .40 | Review documents regarding Bank of America Subpoena, telephone call to Bank of America regarding same. |
| 04/16/09 | JAS | 1.80 | Review records received from SEC and Secret Service. |
| 04/16/09 | JAS | .70 | Telephone conference with R. Watson of T. Rowe Price, research regarding T. Rowe Price Associates, Inc., draft exhibit for T. Rowe Price subpoena. |
| 04/16/09 | JAS | .10 | Additional revision to subpoena to Sigma Financial, et al. |
| 04/16/09 | JAS | .20 | Voicemail to and from A. Knudson. |
| 04/16/09 | JAS | .10 | Execute T. Rowe Price subpoena. |
| 04/16/09 | JAS | .10 | Conference with S. Washington regarding conflicts check. |
| 04/16/09 | JAS | .30 | Revise exhibit to Sigma Financial, et al., subpoena. |
| 04/16/09 | EJH | 2.70 | Follow up with FBI agent regarding e-bullion accounts; review and respond to counsel question regarding McKnight; review account information from e-bullion; attention to potential claims regarding Royal Palm. |
| 04/16/09 | NMG | 5.20 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/17/09 | JAS | .10 | Voicemail from Bank of America. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page  26

| 04/17/09 | JAS | .10 | Voicemail to Mike of Bank of America. |
| 04/17/09 | JAS | .30 | Telephone conference with A. Knudson regarding pending matters. |
| 04/17/09 | JAS | .20 | Telephone conference with C. Coleman regarding seized funds, conference with the Receiver regarding same. |
| 04/17/09 | JAS | .50 | Attention to paper work regarding transfer of seized funds, email conference with  C. Coleman, telephone conference with mBank. |
| 04/17/09 | JAS | .30 | Voicemail and email to M. Bauer of mBank regarding information required for ACH transfer, review form typed by S. Washington. |
| 04/17/09 | JAS | .10 | Voicemail from and voicemail to Agent Topman regarding seized funds. |
| 04/17/09 | JAS | .10 | Telephone conference with Agent Topman regarding seized funds. |
| 04/17/09 | JAS | .10 | Voicemail from and email to A. Knudson. |
| 04/17/09 | NMG | 8.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/18/09 | JAS | .50 | Beginning review of A. Goddard deposition transcript. |
| 04/19/09 | JAS | 3.50 | Review and analyze A. Goddard deposition transcripts. |
| 04/20/09 | JAS | .40 | Telephone conferences with A. Knudson and R. Rytman regarding pending matters, conference with R. Gordon and J. Applebaum regarding same. |
| 04/20/09 | JAS | .70 | Review information received from Prudential. |
| 04/20/09 | JAS | .30 | Telephone conference with B. Gill of LAFCU and J. Baker, attorney for LAFCU, regarding recovery of funds. |

# CLARK HILL ´P.L.C.

| | | | |
|---|---|---|---|
| 04/20/09 | JAS | .10 | Voicemail to M. Bauer of mBank regarding ACH payment form. |
| 04/20/09 | JAS | .40 | Additional conferences with IT professionals regarding access to records. |
| 04/20/09 | JAS | 4.50 | Review recovered Legisi information. |
| 04/20/09 | EJH | .30 | Conference with CEO of Brekford International regarding potential redemption of Legisi stock. |
| 04/20/09 | JDA | .70 | Telephone conference with P. Smith regarding claims research; conference with J. Statham and review of excerpts from depositions regarding McKnight asset disposition and related investigation. |
| 04/20/09 | JAS | .10 | Voicemail from attorney for Bank of America and email from same regarding subpoena. |
| 04/20/09 | NMG | 5.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/21/09 | NMG | 3.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/21/09 | BJM | 1.70 | Correspond with Springdale mortgage broker and provide documentation regarding Receiver's authority to convey real property; correspond with appraisers regarding status of Miller Road appraisals; correspond with property manager regarding status of property management account and miscellaneous property issues; draft and prepare documents related to sale of Miller Road properties. |
| 04/21/09 | JAS | .30 | Telephone calls to mBank regarding ACH coordinator signature. |

