# EXHIBIT A

5616537.12 30710/122569

# CLARK HILL
*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice # 346172

McKnight/ Legisi Receivership  
c/o Robert D. Gordon, Cl Hill  
500 Woodward Ave.  
Suite 3500  
Detroit, MI 48226

May 31, 2009  
Client: 30710  
Matter: 122569

================================================================
RE: Receiver Services

FOR SERVICES RENDERED through April 30, 2009

    Total Services:                                                $6,810.30

STATEMENT TOTAL                                                     $6,810.30

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
May 31, 2009
INVOICE # 346172
Page    2

DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 04/02/09 | RDG | .20 | Review file, and email conference with J. Applebaum regarding responding to investor inquiry. |
| 04/08/09 | RDG | .20 | Receipt and review of XRoads fee statement for February; draft email correspondence to J. Statham regarding same. |
| 04/12/09 | RDG | .20 | Receipt and review of investor inquiry; draft email correspondence to J. Applebaum regarding same. |
| 04/14/09 | RDG | .30 | Conference with J. Statham regarding tax issues, qualified settlement fund. |
| 04/15/09 | RDG | .80 | Review file and conference with J. DeVree and J. Statham regarding tax issues. |
| 04/16/09 | RDG | .10 | Receipt and review and conference with J. Statham regarding Nova Scotia Securities Commission inquiry. |
| 04/20/09 | RDG | .10 | Receipt and review email correspondence from J. Statham and telephone message from G. McKnight regarding tax returns. |
| 04/20/09 | RDG | .40 | Conference with J. Statham and J. Applebaum regarding case status; prepare notes to file. |
| 04/21/09 | RDG | .10 | Receipt and review of Veritas invoice for March. |
| 04/21/09 | RDG | .20 | Telephone call with J. DeVree regarding establishing settlement fund tax entity. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
May 31, 2009
INVOICE # 346172
Page   3

| | | | |
|---|---|---|---|
| 04/23/09 | RDG | .20 | Review email correspondence to J. DeVree regarding tax claims. |
| 04/23/09 | RDG | .10 | Receipt and review of email correspondence to M. Pascoe and J. Statham regarding investor database. |
| 04/29/09 | RDG | 1.70 | Review and revise Third Interim Report and website update regarding funds transferred from Department of Justice. |

<u>B130        Asset Disposition</u>

| | | | |
|---|---|---|---|
| 04/29/09 | RDG | .20 | Review, execute documents regarding sale of Springdale property. |

<u>B180        Asset Analysis and Recovery</u>

| | | | |
|---|---|---|---|
| 04/06/09 | RDG | .30 | Receipt and review of correspondence and Form 8-K regarding failed merger of All-American Home Products and Monarch. |
| 04/08/09 | RDG | .20 | Receipt and review of correspondence to Credit Union regarding recovery of funds; conference with J. Statham regarding same. |
| 04/13/09 | RDG | .30 | Receipt and review email correspondence from E. Hood and attached correspondence regarding All American matter. |
| 04/14/09 | RDG | .20 | Receipt and review email correspondence from J. Birkenheier and notification letter regarding remittance of funds from Dept. of Justice; conference with J. Statham regarding same. |
| 04/14/09 | RDG | .10 | Email conference with J. Birkenheier regarding status of transfer of E-Bullion monies. |
| 04/15/09 | RDG | 1.20 | Conference with C. Murphy, E. Hood, et al., regarding disposition of stock, additional investigation of assets, and related matters. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
May 31, 2009
INVOICE # 346172
Page    4

| | | | |
|---|---|---|---|
| 04/15/09 | RDG | .20 | Follow-up email conference with J. Statham, et al., regarding investigating strategy. |
| 04/16/09 | RDG | .20 | Review notification letter from Department of Justice; further conference with J. Statham regarding obtaining funds. |
| 04/21/09 | RDG | .20 | Telephone call with J. Deering at MBank regarding application to transfer funds held by Department of Justice; attention to same. |
| 04/21/09 | RDG | .30 | Conference with J. Statham regarding CD information and further investigation, issues. |
| 04/22/09 | RDG | .40 | Conference with J. Statham regarding investigation matters. |
| 04/22/09 | RDG | 2.20 | Review file; prepare for and participate in conference call with SEC, et al., regarding investigation matters. |
| 04/24/09 | RDG | 3.20 | Attend meeting with SEC and Department of Justice regarding investigative issues. |
| 04/26/09 | RDG | .50 | Review sources and uses chart prepared by K. Barrett; prepare notes to file. |
| 04/27/09 | RDG | .30 | Conference with J. Statham regarding analysis of sources and uses and E-Bullion accounts; further analyze. |
| 04/29/09 | RDG | .30 | Conference with J. Statham regarding Prudential annuity; email conference with J. Applebaum regarding next steps. |

| B191 | Litigation | | |
|---|---|---|---|
| 04/15/09 | RDG | 1.00 | Conference with C. Murphy, E. Hood, N. Gant, et al., regarding pending litigation against Elite and All-American and other potential actions. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
May 31, 2009  
INVOICE # 346172  
Page   5

| | | | |
|---|---|---|---|
| 04/15/09 RDG | .10 | Receipt and review entered default judgment against All-American. | |
| 04/26/09 RDG | .10 | Email conference with E. Hood regarding status and next steps in All American matter. | |

$6,810.30

## TIMEKEEPER SUMMARY

Client Name           McKnight/ Legisi Receivership

Matter Description   Receiver Services

Service Period        04/02/09 thru 04/30/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration<br>Robert D. Gordon | $423.00 | 4.60 | $1,945.80 |
| | TOTAL | | 4.60 | $1,945.80 |
| B130 | Asset Disposition<br>Robert D. Gordon | $423.00 | .20 | $84.60 |
| | TOTAL | | .20 | $84.60 |
| B180 | Asset Analysis and Recovery<br>Robert D. Gordon | $423.00 | 10.10 | $4,272.30 |
| | TOTAL | | 10.10 | $4,272.30 |
| B191 | Litigation<br>Robert D. Gordon | $423.00 | 1.20 | $507.60 |
| | TOTAL | | 1.20 | $507.60 |
| ACTIVITY TOTAL | | | 16.10 | $6,810.30 |