# EXHIBIT A

# CLARK HILL
P.L.C.

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   347947

McKnight/ Legisi Receivership
c/o Robert D. Gordon, Cl Hill
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

June 18, 2009
Client:   30710
Matter:  122569

================================================================
RE:   Receiver Services


FOR SERVICES RENDERED through May 31, 2009

    Total Services:                                                $1,395.90


STATEMENT TOTAL                                                  $1,395.90

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
June 18, 2009
INVOICE # 347947
Page    2

DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 05/02/09 | RDG | .40 | Review memorandum regarding 31 USC 3713; email conference with J. Statham regarding same. |
| 05/11/09 | RDG | .30 | Receipt and review of Veritas monthly statement; conference with J. Statham regarding same and status of quarterly applications for all case professionals. |
| 05/13/09 | RDG | .10 | Receipt and review email correspondence from J. Statham regarding status of matters. |
| 05/20/09 | RDG | .20 | Conference with J. Statham regarding status of professional fee statement and applications. |
| B130 | Asset Disposition | | |
| 05/20/09 | RDG | .20 | Conference with J. Statham and analysis regarding disposition of stock and assistance of investment banker; email conference with E. Hood regarding same. |
| B180 | Asset Analysis and Recovery | | |
| 05/07/09 | RDG | .20 | Receipt and review of telephone message and email correspondence from E. Hood and C. Murphy regarding Pacific Asia stock. |
| 05/08/09 | RDG | .10 | Receipt and review of email correspondence from E. Hood regarding Pacific Asia matter. |
| 05/12/09 | RDG | .10 | Receipt and review of message regarding Sierra information. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
June 18, 2009  
INVOICE # 347947  
Page   3

| | | | |
|---|---|---|---|
| 05/16/09 | RDG | .20 | Conference with B. Stone regarding Brekford matter. |
| 05/17/09 | RDG | .20 | Receipt and review of memorandum from E. Hood regarding conversation with C. Schoepl. |
| 05/22/09 | RDG | .70 | Conference with J. Statham regarding unauthorized withdrawals by G. McKnight; receipt and review of numerous emails from J. Statham, J. Birkenheier, et al, regarding same. |

B191      Litigation

| | | | |
|---|---|---|---|
| 05/07/09 | RDG | .50 | Receipt and review of draft complaint regarding Royal Palm investment and email correspondence from J. Applebaum regarding same. |
| 05/14/09 | RDG | .10 | Receipt and review of email correspondence from Florida co-counsel regarding registration of judgment against All American. |

$1,395.90

## TIMEKEEPER SUMMARY

Client Name           McKnight/ Legisi Receivership

Matter Description    Receiver Services

Service Period        05/02/09 thru 05/31/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration Robert D. Gordon | $423.00 | 1.00 | $423.00 |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
June 18, 2009  
INVOICE # 347947  
Page 4

|  |  |  |  |  |
|---|---|---|---|---|
|  | TOTAL |  | 1.00 | $423.00 |
| B130 | Asset Disposition |  |  |  |
|  | Robert D. Gordon | $423.00 | .20 | $84.60 |
|  | TOTAL |  | .20 | $84.60 |
| B180 | Asset Analysis and Recovery |  |  |  |
|  | Robert D. Gordon | $423.00 | 1.50 | $634.50 |
|  | TOTAL |  | 1.50 | $634.50 |
| B191 | Litigation |  |  |  |
|  | Robert D. Gordon | $423.00 | .60 | $253.80 |
|  | TOTAL |  | .60 | $253.80 |
| ACTIVITY TOTAL |  |  | 3.30 | $1,395.90 |