# EXHIBIT A

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice #   347956

```
Robert D. Gordon, Receiver          June 18, 2009
c/o Clark Hill PLC                   Client:  30711
500 Woodward Ave.                    Matter: 122570
Suite 3500
Detroit, MI 48226
```

===================================================================

RE:  McKnight/ Legisi

FOR SERVICES RENDERED through May 31, 2009

       Total Services:                       $54,785.25

FOR EXPENSES INCURRED OR ADVANCED:

            Messenger Service        $22.00
            Courier Service          $68.45
            Filing Fees             $350.00
            Mileage/Parking          $26.00
            Research                $595.00
            _____

       Total Expenses:                        $1,061.45

STATEMENT TOTAL                              $55,846.70

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page    2

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| **B110** | **Case Administration** | | |
| 05/01/09 | JAS | 2.00 | Update and revise third report and account, revise update to website, email to M. Pascoe regarding posting, attention to filing of third report and account. |
| 05/01/09 | VP | .30 | Review mail directed to D. Bistricky, G. Brick, and Legisi Marketing; attention to same. |
| 05/03/09 | JAS | .10 | Email conference with M. Pascoe regarding website. |
| 05/05/09 | JAS | 1.10 | Return investor phone calls. |
| 05/07/09 | JAS | .20 | Review Legisi mail. |
| 05/07/09 | JAS | .10 | Conference with the Receiver regarding pending matters. |
| 05/07/09 | JAS | .20 | Voicemail from, and telephone conference with, investor. |
| 05/07/09 | JAS | .30 | Receipt and review of IRS form, obtain signature of Receiver. |
| 05/07/09 | JAS | .20 | Attention to website. |
| 05/07/09 | JAS | .10 | Voicemails from investors. |
| 05/07/09 | JAS | .50 | Conferences with J. Applebaum regarding pending matters including filing of Complaint, letter to the Department of Justice, and further investigation. |
| 05/07/09 | JAS | .10 | Message from investor. |
| 05/08/09 | JAS | .20 | Review emails from investors. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page   3

| 05/08/09 | JAS | .20 | Email conference with W. Cumiskey. |
| 05/08/09 | JAS | .20 | Telephone conference with investor. |
| 05/08/09 | JAS | .10 | Conference with the Receiver regarding pending matters. |
| 05/11/09 | JAS | .20 | Review Veritas April invoice, email to P. Lucas regarding same. |
| 05/11/09 | JAS | .20 | Attention to revised Veritas fee application. |
| 05/11/09 | JAS | .10 | Email conference with J. Sullivant regarding Legisi tax matters. |
| 05/11/09 | JAS | .10 | Voicemail to E. Wishnow regarding access to Quick Book records. |
| 05/11/09 | JAS | .50 | Attention to Legisi administration, review website content, revise and email task list to the Receiver and J. Applebaum. |
| 05/11/09 | JAS | .10 | Conference with the Receiver regarding pending matters. |
| 05/12/09 | JAS | .20 | Conference with the Receiver regarding pending matters. |
| 05/12/09 | JAS | .50 | Attention to Legisi tax matters, telephone conference with J. Devree, email conference with J. Devree and J. Sullivant regarding next steps, retrieve information received from and communications with the Michigan Unemployment Agency for J. Devree. |
| 05/12/09 | JAS | .40 | Telephone conferences with G. McKnight and E. Wishnow regarding review of documents and obtaining Legisi quickbooks password, voicemail to E. Hood regarding same. |
| 05/12/09 | JAS | .10 | Email to tax team regarding Quick Books records. |
| 05/12/09 | JAS | .20 | Review Legisi mail. |

