

1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705

main: 949-567-1600
fax: 949-567-1655
www.xroadsllc.com

June 30, 2009

Invoice #16366

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:   Professional Fees and Business Related Expenses unbilled through 3/31/09.

_____

| | |
|---|---:|
| Professional Fees: | $1,125.00 |
| Expenses: | $1,075.72 |
| Total New Charges Due Upon Receipt | $2,200.72 |

**WIRE INSTRUCTIONS:**
For the Benefit of XRoads Solutions Group, LLC
   Routing #         111901014

Account Name: Allied Affiliated - Dominion Account
                     5151 Beltline Road, Suite 500
                     Dallas, TX 75254

Account #         672197848

Bank Name: Capital One Bank/Hibernia Nat'l. Bank
                     600 N. Pearl Street, Suite 2500
                     Dallas, TX 75201

Attention: Linitta.Lewis@capitalonebank.com

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Allied Affiliated Funding, L.P.
P.O. Box 822948
Philadelphia, PA 19182-2948

Professional services:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/2/2009 | VAS | Electronically process, generate barcodes, scan and index pleadings into IT Group website | 1.00 | 110.00 |
| | KMS | Review pleadings input into IT Group website and make documents viewable on public access website | 0.50 | 55.00 |
| 3/4/2009 | VAS | Electronically process, generate barcodes, scan and index pleadings into IT Group website | 0.90 | 99.00 |
| | JEC | Review pleadings input into IT Group website and make documents viewable on public access website | 0.40 | 44.00 |
| 3/5/2009 | VAS | Electronically process, generate barcodes, scan and index pleadings into IT Group website | 0.30 | 33.00 |
| | JDJ | Review pleadings input into IT Group website | 0.10 | 12.50 |
| 3/6/2009 | VAS | Check Pacer - no downloads | 0.10 | 11.00 |
| 3/9/2009 | VAS | Electronically process, generate barcodes, scan and index pleadings into IT Group website | 0.10 | 11.00 |
| 3/10/2009 | VAS | Check Pacer with no downloads | 0.20 | 19.00 |
| 3/11/2009 | VAS | Check Pacer with no downloads | 0.20 | 22.00 |
| | RRO | Review pleadings input into IT Group website | 0.10 | 11.00 |
| 3/12/2009 | VAS | Check Pacer with no downloads | 0.10 | 11.00 |
| | LNV | Electronically process, generate barcodes, scan and index pleadings into IT Group website | 0.80 | 100.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/16/2009 | MCP | Contacted IT to upload recent court documents to website. | 0.10 | 19.50 |
|  | MEL | Check Pacer with no downloads | 0.20 | 25.00 |
| 3/18/2009 | MEL | Check Pacer with no downloads | 0.10 | 12.50 |
|  | MCP | Contacted IT to adjust date on Springdale property civil court document. | 0.10 | 19.50 |
| 3/20/2009 | RTE | Check Pacer with no downloads | 0.20 | 22.00 |
| 3/23/2009 | MEL | Electronically process, generate barcodes, scan and index pleadings into IT Group website | 0.10 | 12.50 |
| 3/24/2009 | MCP | Review and send update for posting to Legisi website. | 0.40 | 78.00 |
|  | MCP | Confirmation and update of investors in database per J. Statham. | 0.30 | 58.50 |
|  | AML | Update website with recent update from Receiver | 0.40 | 50.00 |
|  | MEL | Check Pacer with no downloads | 0.10 | 12.50 |
|  | RMI | Check Pacer with no downloads | 0.20 | 19.00 |
| 3/25/2009 | DVS | File pleadings to maintain integrity of original document tracking system | 0.60 | 39.00 |
|  | MEL | Check Pacer with no downloads | 0.10 | 12.50 |
| 3/26/2009 | MEL | Check Pacer with no downloads | 0.10 | 12.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/26/2009 | MCP | Review and send update for posting to Legisi website. | 0.40 | 78.00 |
| 3/27/2009 | MEL | Check Pacer with no downloads | 0.10 | 12.50 |
| 3/30/2009 | DVS | File general case documents to maintain integrity of original document tracking system | 0.90 | 58.50 |
|  | MEL | Check Pacer with no downloads | 0.10 | 12.50 |
|  | ETF | File general case documents to maintain integrity of original document tracking system | 0.30 | 19.50 |
| 3/31/2009 | MEL | Check Pacer with no downloads | 0.10 | 12.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 9.70 | $1,125.00 |

Out of pocket expenses:

| Date | Code | Description | Amount |
|---|---|---|---|
| 3/31/2009 | ITG | CMS-Electronic Imaging<br>Electronic imaging | 52.15 |
|  | ITG | CMS Wepage access<br>Case-Specific Web Page | 1,000.00 |
|  | ITG | CMS Photocopies<br>Photocopies | 18.30 |
|  | ITG | Telephone & Cellular Charges<br>Reimbursement of case related phone costs | 5.27 |

Total costs     $1,075.72

Total amount of this bill     $2,200.72