UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

vs.                                           Case No. 08-CV-11887
                                           HON. GEORGE CARAM STEEH

GREGORY N. McKNIGHT, and,
LEGISI HOLDINGS, LLC,

       Defendants,

and

LEGISI MARKETING, INC. et al.,

       Relief Defendants,

_____/

ORDER GRANTING FIRST AMENDED THIRD FEE APPLICATION
OF CLARK HILL PLC FOR ALLOWANCE AND PAYMENT OF FEES AND
REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO
ROBERT D. GORDON, RECEIVER, FOR THE PERIOD
NOVEMBER 1, 2008 THROUGH JANUARY 31, 2009 (# 36)

       Pursuant to the court's May 23, 2008 Order Establishing Procedures For Interim Compensation, the court has reviewed Clark Hill's application for allowance and payment of $164,832.30 for legal services provided to Receiver Robert Gordon for the three-month period from November 1, 2008 through January 31, 2009, and for reimbursement of $2,392.05 in expenses incurred during the same time period.  No interested party has filed an objection.  The court has reviewed the application and supporting documentation, and finds that the requested fees and expenses are reasonable and were actually and

necessarily incurred, and that fair notice and opportunity to object has been given to all interested parties. Accordingly,

IT IS ORDERED that the June 10, 2009 First Amended Third Fee Application of Clark Hill is hereby GRANTED in accordance with the court's May 23, 2008 Order Establishing Procedures For Interim Compensation. Clark Hill PLC is hereby allowed fees, previously and provisionally paid, of $164,832.30 and reimbursement of out-of-pocket expenses, previously and provisionally paid, of $2,392.05, in connection with services rendered by Clark Hill PLC as counsel to Receiver Robert D. Gordon for the time period November 1, 2008 through January 31, 2009.

SO ORDERED.

Dated:  July 6, 2009

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 6, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk