Exhibit A

BILLING FOR:                                    **Robert D. Gordon**
                                                Legisi Holdings,
IN RE:                                          LLC


INVOICE NO. 73191-443226

Billing for period February 12, 2009 through February 28, 2009:

For professional time rendered:

-Review case documents
-Conference call with attorneys to discuss project and QSF
-Summarize accounting and tax issues

Professional Time:

| STAFF | RATE | HOURS | TOTAL |
|---|---|---|---|
| Weed, Timothy | $ 375.00 | 0.50 | $ 187.50 |
| Jonckheere, Jerome | $ 400.00 | 1.60 | $ 640.00 |
| Sullivant, Janette | $ 255.00 | 5.25 | $ 1,338.75 |
| *Total Professional Time* | | 7.35 | $ 2,166.25 |

| Total fees | $2,166.25 |
|---|---|

**Robert D. Gordon, Legisi Holdings, LLC**
**Project Activities & Billing**
**February 12 to February 28, 2009**

| Staff | Date | Project Time | Professional Fees | Description |
|---|---|---|---|---|
| Sullivant, Janette | Feb 12, 2009 | 4.75 | $ 1,211.25 | Review selected documents received from attorney on Legisi Holdings, et al Ponzi scheme case |
| Sullivant, Janette | Feb 12, 2009 | 0.50 | $ 127.50 | Telephone call with Attorneys, Tim Weed and Jerry Jonckheere regarding cases. Discussed use of QSF. Email contact information to attorneys and set up file on case with documents received to date |
| Jonckheere, Jerome | Feb 12, 2009 | 0.50 | $ 200.00 | Call with Weed and Sullivant with Attorneys |
| Weed, Timothy | Feb 12, 2009 | 0.50 | $ 187.50 | Call with attorneys, Sullivant and Jonckheere regarding case |
| Jonckheere, Jerome | Feb 15, 2009 | 1.10 | $ 440.00 | Review selected documents received from attorney on Legisi Holdings, et al Ponzi scheme case |
| | | 7.35 | $ 2,166.25 | |

| Staff | Rate | Hours | Amount |
|---|---|---|---|
| Weed, Timothy | $ 375.00 | 0.50 | $ 187.50 |
| Jonckheere, Jerome | $ 400.00 | 1.60 | 640.00 |
| Sullivant, Janette | $ 255.00 | 5.25 | 1,338.75 |
| | | 7.35 | $ 2,166.25 |

| | |
|---|---|
| Total fees | $ 2,166.25 |