# Exhibit A

BILLING FOR:                                      **Robert D. Gordon**
                                                  Legisi Holdings,
IN RE:                                            LLC

INVOICE NO. 73191-443226

Billing for period March 1, 2009 through March 31, 2009:

For professional time
rendered:

   Discuss QuickBooks files
   Summarize accounting and tax issues
   Emails to J. Straham

Professional Time:

| STAFF | RATE | HOURS | TOTAL |
|---|---|---|---|
| Weed, Timothy | $ 375.00 | 0.5 | $ 187.50 |
| Pattison, Sean | $ 150.00 | 0.3 | $ 45.00 |
| **Total Professional Time** | | 0.8 | $ 232.50 |

| Total fees | $232.50 |
|---|---|

**Robert D. Gordon, Legisi Holdings, LLC**
**Project Activities & Billing**
**March 1 to March 31, 2009**

| Staff | Date | Project Time | Professional Fees | Description |
|---|---|---|---|---|
| Weed, Timothy | Mar 24, 2009 | 0.30 | $112.50 | Discuss QuickBooks files provided by Clark Hill with Pattison; send email to J. Straham |
| Weed, Timothy | Mar 26, 2009 | 0.20 | $75.00 | Summarize accounting and tax issues and email to J. Straham for follow up with McKnight |
| Pattison, Sean | Mar 24, 2009 | 0.30 | $45.00 | Look at the QuickBooks files; discuss files provided by Clark Hill with Weed |
| | | 0.50 | $232.50 | |

| Staff | Rate | Hours | Amount |
|---|---|---|---|
| Weed, Timothy | $ 375.00 | 0.5 | $ 187.50 |
| Pattison, Sean | $ 150.00 | 0.3 | $ 45.00 |
| | | 0.8 | $ 232.50 |

| Total fees | $ 232.50 |
|---|---|