# EXHIBIT A

# CLARK HILL
*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   351867

McKnight/ Legisi Receivership
c/o Robert D. Gordon, Cl Hill
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

July 24, 2009
Client:   30710
Matter: 122569

================================================================
RE:   Receiver Services


FOR SERVICES RENDERED through June 30, 2009

    Total Services:                                             $2,326.50


STATEMENT TOTAL                                                  $2,326.50

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
July 24, 2009  
INVOICE # 351867  
Page   2

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|---|---|---|---|
| B110 | Case Administration | | |
| 06/03/09 | RDG | .10 | Receipt and review notice of taxpayer id; forward same to J. DeVree and J. Statham. |
| 06/04/09 | RDG | 2.00 | Prepare for and participate in meeting with team regarding various pending matters. |
| 06/09/09 | RDG | .20 | Telephone conference with J. Statham regarding employment of Plante, nunc pro tunc order. |
| 06/09/09 | RDG | .20 | Receipt and review of email correspondence (x2) from J. Sullivant regarding tax returns. |
| 06/09/09 | RDG | .20 | Receipt and review of email correspondence, and conference with J. Statham regarding sending email notice to investors. |
| 06/12/09 | RDG | .50 | Review and execute various tax returns; conference with J. Statham regarding same and open issues. |
| 06/17/09 | RDG | .20 | Receipt and review of invoice for May services from Veritas. |
| 06/18/09 | RDG | .20 | Conference with J. Statham and review of documents regarding cash balances. |
| 06/29/09 | RDG | .20 | Receipt and review of investor inquiry; draft email correspondence to J. Statham regarding same. |
| 06/30/09 | RDG | .20 | Review pending matters. |
| B180 | Asset Analysis and Recovery | | |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
July 24, 2009  
INVOICE # 351867  
Page    3

| | | | | |
|---|---|---|---|---|
| 06/09/09 | RDG | | .70 | Telephone call with CB Breckin regarding Brekford matter. |

<u>B191        Litigation</u>

| | | | | |
|---|---|---|---|---|
| 06/18/09 | RDG | | .60 | Review pleadings from All American proceeding, including motion to sell assets; conference with J. Statham regarding same; review various email correspondence regarding same and draft response regarding strategy. |

<u>B310        Claims Administration - General</u>

| | | | | |
|---|---|---|---|---|
| 06/30/09 | RDG | | .20 | Conference with J. Statham regarding claims procedures and incorporation of XRoads' input. |

$2,326.50

TIMEKEEPER SUMMARY

Client Name          <u>McKnight/ Legisi Receivership</u>

Matter Description   <u>Receiver Services</u>

Service Period       <u>06/03/09 thru 06/30/09</u>

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration<br>Robert D. Gordon | $423.00 | 4.00 | $1,692.00 |
| | TOTAL | | 4.00 | $1,692.00 |
| B180 | Asset Analysis and Recovery<br>Robert D. Gordon | $423.00 | .70 | $296.10 |
| | TOTAL | | .70 | $296.10 |
| B191 | Litigation<br>Robert D. Gordon | $423.00 | .60 | $253.80 |
| | TOTAL | | .60 | $253.80 |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership  
Receiver Services  
July 24, 2009  
INVOICE # 351867  
Page    4

| | | | | |
|---|---|---|---|---|
| B310 | Claims Administration - General | | | |
| | Robert D. Gordon | $423.00 | .20 | $84.60 |
| | TOTAL | | .20 | $84.60 |
| ACTIVITY TOTAL | | | 5.50 | $2,326.50 |