# EXHIBIT A

# CLARK HILL

*P.L.C.*

### A T T O R N E Y S   A T   L A W

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice #   351868

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

July 24, 2009
Client:  30711
Matter: 122570

========================================================================
RE:  McKnight/ Legisi

FOR SERVICES RENDERED through June 30, 2009

    Total Services:                                    $52,994.70

FOR EXPENSES INCURRED OR ADVANCED:

      Business Meals                    $19.90
      Mileage/Parking                   $5.00
                                         ——————————

    Total Expenses:                                        $24.90

STATEMENT TOTAL                                        $53,019.60

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| **B110** | **Case Administration** | | |
| 06/01/09 | JAS | .20 | Telephone conference with M. Pascoe regarding case status and pending matters. |
| 06/01/09 | JAS | 3.30 | Respond to investor telephone calls and emails. |
| 06/01/09 | JAS | .30 | Review emails from J. Sullivant and J. Devree regarding pending matters. |
| 06/01/09 | LBG | .40 | Attention to investor email and voicemail inquiries. |
| 06/02/09 | JAD | .20 | Review and reply to email from J. Sullivant regarding Michigan unemployment taxes. |
| 06/02/09 | JAS | .50 | Attention to Legisi tax matters, correspondence with J. Devree and J. Sullivant, compile documents to be sent to J. Sullivant. |
| 06/03/09 | JAS | .20 | Correspondence with J. Sullivant regarding power of attorney, attention to execution and mailing of documents. |
| 06/03/09 | JAS | .10 | Correspondence with M. Pascoe regarding investor inquiries and meeting. |
| 06/04/09 | JAS | .20 | Review correspondence from Mbank, route to V. Petrusha. |
| 06/04/09 | JAS | .20 | Telephone conference with investor. |
| 06/04/09 | JAS | .40 | Telephone conference with investor and voicemails from investors. |

| 06/04/09 | JAS | .20 | Voicemail to A. Knudson and B. Tanase, correspondence to B. Tanase regarding pending matters. |
| 06/04/09 | JAS | .20 | Review Veritas monthly fee statement. |
| 06/04/09 | JAS | .20 | Review information on publication of notice, correspondence to V. Petrusha regarding same, note to R. Gordon regarding same. |
| 06/04/09 | JAS | .20 | Correspondence to and from T. Weed, et al., regarding monthly fee statement procedure. |
| 06/04/09 | JAS | .10 | Correspondence to V. Petrusha regarding receivershihp finance report. |
| 06/04/09 | JAS | .10 | Multiple voicemails to and from R. Rytman. |
| 06/04/09 | JAS | .40 | Voicemail from unemployment insurance agency, telephone conference with Roland of the unemployment insurance agency, email to J. Sullivant and J. Devree regarding the same. |
| 06/04/09 | JAD | .60 | Review and analyze 2008 Form 1065 tax return for Royal Palm. |
| 06/05/09 | JAS | .20 | Review correspondence from J. Sullivant regarding payroll taxes, review notice received from IRS and route to J. Sullivant and J. Devree. |
| 06/08/09 | JAS | .20 | Conferences with T. Weed and S. Washington regarding fee applications. |
| 06/08/09 | JAS | .20 | Conference with L. Bell Guzzo regarding pending matters and communications with investors. |
| 06/08/09 | JAS | .20 | Conference with M. Pascoe regarding meeting and pending matters. |
| 06/08/09 | LBG | .20 | Attention to investor email and voicemail inquiries. |

