# EXHIBIT B

# CLARK HILL
P.L.C.

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Robert D. Gordon, Receiver  
c/o Clark Hill PLC  
500 Woodward Ave.  
Suite 3500  
Detroit, MI 48226

Invoice #   351869  
July 24, 2009  
Client:   30711  
Matter: 125952

===============================================================

RE:  All American Home Products, Inc.


FOR SERVICES RENDERED through June 30, 2009

    Total Services:                                              $5,161.50


STATEMENT TOTAL                                                 $5,161.50

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
All American Home Products, Inc.
July 24, 2009
INVOICE # 351869
Page    2

DETAILED DESCRIPTION OF SERVICES

| Date | Atty | Hours | Description |
|---|---|---|---|
| 06/09/09 | EJH | 1.00 | Review email and attachments from Florida counsel; conference with Florida counsel regarding same. |
| 06/09/09 | JAS | .30 | Review memorandum from Florida local counsel regarding Assignment for Benefit of Creditors of All American Home Products. |
| 06/15/09 | VP | .40 | Review corrected notice of assignment for the benefit of creditors and deposition of assignor in the In re: All American Home Products, LLC v Michael Phelan matter (.2); communicate with all counsel of record regarding same (.1); file update. (.1) |
| 06/17/09 | JDA | .30 | Review of assignment for benefit of creditors pleadings; correspondence with E. Hood and J. Statham regarding same. |
| 06/17/09 | EJH | .20 | Attention to status of matter. |
| 06/17/09 | JAS | 1.00 | Review documents regarding All American Assignment for Benefit of Creditors, email conferences with Receivership team regarding same. |
| 06/18/09 | JDA | .50 | Correspondence with E. Hood, J. Statham and R. Gordon regarding All-American assignment for benefit of creditors and objections regarding same. |
| 06/18/09 | JAS | .80 | Continued analysis of the All American assignment for benefit of creditors and next steps, conference with the Receiver regarding same, attention to emails regarding next steps and course of action. |
| 06/18/09 | JAS | 1.00 | Begin to draft the Receiver's objection to the Assignee's sale of assets. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
All American Home Products, Inc.
July 24, 2009
INVOICE # 351869
Page    3

| Date | Atty | Hours | Description |
|---|---|---|---|
| 06/19/09 | JDA | .50 | Telephone conference with V. Sloat-Rodgers and J. Statham regarding All American assignment for the benefit of creditors and related issues. |
| 06/19/09 | JAS | .50 | Telephone conference with Florida local counsel regarding All American assignment for benefit of creditors. |
| 06/22/09 | EJH | 1.50 | Research information on All American; follow up with local counsel regarding same. |
| 06/23/09 | EJH | .50 | Conference with V. Sloat-Rogers regarding status of matter and objections to assignment. |
| 06/24/09 | JDA | .50 | Review of draft Objection to proposed sale under Assignment for Benefit of Creditors; conference with J. Statham and review correspondence from J. Statham to V. Sloat-Rogers regarding same. |
| 06/24/09 | JAS | 2.90 | Review and revise objection to sale by Assignee of All American Assets, conference with the Receiver regarding the same. |
| 06/25/09 | JDA | 2.70 | Conference with J. Statham and telephone conference with V. Sloan-Rogers regarding All American assignment for benefit of creditors; review/revise draft objection to same and research regarding Florida ABC statute and break up fees issues. |
| 06/25/09 | JDA | .30 | Telephone conference with E. Hood regarding All American assignment for benefit of creditors, Sierra proposal timing, and related issues. |
| 06/25/09 | EJH | .40 | Conference with J. Statham regarding All American deposition; follow up with V. Sloat-Rogers regarding same. |
| 06/26/09 | JDA | .60 | Multiple correspondence with V. Rogers-Sloat regarding All American assignment for benefit of creditors and sale issues. |
| 06/26/09 | JAS | 1.20 | Locate and review additional materials regarding All American, email conferences with V. Sloat Rogers regarding deposition. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
All American Home Products, Inc.
July 24, 2009
INVOICE # 351869
Page    4

| Date | TK | Hours | Description |
|---|---|---|---|
| 06/26/09 | JAS | .50 | Telephone conference with V. Sloat Rogers regarding All American and additional analysis of creditor list. |
| 06/30/09 | JAS | .30 | Email conference with V. Sloat Rogers regarding All American assignment. |
| 06/30/09 | JAS | 1.30 | Telephone conference with J. Devree and correspondence to Receivership team regarding additional Legisi information. |

$5,161.50

TIMEKEEPER SUMMARY

| Initials | Name | Hours | Rate | Total |
|---|---|---|---|---|
| JDA | Joel D. Applebaum | 5.40 hours at | $382.50 = | $2,065.50 |
| EJH | Edward J. Hood | 3.60 hours at | $328.50 = | $1,182.60 |
| JAS | Jami Ann Statham | 9.80 hours at | $189.00 = | $1,852.20 |
| VP | Valentina Petrusha | 0.40 hours at | $153.00 = | $61.20 |