EXHIBIT A

## Legisi-McKnight, Case Nr. 0811887
## Detailed List of Expenses for the Period
## June 1 to June 30, 2009

| Date | Item ID | Time | Ticket Description for Invoicing | Billing Amount |
|---|---|---|---|---|
| | | | Time | |
| 6/3/09 | Principal - Local | 0.50 | Meeting w/ RR | 125.00 |
| 6/2/09 | Case Manager | 0.50 | Meet with RR | 62.50 |
| 6/2/09 | Case Manager | 0.50 | Contact investigator | 62.50 |
| 6/2/09 | Case Manager | 0.20 | Send emails re investigative activity | 25.00 |
| 6/2/09 | Case Manager | 0.50 | Review info and prepare correspondence; contact w/ investigator | 62.50 |
| 6/3/09 | Case Manager | 0.40 | Phone with investigator | 50.00 |
| 6/3/09 | Case Manager | 0.30 | Send email to investigator | 37.50 |
| 6/4/09 | Case Manager | 0.30 | Phone with investigator | 37.50 |
| 6/4/09 | Case Manager | 0.40 | Email Investigator and review case info | 50.00 |
| 6/5/09 | Case Manager | 0.30 | Phone with investigator re: activity status | 37.50 |
| 6/5/09 | Case Manager | 0.40 | Email investigator | 50.00 |
| 6/5/09 | Case Manager | 0.30 | Discuss info with RR | 37.50 |
| 6/10/09 | Case Manager | 1.00 | Review correspondence from client and email investigator re: info | 125.00 |
| 6/11/09 | Case Manager | 0.30 | Phone with investigator | 37.50 |
| 6/23/09 | Case Manager | 0.70 | Email investigator re: status; phone with investigator to discuss info updates | 87.50 |
| 6/23/09 | Case Manager | 0.30 | Discuss case status with RR | 37.50 |
| 6/24/09 | Case Manager | 1.00 | Phone with investigator re: current info and objectives going forward | 125.00 |
| 6/25/09 | Case Manager | 0.50 | Discuss info obtained with RR | 62.50 |
| 6/25/09 | Case Manager | 0.90 | Correspond with investigator | 112.50 |
| 6/26/09 | Case Manager | 1.20 | Review info from investigator and conduct supplemental research | 150.00 |
| 6/26/09 | Case Manager | 0.30 | Phone with investigator to discuss info obtained | 37.50 |
| 6/29/09 | Case Manager | 0.80 | Correspond with investigator | 100.00 |
| 6/30/09 | Case Manager | 0.20 | Phone with investigator | 25.00 |
| 6/30/09 | Case Manager | 0.50 | Email investigator | 62.50 |
| 6/2/09 | Managing Director | 1.00 | Meetings w/ MC and coordinating initiating of further investigation activity | 175.00 |

Legisi-McKnight, Case Nr. 0811887
Detailed List of Expenses for the Period
June 1 to June 30, 2009

| Date | Item ID | Time | Ticket Description for Invoicing | Billing Amount |
|------|---------|------|----------------------------------|----------------|
| | | | Time | |
| 6/10/09 | Managing Director | 0.50 | Communications w/ client, forward information and coordinating additional activity | 87.50 |
| 6/25/09 | Managing Director | 0.50 | Review of data updates and communications w/ client | 87.50 |
| | | | **Labor** | **1,950.00** |
| | | | Invoice Analysis | |
| | | | **Invoice Total:** | **1,950.00** |