# EXHIBIT A



1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705

main: 949-567-1600
fax: 949-567-1655
www.xroadsllc.com

July 01, 2009

Invoice #16367

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:   Professional Fees and Business Related Expenses unbilled through 4/30/09.

Professional Fees:                                                      $565.00

Expenses:                                                              $1,021.35

Total New Charges Due Upon Receipt                                      $1,586.35

**WIRE INSTRUCTIONS:**
For the Benefit of XRoads Solutions Group, LLC
Routing #        111901014

Account Name: Allied Affiliated - Dominion Account
                5151 Beltline Road, Suite 500
                Dallas, TX 75254

Account #        672197848

Bank Name: Capital One Bank/Hibernia Nat'l. Bank
                600 N. Pearl Street, Suite 2500
                Dallas, TX 75201

Attention: Linitta.Lewis@capitalonebank.com

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Allied Affiliated Funding, L.P.
P.O. Box 822948
Philadelphia, PA 19182-2948

Professional services:

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/3/2009 | AFB | Electronically process, generate barcodes, scan and index pleadings into IT Group website | 0.30 | 28.50 |
| 4/6/2009 | AFB | Organize and file pleadings to maintain integrity of original document tracking system | 0.40 | 44.00 |
| 4/7/2009 | MEL | Coordinate and input pleadings downloaded from Pacer website and make documents viewable on public access website | 0.20 | 25.00 |
| 4/9/2009 | MEL | Electronically process, generate barcodes, scan and index pleadings into IT Group website | 0.20 | 25.00 |
| 4/10/2009 | MEL | Check Pacer - no download | 0.10 | 12.50 |
| 4/13/2009 | JGO | Check Pacer - no download | 0.20 | 22.00 |
| 4/14/2009 | JGO | Check Pacer - no download | 0.20 | 22.00 |
| | MCP | Updated investor database with updates sent by L. Bell-Guzzo. | 0.80 | 156.00 |
| 4/15/2009 | MCP | Compiled list of Nova Scotia investors for J. Statham. | 0.30 | 58.50 |
| 4/17/2009 | JGO | Check Pacer - no download | 0.10 | 11.00 |
| 4/20/2009 | MCP | Tabulation and Communication with J. Statham regarding quantity of investors in database, verification of investor contact information, and meeting to discuss claims and noticing. | 0.40 | 78.00 |
| 4/24/2009 | JGO | Check Pacer - no download | 0.20 | 19.00 |
| | CKP | Review pleadings input into IT Group website and make documents viewable on public access website | 0.40 | 44.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/30/2009 | MCP | Communication with J. Statham to confirm investor entry in database. | 0.10 | 19.50 |
| | | For professional services rendered<br>Out of pocket expenses: | 3.90 | $565.00 |
| 4/30/2009 | ITG | CMS-Electronic Imaging<br>Electronic imaging | | 21.35 |
| | ITG | CMS Wepage access<br>Case-Specfic Web Page Available to the Public | | 1,000.00 |
| | Total costs | | | $1,021.35 |
| | Total amount of this bill | | | $1,586.35 |