# EXHIBIT A



**XRoads**
SOLUTIONS GROUP

1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705

main: 949-567-1600
fax:   949-567-1655
www.xroadsllc.com

July 01, 2009

Invoice #16369

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To:   Professional Fees and Business Related Expenses unbilled through 5/31/09.

---

| | |
|---|---|
| Professional Fees: | $278.00 |
| Expenses: | $1,018.60 |
| Total New Charges Due Upon Receipt | $1,296.60 |

**WIRE INSTRUCTIONS:**
For the Benefit of XRoads Solutions Group, LLC
Routing #        111901014

Account Name: Allied Affiliated - Dominion Account
             5151 Beltline Road, Suite 500
             Dallas, TX 75254

Account #        672197848

Bank Name: Capital One Bank/Hibernia Nat'l. Bank
          600 N. Pearl Street, Suite 2500
          Dallas, TX 75201

Attention: Linitta.Lewis@capitalonebank.com

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Allied Affiliated Funding, L.P.
P.O. Box 822948
Philadelphia, PA 19182-2948

Professional services:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/2009 | JGO | Check Pacer - no download | 0.20 | 22.00 |
| | THP | Review pleadings input into IT Group website and make documents viewable on public access website | 0.10 | 11.00 |
| 5/4/2009 | AML | Update public access website with recent update from Receiver | 0.20 | 37.00 |
| 5/6/2009 | MCP | Updated investor matrix with entries forwarded by L. Bell-Guzzo. | 0.80 | 156.00 |
| 5/8/2009 | JGO | Check Pacer - no download | 0.10 | 11.00 |
| 5/22/2009 | JGO | Check Pacer - no download | 0.20 | 19.00 |
| 5/29/2009 | MTT | Check Pacer - no download | 0.20 | 22.00 |
| | | For professional services rendered | 1.80 | $278.00 |

Out of pocket expenses:

| Date | Initials | Description | Amount |
|---|---|---|---|
| 5/31/2009 | ITG | CMS-Electronic Imaging<br>Electronic imaging | 12.60 |
| | ITG | CMS Wepage access<br>Case-Specific Web Page Available to the Public | 1,000.00 |
| | ITG | CMS Photocopies<br>Photocopies | 6.00 |

Total costs                                                                 $1,018.60

Total amount of this bill                                           $1,296.60