# EXHIBIT A


# XRoads
## SOLUTIONS GROUP

1821 E. Dyer Road, Suite 225
Santa Ana, CA 92705

main: 949-567-1600
fax: 949-567-1655
www.xroadsllc.com

July 15, 2009

Invoice #16381

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

In Reference To: Professional Fees and Business Related Expenses unbilled through 6/30/09.

---

Professional Fees: $3,330.50

Expenses: $1,623.95

Total New Charges Due Upon Receipt $4,954.45

**WIRE INSTRUCTIONS:**
For the Benefit of XRoads Solutions Group, LLC
Routing #    111901014

Account Name: Allied Affiliated - Dominion Account
5151 Beltline Road, Suite 500
Dallas, TX 75254

Account #    672197848

Bank Name: Capital One Bank/Hibernia Nat'l. Bank
600 N. Pearl Street, Suite 2500
Dallas, TX 75201

Attention: Linitta.Lewis@capitalonebank.com

**MAIL CHECKS TO:**

XRoads Solutions Group, LLC
c/o Allied Affiliated Funding, L.P.
P.O. Box 822948
Philadelphia, PA 19182-2948

Professional services:

| Date | Staff | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/12/2009 | MCP | Process updates from Investors (Batch Group 46). | 1.80 | 351.00 |
| 6/16/2009 | MCP | Check PACER database to download pleadings that affect claims database and send pleadings to appropriate staff for processing. | 0.80 | 156.00 |
| | MCP | Coordinate with IT staff to send email notification to select group of Investors. | 0.60 | 117.00 |
| 6/23/2009 | HCH | Checking PACER with downloads of pleadings filed 6/3/09-6/18/09 | 0.90 | 99.00 |
| | JGO | Review pleadings input into IT Group website and make documents viewable on public access website | 0.20 | 22.00 |
| 6/25/2009 | MCP | Review draft motion and forms sent by J. Statham. | 0.30 | 58.50 |
| | MCP | Sorted investor matrix to identify all investors who have email addresses on file and prepared notice to group. | 1.10 | 214.50 |
| 6/26/2009 | MCP | Coordinate with IT staff to send email notification to select group of Investors. | 0.80 | 156.00 |
| | MCP | Process updates from Investors (Batch Group 47). | 1.30 | 253.50 |
| 6/29/2009 | JDV | Review court documents with Clark Hill attorneys in preparation for and attendance in conference call regarding Proof of Claim mailing and claims processing services. | 3.80 | 1,045.00 |
| | MCP | Review updated draft motions sent by J. Statham and notated points for discussion. | 2.20 | 429.00 |
| 6/30/2009 | MCP | Conference call with J. VanderHooven, J. Statham and J. Applebaum regarding POC format, processing and next-steps | 0.60 | 117.00 |

|  |  |  |  | Page | 3 |
|---|---|---|---|---|---|
|  |  |  |  | Hours | Amount |

| 6/30/2009 | MCP | Meeting with J. VanderHooven to prepare for meeting with Clark Hill regarding claims and noticing. | 1.60 | 312.00 |
|---|---|---|---|---|

For professional services rendered     16.00    $3,330.50

Out of pocket expenses:

| 6/30/2009 | ITG | CMS-Electronic Imaging<br>Electronic imaging | 115.85 |
|---|---|---|---|
| 6/30/2009 | ITG | CMS Photocopies<br>Photocopies | 8.10 |
| 6/30/2009 | ITG | CMS Wepage access<br>Case-Specific Web Page Available to the Public | 1,000.00 |
| 6/16/2009 | ITG | Miscellaneous<br>Email Group Notification | 250.00 |
| 6/26/2009 | ITG | Miscellaneous<br>Email Group Notification | 250.00 |

Total costs     $1,623.95

Total amount of this bill     $4,954.45