# EXHIBIT A

# CLARK HILL

*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Invoice #   353798

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

August 19, 2009
Client:  30711
Matter: 122570

==================================================================

RE:  McKnight/ Legisi

FOR SERVICES RENDERED through July 31, 2009

    Total Services:                           $60,804.00

FOR EXPENSES INCURRED OR ADVANCED:

    Certified Copies                 $9.00
                                      _____

    Total Expenses:                             $9.00

STATEMENT TOTAL                               $60,813.00

# CLARK HILL P.L.C.

### DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|------|------|-----------|
| B110 | Case Administration | | |
| 07/01/09 | JAS | .60 | Prepare for and conduct telephone conference with J. Okeefe regarding reconciling claims and internal Legisi records. |
| 07/01/09 | JAS | .30 | Review and revise PwC fee applications. |
| 07/01/09 | JAS | .20 | Voicemails from and to investors. |
| 07/01/09 | JAS | .20 | Follow up with the Receiver and E. Hood regarding retention of investment banker. |
| 07/01/09 | VP | .10 | Review miscellaneous mail directed to Legisi Marketing, attention to same. |
| 07/02/09 | VP | .30 | Review statement from mBank regarding CD and time for renewal; update accounting records. |
| 07/02/09 | JAS | .50 | Review Xroads invoice, emails to M. Pascoe regarding claim form and invoice, conference with the Receiver regarding the same, email conference with the Receiver regarding the same. |
| 07/02/09 | JAS | .50 | Finalize PwC February, March and April fee applications, email to T. Weed regarding same, telephone conference with S. Johnson regarding same, email conference with S. Johnson and S. Washington regarding filing, additional correspondence regarding May application. |
| 07/02/09 | JAS | .10 | Attention to messages received from Legisi investors. |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page   3

| 07/02/09 | JAS | 1.10 | Review and analysis of Advisory Services Agreement submitted by Lone Pine Capital Advisors, comments to the Receiver regarding the same. |
|---|---|---|---|
| 07/02/09 | JAS | 1.40 | Confer with N. Gant and J. Okeefe regarding Legisi internal records and compilation of roster by investor name of amount invested and received, review of spreadsheets regarding same. |
| 07/02/09 | JAS | .50 | Additional conferences with N. Gant, J. Okeefe and the Receiver regarding claims reconciliation. |
| 07/02/09 | JAS | .20 | Conference with the Receiver regarding retention of investment banker. |
| 07/06/09 | JAS | .30 | Email conference with M. Pascoe regarding emails to investors. |
| 07/06/09 | JAS | .40 | Attention to docket and attention to Legisi tax matters, voicemail to H. Payer and email from J. Devree regarding same. |
| 07/06/09 | JAS | .60 | Review R. Gordon's comments to investment banker retention letter, email to Clark Hill team regarding additional comments, additional email discussion regarding terms and next steps. |
| 07/06/09 | JAS | .20 | Telephone conference with investor. |
| 07/06/09 | JAS | .10 | Attention to payment of Receivership invoices. |
| 07/06/09 | JAS | .40 | Return investor phone calls. |
| 07/06/09 | JAS | .50 | Review XRoads April and May fee statements, review XRoads website, notes to R. Gordon regarding same. |
| 07/06/09 | EJH | .90 | Review and respond to Receiver's inquiry regarding financial advisor; conference with Receiver and J. Statham regarding same. |

| 07/06/09 | VP | .70 | Review court docket for payment applications; review invoices from Burke Investigations (process server), Veritas, and Clark Hill; attend to processing invoices for payment; update ledger; update binder with supporting documentation; communication with J. Statham. |
|---|---|---|---|
| 07/07/09 | JAS | .20 | Voicemail from investor [x2]. |
| 07/07/09 | JAS | .40 | Review Veritas and PwC fee statements, notes to the Receiver regarding same. |
| 07/07/09 | JAS | .10 | Additional telephone call to H. Payer regarding tax matters. |
| 07/07/09 | JAS | .40 | Update to Legisi task list, emails from and to investor. |
| 07/07/09 | JAS | .10 | Follow up email conference with N. Gant regarding reconciliation process. |
| 07/07/09 | JAS | .30 | Return investor phone calls. |
| 07/08/09 | VP | 1.30 | Review miscellaneous mail directed to G. McKnight and attention to same; review mail from Charter Township regarding water and sewer bill for 5045 Barret property, conference with B. Muller regarding same; review invoice from ADT Security, communications with J. Statham and B. Muller regarding same; communications with J. Statham regarding prepayment to Veritas Global for expenses attend to processing payment for same, updated accounting spreadsheet and backup binder. |
| 07/08/09 | JAS | .30 | Attention to obtaining check from V. Petrusha for the Receiver's signature, coordinating delivery with vendor. |
| 07/08/09 | JAS | .30 | Review invoice, email conference with V. Petrusha regarding same, voicemail from and to B. Muller regarding same. |

