# EXHIBIT A

5616537.16 30710/122569

# CLARK HILL

*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   353731

McKnight/ Legisi Receivership                    August 19, 2009
c/o Robert D. Gordon, Cl Hill                    Client:   30710
500 Woodward Ave.                                Matter: 122569
Suite 3500
Detroit, MI 48226

====================================================================
RE:   Receiver Services


FOR SERVICES RENDERED through July 31, 2009

        Total Services:                             $9,982.80


STATEMENT TOTAL                                     $9,982.80

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| B110 | Case Administration | | |
| 07/01/09 | RDG | .40 | Review fee statements of Plante & Moran for February - April and of XRoads for April; prepare note. |
| 07/01/09 | RDG | .10 | Attention to investor inquiry. |
| 07/02/09 | RDG | .20 | Conference with J. Statham regarding engagement letter from Lone Pine. |
| 07/04/09 | RDG | .20 | Email conferences with E. Hood and J. Klunk regarding Lone Pine engagement. |
| 07/05/09 | RDG | 3.00 | Review, analyze, and draft revisions to proposed engagement letter for Lone Pine; draft email correspondence to E. Hood, et al., regarding same. |
| 07/06/09 | RDG | 3.00 | Email conferences with E. Hood, J. Applebaum, and J. Statham, further conference with J. Applebaum and telephone conference with E. Hood and J. Statham, and telephone conference with J. Klunk regarding retention of Lone Pine; review stock positions and further analyze retention issues. |
| 07/06/09 | RDG | .50 | Receipt and review email correspondence from J.Klunk regarding revised retention and further analyze issues. |
| 07/06/09 | RDG | .20 | Review and execute vendor check payments. |
| 07/07/09 | RDG | .30 | Further attention to issues regarding Lone Pine retention and conference with J. Statham regarding same. |
| 07/07/09 | RDG | .10 | Attention to investor inquiry. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 07/08/09 | RDG | .20 | Telephone conference with J. Klunk regarding Lone Pine engagement. |
| 07/10/09 | RDG | .20 | Receipt and review of email correspondence regarding Pacific Asia proxy and conference with J. Statham regarding same. |
| 07/10/09 | RDG | .30 | Further analysis and telephone conference with J. Klunk regarding retention of Lone Pine. |
| 07/12/09 | RDG | .20 | Email conference with S. Groth, et al., regarding Pacific Asia stock. |
| 07/13/09 | RDG | .20 | Email conference with J. Michael, et al., regarding Pacific Asia proxy. |
| 07/14/09 | RDG | 1.00 | Conference call with J. Birkenheier, et al., regarding status of matters; follow-up conference with J. Applebaum and J. Statham regarding same. |
| 07/15/09 | RDG | .80 | Review updated engagement letter from Lone Pine; draft amendments and email correspondence to J. Klunk, et al., regarding same. |
| 07/17/09 | RDG | .10 | Conference with L. Bell-Guzzo regarding investor inquiries. |
| 07/20/09 | RDG | .20 | Conference with C. Murphy and J. Statham regarding Pacific Asia proxy. |
| 07/21/09 | RDG | .20 | Receipt and review of Sedgwick fee statement. |
| 07/22/09 | RDG | .80 | Review and revise Motion to employ Lone Pine, brief in support, and order; conference with J. Statham regarding same. |
| 07/27/09 | RDG | .20 | Conference with L. Bell-Guzzo regarding status of various matters. |
| 07/29/09 | RDG | .70 | Review file and meet with J. Applebaum and J. Statham regarding pending matters and status. |

# CLARK HILL P.L.C.

McKnight/ Legisi Receivership
Receiver Services
August 19, 2009
INVOICE # 353731
Page    4

| 07/30/09 | RDG | .20 | Receipt and review of entered order regarding Lone Pine employment; email conference with J. Klunk and J. Statham regarding same. |

**B180          Asset Analysis and Recovery**

| 07/06/09 | RDG | .10 | Receipt and review correspondence J. Statham regarding obtaining remission of funds from DOJ. |
| 07/07/09 | RDG | .30 | Conference with J. Statham regarding investigation issues. |
| 07/08/09 | RDG | .60 | Conference with J. Applebaum and J. Statham regarding Veritas investigation; conference with J. Statham regarding other investigation matters. |
| 07/16/09 | RDG | .50 | Conference with J. Statham regarding recovery of assets; research regarding same. |
| 07/17/09 | RDG | .40 | Receipt and review of email correspondence and preliminary review of materials regarding Pacific Asia stockholders meeting; conference with J. Statham regarding same. |
| 07/17/09 | RDG | .10 | Receipt and review of email correspondence from G. Davis regarding bank contact. |
| 07/28/09 | RDG | .30 | Telephone conference with C.B. Breckin and J. Statham regarding Brekford stock. |

**B310          Claims Administration - General**

| 07/17/09 | RDG | 4.00 | Review, revise and further draft motion and order for claims procedures, claim form, notice of bar date, publication notice, and instructions; conference with J. Statham regarding same. |
| 07/23/09 | RDG | .10 | Conference with J. Statham regarding status of claims procedures motion. |

# CLARK HILL P.L.C.

| 07/29/09 | RDG | .20 | Conference with J. Statham regarding status of claims procedures pleadings and forwarding same to SEC for review. |
| 07/30/09 | RDG | 3.00 | Review, revise, and further draft motion and order for claims procedures, and claim form and instructions. |
| 07/31/09 | RDG | .70 | Review and revise bar date notice and publication notice; conference with J. Statham regarding same. |

$9,982.80

## TIMEKEEPER SUMMARY

Client Name          McKnight/ Legisi Receivership

Matter Description   Receiver Services

Service Period       07/01/09 thru 07/31/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Robert D. Gordon | $423.00 | 13.30 | $5,625.90 |
| | TOTAL | | 13.30 | $5,625.90 |
| B180 | Asset Analysis and Recovery | | | |
| | Robert D. Gordon | $423.00 | 2.30 | $972.90 |
| | TOTAL | | 2.30 | $972.90 |
| B310 | Claims Administration - General | | | |
| | Robert D. Gordon | $423.00 | 8.00 | $3,384.00 |
| | TOTAL | | 8.00 | $3,384.00 |
| ACTIVITY TOTAL | | | 23.60 | $9,982.80 |