# EXHIBIT A

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

### INVOICE

Invoice #   356699

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

September 22, 2009
Client:   30711
Matter:  122570

======================================================================
RE:  McKnight/ Legisi


FOR SERVICES RENDERED through August 31, 2009

    Total Services:                              $72,760.50

FOR EXPENSES INCURRED OR ADVANCED:

| | |
|---|---|
| Business Meals | $27.27 |
| Travel and Related Expenses | $1,061.06 |
| Federal Express/UPS | $10.11 |

    Total Expenses:                              $1,098.44

STATEMENT TOTAL                                  $73,858.94

# CLARK HILL P.L.C.

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|--------|------|-----------|
| B110 | Case Administration | | |
| 08/02/09 | JAS | .20 | Brief review of documents received from Bank of America. |
| 08/02/09 | JAS | .30 | Conference with R. Gordon regarding case administration. |
| 08/03/09 | JAS | 4.30 | Return investor phone calls, confer with L. Bell Guzzo regarding additional phone calls. |
| 08/03/09 | JAS | .20 | Telephone conference with E. Hood regarding deposition, review of Legisi task list. |
| 08/03/09 | LBG | .30 | Receipt and review investor email and voicemail inquiries; attention to same. |
| 08/04/09 | JAS | .10 | Email correspondence from J. Devree regarding Legisi tax matters. |
| 08/04/09 | JAD | .10 | Review letter from Michigan Treasury regarding SUW tax liabilities; email to J. Statham regarding payment of same. |
| 08/04/09 | JAS | .20 | Receipt and review of email correspondence from M. Pascoe regarding database. |
| 08/04/09 | JAS | .20 | Attention to scheduling of meeting, conference with the Receiver. |
| 08/04/09 | JAS | .20 | Attention to Legisi tax matters, send Bank of America statements to J. Sullivant. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 22, 2009
INVOICE # 356699
Page   3

| 08/04/09 | JAS | .30 | Additional email conferences with M. Pascoe regarding database issues, conference with L. Bell Guzzo regarding the same. |
| 08/05/09 | JAS | .50 | Return Legisi investor phone calls. |
| 08/06/09 | LBG | .50 | Attention to investor voicemails. |
| 08/07/09 | JAS | .30 | Receipt and review of Legisi bank statements. |
| 08/07/09 | JAS | .40 | Attention to retrieval and execution by the Receiver of power of attorney forms for tax purposes. |
| 08/10/09 | JAS | .20 | Email conference with R. Gordon regarding pending matters including update to website and report and account. |
| 08/11/09 | JAS | .20 | Attention to docket. |
| 08/11/09 | JAS | .10 | Brief review of Telemus statements, route to V. Petrusha. |
| 08/11/09 | JAS | .50 | Review April, May and June Xroads fee statements. |
| 08/11/09 | LBG | .70 | Receipt and review of investor email and voicemail inquiries; attention to same. |
| 08/12/09 | JAS | 3.00 | Respond to emails and telephone calls from investors. |
| 08/12/09 | VP | .30 | Review and attend to miscellaneous mail directed to Gary Bick and Gary Bistricky. |
| 08/12/09 | JAS | .30 | Telephone conference with P. Ross of the Department of Justice regarding status of criminal case. |
| 08/12/09 | JAS | .30 | Conference with R. Gordon regarding criminal investigation. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 22, 2009
INVOICE # 356699
Page   4

| 08/13/09 | JAS | .20 | Telephone conference with Department of Justice representative regarding investor phone calls. |
| 08/13/09 | JAS | .30 | Voicemails from investors. |
| 08/14/09 | JAS | .20 | Conference with J. Applebaum regarding case status and meeting with the DOJ and SEC scheduled for August 17. |
| 08/14/09 | JAS | .20 | Attention to file. |
| 08/14/09 | JAS | .30 | Attention to case administration. |
| 08/17/09 | JAS | 2.00 | Attention to Legisi tax matters, communicate with IRS, draft letter to same, complete necessary tax forms. |
| 08/17/09 | JAD | 1.90 | Review and analyze IRS response to request for copy of Form 3520-A return; review and reply to email from J. Statham regarding same ; review and analyze transcript of return; email to J. Statham with comments regarding same; office conference with J. Statham regarding same. |
| 08/18/09 | JAS | .80 | Review and analyze Preliminary Injunction, Asset Freeze Order, and Receiver Order for the Receiver. |
| 08/18/09 | JAS | 2.50 | Respond to investor phone calls and emails, email conferences with M. Pascoe regarding the same. |
| 08/18/09 | LBG | .30 | Receipt and review of investor emails; forward new investor contact information to XRoads for entry into database. |
| 08/18/09 | JAS | .20 | Email conference with V. Petrusha regarding case status. |
| 08/18/09 | JAS | .30 | Confer with J. Devree, revise letter to IRS, conference with S. Washington regarding the same. |

