## INDEX OF DOCUMENTS

## INVOICE

**EXHIBIT A – Clark Hill**

**EXHIBIT B – All American Home Products, Inc.**

**EXHIBIT C – Royal Palm**

**EXHIBIT D – Elite/Edgetech Litigation**

**EXHIBIT E – Allen Gooddard/Firna**

**EXHIBIT F-  Mazu**