# EXHIBIT A

# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

500 Woodward Avenue
Suite 3500,  Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

**INVOICE**

Invoice #   368649

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

January 21, 2010
Client:  30711
Matter: 122570

=========================================================================
RE:  McKnight/ Legisi


FOR SERVICES RENDERED through December 31, 2009

    Total Services:                                    $32,118.30

FOR EXPENSES INCURRED OR ADVANCED:

        Certification Fees          $226.50
        Records Acquisition          $10.50
        Federal Express/UPS         $267.97
                                   _____

    Total Expenses:                                       $504.97

STATEMENT TOTAL                                      $32,623.27

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page    2

## DETAILED DESCRIPTION OF SERVICES

| Date | Timekeeper Initials | Time | Narrative |
|------|---------------------|------|-----------|
| **B110** | **Case Administration** | | |
| 12/01/09 | VP | .10 | Review email from J. Statham requesting updated financial report. |
| 12/01/09 | JAS | .50 | Attention to estate administration issues such as filing of fee statements and preparation of financial report for the Receiver. |
| 12/01/09 | EJF | 1.00 | Reply to investor inquiries (.5); analyze file regarding tax return documents (.5). |
| 12/02/09 | VP | .30 | Review mail directed to Owner/Office Manager Legisi Marketing, Inc.; file update. |
| 12/02/09 | JAS | .20 | Conference with E. Feldman regarding Legisi tax information to be sent to accountant and requested from McKnight. |
| 12/02/09 | JAS | .10 | Email conference with investor. |
| 12/02/09 | JAS | .20 | Follow up regarding letter sent to E. Wishnow regarding tax information, email to E. Wishnow regarding the same. |
| 12/02/09 | JAS | .40 | Review docket regarding filed fee statements, email to R. Rytman regarding the same. |
| 12/02/09 | JAS | .20 | Review revised fourth report and account. |
| 12/02/09 | JAS | .20 | Review Veritas November fee statement. |
| 12/02/09 | JAS | .40 | Email conference with K. Tran, et al., of Xroads regarding invoices. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page   3

| | | | |
|---|---|---|---|
| 12/02/09 | JAS | .30 | Telephone and email conferences with investors. |
| 12/02/09 | JAS | .10 | Attention to filing of Clark Hill Fourth Fee Application. |
| 12/02/09 | JAS | .10 | Attention to filing of Fourth Report and Account. |
| 12/03/09 | JAS | .20 | Telephone conference with E. Hood regarding pending matters. |
| 12/03/09 | JAS | .60 | Review June, July, August, and September Plante Moran fee applications. |
| 12/03/09 | JAS | .20 | Additional conference with E. Hood regarding status of case. |
| 12/03/09 | JAS | .10 | Email conference with investor. |
| 12/03/09 | JAS | .30 | Review procedure for filing under seal. |
| 12/03/09 | JAS | .10 | Attention to email from R. Gordon to potential local counsel et al., regarding engagement. |
| 12/03/09 | JAS | .20 | Email conferences with Legisi investors. |
| 12/03/09 | JAS | 2.00 | Retrieve and review numerous Veritas and Xroads fee applications, request additional information and revisions from both, correspondence with R. Gordon and J. Applebaum regarding the same. |
| 12/03/09 | VP | .30 | Review mail directed to Greg McKnight; file update. |
| 12/03/09 | VP | .10 | Review email from J. Statham regarding financial report. |
| 12/04/09 | VP | .50 | Review emails (3x) from J. Statham regarding fee statements from Sedgwick Detert Moran & Arnold; review records regarding last payment and email with J. Statham regarding same; review email from accounting regarding transfer of client trust funds to Legisi account, begin process for same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page    4

