# EXHIBIT B

# CLARK HILL

*P.L.C.*

ATTORNEYS AT LAW

500 Woodward Avenue
Suite 3500, Detroit, Michigan 48226-3435
Telephone (313) 965-8300
Fed.ID # 38-0425840

### INVOICE

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

Invoice #  368618
January 21, 2010
Client:  30711
Matter:  125952

=====================================================================

RE:  All American Home Products, Inc.

FOR SERVICES RENDERED through December 31, 2009

Total Services:                                          $1,039.50

STATEMENT TOTAL                                          $1,039.50

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
All American Home Products, Inc.
January 21, 2010
INVOICE # 368618
Page   2

### DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 12/01/09 | JAS | .20 | Review prior correspondence, email to Assignee and Assignor's counsel regarding settlement. |
| 12/02/09 | JAS | .30 | Email conference with attorney for the Assignee and Assignor regarding settlement. |
| 12/03/09 | JAS | .10 | Attention to email from the Assignor/Purchaser regarding settlement. |
| 12/04/09 | JAS | .30 | Review final version of settlement agreement. |
| 12/18/09 | JAS | .40 | Telephone conference with J. Page regarding settlement agreement, voicemail to J. Page regarding the same, review previous emails regarding the same. |
| 12/21/09 | JAS | 3.00 | Draft and revise motion to approve settlement agreement. |
| 12/21/09 | JAS | 1.00 | Additional revisions to motion to approve settlement, email conference with attorney for the purchaser. |
| 12/28/09 | JAS | .20 | Correspondence with J. Page regarding settlement. |

$1,039.50

### TIMEKEEPER SUMMARY

JAS       Jami Ann Statham          5.50 hours at   $189.00 =     $1,039.50