# EXHIBIT C

# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

## INVOICE

Invoice #   368619

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

January 21, 2010
Client:   30711
Matter: 130953

=====================================================================

RE:   Royal Palm Litigation

FOR SERVICES RENDERED through December 31, 2009

Total Services:                                            $6,907.95

INVOICE TOTAL                                              $6,907.95

TOTAL AMOUNT DUE                                           $6,907.95
                                                          ===========

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
Royal Palm Litigation
January 21, 2010
INVOICE # 368619
Page    2


DETAILED DESCRIPTION OF SERVICES


| 12/02/09 | CEM | .20 | Review appearances; review stip and order regarding extension; email of Pozza; conference with E. Hood. |
|---|---|---|---|
| 12/02/09 | EKS | 2.60 | Review documents and case law, and prepare materials for hearing on Motion to Amend Complaint, Motion to Dismiss, and Motion for Sanctions. |
| 12/04/09 | EJH | .80 | Conference with E. Shih regarding status of matter; review opinion and order on motion to dismiss and motion to amend. |
| 12/06/09 | EJH | 2.60 | Continued review of transcript; preparation of memorandum regarding same. |
| 12/07/09 | EJH | 2.00 | Continued review and analysis of testimony; preparation of subpoena. |
| 12/07/09 | EKS | .20 | Review court order granting leave to amend complaint and denying Defendants' motion to dismiss and for sanctions; file amended complaint pursuant to court order. |
| 12/08/09 | EJH | 1.30 | Review background documents; continued preparation of subpoena. |
| 12/14/09 | CEM | .10 | Telephone conference with T. Cox regarding amended complaint. |
| 12/14/09 | CEM | .20 | Conference with E. Hood regarding Harari and Royal Palm. |
| 12/21/09 | CEM | .30 | Review Motion to Dismiss and for Sanctions of Sierra Defendants. |
| 12/21/09 | EKS | .30 | Review Defendants' Motion to Dismiss and Motion for Sanctions. |
| 12/22/09 | EKS | 6.00 | Research and draft response to Defendants' second motion for sanctions. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
Royal Palm Litigation
January 21, 2010
INVOICE # 368619
Page    3

12/24/09 EKS      4.00   Draft response to second motion for sanctions.

12/28/09 CEM       .10   Further telephone conference with T. Cox
                         regarding Answer to Complaint.

12/28/09 EKS      8.50   Research and draft response to motion to
                         dismiss first amended complaint.

12/29/09 CEM       .10   Conference with E. Shih regarding motions.

                                                    $6,907.95


### TIMEKEEPER SUMMARY

| CEM | Charles E. Murphy | 1.00 hours at | $333.00 = | $333.00 |
|-----|-------------------|---------------|-----------|---------|
| EJH | Edward J. Hood | 6.70 hours at | $328.50 = | $2,200.95 |
| EKS | Eric K. Shih | 21.60 hours at | $202.50 = | $4,374.00 |