# EXHIBIT D

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

## INVOICE

Invoice #   368621

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

January 21, 2010
Client:   30711
Matter: 130955

================================================================

RE:   Elite/Edgetech Litigation

FOR SERVICES RENDERED through December 31, 2009

    Total Services:                                    $4,329.90

INVOICE TOTAL                                          $4,329.90

TOTAL AMOUNT DUE                                       $4,329.90
                                                      ===========

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
Elite/Edgetech Litigation
January 21, 2010
INVOICE # 368621
Page    2


<u>DETAILED DESCRIPTION OF SERVICES</u>

| | | | |
|---|---|---|---|
| 12/02/09 | CEM | .10 | Conference with E. Shih |
| 12/03/09 | CEM | .20 | Review Court's opinion; telephone conference with E. Shih regarding conference with Kahn; emails from Shih and Court. |
| 12/03/09 | VP | .20 | Received two packages returned directed to Keith Jones via certified mail; update file. |
| 12/04/09 | CEM | 1.00 | Review Court's opinion. |
| 12/04/09 | CEM | .70 | Conference with Nancy Kahn and Frank Seyferth. |
| 12/04/09 | CEM | .20 | Conference with E. Shih regarding discovery. |
| 12/04/09 | CEM | .30 | Conference with E. Shih; review pleadings to prepare for motion. |
| 12/04/09 | CEM | .20 | Conference with E. Hood. |
| 12/04/09 | EKS | 1.50 | Review order denying in part Defendant Redman's motion to dismiss; conference call with Redman's attorney regarding settlement negotiations. |
| 12/07/09 | EKS | .60 | Correspond with attorney for Defendant Redman regarding initial disclosures and discovery issues; contact Judge's clerk regarding upcoming hearing on request for default judgment. |
| 12/08/09 | EKS | .30 | Draft notice of hearing on motion for default judgment. |
| 12/09/09 | CEM | .20 | Emails from and to E. Shih regarding default judgment hearing and Rule 26 Conference. |
| 12/09/09 | EKS | 1.00 | Review Fed. R. Civ. P regarding required initial disclosures and discovery plans; conference call with the attorney for Defendant Redman regarding same. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
Elite/Edgetech Litigation
January 21, 2010
INVOICE # 368621
Page    3

| | | | |
|---|---|---|---|
| 12/10/09 | CEM | .30 | Conference with E. Shih regarding default judgment hearing. |
| 12/10/09 | EKS | .50 | Revise notice of default judgment; confer with C. Murphy regarding same. |
| 12/14/09 | CEM | .10 | Telephone conference with G. Sinclair regarding M. Friedman Bankruptcy filing one week ago. |
| 12/15/09 | CEM | .20 | Telephone conference with Michael Herzoff regarding status of retention by defendant. |
| 12/17/09 | CEM | .40 | Review bankruptcy notes of M.Freedman; telephone conference with M. Herzoff regarding possible retention by Ivan Monsalves. |
| 12/17/09 | CEM | .10 | Telephone conference with Ivan Monsalves. |
| 12/18/09 | EKS | .60 | Draft affidiavit in support of motion for default judgment. |
| 12/20/09 | CEM | .50 | Review Motion and Complaint to prepare for hearing. |
| 12/20/09 | CEM | .10 | Email from and to R. Gordon. |
| 12/21/09 | EKS | 6.80 | Prepare for and represent client at hearing on motion for default judgment; research and draft supplemental brief regarding new Michigan Uniform Securities Act; confer with C. Murphy regarding same. |
| 12/21/09 | JAS | .10 | Attention to email regarding defendant bankruptcy. |
| 12/22/09 | CEM | .10 | Review Order regarding Stay of M. Friedman. |
| 12/29/09 | CEM | .70 | Conference with E. Shih, revise brief regarding new Securities Act and revise Judgment for filing. |
| 12/29/09 | EKS | .30 | Confer with C. Murphy regarding supplemental brief on damage and interest calculations and proposed order regarding same. |
| 12/31/09 | CEM | .40 | Review Judgment; circulate; diary appeal and execution stay dates. |

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
Elite/Edgetech Litigation
January 21, 2010
INVOICE # 368621
Page    4

$4,329.90

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| CEM | Charles E. Murphy | 5.80 hours at | $333.00 = | $1,931.40 |
| EKS | Eric K. Shih | 11.60 hours at | $202.50 = | $2,349.00 |
| JAS | Jami Ann Statham | 0.10 hours at | $189.00 = | $18.90 |
| VP | Valentina Petrusha | 0.20 hours at | $153.00 = | $30.60 |