# EXHIBIT E

# CLARK HILL

*P.L.C.*

---

ATTORNEYS AT LAW

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

## INVOICE

Invoice #   368620

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

January 21, 2010
Client:   30711
Matter: 130954

=====================================================================

RE:  Allen Goddard/Finra Litigation


FOR SERVICES RENDERED through December 31, 2009

    Total Services:                                          $951.75


INVOICE TOTAL                                                 $951.75


TOTAL AMOUNT DUE                                              $951.75
                                                         ===========

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
Allen Goddard/Finra Litigation
January 21, 2010
INVOICE # 368620
Page    2


## DETAILED DESCRIPTION OF SERVICES


12/02/09 EKS      2.20   Research admissibility of evidence issue.

12/03/09 EKS      2.50   Research arbitration discovery issue; draft
                         memorandum regarding same.


                                                        $951.75

## TIMEKEEPER SUMMARY


EKS      Eric K. Shih              4.70 hours at   $202.50 =      $951.75