# EXHIBIT F

# CLARK HILL

*P.L.C.*

A T T O R N E Y S   A T   L A W

151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Telephone (248) 642-9692
Fed.ID # 38-0425840

## INVOICE

Invoice #   368622

Robert D. Gordon, Receiver
c/o Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, MI 48226

January 21, 2010
Client:   30711
Matter: 132750

================================================================

RE:   Mazu Litigation

FOR SERVICES RENDERED through December 31, 2009

        Total Services:                                $3,646.35

INVOICE TOTAL                                          $3,646.35

TOTAL AMOUNT DUE                                       $3,646.35
                                                      ===========

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

Robert D. Gordon, Receiver
Mazu Litigation
January 21, 2010
INVOICE # 368622
Page    2

### DETAILED DESCRIPTION OF SERVICES

12/03/09 EJH     1.50   Review and analysis of answer from Mazu and
                        Gagnon; review materials on claims against
                        Mazu and Gagnon.

12/04/09 EJH      .70   Review deposition transcript.

12/05/09 EJH     2.10   Continued review and analysis of transcript.

12/11/09 EJH     1.50   Review and analysis of background documents;
                        email to SEC attorney regarding same.

12/14/09 EJH     5.30   Continued review and analysis of background
                        documents; follow up with co-counsel
                        regarding same; follow up with SEC attorney
                        regarding same.

$3,646.35

### TIMEKEEPER SUMMARY

EJH       Edward J. Hood            11.10 hours at  $328.50 =     $3,646.35