UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>   Plaintiff,<br><br>  vs.<br><br>GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC,<br><br>   Defendants,<br><br> and<br><br>LEGISI MARKETING, INC., LIDO CONSULTING , LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC , DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,<br><br>   Relief Defendants. | Case No. 08-11887<br>Judge: George C. Steeh |

### ORDER GRANTING FIFTH FEE APPLICATION OF CLARK HILL PLC FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO ROBERT D. GORDON, RECEIVER FOR THE PERIOD FROM MAY 1, 2009 THROUGH JULY 31, 2009

THIS MATTER having come before the Court on the *Second Interim Application of Clark Hill PLC for Allowance and Payment of Fees and Reimbursement of Expenses incurred as counsel to Robert D. Gordon, Receiver, for the Period from May 1, 2009 through July 31, 2009* (the "Application"); the Court having reviewed the Application and, upon the entire record of the case, having found that the fees requested in the Application were actual, necessary, and reasonable; due notice and opportunity for hearing having been given to all parties in interest;

and the Court being otherwise fully advised in the premises and finding good cause for the relief granted in this Order;

NOW, THEREFORE,

IT IS HEREBY ORDERED the Application is granted and approved in accordance with this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*. Accordingly, by this Order, Clark Hill PLC is finally allowed fees, previously and provisionally paid, in the amount of $179,825.40 and reimbursement of out-of-pocket expenses, previously and provisionally paid, of $1,095.35, in connection with services rendered by Clark Hill PLC, as counsel to Robert D. Gordon, Receiver, during the time period of May 1, 2009 through July 31, 2009.

SO ORDERED.

Dated: June 14, 2010

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

5771625.1 30711/122570