UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,<br><br>Relief Defendants. | Case No. 08-11887<br>Hon. George Caram Steeh |

## ORDER GRANTING THE RECEIVER'S FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)

This matter having come before the Court on the Receiver's First Omnibus Objection to Claims (Duplicate Claims) (the "First Omnibus Objection"); and the Court having considered the First Omnibus Objection and any responses thereto; and it appearing that the Court has jurisdiction over the subject matter of the First Omnibus Objection and the relief requested therein; and it appearing that notice of the First Omnibus Objection was sufficient; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The First Omnibus Objection is granted.

2. Certain Claims set forth in Exhibit A to the First Omnibus Objection are hereby disallowed as set forth in the schedule attached to the Objection.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

            s/George Caram Steeh
            United States District Judge

Dated: July 13, 2011

          Proof of Service

    I certify that a copy of this order was served upon
    the parties/attorneys of record by electronic or
    regular mail.
          s/Marcia Beauchemin
          Deputy Clerk