UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC, <br><br> Defendants, <br><br> and <br><br> LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT, <br><br> Relief Defendants. | Case No. 08-11887 <br> Hon. George Caram Steeh |

### ORDER GRANTING THE RECEIVER'S SECOND OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

This matter having come before the Court upon *The Receiver's Second Omnibus Objection to Claims (Late-Filed Claims)* (the "Second Omnibus Objection"); and the Court having considered the Second Omnibus Objection and any responses thereto; and it appearing that the Court has jurisdiction over the subject matter of the Second Omnibus Objection and the relief requested therein; and it appearing that notice of the Second Omnibus Objection was

sufficient; and the Court being fully advised in the premises and finding good cause for the entry of this Order;

    IT IS HEREBY ORDERED that:

    1.  The Second Omnibus Objection is granted.

    2.  The Late-Filed Claims reflected on Exhibit A to this Order are disallowed in their entirety.[1]

    3.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    4.  The Court retains jurisdiction with respect to all matters arising from or relating to the interpretation and implementation of this Order.

    s/George Caram Steeh
    United States District Judge

Dated:  October 24, 2011

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Second Omnibus Objection.