UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC,<br><br>　　　　Defendants,<br><br>　　and<br><br>LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,<br><br>　　　　Relief Defendants. | Case No. 08-11887<br>Hon. George Caram Steeh |

**ORDER GRANTING THE RECEIVER'S THIRD OMNIBUS OBJECTION TO CLAIMS (UNSUPPORTED CLAIMS)**

　　　　This matter having come before the Court upon the Receiver's Third Omnibus Objection to Claims (Unsupported Claims) (the "Third Omnibus Objection"); and the Court having considered the Third Omnibus Objection and any responses thereto; and it appearing that the Court has jurisdiction over the subject matter of the Third Omnibus Objection and the relief requested therein; and it appearing that notice of the Third Omnibus Objection was sufficient; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Third Omnibus Objection is granted.

2. The Unsupported Claims set forth in Exhibit "A" to this Order are disallowed in their entirety.[1]

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

                                                s/George Caram Steeh
                                                United States District Judge

Dated: October 26, 2011

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Third Omnibus Objection.