UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC,<br><br>        Defendants,<br><br>    and<br><br>LEGISI MARKETING, INC., LIDO CONSULTING , LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC , DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,<br><br>        Relief Defendants. | Case No. 08-11887<br>Hon. George Caram Steeh |

**FIRST AMENDED ORDER GRANTING THE RECEIVER'S FOURTH OMNIBUS OBJECTION TO CLAIMS (OVERSTATED CLAIMS)**

This matter having come before the Court upon the Receiver's Fourth Omnibus Objection to Claims (Overstated Claims) (the "Fourth Omnibus Objection") and the Motion to Amend Order Granting the Receiver's Fourth Omnibus Objection to Claims (Overstated Claims) (the "Motion"); and the Court having considered the Fourth Omnibus Objection and any responses thereto; and it appearing that the Court has jurisdiction over the subject matter of the Fourth Omnibus Objection and the Motion and the relief requested therein; and it appearing that

notice of the Fourth Omnibus Objection and the Motion was sufficient; and the Court having entered an order approving the Fourth Omnibus Objection [Doc. No. 456] (the "Prior Order"); and the Receiver having filed, and the Court having considered, the Motion to Amend the Order Granting the Fourth Omnibus Objection to Claims (Overstated Claims) seeking to amend Exhibit "A" to the Prior Order to remove the names of Paul Wencko and Donald Gillett; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Fourth Omnibus Objection is granted.

2. The Overstated Claims are reduced as set forth in Exhibit "A" to this Order .[1]

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

s/George Caram Steeh
United States District Judge

Dated: May 16, 2012

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fourth Omnibus Objection.