UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SECURITIES AND EXCHANGE
COMMISSION

        Plaintiff,                                Case No. 08-11887
                                                        Hon. George C. Steeh
                                                        Mag. Judge Hon. Mark A. Randon

v.

GREGORY N. MCKNIGHT, and LEGISI
HOLDINGS, LLC,

        Defendants,

and

LEGISI MARKETING, INC. LIDO CONSULTING, LLC
HEALTHY BODY NUTRACEUTICALS, LINDENWOOD
ENTERPRISES, LLC, DANIELLE BURTON,
THERESA BURTON, and JENNIFER MCKNIGHT.

        Relief Defendants.

## ORDER AMENDING ORDER DATED MAY 5, 2011

Upon stipulation of the Receiver and the United States Securities and Exchange Commission, the only parties in this case affected by this proposed order, and based upon a ruling by arbitrators on October 27, 2011 in FINRA Dispute Resolution Arbitration No. 09-01690, and the Court being fully advised in the premises,

IT IS ORDERED that the Court's Order dated May 5, 2011, located at Docket # 399, is amended to exclude representatives of the Securities and Exchange Commission from attending the video de bene esse deposition of Paul Harary that will be taken for the purpose of submitting

7858121.1 30711/130954

the video deposition of Paul Harary to the FINRA arbitration panel at the arbitration hearing in FINRA Dispute Resolution Arbitration No. 09-01690.

                                                  s/Mark A. Randon
                                                  Mark A. Randon
                                                  United States Magistrate Judge

Dated:  May 31, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, May 31, 2012, by electronic and/or ordinary mail.*

                                                  *s/Melody Miles*
                                                  *Case Manager Magistrate Judge Mark A. Randon*
                                                  *(313) 234-5542*

WE STIPULATE TO ENTRY OF THIS ORDER:

| | |
|---|---|
| /s/ Charles E. Murphy | /s/ John E. Birkenheir (w/permission) |
| Charles E. Murphy (P28909) | John E. Birkenheir |
| Edward J. Hood (P42953) | U.S. Securities and Exchange Commission |
| Eric K. Shih (P71326) | 175 W. Jackson Boulevard, Ste. 900 |
| CLARK HILL PLC | Chicago, IL 60604 |
| 151 South Old Woodward Ave., | (312) 886-3947 |
| Suite 200 | (312) 353-7398 (fax) |
| Birmingham, MI  48009 | birkenheierj@sec.gov |
| (248) 642-9692 | |
| (248) 642-2174 (fax) | |
| cmurphy@clarkhill.com | |
| | |
| Dated: May 24, 2012 | Dated: May 24, 2012 |

7858121.1 30711/130954