UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC,<br><br>    Defendants,<br><br>  and<br><br>LEGISI MARKETING, INC., LIDO CONSULTING , LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC , DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,<br><br>    Relief Defendants. | Case No. 08-11887<br>Hon. George Caram Steeh |

**ORDER GRANTING THE RECEIVER'S MOTION (I) FOR AUTHORITY TO (A) RESERVE DISTRIBUTIONS TO BE MADE TO CLAIMANTS WITHOUT VALID CURRENT ADDRESSES IN THE RECEIVER'S DATABASE AND (B) REQUIRE SUCH CLAIMANTS TO UPDATE THEIR ADDRESSES WITH THE RECEIVER WITHIN 90 DAYS, AND (II) FOR RELATED RELIEF**

This matter having come before the Court upon *The Receiver's Motion (I) For Authority To (A) Reserve Distributions To Be Made To Claimants Without Valid Current Addresses In The Receiver's Database And (B) Require Such Claimants To Update Their Addresses With The Receiver Within 90 Days, And (II) For Related Relief* (the "Motion"); and the Court having

considered the Motion and any responses thereto; and it appearing that the Court has jurisdiction over the subject matter of the Motion and the relief requested therein; and it appearing that notice of the Motion was sufficient; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Motion is granted with the following conditions:

2. The Receiver is authorized to reserve funds allocated to the Returned-Mail Claimants on account of the First Interim Distribution.[1]

2. Within 30 days of this order, which shall be emailed to the last known electronic mail address of the each of the Returned-Mail Claimants and posted to the Receiver's website, the Receiver shall perform, or have performed, a reasonable amount of investigation using email addresses, telephone numbers, U.S. Post Office information, and the internet, and/or other reasonable means, to determine current contact information for the Returned-Mail Claimants.

3. Returned-Mail Claimants not located through such investigation shall have 90 calendar days from the date of entry of this order to advise the Receiver of their current address in writing via electronic mail, through the Receiver's website, by letter, or by facsimile.

4. Promptly following 90 days after entry of this order, the Receiver shall issue both a copy of this order and checks on account of the First Interim Distribution to Returned-Mail Claimants who have either been located through the reasonable investigation contemplated above or who have timely updated their addresses of record with the Receiver.

5. Failure to timely present (*i.e.*, cash or deposit) such First Interim Distribution check within 120 days from the date such check is issued shall be deemed a waiver of the right

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

to participate in the First Interim Distribution by the recipient of such check, and such recipient shall not be entitled to any "catch-up" payment at a later date with respect to the First Interim Distribution.

6. Returned-Mail Claimants who are not located using reasonable investigation methods or who fail to timely provide updated addresses to the Receiver shall be deemed to have waived their participation in the First Interim Distribution. In addition, such claimants shall be deemed to waive future distributions unless they provide updated addresses to the Receiver in advance of the Court granting authority to make such future distributions.

7. Any distribution funds which remain on account of (a) any Returned-Mail Claimant's failure to present such First Interim Distribution check within 120 days of its issuance, or (b) the failure of a Returned-Mail Claimant to update its address of record with the Receiver within 90 days of the entry of this Order, will escheat to the Receivership Estates.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: December 17, 2012

       s/George Caram Steeh
       GEORGE CARAM STEEH
       UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 17, 2012, by electronic and/or ordinary mail.

       s/Marcia Beauchemin
       Deputy Clerk