UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 08-11887 |
| vs. | ) ) | Judge: HON. GEORGE C. STEEH |
| GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC, | ) ) ) | |
| Defendants, | ) ) ) | |
| and | ) ) | |
| LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT, | ) ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) | |

[~~PROPOSED~~] ORDER APPROVING EX PARTE MOTION OF THE
RECEIVER TO AUCTION THE REAL PROPERTIES LOCATED AT (1)
4200 S. LINDEN ROAD, FLINT, MICHIGAN; AND (2) 8465 HILL ROAD,
SWARTZ CREEK, MICHIGAN AND DISCHARGE THE NOTICES OF LIS
PENDENS RECORDED AGAINST THE PROPERTIES

THIS MATTER having come before the Court upon the *Ex-Parte Motion Of The Receiver For An Order Approving the Ex Parte Motion to Auction the Real Properties Located at (1) 4200 S. Linden Road, Flint, Michigan; and (2) 8465 Hill Road, Swartz Creek, Michigan and Discharge the Notices of Lis Pendens Recorded Against the Properties* (the "Motion"); and the Court being fully advised;

IT IS HEREBY ORDERED that the Receiver may sell at auction, to the highest bidders, the real properties located at 8465 Hill Road, Swartz Creek, Michigan 48473 and 4200 S. Linden Road, Flint, Michigan 48507, upon the terms and conditions described in the Motion.

IT IS FURTHER ORDERED that upon the Closing of the sale of each Property as described in the Motion, the recording of this Order against the sold Property shall discharge and release the Notice of Lis Pendens filed by the Receiver against the sold Property.  The legal descriptions of the Properties are as follows:

1.   8465 Hill Road, Swartz Creek, MI 48473

A PARCEL OF LAND BEG 533.48 FT EAST FROM NW COR OF SEC TH CONT EAST 125 FT TH S 1 DEG 38 MIN 29 SEC E 375 FT TH W 125 FT TH N 1 DEG 38 MIN 29 SEC W 375 FT TO POB SEC 11 T6N R5E (99) 1.07 A FR 10-11-100-009.

and

202082339.4 30711/122570

20208233.9.4 307/11/122570

A PARCEL OF LAND BEG 408.48 FT EAST FROM NW COR OF
SEC TH CONT EAST 125 FT TH S 1 DEG 38 MIN 29 SEC E 375
FT TH E 125 FT TH S 1 DEG 38 MIN 29 SEC E 1620.06 TH S 89
DEG 53 MIN 04 SEC W 250 FT TH N 1 DEG 38 MIN 28 SEC W
1996.40 FT TO POB SEC 11 T6N R5E (99) 10.39 A FR 10-11-100-
009.

2.    4200 S. Linden Road, Flint, Michigan 48507

Beginning at a point of the Tract described by Metes and Bounds as follows:

THENCE NORTH 89° 51' 0" WEST, A DISTANCE OF 663.2 FEET;
THENCE NORTH 0° 13' 45" EAST, A DISTANCE OF 620.7 FEET;
THENCE SOUTH 89° 51' 0" EAST, A DISTANCE OF 1270.2
FEET; THENCE SOUTH 0° 23' 33" WEST, A DISTANCE OF 155.2
FEET; THENCE NORTH 89° 51' 0" WEST, A DISTANCE OF 223.0
FEET; THENCE SOUTH 0° 23' 33" WEST, A DISTANCE OF 155.2
FEET; THENCE SOUTH 89° 51' 0" EAST, A DISTANCE OF 223.0
FEET; THENCE SOUTH 0° 23' 33" WEST, A DISTANCE OF 77.0
FEET; THENCE NORTH 89° 51' 0" WEST, A DISTANCE OF 605.2
FEET; THENCE SOUTH 0° 23' 33" WEST, A DISTANCE OF 233.3
FEET TO POINT OF BEGINNING; SAID TRACT CONTAINING
14.0 ACRES (612008.3 SF) OF LAND, MORE OR LESS.

SO ORDERED:

DATED: SEP 15 2015

_____
The Honorable George C. Steeh