UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| vs. | Case No. 08-11887<br>Hon. George Caram Steeh |
| GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC, | |
| Defendants, | |
| and | |
| LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT, | |
| Relief Defendants. | |

**ORDER GRANTING THE RECEIVER'S MOTION FOR AUTHORITY TO (I) MAKE INTERIM DISTRIBUTION TO CREDITORS AND (II) EMPLOY EPIQ SYSTEMS, INC. TO SERVE AS DISBURSING AGENT**

This matter having come before the Court upon the Receiver's Motion for Authority to (I) Make Interim Distribution to Creditors and (II) Employ Epiq Systems, Inc. to Serve as Disbursing Agent (the "Motion") (Doc. 666); and the Court having considered the Motion and any responses thereto; and it appearing that the Court has jurisdiction over the subject matter of the Motion and the relief requested therein; and it appearing that notice of the Motion was sufficient; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Receiver is authorized to make a pro-rata distribution of $4.0 million to all holders of Allowed Claims in accordance with the Motion, the Claims Roster attached as Exhibit A to the Motion, and the Receiver's Notice of Corrections (Doc. 674).[1]

3. Failure of a holder of an Allowed Claim to timely present (*i.e.*, cash or deposit) its Second Interim Distribution check within 120 days from the date such check is issued shall be deemed a waiver of the Second Interim Distribution by the holder, and such Allowed Claim shall not be entitled to participate in this Second Interim Distribution or be entitled to any "catch-up" payment at a later date with respect to this Second Interim Distribution.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4. Epiq Systems, Inc. is authorized to serve as the disbursing agent for the Second Interim Distribution in accordance with the Motion.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. Distribution to Mr. Wesley W. Adams shall be made to his new address, as requested in Doc. 671. Also, distribution to Mr. Barry Coates and Ms. Gloria Coates shall be made to their new address, as requested in Doc. 676.

7. The Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

IT IS SO ORDERED.

Dated: April 19, 2016

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 19, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk