UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,<br><br>Relief Defendants. | Case No. 08-11887<br>Hon. George Caram Steeh |

**ORDER GRANTING THE RECEIVER'S MOTION FOR AUTHORITY TO (I) MAKE THIRD INTERIM DISTRIBUTION TO CREDITORS AND (II) EMPLOY EPIQ SYSTEMS, INC. TO SERVE AS DISBURSING AGENT**

215809687.2 30711/122570

This matter having come before the Court upon the *Receiver's Motion for Authority to (I) Make Third Interim Distribution to Creditors and (II) Employ Epiq Systems, Inc. to Serve as Disbursing Agent* (the "Motion"); and the Court having considered the Motion and any responses thereto; and it appearing that notice of the Motion was sufficient; and the Court being fully advised in the premises and finding good cause for the entry of this Order;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Receiver is authorized to make a pro-rata distribution of $4.0 million to all holders of Allowed Claims in accordance with the Motion and the Claims Roster attached as Exhibit A to the Motion.[1]

3. Failure of a holder of an Allowed Claim to timely present (*i.e.*, cash or deposit) its Third Interim Distribution check within 120 days from the date such check is issued shall be deemed a waiver of the Third Interim Distribution by the holder, and such Allowed Claim shall not be entitled to participate in this Third Interim Distribution or be entitled to any "catch-up" payment at a later date with respect to this Third Interim Distribution.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4. Epiq Systems, Inc. is authorized to serve as the disbursing agent for the Third Interim Distribution in accordance with the Motion.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

_____
GEORGE CARAM STEEH
U.S. DISTRICT JUDGE

Dated: MAY 3 1 2017

215809687.2 30711/122570