## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

     vs.

GREGORY N. MCKNIGHT, and
LEGISI HOLDINGS, LLC,

           Defendants.

     And

LEGISI MARKETING, INC., LIDO
CONSULTING, LLC, HEALTHY BODY
NUTRACEUTICALS, LINDENWOOD
ENTERPRISES, LLC, DANIELLE
BURTON, THERESA BURTON, AND
JENNIFER MCKNIGHT,

         Relief Defendants.

Case No.: 08−cv−11887−GCS−MAR
Hon. George Caram Steeh
Mag. Judge Mark A. Randon

### NOTICE OF SUBSTITUION OF COUNSEL

Interested Party Nitzkin and Associates, through its counsel, files this Notice

of Substitution of Counsel, substituting Gary Hansz in the place of Gary D.

Nitzkin.

Respectfully Submitted,

July 9, 2021

/s/ Gary D. Nitzkin
GARY D. NITZKIN (P 41155)
CREDIT REPAIR LAWYERS OF AMERICA
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Fax (248) 353-4840
Email – gnitzkin@creditor-law.com

/s/ Gary Hansz
GARY HANSZ (P70335)
CREDIT REPAIR LAWYERS OF AMERICA
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Fax (248) 353-4840
Email – gary.hansz@crlam.com

## **PROOF OF SERVICE**

I, Gary Hansz, hereby state that on July 9, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

/s/ Gary Hansz