**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC,

Defendants,

and

LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC,
DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,

Relief Defendants.
______________________________/

CIVIL ACTION No. 08-11887

HON. GEORGE CARAM STEEH

## JOINT STATUS REPORT

As required by this Court's Order of December 12, 2022, Plaintiff U.S. Securities and Exchange Commission and Receiver Robert D. Gordon respectfully submit this joint status report:

1. The Receiver has completed his collection activities.

2. The SEC and the Receiver are finalizing consent judgments which will fully and finally resolve the SEC's claims against those defendants as to which judgments have not yet been entered, *i.e.*: Defendant Legisi Holdings and Relief Defendants Legisi Marketing, Lido Consulting, Healthy Body Nutraceuticals, and Lindenwood Enterprises. All the SEC's other claims in this case have already been resolved.

3. The terms of the proposed consent judgments, listed above, must be approved by the Commissioners of the SEC before the judgments are submitted to the Court for its consideration and approval. Counsel for the SEC expects that process will be completed by the end of February 2023.

4. Assuming that the Court approves and enters the consent judgments, the Receiver proposes to file a motion for authority to make a final distribution promptly following entry of the consent judgments.

5. The Receiver further proposes to file a final report and accounting within 120 days after making the final distribution (allowing for a 90-day period to address the estate's tax returns and any undeliverable/un-cashed checks).

6. The parties propose to file, simultaneously with the Receiver's final report and accounting, a proposed order discharging the Receiver and concluding the receivership.

DATED: January 6, 2023 Respectfully submitted,

s/John E. Birkenheier
JOHN E. BIRKENHEIER
STEVEN J. KLAWANS
JAMES G. O'KEEFE
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Telephone: (312) 886-3947 (Birkenheier)
Telephone: (312) 886-1738 (Klawans)
Telephone: (312) 886-2239 (O'Keefe)
Facsimile: (312) 353-7398
E-mail: BirkenheierJ@sec.gov
E-mail: KlawansS@sec.gov
E-mail: OkeefeJ@sec.gov

And

*s/ Edward J. Hood*
Edward J. Hood (P42953)
CLARK HILL PLC
Attorneys for Robert D. Gordon,
Receiver of the Estates of Gregory N. McKnight, et al.
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
Telephone: (313) 965-8300
ehood@clarkhill.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Dated: January 6, 2023

s/ John E. Birkenheier
An Attorney for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 886-2239
Facsimile: (312) 353-7398
E-mail: OkeefeJ@sec.gov