# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 08-11887 Hon. George C. Steeh |
| GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| LEGISI MARKETING, INC., LIDO CONSULTING , LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC , DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT, | ) ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) ) | |

## SEVENTEENTH AND FINAL REPORT OF RECEIVER

Robert D. Gordon (the "Receiver"), by his counsel, Clark Hill PLC, submits

this Seventeenth and Final Report regarding the status of the administration of the

Receivership Estate (defined below) in connection with the above-captioned case.

CLARKHILL\30711\122570\274516088.v1-11/22/23

## *I.  Background*

On May 5, 2008, the United States Securities and Exchange Commission (the "SEC") filed a complaint (the "Complaint") against Defendants Gregory N. McKnight ("McKnight") and Legisi Holdings, LLC (referred to collectively with Legisi Marketing, Inc. as "Legisi"), and Relief Defendants Jennifer McKnight, Theresa Burton, Danielle Burton, Lindenwood Enterprises, LLC, Healthy Body Nutraceuticals, and Lido Consulting, LLC, alleging, among other things, violations of various federal securities laws.  In its Complaint, the SEC alleges that Defendant McKnight, through his control of Defendant Legisi, raised approximately $72 million from investors in violation of federal securities laws.  It is further alleged that McKnight and Legisi invested approximately $33 million of such funds in various investments such as foreign currencies, commodity futures, shares and warrants in thinly-traded over-the-counter stocks, in one privately-held company, and in one real estate investment partnership.  Concurrently, the SEC filed an *Ex Parte Motion for the Appointment of a Receiver.*

On May 5, 2008, the Court entered its *Order Appointing Receiver* (the "Receiver Order"), appointing Robert D. Gordon as Receiver for the estate of Gregory N. McKnight and the estates of every corporation, partnership, trust and/or other entity which is directly or indirectly owned by, or under the direct or indirect control of, McKnight (collectively, the "Receivership Estate").  Pursuant to the

CLARKHILL\30711\122570\274516088.v1-11/22/23

Receiver Order, the Receiver has a number of powers and duties in administering the Receivership Estate, including, among other things, (i) taking custody, control, and possession of all funds, property, premises, leases, and other assets of, or in the possession or under the control of, the Receivership Estate, (ii) managing, controlling, and operating the Receivership Estate, and (iii) making payments and disbursements from the funds taken into his custody, control, and possession.

Since the inception of this case, the Receiver has filed sixteen interim reports in order to update the Court, investors, and creditors regarding the status of these proceedings. Those reports, along with additional updates, have been posted on the Receiver's website dedicated to this case. The most recent interim report was the Sixteenth Interim Report, filed on February 23, 2022 [ECF No. 898], providing an update through February 23, 2022. The Receiver now files this Seventeenth and Final Report, discussing the status of the Receivership Estate and actions taken by the Receiver, specifically from February 23, 2022 through November 16, 2023.

### II. Summary of Actions Taken Since the Last Interim Report

#### A.    Royal Palm Litigation.

This action was pending in the United States District Court, Eastern District of Michigan. The case was settled and the Court approved the settlement on September 8, 2022. [ECF No. 915]. The net settlement proceeds were distributed as part of the Receiver's fifth and final distribution.

**B.      Distributions to Claimholders.**

Since the Sixteenth Interim Report, the Receiver made a fifth and final distribution of $1,272,000 to holders of allowed claims in the Receivership Estate ("Claimholders").  In total, the Receiver has made distributions to Claimholders in the aggregate amount of $17,613,188.33, representing a recovery to Claimholders of approximately 44% of all allowed claims.

### III.  Receivership Estate Status

As of November 15, 2023, the Receivership Estate held approximately $75,134.27 in cash, and certain unsatisfied judgments.  The Receiver expects that the available cash will be sufficient to pay anticipated expenses for tax preparation (Plante Moran), claims administration (Epic Systems), attorney's fees (Clark Hill), and Receiver fees (Jenner & Block and/or Herrick, Feinstein LLP).  Any remaining cash will be remitted to the SEC, in accordance with a proposed order closing the case and discharging the Receiver.

CLARKHILL\30711\122570\274516088.v1-11/22/23

## *IV.  Conclusion*

The Receiver expects to file a motion to close the case and discharge the

Receiver forthwith.

Respectfully submitted,

CLARK HILL PLC

By:   s/Edward J. Hood
Edward J. Hood (P42953)
Jason R. Canvasser (P69814)
500 Woodward Ave., Suite 3500
Detroit, MI 48226
ehood@clarkhill.com
jcanvasser@clarkhill.com

*Attorneys for Robert D. Gordon,
Receiver of the Estate of Gregory N.
McKnight, et al.*

Date: November 22, 2023

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, Kathy Lesage electronically filed the *Seventeenth and Final Report of Receiver* with the Clerk of the Court using the ECF System which will send notification of such filing upon all counsel of record.

Respectfully submitted,

CLARK HILL PLC

By:    s/ *Edward J. Hood*
Edward J. Hood (P42953)
Jason R. Canvasser (P69814)
500 Woodward Ave., Suite 3500
Detroit, MI 48226
ehood@clarkhill.com
jcanvasser@clarkhill.com

*Attorneys for Robert D. Gordon,*
*Receiver of the Estate of Gregory N.*
*McKnight, et al.*

Date: November 22, 2023

- 6 -

CLARKHILL\30711\122570\274516088.v1-11/22/23