UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 08-11887 Hon. George Caram Steeh |
| GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC, | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT, | ) ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) ) | |

## **AMENDED NOTICE OF CHANGE OF ADDRESS**

Pursuant to Rule 11.2 of the Local Rules of the United States District Court for the

Eastern District of Michigan, Robert Gordon, Receiver of the Estates of Gregory N.

McKnight, *et al.,* hereby notifies the Court, parties and counsel of a change of address in the above-captioned case. All future correspondence, pleadings, and other documents submitted in hard copy should be directed to the undersigned at the following address:

Herrick, Feinstein LLP
Two Park Ave
New York, NY 10016

November 27, 2023                    Respectfully submitted,

By: s/ Robert Gordon

Tel: 212-592-5964
Fax: 212-545-2312
Email: rgordon@herrick.com
*Receiver of the Estates of Gregory N.
McKnight, et al.*