## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

   v.

GREGORY N. MCKNIGHT, and       CIVIL ACTION No. 08-11887
LEGISI HOLDINGS, LLC,

                                        HON. GEORGE CARAM STEEH

      Defendants,

   and

LEGISI MARKETING, INC., LIDO
CONSULTING, LLC, HEALTHY
BODY NUTRACEUTICALS a/k/a
HEALTHY BODY
NETRACEUTICALS,
LINDENWOOD ENTERPRISES,
LLC, DANIELLE BURTON,
THERESA BURTON, and JENNIFER
MCKNIGHT,

      Relief Defendants.

_____/

## RESPONSE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION IN SUPPORT OF RECEIVER'S MOTION <u>TO CLOSE CASE AND DISCHARGE RECEIVER</u>

Plaintiff U.S. Securities and Exchange Commission hereby files its response in support of the Receiver's Motion to Close Case and Discharge Receiver, ECF No. 967.

As documented in the Receiver's several reports, the Receiver and his agents, in the face of multiple obstacles, have performed an outstanding job of marshalling assets and distributing the resulting proceeds to the victims of the instant fraud.  As a result of the Receiver's efforts, the victims have received over forty percent of the total claims amount.  That level of recovery is much better than the results achieved in most other cases similar to the instant matter.

In addition, in the view of the SEC, the provisions of the proposed order for concluding the affairs of the receivership are consistent with the public interest.

Accordingly, the SEC supports the Receiver's Motion.


Dated:  December 6, 2023                Respectfully submitted,

                                        s/John E. Birkenheier
                                        JOHN E. BIRKENHEIER
                                        Attorney for Plaintiff
                                        U.S. SECURITIES AND EXCHANGE
                                        COMMISSION
                                        175 West Jackson Boulevard, Suite 1450
                                        Chicago, Illinois 60604
                                        Telephone: (312) 886-3947
                                        Facsimile: (312) 353-7398
                                        E-mail: BirkenheierJ@sec.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 6, 2023 I filed the foregoing Response of Plaintiff Securities and Exchange Commission in Support of Receiver's Motion to Close Case and Discharge Receiver, using the CM/ECF system, which sends notification of this filing to all counsel of record.

<u>s/John E. Birkenheier</u>
John E. Birkenheier