UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 08-11887 HON. GEORGE CARAM STEEH |
| GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT, | ) ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) ) | |

**NOTICE OF FEE STATEMENT OF ROBERT D. GORDON, RECEIVER, FOR THE MONTH OF NOVEMBER 2023**

Robert D. Gordon, Court-appointed Receiver (the "Receiver") in the above-captioned case, respectfully states as follows:

1.　　Mr. Gordon was appointed as Receiver by the Court pursuant to the *Order Appointing Receiver* entered May 5, 2008.

263495468.v29

2.      Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") entered May 23, 2008, Mr. Gordon hereby requests compensation in the amount of $1,759.50 in connection with services rendered during the month of November 2023.[1]

3.      Attached hereto is a detailed summary of the fees and expenses requested herein and records that itemize the services rendered and expenses incurred by Mr. Gordon.

4.      If no objection to this Statement is filed in accordance with Paragraph (a) and (b) of the Interim Compensation Order within fifteen (15) days after service of the Statement, Mr. Gordon shall be entitled to payment in full of the fees and expenses requested.

Respectfully submitted,
CLARK HILL PLC

/s/ Edward J. Hood
Edward J. Hood (P42953)
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8300

Dated: December 13, 2023

Counsel for Robert D. Gordon, Receiver

---

[1] The billing rate for Mr. Gordon has been reduced by 10% pursuant to agreement with the U.S. Securities and Exchange Commission. In accordance with standard annual practice at Mr. Gordon's prior law firm (Mr. Gordon moved from Jenner & Block to Herrick, Feinstein in November 2023), his billing rate for this case was increased to $850 per hour in 2022, from $800 per hour in 2021, and maintained at that level in 2023. His current firm has agreed to maintain the same billing rate through 2023. Accordingly, after applying the 10% discount, Mr. Gordon's current effective billing rate is $765 per hour.

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, Lauralyn Bell-Guzzo electronically filed the *Notice of Fee Statement of Robert D. Gordon, Receiver for the Month of November 2023* with the Clerk of the Court using the ECF System which will send notification of such filing upon all counsel of record.

Respectfully submitted,

CLARK HILL PLC

/s/ Edward J. Hood
Edward J. Hood (P42953)
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8300

*Attorneys for Robert D. Gordon,
Receiver of the Estates of Gregory N.
McKnight, et al.*

Dated: December 13, 2023

3

263495468.v29