UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY N. MCKNIGHT, and LEGISI HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>LEGISI MARKETING, INC., LIDO CONSULTING, LLC, HEALTHY BODY NUTRACEUTICALS, LINDENWOOD ENTERPRISES, LLC, DANIELLE BURTON, THERESA BURTON, and JENNIFER MCKNIGHT,<br><br>Relief Defendants. | Case No. 08-11887<br>Hon. George Caram Steeh |

**ORDER CLOSING CASE AND DISCHARGING RECEIVER**

This matter came before the Court on the Motion of the Receiver, Robert D. Gordon ("Receiver"), to Close Case and Discharge Receiver, ECF No. 967 (the "Motion").

The United States Securities and Exchange Commission ("SEC") commenced this civil enforcement action on May 5, 2008. The SEC moved for, and the Court granted, an Order appointing the Receiver (ECF No. 11) ("Receiver Order") over the estates of Gregory McKnight, Legisi Holdings, LLC, and affiliated persons and entities (collectively, "Receivership" or "Receivership Estate").

The Court having reviewed and considered the Receiver's Seventeenth and Final Report, ECF No. 965 (the "Final Report"), the Motion, and any papers filed in response to the Motion; and the Court finding that (a) the Receiver and his employees and agents have duly and properly administered the Receivership Estate, including the recovery, liquidation, and distribution of the Estate's assets and all other obligations under the Receiver Order and (b) the Final Report is satisfactory such that it is appropriate to close the case; the Court orders as follows:

1. The Receiver's Final Report is approved.

2. The Receiver's motion to close case and discharge Receiver is granted.

3. The Receiver and the Receiver's employees and agents shall maintain the records created during the course of the Receivership in accordance with their customary document retention/destruction policies.

4. The Receiver is authorized to destroy the records of the Receivership Defendants—Gregory N. McKnight, Legisi Holdings, LLC, Legisi Marketing, Inc., Lido Consulting, LLC, Healthy Body Nutraceuticals and Lindenwood Enterprises, LLC—in the possession, custody, or control of the Receiver unless, within 30 days after service of written notice to the staff of the Securities and Exchange Commission ("SEC"), the Receiver is served with a written request by the SEC for possession of the records or a subpoena by a law enforcement agency for the records, at which time, in compliance with any access request or other obligation undertaken by the Receiver at the time of receipt of the documents, the Receiver is authorized to turn over the requested records to the SEC or a law enforcement agency in response to the request or subpoena.

5. The Receiver is authorized to remit to the SEC, in accordance with directions provided by the SEC staff: (a) any residual cash balance remaining after paying final expenses for the Receivership; and (b) any collections, payments or recoveries obtained by the Receiver after the entry of the Order for the benefit of the

Receivership. The Receiver is authorized to negotiate any instruments and take other steps necessary to carry out the remission contemplated by this paragraph.

6. The Receivership Estate shall retain all remaining uncollected judgments and unliquidated assets of the Receivership Estate, and all such assets shall not be deemed abandoned as a result of the closing of this case.

7. The Receiver is authorized to undertake any and all activities reasonably necessary to wind up the affairs of the Receivership Estate.

8. Upon entry of this Order, the Receiver and his agents and employees are (a) discharged of all duties under the Receiver Order, and any other duties or obligations incident to the Receiver Order; and (b) relieved of any and all other duties and responsibilities pertaining to the Receivership previously established in this action.

9. Upon entry of this Order, the Receiver and his agents and employees (a) shall be fully released and discharged from any and all claims, liabilities and/or causes of action which may exist or which might be brought against them for matters arising out of and/or pertaining to the Receivership and/or arising from their administration of the assets of the Receivership Estate, including but not limited to all claims and causes of action belonging to the Receivership Estate; and (b) shall have no liability to any person or entity for any action taken in good faith pertaining

to the Receivership and/or in connection with carrying out the procedures set forth in this Order, the Receiver Order, and/or any other duties or obligations incident to this Order or the Receiver Order.

10. The Court shall retain jurisdiction over any and all matters relating to the Receivership and this Order.

SO ORDERED.

                                                            s/George Caram Steeh
                                                            GEORGE CARAM STEEH
                                                            U.S. DISTRICT JUDGE

Entered: December 19, 2023