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 28

| 04/21/09 | JAS | 1.00 | Attention to ACH transfer, multiple conferences with mBank, revise forms, conference with mBank and the Receiver, email to Department of Justice regarding submission of forms. |
| 04/21/09 | JAS | 4.00 | Review recovered Legisi information. |
| 04/21/09 | EJH | 2.40 | Review and analysis of documents produced by William Cordo and others. |
| 04/22/09 | NMG | 2.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/22/09 | JDA | .50 | Conference with J. Statham regarding investigation and records review. |
| 04/22/09 | JDA | 1.10 | Preparation for and attend conference call with J. Bierkenheier and J. O'Keefe of the SEC, J. Statham and R. Gordon regarding investigation into asset recovery issues. |
| 04/22/09 | JAS | .10 | Email to C. Coleman regarding ACH form. |
| 04/22/09 | JAS | .60 | Pull information received regarding Legisi for B. Tanase, telephone call to B. Tanase regarding same. |
| 04/22/09 | JAS | .30 | Telephone conference with B. Tanase. |
| 04/22/09 | JAS | 3.00 | Review Legisi information, prepare update for Receiver, prepare for and attend call with the SEC. |
| 04/22/09 | JAS | .20 | Compile and forward information sent to B. Tanase to the SEC. |
| 04/22/09 | JAS | .10 | Email to A. Robb regarding J. McKnight funds. |
| 04/22/09 | JAS | .20 | Conference with S. Washington regarding subpoenas. |
| 04/23/09 | JAS | .10 | Receipt and review of email from E. Hood regarding E. Buillion |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page  29

| 04/23/09 | JAS | .40 | Research regarding potential accounts. |
| 04/23/09 | JAS | .30 | Telephone conference with M. Serviss of B of A regarding subpoena. |
| 04/23/09 | JAS | .40 | Telephone conference with R. Rytman regarding pending matters. |
| 04/23/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/23/09 | JAS | 4.50 | Attention to retrieval and review of recovered Legisi information. |
| 04/24/09 | JAS | .20 | Telephone conference with Ann of Diversified Financial regarding subpoena, voicemail from Ann regarding same. |
| 04/24/09 | JAS | 3.20 | Prepare for and attend meeting with SEC, DOJ and Receivership team. |
| 04/24/09 | JAS | .10 | Email conference with S. Washington regarding access to Legisi information. |
| 04/24/09 | JDA | 3.50 | Conference with J. Birkenheier, B. Tanese, P. Ross, et al., at US Attorney's office regarding status of litigation and claims issues and discussion of strategic issues. |
| 04/24/09 | NMG | 7.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/24/09 | BJM | 3.10 | Correspond with listing agent regarding Hill Road property; correspond with K. Bistricky regarding status of sale of Legisi mortgaged properties in Flint; review draft Bistricky creditor's exam. |
| 04/26/09 | JAS | 2.80 | Review and analyze deposition of B. Rosetto. |
| 04/27/09 | JAS | .10 | Draft email to B. Rosetto regarding Royal Palm tax returns. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 04/27/09 | JAS | .50 | Retrieve all financial information we have regarding Royal Palm, email to K. Barrett regarding same, email to E. Hood regarding same. |
| 04/27/09 | JAS | .80 | Review and analyze information received from the SEC, email regarding one outgoing payment. |
| 04/27/09 | JDA | .60 | Correspondence with E. Hood and C. Murphy regarding Royal Palm claims and statute of Limitations issues; correspondence from K. Barrett regarding same and escrowed funds. |
| 04/27/09 | JAS | 1.70 | Review and analyze various spreadsheets received with Legisi documents, emails to team regarding same. |
| 04/27/09 | JAS | .30 | Attention to accessing recovered Legisi information, email to A. Knudson regarding same. |
| 04/27/09 | JAS | .10 | Telephone conference with A. Knudson regarding recovered Legisi information. |
| 04/27/09 | JAS | .10 | Review posting to Legisi forum made by D. Burton. |
| 04/27/09 | JAS | .20 | Email conference with K. Barrett regarding Royal Palm financials, emails to E. Hood regarding same. |
| 04/27/09 | CEM | .60 | Telephone conference with E. Hood regarding Royal Palm claims and Friedman's counsel; emails from E. Hood. |
| 04/27/09 | JAS | 1.00 | Review documents produced by Prudential in response to subpoena. |
| 04/27/09 | JAS | .10 | Receipt of Royal Palm 2008 tax return. |
| 04/27/09 | JAS | .50 | Review Legisi accounts. |
| 04/27/09 | JAS | .20 | Receipt and review of emails regarding Royal Palm investment. |