# CLARK HILL P.L.C.

| Date | Atty | Hours | Description |
|---|---|---|---|
| 05/12/09 | JAS | .20 | Additional review of Veritas April monthly fee statement, conference with the Receiver regarding same. |
| 05/12/09 | JAD | .50 | Review and reply to email from J. Statham regarding payroll tax issues. |
| 05/12/09 | LBG | .30 | Review and respond to numerous investor emails and voicemails. |
| 05/13/09 | LBG | .20 | Review and respond to investor email inquiries. |
| 05/13/09 | JAS | .10 | Voicemail to J. Okeefe. |
| 05/13/09 | JAS | .10 | Voicemail from investor, email to M. Pascoe regarding same. |
| 05/13/09 | JAS | .30 | Voicemail to B. Tanase, analysis of document production issues. |
| 05/13/09 | JAS | .50 | Review email memorandum to J. Sullivant from J. Devree, retrieve notices from Michigan Department of Treasury and route to J. Devree. |
| 05/13/09 | JAS | .30 | Coordinate sending of documents to J. Devree, email conference with J. Devree regarding same. |
| 05/13/09 | JAS | .10 | Voicemail from investor. |
| 05/13/09 | JAD | 1.80 | Review and reply to email from J. Sullivant regarding payroll tax return issues; prepare Michigan Form 163 Notice of Change or Discontinuance; letter to Michigan Treasury regarding same; review Michigan tax notices. |
| 05/15/09 | JAS | .10 | Follow up with SEC and DOJ regarding pending issues. |
| 05/15/09 | LBG | .50 | Review and respond to investor inquiries. |
| 05/18/09 | JAS | .10 | Attention to filing of Veritas invoice. |

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page 5

| 05/18/09 | JAS | .20 | Voicemail from and telephone conference with V. Petrusha regarding pending matters. |
| 05/18/09 | JAS | .20 | Receipt and review of correspondence from investor, correspondence to investor. |
| 05/18/09 | JAS | .20 | Email conference with B. Tanase, voicemail mail from B. Tanase. |
| 05/19/09 | LBG | .20 | Review and respond to investor inquiries. |
| 05/19/09 | JAS | .20 | Telephone conference with investor, voicemails from investor. |
| 05/19/09 | JAS | .70 | Review messages from investors, telephone conferences with investors, emails to M. Pascoe confirming contact information for certain investors. |
| 05/19/09 | JAS | .30 | Review of Xroads website and court docket. |
| 05/19/09 | JAS | .10 | Draft update regarding pending matters to the Receiver. |
| 05/20/09 | JAS | .30 | Attention to Legisi administration, inquires regarding payment of certain invoices. |
| 05/20/09 | JAS | .20 | Telephone calls to investors. |
| 05/20/09 | JAS | .20 | Conference with V. Petrusha regarding Legisi invoices and accounts. |
| 05/20/09 | JAS | .20 | Conference with R. Gordon regarding pending matters. |
| 05/21/09 | JAS | .20 | Additional telephone conference with J. Okeefe regarding pending matters. |
| 05/21/09 | JAS | .20 | Telephone conference with investor. |
| 05/21/09 | JAS | .30 | Conference with J. Applebaum regarding claims procedures and other pending matters. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page   6

| 05/21/09 | JAS | .30 | Telephone conference with E. Wishnow, correspondence to J. Okeefe regarding the same. |
|---|---|---|---|
| 05/22/09 | JAS | .20 | Telephone conference with investor. |
| 05/22/09 | JAS | .10 | Conference with the Receiver regarding pending matters. |
| 05/22/09 | JAS | .30 | Review correspondence from J. Devree to the State of Michigan regarding withholding tax, email conference with J. Devree regarding same, email to R. Gordon updating him on status of tax matters and other issues. |
| 05/22/09 | JAS | .30 | Attention to Legisi tax matters, correspondence with J. Sullivant regarding the same. |
| 05/22/09 | JAD | 2.20 | Review and analyze Michigan tax collection notices and correspondence to and from Michigan Treasury regarding same; draft, review and revise letter to Michigan Treasury with additional information and request for correction of outstanding assessments; email to and from J. Statham regarding same. |
| 05/25/09 | JAS | .10 | Email conference with the Receiver regarding Legisi tax matters and status. |
| 05/25/09 | JAS | .20 | Email conference with an investor. |
| 05/27/09 | JAS | .30 | Attention to Legisi banking matters. |
| 05/27/09 | JAS | .30 | Attention to Legisi task list. |
| 05/28/09 | VP | 1.00 | Review fee statements filed with the court; attend to payment of fee statements filed by Clark Hill; update accounting record, spreadsheet, and supporting binder; communication with counsel regarding same. |
| 05/29/09 | JAS | 1.00 | Review and revise Legisi task list in preparation for Receiver meeting. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page   7

| 05/29/09 | JAD | 1.40 | Review fax from Michigan Treasury regarding withholding tax returns; fax reply to Michigan Treasury regarding same; telephone conference with J. Sullivant regarding federal and state payroll taxes; prepare IRS Form 2848 power of attorney for J. Sullivant; email to J. Statham and J. Sullivant regarding same. |
| 05/30/09 | JAS | .10 | Attention to scheduling of Legisi meeting. |