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page   4

| | | | |
|---|---|---|---|
| 06/09/09 | JAS | .10 | Voicemail from investor. |
| 06/09/09 | JAS | .50 | Attention to case administration, telephone conference with T. Weed and email from J. Sullivant regarding tax matters, email to the Receiver regarding communications with investors. |
| 06/09/09 | JAS | .20 | Additional conference with Receivership team regarding email to investors. |
| 06/09/09 | JAS | .50 | Review Order approving Application to Employ Plante Moran, conference with the Receiver and E. Hood regarding amendment of same. |
| 06/09/09 | JAS | .20 | Review Xroads website. |
| 06/09/09 | JAS | 1.60 | Review draft bills received from Plante Moran, draft motion to amend order employing Plante Moran, revise same. |
| 06/09/09 | JAS | .50 | Return investor phone calls. |
| 06/10/09 | JAS | .20 | Conference with the Receiver regarding pending matters. |
| 06/10/09 | JAS | .20 | Telephone conference with investor regarding tax matters. |
| 06/10/09 | JAS | .30 | Telephone conference with V. Petrusha regarding financial report for the Receiver. |
| 06/10/09 | JAS | .40 | Review draft Plante Moran monthly bills. |
| 06/10/09 | JAS | .50 | Review documents prepared by Plante Moran, conference with the Receiver and with V. Petrusha regarding the same, attention to obtaining necessary checks. |
| 06/10/09 | JAS | .50 | Coordinate with S. Washington and L. Bell Guzzo regarding estate administrative requirements. |
| 06/10/09 | JAS | .20 | Correspondence with investor regarding tax matters. |

| 06/11/09 | JAS | .40 | Email conference with J. Devree regarding Legisi tax matters. |
|----------|-----|-----|---|
| 06/11/09 | JAS | .30 | Attention to revising and filing Motion to Amend Order Employing Plante Moran. |
| 06/11/09 | JAS | .10 | Brief review of Plante Moran May fee statement. |
| 06/11/09 | JAS | .70 | Telephone conferences with investors. |
| 06/11/09 | JAS | .60 | Draft emails in response to multiple investor inquiries. |
| 06/11/09 | JAD | 1.50 | Email to J. Statham with comments and instructions for filing payroll tax returns; review email from J. Statham with forward of email from investor requesting documentation of investment for tax return; review IRS revenue procedure for safe harbor deduction requirements; analyze possible sources of payment records; email to J. Statham with comments and advice regarding same. |
| 06/12/09 | JAS | .30 | Correspondence with J. Devree and V. Petrusha regarding Legisi tax matters. |
| 06/12/09 | JAS | 2.30 | Prepare tax filings for mailing, draft necessary cover letters, assemble, etc. |
| 06/12/09 | JAS | .50 | Conference with R. Gordon regarding tax matters and execution of returns. |
| 06/12/09 | JAS | .50 | Organize tax documents for Receiver, draft letter to H. Payer. |
| 06/12/09 | VP | 1.40 | Attention to payment of taxes, communication with J. Statham regarding same; review court docket and fee application filed on behalf of Veritas, attend to payment of fee application to Veritas; update check register and backup binder; communication with J. Statham regarding preparation of account status reports. |

**CLARK HILL** P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page   6

| | | | |
|---|---|---|---|
| 06/12/09 | JAD | .20 | Telephone conference with J. Statham regarding signature and filing of payroll tax returns. |
| 06/13/09 | JAS | .90 | Review and revise detailed monthly billing statement (may) [CUT-non billable to client]. |
| 06/14/09 | JAS | 1.80 | Telephone conferences with investors, email correspondence to investors. |
| 06/15/09 | JAS | .20 | Attention to finalizing and mailing of Legisi tax returns. |
| 06/15/09 | JAS | .50 | Respond to investor inquiries via telephone and email. |
| 06/15/09 | JAS | .10 | Conference with L. Bell Guzzo regarding investor inquiries. |
| 06/16/09 | JAS | .30 | Attention to payment of Veritas invoice and location of May Veritas invoice. |
| 06/16/09 | JAS | .60 | Attention to update to be emailed to investors, confer with R. Gordon and J. Applebaum, revise text of email, email to M. Pascoe regarding same and entries we do not have email addresses for, etc. |
| 06/16/09 | JAS | .20 | Receipt and review of correspondence from J. Sullivant regarding Legisi tax forms, email regarding Legisi entities tax identification numbers. |
| 06/16/09 | JAS | .20 | Email conference with A. Knudson. |
| 06/17/09 | JAS | .20 | Follow up with V. Petrusha regarding Legisi Receiver report. |
| 06/17/09 | JAS | .20 | Email conference with T. Weed regarding payment of invoices and amended order authorizing employment. |
| 06/17/09 | JAS | .20 | Voicemails from investors. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 06/17/09 | LBG | .50 | Receipt and respond to numerous investor email and voicemail inquires; forward additional inquiries to J. Statham for further attention. |
| 06/17/09 | JAS | .50 | Telephone conferences with, and voicemails from, Legisi investors. |
| 06/17/09 | JAS | .30 | Draft and revise letter to investor. |
| 06/17/09 | VP | 2.80 | Begin review of invoices, payments, withdrawals and deposits; preparation of spreadsheets for Legisi checking, McKnight checking, Legisi Money Market, McKnight Money Market, payments to counsel and to Veritas; review bank statements; compile information requested by Robert Gordon, Receiver; communication with J. Statham regarding status of same. |
| 06/18/09 | JAS | .50 | Review financial report to the Receiver. |
| 06/18/09 | JAS | .60 | Attention to investor inquiries and notices received from IRS, email to J. Sullivant and J. Devree regarding same. |
| 06/18/09 | JAS | .30 | Attention to estate administration. |
| 06/18/09 | JAS | .20 | Follow up with V. Petrusha regarding report to receiver. |
| 06/18/09 | VP | 5.30 | Finalize review of invoices, payments, withdrawals and deposits; preparation of spreadsheets for Legisi checking, McKnight checking, Legisi Money Market, McKnight Money Market, payments to counsel and to Veritas; compile information requested by Robert Gordon, Receiver; conference with J. Statham regarding same. |
| 06/20/09 | JAS | .50 | Return investor phone calls. |
| 06/21/09 | JAS | .30 | Return investor phone calls. |
| 06/22/09 | JAS | .10 | Attention to voicemail from investor. |