**CLARK HILL** P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page   5

| 07/08/09 | JAS | .70 | Telephone conference with Bank of America regarding obtaining statements for tax purposes, conference with S. Washington regarding subpoenaing of same. |
|---|---|---|---|
| 07/08/09 | JAD | .10 | Office conference with J. Applebaum regarding investigation of foreign assets. |
| 07/08/09 | JDA | .20 | Correspondence with J. O'Keefe, et al, regarding SEC meeting to discuss investigation and related issues. |
| 07/08/09 | JAS | .10 | Confer with N. Gant regarding claims reconciliation. |
| 07/09/09 | JAS | .20 | Telephone conference with H. Payer regarding tax liability. |
| 07/09/09 | JAS | .10 | Email to J. Sullivant regarding subpoena of LaSalle account documents for taxes. |
| 07/09/09 | JAS | .10 | Telephone conference with investor. |
| 07/09/09 | JAS | .20 | Receipt and review of correspondence to the Receiver. |
| 07/09/09 | JAS | .20 | Email conference with investor. |
| 07/09/09 | JAS | .20 | Email conference with V. Petrusha regarding tax notices. |
| 07/09/09 | VP | .30 | Review mail and two requests for tax returns; forward requests for tax returns to J. Statham. |
| 07/10/09 | VP | .70 | Review invoices from the United States Department of Treasury for 2007 and 2008 tax returns; attend to processing same for payment; update ledger; update supporting documentation binder; communication with J. Statham. |
| 07/10/09 | JAS | .20 | Review correspondence received from IRS and route same to J. Devree. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page   6

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 07/10/09 | JAS | .40 | Voicemail from investors, telephone conferences with investors. |
| 07/10/09 | JAS | .50 | Review documents sent by J. Devree, telephone conference with J. Devree regarding same, voicemail from J. Devree regarding same, conference with the receiver regarding status of tax matters and execution of tax form request, email to V. Petrusha regarding same. |
| 07/10/09 | JAD | .60 | Telephone calls to IRS regarding Form 3520-A return for Legisi Holdings; prepare Form 4506 request for copy of return and Form 2848 power of attorney; email to J. Statham regarding same. |
| 07/10/09 | JAS | .10 | Follow up voicemail to J. Devree regarding tax matters. |
| 07/11/09 | JAS | 1.80 | Return investor phone calls and emails. |
| 07/13/09 | JAS | .30 | Telephone conference with investor, email conference with investor. |
| 07/13/09 | JAS | .20 | Attention to tax forms. |
| 07/13/09 | JAS | .10 | Email to M. Pascoe regarding status of email sent to all investors with complete contact info. |
| 07/13/09 | JAS | .30 | Prepare materials for tomorrow's meeting regarding claim form and bar date. |
| 07/13/09 | JAD | .20 | Review and reply to email from J. Jonkheere regarding IRS Form 3520-A return. |
| 07/14/09 | JAS | .30 | Correspondence from investor, email to M. Pascoe regarding same. |
| 07/14/09 | JAS | .10 | Attention to docket. |
| 07/14/09 | JAS | .30 | Additional telephone conference with investor and email to M. Pascoe regarding the same. |