| 08/19/09 | JAS | .20 | Email conference with E. Hood regarding case status. |
| 08/19/09 | JAS | .30 | Attention to estate administration. |
| 08/19/09 | JAS | .40 | Review the Reciever's website, confer with the receiver and M. Pascoe regarding the Receivers website. |
| 08/20/09 | JAS | .20 | Email conference with A. Knudson and J. Okeefe regarding Legisi matters. |
| 08/20/09 | JAS | 1.00 | Draft update to investors from the Receiver. |
| 08/20/09 | JAS | .10 | Email conference with M. Pascoe regarding website. |
| 08/20/09 | JAS | .50 | Attention to estate administration. |
| 08/21/09 | JAS | 1.00 | Revise update to investors, confer with R. Gordon regarding the same and status of the database, emails to M. Pascoe regarding the same. |
| 08/21/09 | JAS | .30 | Attention to estate administration. |
| 08/21/09 | LBG | .20 | Review investor emails regarding change/new contact information. |
| 08/24/09 | JAS | .10 | Email conference with R. Rytman regarding case update. |
| 08/26/09 | JAS | .30 | Review notes, follow up with J. Sullivant regarding Legisi taxes. |
| 08/26/09 | JAS | 1.00 | Attention to Legisi tax matters. |
| 08/26/09 | JAS | .20 | Review docket, voicemail to clerk for Judge Steeh regarding claims procedures motion. |
| 08/26/09 | LBG | .50 | Receipt and review of investor emails regarding new contact information; conference with J. Statham regarding same. |
| 08/27/09 | JAS | 1.00 | Attention to file, review of tasks list. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 22, 2009
INVOICE # 356699
Page   6

| | | | |
|---|---|---|---|
| 08/27/09 | JAS | 1.50 | Telephone conference with J. Okeefe regarding various Legisi entities, conduct business entity searches for entities, email to J. Sullivant regarding tax matters, confer with the Receiver regarding the same. |
| 08/27/09 | JAS | .10 | Additional email to J. Sullivant regarding Legisi taxes. |
| 08/28/09 | JAS | .50 | Email conference with V. Petrusha regarding Legisi matters, email to the Receiver regarding the same. |
| 08/28/09 | VP | 5.70 | Review miscellaneous mail directed to G. McKnight and Legisi, attention to same; review Court docket regarding applications for payment attend to processing Veritas application for payment; review invoices from Property Management Company and invoice for publication of notice of action in Florida, attention to processing same for payment; update accounting spreadsheet; update back-up document binder; review file regarding potential creditors and preparation of spreadsheet regarding same; compilation of documents supporting potential creditors list; review accounting records and provide J. Statham with current status of each account; update file material; conference with B. Muller regarding property tax matters and invoices from Security Company; prepare 4 checks for deposit with MBank and arrange for same. |
| 08/31/09 | JAS | .20 | Telephone conference with E. Wishnow regarding case status and password for Lindenwood quick books records. |
| 08/31/09 | JAD | 1.30 | Review email to and from J. Statham and J. Sullivant regarding tax return information; email to J. Statham and J. Sullivant with comments and advice regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 22, 2009
INVOICE # 356699
Page   7

08/31/09   JAS      .20   Update Legisi task list.


| B130 | | Asset Disposition | |
|---|---|---|---|
| 08/03/09 | BJM | 3.40 | Prepare for closing; correspond with title company, listing agent and property manager regarding miscellaneous issues related to closing; draft and prepare covenant deed. |
| 08/04/09 | BJM | 5.70 | Prepare for closing; review and revise closing documents prepared by title company; draft and prepare additional closing documents; correspond with title company and listing agent regarding same; facilitate execution of closing documents. |
| 08/05/09 | BJM | 4.30 | Prepare for and attend closing of sale of 8475 Miller Road property. |
| 08/06/09 | BJM | 1.30 | Correspond with V. Petrusha regarding proceeds from sale of 8475 Miller Road property; attend to post-closing matters. |
| 08/11/09 | BJM | 2.00 | Draft and prepare motion to sell Miller Road commercial properties. |
| 08/12/09 | BJM | 5.40 | Draft, prepare, revise and finalize motion to sell Miller Road commercial properties; confer with J. Statham regarding same. |
| 08/13/09 | JAS | 2.70 | Review motion to sell real property and all appraisals, emails to B. Muller regarding same. |
| 08/17/09 | JAS | .50 | Confer with B. Muller and R. Gordon regarding status for sale of real property, analyze options. |
| 08/17/09 | BJM | 1.90 | Confer with J. Statham and R. Gordon regarding offer price on Miller Road commercial properties versus average appraised values of such properties; consider seller concessions and similar alternatives to facilitate existing |