| 12/04/09 | VP | .30 | Review mail directed to Greg McKnight and Legisi Marketing; attention to filing of same. |
|---|---|---|---|
| 12/04/09 | JAS | .30 | Email conference with S. Johnson of Plante Moran regarding fee applications. |
| 12/04/09 | JAS | .30 | Attention to Sedgwick fee statement issues. |
| 12/04/09 | JAS | .30 | Review letter from investor, email to investor regarding the same. |
| 12/04/09 | JAS | .30 | Review bank statements, email to S. Lee regarding same. |
| 12/04/09 | JAS | .20 | Email conferences with investors. |
| 12/04/09 | LBG | .50 | Receipt and review of investor emails; email correspondence to XRoads with updates to database of investor information. |
| 12/06/09 | JAS | .30 | Review and revise application to employ potential local counsel. |
| 12/07/09 | JAS | .70 | Email conference with J. Sullivant regarding tax information. |
| 12/07/09 | JAS | .20 | Conference with the Receiver regarding pending matters. |
| 12/07/09 | JAS | .20 | Review email from K, Tran regarding September fee statement, email to R. Gordon and J. Applebaum regarding the same. |
| 12/07/09 | JAS | .90 | Review local rules, confer with E. Hood, confer with the Receiver all regarding employment of professional. |
| 12/07/09 | JAS | .20 | Conference with the Receiver regarding financial report and funds on hand, voicemail from V. Petrusha regarding the same, attention to transferring of funds from client trust to Legisi checking account. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page 5

| Date | Init | Hours | Description |
|---|---|---|---|
| 12/07/09 | JAS | .30 | Attention to the filing of multiple fee statements. |
| 12/07/09 | JAS | .40 | Additional email conference with J. Devree and the Receiver regarding Legisi tax matters. |
| 12/07/09 | JAS | 1.60 | Telephone conference with Judge's clerk and ecf help desk, conference with the receiver regarding same, draft motion in connection with employment of local counsel. |
| 12/07/09 | JAS | .20 | Conference with the Receiver regarding Xroads invoice and next steps. |
| 12/07/09 | JAS | .10 | Attention to emails regarding all hands meeting, voicemail to J. Okeefe regarding case status. |
| 12/07/09 | JAS | .20 | Telephone conference with J. Okeefe regarding pending matters. |
| 12/07/09 | JAS | .20 | Attention to timing of payment of invoices and financial report for the Receiver. |
| 12/07/09 | VP | 1.00 | Receive check from Lighthouse Title for the sale of the 5154 Miller Road properties; update ledger; prepare check for prompt deposit; review court docket; review Clark Hill Payment Application; prepare payment to Sedgwick Detert Moran & Arnold; communication with R. Gordon regarding same; further update to ledger and binder with supporting documentation; review emails from R. Gordon and J. Statham regarding Account Status Report. |
| 12/07/09 | JAD | 1.40 | Review email from J. Statham regarding stock sale; analyze security account name and tax reporting requirements; email to J. Statham with comments and advice regarding same; review and reply to additional email from J. Statham and R. Gordon regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page   6

| Date | Initials | Hours | Description |
|---|---|---|---|
| 12/08/09 | EJF | .30 | Conference with investors. |
| 12/08/09 | VP | 3.30 | Further review of the Clark Hill payment application; review Clark Hill invoices and attention to processing same; update ledger; update binder with backup documentation; communication with R. Gordon; work on Account Status Report. |
| 12/08/09 | JAS | .10 | Receipt and review of email from K. Tran of Xroads regarding reduction in fees. |
| 12/08/09 | JAS | .20 | Attention to emails from J. Devree regarding tax matters. |
| 12/08/09 | JAS | .10 | Attention to emails regarding engagement of additional professional. |
| 12/08/09 | JAS | .60 | Review Fourth Report and Account and discuss with the Receiver. |
| 12/08/09 | JAS | .50 | Review revised engagement letter to employ local counsel. |
| 12/08/09 | JAS | 2.50 | Additional review and analysis of engagement letter, complete draft motion to employ and related motion. |
| 12/09/09 | JAS | .10 | Email conference with R. Rytman regarding affidavit. |
| 12/09/09 | VP | 1.60 | Finalize account status report, communications with counsel regarding same; review communications regarding funds held in trust account; preparation of paperwork to remove amount from trust account and deposit in bank account, review communications from counsel approving same. |
| 12/09/09 | JAS | .20 | Attention to filing of the Xroads september fee statement. |
| 12/09/09 | JAS | .10 | Telephone conference with R. Rytman regarding affidavit. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page   7