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 31

| | | | |
|---|---|---|---|
| 04/27/09 | NMG | 4.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/28/09 | JAS | .40 | Telephone conferences with L. Chen of Fidelity regarding McKnight information, locate information required by Fidelity. |
| 04/28/09 | JAS | .10 | Receipt and review of correspondence from Fidelity, conference with S. Washington regarding same. |
| 04/28/09 | JAS | .30 | Brief review of Royal Palm 2008 tax return. |
| 04/28/09 | JAS | .30 | Additional telephone conference with Fidelity regarding subpoenaed information, review all Fidelity subpoenas. |
| 04/28/09 | JDA | .50 | Correspondence with J. Statham and SEC regarding e-Bullion accounts and related issues. |
| 04/28/09 | JAS | 4.20 | Review recovered Legisi information. |
| 04/28/09 | NMG | 7.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/28/09 | JAS | .50 | Email conference with N. Gant regarding Legisi investor, email conference with J. Applebaum regarding same, email to SEC and DOJ regarding same. |
| 04/28/09 | JAS | .30 | Email and telephone conference with K. Barrett regarding recovered Legisi information. |
| 04/29/09 | JAS | .20 | Email conference with the Receivership team regarding E Bullion documents and accounts. |
| 04/29/09 | SW | .10 | Review of Prudential documents received for pertinent information, discussion with J. Statham regarding same. |

| 04/29/09 | JAS | .20 | Email conference with A. Knudson, telephone conference with B. Pitt, both regarding Legisi documents. |
| 04/29/09 | JAS | .70 | Review information received pursuant to Prudential subpoena, telephone conference with Prudential, email to Receivership team regarding information obtained. |
| 04/29/09 | JAS | .10 | Telephone conference with A. Knudson regarding pending matters. |
| 04/29/09 | JAS | .30 | Email conference with J. Okeefe regarding pending matters and E Bullion accounts. |
| 04/29/09 | JDA | .50 | Correspondence from J. Statham and correspondence from J. O'Keefe regarding e-Bullion account information and Prudential account. |
| 04/29/09 | JDA | .60 | Correspondence with R. Gordon and J. Statham regarding Prudential account; correspondence from R. Gordon regarding same; review correspondence to US Attorney regarding same. |
| 04/29/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/29/09 | JAS | 1.00 | Review documents received from K. Barrett at recent meeting, review information received from J. Okeefe, sort additional materials recovered. |
| 04/29/09 | JAS | .10 | Conference with S. Washington regarding subpoenas. |
| 04/30/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 04/30/09 | JAS | .20 | Attention to receipt of documents from Fidelity, conference with S. Washington regarding same. |

| 04/30/09 | JAS | .10 | Voicemail from Mike of Bank of America regarding subpoena. |
|---|---|---|---|

| B191 | Litigation | | |
|---|---|---|---|
| 04/02/09 | EJH | .20 | Conference with attorney for M. Friedman regarding Elite case. |
| 04/03/09 | EJH | .40 | Review and revise subpoenas; review letter from attorney for M. Friedman in Elite case. |
| 04/06/09 | EJH | .10 | Review correspondence regarding All American. |
| 04/09/09 | JAS | .40 | Conference with J. Kuty regarding amendment to statement of claim and case number, email conference with J. Okeefe regarding same and case status. |
| 04/09/09 | JAS | .20 | Review letter from M. Friedman regarding lawsuit. |
| 04/10/09 | EJH | .20 | Review and follow up on judge's clerk's email regarding default judgment. |
| 04/13/09 | EJH | .50 | Review All American Home Products financial information; email to Receiver regarding same. |
| 04/15/09 | JAS | 1.00 | Meeting with the Receiver, C. Murphy, E. Hood, and J. Applebaum regarding pending litigation and strategy. |
| 04/15/09 | CEM | 1.20 | Prepare for and attend conference with R. Gordon, J. Applebaum, E. Hood and J. Statham regarding litigation matters |
| 04/15/09 | JDA | 1.00 | Conference with R. Gordon, J. Statham, E. Hood and C. Murphy regarding litigation issues. |
| 04/16/09 | JDA | .20 | Review and revise subpoena and definitions. |
| 04/16/09 | JDA | .20 | Review of default judgment regarding All-American Home Products. |