| B130 | Asset Disposition | | |
| --- | --- | --- | --- |
| 05/01/09 | BJM | 3.40 | Draft and prepare pleading documents for sale of Miller Road commercial properties. |
| 05/04/09 | BJM | 2.10 | Correspond with title company regarding preparation and review of title commitments for Miller Road commercial properties; correspond with realtor regarding third-party offer on properties and regarding status and anticipated timeline of transaction; correspond with property manager regarding property management expenses. |
| 05/06/09 | BJM | 2.00 | Correspond with listing agent regarding offer on Miller Road residential property; negotiate counteroffer and revise and finalize Purchase Agreement. |
| 05/07/09 | BJM | .90 | Correspond with property manager regarding status update on properties, upcoming property management expenses and issues related to ownership and possession transfers of Miller Road commercial properties; correspond with K. Bistricky regarding offers on Legisi mortgaged properties. |
| 05/07/09 | JAS | .10 | Attention to voicemail from Pacific Asia agent. |
| 05/11/09 | JAS | .10 | Voicemail from C. Brechen, email to E. Hood regarding the same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page   8

| 05/11/09 | BJM | 3.30 | Attend to closing matters related to sale of Miller Road commercial properties. |
| 05/13/09 | BJM | 2.50 | Revise pleading documents for court approval of sale of Miller Road commercial properties; correspond with appraisers regarding status of appraisals. |
| 05/13/09 | JAS | .10 | Voicemail to B. Muller regarding status of real estate sale. |
| 05/14/09 | JAS | .20 | Voicemail from B. Muller regarding real estate status, email conference with B. Muller regarding real estate status. |
| 05/14/09 | BJM | 1.50 | Revise pleading documents for court approval of sale of Miller Road commercial properties; correspond with appraisers regarding status of appraisals. |
| 05/18/09 | JAS | .10 | Confer with B. Muller regarding status of disposition of real estate. |
| 05/18/09 | BJM | 1.80 | Attend to miscellaneous issues related to the anticipated sale of four Miller Road commercial properties; correspond with listing agent, appraisers, title company and property manager regarding same. |
| 05/19/09 | BJM | 3.10 | Attend to miscellaneous issues related to the anticipated sale of four Miller Road commercial properties; correspond with listing agent, appraisers, title company and property manager regarding same. |
| 05/20/09 | JAS | .20 | Conferences with R. Gordon and L. Bell Guzzo regarding sale of Legisi stock. |
| 05/21/09 | JAS | .10 | Conference with the Receiver regarding stock liquidation and other pending matters. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page  9

| 05/26/09 | BJM | .50 | Correspond with property manager regarding property insurance refund checks; confer with L. Bell-Guzzo regarding same. |
|---|---|---|---|
| 05/27/09 | BJM | 1.90 | Correspond with listing agent regarding status of court approval process related to Miller Road commercial properties; correspond with appraisers regarding status of completion of appraisal reports; correspond with property manager regarding property insurance refund checks; correspond with listing agent regarding request by K. Bistricky for occupancy of Hill Road property for purposes of maintaining a garden. |

| B180 | | Asset Analysis and Recovery | |
|---|---|---|---|
| 05/01/09 | JAS | 1.20 | Review Bank of America records received pursuant to subpoena. |
| 05/01/09 | JAS | .30 | Review documents received from Fidelity pursuant to subpoena. |
| 05/01/09 | JAS | .10 | Email conference with J. Okeefe regarding recovery of J. McKnight funds. |
| 05/01/09 | NMG | 6.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/02/09 | JAS | 3.50 | Review depositions of E. Bloom and M. Lichtenstein. |
| 05/03/09 | CEM | 1.00 | Review Royal Palm agreements and securities claims. |
| 05/04/09 | NMG | 4.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/04/09 | JAS | .20 | Email conferences with J. Okeefe and K. Barret regarding transfers. |