# CLARK HILL P.L.C.

| 06/22/09 | JAS | .50 | Email conferences with J. Devree and J. Sullivant regarding Legisi tax matters, review J. Devree's changes to letter to investor. |
| 06/22/09 | JAS | .20 | Revise letter to investor Alkeilani. |
| 06/22/09 | JAS | .70 | Respond to investor inquiries. |
| 06/22/09 | JAD | 2.80 | Review and revise letter to investor; email to J. Statham with comments regarding same; review letter from IRS regarding return for Legisi Holdings; analyze organizational status and related tax issues; email to J. Statham and J. Sullivant regarding same. |
| 06/23/09 | JAS | .20 | Attention to arranging conference with the SEC and the DOJ. |
| 06/23/09 | JAS | .20 | Attention to Legisi tax matters-receipt and review of correspondence from H. Payer and email conference with J. Devree regarding the same. |
| 06/23/09 | JAS | .10 | Telephone calls from investor. |
| 06/23/09 | JAS | .20 | Follow up with M. Pascoe regarding email to investors and claim forms. |
| 06/23/09 | JAS | .60 | Telephone conference with J. Birkenheier, J. Okeefe, and B. Tanase regarding case status. |
| 06/23/09 | JAS | .30 | Voicemail and email from investor, telephone conference with investor. |
| 06/23/09 | JAS | .30 | Additional telephone conference with J. Okeefe. |
| 06/23/09 | JAS | .30 | Review letter received from IRS and J. Devree response, email to J. Devree regarding same. |
| 06/23/09 | JAD | .50 | Review fax from Michigan Department of Treasury regarding penalty waiver request; analyze cost-effectiveness of same; email to J. Statham and J. Sullivant regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page   9

| Date | | | |
|------|------|------|------|
| 06/23/09 | JAS | .20 | Conference with J. Applebaum regarding case status and call with DOJ and SEC. |
| 06/24/09 | JAS | .10 | Update to the Receiver regarding next steps and conference with the DOJ and the SEC. |
| 06/24/09 | JAD | .20 | Review email from J. Sullivant regarding calculation of Michigan withholding tax penalty; email to J. Statham with advice regarding payment of same. |
| 06/24/09 | JAS | .20 | Correspondence to and from J. Devree and J. Sullivant regarding Legisi tax matters. |
| 06/25/09 | JAS | .80 | Attention to estate administration, review correspondence received from MBank, correspondence with Veritas and Plante Moran regarding fee statements, conference with the Receiver regarding pending matters. |
| 06/28/09 | JAS | 2.00 | Return investor phone calls and emails. |
| 06/29/09 | JAS | .70 | Email to M. Pascoe regarding claim procedures, voicemails from investors and telephone conference with investor. |
| 06/29/09 | VP | 1.30 | Review court docket for fee statements due to be paid, and attend to payment of same; review invoice from Bienenstock, conference with accounting department regarding same; attend to payment of Bienenstock invoice for the taking of G. McKnight's deposition; updated accounting record, spreadsheet, and supporting binder; communication with counsel regarding same. |
| 06/29/09 | CEM | .10 | Telephone conference with V. Petrusha regarding court reporter invoice. |
| 06/30/09 | JAD | .60 | Office conference with J. Statham regarding tax matters. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page  10