| 07/14/09 | JAS | .50 | Telephone conference with investor, review correspondence from investor and email to M. Pascoe regarding the same, email conference with M. Pascoe regarding database and emails to investors. |
| 07/14/09 | JAS | .10 | Voicemail to investor M. Wright regarding documents he sent to the Receiver. |
| 07/15/09 | JAS | .20 | Telephone conference with J. Comer regarding update to contact information on Legisi stock holdings. |
| 07/15/09 | JAS | .20 | Telephone calls to the IRS regarding tax form request. |
| 07/15/09 | JAS | .30 | Telephone conference with attorney Rein regarding case status. |
| 07/15/09 | JAS | .20 | Dictate letter to investor regarding claim information, email conference with J. Jonckheere regarding Legisi tax matters. |
| 07/15/09 | JAD | 2.20 | Telephone calls to IRS regarding copy of return; letter to IRS to request copy of return; letter to IRS in response to IRS letter regarding return; review IRS notices regarding Form 940 and 941 returns; prepare responses to same; email to J. Statham regarding signature and filing of same. |
| 07/15/09 | JAS | .40 | Read, analyze, and respond to emails regarding Legisi tax matters, voicemail to IRS regarding return request. |
| 07/15/09 | JAS | .40 | Review documents received from the SEC at case commencement, email to K. Barret regarding same. |
| 07/16/09 | JAS | .30 | Attention to engagement of J. Klunk as investment banker. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page   8

| 07/16/09 | JAS | 2.20 | Review Lone Pine marketing materials and engagement letter, email to J. Klunk regarding the same, draft application to employ Lone Pine. |
| 07/16/09 | LBG | 1.70 | Receipt and review of investor emails and voicemails; forward new/updated contact information to XRoads for entry into investor database. |
| 07/17/09 | LBG | .80 | Receipt of new and updated investor information; conference with J. Statham regarding same. |
| 07/17/09 | JAS | .30 | Receipt and review of correspondence from the IRS, route same to J. Devree and to the Receiver for signature. |
| 07/18/09 | JAS | .20 | Email conference with J. Klunk and R. Gordon regarding retention of Lone Pine. |
| 07/20/09 | JAS | .20 | Additional review of tax documents, request R. Gordon signature, direct S. Washington regarding next steps. |
| 07/20/09 | JAS | .10 | Brief review of Legisi bank statement, route to V. Petrusha. |
| 07/20/09 | JAS | .50 | Review final Lone Pine engagement letter, revise application to employ. |
| 07/20/09 | JAS | .40 | Attention to Legisi tax matters, execution and mailing of documents, voicemail to IRS, email to J. Devree. |
| 07/20/09 | JAD | .30 | Review tax forms and check for proper execution, etc; review and sign letters to IRS |
| 07/21/09 | JAD | .80 | Review IRS notice regarding Form 940 unemployment tax return for 2008; letter to IRS regarding same. |
| 07/21/09 | JAS | .30 | Telephone calls to the IRS regarding tax forms. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page   9

| 07/21/09 | LBG | .40 | Receipt and review of investor emails and voicemails; forward new/updated contact information to XRoads. |
|----------|-----|-----|---------------------------------------------------------------------------------------------------------|
| 07/22/09 | JAS | .20 | Conference with the Receiver and J. Applebaum regarding pending matters. |
| 07/23/09 | JAS | .20 | Attention to docket. |
| 07/23/09 | JAS | .20 | Review revisions to application to employ Lone Pine, attention to filing of same. |
| 07/23/09 | JAS | .50 | Correspondence with investors. |
| 07/23/09 | JAS | .40 | Telephone conference with H. Payer regarding tax matters, review correspondence from IRS, email to J. Devree and J. Sullivant regarding the same. |
| 07/23/09 | VP | .60 | Review refund check received regarding final usage escrow for the 6147 Springdale Road property; arrange to deposit same; update ledger and binder with supporting documentation. |
| 07/24/09 | VP | .70 | Review invoice from the United States Department of Treasury; attention to processing for payment; update ledger; update binder with supporting documentation; communication with J. Statham. |
| 07/24/09 | JAD | .30 | Review IRS notice regarding Form 940 for 2008; check penalty calculation; email to J. Statham regarding same. |
| 07/24/09 | JAS | .50 | Attention to case administration, communications regarding tax matters and payment of invoices. |
| 07/25/09 | JAS | 2.00 | Return investor phone calls and emails. |
| 07/27/09 | JAS | 1.20 | Respond to investor inquiries. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page 10