|            |      |       | offer; correspond with listing agent regarding such alternatives. |
|------------|------|-------|---|
| 08/18/09 | BJM | 2.60 | Meet with listing agent regarding potentially amended terms of Miller Road commercial property sale; provide appraisal reports to listing agent for discussion with buyer; discuss appraisal reports with listing agent; consider alternatives regarding existing offer price and seller concessions. |
| 08/20/09 | JAS | .50 | Review file regarding life insurance policies, draft letter to J. Okeefe regarding the same. |
| 08/26/09 | BJM | 1.40 | Correspond with property manager regarding status of inventoried properties, projected budget and payment of 2009 real property taxes; review file documents and confer with V. Petrusha regarding same. |
| 08/27/09 | JAS | .20 | Review notes on real estate, voicemail to and from B. Muller regarding same. |
| 08/28/09 | JAS | .20 | Email conference with B. Muller regarding status of real estate sale. |

| B180     | Asset Analysis and Recovery | | |
|----------|------|-------|---|
| 08/03/09 | NMG | 5.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses |
| 08/04/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses |
| 08/04/09 | JAS | .50 | Locate correspondence to and from Western Southern, telephone conference with Western Southern, email to J. Okeefe regarding same. |
| 08/04/09 | JAS | 2.60 | Review and analyze Legisi records. |

# CLARK HILL P.L.C.

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 08/05/09 | NMG | 5.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses |
| 08/06/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses |
| 08/07/09 | NMG | 8.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses |
| 08/07/09 | JAS | .30 | Receipt and review of Western & Southern Life checks, confer with R. Gordon regarding the same and route to V. Petrusha. |
| 08/07/09 | JAS | .70 | Conference with R. Gordon regarding case status, telephone conference with J. Birkenheier regarding the same. |
| 08/07/09 | JAS | .50 | Receipt and review of correspondence from R. Rytman, confer with R. Gordon regarding same. |
| 08/10/09 | JAS | .40 | Telephone conference with J. Okeefe and R. Gordon, conference with R. Gordon regarding case status. |
| 08/10/09 | JAS | 1.00 | Telephone conference with R. Gordon and R. Rytman regarding cases status, follow up conference regarding case status with R. Gordon. |
| 08/10/09 | NMG | 5.20 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 08/11/09 | NMG | 8.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 08/11/09 | NMG | 8.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |

# CLARK HILL P.L.C.

| 08/11/09 | JAS | .80 | Telephone conference with R. Gordon and B. Tanase, follow up conference with R. Gordon regarding case status and task list. |
| 08/11/09 | JAS | .50 | Telephone conference with J. Birkenheier regarding pending matters, voicemails to B. Tanase regarding obtaining tax returns. |
| 08/11/09 | JAS | .40 | Email conference with J. Klunk, retrieve information for J. Klunk, confer with L. Bell Guzzo and S. Washington regarding retainer for J. Klunk. |
| 08/12/09 | NMG | 8.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 08/12/09 | JAS | .20 | Telephone conference with J. Klunk regarding pending matters. |
| 08/13/09 | JAS | .20 | Arrange group conference call, email to R. Rytman regarding pending matters. |
| 08/13/09 | NMG | 7.70 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 08/14/09 | JAS | .30 | Voicemail from and email conference with Ms. Tang of Pacific Asia, emails to J. Klunk regarding same, voicemail from J. Klunk regarding the same. |
| 08/16/09 | JAS | 3.80 | Review Legisi records, prepare outline for M. Langley deposition. |
| 08/17/09 | NMG | 7.60 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses. |
| 08/17/09 | JDA | 1.00 | Conference call with DOJ, SEC and US Attorneys' office regarding asset location and related issues. |
| 08/17/09 | JDA | .50 | Review correspondence from J. DeVree regarding IRS issues. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 22, 2009
INVOICE # 356699
Page  11