| Date | Initials | Hours | Description |
|---|---|---|---|
| 12/09/09 | JAS | .20 | Brief review of email from R. Rytman regarding Affidavit. |
| 12/09/09 | JAS | .50 | Review and revise Rytman affidavit. |
| 12/09/09 | JAS | .20 | Attention to payment of professional fees and financial report for the Receiver. |
| 12/09/09 | JAS | .20 | Telephone conference with investor. |
| 12/10/09 | JAS | .30 | Conferences with E. Feldman regarding Legisi tax matters. |
| 12/10/09 | JAS | .40 | Additional attention to tax matters and payment of fee statements. |
| 12/10/09 | JAS | .50 | Review and discuss financial report received from V. Petrusha with the Receiver. |
| 12/10/09 | EJF | 1.70 | Review correspondence from J. Statham et al regarding tax returns (.5); conference with J. Grubman regarding Royal Palm (.2); draft email to J. Grubman regarding the same (.1); draft email to V. Petrusha regarding tax issues (.2); analyze document requesting tax returns (.2); draft email to J. Devree regarding tax issues (.2); conference with J. Statham regarding tax issues (.3). |
| 12/10/09 | EJF | .30 | Reply to investor inquiries. |
| 12/10/09 | VP | .90 | Received checks from the Clark Hill Trust Account and National Financial Services; arranged for deposit of same; update ledger; update backup binder. |
| 12/10/09 | VP | 1.10 | Review emails from E. Feldman preparing an itemized report of professionals providing services for Legisi; begin review of file for same; review email from S. Washington requesting check and payment to the U.S. Treasury; review additional email from S. Washington regarding status of payment to X-Roads; review of ledger regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page    8


| | | | |
|---|---|---|---|
| 12/11/09 | JAS | .50 | Review of revised Rytman affidavit, attention to additional motions to employ, conference with the Receiver regarding the same. |
| 12/11/09 | JAS | 1.50 | Respond to numerous investor inquiries, confer with E. Feldman regarding the same. |
| 12/11/09 | JAS | .10 | Conference with E. Feldman regarding report from V. Petrusha on professional payments. |
| 12/11/09 | JAS | 2.70 | Review and revise various documents and motions, confer with the Receiver and the clerk regarding same, conferences with potential local counsel. |
| 12/11/09 | EJF | .80 | Reply to investor inquiries. |
| 12/12/09 | JAS | 1.70 | Respond to investor inquiries. |
| 12/14/09 | JAS | .50 | Attend conference call regarding filing of various motions, follow up conference with R. Gordon regarding the same. |
| 12/14/09 | JAS | .10 | Telephone conference with professional regarding status of motion. |
| 12/14/09 | VP | .60 | Review emails (x2) from J. Stathman regarding wire transfer to counsel; conferences with bank regarding preparation of paperwork for same. |
| 12/14/09 | JAS | 2.00 | Review draft motions received, review docket on multiple occasions, confer with the Clerk and the Receiver regarding entry of various orders. |
| 12/14/09 | JAS | .30 | Respond to investor inquiries. |
| 12/14/09 | JAS | .40 | Attention to docket, email correspondence with potential special counsel and Receiver's assistant regarding transfer of funds. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page    9

| | | | |
|---|---|---|---|
| 12/14/09 | JAS | .50 | Additional attention to investor inquiries. |
| 12/14/09 | LBG | .70 | Review investor email correspondence; respond to inquiries. |
| 12/14/09 | JAS | .50 | Attention to investor inquiries. |
| 12/15/09 | LBG | .50 | Respond to numerous investor emails; email correspondence to XRoads to update investor database. |
| 12/15/09 | JAS | 1.50 | Telephone conferences with clerk, draft brief in support of motion, attention to filing of motions, follow up with counsel regarding additional requirements. |
| 12/15/09 | JAS | 2.00 | Attention to various matters related to entry of orders and next steps. |
| 12/15/09 | EJF | 1.50 | Reply to investor inquiries. |
| 12/15/09 | VP | .60 | Received email from J. Statham authorizing wire transfer of funds to counsel; further conference with bank authorizing transfer and providing requested information. |
| 12/16/09 | VP | 1.00 | Received email from R. Gordon authorizing wire transfer to counsel; review emails (x2) from J. Statham regarding X-Roads fee statements and wire transfer; communication with MBank requesting confirmation of wire transfer; received email from R. Gordon forwarding email confirming wire transfer; review email from MBank confirming wire transfer. |
| 12/16/09 | JAS | .10 | Follow up with V. Petrusha regarding wire transfer. |
| 12/16/09 | JAS | .40 | Respond to investor inquiries. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page  10