| 04/19/09 | EJH | 3.20 | Work on Royal Palm complaint. |
|---|---|---|---|
| 04/20/09 | CEM | .20 | Review FINRA letter and packet regarding service on Respondents. |
| 04/23/09 | CEM | .50 | Conference with E. Shih regarding Elite and Edgetech. |
| 04/23/09 | CEM | .50 | Several emails to and from Burke process serving; research Parnas Monsalves locations; conference with E. Shih regarding various claims and discovery plan. |
| 04/23/09 | EKS | 5.40 | Review documents; research service of process issue; discuss same with C. Murphy. |
| 04/25/09 | CEM | .20 | Emails from and to Burke Investigative regarding service in Elite case; email from and to E. Hood. |
| 04/26/09 | EJH | 3.70 | Continued review of background documents; continued preparation of complaint. |
| 04/26/09 | JAS | .10 | Receipt and review of email regarding status of All American litigation. |
| 04/27/09 | EJH | .70 | Conference with K. Waterway and V. Sloat-Rogers regarding All American judgment; conference with C. Murphy regarding Royal Palm; reply to J. Statham emails regarding ebullion accounts. |
| 04/27/09 | EKS | 1.00 | Search public records for service of process info. |
| 04/28/09 | EKS | 7.00 | Review SEC document production; locate addresses for defendants in Elite litigation. |
| 04/28/09 | EJH | 1.70 | Conference with investor representative regarding Pacific Asia; attention to collection of judgment; attention to complaint; conference with P. Smith regarding research; attention to organizational issues. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
May 31, 2009
INVOICE # 346173
Page 35

| 04/28/09 | PCS | .50 | Review notes on aiding and abetting; confer with E. Hood regarding same. |

| B310 | | Claims Administration - General | |
|---|---|---|---|
| 04/01/09 | JAS | 1.60 | Discuss claims procedures with J. Applebaum, revise motion. |
| 04/01/09 | JDA | 1.60 | Review and revise motion to establish claims reconciliation procedures, approve claim form, notice of bar date and exhibits and forms regarding same. |
| 04/01/09 | JAS | .50 | Voicemail from, and telephone conference with, M. Pascoe regarding claims administration and other items. |
| 04/02/09 | JAS | 1.40 | Further review and revise claim forms and notices. |

$90,977.85

## TIMEKEEPER SUMMARY

Client Name          Robert D. Gordon, Receiver

Matter Description   McKnight/ Legisi

Service Period       04/01/09 thru 04/30/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $382.50 | 3.70 | $1,415.25 |
| | Lauralyn Bell-Guzzo | $99.00 | .60 | $59.40 |
| | Jeffrey A. DeVree | $355.50 | 14.60 | $5,190.30 |
| | Valentina Petrusha | $153.00 | 22.60 | $3,457.80 |
| | Jami Ann Statham | $189.00 | 40.00 | $7,560.00 |
| | TOTAL | | 81.50 | $17,682.75 |

# CLARK HILL P.L.C.

| | | | | | |
|------|------|------|------|------|------|
| B130 | Asset Disposition | | | | |
| | Brandon J. Muller | $193.50 | 41.20 | | $7,972.20 |
| | Jami Ann Statham | $189.00 | 2.50 | | $472.50 |
| | TOTAL | | 43.70 | | $8,444.70 |
| B180 | Asset Analysis and Recovery | | | | |
| | Joel D. Applebaum | $382.50 | 13.20 | | $5,049.00 |
| | Norma M. Gant | $234.00 | 123.90 | | $28,992.60 |
| | Edward J. Hood | $328.50 | 10.30 | | $3,383.55 |
| | Brandon J. Muller | $193.50 | 5.90 | | $1,141.65 |
| | Charles E. Murphy | $333.00 | 6.60 | | $2,197.80 |
| | Jami Ann Statham | $189.00 | 77.90 | | $14,723.10 |
| | Secret Washington | $99.00 | .10 | | $9.90 |
| | TOTAL | | 237.90 | | $55,497.60 |
| B191 | Litigation | | | | |
| | Joel D. Applebaum | $382.50 | 1.40 | | $535.50 |
| | Edward J. Hood | $328.50 | 10.70 | | $3,514.95 |
| | Charles E. Murphy | $333.00 | 2.60 | | $865.80 |
| | Eric K. Shih | $202.50 | 13.40 | | $2,713.50 |
| | Paul Smith | $256.50 | .50 | | $128.25 |
| | Jami Ann Statham | $189.00 | 1.70 | | $321.30 |
| | TOTAL | | 30.30 | | $8,079.30 |
| B310 | Claims Administration - General | | | | |
| | Joel D. Applebaum | $382.50 | 1.60 | | $612.00 |
| | Jami Ann Statham | $189.00 | 3.50 | | $661.50 |
| | TOTAL | | 5.10 | | $1,273.50 |

| | | | |
|-----------------|------|--------|-------------|
| ACTIVITY TOTAL | | 398.50 | $90,977.85 |