# CLARK HILL P.L.C.

| 05/05/09 | NMG | 4.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/06/09 | CEM | .50 | Review emails and Royal Palm drafts. |
| 05/06/09 | NMG | 7.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/07/09 | JAS | .50 | Review information received from Fidelity, telephone conference with L. Chan, voicemails to M. Shey and D. Collella regarding the same. |
| 05/07/09 | JAS | .10 | Email conference with J. Okeefe regarding J. McKnight funds. |
| 05/07/09 | JAS | .20 | Receipt and review of letter from Chemical Bank, email to J. Okeefe and K. Barrett regarding the same. |
| 05/07/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/08/09 | JAS | .30 | Review subpoenaed information received from Bank of America. |
| 05/08/09 | JAS | .20 | Telephone conference with R. Rytman regarding pending matters. |
| 05/08/09 | JAS | .50 | Assemble information to be sent to R. Rytman. |
| 05/08/09 | NMG | 2.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/08/09 | JAS | .50 | Draft letter to B. Tanase regarding recovery of assets and next steps, send to B. Tanase and SEC. |
| 05/08/09 | JAS | .10 | Voicemail to D. Colella regarding Fidelity information. |

| 05/08/09 | JAS | .20 | Conferences with P. Smith, J. Applebaum, E. Hood and C. Murphy regarding research regarding potential cause of action. |
| 05/08/09 | JAS | .20 | Receipt and brief review of information received from Sigma Financial. |
| 05/11/09 | JAS | .10 | Voicemail to D. Colella of Fidelity regarding subpoena. |
| 05/11/09 | NMG | 6.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/11/09 | JAS | .10 | Email conference with R. Rytman regarding investigation. |
| 05/11/09 | JDA | .50 | Correspondence from E. Hood and telephone from C. Brecken regarding Edgetech offer; memorandum from J. Statham regarding claims reconciliation procedures issues. |
| 05/12/09 | JAS | .10 | Voicemail to D. Colella of Fidelity. |
| 05/12/09 | JAS | .40 | Telephone conferences [x2] with C. Gillen of Prudential regarding additional subpoenaed information. |
| 05/12/09 | JAS | .20 | Voicemail from interested party, email to Legisi team regarding same, voicemail to interested party. |
| 05/12/09 | JAS | .50 | Draft and revise letter to Fidelity regarding subpoena. |
| 05/13/09 | NMG | 3.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/13/09 | JAS | .20 | Review and revise correspondence to Fidelity. |
| 05/13/09 | JAS | .20 | Conference with E. Hood regarding McKnight's review of documents. |

| 05/14/09 | JAS | .10 | Email conference with S. Washington regarding T. Rowe Price subpoena. |
| 05/14/09 | NMG | 3.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/14/09 | CEM | .10 | Telephone conference with F. Seyferth. |
| 05/15/09 | CEM | .30 | Telephone calls and emails from and to F. Seyferth and N. Kahn regarding Redman. |
| 05/15/09 | CEM | .20 | Review voicemails and emails and telephone call to E. Hood regarding Shapel, Kahn, Brechin, Bayze and Harari. |
| 05/15/09 | JAS | .40 | Review T. Rowe Price's response to subpoena, review of records, voicemail to T. Rowe Price regarding same. |
| 05/15/09 | JAS | .20 | Review memorandum from E. Hood regarding potential witness. |
| 05/15/09 | NMG | 5.20 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/16/09 | JAS | 1.00 | Review information received from G. Robinson subpoena. |
| 05/18/09 | JAS | .10 | Conference with R. Rytman regarding 5.19 meeting. |
| 05/18/09 | JAS | .70 | Review and analysis of E. Bloom deposition. |
| 05/18/09 | JAS | .20 | Email conferences with R. Rytman regarding pending matters. |
| 05/18/09 | JAS | .20 | Receipt and review of correspondence from Fidelity. |
| 05/18/09 | JAS | .20 | Attention to recovery of documents regarding American Skandia investment. |
| 05/18/09 | CEM | .10 | Review court filing by N. Kahn. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page  13

| 05/18/09 | NMG | 3.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/19/09 | JAS | .10 | Telephone call to R. Rytman regarding investigation. |
| 05/19/09 | JAS | .20 | Conference with B. Muller regarding insurance refunds. |
| 05/19/09 | JDA | .40 | Multiple correspondence from J. Statham regarding Legisi actions and discovery issues. |
| 05/19/09 | JAS | .30 | Strategy and analysis of methods for reviewing recovered information. |
| 05/20/09 | JAS | .30 | Voicemail from and to J. Baker regarding LAFCU subpoena, attention to contents of subpoenaed information, voicemail to A. Knudson regarding the same. |
| 05/20/09 | JAS | 1.40 | Follow up with various entities regarding subpoenaed information, conferences with J. Okeefe regarding same. |
| 05/20/09 | JAS | .30 | Conference with B. Tanase regarding pending matters. |
| 05/20/09 | JAS | .40 | Conferences with E. Hood regarding case status and method for reviewing recovered Legisi documents. |
| 05/20/09 | NMG | 7.20 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/20/09 | JAS | .50 | Review of recovered Legisi information and email to A. Knudson regarding same. |
| 05/21/09 | JAS | .30 | Additional voicemail to and from, and telephone conference with R. Rytman regarding pending matters, email to J. Applebaum regarding same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page  14