| 06/30/09 | VP | .40 | Conference with Wall Street Journal regarding procedure and costs for posting; email to J. Statham with requested information. |
|---|---|---|---|
| 06/30/09 | VP | .10 | Review email from J. Statham regarding payment of taxes. |

| B130 | Asset Disposition | | |
|---|---|---|---|
| 06/01/09 | BJM | 4.30 | Correspond with D. Bistricky regarding mortgage workout options; review offers to purchase Bistricky mortgaged properties and correspond with K. Bistricky regarding same; correspond with listing agent regarding Miller Road commercial properties; correspond with appraisers regarding status of appraisals; review draft appraisals. |
| 06/02/09 | BJM | 1.90 | Correspond with property manager regarding status of properties, expenses and required actions during next calendar month; review documents from property manager related to same; correspond with listing agent regarding prospective offer on Hill Road property; review correspondence from D. Bistricky; review appraisals and correspond with appraisers regarding status of remaining appraisals. |
| 06/08/09 | JAS | .60 | Review Receivership Order, conference with B. Muller regarding potential disposition of mortgaged properties, email to the Receiver regarding the same. |
| 06/09/09 | JAS | .20 | Conference with the Receiver regarding offer to purchase mortgaged property. |
| 06/09/09 | BJM | 1.10 | Attend to issues related to pending sales and proposed mortgage workouts; review documents and correspond regarding same. |

## CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page 11

| | | | |
|---|---|---|---|
| 06/10/09 | BJM | 2.20 | Attend to issues related to pending sales and proposed mortgage workouts; review documents and correspond regarding same. |
| 06/11/09 | JAS | .10 | Follow up with B. Muller regarding mortgaged properties. |
| 06/12/09 | BJM | 1.40 | Correspond with D. Bistricky and K. Bistricky regarding mortgage settlement; revise draft pleadings to reflect receipt of new appraisal information; correspond with property manager regarding anticipated transfer of occupancy of properties. |
| 06/18/09 | BJM | .40 | Correspond with D. Bistricky regarding proposed mortgage settlement; review preliminary offer terms related to same; correspond with K. Bistricky regarding sale of Miller Road residential property. |
| 06/18/09 | JAS | .20 | Follow up with B. Muller regarding real estate disposition. |
| 06/22/09 | BJM | .40 | Correspond with D. Bistricky regarding proposed mortgage settlement. |
| 06/23/09 | JAS | .10 | Follow up voicemail to B. Muller requesting status of sale of office buildings and status of sale of mortgaged properties. |
| 06/24/09 | BJM | .70 | Attend to pre-closing issues related to sale of Miller Road residential property. |
| 06/25/09 | BJM | .90 | Attend to miscellaneous pre-closing matters related to sale of Miller Road commercial properties; correspond with listing agent, property manager, appraisers and title company regarding same. |
| 06/29/09 | JAS | .50 | Attention to Legisi real estate, review notes and confer with B. Muller regarding status of potential sales. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page 12

| 06/29/09 | JAS | 1.40 | Research regarding Shelbys and potential appraisers, telephone conferences with appraisers. |
| 06/29/09 | BJM | .80 | Correspond with listing agent regarding sale of Miller Road commercial properties and residential property; correspond with title company regarding status of commitments; correspond with appraisers regarding appraisal reports. |
| 06/30/09 | BJM | .20 | Confer with J. Statham regarding status of open real estate items. |