| 07/27/09 | JAS | .20 | Conference with the Receiver regarding pending matters and direct filing of application to employ Lone Pine. |
| 07/28/09 | JAS | .20 | Email conference with M. Pascoe and investor, confer with S. Washington regarding the same. |
| 07/28/09 | JAS | .60 | Review Veritas and Xroads fee statements, review docket. |
| 07/28/09 | JAD | 1.10 | Visit local IRS office in effort to obtain Legisi tax return; email to J. Statham regarding same. |
| 07/28/09 | JDA | .20 | Correspondence from J. DeVree regarding tax matters. |
| 07/30/09 | JAS | 1.50 | Return investor phone calls and emails. |
| 07/30/09 | JAS | .10 | Review order employing Lone Pine and email to J. Klunk regarding the same. |
| 07/31/09 | JAS | .30 | Attention to Legisi tax matters, review correspondence from State of Michigan, email to J. Devree regarding same, email to V. Petrusha regarding payment. |
| 07/31/09 | JAS | .20 | Attention to docket, conference with the Receiver regarding the same. |
| 07/31/09 | VP | 1.70 | Review court docket regarding applications for payment; attend to processing Xroads and Plante Moran's applications for payment; review invoices from LonePine Capital Advisors and the State of Michigan, attend to processing for payment; communications with J. Statham regarding same; update accounting ledger; update supporting document binder. |

B130      Asset Disposition

| 07/01/09 | BJM | .40 | Correspond with appraisers regarding receipt of final reports. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page 11

| 07/06/09 | JAS | 1.80 | Prepare for and attend call with R. Gordon and E. Hood regarding sale of stock holdings and retention of investment banker, additional conversations with R. Gordon regarding same and with J. Klunk regarding same. |
|----------|-----|------|---|
| 07/08/09 | JAS | .40 | Revise motion to sell Miller Road property, email to SEC regarding the same, confer with J. Applebaum regarding the same. |
| 07/08/09 | JAS | .40 | Telephone conference with J. Okeefe regarding disposition of real property, email conference with B. Muller regarding same, voicemail to Okeefe regarding the same. |
| 07/08/09 | JAS | .80 | Review and analysis of motion to sell 8475 Miller Road property and all exhibits. |
| 07/08/09 | BJM | 6.40 | Draft and prepare 10-day notice of private sale related to 8475 Miller Road property; draft and prepare motion to sell 8475 Miller Road property; confer with J. Statham regarding same; correspond with realtor and property manager regarding sale of 8475 Miller Road property; correspond with Legal News regarding publication of notice. |
| 07/09/09 | BJM | 1.60 | Correspond with J. Sullivant regarding real property sale transaction closing statements; correspond with property manager regarding invoice received from ADT; confer with V. Petrusha regarding same. |
| 07/10/09 | BJM | 1.50 | Confer with J. Statham regarding filing of motion to sell 8475 Miller Road; correspond with realtor regarding same; review final pleadings and exhibits and assemble for filing; correspond with property manager regarding water bill for property on Barret. |

| 07/10/09 | JAS | .40 | Final review of motion to sell Miller Road property, email conference with B. Muller regarding same, confer with J. Applebaum and S. Washington regarding the same. |
|---|---|---|---|
| 07/20/09 | JAS | .10 | Conference with B. Muller regarding disposition of Miller Road property. |
| 07/20/09 | BJM | 2.00 | Correspond with buyer's agent regarding anticipated closing timeline for sale of 8475 Miller Road property; correspond with listing agent and confer with J. Statham regarding same; correspond with K. Bistricky regarding proposed sales of Bistricky mortgaged properties; review correspondence related to same. |
| 07/21/09 | BJM | 1.30 | Coordinate closing items related to sale of 8475 Miller Road property; correspond with D. Bistricky regarding pending sale of Bistricky mortgaged properties. |
| 07/29/09 | BJM | .80 | Correspond with Buyer's agent and listing agent regarding receipt of entered order approving sale of 8475 Miller Road and coordination of open items related to closing. |
| 07/30/09 | JAS | .10 | Review order regarding disposition of property, email conference with J. Applebaum and B. Muller regarding the same. |
| 07/31/09 | BJM | 2.70 | Coordinate closing issues related to sale of Miller Road commercial properties and 8475 Miller Road; review and revise documents related to same. |

| B180 | Asset Analysis and Recovery | | |
|---|---|---|---|
| 07/01/09 | NMG | 7.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page 13