| 08/17/09 | JAS | 2.00 | Prepare for and attend status call with DOJ and SEC, follow up emails to all and review of documents. |
| 08/17/09 | JAS | 2.80 | Review internal Legisi records, prepare for Langley deposition. |
| 08/18/09 | JAS | .50 | Research regarding potential local counsel for cause of action. |
| 08/18/09 | JAS | .50 | Review and revise questions for deposition. |
| 08/18/09 | NMG | 5.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; prepare charts identifying investor gains and losses. |
| 08/19/09 | NMG | 4.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; prepare charts identifying investor gains and losses. |
| 08/19/09 | EJH | 5.50 | Preparation for Langley deposition; review materials for preparation of complaint. |
| 08/19/09 | JAS | .20 | Further email conference with potential local counsel. |
| 08/19/09 | JAS | 1.00 | Prepare for and attend conference call with potential local counsel for new action, confer with R. Gordon regarding the same. |
| 08/19/09 | JAS | .30 | Telephone conference with J. Klunk, confer with R. Gordon regarding same. |
| 08/20/09 | JAS | .80 | Telephone conference with J. Klunk and R. Gordon regarding stock holdings. |
| 08/20/09 | JAS | .30 | Email conference with J. Klunk, confer with R. Gordon regarding Brekford stock holdings. |
| 08/20/09 | EJH | 1.50 | Preparation for and conference with N. Gant regarding net gain/loss study; review materials regarding same. |

# CLARK HILL P.L.C.

| 08/20/09 | VP | 5.40 | Attend to review and organization of various case file materials; review of files for documents produced by M. Langley in connection with counsel's preparation for upcoming deposition, emails to and from J. Hood regarding same. |
| 08/20/09 | NMG | 8.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; analyze legal issues in preparation for return of gains by investors; analyze investment information for deposition preparation. |
| 08/20/09 | JAS | 1.00 | Confer with A. Knudson regarding D. Burton proffer session, review documents discussed. |
| 08/20/09 | JAS | .20 | Email conference with N. Gant regarding claims analysis. |
| 08/21/09 | NMG | 6.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; prepare charts identifying investor gains and losses; analyze unidentified investor accounts and related gains and losses and prepare chart. |
| 08/24/09 | JAS | 1.00 | Prepare for and attend meeting with receivership team regarding case status, follow up emails with potential local counsel, P. Ross, and A. Knudson. |
| 08/24/09 | JDA | .50 | Conference call with SEC and DOJ regarding open issues. |
| 08/24/09 | JAS | .50 | Research regarding investor database and case background, search Florida business entity roster. |
| 08/24/09 | JDA | .20 | Review correspondence from R. Gordon regarding open issues. |
| 08/24/09 | JAS | .40 | Review Legisi documents. |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 22, 2009
INVOICE # 356699

| 08/24/09 | NMG | 6.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; prepare charts identifying investor gains and losses; analyze information regarding investor contacts. |
|---|---|---|---|
| 08/24/09 | EJH | 3.50 | Preparation for Langley deposition. |
| 08/25/09 | EJH | 8.00 | Continued preparation for Langley deposition. |
| 08/25/09 | JAS | .20 | Review emails from potential local counsel for cause of action and R. Gordon. |
| 08/25/09 | JAS | 1.20 | Research regarding fraudulent transfer causes of action. |
| 08/25/09 | NMG | 7.70 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; prepare charts identifying investor gains and losses; analyze legal issues regarding fraudulent transfers; prepare correspondence; plan further strategy with Jami Statham. |
| 08/25/09 | JAS | .30 | Email conference with Receivership team regarding disposition of stock holdings. |
| 08/26/09 | CMC | 1.00 | Revise memorandum on fraudulent transfer defenses. |
| 08/26/09 | EJH | 10.50 | Continued preparation for and take deposition of M. Langley. |
| 08/26/09 | NMG | 7.50 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; analyze case law; prepare analysis of investor gains and losses by category of investors. |
| 08/27/09 | NMG | 6.00 | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; prepare analysis of investor gains and losses by category of investors and prepare updated charts; analyze investor notes |