| | | | |
|---|---|---|---|
| 12/16/09 | JAS | .30 | Attention to wire transfer issues, payment of invoices, conference with V. Petrusha regarding administrative matters. |
| 12/18/09 | JDA | 1.00 | Telephone conference with Receiver, J. Statham, J. Bierkenhier, J. O'Keefe, B. Tanase, et al, regarding report on case activities, litigation and asset recovery issues. |
| 12/18/09 | JAS | 1.30 | Attention to obtaining court documents for counsel. |
| 12/18/09 | JAS | .50 | Additional attention to obtaining required court documents. |
| 12/18/09 | JAS | 1.00 | Prepare for and attend conference call with Clark Hill, the DOJ, and the SEC. |
| 12/18/09 | JAS | .50 | Attention to Legisi investor inquiries. |
| 12/21/09 | JAS | .30 | Review and respond to investor inquiries. |
| 12/21/09 | JAS | .20 | Attention to the Receiver's execution of engagement letter. |
| 12/21/09 | JAS | .20 | Review correspondence from investor, direct response to same. |
| 12/22/09 | VP | 1.20 | Received email from J. Statham requesting payment of various X-Roads invoices and review of docket pertaining to same; review second email from J. Statham regarding a check for Veritas; review third email from J. Statham regarding Clark Hill invoices; review two emails from R. Gordon regarding Legisi checks; preparation of checks to X-Roads, Veritas, etc.; update ledger; update binder supporting written checks. |
| 12/22/09 | JAS | .30 | Attention to issues regarding Xroads fee applications and checks. |
| 12/22/09 | EJF | .70 | Reply to investor inquiries. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page 11

| | | | |
|---|---|---|---|
| 12/22/09 | EJF | .10 | Email V. Petrusha regarding tax issues. |
| 12/22/09 | LBG | .60 | Receipt and review of investor emails and voicemails. |
| 12/24/09 | EJF | .90 | Reply to investor inquiries (.5); conference with investor regarding the same (.4). |
| 12/26/09 | JAS | .30 | Review Xroads November fee application. |
| 12/28/09 | VP | .30 | Review miscellaneous mail directed to Legisi Marketing and Gregory McKnight; attention to same. |
| 12/28/09 | JAS | .10 | Voicemail from investor. |
| 12/28/09 | JAS | .30 | Review recent emails regarding status of Legisi administration, send emails regarding same. |
| 12/28/09 | EJF | .30 | Reply to investor inquiries. |
| 12/29/09 | LBG | .30 | Receipt and review of investor emails and voicemails; conference with J. Statham regarding same. |
| 12/29/09 | JAS | .30 | Attention to investor inquiries and messages, email to K. Tran regarding the same. |
| 12/30/09 | JAS | .20 | Conference with L. Bell Guzzo regarding investor inquiries and claims administration. |
| 12/30/09 | JAS | .50 | Review emails regarding Legisi case status, emails to R. Rytman regarding same. |
| 12/30/09 | JAS | .20 | Telephone conference with R. Rytman regarding case status. |
| 12/30/09 | EJF | .80 | Reply to investor inquiries. |
| 12/30/09 | JAS | .30 | Attention to case administration. |
| 12/31/09 | JAS | .40 | Conferences with the Receiver and counsel regarding case status. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page   12

| B130 | | Asset Disposition | |
|---|---|---|---|
| 12/01/09 | BJM | 3.80 | Attend to closing matters related to sale of Miller Road commercial properties; correspond with listing agent, title company and property manager and draft, prepare, review, revise and finalize documents regarding same. |
| 12/01/09 | JAS | .40 | Telephone conference with J. Klunk regarding pacific asia stock, review docket, telephone call to judge's chambers. |
| 12/01/09 | JAS | .50 | Review entered Order regarding sale of Pacific Asia stock, email to J. Klunk, R. Gordon regarding the same, attention to compiling information for opening of account. |
| 12/01/09 | JAS | .20 | Email from J. Devree regarding tax id number, email to J. Klunk and the Receiver regarding set up of trading account. |
| 12/02/09 | JAS | .20 | Voicemails to and from J. Klunk. |
| 12/02/09 | BJM | 3.00 | Attend to closing matters related to sale of Miller Road commercial properties; correspond with listing agent, title company and property manager and draft, prepare, review, revise and finalize documents regarding same. |
| 12/03/09 | BJM | 8.10 | Attend to closing matters related to sale of Miller Road commercial properties; correspond with listing agent, title company and property manager and draft, prepare, review, revise and finalize documents regarding same; coordinate execution and delivery of closing document; attend closing. |
| 12/03/09 | JAS | .20 | Telephone conference with J. Klunk regarding sale of Pacific Asia stock. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page  13