| 05/21/09 | JAS | .30 | Telephone conference with B. Conley of T. Rowe Price regarding subpoenaed information. |
|---|---|---|---|
| 05/21/09 | JAS | .20 | Voicemail to and from M Shey regarding Fidelity production, assemble Fidelity production to be sent to M. Shey. |
| 05/21/09 | JAS | .20 | Voicemail from Jill of Chemical Bank regarding wire transfer, email to J. Okeefe and K. Barret regarding the same, voicemail to Jill of Chemical Bank. |
| 05/21/09 | NMG | 6.20 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/21/09 | JAS | .20 | Follow up email conference with R. Rytman regarding pending matters. |
| 05/21/09 | JAS | .30 | Conference with R. Rytman regarding pending matters, voicemail to J. Okeefe regarding the same. |
| 05/21/09 | JAS | .20 | Conference with J. Applebaum regarding Rytman conversation. |
| 05/21/09 | JAS | .70 | Follow up with Fidelity and Prudential regarding subpoenaed information. |
| 05/22/09 | JAS | 1.00 | Voicemails from Fidelity and Prudential representatives, telephone conferences with these representatives, email additional information to M. Shea of Fidelity, additional telephone conference with N. Torres of Prudential and email to J. Okeefe, A. Knudson, and K. Barret regarding same. |
| 05/22/09 | JAS | .20 | Telephone conference with J. Titus of Chemical Bank regarding subpoenaed information, additional email correspondence with M. Shea of Fidelity. |

| 05/22/09 | JAS | .20 | Review additional information received from Prudential, emails to J. Okeefe, K. Barret, and A. Knudson regarding the same. |
| 05/22/09 | JAS | .10 | Compile and send information to Chemical Bank. |
| 05/22/09 | JAS | .50 | Analysis of, and correspondence with the receivership team regarding, pending matters and recently discovered information; conference with the Receiver regarding same. |
| 05/22/09 | JAS | .10 | Voicemail to and from representative of Fidelity regarding additional information. |
| 05/22/09 | JAS | .40 | Telephone conference with J. Paulson of Fidelity, email conference with the SEC, Department of Justice, and Secret Service regarding the same. |
| 05/22/09 | JAS | .20 | Conference with J. Applebaum regarding pending matters. |
| 05/22/09 | JAS | .20 | Review email from Chemical bank regarding investigation of wire transfer, email to J. Okeefe and K. Barrett regarding same. |
| 05/22/09 | JAS | .20 | Additional telephone conference with J. Paulson of Fidelity regarding recovery of new information. |
| 05/22/09 | JDA | .70 | Review account records and multiple correspondence with J. Statham, B. Tanase, and J. Birkenheier regarding McKnight account location and disbursement issues. |
| 05/22/09 | NMG | 6.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/25/09 | JAS | .70 | Additional review of McKnight November proffer session record. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page 16

| 05/26/09 | JAS | .50 | Conference with J. Applebaum regarding next steps and email conference with J. Okeefe regarding Fidelity account. |
| 05/26/09 | JAS | .10 | Receipt and review of additional correspondence and records from Fidelity. |
| 05/26/09 | JAS | .30 | Retrieve information received from Prudential, attention to file. |
| 05/26/09 | NMG | 4.20 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/26/09 | JDA | .60 | Correspondence with B. Tanese and J. Bierkenheier regarding McKnight accounts and recovery; conference with J. Statham regarding same. |
| 05/27/09 | NMG | 6.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/27/09 | JAS | .60 | Review and analysis of T. Rowe Price documents. |
| 05/27/09 | JDA | .20 | Correspondence with A. Knudsen regarding McKnight investigation. |
| 05/28/09 | JAS | .30 | Voicemail to A. Knudson, email conference with R. Rytman regarding pending matters. |
| 05/29/09 | JAS | .10 | Email conference with R. Rytman regarding meeting. |
| 05/29/09 | JAS | .80 | Prepare for and conduct conference call with R. Rytman regarding next steps and scope of investigation, email to R. Rytman and J. Applebaum regarding the same. |
| 05/29/09 | JAS | 1.50 | Conference with A. Knudson, research regarding potential assets, draft memorandum to the Receiver regarding case status and next steps. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page 17