B180     Asset Analysis and Recovery

| 06/01/09 | JAS | .20 | Attention to research regarding P Ponzi schemes and litigation. |
| 06/01/09 | JAS | .20 | Email conference with A. Knudson regarding pending issues. |
| 06/01/09 | NMG | 5.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 06/02/09 | NMG | 6.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 06/03/09 | JAS | 4.50 | Attend Ponzi scheme litigation training and strategy session. |
| 06/03/09 | JAS | .20 | Telephone conference with R. Rytman regarding pending matters, conference with R. Gordon regarding same. |
| 06/04/09 | JDA | .60 | Conference with E. Hood, R. Gordon and J. Statham regarding status of litigation and investigation issues. |
| 06/04/09 | JAS | 2.00 | Prepare for and attend meeting with the Receiver and C. Cahill, J. Applebaum, E. Hood, and C. Murphy regarding pending matters. |
| 06/04/09 | CMC | 2.20 | Review case summaries and confer with J. Statham re same |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page  13

| 06/04/09 | CEM | .20 | Conference with R. Gordon regarding status of litigation. |
| 06/04/09 | NMG | 4.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 06/04/09 | EJH | 1.00 | Preparation for and participation in conference call to discuss organizational issues; conference with J. Klunk regarding stock holdings. |
| 06/05/09 | CMC | .40 | Confer with J. Statham re fraudulent transfer causes of action |
| 06/05/09 | JAS | .30 | Conference with C. Cahill regarding potentially fraudulent transfers. |
| 06/08/09 | JAS | 1.00 | Review materials regarding fraudulent transfer causes of action |
| 06/10/09 | JAS | .30 | Telephone conference with R. Rytman regarding pending issues, retrieve documents regarding same. |
| 06/10/09 | NMG | 6.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 06/11/09 | JAS | .10 | Email conference with A. Knudson regarding pending matters. |
| 06/12/09 | JAS | .20 | Conference with C. Cahill regarding fraudulent transfer cause of action. |
| 06/12/09 | CMC | .20 | Confer with J. Statham re fraudulent transfer research |
| 06/12/09 | CMC | 1.60 | Research case law and commentary on fraudulent transfer actions in context of Ponzi schemes. |
| 06/12/09 | JAS | .50 | Conference with J. Okeefe regarding pending matters, voicemail from J. Okeefe regarding same, email regarding recovery of Egold funds, email to B. Muller regarding message from J. Okeefe. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page  14

| 06/17/09 | CMC | 4.20 | Research fraudulent transfer actions and correspond with J. Statham re same |
| 06/17/09 | JAS | .30 | Memorandum from and to C. Cahill regarding potential causes of action. |
| 06/17/09 | JAS | .20 | Email conferences with A. Kduson and N. Gant regarding Legisi investors. |
| 06/18/09 | NMG | .50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses and prepare memorandum regarding select investors. |
| 06/18/09 | JAS | .10 | Follow up with N. Gant regarding Legisi transfers. |
| 06/19/09 | CMC | 2.50 | Researching case law re specific fraudulent transfer theories. |
| 06/20/09 | CMC | 3.50 | Case law research on fraudulent transfer rules in specific scenarios. |
| 06/22/09 | CMC | 3.50 | Work on fraudulent transfer memo. |
| 06/23/09 | JAS | .40 | Review information sent and received from C. Coleman regarding seized funds, email to C. Coleman and telephone call to C. Coleman regarding the same. |
| 06/24/09 | SLD | .30 | Review Brain Matters bankruptcy docket, plan and confirmation order for C. Murphy. |
| 06/25/09 | JAS | .70 | Telephone conference with R. Rytman regarding pending matters, email conference with J. Applebaum and R. Gordon regarding the same, telephone conference with J. Okeefe regarding the same. |
| 06/25/09 | JAS | 3.30 | Draft questions for All American deposition, review drafts of objection to sale, conferences with E. Hood, J. Applebaum, and V. Sloat Rogers regarding same. |