| Date | | | | |
|------|------|------|------|------|
| 07/02/09 | NMG | 4.50 | | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/06/09 | JAS | .30 | | Follow up emails with C. Coleman regarding recovery of funds and telephone conference with J. Birkenheier regarding the same. |
| 07/06/09 | NMG | 6.60 | | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/07/09 | NMG | 6.80 | | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/07/09 | JAS | 1.70 | | Telephone conference with R. Rytman regarding pending matters, conference with the Receiver and J. Applebaum regarding pending matters, conference with J. Okeefe regarding pending matters and analysis of issues regarding the same. |
| 07/07/09 | CMC | 3.00 | | Work on fraudulent transfer actions memorandum. |
| 07/08/09 | JAS | 1.50 | | Conference with J. Applebaum, R. Gordon and other team members regarding pending matters. |
| 07/08/09 | SW | .70 | | Prepare Subpoena and exhibit to Bank of America. |
| 07/08/09 | CMC | 3.00 | | Case law research for fraudulent transfer memorandum |
| 07/08/09 | JDA | .90 | | Conference with R. Rytman and J. Statham regarding pending matters; review of Receiver Order and conference with R. Gordon regarding powers and duties of the Receiver. |
| 07/08/09 | JAS | .10 | | Confer with C. Cahill regarding fraudulent transfer causes of action. |

| 07/08/09 | NMG | 6.70 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/09/09 | CEM | .30 | Emails from S. Groth and J. Michael; telephone call from and to J. Michael regarding PFAP proxy. |
| 07/09/09 | CEM | .50 | Telephone call and emails from and to Pacific Asia. |
| 07/09/09 | CMC | 4.00 | Research fraudulent transfer case law for memorandum. |
| 07/09/09 | JAS | .20 | Telephone conference with R. Rytman regarding pending matters. |
| 07/09/09 | SW | 1.50 | Review Sigma Financial Documents for relevant information; phone call to and voicemail to K. Carroll of the Compliance Department regarding John Hancock Freedom 529 account |
| 07/09/09 | JAS | .20 | Conference with S. Washington regarding recovery of certain documents. |
| 07/10/09 | JAS | .30 | Attention to issues regarding Legisi stock and proxy statement, conference regarding same and engagement of investment banker with the Receiver. |
| 07/10/09 | CMC | 4.50 | Research case law for memorandum. |
| 07/10/09 | JAS | .10 | Confer with C. Cahill regarding fraudulent transfer causes of action. |
| 07/10/09 | CEM | .20 | Telephone conference with F. Ingriselli; telephone conference with M. Groth; telephone conference with J. Michaels regarding Pacific Asia proxy. |
| 07/13/09 | JAS | .40 | Attention to update of information with stock transfer agent, voicemail to J. Comer regarding same. |
| 07/13/09 | JAS | 2.00 | Review deposition of K. Curran. |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page  15

| Date | Initials | Hours | Description |
|---|---|---|---|
| 07/13/09 | JAS | .20 | Attention to recovery of Pacific Asia proxy statement, send Receiver Order to issuer direct. |
| 07/13/09 | NMG | 6.80 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/13/09 | CMC | 5.00 | Review case law and modify draft memo on fraudulent transfers. |
| 07/14/09 | CMC | 1.20 | Review case law and modify fraudulent transfers memo. |
| 07/14/09 | JAS | .10 | Voicemail from and to J. Comer regarding Legisi stock. |
| 07/14/09 | NMG | 6.90 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/14/09 | JAS | 1.00 | Prepare for and attend conference with J. Birkenheier, J. Applebaum, and R. Gordon regarding pending matters, follow up conference with J. Applebaum and R. Gordon regarding same. |
| 07/14/09 | JDA | .50 | Preparation for and telephone conference with J. Birkenheier, J. Statham and R. Gordon asset recovery and related issues. |
| 07/15/09 | NMG | 7.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/15/09 | CMC | 8.50 | Revise memo on fraudulent transfers |
| 07/15/09 | JAS | .20 | Telephone conference with R. Rytman regarding pending matters, conference with R. Gordon regarding the same. |
| 07/15/09 | JAS | .40 | Email conference with K. Barret, review documents sent by K. Barret. |
| 07/16/09 | JAS | .30 | Conference with R. Gordon regarding pending matters. |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page  16