|          |     |      | regarding good faith investor information. |
|----------|-----|------|--------------------------------------------|
| 08/27/09 | JAS | .20  | Telephone conference with J. Klunk regarding value of Brekford stock and agenda for tomorrow's conference call with Receivership team. |
| 08/27/09 | JAS | .20  | Telephone conference with A. Knudson regarding case status. |
| 08/28/09 | JAS | 1.00 | Prepare for and attend meeting with J. Klunk, et al., regarding stock holdings. |
| 08/28/09 | JDA | .50  | Review correspondence from E. Hood and summary of Mazu agent deposition. |
| 08/28/09 | JAS | .30  | Telephone conference with J. Klunk regarding Brekford stock, email to Receivership team regarding the same. |
| 08/28/09 | NMG | 3.00 | Analyze E-Bullion and E-Gold Account Information; analyze investor data regarding initial investments and commission and referral payments; analyze investor contact information. |
| 08/28/09 | CEM | .50  | Conference call with J. Klunk and Clark Hill attorneys. |
| 08/28/09 | CEM | .40  | Email to J. Klunk; review emails regarding offer of Brekford. |
| 08/28/09 | EJH | 5.80 | Continued preparation of complaint; continued preparation of memorandum regarding deposition; preparation of email to receiver regarding same; conference with Receiver and co-counsel regarding potential sale of asset. |
| 08/30/09 | EJH | 2.00 | Research regarding witnesses; preparation for depositions. |
| 08/30/09 | NMG | .90  | Analyze E-Bullion and E-Gold Account Information and prepare analysis of gains and losses; prepare charts identifying investor gains and losses. |

| 08/31/09 | JAS | .30 | Prepare for D. Burton deposition. |
| 08/31/09 | NMG | 2.00 | Analyze E-Bullion and E-Gold Account Information and plan strategy and prepare questions for interview of Danielle Burton; prepare memoranda. |

| B191 | Litigation | | |
| 08/04/09 | EJH | .50 | Preparation for and conference with SEC attorneys; various communications regarding depositions. |
| 08/04/09 | JAS | .70 | Prepare for and attend conference call with Clark Hill attorneys and the SEC regarding litigation. |
| 08/21/09 | EJH | 5.30 | Research regarding complaint; preparation for Langley deposition. |
| 08/22/09 | EJH | 4.80 | Preparation of complaint. |
| 08/27/09 | EJH | 4.00 | Preparation of summary of M. Langley deposition; review memorandum regarding fraudulent transfer claims; continued preparation of complaint. |
| 08/29/09 | JAS | .80 | Review complaint against third party and deposition summary of M. Langley. |

| B310 | Claims Administration - General | | |
| 08/03/09 | JAS | 1.00 | Review and revise claim motion and related forms, email to J. Okeefe regarding same. |
| 08/03/09 | JAS | .70 | Revise claim form and related forms, email to J. Okeefe regarding same. |
| 08/04/09 | JAS | .10 | Follow up telephone call with J. Birkenheier regarding claim procedures motion. |
| 08/04/09 | JAS | .70 | Review Complaint, revise claim motion and forms, confer with R. Gordon, email conference with M. Pascoe regarding procedures. |

# CLARK HILL P.L.C.

| Date | | | | |
|------|---|------|---|
| 08/07/09 | JAS | .70 | Revise and finalize claim motion for filing, email conference with Wall Street Journal representative regarding publication notice requirements and lead time. |
| 08/11/09 | JAS | .10 | Telephone conference with M. Pascoe regarding claim procedures motion. |
| 08/19/09 | JAS | .20 | Email conference with N. Gant regarding claims matters. |
| 08/24/09 | JAS | .20 | Follow up with V. Petrusha regarding creditors needing a claim form, follow up with N. Gant regarding claims database. |
| 08/24/09 | JAS | .50 | Receipt and review of emails from M. Pascoe regarding status of database and claims process, review Xroads website and docket. |
| 08/25/09 | JAS | 3.00 | Prepare for and attend meeting with N. Gant regarding claims analysis. |
| 08/26/09 | JAS | .80 | Conferences with J. Applebaum and R. Gordon regarding claims analysis. |
| 08/26/09 | JAS | .20 | Email conference with N. Gant and M. Pascoe regarding investor database. |
| 08/27/09 | JAS | .50 | Email conference with M. Pascoe regarding claim form, review motion to approve claim form, etc. |
| 08/27/09 | JAS | .40 | Telephone call to Clerk to Judge Steeh, telephone conference with Clerk to Judge Steeh, revise proposed Order regarding claims bar date, confer with R. Gordon regarding same, direct submission of revised Order. |
| 08/28/09 | JAS | .40 | Email conference with M. Pascoe regarding claim form, conference with the Receiver regarding the same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
September 22, 2009
INVOICE # 356699
Page  17

| 08/31/09 | JDA | .40 | Conference with J. Statham regarding modifications to claim form and review of correspondence with M. Pascoe regarding same. |
| 08/31/09 | JAS | 1.20 | Attention to claims issues, revise publication notice, email to the Wall Street Journal regarding same, conference with M. Pascoe and team regarding process. |