| | | | |
|---|---|---|---|
| 12/04/09 | JDA | .20 | Correspondence with B. Muller regarding disposition of commercial and residential real estate holdings. |
| 12/07/09 | JAS | .60 | Attention to review and completion of paperwork to be filed out for Jefferies account, conference with J. Klunk and the Receiver regarding the same. |
| 12/08/09 | JAS | .30 | Conference with R. Gordon regarding stock disposition, attention to emails from R. Gordon and J. Klunk regarding the same. |
| 12/08/09 | BJM | .90 | Review offer on 331 Andrea residential property; correspond with listing agent regarding same. |
| 12/09/09 | JAS | .70 | Review documents sent by J. Klunk regarding opening of account, conference with J. Klunk regarding same and sale prospects. |
| 12/10/09 | JAS | .80 | Confer with the Receiver and J. Klunk regarding documents to open trading account, prepare and send account documents and stock certificate. |
| 12/10/09 | JAS | .10 | Voicemail to and from J. Klunk regarding stock account paperwork. |
| 12/10/09 | JAS | .60 | Additional voicemails from J. Klunk, review of paperwork for set up of new trading account. |
| 12/11/09 | JAS | .20 | Conference with J. Klunk regarding opening of trading accounts and required documents. |
| 12/11/09 | JAS | .50 | Telephone conference with J. Klunk et al., regarding opening of trading accounts. |
| 12/11/09 | JAS | .70 | Additional attention to set up of trading accounts and requirements, voicemails from Clark Dodge and J. Klunk, review of paper work and emails to same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page  14

| | | | |
|---|---|---|---|
| 12/12/09 | JAS | .50 | Review paperwork to be submitted to RBC, draft letter to RBC, confer with the Receiver regarding the same. |
| 12/14/09 | JAS | .50 | Review and revise letter to RBC, discuss forms with the Receiver, prepare same to sending to RBC. |
| 12/14/09 | JAS | .50 | Attention to additional documents required for effective trading of shares, conference with the Receiver, et al., regarding same. |
| 12/15/09 | JAS | .40 | Telephone conference with J. Klunk, email conference with J. Klunk and B. Gecaj, complete and fax paper work, all regarding set up of trading account and authorization. |
| 12/16/09 | JAS | .10 | Conference with J. Okeefe regarding recent stock sale, email to J. Okeefe regarding the same. |
| 12/16/09 | JAS | .10 | Email to B. Muller regarding sale of the Bistricky properties. |
| 12/17/09 | BJM | 2.10 | Correspond with property manager regarding post-closing issues related to Miller Road commercial properties; review documents received from property manager regarding same; correspond with listing agent regarding need for additional appraisals on remaining inventory properties and regarding lowering asking prices; correspond with appraisers regarding same; correspond with listing agent regarding offer on 331 Andrea residential property. |
| 12/18/09 | JAS | .10 | Attention to email regarding sale of stock. |
| 12/26/09 | JAS | .10 | Attention to update from J. Klunk regarding stock disposition. |
| 12/29/09 | JAS | .10 | Email conference with J. Klunk regarding trading of Pacific Asia stock. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page  15