| 05/29/09 | JAS | 2.10 | Attention to Legisi investigation and administrative matters, including telephone conference with J. Okeefe, review of documents received from various entities and correspondence sent to various entities by the SEC, analysis of options and next steps, correspondence to the Receivership team regarding possible actions. |
|---|---|---|---|
| 05/29/09 | NMG | 7.70 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 05/29/09 | CEM | .20 | Review E. Hood emails; review Schoeppel letter. |
| 05/30/09 | NMG | 3.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |

| B191 | Litigation | | |
|---|---|---|---|
| 05/01/09 | CEM | .20 | Telephone conference with Harvey of Burke Investigative regarding service attempts on Monsalves and Witherspoon. |
| 05/02/09 | EJH | 1.20 | Research regarding potential Royal Palm claims. |
| 05/03/09 | EJH | 5.30 | Continued preparation of complaint. |
| 05/04/09 | CEM | 2.00 | Review and revise draft complaint regarding Royal Palm; research; review document summaries and depositions. |
| 05/05/09 | EJH | .50 | Review partnership agreement issue. |
| 05/06/09 | EJH | 3.50 | Finalize complaint; review material forwarded by C. Murphy. |
| 05/06/09 | VP | .40 | Conference with E. Hood regarding Royal Palm documents; review Royal Palm documents and conference with E. Hood regarding First Amended Limited Partnership Agreement. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page  18

| 05/06/09 | JDA | .40 | Correspondence with E. Hood and C. Murphy regarding Royal Palm litigation. |
|----------|-----|-----|---|
| 05/07/09 | JDA | 2.30 | Review Royal Palm, et al., complaint; correspondence with E. Hood and C. Murphy regarding same; correspondence with P. Smith regarding claims and causes of action research. |
| 05/07/09 | JAS | .20 | Conference with C. Murphy, J. Applebaum, and P. Smith regarding litigation. |
| 05/07/09 | EJH | .10 | Conference with C. Murphy regarding complaint. |
| 05/07/09 | CEM | 6.00 | Research, draft and revise complaint regarding Royal Palm and other defendants; revise fact allegations and legal counts; conference with E. Hood; emails to and from E. Hood. |
| 05/08/09 | EJH | .20 | Conference with J. Applebaum regarding complaint. |
| 05/08/09 | CEM | .30 | Telephone conference with J. Applebaum; review notices from Court regarding Royal Palm; review emails. |
| 05/08/09 | JAS | 1.00 | Review Complaint against Royal Palm, et al. |
| 05/11/09 | CEM | .10 | Email to E. Shih regarding Witherspoon service. |
| 05/12/09 | EKS | 1.00 | Search public record to locate defendants. |
| 05/12/09 | EJH | .80 | Conference with witness; preparation of memorandum regarding same. |
| 05/13/09 | EJH | 1.50 | Conference with N. Kahn regarding status of Elite case; review background documents on Sierra defendants. |

# CLARK HILL P.L.C.

| 05/13/09 | EKS | 1.80 | Prepare motion for alias summons; contact Burke Investigative for status update; confer with C. Murphy regarding same (Elite litigation). |
| 05/14/09 | EJH | 1.00 | Conference with attorney for Sierra defendants regarding status of matter; preparation of memorandum regarding same; conference with C. Brechin of Brekford International regarding potential stock sale. |
| 05/15/09 | JAS | .20 | Receipt and review of memorandum from E. Hood regarding litigation status. |
| 05/18/09 | EKS | .40 | Contact secret service agent regarding Tricia Witherspoon; confer with C. Murphy regarding same. |
| 05/19/09 | EKS | 4.70 | Revise motion for alias summons; contact court clerk regarding same; confer with process service company; draft motion to extend summonses; conduct public record search to locate defendants. |
| 05/19/09 | CEM | .30 | Emails to and from E. Shih; telephone conference with E. Hood. |
| 05/20/09 | CEM | .50 | Conference with E. Hood regarding the receiver lawsuits and arbitration, Elite, Shepel, Brechin and Leviakis. |
| 05/20/09 | EJH | 3.30 | Conference with C. Murphy regarding status of litigation; conference with J. Birkenheier regarding status of litigation; conference with C. Schoeppl regarding Sierra matter; review background documents. |
| 05/21/09 | EJH | .60 | Conference with attorney for M. Friedman regarding case status; conference with J. Birkenheier and B. Tanase regarding potential discovery issue. |
| 05/21/09 | EKS | 1.00 | Contact clerk of the court and e-file clerk regarding alias summons issue. |