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page 15

| 06/26/09 | JAS | .80 | Attention to documents received from the SEC. |
|---|---|---|---|
| 06/29/09 | JAS | .10 | Receipt and response to email from C. Coleman regarding recovery of seized money. |

| B191 | Litigation | | |
|---|---|---|---|
| 05/21/09 | JAS | .50 | Review of Complaint against Royal Palm. |
| 06/02/09 | CEM | .80 | Review faxes and letters of Schoeppel; email to and from E. Shih regarding Answer to Redman motion; diary new dates for answer; review discovery arbitrator list; telephone conference with M. Luzi of FINRA. |
| 06/03/09 | CEM | 1.00 | Review and analyze motion and brief to dismiss of Redman; conference with E. Shih regarding response. |
| 06/03/09 | CEM | .20 | Telephone conference with Sinclair regarding Friedman affidavit. |
| 06/03/09 | CEM | 1.00 | Research PSLRA stay of discovery and alternatives on Elite. |
| 06/03/09 | EKS | 7.10 | Research response to Defendant Redman's motion to dismiss. |
| 06/04/09 | EKS | 7.90 | Research for response to Defendant Redman's Motion to Dismiss. |
| 06/04/09 | CMC | 1.30 | Participate in conference call with R. Gordon, J. Statham, J. Appelbaum, and E. Hood re litigation and case status |
| 06/05/09 | EKS | 8.00 | Research response to Defendant Redman's motion to dismiss. |
| 06/06/09 | EKS | 3.00 | Research response to Defendant Redman's motion to dismiss. |
| 06/08/09 | EKS | 8.20 | Research and draft response to Defendant Redman's Motion to Dismiss. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page 16

| 06/08/09 | CEM | .50 | Work on Redman answer; conference with E. Shih regarding draft of brief in opposition to motion. |
| 06/08/09 | CEM | 1.00 | Research - Stoneridge progress/conduct, liability under scheme to defraud/control liability. |
| 06/09/09 | CEM | .50 | Conference with E. Shih and work on analysis for answer to motion to dismiss. |
| 06/09/09 | EKS | 7.80 | Research and draft response to Defendant Redman's Motion to Dismiss; contact opposing counsel regarding extension of response deadline; draft stipulated order; contact court clerk regarding briefing schedule; confer with C. Murphy regarding all of the above. |
| 06/10/09 | EKS | 1.50 | Research and draft response to Defendant Redman's Motion to Dismiss. |
| 06/11/09 | EKS | 8.00 | Research and draft response to Defendant Redman's Motion to Dismiss. |
| 06/12/09 | EKS | 2.50 | Research PSLRA stay of discovery issues (Elite litigation). |
| 06/15/09 | EKS | 4.40 | Research loss causation issue; continue drafting response to Defendant Redman's motion to dismiss. |
| 06/15/09 | CEM | .20 | Review subpoena of Kahn to SEC on Elite/Edgetech. |
| 06/16/09 | EKS | .60 | Contact agent Knudson regarding search for Tricia Witherspoon; confer with process serving company regarding status of service on Edgetech. |
| 06/17/09 | EKS | 4.80 | Research and draft response to Defendant Redman's Motion to Dismiss; review Elite lease agreement and other information provided by process server firm; confer with secret service contact regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page  17

| 06/17/09 | EJH | .20 | Conference with J. Birkenheier regarding status of matter. |
| 06/19/09 | CEM | .50 | Conference with E. Shih regarding service issues and response to Redman brief. |
| 06/19/09 | EKS | .80 | Review and revise response to Defendant Redman's Motion to Dismiss. |
| 06/20/09 | CEM | .50 | Review draft brief. |
| 06/22/09 | EKS | 1.20 | Revise motion to extend summonses; draft motion for alternate service. |
| 06/23/09 | EKS | .30 | Contact investigative services company regarding defendants Witherspoon and Edgetech. |
| 06/25/09 | EKS | 3.10 | Research Rule 15 amendment to add claim issue; research control person liability issue; correspond with C. Murphy regarding same. |
| 06/25/09 | EJH | .20 | Follow up with C. Murphy regarding status of litigation. |
| 06/25/09 | CEM | 6.50 | Review, research and revise brief opposing Redman motion to dismiss; conference with E. Shih; review GEC website for brief; review Florida public records. |
| 06/26/09 | CEM | 7.50 | Draft and revise brief; research regarding law and facts. |
| 06/26/09 | JDA | .30 | Correspondence with E. Hood and review of correspondence from counsel for Royal Palm regarding appraisal and valuation information. |
| 06/26/09 | EKS | 7.40 | Draft waiver and group pleading sections of response to motion to dismiss; draft issue statement; research control person scheme liability issue; review Enron and Worldcom cases regarding same; finalize motion for extension of summonses and for alternate service; draft proposed |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page 18

order regarding same.