| 07/16/09 | NMG | 4.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/16/09 | CMC | 6.00 | Complete revisions to memorandum on fraudulent transfers and specific potential targets of fraudulent transfer litigation. |
| 07/17/09 | JAS | 2.00 | Review Pacific Asia proxy statement and annual report. |
| 07/17/09 | JAS | .70 | Beginning review of memorandum regarding potential causes of action. |
| 07/19/09 | JAS | .20 | Correspondence with C. Murphy regarding Pacific Asia annual meeting. |
| 07/20/09 | JAS | .20 | Confer with the Receiver and C. Murphy regarding Pacific Asia annual meeting. |
| 07/20/09 | JAS | .30 | Conference with J. Klunk, attention to emailing documents to J. Klunk regarding Pacific Asia. |
| 07/20/09 | JAS | .20 | Locate contact information F. Ingriselli, voicemail to same regarding Pacific Asia annual meeting. |
| 07/20/09 | CEM | .40 | Conference with J. Statham and R. Gordon regarding Pacific Asia shareholder meeting and proxy issues. |
| 07/20/09 | NMG | 4.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/20/09 | RDG | .20 | Conference with C. Murphy regarding Elite litigation and Redman dismissal motion. |
| 07/21/09 | NMG | 7.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/22/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page 17

| | | | |
|---|---|---|---|
| 07/22/09 | JAS | .30 | Review and respond to correspondence from J. Okeefe regarding insurance matters. |
| 07/22/09 | RDG | .10 | Receipt and review of email correspondence from E. Hood regarding services on Rosettos and related issues. |
| 07/23/09 | JAS | .80 | Complete and submit forms to liquidate certain insurance policies, conference with the Receiver regarding the same. |
| 07/23/09 | JDA | .30 | Correspondence from G. Nitzkin and correspondence with E. Hood regarding information access and potential litigation issues. |
| 07/23/09 | JAS | .30 | Correspondence with J. Okeefe regarding insurance. |
| 07/23/09 | NMG | 7.70 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/24/09 | EJH | .30 | Review multiple email correspondence from attorney for victims; reply to same. |
| 07/24/09 | NMG | 8.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/27/09 | NMG | 8.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/28/09 | NMG | 5.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/28/09 | JAS | .30 | Telephone conference with the Receiver and C. Brecken. |
| 07/29/09 | NMG | 8.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page  18

| | | | |
|---|---|---|---|
| 07/29/09 | JAS | .20 | Email conference with N. Gant regarding status of Legisi internal record reconciliation. |
| 07/30/09 | NMG | 6.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 07/31/09 | NMG | 8.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |

**B191      Litigation**

| | | | |
|---|---|---|---|
| 07/09/09 | JAS | .10 | Confer with C. Murphy regarding pending matters. |
| 07/22/09 | JAS | .70 | Review dockets of all pending litigation, compile information for the Receiver regarding the same. |
| 07/27/09 | EKS | .40 | Correspond with SS Agent Knudson regarding status of investigation; correspond with C. Murphy regarding public service issue. |

**B310      Claims Administration - General**

| | | | |
|---|---|---|---|
| 07/02/09 | JAS | .50 | Additional revisions to claim form and accompanying documents. |
| 07/07/09 | JAS | .40 | Revise Claim Form and associated documents. |
| 07/17/09 | JAS | 1.30 | Review and discuss claims procedures motion with the Receiver. |
| 07/20/09 | JAS | 1.50 | Beginning revisions to claim procedures motion per R. Gordon's comments. |
| 07/21/09 | JAS | 1.50 | Attention to revisions to claim procedures motion, multiple telephone conferences with the Wall Street Journal regarding publication options. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page  19

| 07/23/09 | JAS | 2.80 | Additional revisions to claim procedures motion, draft order regarding same, revise relevant forms, email to M. Pascoe regarding same, conference with J. Applebaum regarding same. |
| 07/28/09 | JAS | 1.50 | Additional revisions to claim procedures motion and all related forms and notices. |
| 07/29/09 | JAS | 1.20 | Further revisions to claim procedures motion and related forms, conference with the Receiver regarding the same, circulate to the SEC. |
| 07/29/09 | JAS | .30 | Confer with J. Applebaum regarding changes to claim procedures motion and review changes to various forms. |
| 07/30/09 | JAS | .20 | Review the Receiver's changes to the claims procedures motion, confer with the Receiver regarding the same. |
| 07/31/09 | JAS | 1.00 | Review and revise claim motion and forms, review Wall Street Journal information regarding publication notice, voicemail and email to E. Ostenson regarding same. |