$72,760.50

## TIMEKEEPER SUMMARY

Client Name        Robert D. Gordon, Receiver

Matter Description McKnight/ Legisi

Service Period     08/02/09 thru 08/31/09

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Lauralyn Bell-Guzzo | $99.00 | 2.50 | $247.50 |
| | Jeffrey A. DeVree | $355.50 | 3.30 | $1,173.15 |
| | Valentina Petrusha | $153.00 | 6.00 | $918.00 |
| | Jami Ann Statham | $189.00 | 27.90 | $5,273.10 |
| | TOTAL | | 39.70 | $7,611.75 |
| B130 | Asset Disposition | | | |
| | Brandon J. Muller | $202.50 | 28.00 | $5,670.00 |
| | Jami Ann Statham | $189.00 | 4.10 | $774.90 |
| | TOTAL | | 32.10 | $6,444.90 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $382.50 | 2.70 | $1,032.75 |
| | Christopher M. Cahill | $292.50 | 1.00 | $292.50 |
| | Norma M. Gant | $234.00 | 135.60 | $31,730.40 |
| | Edward J. Hood | $328.50 | 36.80 | $12,088.80 |
| | Charles E. Murphy | $333.00 | .90 | $299.70 |

Robert D. Gordon, Receiver
McKnight/ Legisi
September 22, 2009
INVOICE # 356699
Page  18

|  |  |  |  |  |
|---|---|---|---|---|
|  | Valentina Petrusha | $153.00 | 5.40 | $826.20 |
|  | Jami Ann Statham | $189.00 | 27.40 | $5,178.60 |
|  | TOTAL | | 209.80 | $51,448.95 |
| B191 | Litigation | | | |
|  | Edward J. Hood | $328.50 | 14.60 | $4,796.10 |
|  | Jami Ann Statham | $189.00 | 1.50 | $283.50 |
|  | TOTAL | | 16.10 | $5,079.60 |
| B310 | Claims Administration - General | | | |
|  | Joel D. Applebaum | $382.50 | .40 | $153.00 |
|  | Jami Ann Statham | $189.00 | 10.70 | $2,022.30 |
|  | TOTAL | | 11.10 | $2,175.30 |
| ACTIVITY TOTAL | | | 308.80 | $72,760.50 |

# EXHIBIT B

# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

## INVOICE

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

Invoice #  356701
September 22, 2009
Client:  30711
Matter: 125952

================================================================

RE:  All American Home Products, Inc.


FOR SERVICES RENDERED through August 31, 2009

    Total Services:                               $748.35


STATEMENT TOTAL                                 $748.35

Robert D. Gordon, Receiver
All American Home Products, Inc.
September 22, 2009
INVOICE # 356701
Page   2

### DETAILED DESCRIPTION OF SERVICES

| 08/02/09 JAS | .10 | Confer with the Receiver regarding ABC claim bar date. |
|---|---|---|
| 08/10/09 JAS | .50 | Review recent emails regarding All American status, read and respond to emails from V. Sloat Rogers regarding the same. |
| 08/13/09 EJH | .20 | Review and respond to email from Florida counsel. |
| 08/13/09 JAS | .20 | Email conference with V. Sloat Rogers et al regarding deposition of CK products. |
| 08/14/09 JDA | .50 | Correspondence with V. Sloan-Rogers regarding 30(b)(6) deposition and conference with J. Statham regarding same. |
| 08/14/09 JAS | .20 | Email conference with V. Sloat Rogers regarding CK Products. |
| 08/19/09 JAS | .10 | Email conference with V. Sloat Rogers regarding CK Building Products. |
| 08/26/09 JAS | 1.00 | Email conference with V. Sloat Rogers et al., regarding All American assignment, review prior emails regarding same. |
| 08/27/09 JAS | .50 | Review and respond to email from V. Sloat Rogers regarding most recent All American/CK settlement proposal. |

$748.35

### TIMEKEEPER SUMMARY

| JDA | Joel D. Applebaum | 0.50 hours at | $382.50 = | $191.25 |
|---|---|---|---|---|
| EJH | Edward J. Hood | 0.20 hours at | $328.50 = | $65.70 |
| JAS | Jami Ann Statham | 2.60 hours at | $189.00 = | $491.40 |

# EXHIBIT C

# CLARK HILL

*P.L.C.*

---

ATTORNEYS AT LAW

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

## INVOICE

Invoice # 356702

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

September 22, 2009
Client: 30711
Matter: 130953

==================================================================

RE:  Royal Palm Litigation

FOR SERVICES RENDERED through August 31, 2009

    Total Services:                                    $5,073.75


STATEMENT TOTAL                                        $5,073.75


TOTAL AMOUNT DUE                                       $5,073.75
                                                      ===========