| B180 | | Asset Analysis and Recovery | |
|------|------|------|------|
| 12/01/09 | NMG | 7.00 | Attend document review to obtain additional documents regarding investor payments to assess gains and losses. |
| 12/01/09 | JAS | .30 | Telephone conference with B. Muller regarding mortgaged properties, message with assistant to Trustee Sweet regarding same. |
| 12/02/09 | NMG | 5.00 | Analyze additional documents obtained at Legisi document review and update investor data and analysis. |
| 12/03/09 | JAS | .20 | Additional telephone conference with E. Hood and N. Gant regarding interview with D. Burton, email to A. Knudson and R. Gordon regarding same. |
| 12/03/09 | NMG | 2.00 | Plan strategy regarding next steps for obtaining return of fraudulent conveyances; attend conference with Ed Hood regarding implementation of plan. |
| 12/03/09 | NMG | 4.00 | Analyze additional investor data including investor data from lawsuit plaintiffs; analyze referral fee payments. |
| 12/04/09 | JAS | .30 | Email conference with A. Knudson regarding D. Burton's attorney, search for attorney contact information, email to E. Hood regarding the same. |
| 12/04/09 | NMG | 4.50 | Prepare updated materials for investors and demand letter regarding return of gains; prepare memorandum regarding analysis and recovery of gains and identify outstanding issues. |
| 12/04/09 | EJH | 1.80 | Review and analysis of investor summaries; review documents relating to analysis. |
| 12/06/09 | EJH | .60 | Preparation of email to G. Nitzkin regarding claims; review and revision of proposed correspondence to certain investors; email to N. Gant regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page  16


| | | | |
|---|---|---|---|
| 12/07/09 | NMG | 1.10 | Analyze Legisi documents and prepare updated investor communications. |
| 12/07/09 | EJH | .80 | Conference with J. Statham regarding legal issue; research regarding same. |
| 12/08/09 | EJH | .70 | Review and comment on proposed agreement; review claims information. |
| 12/08/09 | JAS | .40 | Review information received from S. Sweet regarding Bistricky properties, voicemails to and from S. Sweet regarding the same. |
| 12/09/09 | JAS | .30 | Review proposal sent by S. Sweet regarding sale of Bistricky properties, email to J. Applebaum and R. Gordon regarding the same. |
| 12/11/09 | EJH | .30 | Review motion. |
| 12/11/09 | JDA | .40 | Conference with R. Gordon and J. Statham regarding asset recovery issues and related pleadings. |
| 12/14/09 | NMG | 4.80 | Analyze Legisi document collection and claim files for investor information. Prepare materials for questioning of D. Burton; analyze investor accounts. |
| 12/14/09 | NMG | 1.20 | Analyze wire transfers and 2007/2008 payouts on investor accounts and prepare memorandum. |
| 12/15/09 | NMG | 4.00 | Analyze Legisi document collection and claim files for investor information. |
| 12/15/09 | NMG | 2.50 | Analyze investor account data and associated payments; analyze Legisi document collection. |
| 12/16/09 | JAS | .10 | Telephone conference with S. Sweet regarding Bistricky properties. |
| 12/17/09 | JAS | .30 | Email conference with counsel. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page  17

| 12/17/09 | JAS | 1.50 | Begin to draft motion to approve settlement agreement. |
| 12/17/09 | JDA | .20 | Telephone conference with C. Murphy regarding bankruptcy filing of M. Friedman. |
| 12/18/09 | EJH | 1.50 | Preparation for and participation in conference call regarding status of various claims. |
| 12/21/09 | JAS | .80 | Additional attention to documents required by special counsel. |
| 12/21/09 | JAS | .40 | Review emails from S. Sweet, conference with B. Muller regarding sale of mortgaged properties and required motion. |
| 12/22/09 | JAS | .20 | Attention to issues regarding steps to be taken to pursue potential cause of action. |
| 12/23/09 | JAS | .10 | Email to B. Muller regarding Bistricky bankruptcy. |
| 12/28/09 | BJM | 3.30 | Draft and prepare summary of Bistricky mortgages and notes; confer with J. Statham regarding same; draft and prepare motion regarding auction sale of Bistricky mortgaged properties by bankruptcy trustee; confer with J. Statham regarding same; review order establishing rights of Receiver with respect to Bistricky mortgaged properties; draft and prepare analysis regarding same. |
| 12/28/09 | JAS | 1.30 | Review and analysis of issues regarding the Bistricky bankruptcy, conference with B. Muller, et al., regarding the same, prepare proof of claim. |
| 12/29/09 | JAS | .30 | Review and revise Bistricky bankruptcy claim form, email to R. Gordon regarding the same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page  18

| | | | |
|---|---|---|---|
| 12/30/09 | JAS | .90 | Additional attention to request for information regarding Legisi Marketing. |
| 12/30/09 | JAS | 1.50 | Additional attention to analysis of issues regarding request for information, additional conferences with R. Rytman, conferences with E. Hood regarding the same, voicemail to C. Winniger regarding the same. |