Robert D. Gordon, Receiver
McKnight/ Legisi
June 18, 2009
INVOICE # 347956
Page  20

| 05/22/09 | EKS | 3.20 | Research process service issues and public records; correspond with Florida process service company regarding same. |
| 05/22/09 | CEM | 1.00 | Review Redman Motion and Brief to Dismiss. |
| 05/26/09 | CEM | .10 | Emails from and to E. Shih regarding services issues on Edgetech. |
| 05/26/09 | CEM | 2.00 | Review Redman brief and new cases. |
| 05/26/09 | CEM | .10 | Review Zatkoff order regarding Redman answer. |
| 05/26/09 | EKS | 4.00 | Draft request for default and motion for default judgment; confer with process server company and V. Petrusha regarding various service issues; review defendant Redman's answer and motion to dismiss. |
| 05/27/09 | EKS | .40 | Contact attorney for Marsha Friedman regarding service of process and Tricia Witherspoon issues. |
| 05/27/09 | CEM | .70 | Two telephone conferences with G. Sinclair, attorney for M. Friedman regarding Tricia Witherspoon and accepting service for Elite; conference with E. Shih regarding Redman motion to dismiss; telephone call to E. Hood; email from E. Hood; diary due date to answer motion. |
| 05/27/09 | CEM | .30 | Review records produced by Redman. |
| 05/28/09 | JDA | .20 | Review E. Hood memorandum regarding Sierra litigation. |
| 05/29/09 | EKS | .80 | Prepare waiver of summonses for Defendants Goddard, Lichtenstein, and Bloom. |

B310      Claims Administration - General

| 05/12/09 | JAS | .10 | Conference with the Receiver regarding claims process. |

# CLARK HILL P.L.C.

$54,785.25

## TIMEKEEPER SUMMARY

Client Name          Robert D. Gordon, Receiver

Matter Description  McKnight/ Legisi

Service Period       05/01/09 thru 05/31/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Lauralyn Bell-Guzzo | $99.00 | 1.20 | $118.80 |
| | Jeffrey A. DeVree | $355.50 | 5.90 | $2,097.45 |
| | Valentina Petrusha | $153.00 | 1.30 | $198.90 |
| | Jami Ann Statham | $189.00 | 16.70 | $3,156.30 |
| | TOTAL | | 25.10 | $5,571.45 |
| B130 | Asset Disposition | | | |
| | Brandon J. Muller | $193.50 | 23.00 | $4,450.50 |
| | Jami Ann Statham | $189.00 | .90 | $170.10 |
| | TOTAL | | 23.90 | $4,620.60 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $382.50 | 2.40 | $918.00 |
| | Norma M. Gant | $234.00 | 94.00 | $21,996.00 |
| | Charles E. Murphy | $333.00 | 2.40 | $799.20 |
| | Jami Ann Statham | $189.00 | 29.00 | $5,481.00 |
| | TOTAL | | 127.80 | $29,194.20 |
| B191 | Litigation | | | |
| | Joel D. Applebaum | $382.50 | 2.90 | $1,109.25 |
| | Edward J. Hood | $328.50 | 18.00 | $5,913.00 |
| | Charles E. Murphy | $333.00 | 13.60 | $4,528.80 |
| | Valentina Petrusha | $153.00 | .40 | $61.20 |
| | Eric K. Shih | $202.50 | 17.30 | $3,503.25 |
| | Jami Ann Statham | $189.00 | 1.40 | $264.60 |
| | TOTAL | | 53.60 | $15,380.10 |

# CLARK HILL P.L.C.

| | B310 | Claims Administration - General | | | |
|---|---|---|---|---|---|
| | | Jami Ann Statham | $189.00 | .10 | $18.90 |
| | | TOTAL | | .10 | $18.90 |

| ACTIVITY TOTAL | | | 230.50 | $54,785.25 |
|---|---|---|---|---|