| 06/27/09 | EJH | .50 | Review documents relating to settlement proposal from Sierra defendants. |

| 06/29/09 | EKS | .20 | Contact court clerk regarding motion for extension of summonses and for alternate service; correspond with C. Murphy regarding same. |

| 06/29/09 | JDA | .20 | Correspondence with E. Hood regarding Royal Palm issues. |

| 06/29/09 | CEM | .10 | Email to E. Shih regarding summons motion. |

| 06/29/09 | CEM | .10 | Review court notice of filing of brief and directions regarding pleading file. |

| 06/30/09 | CEM | .20 | Arrange for service on Rosettos by Burke Investigative Services. |

| 06/30/09 | CEM | .50 | Letter to Ivan Monsalve; memo to E. Shih regarding default judgment; review and process Burke invoice. |

B310      Claims Administration - General

| 06/04/09 | JAS | 1.50 | Review and revise claims procedures motion, assemble information to update the Receiver on, attention to Legisi task list. |

| 06/24/09 | JAS | .20 | Analyze investor database matters, email conference with M. Pascoe regarding the same. |

| 06/29/09 | JAS | .90 | Additional review and revision of claim procedures motion. |

| 06/30/09 | JAS | .40 | Review M. Pascoe changes to claims bar motion and attention to scheduling meeting regarding same. |

| 06/30/09 | JAS | 3.00 | Telephone conference with XRoads team regarding claims procedures, follow up conference with J. Applebaum regarding same, begin revisions to motion, draft email to be sent to investors, review |

**CLARK HILL** P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
July 24, 2009
INVOICE # 351868
Page 19

various spreadsheets regarding
investment amounts and email to J.
Okeefe and N. Gant regarding the same.

$52,994.70

TIMEKEEPER SUMMARY

Client Name        Robert D. Gordon, Receiver

Matter Description McKnight/ Legisi

Service Period     05/21/09 thru 06/30/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Lauralyn Bell-Guzzo | $99.00 | 1.10 | $108.90 |
| | Jeffrey A. DeVree | $355.50 | 6.60 | $2,346.30 |
| | Charles E. Murphy | $333.00 | .10 | $33.30 |
| | Valentina Petrusha | $153.00 | 11.30 | $1,728.90 |
| | Jami Ann Statham | $189.00 | 35.50 | $6,709.50 |
| | TOTAL | | 54.60 | $10,926.90 |
| B130 | Asset Disposition | | | |
| | Brandon J. Muller | $193.50 | 14.30 | $2,767.05 |
| | Jami Ann Statham | $189.00 | 3.10 | $585.90 |
| | TOTAL | | 17.40 | $3,352.95 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $382.50 | .60 | $229.50 |
| | Christopher M. Cahill | $292.50 | 18.10 | $5,294.25 |
| | Shannon L. Deeby | $211.50 | .30 | $63.45 |
| | Norma M. Gant | $234.00 | 22.00 | $5,148.00 |
| | Edward J. Hood | $328.50 | 1.00 | $328.50 |
| | Charles E. Murphy | $333.00 | .20 | $66.60 |
| | Jami Ann Statham | $189.00 | 15.40 | $2,910.60 |
| | TOTAL | | 57.60 | $14,040.90 |

# CLARK HILL P.L.C.

| | | | | |
|---|---|---|---|---|
| B191 | Litigation | | | |
| | Joel D. Applebaum | $382.50 | .50 | $191.25 |
| | Christopher M. Cahill | $292.50 | 1.30 | $380.25 |
| | Edward J. Hood | $328.50 | .90 | $295.65 |
| | Charles E. Murphy | $333.00 | 21.10 | $7,026.30 |
| | Eric K. Shih | $202.50 | 76.80 | $15,552.00 |
| | Jami Ann Statham | $189.00 | .50 | $94.50 |
| | TOTAL | | 101.10 | $23,539.95 |
| B310 | Claims Administration - General | | | |
| | Jami Ann Statham | $189.00 | 6.00 | $1,134.00 |
| | TOTAL | | 6.00 | $1,134.00 |
| ACTIVITY TOTAL | | | 236.70 | $52,994.70 |