$60,804.00

## TIMEKEEPER SUMMARY

Client Name          Robert D. Gordon, Receiver

Matter Description McKnight/ Legisi

Service Period       07/01/09 thru 07/31/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $382.50 | .40 | $153.00 |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
August 19, 2009
INVOICE # 353798
Page   20

| | | | | |
|---|---|---|---|---|
| | Lauralyn Bell-Guzzo | $99.00 | 2.90 | $287.10 |
| | Jeffrey A. DeVree | $355.50 | 5.60 | $1,990.80 |
| | Edward J. Hood | $328.50 | .90 | $295.65 |
| | Valentina Petrusha | $153.00 | 6.40 | $979.20 |
| | Jami Ann Statham | $189.00 | 31.70 | $5,991.30 |
| | **TOTAL** | | 47.90 | $9,697.05 |
| B130 | Asset Disposition | | | |
| | Brandon J. Muller | $202.50 | 16.70 | $3,381.75 |
| | Jami Ann Statham | $189.00 | 4.00 | $756.00 |
| | **TOTAL** | | 20.70 | $4,137.75 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $382.50 | 1.70 | $650.25 |
| | Christopher M. Cahill | $292.50 | 35.20 | $10,296.00 |
| | Norma M. Gant | $234.00 | 127.50 | $29,835.00 |
| | Robert D. Gordon | $423.00 | .30 | $126.90 |
| | Edward J. Hood | $328.50 | .30 | $98.55 |
| | Charles E. Murphy | $333.00 | 1.40 | $466.20 |
| | Jami Ann Statham | $189.00 | 14.50 | $2,740.50 |
| | Secret Washington | $99.00 | 2.20 | $217.80 |
| | **TOTAL** | | 183.10 | $44,431.20 |
| B191 | Litigation | | | |
| | Eric K. Shih | $202.50 | .40 | $81.00 |
| | Jami Ann Statham | $189.00 | .80 | $151.20 |
| | **TOTAL** | | 1.20 | $232.20 |
| B310 | Claims Administration - General | | | |
| | Jami Ann Statham | $189.00 | 12.20 | $2,305.80 |
| | **TOTAL** | | 12.20 | $2,305.80 |
| **ACTIVITY TOTAL** | | | 265.10 | $60,804.00 |

# EXHIBIT B

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

Invoice #   353732
August 19, 2009
Client:   30711
Matter: 125952

==================================================================

RE:  All American Home Products, Inc.


FOR SERVICES RENDERED through July 31, 2009

     Total Services:                                            $1,652.40


STATEMENT TOTAL                                     $1,652.40

# CLARK HILL P.L.C.

DETAILED DESCRIPTION OF SERVICES

07/06/09 JAS        .20  Review materials received from V. Sloat
                         Rogers.

07/09/09 JDA        .60  Telephone conference with V. Sloat Rogers
                         regarding All American settlement proposal;
                         review correspondence with V. Sloat Rogers and
                         correspondence with R. Gordon, J. Statham and
                         E. Hood regarding same.

07/13/09 JDA        .40  Review correspondence among J. Statham and V.
                         Sloat Rogers regarding All-American Home
                         Products issues.

07/13/09 JAS        .30  Attention to email received from V. Sloat
                         Rogers.

07/14/09 EJH        .60  Conferences with counsel regarding status of
                         matter and potential resolution.

07/14/09 JAS        .70  Confer with J. Applebaum and E. Hood
                         regarding All American regarding assignment,
                         email to and from V. Sloat Rogers regarding
                         the same, create list of questions regarding
                         CK Building Products.

07/14/09 JAS        .50  Confer with V. Sloat Rogers and E. Hood
                         regarding All American.

07/17/09 JDA        .50  Review correspondence among V. Sloat Rogers, E.
                         Hood and J. Statham regarding investigation of
                         and settlement of All-American claims.

07/17/09 EJH        .30  Review email from Florida counsel;
                         preparation of response regarding same.

07/17/09 JAS        .20  Receipt and review of correspondence from V.
                         Sloat Rogers.

07/21/09 EJH        .30  Conference with Florida counsel regarding
                         status of matter and strategy.

# CLARK HILL P.L.C.

07/21/09 JAS       .50   Attend conference call regarding All American
                         with E. Hood, V. Sloat Rogers, K. Waterway
                         and J. Applebaum, follow up conference with
                         J. Applebaum regarding same.

07/22/09 JAS       .20   Review and respond to email from V. Sloat
                         Rogers regarding ABC notice.

07/23/09 JAS       .30   Notes to file regarding All American
                         assignment and next steps.

07/28/09 EJH       .30   Review deposition notice; respond to Florida
                         counsel regarding same.