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
Royal Palm Litigation
September 22, 2009
INVOICE # 356702
Page   2

## DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 08/04/09 | CEM | .20 | Telephone conference with E. Michaels; call C. Shoepl regarding issues. |
| 08/06/09 | CEM | .30 | Conference with E. Shih regarding Motion to Dismiss and FINRA arbitrability of member/owner issues. |
| 08/07/09 | EJH | .40 | Review materials relative to motion to stay or dismiss. |
| 08/12/09 | EJH | .40 | Conference with C. Murphy regarding status of arbitration and federal case; conference with attorney for Rosettos regarding status of matter. |
| 08/14/09 | EJH | .50 | Review settlement offer from Sierra regarding portion of claims; follow up regarding same. |
| 08/17/09 | CEM | .20 | Telephone call from and email from C. Shoepl. |
| 08/17/09 | CEM | .30 | Conference with E. Shih regarding Royal Palm partner issues. |
| 08/17/09 | CEM | .70 | Conference with E. Shih; telephone conference with C. Schoepl; conference with E. Shih. |
| 08/17/09 | CEM | 1.20 | Review Royal Palm documents for response to Motion to Dismiss; email to E. Shih. |
| 08/17/09 | EJH | .40 | Conference with C. Schoeppl regarding motion to dismiss; follow up regarding same. |
| 08/22/09 | EJH | .40 | Consideration of potential counteroffer to Sierra defendants; correspondence with J. Statham regarding same. |
| 08/23/09 | CEM | 3.00 | Review and revise brief opposing motion to dismiss and amended complaint; research Florida partnership law. |
| 08/24/09 | CEM | 1.50 | Revise brief and conference with E. Shih regarding brief and amended complaint. |

# CLARK HILL P.L.C.

| | | | |
|---|---|---|---|
| 08/24/09 | CEM | .80 | Conference with R. Gordon, J. Applebaum, E. Hood and J. Statham; telephone conference with Schoeppel. |
| 08/24/09 | CEM | .20 | Telephone conference with E. Shih. |
| 08/24/09 | EJH | 1.30 | Conference with Receiver regarding offer of settlement; conference with E. Shih regarding motion to dismiss. |
| 08/25/09 | CEM | 2.00 | Telephone conference with E. Hood; telephone conference with E. Shih; review drafts of brief and amended complaint; conferences with E. Shih. |
| 08/25/09 | EJH | 1.30 | Review draft response to motion to dismiss; conference with E. Shih regarding same. |
| 08/31/09 | CEM | .20 | Emails to E. Shih. |

$5,073.75

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| CEM | Charles E. Murphy | 10.60 hours at | $333.00 = | $3,529.80 |
| EJH | Edward J. Hood | 4.70 hours at | $328.50 = | $1,543.95 |

# EXHIBIT D

# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

## INVOICE

Invoice #   356704

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

September 22, 2009
Client:  30711
Matter: 130955

================================================================

RE:  Elite/Edgetech Litigation

FOR SERVICES RENDERED through August 31, 2009

        Total Services:                                  $829.35


STATEMENT TOTAL                                          $829.35


TOTAL AMOUNT DUE                                         $829.35
                                                    ===========

# CLARK HILL P.L.C.

### DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 07/02/09 | CEM | .10 | Telephone conference with M. Bayes. |
| 08/06/09 | CEM | .40 | Telephone conference with Marshall Shichtman. |
| 08/06/09 | CEM | .20 | Conference with E. Shih regarding Monsalve/Witherspoon. |
| 08/12/09 | CEM | .30 | Telephone conference with M. Shicktman. |
| 08/17/09 | CEM | .20 | Review Detroit Legal News publication and direct E. Shih regarding filing. |
| 08/21/09 | EKS | .50 | Review defendant Redman's reply to response to motion to dismiss. |
| 08/24/09 | CEM | .50 | Telephone conference with E. Shih regarding response to motion and amended complaint. |
| 08/26/09 | EKS | .80 | Contact the vice president of Edgetech (Keith Jones) regarding services of process; confer with process serving companying regarding same. |

$829.35

### TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| CEM | Charles E. Murphy | 1.70 hours at | $333.00 = | $566.10 |
| EKS | Eric K. Shih | 1.30 hours at | $202.50 = | $263.25 |

# EXHIBIT E

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

## INVOICE

Invoice # 356703

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

September 22, 2009
Client:  30711
Matter: 130954

================================================================

RE:  Allen Goddard/Finra Litigation

FOR SERVICES RENDERED through August 31, 2009

      Total Services:                                       $14,701.05


STATEMENT TOTAL                                                $14,701.05


TOTAL AMOUNT DUE                                               $14,701.05
                                                              ===========

Robert D. Gordon, Receiver
Allen Goddard/Finra Litigation
September 22, 2009
INVOICE # 356703
Page    2

## DETAILED DESCRIPTION OF SERVICES

07/10/09 EJH      .40  Review and analysis of Sierra defendants'
                       response to arbitration claim.