**B191        Litigation**

| | | | |
|---|---|---|---|
| 12/01/09 | JAS | .30 | Review Gagnon answer. |
| 12/03/09 | EJH | 2.70 | Conference with SEC attorney regarding status of matter; continued review and analysis of background document. |
| 12/10/09 | CEM | .20 | Telephone conference with J. McAndie; conference with R. Gordon. |
| 12/16/09 | EJH | .30 | Review bankruptcy petition filed by M. Friedman; follow up with C. Murphy. |
| 12/30/09 | EJH | .30 | Conference with J. statham regarding discovery issue; email regarding same. |

**B211        Business Operations/Financial Reports**

| | | | |
|---|---|---|---|
| 12/01/09 | JDA | .40 | Review of revised Fourth Report of Receiver. |

**B310        Claims Administration - General**

| | | | |
|---|---|---|---|
| 12/09/09 | JAS | .10 | Voicemail from K. Tran et al., regarding reporting for claims administation, email to K. Tran et al., regarding same. |
| 12/17/09 | JAS | .30 | Conferences with Xroads regarding claims. |
| 12/28/09 | JAS | .20 | Conference with S. Washington regarding claim forms. |

$32,118.30

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page  19

### TIMEKEEPER SUMMARY

Client Name        <u>Robert D. Gordon, Receiver</u>

Matter Description <u>McKnight/ Legisi</u>

Service Period     <u>12/01/09 thru 12/31/09</u>

| Code/Task Category | Timekeeper | Rate | Hours | Expenditure |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| | Joel D. Applebaum | $382.50 | 1.00 | $382.50 |
| | Lauralyn Bell-Guzzo | $99.00 | 2.60 | $257.40 |
| | Jeffrey A. DeVree | $355.50 | 1.40 | $497.70 |
| | Evan J. Feldman | $162.00 | 8.40 | $1,360.80 |
| | Valentina Petrusha | $153.00 | 13.20 | $2,019.60 |
| | Jami Ann Statham | $189.00 | 42.00 | $7,938.00 |
| | TOTAL | | 68.60 | $12,456.00 |
| B130 | Asset Disposition | | | |
| | Joel D. Applebaum | $382.50 | .20 | $76.50 |
| | Brandon J. Muller | $202.50 | 17.90 | $3,624.75 |
| | Jami Ann Statham | $189.00 | 8.40 | $1,587.60 |
| | TOTAL | | 26.50 | $5,288.85 |
| B180 | Asset Analysis and Recovery | | | |
| | Joel D. Applebaum | $382.50 | .60 | $229.50 |
| | Norma M. Gant | $234.00 | 36.10 | $8,447.40 |
| | Edward J. Hood | $328.50 | 5.70 | $1,872.45 |
| | Brandon J. Muller | $202.50 | 3.30 | $668.25 |
| | Jami Ann Statham | $189.00 | 8.90 | $1,682.10 |
| | TOTAL | | 54.60 | $12,899.70 |
| B191 | Litigation | | | |
| | Edward J. Hood | $328.50 | 3.30 | $1,084.05 |
| | Charles E. Murphy | $333.00 | .20 | $66.60 |
| | Jami Ann Statham | $189.00 | .30 | $56.70 |
| | TOTAL | | 3.80 | $1,207.35 |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
McKnight/ Legisi
January 21, 2010
INVOICE # 368649
Page   20

| | | | | | |
|---|---|---|---|---|---|
| B211 | Business Operations/Financial Reports | | | | |
| | Joel D. Applebaum | $382.50 | .40 | | $153.00 |
| | TOTAL | | | .40 | $153.00 |
| B310 | Claims Administration - General | | | | |
| | Jami Ann Statham | $189.00 | .60 | | $113.40 |
| | TOTAL | | | .60 | $113.40 |
| ACTIVITY TOTAL | | | | 154.50 | $32,118.30 |