07/28/09 JAS       .20   Receipt and review of email from V. Sloat
                         Rogers regarding deposition, respond to same.

$1,652.40

### TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| JDA | Joel D. Applebaum | 1.50 hours at | $382.50 = | $573.75 |
| EJH | Edward J. Hood | 1.50 hours at | $328.50 = | $492.75 |
| JAS | Jami Ann Statham | 3.10 hours at | $189.00 = | $585.90 |

# EXHIBIT C

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

### INVOICE

Invoice #  353733

Robert D. Gordon, Receiver  
c/o Clark Hill PLC  
500 Woodward Ave.  
Suite 3500  
Detroit, MI 48226

August 19, 2009  
Client:  30711  
Matter: 130953

==================================================================

RE:  Royal Palm Litigation

FOR SERVICES RENDERED through July 31, 2009

    Total Services:                                           $1,629.00

STATEMENT TOTAL                                    $1,629.00

TOTAL AMOUNT DUE                                  $1,629.00  
                                               ===========

# CLARK HILL P.L.C.

### DETAILED DESCRIPTION OF SERVICES

| 07/22/09 | EJH | .40 | Conference with attorneys for Rosettos regarding service of complaint and answer; follow up with C. Murphy regarding same. |
| 07/28/09 | CEM | .20 | Review email and telephone call from Carl Schoepel regarding Royal Palm. |
| 07/28/09 | CEM | 2.00 | Review Motion to Dismiss of Goddard et al; telephone conference with E. Hood; telephone conference with C. Schoepel; two telephone conferences with N. Kahn; two telephone conferences with E. Hood; calendar responses. |
| 07/28/09 | JAS | .40 | Brief review of Royal Palm objection, confer with C. Murphy regarding same. |
| 07/28/09 | JAS | .50 | Review Goddard, et. al's motion to dismiss Royal Palm Complaint. |
| 07/29/09 | CEM | .20 | Conference with E. Shih regarding response to Motion to Dismiss on Royal Palm. |
| 07/30/09 | CEM | .40 | Conference with E. Hood. |
| 07/30/09 | CEM | .10 | Telephone call with E. Michaels. |
| 07/30/09 | EJH | 1.00 | Review motion to dismiss; conference with C. Murphy regarding same; email to J. Grubman regarding representation of Roxanne Rosetto. |
| 07/31/09 | CEM | .10 | Telephone call with E. Michaels. |

$1,629.00

### TIMEKEEPER SUMMARY

| CEM | Charles E. Murphy | 3.00 hours at | $333.00 = | $999.00 |
| EJH | Edward J. Hood | 1.40 hours at | $328.50 = | $459.90 |
| JAS | Jami Ann Statham | 0.90 hours at | $189.00 = | $170.10 |

# EXHIBIT D

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

### INVOICE

Invoice # 353734

```
Robert D. Gordon, Receiver              August 19, 2009
c/o Clark Hill PLC                      Client:  30711
500 Woodward Ave.                       Matter: 130955
Suite 3500
Detroit, MI 48226
```

==================================================================

RE:  Elite/Edgetech Litigation

FOR SERVICES RENDERED through July 31, 2009

    Total Services:                               $2,798.55


STATEMENT TOTAL                                       $2,798.55


TOTAL AMOUNT DUE                                      $2,798.55
                                                    ===========

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 07/08/09 | CEM | .20 | Telephone conference with E. Shih regarding substitute service. |
| 07/15/09 | JAS | 1.00 | Review the Receiver's answer to K. Redman's motion to dismiss. |
| 07/29/09 | CEM | .10 | Conference with E. Shih regarding Redman issues. |
| 07/30/09 | CEM | .60 | Review pleadings and prepare for meeting. |
| 07/30/09 | CEM | 2.00 | Conference with F. Seyferth, N. Kahn and E. Hood. |
| 07/30/09 | EJH | 4.70 | Preparation for and meeting with attorneys for K. Redman. |
| 07/31/09 | CEM | .30 | Telephone call and letter from Schichtman for Monsalve. |

$2,798.55

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| CEM | Charles E. Murphy | 3.20 hours at | $333.00 = | $1,065.60 |
| EJH | Edward J. Hood | 4.70 hours at | $328.50 = | $1,543.95 |
| JAS | Jami Ann Statham | 1.00 hours at | $189.00 = | $189.00 |