07/10/09 JAS      .30  Beginning review of Sierra response to FINRA
                       complaint.

07/12/09 JAS      .80  Review and analysis of Sierra's answer to the
                       Receiver's FINRA complaint.

07/27/09 CEM      .50  Review letter and arbitrator backgrounds for
                       Alan Goddard arbitration; telephone
                       conference with E. Hood.

07/27/09 EJH      .60  Follow up with counsel for victims regarding
                       status; conference with counsel for witness
                       regarding deposition; preparation of
                       correspondence to counsel for witness;
                       conference with C. Murphy regarding status of
                       litigation.

07/28/09 EJH      .30  Conference with attorney for witness; follow
                       up regarding same.

07/29/09 EJH      .20  Preparation of correspondence to attorney for
                       witness.

07/30/09 EJH      .20  Conference with attorney for witness.

08/06/09 EKS     5.80  Review statement of claim, complaint,
                       Respondents' motion to dismiss or stay, and
                       rules and statutes cited therein; research
                       response to Respondents' motion to dismiss.

08/07/09 EKS     1.50  Research response to defendant's motion to
                       dismiss.

08/11/09 CEM      .50  Conference with E. Shih regarding arbitrator
                       selection.

08/12/09 EKS     2.30  Research and review past arbitrator awards on
                       FINRA website; confer with C. Murphy
                       regarding arbitrator ranking form.

# CLARK HILL P.L.C.

| 08/14/09 JDA | .50 | Review partial settlement offer and correspondence with E. Hood regarding same. |
| 08/14/09 EKS | 4.00 | Review documents and draft response to motion to dismiss. |
| 08/14/09 JAS | .20 | Review settlement proposal received regarding FINRA action, confer with E. Hood regarding the same. |
| 08/17/09 EKS | 8.20 | Review Royal Palm subscription agreements, partnership agreements, and related documents; draft response to motion to dismiss. |
| 08/18/09 EKS | 4.30 | Draft response to Goddard Motion to dismiss or stay; draft stipulation and order extending deadline for response; confer with C. Murphy regarding same. |
| 08/19/09 EKS | 3.00 | Research causes of action; draft amended complaint. |
| 08/20/09 EKS | 5.50 | Research causes of action; draft amended complaint. |
| 08/21/09 JAS | .60 | Email conference with Receivership team regarding settlement offer |
| 08/23/09 EKS | 1.50 | Review Florida Business Entity Litigation and related docs. |
| 08/24/09 JDA | .90 | Multiple correspondence with E. Hood and J. Statham regarding partial settlement offer; conference call with same, R. Gordon and C. Murphy regarding Finra litigation and structuring counter offer. |
| 08/24/09 EKS | 9.80 | Review deposition transcripts; review and revise amended complaint and response to motion; discuss same with E. Hood and C. Murphy. |
| 08/24/09 JAS | .50 | Confer with R. Gordon and J. Applebaum regarding FINRA arbitration and meeting. |

# CLARK HILL P.L.C.

| 08/24/09 JAS | 1.00 | Prepare for and attend meeting with Receivership team regarding FINRA and other litigation. |
| 08/25/09 EKS | 10.00 | Research common law breach of fiduciary duty claims; research Florida Revised Partnership Act; review and revise amended complaint and response to Defendants' motion to dismiss or stay. |
| 08/27/09 EKS | 4.40 | Research uniform arbitration submission form issue. |
| 08/28/09 JDA | 1.10 | Telephone conference call with E. Hood, J. Klunk, et al, regarding Brekford settlement analysis |

$14,701.05

## TIMEKEEPER SUMMARY

| JDA | Joel D. Applebaum | 2.50 hours at | $382.50 = | $956.25 |
| CEM | Charles E. Murphy | 1.00 hours at | $333.00 = | $333.00 |
| EJH | Edward J. Hood | 1.70 hours at | $328.50 = | $558.45 |
| EKS | Eric K. Shih | 60.30 hours at | $202.50 = | $12,210.75 |
| JAS | Jami Ann Statham | 3.40 hours at | $189.00 = | $642.60 |